FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2018
CENTRAL DISTRICT OF CA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 18MJ01149 |
| v. | |
| Arman Gabaee | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

### DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Thomas P. O'Brien + Nicole Lueddeke, Esquire, as my attorney to appear for me throughout all proceedings in this case.

05/16/18
Date

_Defendant's Signature_

Los Angeles, CA
City and State

### APPEARANCE OF COUNSEL

I, Thomas P. O'Brien + Nicole D. Lueddeke Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

05/16/18
Date

_Attorney's Signature_ Nicole Lueddeke

166369 - O'Brien
California State Bar Number

300341 - Lueddeke

515 S. Flower St, 25th floor
Street Address

Los Angeles, CA 90071
City, State, Zip Code

213 683 6000
Telephone Number       Fax Number

ThomasObrien@paulhastings.com
E-mail Address

Nicolelueddeke@paulhastings.com

CR-14 (01/07)        DESIGNATION AND APPEARANCE OF COUNSEL