

FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America,

                Plaintiff(s)

v.

Arman Gabaee

                Defendant(s)

CASE NUMBER: 18MJ01149

**ADVISEMENT OF CONSTITUTIONAL & STATUTORY RIGHTS (INITIAL APPEARANCE)**

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings.

1. You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

2. You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford a lawyer, you can apply to the court to have a lawyer appointed to represent you for free. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you lie on this form by saying something that is not true or leaving out material information that is, you could be charged with another crime, for example, perjury or making a false statement.

3. You have a right to a bail hearing in which the magistrate judge will determine whether you will be released from custody before trial. If you disagree with the magistrate judge's decision, you can appeal that decision to another judge of this court. You and the prosecution can request that the bail hearing be continued to another day.

4. If you have not already received a copy of the charges, you will receive a copy today.

5. If the charges are contained in an indictment from a grand jury in the Central District of California, your case will be assigned to another judge of this court today, unless a judge has already been assigned. That judge will be randomly selected. You may be asked to enter a plea of not guilty today.

6. If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the magistrate judge orders that you be detained pending trial, or 21 days if the magistrate judge orders that you be released pending trial. In a preliminary hearing, the government will attempt to show that there is probable cause to believe that you committed the crime alleged in the complaint. You will not be entitled to a preliminary hearing, however, if the government obtains an indictment in your case before the time set for the preliminary hearing. (Most often the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and therefore no preliminary hearing is held.)

ADVISEMENT OF CONSTITUTIONAL & STATUTORY RIGHTS (INITIAL APPEARANCE)

CR-10 (07/17)

(continued on Page 2)

7. If you have been charged in another district and you want to plead guilty in the *Central District of California*, you may request in writing to have your case transferred to this district. In order to proceed in this district, the United States Attorneys for the Central District of California and the district in which you have been charged must agree to the transfer.

8. If you have been charged in another district, you are entitled to wait until the government produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving that there is probable cause to believe that you are the person named in the charges. If you are charged by a complaint from another district, you may request to have a preliminary hearing held in the district where you have been charged.

9. If you are charged with a violation of the terms and conditions of your supervised release or probation and you are being held in custody, you have the right to a preliminary hearing before a magistrate judge in this district or in the district where the alleged violation occurred.

10. If you are not a citizen of the United States, you may request that the government notify your consular office that you have been arrested. Even without such a request, the government may be required to do so.

**ACKNOWLEDGEMENT OF DEFENDANT:**

I have read the above Advisement of Constitutional & Statutory Rights (Initial Appearance) and understand it. I do not require a translation of this advisement nor do I require an interpreter for court proceedings.

Dated: 05/16/18                                      _____
                                                     *Signature of Defendant*

*[or]*

The Advisement of Constitutional & Statutory Rights (Initial Appearance) has been read to me in the _____ language and I understand it.

Dated: _____                        _____
                                                     *Signature of Defendant*

**STATEMENT OF THE INTERPRETER:**

I have translated this Advisement of Constitutional & Statutory Rights (Initial Appearance) to the Defendant in the _____ language.

Dated: _____                        _____
                                                     *Signature of Interpreter*

                                                     _____
                                                     *Print Name of Interpreter*

**STATEMENT OF COUNSEL:**

I am satisfied that the defendant has read this Advisement of Constitutional & Statutory Rights (Initial Appearance) or has had it read to him and that he/she understands it.

Dated: 05/16/18                                      _____
                                                     *Signature of Attorney*

**ADVISEMENT OF CONSTITUTIONAL & STATUTORY RIGHTS (INITIAL APPEARANCE)**