UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:18-CR-00331     Recorder: CS 06/12/2018     Date: 06/12/2018

Present: The Honorable Jean P. Rosenbluth, U.S. Magistrate Judge

Court Clerk: Mel Zavala          Assistant U.S. Attorney: Ruth Pinkel

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| ARMAN GABAEE, aka Arman Gabay BOND-PRESENT | NICOLE DANIA LUEDDEKE AND THOMAS PETER O'BRIEN RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge George H. Wu.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 07/24/2018 at 9:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: MZ by TRB