NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164470)
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6077/4443
     Facsimile: (213) 894-7631
     E-mail:    ruth.pinkel@usdoj.gov
                lindsey.dotson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-331-GW |
|---|---|
| Plaintiff, | JOINT STATEMENT RE: DISCOVERY CONFERENCE |
| v. | |
| ARMAN GABAEE, aka "Arman Gabay," | |
| Defendant. | |

Pursuant to the Court's Order for Discovery and Inspection in Criminal Cases, plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Ruth C. Pinkel and Lindsey Greer Dotson, and defendant ARMAN GABAEE, by and through his counsel of record, Thomas P. O'Brien and Nicole D. Lueddeke, hereby file this joint statement regarding their discovery conference:

1.   Assistant United States Attorneys Ruth C. Pinkel and Lindsey Greer Dotson and defense counsel, Thomas P. O'Brien and

Nicole D. Lueddeke, conferred telephonically regarding discovery matters on June 13, 2018.

2. The parties estimate that trial will last approximately 10 days.

3. There are no contested matters of discovery or inspection at this time.

4. There are no contemplated motions at this time. The parties reserve the right to file any motions, as needed, at a later date.

5. The government is aware of its continuing discovery obligations, including those within the meaning of Brady v. Maryland, 373 U.S. 83 (1963), and intends to comply with those obligations.

6. The parties anticipate filing a stipulation and proposed order with the Court to continue trial in this matter.

Dated: June 14, 2018                Respectfully submitted,

                                    NICOLA T. HANNA
                                    United States Attorney

                                    LAWRENCE S. MIDDLETON
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                     /s/ Ruth C. Pinkel
                                    RUTH C. PINKEL
                                    LINDSEY GREER DOTSON
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

Dated: June 14, 2018                /s/ Thomas P. O'Brien [e-mail auth.]
                                    THOMAS P. O'BRIEN
                                    NICOLE D. LUEDDEKE

                                    Attorneys for Defendant
                                    ARMAN GABAEE

2