BROWNE GEORGE ROSS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
Ivy A. Wang (State Bar No. 224899)
  iwang@bgrfirm.com
David J. Carroll (State Bar No. 291665)
  dcarroll@bgrfirm.com
Nathan F. Brown (State Bar No. 317300)
  nbrown@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendant
Arman Gabaee, aka "Arman Gabay"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ARMAN GABAEE, aka "Arman Gabay,"<br><br>    Defendant. | Case No. 2:18-cr-00331-GW<br>Hon. George Wu<br><br>**DEFENDANT ARMAN GABAEE'S UNOPPOSED EX PARTE APPLICATION TO PERMIT TRANSFER OF OWNERSHIP INTERESTS**<br><br>Trial Date:      September 10, 2019<br>Status Conference: August 29, 2019 |

1    Defendant Arman Gabaee, by and through his attorneys, hereby applies for a
Court order permitting the transfer of Mr. Gabaee's ownership interests in certain
properties owned by limited liability companies and limited partnerships to other
limited partnerships in which Mr. Gabaee owns an equal interest.  As a condition of
his pretrial release, Mr. Gabaee may not "sell, transfer, or give away any personal
asset valued at $100,000 or more without notifying and obtaining permission of the
court . . . ."  C.D. Cal. Release Order and Bond Form, May 16, 2018, ECF No. 7.
Although it is unclear whether the proposed transfer consists of Mr. Gabaee's
"personal" property as referenced in his bond conditions, out of an abundance of
caution, Mr. Gabaee requests the Court's permission to transfer the identified
ownership interests.

   Specifically, Mr. Gabaee wishes to transfer his ownership interests in certain
properties currently owned by several limited liability companies and limited
partnerships to other limited partnerships in which he maintains an equal ownership
interest.  *See* Letter from Andrew D. Copans, 1.  To be clear, Mr. Gabaee's
beneficial ownership of the underlying properties will not change; he merely seeks
to change the form in which the properties are held.  *Id.*  These proposed transfers
will also have no impact on Mr. Gabaee's net worth.  *Id.*  Accordingly, Mr. Gabaee
respectfully requests that the Court grant permission to allow Mr. Gabaee to make
the above-requested transfers.

//
//
//
//
//
//
//
//

-1-   Case No. 2:18-cr-00331-GW
DEFENDANT ARMAN GABAEE'S UNOPPOSED EX PARTE APPLICATION TO PERMIT TRANSFER OF
OWNERSHIP INTERESTS

The Government, by and through its counsel Assistant United States Attorney Lindsey Dotson, has confirmed that it has no opposition to the proposed transfers. *See* Decl. of Nathan Brown ¶ 2.

Dated: April 9, 2019

BROWNE GEORGE ROSS LLP
Thomas P. O'Brien
Ivy A. Wang
David J. Carroll
Nathan F. Brown

By:    /s/ Thomas P. O'Brien
        Thomas P. O'Brien
Attorneys for Defendant
Arman Gabaee, aka "Arman Gabay"

## DECLARATION OF NATHAN F. BROWN

I, Nathan F. Brown, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross LLP, counsel of record for Defendant Arman Gabaee, aka "Arman Gabay," in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto. I make this declaration in support of Defendant Arman Gabaee's Unopposed Ex Parte Application to Permit Transfer of Ownership Interests (the "Application").

2. At or about 11:00 a.m. on April 8, 2019, I contacted Assistant United States Attorneys Ruth Pinkel and Lindsey Dotson via e-mail, informing them of Mr. Gabaee's intention to request Court approval of the proposed transfer of ownership interests. I also asked whether the government would take a position on the request. Ms. Dotson responded on April 9, 2019, stating that the government did not oppose the proposed transfers. Attached as **Exhibit A** is a true and correct copy of Ms. Ms. Dotson's e-mail.

Executed this ninth day of April 2019, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Nathan F. Brown
Nathan F. Brown

# Exhibit A

# Nate Brown

| | |
|---|---|
| From: | Dotson, Lindsey (USACAC) <Lindsey.Dotson@usdoj.gov> |
| Sent: | Tuesday, April 9, 2019 11:12 AM |
| To: | Nate Brown; Pinkel, Ruth (USACAC) |
| Cc: | Thomas P. O'Brien; Ivy A. Wang; David J. Carroll |
| Subject: | RE: U.S. v. Gabaee - Proposed Transfer of Commercial Property [IWOV-DOCSLA.FID343495] |

Nate,

Based on the representations in your email and letter, the government would not oppose the proposed transfers. Thank you.

Best,
Ruth and Lindsey

**Lindsey Greer Dotson | Assistant United States Attorney**
**U.S. Attorney's Office | Criminal Division | Public Corruption and Civil Rights Section**
1500 United States Courthouse | 312 North Spring Street | Los Angeles, California 90012
T: 213.894.4443 | F: 213.894.0141 | lindsey.dotson@usdoj.gov

---

**From:** Nate Brown <nbrown@bgrfirm.com>
**Sent:** Monday, April 8, 2019 11:02 AM
**To:** Pinkel, Ruth (USACAC) <RPinkel@usa.doj.gov>; Dotson, Lindsey (USACAC) <ldotson@usa.doj.gov>
**Cc:** Thomas P. O'Brien <tobrien@bgrfirm.com>; Ivy A. Wang <iwang@bgrfirm.com>; David J. Carroll <dcarroll@bgrfirm.com>
**Subject:** U.S. v. Gabaee - Proposed Transfer of Commercial Property [IWOV-DOCSLA.FID343495]

Good morning Ruth and Lindsey,

Mr. Gabaee is currently exploring the prospect of transferring his ownership interests in certain real properties through several limited liability companies and limited partnerships into other limited partnerships in which he maintains an equal ownership interest. This will not result in any change to his overall ownership interest in any of these properties, but merely changes the form in which they are held. These proposed transfers will also have no impact on Mr. Gabaee's overall net worth. Please see the attached letter for more information on the proposed transfers.

We do not believe Mr. Gabaee's ownership interests in these properties would be considered personal property under Mr. Gabaee's Conditions of Pretrial Release. In fact, we think that commercial transactions such as these were the reason we specifically created a carve out to the Conditions, limiting them to require Court approval for only personal assets.

However, out of an abundance of caution, the bankers and transactional lawyers that are facilitating this transfer of form would like to obtain the Court's approval for the proposed transfers. Could you please inform us as to the government's position on the proposed transfers?

Thank you,

**Nate Brown**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco

1

801 S. Figueroa Street, Suite 1800
Los Angeles, California 90017
Main 213.725.9800 | Fax 213.725.9808
nbrown@bgrfirm.com
www.bgrfirm.com

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____