UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 18-331-GW |
| Date | June 27, 2019 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter  NONE

| Javier Gonzalez | Katie E. Thibodeaux | Lindsey G. Dotson; Ruth C. Pinkel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Arman Gabaee | ✔ | | ✔ | Thomas P. O'Brien | ✔ | | ✔ |
| | | | | Ivy A. Wang | ✔ | | ✔ |
| | | | | David J. Carroll | ✔ | | ✔ |

**PROCEEDINGS:** **DEFENDANT'S MOTION FOR REVIEW OF MAGISTRATE COURT'S DENIAL OF MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE [57]**

Court hears oral argument. For reasons stated on the record, Defendant's Motion is continued to July 8, 2019 at 9:30 a.m., with a joint status report to be filed by noon on July 3, 2019.

: 17

Initials of Deputy Clerk  JG