BROWNE GEORGE ROSS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
Ivy A. Wang (State Bar No. 224899)
  iwang@bgrfirm.com
David J. Carroll (State Bar No. 291665)
  dcarroll@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 275-9808

Attorneys for Defendant
Arman Gabaee, aka "Arman Gabay"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>ARMAN GABAEE aka "Arman Gabay,"<br><br>             Defendant. | Case No. 2:18-cr-00331-GW<br><br>**DEFENDANT'S *EX PARTE* APPLICATION TO FILE MOTION TO COMPEL UNDER SEAL AND *IN CAMERA***<br><br>Trial Date:           March 3, 2020<br>Status Conference: February 24, 2020 |

**TO THE HONORABLE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Defendant Arman Gabaee aka "Arman Gabay" respectfully applies *ex parte* for leave: (1) to file under seal his motion to compel production of documents ("Motion") and all supporting documents because they discuss other uncharged criminal investigations, confidential sources used by the government, and a federal wiretap order that was filed under seal; and (2) to file *in camera* portions of the Motion discussing specific defense theories and strategies

1 that Mr. Gabay may pursue.

2     This application is based on the attached memorandum of points and
3 authorities, the declaration of David J. Carroll and its attached exhibits, all other
4 documents and records on file in this action, and any other evidence or argument
5 that the Court may accept at any hearing on this application.

6     Mr. Gabay's counsel provided notice to government counsel of their intent to
7 file this application.  Carroll Decl. ¶ 3, Ex. 6.  The government responded that it
8 opposes any *in camera* filing, but that it has not yet determined whether or not it
9 opposes the under seal filing.  *Id.*

10

11 Dated:  October 10, 2019        BROWNE GEORGE ROSS LLP
12                                         Thomas P. O'Brien
13                                         Ivy A. Wang
14                                         David J. Carroll

15                               By:     /s/ Thomas P. O'Brien
16                                       Thomas P. O'Brien
17                             Attorneys for Defendant
                            Arman Gabaee aka "Arman Gabay"

18

19

20

21

22

23

24

25

26

27

28

# MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Arman Gabaee aka Arman Gabay seeks to file a motion to compel production of documents ("Motion") and its supporting documents under seal, and to file portions of the Motion (but not the supporting documentation) *in camera*.

## I. Under Seal Filing

Mr. Gabay seeks to file his Motion and all supporting documents under seal for two reasons. First, the Motion references and quotes extensively from the pleadings and documents filed by the government to obtain two wiretap orders. The action in which those pleadings and documents were filed remain sealed,[1] and those pleading and documents were provided to Mr. Gabay's counsel under a protective order that prohibits counsel from publicly disseminating them. *See* Protective Order ¶¶ 1b, 3, ECF No. 31. Second, the Motion and supporting documents reference specific confidential informants that have provided the government with information, and also reference federal criminal investigations that the government has or may have undertaken but that have not resulted in public criminal charges. The uncharged subjects of those investigations would unfairly suffer personal and professional reputational harm if it were publicly known that the government had investigated them for criminal conduct. For these reasons, Mr. Gabay's Motion and all supporting documents should be filed under seal.

## II. *In Camera* Filing

Mr. Gabay seeks to file portions of the Motion (but not the supporting documents) *in camera* because they reveal Mr. Gabay's defense strategy.

It is well-established that "the government [is not] entitled to know in advance specifically what the [defendant's] defense is going to be," and that "[a] defendant needn't spell out his theory of the case in order to obtain discovery." *United States v. Hernandez-Meza*, 720 F.3d 760, 768 (9th Cir. 2013).

---

[1] *See Sealed Case*, C.D. Cal. Case No. 2:17-cm-00230.

Consequently, the Ninth Circuit has approved the practice of filing *in camera* those portions of a defense discovery request that would divulge the defendant's trial strategy. *United States v. Sleugh*, 896 F.3d 1007, 1012, 1017 (9th Cir. 2018) (noting that "concern[s] about revealing defense strategies to the government" generally justifies filing Rule 17(c) subpoena requests *in camera*).

Here, Mr. Gabay's motion seeks to compel the government to produce information provided by confidential sources, as well as documents from other federal criminal investigations. In discussing why Mr. Gabay is entitled to those documents, Mr. Gabay must necessarily disclose the manner in which he intends to use them to support his defense. But because the government is not entitled to know Mr. Gabay's defense strategy in advance of trial, the Court should permit Mr. Gabay to assert those specific arguments *in camera*.

For the foregoing reasons, Mr. Gabay requests that the Court grant him leave (1) to file under seal the Motion and all supporting documents; and (2) to file *in camera* portions of the Motion discussing specific defense theories and strategies that Mr. Gabay may pursue.[2]

Dated:  October 10, 2019

BROWNE GEORGE ROSS LLP
    Thomas P. O'Brien
    Ivy A. Wang
    David J. Carroll

By:     /s/ Thomas P. O'Brien
        Thomas P. O'Brien
Attorneys for Defendant
Arman Gabaee aka "Arman Gabay"

---

[2] If the Court denies this application, Mr. Gabay requests that the Court destroy (or return to defense counsel) the copies of the Motion and supporting documents and **not** file them in any public record.

## DECLARATION OF DAVID J. CARROLL

1. I am an attorney licensed to practice before all courts in the State of California, and I am admitted to practice before this Court. I am an associate with the law firm of Browne George Ross LLP, and I am counsel of record for Defendant Arman Gabaee aka Arman Gabay in the above-captioned case.

2. Attached hereto are the following documents:

   a. **Exhibit 1**: Motion to compel production of documents, to be filed in its entirety under seal;

   b. **Exhibit 2**: Motion to compel production of documents, to be filed *in camera*;[3]

   c. **Exhibit 3**: Declaration of David J. Carroll and attached exhibits, to be filed in its entirety under seal;

   d. **Exhibit 4**: Declaration of Peter Norell, to be filed in its entirety under seal;

   e. **Exhibit 5**: Proposed Order, to be filed in its entirety under seal.

3. On October 10, 2019, my office informed government counsel of Mr. Gabay's intent to file both the motion to compel and this *ex parte* application. The government responded that it opposes any *in camera* filing, but that it has not yet determined whether or not it opposes the under seal filing. Attached hereto as **Exhibit 6** is a true and correct copy of counsel's e-mail exchange.

//
//
//
//

---

[3] Exhibit 1 is a copy of the Motion with the portions relating to Mr. Gabay's defense strategy fully redacted. Exhibit 2 is a copy of the same Motion but with those portions relating to defense strategy highlighted in yellow.

1354733.1 -3- Case No. 2:18-cr-00331-GW
*EX PARTE* APPLICATION TO FILE UNDER SEAL AND *IN CAMERA*

4.      Mr. Gabay's counsel has publicly filed this application, but has attached only Exhibit 6 and no other exhibits to that publicly-filed version. Mr. Gabay has served the government with a copy of this application and Exhibits 1, 3, 4, 5, and 6. Mr. Gabay has not served the government with Exhibit 2, which is intended to be filed *in camera* only.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2019, at Los Angeles, California.

                                        */s/ David J. Carroll*
                                        David J. Carroll