NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164470)
Assistant United States Attorney
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6077
    Facsimile: (213) 894-7631
    E-mail:    ruth.pinkel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-331-GW |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING OPPOSITION TO DEFENDANT'S SECOND MOTION TO COMPEL PRODUCTION OF DOCUMENTS DOCUMENT; DECLARATION OF RUTH C. PINKEL |
| v. | |
| ARMAN GABAEE, aka "Arman Gabay," | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Ruth C. Pinkel, hereby applies ex parte for an order that the government's Opposition to Defendant's Second Motion to Compel Production of Documents be filed under seal.

//

//

//

//

This ex parte application is based upon the attached declaration of Ruth C. Pinkel.

Dated: October 24, 2019       Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*/S/ Ruth C. Pinkel*

RUTH C. PINKEL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF RUTH C. PINKEL**

I, Ruth C. Pinkel, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. The government requests leave to file its opposition under seal for the following reasons: the moving papers were filed under seal; the government's opposition discusses a still sealed wiretap application and affidavit, another investigation, and another target of investigation who was not charged.

3. I have communicated with defendant's attorney, Thomas P. O'Brien, who does not oppose filing the government's Opposition to Defendant's Second Motion to Compel Production of Documents under seal.

4. Should the Court deny this application, the government requests that the Opposition to Defendant's Second Motion to Compel Production of Documents not be filed, but be returned to the government.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 24, 2019.

*/S/ Ruth C. Pinkel*

RUTH C. PINKEL