BROWNE GEORGE ROSS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
Ivy A. Wang (State Bar No. 224899)
  iwang@bgrfirm.com
Jennie Wang VonCannon (State Bar No. 233392)
  jvoncannon@bgrfirm.com
David J. Carroll (State Bar No. 291665)
  dcarroll@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 275-9808

Attorneys for Defendant
Arman Gabaee, aka "Arman Gabay"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ARMAN GABAEE aka "Arman Gabay,"<br><br>         Defendant. | Case No. 2:18-cr-00331-GW<br><br>**DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION TO FILE MOTION TO SUPPRESS INTERCEPTED WIRE COMMUNICATIONS UNDER SEAL; DECLARATION OF DAVID J. CARROLL**<br><br>Trial Date:         March 3, 2020<br>Status Conference: February 24, 2020 |

**TO THE HONORABLE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Defendant Arman Gabaee aka "Arman Gabay" ("Mr. Gabay") respectfully applies *ex parte* for leave to file under seal his Motion to Suppress Intercepted Wire Communications (the "Motion") and all

supporting documents because they discuss other uncharged criminal investigations, confidential sources used by the government, and a federal wiretap order that was filed under seal.

This application is based on the attached memorandum of points and authorities, the declaration of David J. Carroll and its attached exhibits, all other documents and records on file in this action, and any other evidence or argument that the Court may accept at any hearing on this application.

Mr. Gabay's counsel provided notice to government counsel of their intent to file this application. Carroll Decl. ¶ 3. The government responded that it does not oppose this application or the relief sought herein. *Id.*

Dated: January 16, 2020

BROWNE GEORGE ROSS LLP
    Thomas P. O'Brien
    Ivy A. Wang
    Jennie Wang VonCannon
    David J. Carroll

By:    /s/ Thomas P. O'Brien
       Thomas P. O'Brien
Attorneys for Defendant
Arman Gabaee aka "Arman Gabay"

1403238.3     -2-     Case No. 2:18-cr-00331-GW
EX PARTE APPLICATION TO FILE UNDER SEAL

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Arman Gabaee aka "Arman Gabay" ("Mr. Gabay") seeks to file a Motion to Suppress Intercepted Wire Communications (the "Motion") and its supporting documents under seal for two reasons.

First, the Motion references and quotes extensively from the pleadings and documents filed by the government under seal to obtain two wiretap orders. The action in which those pleadings and documents were filed remains sealed,[1] and those pleadings and documents were provided to Mr. Gabay's counsel pursuant to a protective order that prohibits counsel from publicly disseminating them. *See* Protective Order ¶¶ 1b, 3, ECF No. 31.

Second, the Motion and supporting documents reference specific confidential informants who have provided the government with information, and also reference federal criminal investigations that the government has or may have undertaken but have not to date resulted in public criminal charges. The uncharged subjects of those investigations would unfairly suffer personal and professional reputational harm if it were publicly known that the government had investigated them for criminal conduct.

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

---

[1] *See Sealed Case*, C.D. Cal. Case No. 2:17-cm-00230.

1    For the foregoing reasons, Mr. Gabay requests that the Court grant him leave
2    to file under seal the Motion and all supporting documents.[2]

3

4    Dated:  January 16, 2020           BROWNE GEORGE ROSS LLP
                                        Thomas P. O'Brien
5                                       Ivy A. Wang
                                        Jennie Wang VonCannon
6                                       David J. Carroll
7
8                                  By:      /s/ Thomas P. O'Brien
                                            Thomas P. O'Brien
9                                  Attorneys for Defendant
10                                 Arman Gabaee aka "Arman Gabay"

---

[2] If the Court denies this application, Mr. Gabay requests that the Court destroy (or return to defense counsel) the copies of the Motion and supporting documents and not file them in any public record.

# DECLARATION OF DAVID J. CARROLL

1. I am an attorney licensed to practice before all courts in the State of California, and I am admitted to practice before this Court. I am an associate with the law firm of Browne George Ross LLP, and I am counsel of record for Defendant Arman Gabaee aka "Arman Gabay" in the above-captioned case.

2. Attached hereto are the following documents, all of which Mr. Gabay requests be filed under seal:

- Motion to Suppress Intercepted Wire Communications;
- Declaration of Ivy A. Wang;
- Table of Exhibits and Exhibits 1 to 35;
- Proposed Order.

3. On January 16, 2020, I informed government counsel of Mr. Gabay's intent to file both the Motion and this *ex parte* application. Counsel responded that the government does not oppose this application or the relief sought herein.

4. Mr. Gabay's counsel has publicly filed this application but not any of the documents that he seeks to file under seal. Mr. Gabay has served the government with a copy of all documents that he seeks to file under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2020, at Los Angeles, California.

                     */s/ David J. Carroll*
                      David J. Carroll