# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ARMAN GABAEE aka "Arman Gabay,"<br><br>  Defendant. | Case No. CV 18-331-GW<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Trial Date:        March 3, 2020<br>Status Conference: February 24, 2020 |

Having read and considered the *ex parte* application of Defendant Arman Gabaee aka "Arman Gabay" ("Mr. Gabay" or "defendant") for leave to file under seal his Motion to Suppress Intercepted Wire Communications, and having considered any opposition to that application, and with good cause appearing, the Court **ORDERS** as follows:

/ / /

/ / /

/ / /

/ / /

1. Defendant's *ex parte* application is **GRANTED**. The Clerk shall file under seal the documents attached to that application as follows:

    a. Mr. Gabay's Motion to Suppress Intercepted Wire Communications;

    b. Declaration of Ivy A. Wang;

    c. Table of Exhibits and Exhibits 1 to 35;

    d. Proposed Order.

**IT IS SO ORDERED.**

Date: January 17, 2020

Honorable George H. Wu
United States District Judge