NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164770)
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6077/4443
    Facsimile: (213) 894-7631
    E-mail:   ruth.pinkel@usdoj.gov
              lindsey.dotson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ARMAN GABAEE,<br>  aka "Arman Gabay,"<br><br>       Defendant. | No. CR 18-331-GW<br><br>GOVERNMENT'S UNOPPOSED <u>EX PARTE</u> APPLICATION FOR AN ORDER SEALING DOCUMENTS |
|---|---|

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Ruth C. Pinkel and Lindsey Greer Dotson, hereby applies <u>ex parte</u> for an order that the following documents be filed under seal: (1) the Government's Opposition to Motion to Suppress Intercepted Wire Communications or, in the Alternative, to Set an Evidentiary Hearing; and (2) the Declaration of Ruth C. Pinkel and Supporting Exhibits.

This ex parte application is based upon the attached declaration of Ruth C. Pinkel.

Dated: January 23, 2020          Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

             /s/
RUTH C. PINKEL
LINDSEY GREER DOTSON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF RUTH C. PINKEL**

I, Ruth C. Pinkel, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. The government requests leave to file its opposition and supporting declaration and exhibits under seal for the following reasons: (1) the moving papers were filed under seal, and (2) the government's proposed under seal filing discusses a still sealed wiretap application and affidavits, other targets of an investigation who have not been charged, and communications that were intercepted pursuant to the sealed wiretap order.

3. Ivy A. Wang, counsel for defendant ARMAN GABAEE, has indicated that the defense does not oppose the government's <u>ex parte</u> application for sealing.

4. The government has served defense counsel with the aforementioned documents it seeks to file under seal.

5. Should the Court deny this application, the government requests that all of the documents sought to be filed under seal be returned to the government without being publicly filed on the docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 23, 2020.

                                               /s/ *Ruth C. Pinkel*
                                               RUTH C. PINKEL