NICOLA T. HANNA, United States Attorney
AUSA RUTH C. PINKEL (Cal. Bar No. 164770)
AUSA LINDSEY GREER DOTSON (Cal. Bar No. 266973)
312 N. Spring St., 15th Floor, Los Angeles, CA 90012
ruth.pinkel@usdoj.gov | (213) 894-6077

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 18-331-GW |
| v. | |
| ARMAN GABAY, aka "Arman Gabay," | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

(1) Government's Opposition to Motion to Suppress Intercepted Wire Communications or, in the Alternative, to Set an Evidentiary Hearing; and
(2) Declaration of Ruth C. Pinkel and Supporting Exhibits.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

January 23, 2020
Date

/s/ Ruth C. Pinkel
Attorney Name

United States of America
Party Represented

Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)   NOTICE OF MANUAL FILING OR LODGING