BRAFMAN & ASSOCIATES, P.C.
ATTORNEYS AT LAW
256 FIFTH AVENUE, 2ND FLOOR
NEW YORK, NEW YORK 10001
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

TENY R. GERAGOS (State Bar No. 316142)
   tgeragos@braflaw.com
MARC A. AGNIFILO (Pro Hac Vice; NY State Bar No. 2476182)
   magnifilo@braflaw.com
Attorney for Defendant ARMAN GABAEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ARMAN GABAEE ,<br><br>        Defendant | Case No.: 2:18-CR-00331-gw<br><br>**REQUEST FOR EXTENTION OF TIME TO FILE PRETRIAL MOTIONS** |

      Defendant ARMAN GABAEE, by and through counsel, hereby respectfully submits the following Request for Extension of Tim to File Pretrial Motions:

    1.    On June 10, 2021, this Court granted the parties' joint request for continuance of the trial date, filed on June 9, 2021. (ECF No. 222.)

    2.    The Court ordered that any motions (excluding motions <u>in limine</u>) shall be filed not later than March 24, 2022 and that Motions <u>in limine</u> shall be filed not later than April 4, 2022.

REQUEST FOR EXTENTION OF TIME TO FILE PRETRIAL MOTIONS - 1

3. Counsel, with the consent of the Government, requests an extension of time to file all pretrial motions on April 4, 2022. Counsel Geragos and Agnifilo are currently engaged in trial in the Eastern District of New York in United States v. Roger Ng, 18-CR-583 (MKB). The trial is expected to last until the end of March. Accordingly, counsel requests an additional ten (10) days from the March 24, 2022 motion deadline, to April 4, 2022.

4. Counsel has met and conferred with the Government, through Assistant United States Attorney Lindsay Dotson, regarding this request and she has stated that the Government has no objection or opposition to extending the pretrial motion deadlines until April 4, 2022.

DATED: March 11, 2022

/s/
TENY R. GERAGOS
Attorney for Defendant
ARMAN GABAEE