TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164770)
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:  (213) 894-6077/4443/8452
        Facsimile:  (213) 894-7631
        E-mail:     ruth.pinkel@usdoj.gov
                    lindsey.dotson@usdoj.gov
                    thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00331-GW |
|---|---|
| Plaintiff, | STIPULATION NOS. 1 THROUGH 9 |
| v. | SC DATE:      May 2, 2022<br>Trial Date:   May 10, 2022<br>Trial Time:   8:30 a.m. |
| ARMAN GABAEE,<br>  aka "Arman Gabay," | Location:     Courtroom of the<br>              Hon. George H. Wu |
| Defendant. | |

        Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Ruth C. Pinkel,

Lindsey Greer Dotson, and Thomas F. Rybarczyk, and defendant ARMAN

///

///

///

1

1  GABAEE, both individually and by and through his counsel of record,

2  Marc A. Agnifilo, Matin Emouna, and Teny R. Geragos, hereby submit

3  stipulation nos. 1 through 9 for the above-captioned case.

4

5  Dated: March 29, 2022                    Respectfully submitted,

6                                           TRACY L. WILKISON
                                            United States Attorney
7
                                            SCOTT M. GARRINGER
8                                           Assistant United States Attorney
                                            Chief, Criminal Division
9

10                                          _Lindsey Greer Dotson_
                                            _____
                                            RUTH C. PINKEL
11                                          LINDSEY GREER DOTSON
                                            THOMAS F. RYBARCZYK
12                                          Assistant United States Attorneys

13                                          Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA
14

15

16  Dated: _____              _____
                                            Defendant ARMAN GABAEE
17

18

19  Dated: _____              _____
                                            MARC A. AGNIFILO
20                                          MATIN EMOUNA
                                            TENY R. GERAGOS
21
                                            Attorneys for Defendant
22                                          ARMAN GABAEE

23

24

25

26

27

28

2

1   GABAEE, both individually and by and through his counsel of record,

2   Marc A. Agnifilo, Matin Emouna, and Teny R. Geragos, hereby submit

3   stipulation nos. 1 through 9 for the above-captioned case.

4

5   Dated: _____          Respectfully submitted,

6                                   TRACY L. WILKISON
                                    United States Attorney
7
                                    SCOTT M. GARRINGER
8                                   Assistant United States Attorney
                                    Chief, Criminal Division
9

10

11                                  RUTH C. PINKEL
                                    LINDSEY GREER DOTSON
                                    THOMAS F. RYBARCZYK
12                                  Assistant United States Attorneys

13                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA
14

15

16  Dated: March 29, 2022
                                    _____
17                                  Defendant ARMAN GABAEE

18

19  Dated: MARCH 29, 2022
                                    _____
20                                  MARC A. AGNIFILO
                                    MATIN EMOUNA
21                                  TENY R. GERAGOS

22                                  Attorneys for Defendant
                                    ARMAN GABAEE
23

24

25

26

27

28

                                    2

**STIPULATION NOS. 1 THROUGH 9**

I.   **BACKGROUND**

    A.   **Defendant ARMAN GABAEE**

    1.   From on or about 2010 to at least on or about April 25, 2017, defendant ARMAN GABAEE was the co-managing partner and co-founder of the Charles Company, a real estate development firm that developed and maintained commercial and residential real estate projects.

    2.   From on or about 2010 to at least on or about April 25, 2017, defendant ARMAN GABAEE was a partner of the California limited partnership M&A Gabaee.

    B.   **Thomas Shepos**

    3.   From on or about 2010 to at least on or about April 25, 2017, Thomas Shepos was a public official employed by the County of Los Angeles in its Real Estate Division.

    4.   As a public official employed by the County of Los Angeles, Thomas Shepos owed a fiduciary duty to the County of Los Angeles and its citizens to perform the duty and responsibilities of Thomas Shepos's office free from bias, conflicts of interest, self-enrichment, self-dealing, concealment, deceit, fraud, kickbacks, and bribery.

    C.   **County of Los Angeles**

    5.   The County of Los Angeles is a local government that received, in every calendar year from 2010 to 2017, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance.

6.    Multiple County of Los Angeles departments or agencies, including but not limited to the Department of Public Social Services ("DPSS"), received Federal assistance that exceeded $10,000 in every calendar year from 2010 and 2017.

**II.   INTERSTATE WIRE TRANSMISSIONS**

7.    As charged in Count One of the indictment, an email from County Employee 1 to Charles Company Employee 1, which copied defendant ARMAN GABAEE and Thomas Shepos and contained an "amendment for the 12000 Hawthorne lease," traveled in interstate commerce by means of a wire communication on or about February 8, 2017.

8.    As charged in Count Two of the indictment, an email from County Employee 1 to Charles Company Employee 1, which copied Thomas Shepos and contained the "draft Hawthorne lease and work letter," traveled in interstate commerce by means of a wire communication on or about April 13, 2017.

9.    As charged in Count Three of the indictment, an iMessage from Business Associate 1 to Real Estate Agent 1 regarding a purchase offer for the Annadel Heights Property traveled in interstate commerce by means of a wire communication on or about April 22, 2017.