TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164770)
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6077/4443/8452
    Facsimile: (213) 894-7631
    E-mail:    ruth.pinkel@usdoj.gov
              lindsey.dotson@usdoj.gov
              thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>ARMAN GABAEE,<br>  aka "Arman Gabay,"<br><br>    Defendant. | No. CR 18-00331-GW<br><br>JOINT PROPOSED VERDICT FORM<br><br>SC Date:    May 2, 2022<br>Trial Date:  May 10, 2022<br>Trial Time:  8:30 a.m.<br>Location:    Courtroom of the<br>              Hon. George H. Wu |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Ruth C. Pinkel, Lindsey Greer Dotson, and Thomas F. Rybarczyk, and defendant ARMAN GABAEE, by and through his counsel of record, Marc A. Agnifilo, Matin

///

///

///

Emouna, and Teny R. Geragos, hereby submit their Joint Proposed Verdict Form for the above-captioned case.

Dated: April 19, 2022           Respectfully submitted,

                                TRACY L. WILKISON
                                United States Attorney

                                SCOTT M. GARRINGER
                                Assistant United States Attorney
                                Chief, Criminal Division


                                */s/ Lindsey Greer Dotson*
                                RUTH C. PINKEL
                                LINDSEY GREER DOTSON
                                THOMAS F. RYBARCZYK
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA


Dated: April 19, 2022           */s/ Teny R. Geragos [email auth.]*
                                MARC A. AGNIFILO
                                MATIN EMOUNA
                                TENY R. GERAGOS

                                Attorneys for Defendant
                                ARMAN GABAEE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00331-GW |
|---|---|
| Plaintiff, | VERDICT FORM |
| v. | |
| ARMAN GABAEE,<br>  aka "Arman Gabay," | |
| Defendant. | |

**COUNT ONE**

**Honest Services Wire Fraud**

1. We, the Jury, unanimously find defendant ARMAN GABAEE *(check one)*:

_____ GUILTY

_____ NOT GUILTY

as charged in Count One of the Indictment.

**(Please proceed to Question No. 2)**

**COUNT TWO**

**Honest Services Wire Fraud**

2.    We, the Jury, unanimously find defendant ARMAN GABAEE *(check one)*:

\_\_\_\_\_        GUILTY

\_\_\_\_\_        NOT GUILTY

as charged in Count Two of the Indictment.

**(Please proceed to Question No. 3)**

**COUNT THREE**

**Honest Services Wire Fraud**

3.   We, the Jury, unanimously find defendant ARMAN GABAEE (check one):

   \_\_\_\_\_   GUILTY

   \_\_\_\_\_   NOT GUILTY

as charged in Count Three of the Indictment.

**(Please proceed to Question No. 4)**

3

## COUNT FOUR

### Bribery

4.   We, the Jury, unanimously find defendant ARMAN GABAEE (check one):

    \_\_\_\_\_   GUILTY

    \_\_\_\_\_   NOT GUILTY

as charged in Count Four of the Indictment.

**(Please proceed to Question No. 5)**

**COUNT FIVE**

**Bribery**

5. We, the Jury, unanimously find defendant ARMAN GABAEE (check one):

\_\_\_\_\_    GUILTY

\_\_\_\_\_    NOT GUILTY

as charged in Count Five of the Indictment.

DATED _____ in Los Angeles, California

_____
FOREPERSON OF THE JURY