```
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164770)
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-6077/4443/8452
     Facsimile:  (213) 894-7631
     E-mail:     ruth.pinkel@usdoj.gov
                 lindsey.dotson@usdoj.gov
                 thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00331-GW |
|---|---|
| Plaintiff, | JOINT PROPOSED STATEMENT OF THE CASE |
| v. | |
| ARMAN GABAEE, aka "Arman Gabay," | SC Date:     May 2, 2022<br>Trial Date:  May 10, 2022<br>Trial Time:  8:30 a.m.<br>Location:    Courtroom of the<br>             Hon. George H. Wu |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Ruth C. Pinkel, Lindsey Greer Dotson, and Thomas F. Rybarczyk, and defendant ARMAN GABAEE, by and through his counsel of record, Marc A. Agnifilo, Matin

///

///

///

1

Emouna, and Teny R. Geragos, hereby submit their Joint Proposed Statement of the Case for the above-captioned case.

Dated: April 19, 2022          Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


*/s/ Lindsey Greer Dotson*
RUTH C. PINKEL
LINDSEY GREER DOTSON
THOMAS F. RYBARCZYK
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA


Dated: April 19, 2022          */s/ Teny R. Geragos [email auth.]*
MARC A. AGNIFILO
MATIN EMOUNA
TENY R. GERAGOS

Attorneys for Defendant
ARMAN GABAEE

**JOINT STATEMENT OF THE CASE**

The grand jury indictment alleges that defendant ARMAN GABAEE, a real estate developer, bribed a Los Angeles County public official with cash payments and offers to purchase a home, in exchange for the official's help securing lucrative County contracts and amendments to County contracts that would benefit the defendant's real estate business.  According to the charges in the indictment, the defendant offered to purchase a home in Northern California for the County official, in exchange for that official using his influence to award defendant's real estate company a County lease.  The grand jury indictment further alleges that the defendant paid that same official approximately $1,000 in cash payments every month for over six years, in exchange for the official (1) providing the defendant with non-public County information, (2) resolving issues between the defendant and County departments on terms favorable to the defendant, and (3) helping obtain County leases and secure better terms on those leases for the defendant.

Counts One through Three charge the defendant with Honest Services Wire Fraud, in violation of Title 18, United States Code, Sections 1343, 1346.  Counts Four and Five charge the defendant with Bribery, in violation of Title 18, United States Code, Section 666(a)(2).

The defendant has pleaded not guilty to all counts.  He is presumed innocent of all the charges.  The government has the burden of proving every element of the charges beyond a reasonable doubt.