**BRAFMAN & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
256 FIFTH AVENUE, 2ND FLOOR
NEW YORK, NEW YORK 10001
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

TENY R. GERAGOS (State Bar No. 316142)
  tgeragos@braflaw.com
MARC A. AGNIFILO (Pro Hac Vice; NY State Bar No. 2476182)
  magnifilo@braflaw.com
Attorney for Defendant ARMAN GABAEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ARMAN GABAEE, <br><br> Defendant | Case No.: 2:18-CR-00331-gw <br><br> **REQUEST FOR CONTINUANCE OF SENTENCING** |

Defendant ARMAN GABAEE, by and through counsel, hereby respectfully submits the following Request for Continuance of Sentencing:

1. On May 2, 2022, this Court scheduled sentencing for the Defendant on August 22, 2022. (ECF No. 243.)

2. The Court ordered that any sentencing positions in writing shall be filed no later than August 15, 2022.

REQUEST FOR CONTINUANCE OF SENTENCING - 1

3. Counsel, with the consent of the Government, requests a continuance of the sentencing until October 20, 2022 and an extension of time to file sentencing positions to October 13, 2022.

4. Counsel has met and conferred with the Government, through Assistant United States Attorneys Ruth Pinkel, Lindsey Dotson, and Thomas Rybarczyk regarding this request and the Government has no objection or opposition to the request for the continuance.

DATED: June 17, 2022

/s/
TENY R. GERAGOS
Attorney for Defendant
ARMAN GABAEE