ROBERT L. SHAPIRO - State Bar No. 43693
rs@glaserweil.com
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

TENY R. GERAGOS – State Bar No. 316142
tgeragos@braflaw.com

MARC A. AGNIFILO (Pro Hac Vice; NY State Bar No. 2476182
magnifilo@bralaw.com
BRAFMAN & ASSOCIATES, P.C.
256 Fifth Avenue, 2nd Floor
New York, NY 10001
Telephone:  (212) 750-7800
Facsimile:   (212) 750-3906

MATIN EMOUNA – NY State Bar No. 2727113
Emouna & Mikhail, P.C.
MEmouna@Emiklaw.com
100 Garden City Plaza, Suite 520
Garden City, NY 11530
Telephone:  (516) 877-9111

Attorneys for Defendant
ARMAN GABAEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ARMAN GABAEE,<br><br>          Defendant. | CASE NO.: 2:18-CR-00331-GW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ARMAN GABAEE'S MOTION TO EXCLUDE LOS ANGELES COUNTY'S IMPACT STATEMENT**<br><br>Hon. Judge George H. Wu |

1  The Court, having considered Defendant Arman Gabaee's Motion to Exclude Los Angeles County's Impact Statement, and for good cause shown, hereby ORDERS that the Motion is GRANTED.

[OR, ALTERNATIVELY]

The Court, having considered Defendant Arman Gabaee's Motion to Exclude Los Angeles County's Impact Statement, grants for an adjournment to disprove statements in the Los Angeles County's Impact Statement, and for good cause shown, hereby ORDERS that the Motion is GRANTED.

**IT IS SO ORDERED.**

DATED: December ___, 2022.

_____
Hon. George H. Wu
U.S. District Court Judge