# APPENDIX

| | |
|---|---|
| Exhibit A | Letter to the Court from Defendant Arman Gabaee |
| Exhibit B | Letters from Concerned Parties (Group One) |
| Exhibit C | Letters from Concerned Parties (Group Two) |
| Exhibit D | Letters from Concerned Parties (Group Three) |
| Exhibit E | Commendations from Philanthropic Organizations |
| Exhibit F | Medical Records |
| Exhibit G | Proposed Plans for Hawthorne Boulevard Outlet Mall |
| Exhibit H | Licenses and Diplomas |