# Exhibit A

**ARMAN GABAEE**
1468 Donhill Drive
Beverly Hills, California 90210

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street
Los Angeles, CA, 90012

Dear Judge Wu:

Thank you for this opportunity to address the Court. I am writing to apologize to the Court for the mistake I have made. I also want to apologize to the Government and to the agents who worked on my case. The United States has given me the opportunity to build a decent life for my family and my loved ones, and I feel terrible for betraying this great nation's trust.

It is hard to find words, Your Honor, to describe how ashamed I am for having offered and paid inducements to Thomas Shepos when I was trying to obtain a new county lease for DPSS (Department of Social Services) in 2017. This is the worst mistake I have ever made.

I also want to apologize to my wife and children who are devastated by the fact I am in this position. Nothing like this has ever happened to us before. I also want to apologize to all of my employees, many of whom are likely to lose their jobs if I am required to go to prison.

I came to the United States in 1975. I was 14 years old. Seven years later, my family and I started Charles Company, which we have run for the past 40 years. We started out by buying an abandoned bowling alley near Pico and La Cienega. It took a lot of elbow grease and plenty of picks and shovels but we managed to turn it into a viable commercial real estate site that we leased to Pac Bell and Allstate.

Forty years later, my brother and I now own over 100 properties in Los Angeles and the greater Los Angeles area. We currently have 18 major projects either underway or in the planning stage. I am the person who finds the properties, oversees the projects, and negotiates the leases. My brother Marc's expertise is on the financial side.

I am so sorry, Your Honor, for being so stupid and for breaking the law. I love America with all my heart and am proud to be a U.S. citizen.

Although I have clearly made a serious mistake, I have lived a good life. My wife Elenor and I have raised four fine children, all of whom are well on their way to being successful business people in our community. More importantly, Elenor and I have taught our children, through both word and action, to help the disadvantaged – an obligation that my wife and I have more than fulfilled.

Recently, I have been involved in a major community service project in downtown Los Angeles. The Union Rescue Mission was badly in need of major repairs, which I undertook at my own expense.

My company provides direct employment to around 50 individuals and indirect employment to over 1000. Many of them will lose their jobs if I go to prison. I feel awful about my mistakes and apologize from the bottom of my heart.

To make matters worse, my beloved mother Miriam was recently diagnosed with Stage 4 lung cancer. She is now receiving chemotherapy, but the reality is that she has very little time left.

I have never been in trouble with the law before, and I promise you, Your Honor, that I will never do anything like this again. I am hopeful that the Court will consider the hard work that I have done and my community service which I will continue when deciding upon an appropriate sentence. Thank you for your time.

Very truly yours,

Arman Gabaee