Exhibit B

Elenor Gabay
1468 Donhill Drive
Beverly Hills, California 90210
310-951-5415

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, California 90012

Re:    United States V. Arman Gabaee  18-CR-00331 (GW)

Dear Honorable Judge Wu,

My name is Elenor Gabay and I have been the wife of Arman Gabay for the past 32 years. Together Arman and I have four wonderful children, an adorable 18 month old grandson and two incredible sons-in-law. Through hard work and our love and dedication for one another and for our children and our extended family, Arman and I have built a beautiful life together.

Arman and I met when I was 18 years old, even though neither of us were ready to settle down yet. We were introduced by Arman's uncle, my father's good friend, who insisted we should meet. But, Our Story begins before Arman and I ever met. I moved to the United States in 1976 at the age of 5 with my parents and younger sister just as the Iranian Revolution was beginning to brew. Being a child of immigrant parents has many challenges as well as many blessings. Watching our parents leave everything they had worked so hard for and everyone they loved behind for the sake of their families' safety helped us mature and become independent quickly.

In the United States we adapted to a new language, a new culture, a new home, and the lack of support from grandparents and family for the first few years. Both Arman and I were raised living with our grandparents both in Iran and also later when we moved to the United States. Even though we had never met, our values,,morals and traditions come from our parents and many generations before them. We have taught our children the value of love, integrity, honesty, gratitude, as well as a constant awareness of the world around them and their position in this world. We are all responsible for one another regardless of who we are, where we come from, what our religious beliefs may be, the color of our skin or our socioeconomic status. Twice a year we traveled with our children to different parts of the world. Whether it was India or Australia, Thailand, the Amazon jungle in Ecuador, or the Serengeti in Tanzania, regardless of whether we slept in a tent or a hotel room. we have shown our children what the world is like. There is good and bad, beautiful places as well as places with slums, but all people are the same with hearts, feelings, brains, intellect and the capacity to work hard and to make a better future for themselves and others. This has been Arman's sentiment his entire life.

Our parents, grandparents and the generations before them had their own hardships. Living as Jewish Iranians, they were not always accepted as equals. They had to work extra hard and be extra careful in order to take care of their families. As a result, our parents are all extremely cautious and quite anxious about falling on hard times again. We have lived a comfortable but humble life. We have raised our children with humility; our belief has always been that in order to survive, we need only our health, a bed to sleep in, and three meals a day. The rest is icing on the cake for which we are extremely grateful.

Arman's father, who is now 93 years old, has made his family and his community his life's work. He is self-educated, as schooling in the province of

Kashan where he grew up only went up to the 5th grade. Arman's mother lost her own mother at the young age of 3. She was raised by a stepmother who unfortunately was also a child herself and did not treat my mother-in-law very well.

Despite his parents' hardships as well as his own, Arman is kind, loving, empathetic, highly sensitive, a deep thinker, and a god fearing soul. Arman has a heart of gold and wears his heart on his sleeve, always with a positive attitude towards life. He is a fair person who has never tried to take advantage of any person or any system. He sees the good in everyone and every circumstance and is never bitter or competitive in any situation. He lives his life based on his morals, his gut instincts and what he senses in his heart. Thankfully, Arman sees his elderly parents every day and is an active caretaker of them both.

Arman never judges anyone or any situation; as a result he easily connects with others and has built meaningful and deep connections with people around him. He does not need to sit on big organizational boards in order to boost his ego or show others on a big spectrum what his talents are. We financially help such organizations as City of Hope, Hadassah Hospital, Magbit Foundation and The Jewish Federation to name only a few. Arman, however, believes his time to be better spent in helping individuals who may be suffering quietly and might need a mentor or a bit of support. He never mentions this to anyone, not even to me. He simply does this out of the kindness of his heart, without need of recognition .

Watching Arman with his struggles over the past five years has been difficult for myself, our children and our large extended family. One would think that in dealing with his current issues, Arman may have become bitter or distrusting of others. This is not the case, however. He is still the same kind, loving man he has always been. Even though he is quietly dealing with his

deteriorating health, anxiety, insomnia and many aches and pains, he is still supporting people in need, whether as a one-on-one mentor or through other organizations.

Arman lost his oldest brother, Camran, nineteen years ago. Camran was also Arman's best friend and closest confidant. Despite his loss, Arman has stayed strong and has been helping support Camran's wife and her six children lovingly and positively. Arman helped put his nieces and nephews through school and has been there for them throughout life's different stages including their everyday needs. He also helps support Camran's 10 grandchildren. Arman and I truly believe that it takes a village to raise good children and his being there for his nieces and nephews and their families is a true testament to that belief.

This week Arman and I learned we are to become grandparents again. Our second daughter and her new husband are expecting their first child in February. We feel blessed to hear that our family is growing again.

I am blessed to have a life partner such as Arman and feel pride in who he is as a human being, a loving and supportive husband, father, grandfather and son, as well as a compassionate and strong member of society. Arman is hard working, he's hardly taken any sick days off since we've been married. He is a wonderful and loyal friend to all. He is forgiving and empathetic and always gives people the benefit of the doubt.

Your Honor, I know that Arman deeply regrets his mistakes. His life over the past five years has been constant suffering. Dear Judge Wu, I beg and plead with you as I am sitting here with tears in my eyes with the fate of my husband in your hands. Kindly consider allowing Arman to continue his life path. Please consider allowing him to be present in our everyday lives as my husband, the

father of my children, and grandfather of my grandchildren. Please allow him to continue being our grandson's favorite playmate as they make each other so extremely happy. Please allow him to be present as we will be welcoming our second grandchild to the world and look forward to watching our second daughter become a mother. Please allow Arman to continue to be a driving and positive force for our family and to be able to watch our children's lives progress and to watch our grandchildren grow. Arman and I have worked very hard in our lives, always saying our children, family and community are our biggest blessing and asset as well as our greatest investment. They are our life's work and we are extremely proud of our tight knit family and community.

As a mother I worry about the psychological effects the past 5 years have had on our children. I'm concerned for the well-being of our daughters. One is a young mother who needs to be mentally present and patient with our grandson and the other who is an expectant mother who should be relaxed and happy as opposed to stressed and anxious. I worry for our two youngest children who are still in college and need to be mentally present and focused on their studies as well as their plans for the future. I also worry about Arman's elderly parents who have lost one son to cancer. I am not sure whether they can survive the absence of another son. Please consider allowing my husband to stay by my side as we go through life's joys and challenges together. Please allow Arman to continue to witness the fruits of our labor of love and to be physically present to co-parent with me as we have both so proudly and lovingly done for the past 30 years. Please allow him to continue making a difference in the lives of my children and the community just like he has always done.

Thank you very much for your time and consideration.

Best Regards,

Elenor Gabay

Nicolette Gabay Hanasab
606 South Olive Street, Suite 1030
Los Angeles, California 90014

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 2:18-CR-00331 (GW)

Dear Honorable Judge Wu,

My name is Nicolette Gabay Hanasab and I am the eldest of my parents Arman and Elenor
Gabay's four children. I am 29 years old and will be turning 30 in August. I hold my
undergraduate degree in Communications and graduate degree in Digital Marketing from the
University of Southern California. I currently own and run my own online based company. I
have been married to my husband Jonathan for four and a half years and together we have an
eighteen month old son named Pierce. I feel extremely blessed.

I read something very beautiful. It said: "There are two gifts we should give our children, one is
roots and the other is wings." My parents did just that.

My father and mother built a very loving and happy home for my siblings and me. We grew up
in a conservative and traditional household. My parents created an open environment at home
where we felt comfortable to express our feelings, emotions, and our day to day encounters. We
had family dinner every night and Shabbat dinner with our grandparents, uncles, aunts, and
cousins every Friday night. My parents have a strong marriage and have been married for 32
years. We are a tight knit and close family and share love and respect with one another. As the
oldest, the most important thing my parents ever gave me are my three siblings Julia, Jonathan,
and Lauren. Growing up, my parents always told us our siblings are our best friends in life. My
parents and siblings are like my limbs and I would not be able to function properly without them.

What makes us happy is pretty simple: family.

We are a family with deep roots. Our most valuable possessions in life are each other. We've
experienced great loss, with the loss of my uncle Cameron, and great gain and we choose to
focus on our biggest blessings -- our growing family and our health.

I can go on for pages and describe everything my father has done for me. He provided us the tools to succeed in school. He was always present- rushing home from work for family dinner every night of the week, attending our school plays, recitals, and sporting events. He showed us the world and made it a priority to take family trips so we could have quality family time together since he worked such long hours. He offered me a good job straight out of college, he loaned me capital and a retail space to start my own business, he remodeled my first home, he has guided my husband and helped him start his own business. He welcomed my husband, son, and me into his home when the Covid pandemic hit. My father provides us with so much love and care.

Growing up I was always extremely shy, reserved and self-conscious. However, throughout my entire life my dad has always encouraged me to be confident and hold my head up high. He always says you have the world at your fingertips, reach for the stars, don't be scared, I promise to catch you if you fall. He wanted to make sure we had a good life and wanted to provide a better life for us than he had.

My dad has always celebrated and uplifted us. He encouraged us to accomplish things beyond our wildest dreams and continues to do so. He has been our biggest cheerleader and supporter. He is always there for the good times and the bad. He never put us down and always elevated us with positivity and love.

His simple pleasure is spending quality family time at home, all of us sitting around our kitchen table that keeps getting tighter because our family keeps growing, laying outside on a blanket in the sun, eating his favorite foods- cheese, yogurt, and stale bread.

When I worked at my dad's office, the rock hard stale bread was a staple at lunch. I always wondered why. One day my cousin finally explained to me that the reason my grandfather, uncle, and father have an acquired taste for stale bread is because my grandfather grew up so poor in Iran that the old stale bread is all they could afford so they were just used to it and now preferred it.

My whole life, my dad would tell my siblings and me that he couldn't wait for us to work with him at his office. When I was in college I started working summers at my dad's office and when I graduated he offered me a full-time position working on his leasing team. I worked there for about 4 years after I graduated and learned a lifetime's worth of invaluable knowledge. I got to learn from the best and was able to see first-hand who my father is.

In college I took a class called Los Angeles and the American Dream. We learned about the history of several different neighborhoods within Los Angeles and a large trend we focused on was gentrification and how it hurts communities. My father did things a bit differently than most

developers. My father's main goal in his business is to help improve communities, make them better, bring opportunity, and strengthen the community members that are already residing there. Since I worked in leasing, I got to speak with tenants first hand, and see their experiences with my father. For example, I got to know a baker who moved here from Mexico and started baking to provide for his family. When no one gave him a chance to succeed, my father did because he remembered being an immigrant and connected with other minorities.

My dad has a humble heart; he has worked and sacrificed so much to get to where he is, and he continues to do so. Whatever success he has built has not changed who he is and he is still the same person he was before he got to this point in his career. People who knew him from a young age have even told me that my dad is the only person they know who has not let financial success change who he is. As much success as he has built, he always says his greatest accomplishment is us, my siblings and me.

Although he got to this point in his career all on his own through honest hard work, sacrifice, and perseverance, he always seemed to have felt a sense of guilt for being so fortunate. I know he feels it is his duty to give back as much as he can and that in fact is probably his greatest joy in life -- being able to share his success with others by giving back. My dad is a giver. He loves to give but never asks for anything in return.

Throughout my life I watched my dad quietly help many people. Whether it was my mom's family when they were going through tough times, his childhood best friend that he continues to help support, or a friend or community member in need. My dad is always there not just for financial support, but he is physically taking the time to do whatever he can to help people on a one-on-one basis. I remember when his best friend from college was battling cancer. His friend is not married and does not have much family in Los Angeles, and my dad, without hesitation, was the one who took the time to find the best doctors and specialists to treat his friend. My dad was there in the hospital taking his friend to all of his surgeries and different therapies and helping him recover afterwards. When I graduated from college, I had told my dad how a friend of mine, who supported her parents and was saddled with student loans, was in need of a job. He asked me for her phone number and within seconds he invited her to his office and offered her a job, offering to take her under his wing, guide her, and teach her about the real estate industry first hand. She eventually went off on her own to have a very successful career in real estate and to this day still thanks my father. My dad is a problem solver and always wants to do whatever he can to help. Helping others is second nature to him and he would not have it any other way.

He helps people without them even knowing. When I was a teenager taking classes at Santa Monica College, someone hit my parked car in the campus parking structure and drove off. I was in class at the time, but there were several witnesses and the campus police was involved. When I got back to my car, the police informed me of what had happened and told me that they had the

license plate number and information on the person who hit me. They had asked me how I wanted to move forward and not knowing what to do, I had called my dad. He quickly told me to let it go and to kindly ask the campus police not to pursue anything. He said that  no one was hurt and that the person who had hit my car was likely a student that would not be able to afford to pay for the damages or afford for their insurance policy to go up. He generously offered to have my car repaired with no questions asked. This is just a small example of the generous and understanding person he is.

It has been one of my greatest joys in life watching my parents enter their new role as grandparents. When I was pregnant with my son, at the start of the Covid pandemic, my husband and I moved in with my parents. We had the pleasure of bringing our son home from the hospital to my parents' house, the house that I grew up in. As my due date was approaching my dad was taking attentive care of us. He cleaned the house from top to bottom, made sure the air and heat were working, he changed all of the air filters himself and wanted to make sure everything was perfect for the baby's arrival.

The day my son was born my husband and I were alone in the hospital due to Covid restrictions. Minutes after he was born we quickly sent pictures and videos to our family and facetimed our parents. Everyone said, "He looks like dad."

I can't tell you how much of my dad I see in my son. Not just his looks, but his spirit, heart, and loving personality. I feel so proud.

My dad is the best grandfather. When my son was sick and had a terrible diaper rash, my dad drove to the pharmacy late at night and bought a special diaper cream and powder for my son. When Pierce was three months old, he needed surgery and my dad was constantly checking in on us while we were in the hospital making sure we were all okay. He was waiting at home with open arms for us as he greeted us home from the hospital. It was a very hard time for me and my husband, and we wouldn't have been able to get through it if not for our family.

My husband and I lived at my parents' house until Pierce was almost a year old. Pierce was never much of a sleeper and we would always be up in the kitchen at five in the morning before the sun came up -- Pierce, my dad, and me. We had a quiet house while the rest of the family was still sleeping and it was Pierce and my dad's special bonding time. My dad would talk to Pierce like he was all grown up. The same way he would speak to me when I was growing up. He would play us music and we would take pictures and videos. Now that I am back in my own home, I long for those early mornings together.

My dad and my son share a love of music and dancing. My dad gets so excited to download new music and play it for my son every Friday night at Shabbat dinner. It warms my heart watching

them jump around and dance together, the excitement on both of their faces. One of my dad's favorite songs has always been "I Got You (I Feel Good)" by James Brown. It is a song he always played for us growing up and now he plays it for my son.

In a sense, my dad and my son feel the same to me. My dad has the purity and innocence of a young child. He is optimistic, positive, and only sees the good in the world and in people.

I grew up surrounded by my grandparents and saw how much they have impacted my life. I understand how important it is in the molding and upbringing of a child and I pray that my son can have the same experience with his grandparents.

My dad is one of my best friends and I cherish my memories growing up with him. I remember fondly our car rides to school every morning when I was in high school and our Sunday father-daughter hikes in Franklin Canyon. He would play me music, give me endless advice, and always tell me stories about his childhood and the struggles he went through in Iran and when he first immigrated to America. He would tell me about the different jobs he worked as a child in Iran as well as the jobs he had when he first moved here as a young teenager. One of his proudest moments was when he got his first job in America at Footlocker. To this day, anytime we pass by a Footlocker my dad reminds us how proud he was when he got that job.

Growing up my dad did not care too much about our grades in school, but rather how hard we tried and how much effort we put in. He wanted to make sure we met our full potential. He also taught us to help the community. He told us that we had to give back to the community and really advocated for us to do community service, join different charities, and participate in fundraisers.

My dad is one of the only people who is able to give me comfort and ease my anxieties. Whether it's a quick text message, phone call, facetime, or just me picking up burgers and stopping by his office and eating lunch at his desk together. He always makes me feel better and has a sense of calmness and peace.

He will laugh with us and cry with us. Always in tune and understanding of our emotions. He has always been sensitive and in tune with his own emotions. One of his qualities I cherish most as I myself am very sensitive as well.

In today's modern world, it is so easy for us to get caught up in our own lives to the point where we may lose empathy and not want to get to know other people. My father is just the opposite. He is probably the most empathetic person I know. If he hears someone is in need, his first instinct is to get involved and help. He treats everyone the same, it doesn't matter who they are, where they come from, or what they look like.

While we were growing up, my dad taught us to always acknowledge homeless people. To always look them in the eye and say hello. He taught us that they have the same blood and bones that we do and that they are no different than we are; we are all human at the end of the day. My father always keeps food like granola bars, water bottles, and blankets in his car to give to homeless people. I remember my mom one time telling me that my dad pulled over his car in the middle of the night to put a blanket on a man sleeping on the street. When we would pass by anyone homeless, my father would always acknowledge them, say hello, give them money, and whatever food, water, or blankets he had with him.

My husband and I hope to have another child soon and we want to have a big family. I am the oldest of four and my husband the oldest of five. A grandfather is an integral part of any child's life and we are fortunate that my father is an important part of my son's life. I want my father here to meet our future children and be an active part of all our children's lives.

Growing up my father always taught us that our time is our biggest and most valuable asset. He taught us that time is free but you can never get it back. I am deeply saddened at the thought of my children missing precious time with their grandfather, especially in the early developmental stages of their lives.

I worry that if my father goes away, he will not be able to be there for my elderly grandparents in what may be their final moments. My grandparents have already lost one son, a loss from which we are still healing 19 years later. I don't think their hearts can handle another loss.

My grandfather is 93 and has Parkinson's disease. He is in a wheelchair and has recently lost his ability to write and type, which is a huge loss given that my grandfather has an extremely sharp mind. He is a writer and has written several books and countless articles. Recently it has been difficult for him to speak and he told me that soon he will lose his voice completely and will lose the ability to swallow. He will need a feeding tube. I feel like he is a candle that is dwindling and it is extremely hard on all of us. My grandmother is 85 and suffers from constant debilitating anxiety following the loss of her son as well as a heart condition. My dad is their main caretaker and my grandparents really rely on him, as does our entire family- all 52 of us.

It has been very hard for me to write this letter. It's difficult to put into words what my dad means to me. My dad is the best person I know. He is kind. He is a man of honor. He is generous and humble. He carries a certain confidence but is never arrogant. He is smart and creative, optimistic and positive. He is so full of love and has the biggest and purest heart. He dedicates himself to his family, friends, and the greater community and is dedicated to giving back and helping others. I feel so proud to be his daughter and feel pride when I get to say "That's my dad."

As a child, it has been the hardest thing watching my father and my entire family go through this. As the oldest, I feel a deep responsibility for my parents and siblings well-being. I feel helpless and wish there was something I could do. I have watched my father's health deteriorate over the past five years at a frighteningly fast pace. I truly worry about his overall wellbeing, his physical, and mental health. At the end of the day, we as humans are nothing without our health.

Your Honor, I know that you will make a decision that you feel is right. But please, try to truly consider the type of person my father is. He is not a dangerous person and is not violent. He has never hurt anyone. On the contrary, he has helped so many. He is a good person with a pure heart and we need him. My siblings and I really need our father, my son needs his grandfather, my mother needs her husband, and my grandparents need their son.

If there is anything I have learned in my almost 30 years on earth, it is that life is precious. I hope you will be able to grant my family and me the privilege and blessing of staying together.

Thank you for taking the time to read this rather long letter. If you have any questions, please do not hesitate to contact me.

Very truly yours,

*Nicolette G. Hanasab*

Nicolette Gabay Hanasab

Honorable George Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 2:18-CR-00331 (GW)

Dear Honorable Judge Wu:

My name is Julia Gabay and Arman Gabaee is my loving father. I am Arman's second child out of four. My father's current situation has left me with a flood of feelings that I can't make sense of. My heart has felt restless for the past five years, as I have witnessed an honorable man of great integrity be subject to a very grueling and demanding legal process. I so often miss the days when my father wouldn't have to anxiously jump off a call with me because his lawyers were on the other line. I so often miss the days when I could see the child-like light in my father's eyes and hear his laughter from the other room.

My father has always brought out the best in me. As a very anxious child growing up, he was the only person who could calm me, or as I used to say, *save* me from my own feelings. We had the ability to communicate without words -- all it took was a hug and I felt like I could breathe again. He would put all the weight on himself, so I could feel lighter. He would tell me that life doesn't happen to me, but instead that life responds to me, putting me in the driver's seat of my own destiny and giving me purpose. With his unconditional support as the wind under my wings, I could accomplish anything. Growing up, I knew I wanted to be just like him one day. He was, and has continued to be, my greatest hero.

As I grew older, my father continued to play this role. He never cared about my grades in school; he was more interested in if I tried my best. He never treated me like a child or discounted my opinions due to lack of experience, which I appreciated the most. He treated me like his equal, and continues to do so. Something he valued greatly was to invest in our experiences abroad -- as we walked through the slums of India or shared a van with a large group of Africans in Tanzania,

he made sure we never felt different from the other children. He raised us to be humble and
empathetic. He never raised us to feel like we were more special or important because of the
opportunities we were blessed to have.

I started working for my father after finishing my graduate program at the University of Southern
California four years ago. At first, I was shadowing him daily. I would be in awe of how he
would handle himself with every interaction, how much our tenants, colleagues and network
loved and respected him, and how well-informed he was about each community, demographic
and project. It became clear that the key to his success has always been his openness to grow his
mind, his vision and his perspective. He always says that life is too short to be at a standstill. His
deep curiosity has led him to take chances on projects and people that others may have otherwise
overlooked. It is this quality that has led him to find many "roses in the desert." When it is time
to pitch a project, he leads with *why* it is worthwhile and how to find and add value in each
endeavor. There are always people along the way that don't agree with his vision, or who believe
he can't accomplish it, but that never stops him from succeeding. He always taught me that if
you don't believe in the work you do, nobody else will. He finds so much purpose in his work,
so much so that it becomes an obsession and he will not stop until the project has reached its
highest potential and contributes the most it can to the community. It is his tenacity, drive,
empathy and care that have led him to improve so many lives and do so much good over the
course of his life.

When the pandemic hit, many of our tenants were struggling to pay their rent. Rather than
worrying about settling their delinquencies, my father was more concerned about their families.
He was so worried about whether they could put food on the table, how they would afford their
home payments, and how they would provide for their young children. He has built considerable
wealth, but has never distanced himself from his community. When I would ask my father how
to proceed with their debt, many times he would tell me to forgive it. He has the ability to feel
what others feel and then goes to great lengths to try and relieve them of their challenges without
asking anything in return. When he decided to give back to the Los Angeles Mission recently,
the director had offered to write him a letter and help him however he could. My father's

response was, "Please get to know me first. Allow me to show myself to you and then be the judge of that." My father is a deeply honest, god-fearing, fair and law abiding individual.

Theodore Herzl has famously said that if you will it, it is no dream. My father emulates these words daily. He will always continue to do good for others, give back unconditionally and create vibrant, flourishing communities, because this is who he is at his core. My husband and I have been married a little over one year now, and we are expecting our first child in February. We pray that our children will have the same opportunity to be raised by the same great man that I was raised by, and that they can follow in his footsteps. Witnessing my father become a grandfather last year was one of my greatest joys, and my nephew's favorite person is undoubtedly his "Baba". Should my father be required to serve time in custody, he will suffer tremendously, partly because he will miss us all dreadfully and partly because he is absolutely essential to his company's success and survival. As for us, we will also suffer as we will be without our leader and role model.

Very truly yours,

Julia Gabay

July 19, 2022

Honorable George H. Wu
United States District Court
350 W. 1st Street
Los Angles, California 90012

Dear Judge Wu,

My name is Lauren Gabay and I am Arman Gabay's fourth and youngest child. I am
currently a student at the University of Southern California where I am pursuing a
degree in Communications and a minor in Occupational Therapy. When I first started
writing this letter I kept thinking to myself, "How can I best describe 20 years of being
with my father?" I was at a loss for words because all I could think was, "I love my dad
more than anything." How much more could I say?

What I can say that my father is a caring, big hearted, and generous man, both to me
and our immediate and extended family and to the entire community. Growing up, I was
always very close to my father and although he may have spoiled me somewhat, he
helped me greatly at what was most important. You see, Your Honor, during my
formative years, I always had a tough time in school academically. My father
understood this better than anyone because he also had the same difficulties and
learning problems as me.

My father never received tutoring or extra help of any kind during his school years, and
when he saw me struggling academically, he made sure I got the resources I needed in
order to get the most out of my studies. He truly wanted me to catch up and learn just
the same as the other students. He provided every resource, tutor and program that
was available – all in order to help me. I remember telling him that all the special help
cost a lot of time and money, but he replied, "As long as you're learning, that's all that
matters."

When I was in third grade my learning difficulties became very evident. The school I
was attending would constantly call my parents and tell them that I was not catching on
and was not catching up to the other students. In time, the school decided to terminate
me. This broke my father's heart. Though I was still pretty young, I saw the pain it
caused him. All he wanted was for me to receive a good education, just like the rest of
my siblings. After that, my parents looked for other options and finally found a school
called Westmark that could help me. After I had been there for a few years, my father
could tell I had outgrown it and sent me to an amazing Jewish school that allowed me to
have a regular high school experience while still providing smaller classes and all the
help I needed.

Today I go to one of the best universities in the United States and I truly owe it all to my
parents, especially my father.

It upsets me to see what my father is going through now. I have seen my father's generosity and kindness, not just to me and our family but to the entire community, all throughout my life and it pains me to see him suffering. I know my father is a good man who has provided a helping hand throughout the community. He is surely no menace to society. I hope my letter today can help you see the amazing man I have the privilege of calling my father. While considering his sentence, please keep in mind that he is a wonderful man who has done a great deal of good both in Los Angeles and in other parts of this great state.

Thank you, Your Honor, for your time and consideration.

Very truly yours,

Lauren Gabay

July 21, 2022

Jonathan Gabay

1468 Donhill Drive Beverly Hills, California 90210

310-991-4506

Honorable George H. Wu

United States District Court

350 W. 1st Street

Los Angeles, California 90012

Re: United States v. Arman Gabaee; 18-CR-00331-GW

Dear Judge Wu,

My name is Jonathan Gabay and I am Arman Gabay's third child and only son. I am 22 years old and I am about to enter my senior year at the University of Southern California. I am currently in the Marshall School of Business getting a degree in Business Administration while emphasizing in entrepreneurship. I am also getting a minor in real estate development from the Price School of Public Policy. I am currently working as an intern in construction for a general contractor in Thousand Oaks, California. I would like to thank you for taking the time to read these letters that everyone has written for my father. My family very much appreciates it.

Throughout my entire life, my father has been my role model and best friend. Growing up with three sisters and no brothers, my father has always been by my side as a brother, friend, father, and my number one supporter. My father is the most selfless, genuine, generous, and honest man I know. I am always amazed by how my father impacts other people's lives in such a positive manner. My father is the most understanding person and has never wished anything bad upon anyone. My father cares so much about the people around him and always wants the best for everyone. He makes himself emotionally and physically available to people and is always willing to help anyone in need. My father connects with people in a way I have never seen before. He is the hardest working person I know and is always there for his friends and family.

Moreover, my father has always been involved in my life. He attended almost all of my basketball, water polo, and soccer games throughout my childhood. Whether my games were early morning on Saturday or late in the afternoon during the week, my father was always there cheering me on. Growing up without any brothers, it was sometimes difficult finding someone to talk to. Since a young age, my father created a very safe environment for me to be able to talk to him about anything. He never pressured me about anything and is very understanding. My father is my hero and he is the most honest person I know. I continue to look up to him every day and no matter what the situation or where we are, I am always learning from him. My father is filled with wisdom and knowledge and continues to care for those around him and is always willing to help anyone in need. My father has a heart of gold and is always helping others and never ever asks for anything in return. He always does everything out of the kindness of his heart and never has any expectations. He always emphasizes to me how important it is to not have expectations and to do things for others without expecting anything out of the kindness of your heart.

Additionally, my relationship with my father is very special. My father has played a very pivotal role throughout my life. He has been my best friend, brother, and father all in one. My father has given me a balance of having a bonding relationship where he is my friend, but still keeps me in check as my father and plays an authoritative figure in my life. He has always been understanding, but at the same time he has rules and morals and does not want me to cross them. My father always expresses the importance of being prepared whether we are camping or just going through life itself.

Furthermore, my father really values the golden rule. Treating others as one wants to be treated.

My father always has a smile on his face and is constantly making funny jokes. He makes an effort to get to know the people in my life like my friends, girlfriend, and classmates. He also knows his time and place which I really admire. Most individuals don't pay much attention to how people interact with others , for me it's an important indication of one's character. I love

watching my father interact with others with humility , warmth, and depth with true compassion.
My friends and my siblings' friends always talk about how kind, funny, and genuine my father is
and always look forward to seeing him.

My father has the utmost integrity and honesty. He never has anything to hide and is an
open book. As stated earlier, my father is constantly looking to give back to his community and
others. We often talk about philanthropic events and organizations we would like to start and
different ways we can help others.

My father also values education. When he was a child, education did not come easy for
him. He explained to me how he often struggled in school and did not have the resources in order
to get help. My father has given all of his children and even my cousins the best education and
resources. School has never come easy to me either, and growing up I did not always receive the
best grades. My father never pressured me about my grades but always made sure I was trying
my best and that I was learning. My father is always involved with my education and still
continues to care even when I am in college making my own decisions. I have come a long way
in my education and I would not have been able to do it without my father and my family's
support.

I can hardly believe that my father has a pending legal matter. He is such an honest and
honorable man.  In reaching your decision, Your Honor, I entreat you to give all due weight to
the fact that my father, Arman Gabay, is the most kind and generous man I have ever met. There
are very few people like him and I pray that he will be allowed to continue to give back to the
community. Thank you for taking the time to read this letter.

Very truly yours,

Jonathan Gabay

The Honorable George H. Wu

United States District Court

350 West 1st Street

Los Angeles, CA, 90012


Re: United States v. Arman Gabaee, 18-CR-00331 (GW)


Dear Honorable Judge Wu,

My name is Jonathan Beroukhim, and I am proud to be Arman Gabaee's son-in-law. I am writing this
letter to share my perspective on Mr. Gabaee and the impact he has had on my life. I am an orthodontist
by trade and a first generation Iranian-Jewish immigrant. I received my undergraduate degree from
UCLA, followed by a dental degree from NYU College of Dentistry, and finally completed my
orthodontic residency at NYU College of Dentistry. I currently have a dental practice in Long Beach, CA
and serve a diverse population of patients. Growing up, my parents had always encouraged me to work
hard, pursue a good education, and stay grounded. I like to believe that I have been instilled with a strong
moral and ethical foundation.

When I met my wife, Julia, we had instant chemistry. Once our relationship grew more serious, I was
introduced to Julia's father, Arman. Up to that point, I was only aware of his stellar reputation as a hard
working family man. I was quick to learn that Arman was a generous and humble father who shared a
similar upbringing to my own. We both had to flee our home country of Iran due to religious
persecutions. His parents had also emphasized the value of education and giving back to one's
community. At times when I would feel out of place with so many new faces, Arman would be the first to
pull me aside, speak with me and make me feel comfortable. He would ask me about my life experiences
and find ways to relate to me regardless of our age difference, in order to make me feel a greater sense of
belonging.

Arman has become a role model for me personally and to many members of our community. He is the
hardest working and most honest man I know. He cares for us deeply and, out of the goodness of his
heart, always helps the less fortunate. For example, I recall that Arman had graciously paid three months
worth of rent for eight previously homeless families living in Los Angeles. Giving is second nature to
him. Something I deeply admire in Arman is how he has the ability to find the silver lining in every
experience. He is motivated to learn from his challenges, and I believe this has been the key to his

success. Even during this most difficult time of his life, he has continued to flourish and succeed in his
endeavors, motivated by the possibility of leaving communities and people better than he found them. He
selflessly puts the comfort and contentment of an entire community before himself, regardless of his
current circumstances. I am in awe of his resilience, tenacity and the daily goodness he provides to
everyone he meets. I feel so blessed to have him as a second father. He has treated me like his own son
since the day we met and has given me the confidence to pursue my own dreams, like starting a multi-
specialty dental practice.

Arman's only request when I asked for his blessing to marry his daughter was to ensure we raise our
children with strong values and to always be there for one another. Arman raised his four children to see
the best in others and give everyone a fair chance. His children have been raised to be independent,
humble, and kind to everyone, and I have vowed to instill the same values in my own children. I feel so
grateful that our children will be guided by a grandfather with great integrity and wisdom. I can certainly
attest that without a doubt, Arman is an indispensable member of our community and thousands of people
would struggle without his support in the event he is required to serve time in custody.

Thank you for taking the time to consider the great positive impact Arman Gabaee has had in our
community.

Very truly yours,

Dr. Jonathan Beroukhim DDS

Jonathan I. Hanasab, Esq.
606 S Olive St. #1030
Los Angeles, CA 90014
Tel: (310) 806-1722

**RE: US v. Arman Gabay**
**Docket No.: 2:18-CR-00331-gw**

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

Dear Judge Wu:

My name is Jonathan Hanasab. I am Arman Gabay's son in law.

From the day I met Arman, I will never forget the love, support, kindness and humor he
introduced me to. He has been one of the biggest blessings in my life and has filled an empty
space in my life that I was missing.

My father-in-law, or Baba, as my one year old calls him, and I have a lot in common. We both
come from traditional families where our fathers are tough and reluctant to show love and tend to
put an unbearable amount of pressure on their sons. Nothing is ever good enough, and we tend to
be the scapegoat when things go wrong. That pressure and the pressure of family is something
that we both connect with. I deal with it in my thirties and my father-in-law still deals with that
in his sixties. This all changed, however, when I was welcomed with open arms into my wife's
home – that tension left, and I was welcomed by a different father -- a supportive and loving one,
the role model that I had been missing my entire life. My father-in-law and my mother-in-law
became the breath of fresh air that I had been missing. I have always witnessed in them a very
special love and support.

My father-in-law is a good man and he exemplifies everything that I hope to become, and that I
hope my son becomes. While in law school, I volunteered at Bet Tzebek's conservatorship
program, helping families that were wronged by other family members.  My experience exposed
me to families that treated one another horrendously. I saw children that starved their parents in
order to gain the titles to their homes and who tortured their parents in order to be in their wills. I
saw the worst that can become of a family.

Personally, I grew up in a big extended family that was, unfortunately, broken. Both of my parents are one of six. However, the number of family members did not mean anything. We grew up isolated and not connected with my father's family. It was hard, it hurt, but it was life. We did not have a grandfather that I was able to talk to or seek advice from, and my extended family situation was void of support.

It was only when I met my wife and her family that I saw the true meaning of family and witnessed real love for one another. It was amazing, for the first time – after nearly three decades here on earth – I understood what family really means – mutual love, care, support, and reliance. Not only for me personally, but my nuclear family – my parents and 4 siblings – found a true family to love, confide with, and spend family Shabbats together.

My father-in-law is a good man – he is a reputable member of society, a family man, a loving father, brother, son, and grandfather to my son Pierce. During my son's brit milah (circumcision ceremony), I spoke to my son publicly and promised to guide him and support him, the same way my father-in-law supports and guides my wife and me. Moreover, I stated that I hope my son absorbs my father in law's loving nature, compassion, and care for others. His heart is painted on his sleeve, and his personality and character are unparalleled. He worked hard and sacrificed a lot to help his family adapt in America. When immigrating to the United States in 1975 at the age of 14, my father-in-law fled the persecution of the Jewish people and the impending Iranian revolution. My father-in-law is quietly responsible for the employment of thousands of people in their own offices and the shopping centers they helped build. Arman has helped countless families with charitable donations. For example, he established a scholarship fund to support a diversity of programs at the Cesar Chavez Elementary school in Calexico, California.

My plea to you, Your Honor, is that you see the good in my father-in-law, and recognize his dire need to be with his family and here within society.

Very truly yours,

*Jonathan Hanasab*

Jonathan Hanasab

Behnaz Gabay
1254 South Bedford Drive
Los Angeles, California 90035

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

RE: US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu,

My name is Behnaz Gabay and Arman Gabay is my late husband's youngest brother.

Arman is a caring, giving and loving person. He is more than a brother in law to me. He is my
business adviser that literally saved my family. Before my husband passed away, our business
needed a new space to lease. The market was expensive and we simply couldn't find something
we could afford. Times were tough to say the least. My husband had cancer and a heart
condition. We raised 6 beautiful children and put them through schooling all at the same time. I
will never forget that moment, Arman walked in our office on the last day of the lease and
handed over keys and said, "These are for you. It's a great space for you to occupy and run your
businesses smoothly. All I want in return is your families success and nothing else." Arman gave
us keys to a 10k square foot industrial building without charging us a dollar.

Years go by. My late husband passed away. Widow raising 6 children youngest being 5 years old
at the time. Arman would visit every day with the entire family to make sure everything was ok
and the children were happy. They provided me with a beautiful house. Never once did they
charge me rent or asked me to cover any expenses. Arman paid for my children's schooling and
vacations. Nothing was missed from their childhood. Arman is the reason that didn't happen. He
insisted that my children, his nephews and nieces, were living lives just like the other children
that had parents.

My husband left 4 properties for me and the children. Every month we were taking a big loss and
most of our rent money was going towards expenses and mortgages on the property. Arman

looked at the financials and found the reason for these issues. One of the buildings was making the other 3 cover these expenses. Arman suggested to sell this building and so we did. All the burdens has stopped and we live comfortably. His advices are genuine and personal. Arman cares. When he gives me advice, it's advice that he follows and lives by.

Arman is a great man, husband, father, friend and most importantly, a giver.

Sincerely,
Behnaz Gabay

Sarah M. Withers
5757 Matilija Avenue
Valley Glen, CA  91401
310.951.5425

June 27, 2022

The Honorable George H. Wu

United States Courthouse

350 West 1st Street

Los Angeles, CA  90012

Dear Judge Wu:

I have known Arman Gabay for 20 years.  I have worked on many of his most
complicated and challenging projects.  Most of these projects are former
contaminated sites, gas stations and located in blighted, high crime and high
unemployment areas.  The redevelopment of these projects have provided
these communities with thousands of new jobs, while eliminating health risks and
creating a safe place for residents to live and work.

Throughout the years, I have observed the way Arman treats people.
Regardless of who it is, he extends the same respect.  He is humble, kind and
generous.  He is an excellent problem solver and no task is too big, approaching
every challenge with the goal of providing a win for all stakeholders.

As a woman and minority in the field of development, I am grateful and
honored that he has given me the opportunity to take a prominent role on his
team.  Through his mentorship and trust, I have been able to gain the
experience to undertake major projects and grow in my career.

Arman has always been a visionary, unique in his approach when designing and
building a project.  He is always accessible and embraces the people in these
neighborhoods.  In every instance he prioritizes community benefits and job
creation.  He is able to do this, because these properties are long-term holdings,
which removes the pressure of having to turn an immediate profit.

Sarah M. Withers
5757 Matilija Avenue
Valley Glen, CA 91401
310.951.5425

Many of the projects that he has built would remain stagnant, if it wasn't for him. His developments are award winning, cutting edge and have been the catalyst for the revitalization of many communities. Every project has a remarkable story of success with Arman as the common denominator.

We currently have over 25 critical projects in different stages of planning and development. Many of them are large contaminated and blighted sites that require Arman's hands on approach. I believe that if you look at these projects closely, you will discover how complicated they are and most important how critical his leadership is to redevelop them. I am not certain how we can proceed without him, as he is the backbone that guides and empowers our team, to bring these life changing projects to fruition. We need his guidance and tenacity to get to the finish line.

I respectfully ask for your mercy and pray that you impose the most lenient sentence permitted by law. I wholeheartedly believe that Arman will leave this world a better place. His legacy will live on through his good deeds and outstanding work.

Sincerely,



Sarah M. Withers

# Gene Detchemendy

Gene.Detchemendy@gmail.com • 560 Bradford Street Pasadena, CA 91105 • 213-309-8186

July 11, 2022

The Honorable George H. Wu
United States District Judge
Central District of California
350 West First Street, Courtroom 9D, 9th Floor
Los Angeles, CA 90012

Re:    United States vs. Arman Gabay; Docket No. 2-18-CR-00331-gw

Your Honor,

I am a commercial real estate professional in Los Angeles, and in that capacity have worked with Arman Gabay for over 35 years. As a deal maker specializing in inner city sites and tenants, I met Arman when he was one of few property developers willing to invest in the urban core of Los Angeles. As early as the 1980s, Arman actively bought and developed properties no one else was interested in, improving underused sites and pursuing much-needed national tenants including grocery stores, clothing retailers, auto parts stores and other companies who were hesitant but whose offerings were much needed in these areas.

Arman's bold vision for the urban environment enabled his business to succeed while at the same time benefitting communities in need. At a time when no banks would underwrite these developments (redlining being then still a common practice, particularly south of I-10) Arman used his own cash to build; other developers generally did so only after various federal and state subsidies became available.

After the 1992 civil unrest, Arman doubled down on bringing new development and tenants to the areas most heavily physically affected, even as others essentially ran. He bought and developed properties at Florence and Normandie, La Brea and Adams, and several other impacted locations, bringing renewed hope and development at a critical moment.

Arman Gabay has invested his time and personal resources to improve the neediest areas of L.A. for decades when few others would, creating meaningful and positive change. I sincerely hope he continues to have the chance to do so. Thank you for your consideration.

Sincerely,

Gene Detchemendy

Chez Aban
341 Faxina Avenue
La Puente, CA 91744
Tel: (310) 951-5345

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

RE: United States V. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My name is Chez Aban, I've known Arman Gabay since I joined their company in 2003. He is hardworking , dedicated to his work with an impeccable vision for the Company he built and devotion towards his whole family is incomparable. Straightaway I felt the warmth and sincere concern for everyone which was also confirmed by stories of other people I met through the years. He truly has a big heart to anyone who are in need in every aspect of the work need. He is fun to be around with making everyone feels comfortable and appreciated .

I spent over 19 years working with Arman and I can say the whole Gabay Family are loving and always there to lend a hand to anyone. I myself is one of the many people Arman gave full support, I was diagnosed of a stage 4 cancer two years ago, from the time I started my chemo , surgery and recuperating he never failed to show the concern. The support of people like Arman is one thing in life that can never be bought, he makes me feel as a member of his family.

Now, I am back working and I will be saddened of the impact it will bring to many lives specially his family if Arman will be deprive of his freedom. The respect I have for Arman will never fade because I've seen the heart of the man he is.

Sincerely.

Chez Aban

The Honorable George H. Wu
United States Courthouse
350 West 1st street
Los Angeles, CA, 90012

To Honorable Judge Wu:

As an interventional cardiologist who has served the community of Inglewood, California for the past 27 years, I have met and treated people from all walks of life. I have witnessed their strengths and weaknesses. I believe that I have a good sense of people's characters. I am writing this letter in support of Mr. Gabaee who I have known for the past 15 years to inform you of his character.

I have found Mr Gabaee to be a special person with great deal of compassion, love of others, who is always available to help anyone in time of need. He has helped many in the community through his charitable deeds. I know of many who owe their life and health to him. He has paid medical bills for many individuals who otherwise could not afford the care they needed. Without his generosity, I believe that many of these individuals would not be here today to be with their family and loved one. Mr. Gabaee has truly been a life saver. His charitable deeds have always been anonymous and without any fanfare. He has never wanted nor wished any credit for them.

I realize that Mr Gabaee made a mistake and has admitted to it. I truly believe that this mistake does not define who this man is. He is a man of incredible moral character. He is a loving husband, father, grandfather and friend. He is a quiet, humble, well mannered individual who has worked hard all his life to support his family and people in need. He is a well respected member of the Jewish community. Indeed, he is considered one of the pillars of our community.

I am not asking for him to get off without punishment. However, I believe he should be allowed to make reparations, both emotionally and financially, without taking away his freedom. I hope that you will allow him to continue his contribution to our community and the society at large through community service and other projects you deem appropriate. It would indeed be devastating for the community if he is taken from us regardless of the duration.

I realize the tremendous power you wield over him and his future and hope you take this man's tremendous character when you render your decision. I want to thank you for your time and attention.

Sincerely,

Jack Farahi, M.D.

Diana Pakdaman
1737 Camden Ave., Apt #3
Los Angeles, CA 90025

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

RE: US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu,

I am Diana Pakdaman.  I have been a teacher at Sinai Temple for over 32 years and counting.  During that time, I had the pleasure of teaching two out of four of Arman Gabay's children.  Through interacting with them as parents of students as well as through our community, I have gotten to know Arman and his wife, Elenor for over 24 years now.

Arman is a generous, kind and thoughtful person. He and his wife are the kind of people who put a high value on education, have a strong sense of community and constantly try to help people in need. He is extremely respectful, kind and accommodating.

Even when his kids were not in my class, I could always rely on his generosity to supply necessary materials and toys for our classroom.  Arman and his wife always volunteered to lend a helping hand when we had special events at school. Most parents who were not as busy or successful as Arman would not be as generous with their time and resources as Arman and Elenor.  They are both very involved in the schools, their child's lives and our community.

I have kept in contact with them socially for many years and after their children were out of our school, they would still help with time and toy & material donations to help the children.

I've seen them helping other people when they were in trouble.  Arman and Elenor were always the first to help financially or with resources. Also, what stood out to me most about them was that they always preferred to help anonymously.  It has never been about the credit or attention for them.  Rather, they genuinely care for others and seek to help them.

I ask that you please weigh his good character in your decision with his fate.  He is a kind, good hearted, charitable, a humble man and a strong pillar of our school and community.

Thank you.

Sincerely,

Diana Pakdaman

George Ray
26791 Calle Verano #A
Capistrano Beach, CA 92624
949 842-1995

The Honorable George H. Wu
United States Courthouse
350 West 1st Street Los Angeles, CA, 90012
Re: United States v. Arman Gabay 18-CR-00331 (GW)

Dear Judge Wu:

My name is George Ray, and I have been in the retail development industry for over 40 years. I have an extensive background in private development as well as having been a corporate executive with various retail companies.

I met Arman during a real estate project in Palm Springs for Home Depot in 2007. Arman and his brother, Mark, purchased a landfill site in Palm Springs, California. Arman, without any firm commitment from Palm Springs for his project, spent hundreds of thousands of dollars to clean up the site. At first, I felt that he was foolish. I would not have done anything with the site until the City of Palm Springs had approved the project. I would have used the "clean up" of the site as leverage for the entitlement of the project. What I learned from this transaction with Arman and from other subsequent projects is that Arman has consistently placed the community's needs over his own self-interest. Although not always successful, Arman has tried to develop projects to enhance the cities he has worked in. After working with Arman for over fifteen years, I feel that incarcerating Arman will be detrimental to Southern California. Hopefully, there are other punishments that will still allow Arman to continue to serve our community. By letting Arman continue to do what he does best, building quantity developments, he will enhance the lives of many of us throughout Southern California.

Please feel free to contact me if you have any questions regarding this matter.

Sincerely,

George Ray

Shirin Kahenassa
1521 Midvale Avenue
Los Angeles, CA 90024
Tel (310) 210-1113

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1 Street, Courtroom 9D, 9 Floor
Los Angeles, CA, 90012

RE: US v. Arman
Gabay
Docket No.: 2:18-CR-
00331-gw

Dear Judge Wu,

I, Shirin Kahenassa, have been a close friend of Arman's for almost three decades. He is, quite truly, one of the kindest and most compassionate, respectful, and thoughtful human beings I have had the pleasure of knowing throughout my lifetime.

He is an individual who puts a great deal of effort into making those around him feel supported and cared for, such as his family members, friends and coworkers.

Arman Gabay is hardworking, as he managed to create a beautiful family and community around him in the United States, after immigrating from Iran at quite a young age.

He is also incredibly service focused, and has spent countless hours and resources giving back to those in need and supporting incredible organizations, such as Hope Foundation, HOLA (Heart of Los Angeles), Doctors Without Borders, St. Jude Children's Hospital, Nessah Synagogue, Me to We, and Westwood Transitional Village. All of these organizations are ones that Arman and I have spent countless hours working to support. For instance, in 2021 when the Westwood Transitional Village needed their academic and art supplies replenished for the families making use of their temporary housing facilities, Arman was the first person who agreed to personally fund and

ship all essential academic and art supplies to the kids served by
that organization. Additionally, every year, Arman makes it a
point to fully support the work of several of the specialists who
treat children with life-threatening circumstances at St. Jude
Children's Hospital. This is an organization very close to my
heart and with Arman's help, we make sure that several of the
pediatric specialists are not lacking when they need funding for
furthering their research goals and helping patients get the most
cutting edge access to such research trials. I am proud to say that
we have significantly contributed to the quality of life of many
families and will continue to work side by side with Arman to
make sure that such access remains open to anyone in need who
is a patient of St. Jude.

Whole heartedly, I can attest that Arman's heart and mind are
devoted to making individuals feel included, seen, respected,
and acknowledged. This extends to people well beyond his
circle of family and friends. It applies to anyone who has ever
needed help from him. His kindness and care know no
boundaries.

I am lucky to have Arman Gabay in my life, and anyone who
knows him can attest to his compassionate, thoughtful, and
inspiring character.

Sincerely,

Shirin Kahenassa

MICHAEL KADISHA
8378 Hollywood Boulevard
Los Angeles, California 90069
Tel (310) 405-1484

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Your Honor,

My name is Michael Kadisha. I have had the pleasure of knowing Arman for fifteen years through both Julia and my father—who has known Arman closely for many decades. Julia and I have a special and loving friendship and continue to be supportive roles in each other's lives.

I am a graduate of the George Washington University School of Business, where I studied entrepreneurship and innovation. I am the founder and CEO of a technology company that develops software tools that address both inequities in college access for low-income students and climate change. Our technology awards scholarship grants to students who engage with their communities through service and is currently used by eighty thousand students. Our climate technology allows people to offset their emissions while accelerating the development of critical technologies that address global warming. I have committed myself to leveraging business for good.

Similarly, Arman has leveraged his success to give back to those less fortunate. Together, he and my father have supported dozens of organizations that provide humanitarian assistance to families worldwide, and Arman has consistently been one of the most prolific philanthropists in Los Angeles. He is an example to many and has been a leading voice in enabling his peers to recognize their responsibility of giving back to less fortunate communities. He is consistent in his commitment to others, no matter who they are or where they come from, and he has internalized this idea within his self-identity.

On a personal level, I have known Arman as a family man. Throughout the many years I have visited his home, he has consistently shown genuine interest in my personal life and has been an uncompromising figure of love and support for myself and many young kids in our community. Arman is a warm and caring father, an authentic and generous leader, and a man committed to elevating those around him. Arman elegantly personifies the common saying that "a rising tide raises all boats."

With my absolute respect and appreciation for you and your position, Your Honor, I hope these words can aid in seeing the good person that Arman is and the loving man he has committed himself to being. I deeply respect him, Julia, and their family, and I continue to be grateful for our friendship despite these circumstances.

Respectfully,
Michael Kadisha



5900 Wilshire Boulevard., Suite 2350, Los Angeles, California 90036

May 20, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu:

I have been acquainted with Mr. Arman Gabay for nearly 20 years. I am the sole owner of Marathon Communications, a Los Angeles-based public affairs and communications firm. Our work is primarily focused on navigating complex land use matters through the regulatory processes, and includes community and government relations engagement work almost exclusively on the municipal level. We are currently working on close to 40 matters in nearly a dozen jurisdictions across Southern California.

During the past five years I have had the opportunity to work closely with Mr. Gabay and the Charles Company on a variety of land use entitlement matters in Los Angeles, West Hollywood, and Beverly Hills. While I was not involved with the property that is the subject of this criminal matter, it is fair to say that I have a good understanding of how the principals and staff of the Charles Company interact with elected officials and community stakeholders. Simply put, I have witnessed Mr. Gabay lead an organization that at all times has been forthright and transparent in its engagements. Equally impressive has been his commitment to the success of the communities in which he and the Charles Company are working.

The projects we have undertaken with Mr Gabay have been as varied as the location of his properties. They have included everything from adaptive reuse of historic buildings, to ground-up commercial and residential developments that have created hundreds of temporary and permanent new jobs and thousands of new apartments, including scores of affordable units that will house those most in need. For instance, the company's two West Hollywood projects propose to add nearly 250 residential units to the city's housing stock, including 85 affordable units. In the City of Los Angeles, the Charles Company is building more than 1,200 new residential units, including approximately 150 that will be set aside as affordable housing for the city's neediest residents.

Even more importantly, the Charles Company's Los Angeles projects are located in neighborhoods that traditionally have not attracted investment dollars. While that might have been a challenge for some of our other real estate clients, Mr. Gabay and the Charles Company have forged ahead with ambitious plans. No doubt the company has profited from these real estate developments, but so too have these communities. In each and every City I have worked alongside their organization I

have had conversations and implemented public affairs strategies that have assisted organizations
in the arts, religious, preservation, and environmental non-profit world as a result of Mr Gabay's
largesse.

While I am disappointed at Mr. Gabay's current circumstances, I am honored to call Arman a
friend.  Thank you for your review of my correspondence and for your consideration in making
your determinations.


Respectfully,


Richard Lichtenstein
President/Founder Marathon Communication



**AMERICAN YOUTH SOCCER ORGANIZATION**
a nonprofit corporation dedicated to youth soccer
everyone plays®

May 5, 2022

Honorable U.S. District Judge George H. Wu
Central District Court of California
United States District Courthouse
350 West 1st Street - Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Honorable U.S. District Judge George H. Wu,

Thank you for the opportunity to submit a letter to the court to talk about the AYSO long-term association with Mr. Arman Gabaee of the Charles Company.

By way of introduction, my name is Daniel Juarez. I am a Member of the Hawthorne Kiwanis Club, Founding Member of the Hawthorn Parks & Recreation Foundation, and an AYSO volunteer for the past 46 years. In the AYSO organization, I have served in several leadership positions over the years. My current volunteer assignment is serving as the AYSO Region 21 Hawthorne Community Relations Director and Founder/Organizer of the annual VIP (Very Important Player) Handicap Soccer Friendship Festival. This year marks the 21st year of providing a quality soccer experience for children and adults whose physical or mental disabilities make it difficult to successfully participate on mainstream teams.

I have been acquainted with Mr. Arman Gabaee of the Charles Company for many years. I initially met Mr. Gabaee at a City of Hawthorne Mayor's State of the City Address event sponsored by the Hawthorne Chamber of Commerce. We struck up a conversation about the youth in the soccer program. Without solicitation on our part, he invited the organization to submit a request for funds.

It is interesting to note that in the first year of submitting our request for funds, Mr. Gabaee questioned the amount of the request. His concern did not center on the amount being requested but rather if the amount requested was enough. This was an example of the generosity displayed by this individual.

Arman Gabaee, Charles Company Letter
Page 2

Over the years, this man of the Hawthorne community has underwritten everything
from registration and equipment for low-income players to purchasing a heavy-duty air
compressor for our 125+ coaching corps to use to inflate air into their soccer balls, to
funding select soccer teams with uniforms and transportation costs to participate in
tournaments throughout Southern California and Hawaii.

As a humble man, Mr. Gabaee never wanted public acknowledgement for his many
contributions to the organization.  Without question, his monetary assistance always
came from his heart.  The bottom line is that all he wanted was to put a smile on the
faces of the kids who were given an opportunity to be part of the team that otherwise
would not have this unique chance.

In the eyes of the board of directors, volunteers and over 2,000 registered players in
Region 21 Hawthorne, we acknowledge Mr. Arman Gabaee as being part of our AYSO
family.

Once again, thank you for the opportunity to submit a letter to the court to talk about
the AYSO long-term association with Mr. Arman Gabaee of the Charles Company.  If
you would like to take the time to pursue further discussion, then please do not hesitate
to contact me.

Yours in serving youth with disabilities through sports,

Daniel "Danny" Juarez
AYSO Region 21 Community Relations Director and
AYSO VIP Handicap Soccer Friendship Festival Founder and Organizer
Home: (310) 643-6139 - Mobile: (310) 308-3526
Email: ayso.bigdog@att.net

**Danoff Kraus Company, LLC**
*10182 Brier Lane*
*Santa Ana, California 92705*
*Tel (714) 504-3444*

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA 90012

May 24, 2022

RE: US v. Arman Gabay
Docket No.:2:18-CR-00331-gw

Dear Judge Wu,

I have known and worked with Arman Gabay for approximately 30 years on different projects of his company. During all of this time I have seen him be very professional and forthright. He is very trustworthy and highly respected by those who know him, whether in a professional or personal capacity.

Arman is extremely hard working as he strives for excellence on every project he develops. He hires some of the most highly respected industry consultants for his projects to give each phase of the project(s) creditability. I have attended multiple meetings with him on the various projects and only have witnessed Arman to be fair and honest. I have never heard any of these consultants complain about Arman's integrity.

Some of the most recent projects that I was involved with are Gran Plaza Outlet Mall and Gran Plaza Power Center, both in Calexico, CA. The outlet mall which was built in 2013 provides approximately 900 job opportunities to the local community. When the balance of the center is built, it will provide approximately 2,895 additional job opportunities. This is an incredible number of jobs which will positively impact the city's economic state. During all this time, Arman has been very supportive of local organizations. For example, the very popular "Art Walk On the Border" is held annually in conjunction with July 4th festivities/fireworks. Over 1,000 local residents participate in this event. Most recently, April 28th, The County requested that they hold this year's "State of the County" meeting at the Outlet Mall, which was very well attended.

Arman is very devoted to his family and his religion. It is very important to him to be an excellent role model in both of these. Being involved in his family's activities is a priority to him. This not only includes his immediate family but also his parents, brother and extended family. He is kind and generous to them. His family looks to him to be the head of their family. He observes all religious holidays and is very generous to his synagogue and its community.

I personally believe that Arman deserves a second chance as this is not indicative of who Arman Gabay truly is and how he lives his life. During the 30 years that I have known Arman, I have only the highest regard for him as a person and industry professional.

Thank you.

Sincerely,

*Pamela S. Danoff-Kraus*

Pamela S. Danoff-Kraus

**R.H. PROPERTIES I, LLC**
**1151 Dove St., Suite 175**
**Newport Beach, California 92660**
**(949) 252-9334  FAX (949) 252-9336**
**rhpropertiesllc@aol.com**

May 8, 2022

**Honorable Geroge H. Wu**
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, California 90012

Re:   US v Arman Gabay
        Docket No.: 2:18-CR-00331-gw

Dear Judge Wu:

My name is Ron Holley and I have known Arman Gabay since 2005.  We have worked together on many real estate development projects from 2005 through 2014 and I have known him to be a hard worker and straight forward and honest in his dealings.

In one project we worked on in Inglewood, CA we had to relocate the Inglewood Women's Auxiliary Bridge Club in order to make way for a 10 acre shopping center anchored by Burlington Coat and CVS drug store.  Arman basically purchased a replacement facility for the ladies in the downtown area of Inglewood.  Even though he wasn't necessarily obligated per the terms of the purchase agreement Arman's instructions were to give the ladies whatever they wanted in their new facility and keep them happy in the transition.  As a result, we ended up making a number of adjustments and improvements to their new replacement facility at no cost to the ladies.

It's a small example, but I believe meaningful in that it shows Arman's empathy and concern for others even though it goes beyond his documented obligations.

Another small example while we were building a 287,000 s.f. outlet facility in the City of Calexico, CA the local school district had decided to cut their budget by eliminating playground equipment and facilities for one of the local elementary schools.  When Arman learned of this false economy by the decision makers, he bought soccer nets and balls, playground balls, basketball nets and balls and volleyballs for the kids to use during recess.

We were standing in one of the 3rd grade classes and the kids were telling us how grateful they were when one of the kids stated that his family was very poor, but that his brother was able to get a job at the outlet center and was very appreciative for our investment in their community.   Within a community that suffers from 16%+

Honorable George H. Wu
May 8, 2022
Page 2

unemployment, that was a big deal to us.  We usually prefer to work under the radar,
but that was one time when you really felt gratified about building projects in needy
communities.

Arman isn't perfect and like all of us makes his share of mistakes, but in my opinion it
would not serve the public's interest to have Arman serve time locked up.  He can do a
lot more to help move society forward and in the right direction by continuing to build
projects that provide jobs and a tax base for the communities that he builds in.

I would be happy to answer any questions that you may have about my experience in
working with Arman Gabay.

Very truly yours,

R. H. PROPERTIES, LLC

Ronald D. Holley
President/CEO



CULP
CONSTRUCTION
COMPANY

SINCE 1949

The Honorable George H. Wu

United States Courthouse

350 West 1st Street

Los Angeles Ca 90012


Re United States v Arman Gabay 18-cr-00331 (GW)


Dear Judge Wu,

My name is Jon Easter, I am the vice President of Culp Construction in Irvine Ca. I came to Ca. 20 yrs ago from Arkansas where I was a rancher and farmer, I was raised in the Ozarks by my grandfather and was brought up that the only thing in life was to be a good person and your word was your bond!

I met Arman in 2002 and in the course of the next several years we completed several projects for Arman and they were very successful and a great relationship was formed. Then in 2008 the Great recession hit and the company was on the verge of closing. I had 16 young employees that stood the chance of losing everything. I went and met with Arman and explained our situation and that all seemed hopeless . He told me that they were pulling in their horns, but to give him a few days and he would see what he could do to help. Being true to his word he found enough work over the next few years to keep us afloat and saved the lively hood of all of my employees. I am sure there are a lot more stories like mine that this person should take credit for!

In closing I ask the court to find leniency for Arman in that the world is a lot better because of him and his big heart!


Thank you,

Jon Easter

1 Technology Drive, Suite D-411, Irvine, CA 92618 ♦ (949) 727-3552 phone  (949) 727-3661 fax ♦www.culpco.com
California Contractor's License #520143

Mrs. Caroline Delijani
711 N. Palm Drive
Beverly Hills, CA 90210
(310)849-0888

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA,90012

Re: <u>United States v. Arman Gabay</u>
Docket: 2: 18-CR-00331-GW

Dear Judge Wu,

My name is Caroline Delijani. I am the president of Hadassah Organization; Malka Los Angeles Chapter. I am in charge of charity work in the Iranian Jewish community to raise funds for Hadassah Hospital. I am a mother of four, I am a painter,I have lived in Los Angeles with my husband and my family since 1983. I graduated from UCLA in 1992.

I am writing to you to let you know that my family and I have known Arman Gabay and his family for generations. I write to you as if I am writing about my own brother.

Arman was raised in a loving family whose parents have passed down their exemplary qualities to him. Arman is a loving father who has been closely present in raising his four beautiful children. He is husband to a loving and caring wife of 32 years. And he is a recent grandfather.

Arman, as the patriarch of his family, has taught his children by example. He is generous, a moral human being, kind to the needy, and honest.

Arman is not only a role model to his family but to the greater Iranian Jewish community. He has raised funds for Nessah Synagogue, he has supported the missions of Persian American Women's Conference, he has donated full heartedly to the Hadassah Hospital, Sinai Temple, Sinai Akiba Academy, Iranian Jewish Federation,and  Milken Community High School. I am certain the list goes on and on as Arman has extended his generosity to several more organizations and individuals anonymously and has generously opened the doors of his home to host charitable organizations such as Hadassah.

A person with such extraordinary qualities as Arman is an integral part of his family and community. Arman would be more productive to society to do social work than to be locked away.

Arman is an exemplary human in his private as well as public life. I can attest to this, having known Arman for the past 32 years. I am writing to you to personally plead leniency for Arman.

As a citizen of this great country since age thirteen, I thank God everyday for the opportunities this great land has granted me and my family. May the sacred gift of freedom bless us all and may Arman be granted this beautiful gift.

Thank you,

Caroline Delijani

**JAMES L. ARNONE**
**2338 Chislehurst Drive**
**Los Angeles, CA 90027**
**james.arnone@lw.com**
**(213) 344-8580**

May 24, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

     Re:   <u>United States v. Arman Gabaee</u>, 18-CR-00331 (GW)

Dear Judge Wu,

     I am a partner with Latham & Watkins, where I have worked for 32 years. I was born and raised in Los Angeles County, where I have lived my entire life. I graduated from UCLA in 1987 and Harvard Law School in 1990. I have been involved in many non-profit organizations, having served on the board of directors for the Ketchum-Downtown YMCA (where I was Board Chair), AIDS Project Los Angeles (where I was Board Chair), the California Chamber of Commerce (where I am Chair of the Environmental Policy Committee), the West Hollywood Library Foundation (where I was Treasurer), the Los Angeles County Bar Association Environmental Law Section (where I chaired three committees), and the Western Center for Law and Poverty. I also taught as a volunteer adjunct professor at USC Law School for 25 years, teaching Environmental Law. I provide this background to give context to my letter, which I am writing only in my personal capacity.

     It was through my civic activities and work for various clients doing business with Arman that I came to meet him, having first met him about twenty years ago. Going back to those earliest years of knowing Arman, I had many discussions with him, often over meals, about charitable fundraising and real estate development. My earliest impressions of him were that he is a soft-spoken, gentle person, deeply devoted to his family, who never shows anger or frustration and is quick with his generosity. I have long been familiar with how Arman is viewed in the broader community, and I can assure the Court that Arman has long enjoyed a reputation of being a man of deep compassion, who is extremely modest and understated, and whose word one can trust.

     I have especially fond recollections of Arman's deep generosity when I was part of a team raising funds to build a new public library, about ten years ago. Arman was extremely generous, committing along with his brother $500,000 for construction of the West Hollywood Library, which was the second largest donation we received. That generosity came at an especially important time, as private fundraising was very difficult during the economic malaise following the "Great Recession" yet it was a critical component of being able to get the library

built. That library is now a point of great civic pride in the community where Arman's family business has long been located. I was also struck by how, in making a large gift, Arman was very modest and showed no interest in fanfare or personal glorification, never striving for the sort of showy recognition that frequently accompanies large donations.

More recently, about five years ago, I was pleased that Arman asked me to represent his family business on some real estate matters. Though I had already known Arman for about fifteen years, I was honored that he asked me to represent his family's business. Over those recent years, my very favorable impressions of Arman have only deepened.

I wanted to share my experiences and impressions of Arman with the Court to add dimension to him as a person. While recognizing the seriousness of his conviction, I also remain full of respect and admiration for Arman. Through this difficult time following his arrest and the publicity that accompanied it, I saw Arman remain as he always has been – a modest, generous, and kind family man.

I hope these insights into Arman as a person are helpful as your Honor contemplates sentencing. My personal hope for Arman is that the Court will show the most leniency appropriate under the law.

Sincerely yours,

James L. Arnone

Kevin L. Pickett
5005 South La Brea Avenue
Los Angeles, CA 90056-1803

Honorable George H. Wu
United Stated District Judge
Central District of California
350 West 1st Street, Courtroom 9d, 9th Floor
Los Angeles, CA 90012

Dear Judge Wu,

I have learned that you have been tasked with making a determination that will impact the future of Mr. Arman Gabay. What follows is my attempt to provide you with some information that I trust will aid you in your very important undertaking.

I write this letter without any reservation. Arman is a friend yes, but he is more than my friend. He is a man that I have respected for 16 years because of his kindness, his business acumen and his willingness to roll up his sleeves and partner with me in community improvement projects. I also consider him one of my valued business mentors.

When I learned of Arman's legal trouble, it pained me and it pains me to this day.  His error in judgment is something that has been well documented and I fully believe that Arman seriously regrets his mistake. Further, Arman like me and many others, has subsequent to his mistake, committed to living the rest of his life in an exemplary manner. I assure you Your Honor, that the Arman Gabay that I know and love is a man of high moral character; a man who has been decent and hard working; a man who in many ways has been a credit to our great city.  Admittedly, my friend made a mistake and my prayer is that his mistake will not fully offset all the good that he has done for his family, for me and countless others.

When I think of Arman, I think of his generosity and his compassion as evidenced by his fervent and consistent support of my annual Thanksgiving food give away in South Central Los Angeles. For years, I partnered with one of my friends to feed Thanksgiving dinner items to families in need near the corner of Slauson and Crenshaw Boulevard. For years, within hours our food items (turkey, stuffing, vegetables, cranberry sauce, etc...) would be depleted and we would have to turn away many who really needed food for the holiday. When Arman learned our my community outreach and our challenge to meet the needs of so many, he expressed interest in a manner that was quite refreshing. It was not just "here is a check". Arman evidenced a hearty concern for helping others and provided generous resources to ensure that for years, no families were turned away. I remember seeing his face as he stood in the background watching the smiles of those who received their boxes of food. The only smile bigger than the recipients was the smile Arman sported. It was on the face of a man who was found deep satisfaction using some of his ample blessings to be a blessing to others.

Thank you for allowing me to submit this letter for your consideration.  If you have any questions of me regarding Arman, I welcome the opportunity to share whatever would aid you.

Respectfully,

Kevin L. Pickett

Mr. Avi Gabay
1476 Edris Drive
Los Angeles, CA 90035
310-951-5136

Honorable George H. Wu
United States District Judge
Central District of California
350 W. First Street, Courtroom 9D, 9th Floor
Los Angeles, CA 90012

RE:   US v. Arman Gabay
Docket No. 2:18-CR-00331-gw

Dear Judge Wu:

This is a letter from Avi and Ariella Gabay, on behalf of Arman Gabay who is Avi's Uncle (his deceased father's younger brother).

Avi's father, Cameron Gabay, passed away twenty years ago, leaving behind six children and his widow. The siblings were from ages five to nineteen. Bereft of a father, Uncle Arman stepped in as a father figure for the younger siblings and a mentor to Avi who was nineteen at the time.

When they were still young, Arman would make nightly check-ins to make sure the children and Mrs. Gabay were safe. Not only did Arman include the kids in his family's Sunday activities, but he made sure they were not alone for the Holidays and invited them for many Sabbath dinners. Throughout the past 20 years, Arman was always checking in with the family to see how he could help out. He was extremely generous financially, and consistently showed concern for the family's welfare in many areas. When it was time for each sibling to start dating for marriage, Arman got involved and checked into the perspective spouse's family to make sure it was a good match. Additinally, education is very important to Arman, and he made sure each niece and nephew was properly schooled and educated.

It would be very upsetting to Avi and his siblings to see their beloved Uncle incarcerated. As shown, Arman has played a very important role in all of their lives.  Seeing such a positive role model go to prison will have a hugely negative emotional and psychological impact on them all.

We'd like to humbly ask the Judge to consider an alternative punishment that will have a less severe impact on those who love him.

Respectfully,
Avi and Ariella Gabay

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles CA 90012

RE: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My name is Daniel Gabay and Arman is my uncle.

With the help of Arman, I was able to start my own permit processing company, focusing on residential projects with some commercial projects. Over the last three years, it has definitely been challenging due to the pandemic and we have slowly shifted towards an architectural firm that also processes permits with his guidance and advice.

Speaking about Arman's character is at times difficult for me. In 2003, my father (his brother) passed away which for me at the age of 13 was quite difficult to grasp/understand. Without hesitation, he stepped in and became that father figure that not only I needed but for my five other siblings. He not only stepped in as a father figure but was able to take on the mother figure role as well. Watching my mom breakdown nightly over the years past was one of the most difficult things I had to endure as a child but she needed to grieve over her loss. He would always be able to cheer us up and find creative ways to help us grieve and heal.

I recall a time when we talked about camping/hiking, necessary gear and equipment because I wanted to take it on as a new hobby and needed to prepare for my trip. The following day I had a care package at my door where inside he had put in all of his own gear and left me a ton of notes for my upcoming trip. Arman has ALWAYS had this passion to do things than just talk about it. He always says your actions speak louder than words.

The circumstances surrounding the charges are valid and I do understand the severity of it. All that I ask for is leniency towards his sentencing. Over the last 20 years of my life, he has played an important role and I am looking forward to him continuing this role.


Most sincerely,


Daniel Gabay

The Honorable George H. Wu United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

I am writing this letter to convey my feelings why Arman Gabee should receive a lenient
sentence. I have known Arman and his extraordinary family for seventeen years since
moving from New York to Los Angeles. When I moved to Los Angeles in 2005, I reached
out to Arman for advice in how to navigate the real estate industry in California, given that
we both work in real estate. Soon thereafter, our wives and children met and our two
families quickly became the closest of friends. Despite Arman's incredibly busy schedule and
endless responsibilities, Arman generously made time to mentor and advise me through this
new real estate landscape, including the 2008 recession.

We soon became hiking partners, and during our morning hikes Arman would advise me on
all my real estate weaknesses and how to rebuild a real estate operation in California, which
was completely unfamiliar to me. Without him, I would not be where I am today, neither
professionally nor personally. I find him to be an incredible human, friend, father, husband,
and a valuable, respected member of the community.

I distinctly remember on one of our early morning hikes one Sunday when I felt very worn
out from a long week and generally a tough year of business. As we approached the top of
the mountain, Arman could sense my weariness and asked, "What's wrong?" I was reluctant
to share at first because I don't typically open up to so many people, but I have always
confided in Arman as he is one of my closest friends. I shared with him how I was feeling
and proceeded to ask why he works so hard, even though to the vast majority of people, he
has already made it.

I will never forget the way he looked into my eye and said, "I came here as a young
immigrant, and even though I have been blessed and successful, I feel responsible to provide
those opportunities for the next generation, for those who are not as fortunate."
Additionally, he always used to say, **"It's not about how much you have, it's about how
much you give back to the world."**

Those words struck a chord in me and put life into perspective. I had always loved and
respected Arman, but that statement showed his deep desire to make an impact in the lives
of others.

Arman not only supports his family but has also created and continues supporting thousands
of jobs through his businesses, including the less fortunate. Arman is a very "hands on"

person who easily works 70+ hours a week. Without his continued involvement, many jobs
and projects would suffer (as would the communities they are intended to benefit).

Throughout my friendship with Arman, our families have grown increasingly close since the
first year we moved to Los Angeles. His distinct morals and values are reflected in his
amazing four children, who carry on the torch and continue to make a positive impact in the
world. As we traveled to many third world countries such as India and Tanzania, I was so
impressed and touched by his charitable acts. When we went to bazaars, I would often lose
track of him, only to finally find him later kicking a soccer ball with children on some side
street, sharing jokes, and buying them gifts.

In my view, the world is clearly a much better place because Arman is in it. While I don't
discount the mistake he made, our community and society as a whole is much better off with
Arman continuing to contribute as he so clearly has throughout his lifetime. I plead with the
court to grant him leniency and consider all the good he has done compared to his mistake.

I appreciate your time and consideration, and hope that my words have provided you with a
more holistic view of Arman's character.

Sincerely,
Ben Nehmadi

**EZ1031**
exchange inc.

16130 Ventura Blvd, Unit 230
Encino, California 91436
Tel. No. 1-844-439-1031
Fax. No. 1-866-369-4704

May 26, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My name is Ilana Mokhtarzadeh, and I am the President of EZ1031 Exchange of California. I am a 1031 Exchange mediator. I graduated from California State University of Northridge with a bachelor's degree in Computer Science, and a concentration in AIS. I am the mother of three children, two girls and a boy.

My relationship with Arman Gabaee started 28 years ago, when I married his sister-in-law, Shirin Gabaee's brother. Arman was a sincere, classy, deeply knowledgeable and kind man from our first introduction. He was a devoted husband, a giving father and a very respectful man towards the family and strangers alike. My feelings for him took on a very personal note during my second pregnancy with my son.

During that pregnancy, I had placenta previa, which is the condition when the amniotic fluid/sac is in front of the child, which can be quite dangerous to the child and the mother as well. In the 6th month of my pregnancy, I was taken to the emergency room due to a tear to the placenta, and a very heavy bleeding that put my life and my son's life in danger. It was a Saturday, and the blood bank was not readily prepared to give me the blood infusion that I needed urgently. Arman was one of the three people who volunteered and showed up in the hospital to donate his blood. That blood donation was a life saver for my son, Adam, and me. It was a big act of loving kindness and caring that was totally from his kind heart, that I will always be grateful for. Adam is now a successful and healthy 24-year-old and works as an investment banker in New York.

Years later, I was having a sincere conversation with him and mentioned that I will never forget his kind gesture, and immediately he told me that it was the least I could do, and it was my obligation as a person, and do not ever mention it again. Year after year, I still

The Honorable George H. Wu
United States Courthouse
May 26, 2022

remember how giving he was, and he did not even want the recognition for it. Arman never
anticipated that he will ever be recognized, or I will ever be writing this letter, so what he did
was truly from his kindness. I have to be honest, there were many people who abstained
from giving the drop of life, even in an emergency. Through the years, Arman has continued
to give constructive advice to my children and everyone around. It is always very refreshing
to see how humble he is.

I am writing this letter as a mother who was affected by Arman Gabaee's act of kindness.
Despite his conviction, I respect his integrity and his love for everyone alike. It would be a
great loss for the entire family, and the community as well. Prison time for Arman may
deprive another mother, child, or a human of a chance to live, to grow, to learn and to be
useful to the community.

I truly hope that you consider imposing the lowest and the least sentence possible to him.

Please do not hesitate to contact me if I can be of further assistance.

Sincerely

Ilana Mokhtarzadeh

Email: ilana@ez1031exchange.com

DALIA AFAR, JD
644 TIGERTAIL RD.
LOS ANGELES, CA. 90049
CELL (310)654-8717

6/1/22

The Honorable George H. Wu
United States Courthouse
350 west 1st street
Los Angeles, ca. 90012

Re: United States v. Arman Gabaee ; 18-cr-00331 (GW)

Dear Judge Wu,

My name is Dalia Afar and I am a recent law school graduate from Loyola Law School and I have
personally known Mr. Arman Gabaee my whole life as his wife, Elenor, and my Mom are best
friends since grade school. Mr. Gabaee is better known to me as 'Uncle Arman' because our families
have always been close and he has always treated my brother and I like his own nieces and
nephews.

Mr. Gabaee has always been a person that I have looked up to, because even though in my culture it
is customary for children to give respect to elders, Mr. Gabaee always goes out of his way to have
meaningful conversations with my brother and I about our studies and our life goals and always
give us advice and guidance on how to navigate our lives towards success.

Aside from his gentle and sweet nature, Mr. Gabaee has impacted my family's life and my life in a
profound manner. Many years ago when I was about 5 years old my parents went through a very
difficult divorce which left my family in a very financially compromised state. My Mom was left
financially resource-less and had to become the family breadwinner. Uncle Arman became very
engaged and involved with my Mom's hardships and goals and stepped up to completely support
her so that she could go back to school and obtain her lifelong goal of becoming an attorney.

Mr. Gabaee essentially became the pillar whose philanthropy allowed my Mom to fulfill her goals
and thus his generosity lifted my entire family out of financial distress and on the road to fulfillment
and prosperity. I believe that his belief in my family and his generosity created the domino effect of
allowing my brother and I to also pursue graduate degrees at the highest level and thus his act has
impacted and lifted multi generations.

I have tremendous respect for Mr. Gabaee as a loving and caring human being who has given to my
family without any expectations for anything in return. He is a pure and unconditional gentleman
who has gone out of his way to help my family.

I plead with Your Honor for utmost leniency and mercy in sentencing Mr. Gabaee because the
conviction is not a representation of his true character and I believe that he is a constant source of
light and goodness for humanity.

Respectfully,
Dalia Afar, JD

DR. BRIAN YADEGARI
125 NORTH GALE DRIVE APT 105
BEVERLY HILLS, CA, 90211
(310)-430-4636

The Honorable George H. Wu
United States Courthouse
350 West 1st Street Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu:

I hope this letter finds you well. My name is Brian Yadegari, and I am a resident physician
currently completing my training at Loma Linda University Medical Center. I am writing you on
behalf of my dear friend, Arman Gabaee. Since his daughter Julia married my best friend
Jonathan, I have known Arman personally and in that time have been humbled by his
unparalleled capacity to love and his awestriking sense of morality. I feel telling you my
personal story will be more informative than would any list or summary of Arman's character I
could afford you.

Near the end of my intern year at Loma Linda, I noticed a stark difference between myself and
my colleagues. I would spend hours checking and re-checking patient charts after my peers
would already be home resting in preparation for the next day's work. I would stay in clinic until
12 am scrutinizing my own work, though the clinic had closed at 5 pm. I would check in with my
senior residents and attending physicians to ensure even the most simple decisions and routine
orders were not in error. As I inched closer towards assuming the role of a senior resident, I
feared the worst. To whom would I look towards when I was to be the final decision maker in
the middle of the night? Where would the reassurance come from? The struggle became so
overpowering that I considered quitting medicine after having devoted to it the better part of a
decade of my life. I ran into a tremendous amount difficulty explaining my thought process to
my girlfriend, friends, and family.

One morning, I got a call from Arman to go out for lunch. While I was unaware of the purpose
of the meeting, I remembered Arman was always kind to me and looked forward to what I
thought would be an afternoon of catching up. A few minutes into the lunch, Arman looked me
in the eyes and said, "I hear you are having some trouble. Tell me about it." I felt the empathy
and understanding that was lacking in my life, and I opened up as I hadn't known how to
before. Arman sat and listened to my entire story and it was clear, for the first time, I was not
being judged. I was being understood and listened to. "You need not prove yourself to anyone,"
Arman proceeded. "Your issue is you actually realize what's at stake, you have a right to feel
the way you do. Just take it one day at a time, and you will surprise yourself. Look at how much
you've already accomplished- I'm sure you will make it. I am here for you; any time you need

me, I am a phone call away." Arman and I continue to meet once every week or two, and even
in the midst of his intense workdays and on the eve of his prospective trial, he never missed a
lunch. He also reached out to my family to help them understand what I was going through. I
am proud to say that with Arman's guidance, I have been to able to resume my position at
Loma Linda.

I reflect on why this busy man, one of the most successful and distinguished real estate
developers in the city, would afford me so much of his time. The answer is, because he saw I
needed it. Despite his tremendous success, he is guided by compassion, humility, and love for
his fellow man. His passion for those around him lifted me out of what seemed the most
insurmountable challenge I've faced in my life. In the time I have been Arman's friend, and
calling myself his friend is the highest compliment I can pay myself, I have gained a role model.
Arman does not know where he ends and others begin and in that light does everything in his
power to see those around him succeed. Your honor, I am only one man, but I can assure you
that my sentiments are shared by most any person who has had the privilege to know Arman
well. Should he be removed from our community, we would suffer a loss not measurable by any
standard or order of magnitude subject to comprehension.


Sincerely,

*Brian Yadegari*

Brian Yadegari, M.D.

Jack Kurchian

10157 McBroom Street

Shadow Hills, CA 91040

(818) 472-9629

Honorable George H. Wu
United State District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA 90012

RE:    US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu:

I started working for Mr. Arman Gabay in March of 2003 as a superintendent. Two years later I was promoted to Project Manager and still work with Mr. Gabay today. Over the years I found him to be a fair and reasonable man who goes out of his way to help people who are having hard times.

Several years ago I was hospitalized due to internal hemorrhaging. It was a lonely time for me where I had time to think about my mortality. Mr. Gabay was kind enough to take time out of his busy schedule visit me in the hospital, which meant a lot to me.

Due to poor investments our family lost our home in bankruptcy in 2010. When Mr. Gabay learned of our hardship, he offered to help us get financing to buy a house. Unfortunately due to our bankruptcy, we could not obtain a financing, even with Mr. Gabay offering to co-sign. Mr. Gabay then generously offered to buy the house and my wife executed a lease/option where all she had to do to exercise the option was pay off his loan. Two years later my wife qualified for a loan which enabled her to exercise the option and purchased the home from Mr. Gabay which we currently enjoy.

Mr. Arman Gabay is the kind of person who is there to help when he sees someone in need. I pray he receives a sentence that will allow him to continue to support all the people who rely on him for their livelihood.

Sincerely,

Jack Kurchian

Daniel Afar
5/12/2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

Re: United States v. Arman Gabaee , 18-CR-00331 (GW)

Dear Honorable Judge Wu,

My name is Daniel Afar I am writing in reference to Arman Gabay.

I am currently a medical student at Western University in Pomona. I attended UCLA for my
undergraduate education and attended high school at Milken Community School.

I have known Arman since I was a baby, and have memories of him from when I was five years
old. My mother and Arman's wife have been friends since elementary school, so my family and
Arman's family have been extremely close since I can first remember.

In the entire time that I have known Arman, he has always been extremely kind, caring,
generous, and respectable. Even as an extremely well regarded and important man in the
Persian community, I remember Arman always going out of his way to show respect to me and
my sister, even when it is customary in Persian culture for elders to pay very little attention to
those who are younger than them. This was not a rare occurrence with him, as I always noticed
that Arman would treat every single person he encountered as an equal, regardless of their
stature in life.

When I was applying to medical school, I mentioned to Arman my curiosity for shadowing
doctors, and he immediately took out his phone and contacted one of his longtime friends, who
is an extremely talented and successful orthopedic surgeon in Los Angeles, in order to help me
secure a shadowing opportunity. For me, this was one of Arman's countless acts of generosity
that I have witnessed, which truly speaks to his character as a human being. He has always led
from the heart and will not hesitate to help someone without asking for anything in return. He
is someone who truly makes the lives of those around him better, and is someone who our
entire community would be poorer without. In my 27 years of life, it has truly been a rare
occurrence to meet someone with a heart as pure as Arman's.

I hope that I could help shed some light on Arman's true character. Thank you for taking the
time to read my letter.

Sincerely,
Daniel Afar

Shauna Afshani
9249 Burton Way #404
Beverly Hills, CA 90210
Tel: 310-388-7918

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

Re: United States vs . Arman Gabaee 18-CR-00331 (GW)

Dear Judge Wu,

My name is Shauna Afshani, and I am a close family friend of Arman. I currently own a small business with my sister, and have a Master of Arts in Economics from the University of California at Santa Barbara.

I have known Arman and his family my whole life, and am close friends with his oldest daughter, Nicolette. A great deal of my childhood was spent at Arman's home and I have grown up with Arman acting as a father figure and constant positive influence in my life. He is an incredibly trusting, wise, and generous man.

As an adult, I have come to see Arman as more than just a friend's father. Arman is a tenacious businessman who is always willing to share wisdom from his experiences in business and in life. He is constantly encouraging the people in his life to be the best versions of themselves, and work hard to get what they want out of life. I have been with my partner, Angelo, for almost 9 years now, and Arman has always been incredibly supportive of our relationship. Marriage had not always been on the forefront of my mind, but seeing how Arman is with his family and his constant support of mine has helped me move forward with my relationship and I am now engaged to be married. Arman always puts family first, and holds his relationships with friends in high regard as well.

The warmth and genuineness Arman brings to his relationships have no bounds. He is a person my family and I can call upon at any time for any matter. In 2009, I was in an ATV accident in which I had to be transported to the hospital and my family had little information on what was going on with me, but when I woke up Arman was there with my family, taking care of them and waiting with them during a stressful time of uncertainty.

Arman is held in the highest regard, and his values and character speak strongly to our community. I plead with the court to keep in mind Arman's value to not only his family, but our entire community, and impose the least possible sentence. Arman spending time in jail will serve to benefit nobody, and I hope the court will take this into consideration.

Please feel free to contact me with any questions at shaunaafshani@gmail.com. Thank you for your time and consideration.

Sincerely,
Shauna Afshani

**BOB HALAVI**
**1195 Roberto Lane**
**Los Angeles, California 90077**
**(310) 446-1122**

May 18, 2022

To Honorable Judge George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, California 90012

   *Re: United States vs Arman Gabay 18-CR-00331 (GW)*

Dear Honorable Judge Wu,

My name is Bob Halavi and I have been a friend of Arman Gabay for nearly 25 years. I live in Los Angeles
along with my wife and three kids. I have a real estate investment firm and have been in business since
1986. I'm also involved with various charitable efforts like donation of blood at Cedars Sinai Hospital and
UCLA Blood center. From time to time I provide assistance in organizing charitable events within the
Persian Jewish Community.

I met Arman some time in the mid 1990s after I became friends with his brother Mehran (Mark) Gabay. I
was quite fascinated to meet Arman because I had heard from various members of the Persian Jewish
community what an incredibly bright and dedicated man he is. In fact during the many years that I used
to walk with him, Mehran always mentioned how Arman's strategic thinking and hard work was
responsible for the success they had enjoyed in many of the their real estate development projects.

However, Mehran and Arman are not just successful in their business practices but rather have been
successful mentors to many members of the community who have run into difficulties. It was the year
2005 when my partners and I had acquired quite a challenging project in the Dallas, Texas and were
frankly overwhelmed with all the various issues we had to deal with. One day I called Arman and asked
him if he could make some time to meet me and give me some advice as to how best tackle the issues
we were facing. Without hesitation, Arman agreed to meet me and spent several hours of his valuable
time to guide me. Those few hours later proved to be quite impactful in getting the project off the
ground and making it a success.

Despite their enormous success and meteroric rise in the real estate community, Arman and Mehran
have always been quite humble and willing to do whatever it takes to help those in need. Their parents
quite obviously have raised them to always be down to earth and aware of the humble beginnings they
came out of. Whether it was a doorman opening a door for them or a highly coveted banker, the Gabay

brothers always treated people with respect and never allowed anyone to feel belittled by their presence.

To learn that Arman was charged with being involved in illegal activity and subsequently plead guilt to same, was not just a shock to us all but rather felt like a bad dream that had no business being real. Arman is a good and honest man that has always worked hard to provide for his family and those who depend on him. We know that Arman is an invaluable member of the society and beg Your Honor to have mercy on him. Every project that Arman initiates and gets off the grounds provide jobs for hundreds of people that are hugely dependent on those jobs to support their families. He can in no way be harmful to society. There is no question that Arman is extremely remorseful that this entire ordeal has taken place and has learned his lesson. In fact, he has become a more spiritual person so he could get more divine guidance.

Undoubtedly Your Honor is aware that, prior to this case, Arman had never been involved in any illegal activity and I can assure you that he never will. The impact of incarceration may very well be devastating to his wife and children as they rely so heavily on Arman to support and take care of them. So a decision of a hard sentence has a high potential of becoming a disaster for his family especially his children. And so it is for this reason that I humbly request your honor to show compassion and be lenient in his sentencing. There is no doubt in my mind that Arman would be tremendous at doing any community service that your honor would choose because that is in his nature. He loves helping other people and the community would greatly benefit from his work.

I would be happy to discuss any questions or concerns that your honor may have with respect to Arman's case. Please feel free to contact me should you so desire.

Sincerely,

Bob Halavi

310-446-1122

May 29, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st St.
Los Angeles, CA 90012

**Re: United States v. Arman Gabaee, 18-CR-00331 (GW)**

Dear Judge Wu:

My name is Daniel Kharrazi and I have known Arman practically my entire life.  I am 53 years old, and practice orthopedic surgery (shoulder and knee surgery) at the Kerlan Jobe Orthopaedic Clinic in Los Angeles.

From my earliest memories of Arman, I recall his kindness, selflessness and generosity. I have watched him grow into an amazing husband, father and confidant to so many who have counted on him in difficult times.  I have always been impressed by his generosity (with his valuable time and if needed, financial help). He has always been there to support others in need, even if it meant sacrificing from his own time and family.  He has supported many charitable functions and events and has never shied away from helping others in difficult situations.

I can provide many examples; however, the best example is how he helped me through my years of education from middle school up until when I attended Harvard Medical School for my residency training in orthopedic surgery.

Initially, when I came to the United States in 1979, my parents were unable to escape the revolution in Iran for several years.  I relied on Arman and his family as my second family.  They were always there for me and my sister as we lived by ourselves. I was only 11 and my sister was 17. Although we did not need financial help, they were there to support us through our lives and education by every other means imaginable.  At the time, Arman lived in Orange County.  There were many times he'd travel with his mother to bring us meals when we were sick or just in need of some emotional support.  He exemplifies kindness in his heart.

As I got older, and through my undergraduate education at UCLA and medical school at UCSF, Arman and his family helped me in every turn without ever expecting anything in return.  I can truly say that I pray for Arman and his family daily because I am where I am today solely because of my immediate family and Arman's family.  Through his kindness, I have been able to positively influence the lives of many who have had orthopedic problems by fixing their knees or shoulders to improve the quality of their lives.  I owe this to Arman.

In my later years, I have always relied on Arman's wisdom to guide me through life. He has always been there with sound ethical and moral advice for my family. I am well aware of his success in business. That has never impressed me—although it is impressive. What has always impressed me about him has been the fiber of his character and who he is as a man. I would beg the court to consider all of his impeccable characteristics when considering his sentence. He would be so much more helpful to so many who rely on him when he is able to be in his usual space.

Please forgive my lengthy letter, but I believe this needs to be said in order for the court to truly know what a kind and selfless man he is. In closing, I would like to impress on the court that in all of my life, I have met very few men or women who truly inspire me to be a better human being and make the world better. Arman is that person.

Sincerely,

Daniel Kharrazi, MD
(310)418-4112

Elliott Gabay
1474 Donhill Drive
Beverly Hills, CA 90210

The Honorable George H. Wu

United States Courthouse

350 West 1st Street

Los Angeles, CA 90012

Re:    United States v. Arman Gabaee, 18-CR-00311 (GW)

Dear Judge Wu,

My name is Elliott Gabay, and I am Arman Gabaee's (also known as Arman Gabay) nephew. I
am Mark Gabay's last child, recently turned 25 years old and started working with Arman and
the Charles Company in July of 2021.

Describing what my uncle means to me is a near impossible act but I will try to capture my love
and respect for him in this short statement. I believe Arman is truly the embodiment of the
American dream. Arman, my father, and my grandfather came to this country from Iran with
little income but large aspirations. I have always admired the fact that they did not pity
themselves and give up when their first two businesses failed but constantly got up and tried to
create value and income in a different but creative way. Arman is not successful due to luck, but
rather sheer hard work, determination, and honesty. They have all worked tirelessly every day to
be where they are while simultaneously being incredible grandfathers, fathers, uncles, friends
and role models.

My earliest memories of my uncle were him playing with us in the backyard or helping him
wash his car. Arman has a love for life, always has a smile on his face and is quick with a joke.
He was the person who taught me how to play backgammon at my Grandfathers house and
would put a big emphasis on how to always try and look at how to do things differently than the
majority. I think that's one of his many super powers. Another super power I've always tried to
learn was my uncle's incredible optimism. No matter the situation or the problem he faces,
Arman refuses to quit and is always sure that there is light at the end of the tunnel. Without this, I
do not believe our family and my father and uncle's company would be here today. This
optimism was put on display after the Rodney King riots when a majority of the real estate
developers and tenants evacuated South Central due to the economic uncertainty of the area.
While a majority of the market saw ruin, Arman saw an opportunity to help the community by
building in the area and creating shopping centers for grocers, local restaurants, and other
companies to thrive, creating thousands of jobs, lowering the crime rate, increasing the
surrounding home values, and raising tax revenue for the City and State.

My uncle makes it a priority to improve anything he touches and tries to help out everyone around him. My uncle has helped countless people throughout his life with no compensation or payback in mind. Rather solely because he wants to do it and believes that it is the right thing to do. He is kind, generous, understanding, and loving. I have been incredibly fortunate to have him as my uncle, friend and mentor for my entire life. He has always looked out for me, my cousins, and friends; because he wants everyone to grow to their fullest potential. Words cannot describe my admiration and love for my uncle. I hope this statement gives a glimpse into the great and kind man he is. Thank you for your time.

Kind regards,

Elliott Gabay

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My name is Elham Zolikha and I graduated with a Bachelor of Science degree in Business
with an emphasis on Finance and Real Estate.

After many years of soul searching, I left the corporate world behind and am now in the
alternative healing field as an Energy Healer. I work with clients to create balance and ease
pain in the physical, mental and emotional aspects of their lives.

I met one of my dearest and  best friends Elenor, Arman's wife, in High School and as they
say the rest is history. We have been close friends since then and have shared many
memories and been there for each other through all of life's good and difficult times.

I met Arman in 1990, when he and Elenor started dating.  My first impression of Arman was
that he had a wonderful sense of humor, he was a hard worker and most of all he was a family
man. I could see the level of love and dedication he showed his own family and later I
witnessed that same love and dedication to Elenor, his children and those he felt close to in
his life.

One of the most beautiful qualities I cherished in Elenor as a friend was her big, giving heart
and her compassion toward others  and I was happy to see that she had met a man with the
same qualities. A man who always tried to lend a hand to people in need, a man who always
put people  first and one who remained humble no matter his lifestyle.

In the the 32 years I've known Arman, he has consistently displayed these same qualities and
has always been "the rock" in the lives of all those that know him.

In times of crisis,  he is the person you can count on to help. Whether it's helping support
Elenor's family after her Dad's debilitating accident or showing up in all aspects for his late
brother's family after he lost his battle with cancer. He has consistently been a giver and takes
responsibility in helping anyone he possibly can.

Personally, I have been a witness to his kindness over and over again. When I first
transitioned in career from the corporate world into the healing world I was going through a
difficult time and after being at their house one night he saw my level of anguish and
exhaustion. The very next day, without saying a word to me  he booked me a flight and took
me on their previously booked family trip with them. This was extremely meaningful to me
because I was in a very vulnerable position and that gesture made a world of difference to
me.

I met my husband in 2015 and after meeting Arman for the first time, he was shocked to see how humble, caring and down to earth Arman was despite his financial success. He has always remained loyal to family and friends, he always puts people's well being before himself and is generous beyond measure.

In 2019 my husband had a horrible accident which left him with a shattered tibia, fibula and ankle. After his initial surgery, Arman took time out of his busy schedule to visit my husband in the hospital with Elenor. They spent their Saturday night with us and showed such care and concern. This was extremely touching and healing for us, especially since it went beyond the care we received from certain family members and friends who didn't take the time to do the same thing.

My husbands recovery took two years and required multiple surgeries and there wasn't a time when Arman wouldn't check in on us or ask about his recovery. These are the things you remember, the people who show up not just in good times but in the more difficult times.

Once married, my husband and I faced fertility issues for several years. We ran into Arman at an event and I shared some of our struggles with him. He listened to my struggles with such compassion and care.  The very next day I got a phone call from him with resources for adoption and surrogacy. Knowing how busy Arman is and knowing the responsibility he takes with his own family and extended family, it was shocked to see that he took time out of his life to address our issues. I know so few people, especially men, who would care to that degree and would take the time to help others in that way.

I believe if you really want to know a person, you can see their values and ideals through their family and children. Arman and Elenor have raised four children. It would take only a few minutes of talking to their children and getting to know them to see the values they have been raised with.

It is hard enough to raise one child to be a conscientious, compassionate, loving and giving adult, but they have mastered that with all four children. I can truly say that out of all the children I know through family and friends, I consider Nicolette, Julia, Jonathan and Lauren to be the most loving, caring, humble, well mannered  and giving children I know. They are the type of people that make this world a better place and give me hope for a brighter future for this world. These are the values that Arman and Elenor hold that they have been able to instill in their children.

Through the 32 years I have witnessed time and time again how Arman will show up for people without having any obligation to do so and how so many times he will put others before himself.

I personally have made some mistakes in my life, but have also done many good things to improve the world and the life of others. Through my healing business, I hear so many people's stories and see how everyone struggles with life and at times is put in unfavorable circumstances that doesn't necessarily reflect their true essence. It would be a shame if all of us were judged in those instances and not by the essence of who we truly are.

Judge Wu, I respectfully ask that when making your decision, you consider the person Arman truly is, the difference he makes in the lives of the community and his family and friends and truly see him for his essence and not just an incident.

I thank you for taking the time to read this and for your fair consideration in this matter.


Sincerely,




Elham Zolikha

Ralph (Joe) Shannon
9231 Oak Strand Dr.
Bonita Springs, FL 34135
203-258-0525


Honorable George H. Wu
United State District Judge
Central District of California
350 West 1ˢᵗ Street, Courtroom 9D, 9ᵗʰ Floor
Los Angeles, CA 90012

RE:  US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw


Dear Judge Wu:

I am Ralph (Joe) Shannon and have worked for Arman Gabay for the past four years leasing, marketing, and providing operational initiatives for a shopping center in Calexico, CA.

I have been operating retail companies as President since 1987 and semi-retired in 2006.  Due to my extensive experience in store locations, operations, and marketing my wife and I started a consulting firm to assist Landlords in all aspects of operating shopping centers.

We started working for Arman in 2017.  I would describe Arman as a true family man who demonstrates a strong religious faith, a visionary businessman that always considers how his projects can enhance the lives of his employees and the local community.

In a somewhat depressed community, he has developed and maintained a shopping center in Calexico, CA that employs over 900 people.  Although the center has had some challenges over the years, Arman has never wavered in his dedication to continue building and adding more tenants that long term will lead to more jobs and opportunities for the local market.  At significant

risks, Arman continues to spend major capital expenditures with minimal
returns to guarantee the shopping centers success.

On several occasions, I have seen Arman sacrifice his personal decisions to
help and assist those with needs he feels and understands.
Arman is kind, considerate, and goes above and beyond for those in need.

Arman is a generous man with a big heart and always there to help those that
are willing to put in the work.

I appeal to you Honorable Judge Wu, Arman loves his family, his faith, and
is driven to help those in need.  Please give him every consideration in your
judgement and impose the lowest sentence possible.

Respectfully,

Ralph (Joe) Shannon

BENNET J. PAKDAMAN
PO BOX 56702
SHERMAN OAKS, CA 91413

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

RE: US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Your Honor,

Thank you for the opportunity to address the court with regards to Mr. Arman Gabay. I, Bennet J. Pakdaman, testify that I know Mr. Arman Gabay and can personally attest to his upstanding moral fiber/character as both a business person and more importantly, as a human being. Additionally, I ask that you take his service to the community and his true character into consideration during your sentencing.

I have gotten to know Mr. Gabay very well over the last 15-16 years. First on a close personal level and later on a professional level. On the exterior, Mr. Gabay is a strong, resilient, tough and determined individual. However, deep down he is one of the most sensitive, humble, caring and loving individuals I have had the honor of meeting.

There have been countless times I have witnessed Mr. Gabay encounter individuals who have been in tough times in life and needed help to overcome their life challenges; myself included. These circumstances have ranged from financial difficulties, to bad luck in life, to individuals with addictions in life, etc. In each of these situations, I have witnessed the same pattern in Mr. Gabay's generosity, he embodies the philosophy of "give a man a fish and he will eat for a day, teach a man to fish and he will eat for a lifetime."

A few, of the many, examples of Mr. Gabay's generosity and warm heart:

- In 2012, after passing the bar exam and with a baby on the way, I struggled to find gainful employment. Our nation was just starting to emerge from the Great Recession and we were in a time where ten-year career attorneys were fighting to get hired for first year positions. On his own volition, Mr. Gabay offered me a unit (at no charge) in one of his prime location office buildings so I could "hang my shingle" and kickstart my own legal practice. Later, upon seeing I was not comfortable operating my own practice straight out of law school, he tapped into his personal network to get my foot in the door at a prominent law firm here in Los Angeles. I secured a position as an associate thanks to his efforts. With each act of generosity, Mr. Gabay would reinforce that I could only repay him with my success.
- During the time I occupied one of his office units, I befriended his building custodian, Luis. Luis would consistently share how Mr. Gabay and his brother would always check in with Luis to make sure he was comfortable in life and to let them know if he ever needed anything. In a city where affordable housing is a challenge to find, especially for an individual on a custodian's salary, Luis repeatedly shared how Mr. Gabay would keep offering to Luis to live in one of their units, rent free and Mr. Gabay asked him for nothing in return.
- On numerous occasions, I had the pleasure of meeting Mr. Gabay's housekeeper, Vilma. She would also, repeatedly, share her experiences with Mr. Gabay's generous heart. Vilma had legal issues (civil, not criminal). Vilma would constantly share with me how Mr. Gabay kept offering to pay for her legal expenses just to take the stress off her. She would share with me that he never asked for anything in return.

- Additionally, with regards to Vilma, she would also frequently share how Mr. Gabay would keep offering to buy her a car so she could get around from place to place a lot quicker and spend the extra time with her family. It is important to note that Vilma would only work for Mr. Gabay a couple days a week. The rest of the time, she was working for other clients. Vilma would also share that the was too scared to drive and that was the reason she never accepted Mr. Gabay's offer to buy her a car.

Your honor, I'm sure you are familiar with the adage of "if you want to get to know someone, pay attention to how they treat others who have nothing to offer them." In each of the examples, none of us were asked for anything in return, nor were we in a position to offer Mr. Gabay anything in return. In each situation, I witnessed Mr. Gabay's wisdom in assessing what each person needed to move up in life and become self-reliant. Upon his assessment, he would take action, even before the beneficiary of his actions was aware. Not only would Mr. Gabay open the doors of opportunity, but he would also provide the appropriate guidance and advice necessary to seize any opportunities presented.

This is the true Arman Gabay. A man who cares deeply for whomever crosses his path. A man who is so humble, when he is thanked for any positive impact he has had in someone's life, his discomfort becomes evident in his facial expressions, body language and even his words. He is the only example of genuine altruism I have ever witnessed.

On an ethical level, I have had the honor of being mentored by Mr. Gabay over the last 15-16 years. During many of the conversations where I seek his business advice, he has consistently concluded his advice to me to **_always_** be mindful of the law to never cross any lines. His reasoning was always "nothing is worth risking your business and livelihood."

Mr. Gabay is a man I look up to and strive to model myself after; as a mentor, as a father, as a son, as a brother, as a friend, and as a businessman. He is a firm believer in karma and doing the right thing at all times. I sincerely hope all the good deeds Mr. Gabay has performed over his life now come to his assistance in his time of crisis.

Sincerely,

Bennet J. Pakdaman
(310) 922-3348
BPakdaman@gmail.com

Jessica Beroukhim Pakdaman
5806 Vesper Avenue
Sherman Oaks, CA 91411
Email Jdberoukhim@gmail.com
Tel (310) 435-6549

May 11, 2022

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

RE:     US v. Arman Gabay
        Docket No.: 2:18-CR-00331-gw

Dear Honorable Judge Wu:

My name is Jessica Pakdaman. I am Arman Gabay's sister-in-law (his wife, Elenor's, younger sister). Thank you for taking the time to read this letter, which in all honesty was very difficult for me to write -- not only because of the current circumstances, but because I am breaking a promise that I made to Arman over 18 years ago through sharing this letter.

I have never known anyone as humble as, and with as much integrity, generosity, and loyalty as, Arman Gabay. He is a rare, loving and kind human being; one who genuinely and whole-heartedly cares about others and is constantly helping others without even being asked. Whether it is to family, friends, acquaintances or complete strangers, there have been countless times I have seen him lend a helping hand (oftentimes, behind the scenes), without expecting anything in return. That is just the kind of person Arman is. He is a true humanitarian.

To share only one of his many acts of kindness that I have personally witnessed, Arman helped my parents through the most difficult of times without them even knowing. In late 2003, my father was involved in a severe, near-death car accident where he suffered a severe brain injury. He was in a coma then hospitalized for months, followed by months of rehabilitation. He was the sole provider for my mother, younger brother, and me at the time at the time, so it was a period of crippling financial instability for my family, not to mention great sadness.

One day out of the blue, Arman asked me to meet him for dinner, but also asked that I not tell anyone in our family (not even my sister) which I thought was curious. It was a nice evening. We talked and caught up, laughed together at his jokes, and he gave me some valuable brotherly/fatherly life advice (as he oftentimes did and still does), about school, the man I was dating at the time (my now husband), and so on. He also asked me to do him a big favor that evening and to keep the favor just between us, which I then realized was the reason he wanted to meet for dinner. He told me that he would like to order me a credit card in my name under his account, and asked if I would give the credit card to my mother so he can (unknowingly to her) cover our household expenses and bills while my father was recovering in the hospital. He didn't want my mother or anyone in our family to know he was behind it and felt she would be much more at ease thinking the credit card was mine and not his (I worked part-time at the time while in college). He didn't want to embarrass her, or make her feel uncomfortable or indebted to him

in any way. He just wanted to help, to the point that he approached me about it like it was a favor for him when it really was a favor for my family. He wanted to do this solely out of the goodness of his heart and he expected nothing in return.

I am sharing this story and breaking the promise I made that night in hopes that you will understand the kind of human being Arman Gabay really is. He is 100% selfless. He is beyond generous and empathetic. He is the kindest, and most loyal and humble person I know. He helps others and expects nothing in return, to the point that doesn't want the person he is helping to know he is helping. That is such a rare and admirable quality to have.

Arman has always been there for me and my family, uplifting us at every bump in the road. This is just one of many examples. Over the years, I have seen what good he does in this world. The most amazing part of it all is he never stops giving, even despite his own personal challenges. Even over the more recent years, when he has been going through one of the most difficult challenges of his life, he has not stopped helping others by lifting them up in their times of need. I pray that with this letter and by breaking my promise, I can help lift him up in his time of need.

Arman is a true humanitarian, but first and foremost he is a son, a husband, a father to four beautiful children, and a grandfather to an adorable little boy (and a superb one, may I add). I don't know anyone as devoted to his family and friends as Arman Gabay. Depriving his family and society of his presence and guidance would be devastating, and would no doubt cause more harm than good. The world needs him and more people like him in it.

Your honor, I respectfully ask that you please keep this story and Arman's personal attributes in mind when considering this case and his sentence. The world needs more people like Arman in it, not less. If he, of all people, who does so much good in this world, is secluded from the world, then I will have lost all faith in good karma. He has done nothing but good deeds for the 32 years that I have known him, with the sole mission of helping others and especially those in need.

Honorable Judge Wu, I thank you for your time and consideration. If I can provide any additional information or be helpful in any way, please don't hesitate to contact me.

Sincerely,

Jessica Beroukhim Pakdaman

LAW OFFICES OF

# *SHAHROKH MOKHTARZADEH*

### A PROFESSIONAL LAW CORPORATION

TEL: (818) 377-3830                16130 VENTURA BLVD.  No. 230                FAX: (818) 377-3835
ENCINO,  CA  91436
EMAIL: SHAHROKH@SMPLCLA.COM

May 27, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

        Re:    <u>United States v. Arman Gabaee</u>
                 U.S.  Action.  No.  18-CR-00331 (GW)
                 Our File No. 160

To the Honorable Judge George H. Wu:

     I am an attorney in Los Angeles County and I have had the honor of appearing before Your Honor on a few simple matters.  I was further fortunate enough to be present in your court room on an unrelated matter when the matter of <u>United States v. Arman Gabaee</u> was before this Court.

     I have known Arman Gabaee since our middle school days in Iran.  I have known Arman even more so over the past 30 years as his brother, Mehran, married my sister over 30 years ago. I grew up over the past 30 years being immersed in work and observing my sister's family and her in law and my friend Arman's family growing up.

     Over the past 30 years I also represented Arman and Mehran on simple legal proceedings and I have spent much time with Arman whom I consider to be not only my sister's brother in law, but also my childhood friend and former class mate.  I have not represented Arman or my brother in law in any legal proceedings over the past 10 years.  However, I have had the honor of spending all of our high holidays as well as family gatherings with them.

     I have known and observed Arman and his family provide much help and assistance to many needy families as well as in effect "adopting" well over six families that I know of, who have received relief from Arman's family over the past 30 years.  At all times they have done what they have done privately and without any need for reciprocity.  Arman's father has been his and Mehran's role model, who was and is the main reason for Arman's hard work and their continued and sustained giving to others.

     I was shocked to learn that Arman was arrested and I was even more surprised to learn of

his indictment.  When I saw him in Court on the one day that I was in your court room, I was embarrassed but I saw that he was even more so.  Arman has punished himself more than anyone else, as his lapse in ethics and error is one that was not expected of him.  Arman's arrest and subsequent conviction has taken a great toll on Arman and his family.  Arman's parents who have had their share of tragedies in their life, they lost their eldest son to cancer, now have to bear the loss of their youngest son to the legal process.

While no one is trying to create excuses for Arman, and as what he did was indeed wrong, nevertheless, to my knowledge, the price exacted on him for his wrongful act has already been substantial and he has suffered much over the past few years.  Arman does not pose a danger to anyone and his incarceration, if contemplated, serves no purpose other than to create more costs and expenses for our already overly-burdened judicial system.

I am hopeful that this Court would consider Arman's clean past record, his record as a family man and a caring and loving father, as well as the youngest in a family who has had its share of tragic events, and to grant him some leniency to the extent possible.  Arman is not a bad man, but made a bad mistake, which he regrets and has regretted.  I do not know the details of what has occurred and what are the extent of his mis-deeds, if any, but I am hopeful that this Court will look at Arman Gabaee as a whole and takes into consideration the entire context of the events that took place and to grant Arman an opportunity to redeem himself and his family.

I know Arman's father is a dignified and honorable man and I am certain that he has advised Arman about his mis-deeds and Arman's need to make up for his errors and wrongful conduct.  Knowing Arman, I am certain that he will follow a new path and that he will refrain from taking the path that has brought him before this Court.

Thank you for considering my words.  I am an officer of this Court and I am prepared to address the Court in case there is anything I can do to lessen Arman's punishment and/or to help this Court in any way that this Court may deem appropriate.  I am hopeful that this Court will enable Arman to be rehabilitated rather than punished to allow him to keep what is good about him and to discard his negative attributes.

Respectfully submitted,

Shahrokh Mokhtarzadeh, a Prof. Law Corp.

Shahrokh Mokhtarzadeh

**THEODORE KOHAN**

June 7, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Honorable Judge Wu,

My name is Theodore Kohan, born August 1963 and have lived and worked in Los
Angeles, Ca since 1979 when we were forced to migrate with my family after the Iranian
revolution. I have been married to Haleh Kohan for approximately 25 years and am
blessed with two children, my son Bailey, who is 24 and recently received his master's
degree in real-estate finance at NYU and my daughter, Tyler who is 20 and currently
attends the Fashion Institute of Design & Merchandising, also known as FIDM in
downtown Los Angeles.

I write this letter to provide some context based on my experience as to who and what
Arman Gabaee stands for socially, and even professionally and how others in our small
minority community perceive Arman to be.

I first met Arman well over 35 years ago and have continued to enjoy my relationship
with him. From the inception, Arman stood out, not only because of "having a head on
his shoulders" in comparison to other youngsters our age, but also the last name he
carried and the impeccable reputation that the name carried. The Gabaee family were one
of the prominent Jewish families in Iran, and successfully carried that torch to date, here
in the United States.

During this period, I have seen Arman in a family setting, in business and even social
settings. Because of my intimate knowledge of who Arman is, I felt it would be important
that I share some of the qualities I enjoyed and lessons learned from Arman.

Based on my personal knowledge and experience, I can only sum up Arman as a person
with integrity, honesty, good hearted, compassionate, blunt and a no-nonsense person.

**517 NORTH ARDEN DRIVE,
BEVERLY HILLS, CA. 90210**

The Honorable George H. Wu
June 9, 2022                                                                                    Page 2

His poised and calm demeanor is a soothing experience. He has been a "go-to" source for
dispute resolutions between families, friends and even married couples in our
community. He is blatantly genuine and in all interactions with him "what you see is
what you get". I have never seen him lie, exaggerate, or try to take advantage of anyone
else. In short, he is a "giver" not a "taker". Arman's calm and collected personality has
been a point of inspiration for me and many of our mutual friends. In almost forty years, I
have yet to hear from anyone in our small but connected community, that he has done
wrong to anyone. In my eyes Arman is a trouble solver and is of the school that the best
route to your goal is the straight line and not complicating matters & issues. He enjoys,
helping others.

I have on several occasions been in a business setting where he insisted on protecting the
integrity of the transaction by being honest and straight forward even if that could be
disadvantageous to his position. I have heard from numerous real-estate agents how
honest yet effective he is in business by protecting everyone's interest, even the small-
time agents that has no assurances other than Arman's word that he will protect their
commission.

In my opinion you get to know the true color of a person, when the person is under
pressure and on extended trips because these are the times more likely a person forgets to
put up a face or shield their true colors. I would like to share my experiences with your
honor on both.

I have been on numerous trips with Arman and his wife, Elenore and on at least one
occasion with our entire immediate family. Arman's generosity, class and selflessness
has always been a source of joy & inspiration. Not only he was easy going with
everything and everyone, but you could see his love and commitment to his family,
friends, and those we would meet during our trips. He always treats others with respect,
irrespective of gender, creed, or financial abilities. He always looked out for everyone on
our trips, ready to help and making sure that no one gets in trouble.

The past few years has taken a toll on Arman, Elenore and their family, putting them
under intense pressure. Yet, Arman has always been poised, collected, and very focused,
comforting others with their internal issues while he silently dealt with his own
challenges. Despite his own challenges, on one occasion where his very close friend had
severe medical challenges, Arman offered to donate part of his kidney to save his dear
friend. He is selfless and good hearted and is someone you want on your team all the
times.

The Honorable George H. Wu

June 9, 2022
Page 3

I do not write this letter to your honor to persuade you of his guilt or innocence as I don't have the facts as you do. I am simply trying to describe my personal experience of who Arman really is on a day-to-day basis and what he stands for, so that your honor, with your many years of experience on the bench can look beneath the fog created in this case and to have a more personal look at Arman and what he stands for, before you decide a fair and just sentence. In close to 40 years, I have never heard anyone complain about Arman in business or otherwise or even talk ill of Arman.

Arman has a gentle soul, extremely good hearted, loves to help others in need and a pillar of our community that has stopped at nothing to help others in business, social and community matters. He has been there for others in times of need, financially or otherwise.

I hope and respectfully request of your honor to spend a few minutes speaking with him and get to know the real Arman. I am confident that you will have a positive experience that could help you come to a fair and equitable decision. I beg your honor to be lenient and compassionate in your ruling.

Finally, I would like to thank you for allowing me to express my personal first had knowledge of Arman and his family. Wish you wisdom, compassion & empathy in all your decision making processes.

Respectfully,

Theodore Kohan.