Exhibit C

NORMAN (NOUROLLAH) GABAY

9112 ALANDA PLACE

BEVERLY HILLS, CA 90210

(310) 432-5461

June 22, 2022

The Honorable George H. Wu
United States Courthouse
350 West First Street
Los Angeles, CA 90012

Re: United States v. Arman Gabaee, 18-CR-00331-GW

Dear Judge Wu:

My name is Norman N. Gabay. I am 93 years old and my wife, Miriam, is 85. Together we had three sons Cameron, Mark and Arman. Unfortunately, our son Cameron passed away.

Until now, our greatest misfortune took place when we lost my 48 year old son, the father of six little or young children, to cancer. As the calamity struck, it was my son, Arman, who took care of me and my wife in our grief, along with the children and wife of his late brother. I don't get to say this as often as I should, but I appreciate very much Arman's selfless support throughout and to this day.

Miriam and I raised our sons until they were teens in Tehran, Iran. In 1975, we sent Arman, our youngest son, to the US to live with his two older brothers in California when he was 14 years old due to the political climate in Iran. He did not speak a word of English and I know he missed my wife and me terribly, as his brothers were working and attending college and were not able to spend much time with him. Nevertheless, he was able to graduate High School and go on to attend Cal State University Northridge and obtain a Bachelor of Science in Business Administration and Real Estate.

Arman worked throughout High School and college at various retail and construction jobs in order to support himself. In college, he would deliver tires to the South Los Angeles and Eastern Los Angeles County areas while consulting a Thomas Guide. It was this job that he later told me inspired him to invest heavily in South Los Angeles, at times when no one else would. For example, after the LA riots, Arman purchased several properties at or near Normandie which he leased to various businesses and in turn gave jobs to residents of Watts and the surrounding areas.

I wish for my grandchildren, who lost their young father to cancer, to continue having the unceasing support of their Uncle Arman, who has been like a second father to them. Arman has also been responsible for taking care of my wife and me, whether it's been taking us to our doctor visits or handling our various needs at home.

1

Arman is a wonderful father to his four children, all of whom have graduated or are attending University. He has been married over 22 years to Elenor and is a loving and faithful husband. I have seen him with his first grandchild, Pierce, whose eyes light up as soon as Arman walks into the room.

I humbly ask you to please consider all of the facts you have learned about Arman as you come to your decision. My calculations indicate over 5000 people depend on Arman's presence whether in constructing the projects or in multiple retail establishments.

Thank you.

Sincerely,

NORMAN (Nourollah) GABAY

DAVID GHODSIAN

1350 LAUREL WAY

BEVERLY HILLS, CA 90210

CELL: 310-567-2889


Honorable George H. Wu

United States District Judge

Central District of California

350 West 1st Street, Courtroom 9D, 9th Floor

Los Angeles, CA, 90012


RE:    US v. Arman Gabay

Docket No.: 2:18-CR-00331-gw


Dear Judge Wu:

This is a letter by David Ghodsian, on behalf of Arman Gabay, who I have personally known since my childhood. I am now 46.

I will start with some background about myself. After attending The Buckley School from grades 9-11, I was accepted to UCLA early via The UCLA High School Scholars program. Subsequently I attended UCLA for one year, after which I obtained my High School Diploma with my class at the Buckley School. I completed two more years at UCLA and graduated with a Bachelor of Arts Degree in Economics. I completed my studies at UCLA in just three years, since I had passed five Advanced Placement Exams after my Junior Year of High School, with high marks.

While in High School, I was a winner of the Statewide Young Artist Guild award of the MTAC (Music Teachers' Association of California), competing as a classical pianist, receiving a statewide scholarship award in that competition, as well as contracts to perform over ten paid recitals on behalf of The MTAC throughout the State of California. Later I placed, in some cases in first place, in various other piano competitions, among them the National ARTS Competition, the International Liszt Competition, The International Beethoven Competition, The International Young Artist Peninsula Music Festival, and The Southwestern Youth Music Festival. I performed Mendelssohn's g minor piano concerto as soloist with The Peninsula Symphony, and Mozart's d minor concerto as soloist with The Downey Symphony.

After graduating from UCLA, I worked as a commodity trader for a company called Cook Inlet, and then as a real estate analyst for a consulting firm called Kosmont and Associates. Ultimately, I started to work within the family business. At the office I handled product development in addition to quite a lot of other

1

functions for decades, but also travelled extensively internationally for our business.  Currently I'm a partner and am handling certain financial functions in addition to managing two personal homes which I own but rent out to tenants that I have.

Now I will provide some recollections about Arman, one of my late father's dear cousins.  He was encouraged by my father to pursue business in real estate, despite the limited finances with which he had to work, in addition to other potential obstacles.  As the years passed, Arman's gradual success was an example to me of how hard work and perseverance can pay off, almost against all odds; nevertheless, Arman is much more than a mere businessman.

Arman is a family man.  To know him is to love him, and to love each member of the wonderful family he has painstakingly created, with affection, and with the utmost care.

I will never forget Arman's kindness and generosity after my father's untimely death, which in just writing about it even after nearly nineteen years have passed, brings tears to my eyes.  My father passed away in his sleep unexpectedly while my family and I was in France, the night after we had celebrated my 28th birthday; I was crushed.  It goes without saying that the return home and the days that followed were terribly unpleasant.

After some time, Arman called me.  He invited me to his home, a few homes up from where I was living, for a one-on-one conversation.  He was consoling, kind, and supportive.  He offered for me to play tennis at his tennis court with an instructor (at his expense).  I accepted one session. Though I decided not to pursue tennis further, that he cared to this extent meant the world to me.

Another time, Arman knew that I was agitated because I had a tenant that was not paying rent and it had put me in a difficult financial situation.  He took the time to make me feel calm and he offered to help me, ultimately referring me to an eviction attorney.

I remember when one of Arman's brothers unfortunately passed away of cancer one year after my father had passed away.  Arman stood on his feet at the prayer sessions, respecting not only his brother's memory but also my father's even after a long day's work.

When I became engaged to my fiancé, we had a couple of family events related to that, for which we often had to invite on short notice.  Arman always showed up.  Though likely small examples relative to the multitude of ways that he has helped so many, to me in life it's often about the little things.  Because they are reflections of his character.  Arman has a kind heart, which I admire and respect greatly and I can only hope (if not implore) for mercy relative to him and to his honorable family.


Sincerely,

David Ghodsian

2



# Paul P. Soroudi, D.D.S. & Associates

May 7, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st St.
Los Angeles, Ca, 90012

Re: United States V. Arman Gabaee ( Gabay ), 18-CR-00331 ( GW )

Dear Honorable Judge Wu,

I am Dr. Paul Soroudi, a 78-year-old Oral Surgeon who has been practicing various modalities of dentistry in Southern California in the past 45 years. I graduated from USC School of Dentistry in July 1977.

Even though I came to this country as a student at the age of 18, I knew Mr. Noorolah Gabay the father of Arman since high school back home in Iran. And for the past 60 years in the US, I have been in touch with Arman's father as a close friend and confidant as well as witnessing the growth of his children, including Arman.

I have witnessed the growth of Arman and was delighted to see him grow to become a very bright and kind gentleman who he is at present. I have always witnessed Arman not only extremely focused on the welfare of his own family, but also the welfare of the people whom he knew have fallen on hard times and needed help. He was always ready and willing to contribute heavily to various charitable causes and organizations.

Your honor, despite his unfortunate conviction, I still have a great degree of respect for Arman because I know that deep down in his soul, he is a kind and

3663 Torrance Boulevard, Suite 4 • Torrance, California 90503 • (310) 543-2224



# Paul P. Soroudi, D.D.S. & Associates

highly compassionate individual.

Your honor, without any attempt on my part to minimize the seriousness of the crimes Arman has committed, I implore you to please impose the most lenient sentence you deem appropriate under the law for this man who, at present, is extremely remorseful for what he has done.

Thank you, your honor,

Respectfully Submitting,

*Paul P. Soroudi, DDS*

Dr. Paul P. Soroudi

The following individuals also would like to endorse my sentiments about Mr. Arman Gabay:

_____

Mr. Haroon Soroudi

_____

Mr. Nader Soroudi

_____

Mr. Behnam Soroudi

_____

Dr. Ebi Soroudi

3663 Torrance Boulevard, Suite 4 • Torrance, California 90503 • (310) 543-2224

Honorable George H. Wu

United States District Judge

Central District of California

350 West 1st Street, Courtroom 9D, 9th Floor

Los Angeles, Ca 90012

RE: US v. Arman Gabay

Docket No.: 2:18-CR-00331-gw

Dear Judge Wu:

My name is Fariba Khorshad, and I have been living in the United States for forty-two years. I have also known Arman for over forty-two years.

Arman was the only distant family member I knew when I unexpectedly came to the United States to escape the Iranian Revolution. Not knowing anyone or anything, Arman took me under his wings and gave me invaluable advice about how to pick the right college and further my education in the United States. I owe my career to Arman. As an immigrant, I was not able to afford graduate school, and Arman arranged for me to borrow money so that I could obtain my degree.

Arman is an extremely generous person. As much as Arman is a successful business man, he is equally a family man. He is an important contributor to his community, and when my family and I moved from New York to Los Angeles sixteen years ago, Arman helped us settle into our new surroundings with ease. Arman specifically gave my husband and I insight about where to live so that my children could go to respectable schools. Our transition from New York to Los Angeles would not have been as smooth if it were not for Arman.

Arman has constantly been there for my family and I to support us in times of need. During the years that we lived in New York, he was in constant communication with my parents and there were many instances that he would help the both emotionally and professionally. He is a respectful, hard-working, generous, family-oriented man. Arman has a wonderful family consisting of his wife, four children, and grandchild. He is always there for his family, as he is

always there for our community. I have seen Arman with his children as one of his daughters and his son are in the same grade as my daughters and they have been on many teams together. We have spent hours in our children sporting events and I have seen how closely he cares for his family. He is a caring and loving family man. I have also seen him how he takes care of his old parents in good and bad.

I respectfully request that you impose the lowest appropriate sentence for Arman. Your courtesy and attention to this letter is very much appreciated. Should you need any additional information, please do not hesitate to contact me.

Sincerely,

Fariba Khorshad

Haroun Hanasab
1073 Linda Flora Dr
Los Angeles, CA 90049

**RE: US v. Arman Gabay**
**Docket No.: 2:18-CR-00331-gw**

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

Dear Judge Wu:

My name is Haroun Hanasab.  Arman Gabay is my dear friend, and we have become family when my son Jonathan and Arman's daughter, Nicolette were wed. Now, we are both grandparents to our one-year-old grandson Pierce.

I first met Arman about 25 years ago. At this time, I was dealing with a personal dispute with my business partner at the time. In our community, Arman and his family were the individuals that would reach out to for assistance and guidance, and they would assist in business and family disputes that would rise. They were and continue to be well respected members of our community.  Arman was part of the panel of community leaders who settled this matter.

It was about 6 years ago when we became family and became friends. We became very close and would share intimate conversations about life, family, business, and the future. We would go on walks, travel, dine, and go to concerts together. Arman has become my dearest friend.

I have seen Arman first hand accept my son into his family and treat him like another father figure, and has supported him the same way he supports his own children. He has opened up his heart and his family to him, my wife, and my 4 other children.

In a heartbeat, I would testify and attest that he is a great husband, father, brother, son, and grandfather.  He is a true gentleman, class act, and a pivotal member of our community.

Without recognition, ego, or praise, Arman quietly has helped many people around him, including his family, extended family, schools, hospitals, charities, cancer foundations, and houses of worship. One of many examples is Magbit Foundation, a foundation which helps students complete their University studies.

Arman is God fearing, with a gentle loving soul.  I have never seen him raise his voice. His emotions are love and is kind loving, filled with love when he sees his children and our grandson.

Arman's children, grandchild, wife, aging mother and father who are well in their 90s depend on Arman for all aspects of their life. To take him away from his family and his organization, it will devastate an entire community, and will affect hundreds of people directly. Hundreds of people depend on Arman. Without him, they will not be able to support their families.

Your honor, please consider Arman's family and his gentle character in your consideration for his future. Society and our community will be well served with Arman free. His absence will affect directly the livelihood of many people that depend on him.

Sincerely,

Haroun Hanasab



# TOURO COLLEGE LOS ANGELES

*Morgan Hakimi Ph.D., M.B.A.*
*Co Chair Department of Psychology*

*1317 N. Crescent Heights Boulevard*
*West Hollywood, CA 90046*
*(323)822-9700*
*mail@morganhakimi.com*

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012
Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My name is Morgan Hakimi. I have served as the President of the faculty senate and the Department Chair of the School of Psychology at TCLA University for well over a decade.  As an educator, I have rarely come across an individual such as Arman Gabay. Witnessing Arman's philanthropy and its impact on the lives of others; encouraged me to write this letter. A kind and generous man who contributes lovingly and cares deeply, Arman shows a genuine concern for the well-being of all around him.

Your Honor, Arman is among those rare entrepreneurs who understand the value of education and the opportunities given.  Whenever possible, he cultivates the growth and advancement of young talent around him. Whether it is an internship or a new job prospect, Arman understands such openings can change the trajectory of a young professional life. Risk and ambiguity are the building blocks of entrepreneurship; recognizably Arman Gabay has demonstrated these qualities every time he has supported low-income community investments.

Judge Wu, t is my understanding that Penitentiaries can benefit those who live a criminal lifestyle that is harmful to society. Arman is not of such kind; He is a family man who cares deeply about his community and constantly helps others, none of which he will be able to do while incarcerated.  Mr. Gabay is a benevolent businessman who believes in giving 2nd chances and supports new beginnings in the life of others.

Your honor, I truly believe that Arman Gabay can serve our society better outside of the confinement of the prison system. I would like to Thank you for your valuable time, and please feel free to contact me at 310-991-4900 if you desire.

Sincerely,

*Morgan Hakimi*

Morgan Hakimi Ph.D., M.B.A.

The Honorable George H. Wu

United States Courthouse

350 West 1st Street

Los Angeles, CA 90012

Re:    United States v. Arman Gabaee, 18-CR-0031 (GW)

Dear Your Honor,

My name is Shadi Ghodsi, and I'm a close friend of Nicolette Gabaee's, Arman's oldest daughter, and I have known the Gabbae family for 8 years. I am a 30 year old Pilates instructor living in Miami, and a proud University of Southern California alum. USC is where I met Nicolette. She had been close friends with my cousin since elementary school, so we instantly bonded as soon as we met. I was drawn to her warmth, humility, and positivity the more we spent time together.

As we grew closer, she invited me over to her home before we went out to an event. This is where I met her family. Arman and Elenor were gracious hosts, offering food and tea, making me feel super comfortable immediately. Nicolette's sisters Julia and Lauren were there too, and their closeness and openness with each other warmed my heart.

Arman and Elenor took the time to get to know me, asked about my interests, my family, my life. They were genuinely invested in their daughters' friends. At the time, I was studying real estate development at USC, and Arman expressed interest in my career choice, as this was his passion. I remember him being super helpful, offering valuable advice, and even inviting me to learn more about his firm with a potential internship after graduation.

Arman and Elenor were so involved in their kids' lives, engaging in conversations, offering support, and just simply being *there* at the end of the day. I thought to myself - What a beautiful family, it's no wonder Nicolette is such a humble, kind soul; she is blessed with so much warmth at home. We ended up being super late

to the event since we had such a good time just hanging with Elenor and Arman. Two

college girls skipping out on a party to hang with parents, go figure.

After that night, every time I came over, I was embraced with the same

kindness, tea, conversation, and life advice. Endless laughter, love, and comfort filled

that home.

Over the years, I've seen Nicolette meet the love of her life, Jonathan. Soon they

were engaged, married, and are now raising their adorable son Pierce. Arman has

always been super supportive of her relationship with Jonathan, fully accepting him as a

son. Nicolette would always turn to him for advice once things got serious between

them. He was always *there* for her, with an open heart, genuinely wanting the best for

his daughter.

Seeing Arman and Elenor walk Nicolette down the aisle is an image I will never

forget. I remember him holding his oldest daughter in a long embrace, whispering

something in her ear, tears rolling down his face, beaming with pride as he smiled from

ear to ear. It was such a beautiful moment between father and daughter. Now, seeing

him so involved as a grandfather, his pride has doubled and overflowed.

Nicolette succeeded in school, earned her degree, started her own business,

and became an amazing wife and mother, thanks to the warmth, love, and support she

was blessed with at home. Her parents played an incredibly valuable role in the woman

she is today. The Gabaee's have instilled in all of their children to remain humble, be

courteous to one another, have strong faith in God, give back to those in need, and

simply be *there* for eachother.

Elenor, Nicolette, Julia, Jonathan, Lauren, and baby Pierce deserve to be

surrounded with Arman's love and embrace. His involvement in their daily lives is

essential to keep this beautiful family united and whole. As a devoted and concerned

friend, I plead with you to allow Pierce to be awarded the same love, affection, and

humility Arman has instilled in his children. I plead with you to allow Arman Gabaee to

be *there.*

Thank you for your time, Your Honor. If there is anything else, please contact me.

Sincerely,

Shadi Ghodsi

**ISABEL GEDORIO**
3307 Alabama St
La Cresecenta Ca 91214

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA 90012

RE:  U.S.  v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu:

I am Isabel Vina Gedorio and I've been working for Arman Gabay and his partner Mark Gabay for more than 20 years.

I have known Arman to be a generous and compassionate person.  He always helps his employees like during death in families, or on happier side-weddings, new births, and new houses.  His gifts are always appreciated because he does it with a big smile. He is also a kind of person who shares his knowledge and willing to teach anyone who is interested to learn more about the business.
 Arman and his brother are an outstanding combination of partnership when it comes to running the business. It will be a great loss without him, no matter how long he'll be gone.

Arman has a happy family. I have witnessed how he loves and take care of his family, how excited he is now that he is a grandfather to an adorable kid and expecting to have more.  He makes sure that he has time with them even how busy his schedules are. He's always there with them especially to the most important events like graduations, birthdays and weddings.  I can't imagine how his family will be without him.

With due respect, I sincerely ask for your compassion to consider the above scenario in your decision for Arman's sentencing.

Sincerely,

Isabel Vina Gedorio



5820 Canoga Avenue, Suite 300
Woodland Hills, CA 91367
T (818) 933-0200
F (818) 933-0222
www.gaineslaw.com

May 26, 2022

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA 90012

Re:    US v. Arman Gabay
       Docket No.: 2:18-CR-00331-gw

Dear Judge Wu:

I am Fred Gaines, a personal friend and professional colleague of Arman Gabay for approximately 20 years. I have seen Arman work with communities throughout Southern California to bring about positive change, redevelopment of blighted areas, economic opportunity and job creation. With almost every project I have worked on with Arman, he has made significant contributions to local programs, charities and religious organizations beyond anything required by the project itself.

Arman has a wonderful family, which has always been his priority. I have personally witnessed his commitment and sacrifice for his children, and we have spoken often about the duty and importance of being a good father.

Placing Arman in a prison environment will not be helpful to society. I feel that it would be to Arman's and the public's best interest to serve a punishment that will not negatively affect his service to the community and his commitment to his family. Thank you for your consideration.

Sincerely,

GAINES & STACEY, LLP

*Fred Gaines*

By

FRED GAINES

Emily Ebrahimian
610 N Camden Dr
Beverly Hills, CA 90210
310-993-8517


RE: US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw


Honorable Judge Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA 90012

May 18th, 2022

Dear Your Honor,

My name is Emily Ebrahimian, resident of Los Angeles, and child of Iranian Jewish immigrants. I
live in Beverly Hills, and work for a tech company. I have my B.A. in Economics and Theater
Arts from the University of California, Santa Cruz. I went to elementary school at Sinai Akiba
Academy, a Jewish day school, where I met his second daughter, Julia. Julia and I met on the
first day of preschool at the young age of 3, and have been best friends ever since. She has
been like a daughter to my parents, and I am the same to her parents. Arman is like my second
father, and my parents were and still are proud of the fact. I have known Arman for the last 25
years, and he has been a guiding light through every single stage of life. Through early
childhood, my teenage years, high school transitions, to career choice and college decision
making, to now, as I navigate the relationships I make at work, and life advice as I start to date
to find a life long partner. He has been there for me and has never failed to give me sound
advice so that I can make genuine, and smart decisions in my life. I value his opinion and
judgment as much as I give weight to my own parents' opinions because of his honesty, loving
heart, and morality. His character and ability to make jokes, smile, and carry laughter with him
everywhere he goes, while still maintaining direction, and good judgment is one of the things I
admire most about him. He can befriend so many, and with his good humor and uplifting
character can put a smile on anyone's face. Some of my best childhood memories were at his
home, and in the company of him and his family. I always felt right at home. The home he built,
and the family he kept and raised were always polite, well-mannered, warm, generous, and
hilarious- just like him. I remember him coming home from work to his family, with all the
stresses and worries of the day on his face, but still greeting his beautiful wife Elenor with a
warm kiss, and giving each of his children big bear-like hugs and kisses on the cheek. His ability
to give and receive love are what make Arman such a special man. His sensitivity and ability to
honor his emotions are not something we see men of his age doing very often, but because of
his pure heart, and his inclination of being upfront and real about how he feels, he has always

shown me the benefits of expressing one's feelings, and not sugar-coating the pains and hurts in life as well. Just recently I was at dinner with Aarman, in April of 2022 and in the middle of a group dinner, he turned to me and started sharing his recent takeaways in life, and his lessons in navigating life-long friendships and the vulnerability of it all. It's moments like these where I feel immensely blessed to share such deep, eye-opening conversations with someone as loving, caring, and good-hearted as Arman. He never shies away from sharing what is on his heart. He has always been a hero to me- in every way imaginable. The way he pours his heart into what he does for his family, his friends and for our community. I can't express how much his words have impacted me and the decisions I have made and continue to make through the many twists and turns of life.

The impact that can be had from sentencing him, and depriving him of his freedom will be tragic to his life, his family, his community, and loved ones like myself. I know that sending him to prison will not do the slightest good for any party involved, and will take away a true leader, who is hard-working, trustworthy, and responsible. In the 25 years that I have known Arman and his beautiful family, I have only had the utmost regard for their class, integrity, humility, and golden hearts.

Thank you very much for your cooperation and consideration. If you have any questions, please do not hesitate to contact me.

Sincerely,

Emily Ebrahimian

May 30th, 2022


The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

Re: <u>United States v Arman Gabaee.</u> 18-CR-00331 (GW)

Dear Judge Wu,

My name is Nader Maghen and I am a University Graduate and I work as a property developer. I have known Arman for twenty four years and he is my brother-in-law.

One unique quality that I feel best demonstrates Arman's positive qualities is that he is an open ear to all kinds of situations and is ready to help by offering ideas in which he has practiced himself which has resulted in great outcomes.

The way that Arman has impacted my life is when I was down during my partnership dissolution, he picked me up right away. The good qualities Arman has is his love for individuals and to teach and aid individuals like myself his learning through his experiences. I had just had a partnership dissolution and had sought out advice from Arman. He, without any reservations, gave me direction as far as where to start, what to do, and gave me the drive and confidence to pick myself up to continue doing property development on my own two legs without any partners. He made an introduction to the VP of Farmers and Merchants Bank and immediately the introduction led me to start purchasing, rehabbing, and developing property.

Despite his conviction, I nevertheless still have the utmost respect for him because of the many great qualities he has demonstrated. Arman is a good person with good intentions. His motto is "Think positively, no matter how hard life gets. Give much, even if you were given little. Forgive all, especially yourself. And never stop praying for the best for everyone. We do not see things as they are, we see things as we are. " Another motto of his is there are eight rules to a better life: "Never hate, don't worry, live simply, expect a little, give a lot,  always smile, live with love, be with G-d".

He impressed me positively with his positive thoughts. The motto is "think positive , speak positive, do positive, and feel positive." I would like to plea for mercy or leniency. He is an individual with lots of wisdom and has been an upstanding citizen in the community always offering help to everyone.

My plea with the court is to impose the lowest appropriate sentence or the most
lenient sentence the court considers appropriate or the lower sentence permitted
under the law.

Respectfully,


Nader Maghen

Lennie Liston
889 Pierce Court, Ste. 101
Thousand Oaks, CA 91360
818-991-7148

May 16, 2022

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA 90012

**SUBJECT:**    **US V. ARMAN GABAY, 18-CR-00331 (GW)**

Dear Judge Wu:

I am Lennie Liston, president of LC Engineering Group, Inc.  Our office has been in business in the Los Angeles, Ventura and wider Southern California regions for over 40 years. I am a licensed engineer, attorney, and general contractor.

I have known Arman through our business for twelve or more years, and we have provided various engineering services to him during that time.  I have worked for Arman on various projects including both larger development projects and his own personal projects such as his residence.

Given my long-standing business relationship with Arman and work on his personal projects, I have gotten to know him well.  One quality that stands out in particular to me is his concern and devotion to family.  His concern and love for family is always apparent in his approach.  Family is always at the forefront of his mind.

I have suffered some tragic losses in my family, including the recent loss of my father to cancer, whom Arman also knew very well through our business.  Arman went out of his way many times to call and express his condolences to me, and he related some of his own personal losses he had dealt with or suffered in his own family. These conversations were comforting, personal and sincere.

I respectfully request that you consider these admirable qualities of Arman, and his family who he cares for.

Thank you for your consideration and should you need any additional information please do not hesitate to contact me.

Respectfully submitted,

Digitally signed by
Leonard Liston
Date: 2022.05.26
13:32:16-07'00'

Lennie Liston

Sophia Ebrahimian
610 N Camden Dr
Beverly Hills, CA 90210
310-435-1944

RE: US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Honorable Judge Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA 90012

May 18th, 2022

Dear Your Honor,

My name is Sophia Ebrahimian. I am a homemaker with a BA degree. I have 3 daughters and 5
grandchildren. I have known Arman Gabay for over 24 years. My youngest daughter Emily has
been best friends with Arman's daughter, Julia for the last 24 years. I consider Julia as my 4th
daughter. Arman is like a 4th brother to me as well. He has been a mentor for my daughter
Emily through the years. I can wholeheartedly say that my entire family and I have benefited
tremendously from his positive attitude and wisdom. Arman is such a genuine, honest, down to
earth, humble and giving person. Not only have I taken pleasure in knowing Arman, but I also
have enjoyed spending time in his company at weddings, family gatherings, holidays, school
events and at synagogue. Him, his wife, and his parents have done so much for our community
as well. They have all been so generous in their time, wealth, and knowledge. Arman has
helped me and my family so much through the years. My daughter Emily and my husband
Joseph have turned to Arman many times for advice and guidance in their personal lives. Emily
was unsure of what career path to pursue after college and the first person she wanted to reach
out to to talk through  these decisions was Arman. Similarly, when my husband Joseph and I
were at a crossroads with a business partner, we turned to Arman to give us emotional support
and guidance on how to be good communicators in the situation. Arman has never failed to be
there for us and our family when we needed him.  His advice and guidance go unmatched. His
good heart is what attracts us, and many others to him. I ask that you do not change the
direction of Arman and his family's life. Please do not hesitate to contact me if you have any
questions.

Sincerely,

Sophia Ebrahimian

The Honorable George H. Wu

United States Courthouse

350 West 1st Street

Los Angeles, CA, 90012

   Re: <u>United States v. Arman Gabaee</u>, 18-CR-00331 (GW)

Dear Judge Wu:

I am Avi Abraham Dloomy, a personal friend of Arman Gabay and his travel agent since 2011. I distinctly remember the first time I met Arman Gabay at his home in Beverly Hills. His wife, Elenor, had arranged for me to come and meet them and other friends to arrange a trip for them. I was at their home quite early, before any of the other guests had arrived and had a chance to speak with Arman alone. He had asked me about my life and my family and how I got into the travel industry. He immediately felt a somber note in my voice, and I mentioned that I was still dealing with the loss of my father, who was the original owner of the travel agency. Arman just met me a few minutes ago, and his question for me was, "Is their anything I can do to help you? Do you need anything?". If he was able to touch the heart of someone he just met a few moments ago, imagine the impact this man has had on others throughout the years. Since that moment, every time we speak or meet, Arman asks if I need anything.

Arman and his wife have been blessed with four amazing children and a beautiful grandson with many more on the way God Willing. The respect this family has given me is unmeasurable. I am in awe of such wonderful people and am lucky to have them in my life.

Arman has and continues to do so much for the community and those that are less fortunate. His desire to help others comes naturally to him. The true essence in his generosity is that he asks for no recognition in return. Taking Arman away from the community and especially his family will not do good to anyone. Arman is a pillar in the community, and we are all at loss without him.

Arman is honest and trustworthy. Despite difficulties in life, Arman was always persistent and diligent, always looking at the glass as half full versus half empty. He did all this for his family and to leave a legacy for his kids. Taking Arman away will not benefit anyone.

I appreciate the opportunity to write on behalf of Arman. Should you need anything else, please do not hesitate to contact me.

Respectfully,

Avi Dloomy

**Siamak (Sy) Dardashty**

**9250 Wilshire Blvd #300**

**Beverly Hills, CA 90212**

**Tel (310) 779-1252**

The Honorable George H. Wu

United State Courthouse

350 West 1st Street

Los Angeles Ca 90012

Re : United State v. Arman Gabay, 18-CR-00331 ( GW)

Dear Judge Wu,

My name is Sy Dardashty, and I am a real-estate investor as well a distributor of organic food under Greenfield Products. I know Arman for almost 40 years, when we first met in college and then got married almost around the same time and I now have 3 children of my own and my middle child Brigitte has been with Julia Gabbay since Kinden Garden.

All through our relationship what I have seen from Arman and respected was that he is hard worker, smart and fair-minded guy in business and a great husband to his wife and father and role model to his children. I know that my own daughter at times have gone to Arman for advice for her own challenges in life and I could have not chosen a better person like Arman to her through tough times. He is almost like a God father to my child.

I have been on many trips with Arman as well taken trips with him and his family and with Mark Gabay (Arman's brother) and his family. They say if you really want to know a person you should go on a trip with him. Watching these two brothers' relationship and the level of respect and appreciation they had for each other was something I had not seen in my life.  Whether it was business related or family these came together and handled it like two real gentlemen. Just watching Arman

from a distant to see how he treated his wife and how the children adored him and wanted to spend every minute of their time with him was amazing. This is Arman in real life and every day with his family and people around him. Everyone can go to him if they need anything, and he is always there with unconditional love greeting them and helping them with utmost respect and kindness.

Your Honor as an immigrant I do believe in the American justice system as there was no justice in the country that I come. I pray every day to my God that Arman gets a fair sentence and be heard as who he really is. I know it's not in my capacity to be able to judge what's write and what's wrong and that's why I trust you to make that decision for him and I will just have to leave him in Gods hand and yours.

I just know that the pain of keeping this man away from his family and specially children who loves him so dearly, his parent who are so old and his brother and his family and children is indescribable and I just can't imagine this great man behind bar with everyday criminals.

I would like to thank you for taking the time to read my letter, I know I must keep it short but honestly, I can write a book about Arman who I call my friend. If there is anything else, I can do for him please don't hesitate to reach out to me.

Sincerely,

Sy Dardashty

BRIGITTE DARDASHTY
10600 LINDBROOK DRIVE
LOS ANGELES, CALIFORNIA 90024
TEL (310) 666-2916

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA 90012

RE:   US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu,

My name is Brigitte Dardashty and I write this letter, on behalf of Arman Gabay, who I have personally known for over 20 years now.

I am 27 years old and I am an Interior Designer. I went to Sinai Akiba Academy for elementary and middle school, Milken Community High School, and Boston University for my undergraduate degree, where I studied Hospitality Administration. I then obtained my certificate in Interior Design and Architecture at the University of California, Los Angeles (UCLA).

Arman is like a second father to me. I grew up with his daughter, Julia Gabay, and our parents are best friends. I spent the majority of my childhood at his house playing games with his children and having sleepovers with Julia.  With my parents constantly arguing at home, I always felt comfortable going to Arman and Elenor's house. They always welcomed me with open arms as if I was their own daughter. I recall one night in high school while I was at their house for dinner, Julia and I were both taking an Architecture class. After dinner, Arman happened to be looking at floor plans for his house. I could tell he was exhausted from his work day, but regardless, he called me over and walked me through the whole floor plan, explaining the plan step by step. I was feeding off his excitement and passion.

Aside from growing up in their home, our families traveled together every summer for 10 years. They say that when you travel with someone you get to know them for who they really are. That was the case with Arman. I saw firsthand how much he loved his family. He was always respectful and always caring. I remember one time when we visited Paris, my sister had an ear infection and Arman was the first to take initiative and help her. Arman checked on her multiple times on the trip to make sure she was okay. This is one of many examples that shows how Arman loves and cares for others like family.

When I am with Arman, I can always expect to get into a deep conversation with him. Arman is like an open book and is always eager to share his wisdom with me. Whether it's about work, life, or relationships, I always feel a sense of gratitude that he takes his time to share with me.

Despite his conviction, I nevertheless have respect for Arman because of all his great qualities that he has demonstrated.

Sincerely,

Brigitte Dardashty



Date: May 11, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

      Re: United States v. Arman Gabaee
      Docket No: 18-CR-00331 (GW)

Dear Judge Wu:

My name is Stacey Brenner and I am writing to provide you with information about Arman Gabay, which I hope will help you to understand his many good qualities.

I am a land use consultant and registered lobbyist with BA and MS degrees from California Polytechnic University, San Luis Obispo, and I have known Arman since 2007. We met when I was working for an architectural firm that his company hired, and I ultimately left my job and went to work for him. While I was employed there, he was consistently supportive and encouraging, urging me to ignore internal sniping, focus on learning the business and do the best I could. For a 28 year old just starting out this advice and support was priceless, and it gave me a strong foundation for my future pursuits. During my employment I attended many meetings with Arman and never saw or heard ethical boundaries being crossed. I did see many of his consultants take advantage of him, hoping to exploit his good nature for their own enrichment. He befriended people that worked for and with him, providing support when they needed it regardless of its relevance to a specific project. These actions resulted in many loyal friends, as well as some who resented his benevolence and sought to undermine it.

After leaving the company I worked in State government and then as a private consultant, when Arman was the first person to retain me, once again demonstrating his trust and belief in me. In return, I want you to know that I believe in him, and I will not join those abandoning him in his time of need. My firsthand knowledge of Arman is that he is loyal, smart, compassionate and devoted to his family. I have seen him go many extra miles for his friends and let his enemies off the hook. If his judgment has been faulty, I believe it comes from hope, not greed; the hope that something good may result.

As Arman's fate is considered, I sincerely hope that penalties will be balanced with compassion for a person who may have stumbled but is motivated by concern for his friends and family, worked tirelessly, and who has achieved a great deal of good in his life.

Thank you for your consideration.

Stacey Brenner                 5/11/2022
Name                               Date

*Stacey Brenner*

Stacey Brenner, Principal
Brenner Consulting Group, Inc.
4774 Park Granada, #9379
Calabasas, CA 91372

4774 Park Granada #9379        16161 Ventura Blvd, Ste 700        100 Bel-Air Road
Calabasas, CA 91372            Encino, CA 91436                Los Angeles, CA 90077

# Barkodar Law Group P.C.

205 S Beverly Dr.
Suite 211
Beverly Hills, CA 90212

June 1, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Your Honor,

As soon as I heard of Mr. Gabaee's plea I stopped working to write this letter to respectfully ask the Court for leniency. I have been licensed to practice law in our state for over six years and have graduated from UCLA and UCLA School of Law. I currently run my own practice representing employees.

I have represented a large number of employees in seven-figure wage and hour cases, however, my bread and butter and what I find most satisfying is representing individual employees who objectively were not being treated well by their employers. I often tell counsel for the defendants in certain cases that even good people and companies make mistakes and that these mistakes are not a reflection on the character of the employer or the company.

It is my humble opinion that Mr. Arman Gabaee falls in this category of a deep-down and at the surface great individual who made a mistake. I am not too familiar with the charges of this case, but I am familiar with Mr. Gabaee on a personal level. Mr. Gabaee's son in law and my brother's wife are siblings. Our connection is far removed and he does not owe me any favors or kindness and yet since having met him about 6 years ago he has been nothing but a gem to me and those around me. Always offering to help everyone and having gone out of his way multiple times, sometimes without my knowledge, to set up introductions with other attorneys to help start my career. This is not a one-time phenomenon as I have seen how he anonymously has helped a few non-profits that I am involved with. He is consistently generous with his finances as he is with his time. Any sort of incarceration would be devastating to so many people, to so many charitable organizations, and most importantly to his community that rely on him daily.

Arman at his core, and his surface, is very good person and unimaginably valuable to his community. I beg the Court to show mercy and be lenient with him.

Respectfully,

Lior Barkodar

310.405.2361
310.861.1578
LB@barkodarlaw.com

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, Ca 90012

Re: United States vs . Arman Gabaee 18-CR-00331 (GW)

Dear Judge Wu,

My name is Kathy Afshani, a longtime friend of Arman and his family. I have
an MFT degree, and I'm also a certified hypnotherapist.  I have decided
that in lieu of working outside the home, to donate my time and energy to
numerous charitable organizations including Hadassah, The Persian
American Women's Conference, and the Iranian American Jewish
Federation, to name a few.

I've known the defendant, Arman Gabay, for over 35 years. Our families
have been very close friends for many years, and our children, who are
very close in age are also good friends.  I feel it's important to understand
how Arman has benefited his entire community with his selflessness and
generosity.

Our families vacation together virtually every summer, and I believe I have
a unique knowledge of Arman's character.  He is a very caring, considerate,
and thoughtful person.  He never hesitates to help anyone, and is always
striving to guide his friends by steering them in the right direction.  As a
member of our community, he has been very generous, and has helped
numerous families when they experienced financial hardships. He is a
caring son, a devoted husband and father, and an exemplary friend. One
time when my daughter had an accident in Costa Rica, he accompanied
me to the hospital and stayed with me for hours until she was released. If
help is needed, Arman can always be counted on.

Arman is held in the highest regard within our friends and community.  He
and his wife have raised four wonderful children who are truly an asset to

the community.  I urge you to consider imposing the lowest possible sentence to Arman.

If you have any questions, please do not hesitate to call me at (310)780-1199.

Thank you for your time,

Sincerely

Kathy Afshani

**Mike Golshan**
121 S. Cliffwood Ave.
Los Angeles, CA 90049
Ph: (310)980-7175

Honorable George H. Wu
United States District Judge
Central District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA 90012

RE:  US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu,

My name is Mike Golshan. I am an entrepreneur residing in Los Angeles owning an importing company in the apparel industry. Arman Gabay is an old schoolmate and friend of mine whom I have known since 6th grade going back to 50 years ago.

Throughout the years I have know Arman, he has been a true role model as a hardworking, kind, loyal, and generous person who loves his family and one who has always selflessly helped the members of the community in any way possible through different charitable organizations.

Words can hardly express the respect I have always had for Arman who has all the attributes of a genuinely good human being who treats others with outmost respect and kindness and one who truly adores his wife, children, and family.

I have been deeply saddened and stunned by Arman's conviction. However, I truly believe he is an outstanding individual with great qualities who could highly contribute to the lives of many in the community if not deprived of his freedom. Therefore, I would like to plead with the court to impose the lightest appropriate sentence permitted under the law.

Thank you for your consideration and should you need any additional information, please do not hesitate to contact me.

Sincerely,

Mike Golshan

Vic Montalbo
3200 Federal Ave
Los Angeles, Ca  90066
310 863 7054

The Honorable George H. Wu

United States Court house

350 West 1ˢᵗ Street

Los Angeles, Ca 90012

RE: US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu,

I am writing this letter on behalf of Mr. Arman Gabay. I have known Mr. Gabay for more than 30 years and have always found him to be fair, respectful, genuine, and courteous. During my years as a corporate real estate director and up until my current position as an independent, licensed commercial real estate agent, I hold Arman in the highest esteem as well as consider him a "good person", willing to assist others when in need.

I am hopeful that this case will consider my sincere assessments and that a decision be levied with leniency, so that Arman may offer a positive influence on the many distressed, urban properties and unsettled communities of Los Angeles. Thank you for your consideration.

Respectfully
Victor Montalbo

David Kohan-Ghadosh
355 E Ohio St, Unit 3307
Chicago, IL 60611
Phone Number: (310) 922-1480

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

Re: <u>United States v. Arman Gabaee</u>, 18-CR-00331 (GW)

Dear Judge Wu:

My name is David Kohan-Ghadosh and I am a current student law student, entering my third
year of law school at Northwestern Pritzker School of Law in Chicago, IL.  In addition, I have
served as a Board member for 30 Years After, a non-profit civic organization dedicated to
encouraging the participation and leadership of Iranian-American Jews in American political,
civic and Jewish life since 2010. The Gabay family have been involved with this organization
since inception.

Throughout my work in the Iranian-American Jewish community, I have come to know Arman
Gabay, and have known him for about 4 years. For as long as I've known him, Arman has been
active philanthropically in the greater community in Los Angeles. For example, I  know that
Arman and his brother Mark had sponsored the Mark & Arman Gabay Undergraduate Real
Estate Award at California State University Northridge, and are have given financially to the
City of Hope and Jewish Federation of Greater Los Angeles.

Based on my interactions with him, I believe Arman to be respectful, loyal, and decent. I know
other students and young professionals that he has mentored, and I know he helps people that are
in need both inside the Iranian-Jewish community, as well outside the community. I believe that
taking Arman's liberty now would deprive our community of an exceptional individual.

Please do not hesitate to contact me if you have any more questions or require any other
information.

Sincerely,

David Kohan-Ghadosh

**Coral Menasherov Schaeffler**                                           05.15.2022
**5536 Lindley Ave. apt 115**
**Encino, CA 91316**
**Cell 747.777.0770**

To the Honorable Court,

RE: <u>**Mr. Armen Gabay**</u>

My name is Coral Manshrov Scheffler, and I have been a healer and spiritual counselor for over 40 years.

I have known Mr. Gabay for over three years, and I give him spiritual counseling and frequent healing treatments.
Mr. Gabay asked for my help due to a heavy emotional and mental condition resulting from stress and problems in his business and personal life alike. Most of his difficulty stemmed from his concern for the fate of the business and the livelihood of the hundreds of workers for whom he was responsible.

From the beginning of my treatment of Mr. Gabay until today, I have identified a slow but steady and consistent improvement in his condition and how he copes with business and personal pressures.
Despite the significant improvement, Mr. Gabay is still in a vulnerable and problematic situation. He needs further guidance and care, both for his benefit and for the use of his business and employees.

I do not doubt that his incarceration in prison could cause Mr. Gabay an emotional and mental collapse with dire direct consequences for his personal, family, and business situation.

From my acquaintance with him, Mr. Gabay is a sensitive and aware person of the wrong ways and decisions he has made in the past. He is determined to make every effort to rectify all that needs to be amended, especially concerning his conduct towards the authorities and the law. His dedication and perseverance in receiving healing treatments and spiritual counseling over the years and the subsequent significant improvement are a testament to the positive and conservative path that Mr. Gabay has chosen.

In light of all of the above, I recommend and ask the Honorable Court not to impose an actual prison sentence on Mr. Gabay and allow him to continue to walk the positive and fruitful path he is following under my guidance.

Sincerely,

Coral Mensherov Scheffler

May 31st 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012


Re: United States v. Arman Gabaee, 18-CR-00331 (GW)


Dear Judge Wu -

My name is J. Nevil Green I am a commercial real estate broker licensed in California. I
currently manage the expansion of healthcare facilities in CA, NV and AZ.

Earlier in my career, I started by representing both owners and tenants in greater Los Angeles
specializing in the underserved communities of "South Central" by identifying amenities and
retail that were lacking in all adjacent areas.  It was in this capacity as a real estate agent I
established a relationship with Arman Gabay since early 1998, by brokering deals for the
Charles Company in servicing their retail development portfolio growth and expansion.

Over the years we developed a true friendship. A mutual respect was established on hard work,
and a passion to do the greater good, and not always seek the greater profit.  In my experience,
Arman's nature and character devoted to helping others cannot be overstated.  He is loved
deeply by family, a leader in the real estate industry and respected in many local communities.

Despite his conviction, I will have a great deal of respect for him because I know he is a good
person, who will continue to do good things. If possible, I am asking court to impose the most
lenient sentence the court considers appropriate under the law.

Respectfully,

J. Nevil Green
PO Box 60531
Pasadena, CA 91116
nevilgreen@yahoo.com
310-663-9113

June 7, 2022

The Honorable George H. Wu

United States Courthouse

350 West 1st Street

Los Angeles, CA, 90012

Re:   United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My name is Josef Hamudot, and I am Arman's cousin. I was asked to write a letter in support of Arman, and I am happy to do so.

Arman and I shared part of our childhood in Teheran, Iran. Our mothers were very close and naturally we spent time together. While it was long ago, and we were only children, even then I remember Arman was warm and kind. Afterwards our paths separated with my family moving to Israel and his to Los Angeles. The distance kept us apart for more than twenty years, until I too moved to Los Angeles in 1990. I moved to the states alone, leaving my wife and three daughters behind temporarily to make sure that I could provide for them before they joined me. It was on this move that Arman and I became close again after so many years.

He welcomed me as a brother would. He assisted me as I started my heating and air conditioning business. I could always lean on Arman for consultation and sage advice. I have since had many ups and downs and eventually sold my business only to start fresh as a contractor. Again, Arman was there for me during the low points and in my rebuilding phase. He truly cared for my wellbeing and the wellbeing of my family. The quality of a friendship is measured in times of difficulty. Arman was not just my cousin doing his duty but was a friend I could lean on.

We shared the early phase of our childhood, and since 1990 he has come to every bat mitzva and wedding we have hosted for our daughters. I, too, have been to his events. This is not out of duty but because, like me, Arman believes in family and in community. My hope is that this letter highlights that part of Arman

Thank you for the opportunity,

*Josef Hamudot*

Josef Hamudot.

Shaina Pakravan
10421 Wyton Drive
Los Angeles, CA 90024
Tel (310)913-6300

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

RE:    US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu:

My name is Shaina Pakravan, I am 30-years-old, and I have known Arman Gabay and his family from a young age. I received my MFA in Film & Television Production from USC School of Cinematic Arts and currently work as a freelance editor.

Arman is a true family man. I have seen first-hand how deeply he cares for his wife and children and now recently his grandson as well. As a father, he has guided his children to be the best they can be in all areas of life. When I see him, he treats me with the same kind heart and generous nature he treats his own children. He takes the time to share his wisdom, giving me advice and encouragement. He inspires me to have a strong vision for my life and go after my dreams. But above all, he has emphasized to me that the biggest blessing in life is getting married to someone who shares my values and having a family of my own.

Arman is a good man with a big heart and is a blessing to those around him — to his close family, his extended family, and to the community at large. I feel strongly and plead that Arman receives the lowest possible sentence permitted under the law. A prison sentence that takes him away from his family would in no way bring any good.

Sincerely,

Shaina Pakravan
Shaina Pakravan

David Aghaei
269 South Beverly Drive, Suite 182
Beverly Hills, California 90212
Telephone: (310) 433-5233
Email: daghaei@gmail.com

June 2, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re:    United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My name is David Aghaei and I am writing this letter on behalf of Arman Gabay who I have personally known for over ten years.

While I have been privileged to know Arman in a professional capacity during that time, my personal relationship with him is one of the most valuable in my life. It goes without saying that Arman is one of the most generous people in our community and has always been willing to lend a hand to people in times of distress. I can attest to this because he was there for me during one of the most difficult periods of my life.

Several years ago, I was faced with a particularly difficult personal challenge. While I am fortunate to have a loving and supportive family, Arman rushed to my side without skipping a beat. He regularly took time out of his incredibly busy schedule to counsel me through the issues I was facing and made sure that I did not feel alone in the face of this challenge. After this and other experiences in my life where I sought Arman's guidance, I can honestly say that he is like a father to me.

I've even mentioned to my wife on many occasions that I hope to be as good a father to my children as Arman has always been to his. I can attest to the fact that Arman is a patient, kind, compassionate and caring father to his children and has made it a point to instill those same values in his children. I feel blessed to count his children and their partners as my good friends and I am looking forward to watching our relationships grow over time.

Taking all of this into account, I implore you to consider the most lenient possible sentence for Arman in the above-referenced matter. Given all the good Arman has done for those around him and the community at large and the fact that he has been such an exemplary member of our community here in Los Angeles, I firmly believe that he would be of greater service to society creating a positive impact through good deeds rather than being pulled away from those he loves and cares for so deeply.

Thank you so much for your time and I truly hope you can take my thoughts and the thoughts of others in consideration when deciding this matter.

Respectfully,

David Aghaei



**SINAI TEMPLE**

Max Webb Senior Rabbi
David Wolpe

Rabbi
Nicole Guzik

Rabbi
Erez Sherman

Cantor
Marcus Feldman

Executive Director
Jessica Green

Sinai Akiba Academy
Head of School
Dr. Marc Lindner

Religious School
Director
Danielle Kassin

President
Michael T. Arnall

May 27, 2002

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

Re: <u>United States v. Arman Gabaee</u>, 18-CR-00331 (GW)

Dear Judge Wu,

I have known Armand Gabaee in my capacity as Rabbi of Sinai Temple for more than two decades. He and Elenor have served the synagogue in many capacities, as donors, as VP of the PTA, as auctions co-chairs, and in many other ways.  Armand has long been willing not only to donate his resources, but his time and expertise to events and programs here at the synagogue.

I believe that Armand is both a kind and giving human being, one who takes his responsibilities to his family and community very seriously.  His and Elenor's help with the school and the synagogue demonstrate a consistent pattern of concern and passion for our community.

As a Rabbi, I might well be expected to speak positively of my congregants. In this case there is no artifice or hesitation in saying that Armand has been, and I pray will continue to be, a productive and treasured member of the synagogue and the Jewish community.  I hope he might have that chance soon –

With Respect and Appreciation --

Rabbi David Wolpe
Max Webb Senior Rabbi

10400 Wilshire Boulevard, Los Angeles, CA 90024  |  310.474.1518  |  310.481.3256 fax  |  www.sinaitemple.org

Chloe Shohed
621 N Camden Drive
Beverly Hills, CA 90210
TEL (310) 488-5908

Honorable George H. Wu
United States District Judge
350 West 1st Street
Los Angeles, CA 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My name is Chloe Shohed, and I have known Arman Gabay for over 20 years.

All that Arman does, he does with the best intentions. He is a personable, friendly, loving individual who always aims to make the people around him laugh. I am lucky to have grown up around him; many of my best childhood memories are with Arman and his family. He has raised four wonderful, trustworthy children with his lovely wife.

Whether it was attending our musicals and plays in middle school, cheering us on the sideline at our basketball games, or calming our nerves with a lighthearted, classic, "Arman dad joke" before a dance recital, he always made it a point to be present in the lives of his children and their closest friends. Moreover, he never missed an opportunity – before high school, before studying abroad, before going off to college, before his daughters' wedding, to remind us of how valuable life is, how quickly time passes and to fully enjoy every moment.

I am writing this letter for Arman because I know the type of person he truly is. He is a respectable man with a dignified character. He is a responsible family man who deserves to continue living the wonderful life he has created for his family.

Thank you for your time.

Sincerely,

Chloe Shohed



June 3, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, Ca 90012

Re: United States vs . Arman Gabaee 18-CR-00331 (GW)

Dear Judge Wu,

I am voluntarily writing on behalf of Arman Gabbee to seek leniency in his
upcoming sentencing.  I have known Arman for over 30 years and have been
competing with him on deals for as many years.  He has always been gracious and
helpful to me and would spend hours passing on his knowledge to make sure that
my projects were successful.  I asked him once why he was so generous with his
time with me and he reminded me that most of my projects are in under-served
communities and by helping me he was helping those communities.   He always
encouraged me to look at what the community needs are and put those above my
needs and would state:  if you serve the community, you will get back a lot more
than you give.

I believe that Arman would serve the community better by probation and
community service rather than incarceration.  Knowing, firsthand, his passion for
helping the community, I have no doubt that he would take this opportunity to help
all underprivileged communities that he can.

I implore your honor to consider a light sentence for a very good man.  Thank you in
advance.

Sincerely,

K. Joseph Shabani, Esq.



LOANMAX CAPITAL INC.

May 26, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My name is Shahram Mokhtarzadeh and Know Arman Gabaee for over 30 years. He is a devoted husband, a giving father, and a very respectful man in the community. Arman is a direct, sincere, Knowledgeable, helpful, and kind man.

My wife had a pregnancy problem with my second child, and she needed blood to save my child. When Arman heard about my wife need of help, he was the first person in the hospital to donate his blood to save by wife and child. Arman blood donation did save my wife and child and I apricate his act of being first inline to donate his blood. I think Arman would have done this for any human being.

I know Arman had done wrong, but it would be a great loss for the entire community if Arman is sent to Prison. Arman can repay his debt to society by his assistant and help to the humanity and society rather than Prison time.

I would like to request that you consider no prison time for Arman Gabaee.

Do not hesitate to contact me if I any question with regard to Arman Gabaee.

Respectfully

Shahram (Robert) Mokhtarzadeh

3435 Wilshire Blvd., Suite 2755, Los Angeles, CA 90010
Telephone: (213)943-3033 Fax: (213) 480-1919
email: robert@loanmaxcapital.com

Tom Malkasian
999 South Madison Avenue
Pasadena, CA 91106
Cell 213-309-8700

May 12, 2022

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

RE:    US v. Arman Gabay
       Docket No.: 2:18-CR-00331-gw

Dear Judge Wu:

By way of introduction, I am a retired banker and was introduced to Arman Gabay over 35 years ago. At that time, I was a Vice President with the west coast arm of the Chase Manhattan Bank while I was leading the Bank's effort in lending to the largest real estate developers in Orange County. Arman and his family were interested in purchasing the note for a property which the bank was in the process of foreclosing. Though we were not able to come to terms on that deal, this was the beginning of long professional relationship. We have kept in touch over the years and later my career took me to Bank of America where we made Arman's company our first loan for the development of a shopping center and in my last position as a Banker, I as Executive Vice President with Bank of the West and we also had a lending relationship with Arman's company. Institutions I have been associated with have lent Arman tens of millions of dollars. He has proven to be trustworthy and of strong character.

Arman has always managed our banking relationship professionally. He has always been very respectful of our lending process. Arman is a visionary in the real estate industry. Through his real estate activities, Arman has provided creative and attractive places for people live, work and shop. Limiting Arman's availability to his company would harm the public as it would limit his ability to continue to serve his constituency.

Since my retirement from banking in 2008, Arman and I have developed a personal friendship. I look forward to our discussions and his advice about real estate and when time permits our occasional backgammon game. We discuss business and most significantly our families. Our relationship has grown largely due to our love for our families. He is very devoted to his wife and children.

The family depends on Arman. Arman cares for his parents and is the father figure for his deceased brother's children. Arman is an integral part of the business which he and his brother Mark have built together.

Arman is needed by his family and his community.

Sincerely,


Tom Malkasian



**ERETZ SYNAGOGUE**
**CULTURAL CENTER**

May 19, 2022

The Honorable George H. Wu United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

 Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

I, Nader Ghiam currently serve as the Chair/President at Eretz Synagogue & Cultural Center; a Non-Profit
Organization (501c (3) in Los Angeles County, California.  I live in Los Angeles with my family and own multiple
successful businesses in California.

Our organization offers various services including, but not limited to, community development and outreach,
religious services, youth/young adult programs, mental health, through spirituality, to just name a few.

This letter is to inform you that Mr Arman Gabaee and his family are an active participant within our organization.
The family's generosity has helped enhance many parts of our programs, specifically our community outreach
program. The impact that Mr Gabaee has made to families within our community is one to be recognized.

His personality and actions have demonstrated kindness to others, and he holds a high degree of respect to anyone
that crosses his path. Mr Gabaee is truly the most humble and caring man I have personally had the pleasure to
know.

Mr Gabaee is a valuable member of the community, and we sincerely appreciate all his efforts and kindness.


If you have any questions, please to do not hesitate to call me at (818) 342-9303.


Best Regards,

*Nader Ghiam*
Nader Ghiam
ECC-President

Eretz Cultural Center · 6170 Wilbur Avenue, Tarzana, CA 91335
· www.eretzsynagogue.org

**Duran Law Group**
**A Professional Law Corporation**
9000 W. Sunset Blvd. Suite 710
West Hollywood, California  90069-5826
Telephone: (424) 777-0007      Facsimile:  (323) 417-4928

May 11, 2022

Honorable George H. Wu
United States District Judge
350 W. 1st Street, Courtroom 9D
Los Angeles, CA 90012

Re:  <u>US v. Arman Gabay/ Docket # 2:18-CR-00331-gw</u>

Dear Judge Wu:

My name is John J. Duran.   I am a criminal defense attorney.   I also served on
the West Hollywood City council for 20 years from 2001 – 2020.   I was the Mayor of
West Hollywood 4 separate times over those years.  I first met Arman Gabay about 15
years ago.  My law firm is on the Sunset Strip in West Hollywood.   His business office
is located next door.   He was a real estate developer in my City.   The City of West
Hollywood went through a grand renaissance over the past 25 years turning itself from a
red light district into a plush and wealthy city next to Beverly Hills.  It took a lot of hard
work from residents, business owners, developers and city hall.   But the net effect is a
prosperous city with a AAA bond rating - even through COVID.    And Mr. Gabay was
part of that work.

I worked with Arman for many years.   Although there were many times that we
did not agree on the size and scope of his projects, I knew that he shared the same
concern that I did for the rebuilding of West Hollywood.   He was well respected by our
community development department and city manager – and by my council colleagues
and myself.   I never had any experience with him attempting to short cut the public
process or do anything unethical or illegal.   We went through a difficult approval process
on a project he owned on Santa Monica Blvd.  Although he did not get everything he
requested, we all came up with a proposed new project to benefit our city and its
residents.  I was stunned to hear in the news about the federal charges filed against him.

I do not know the details of the allegations against him outside of what I read in
the media.  But I do know that there is more to Arman than what I read in the newspaper.
He is a good and kind man.  He is thoughtful and deliberative.  He has been a real asset in
my community.    If he made mistakes, I am sure he has deep regret about them.  I do
hope that you evaluate all facets of Arman Gabay.  Each of us has a life filled with both
accomplishment and disappointment.   But there is more good to be found in Arman –
than deficiencies or character flaws.  Although I haven't seen much of him since COVID
started, I still consider him a colleague, friend and important player in the rebuilding of
West Hollywood, California.

Thank you for your time and attention to this letter.

Very truly yours,

John J. Duran
Attorney at Law
Former Mayor of West Hollywood, CA
JJD/ov

NEIL WERB
**7316 Bird View Avenue**
**Malibu, CA 90265**

May 19, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, California 90012

    Re: <u>United States v. Arman Gabaee</u>, 18-CR-00331 (GW)

Dear Judge Wu:

    My name is Neil Werb. I am 99 years old and survived as a member of the California Bar for 61 years as a sole practitioner.

    I graduated from UCLA with of Bachelor of Science and thereafter attended USC Law School for my law degree and MA in Social Studies. I taught for many years at City College of Los Angeles before devoting myself full time to the practice of law.

    I have represented the Gabay family for over 30 years and got to know them well both professionally and personally during that time. My wife and I were also invited to and attended numerous Gabay family functions during this time.

    I had many opportunities to observe Arman Gabay during meetings and functions and found him to be extremely kind, honest and thoughtful to everyone.

    Arman has stayed in touch with me on a regular basis since my retirement, whether by phone or personal visits, one of the few of my former

clients to do so.  At this point in my life, I very much treasure every contact
and so enjoy hearing about his beautiful family and his new grandson.

I trust that in your ultimate decision this kind and generous person's
good qualities will be considered.

Respectfully yours,

Neil Werb



# Paul P. Soroudi, D.D.S. & Associates

May 7, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st St.
Los Angeles, Ca, 90012

Re: United States V. Arman Gabaee ( Gabay ), 18-CR-00331 ( GW )

Dear Honorable Judge Wu,

I am Dr. Paul Soroudi, a 78-year-old Oral Surgeon who has been practicing various modalities of dentistry in Southern California in the past 45 years. I graduated from USC School of Dentistry in July 1977.

Even though I came to this country as a student at the age of 18, I knew Mr. Noorolah Gabay the father of Arman since high school back home in Iran. And for the past 60 years in the US, I have been in touch with Arman's father as a close friend and confidant as well as witnessing the growth of his children, including Arman.

I have witnessed the growth of Arman and was delighted to see him grow to become a very bright and kind gentleman who he is at present.
I have always witnessed Arman not only extremely focused on the welfare of his own family, but also the welfare of the people whom he knew have fallen on hard times and needed help. He was always ready and willing to contribute heavily to various charitable causes and organizations.

Your honor, despite his unfortunate conviction, I still have a great degree of respect for Arman because I know that deep down in his soul, he is a kind and

3663 Torrance Boulevard, Suite 4 • Torrance, California 90503 • (310) 543-2224

# Paul P. Soroudi, D.D.S. & Associates



highly compassionate individual.

Your honor, without any attempt on my part to minimize the seriousness of the crimes Arman has committed, I implore you to please impose the most lenient sentence you deem appropriate under the law for this man who, at present, is extremely remorseful for what he has done.

Thank you, your honor,

Respectfully Submitting,

*Paul P. Soroudi, DDS*

Dr. Paul P. Soroudi

The following individuals also would like to endorse my sentiments about Mr. Arman Gabay:

_____
Mr. Haroon Soroudi

_____
Mr. Nader Soroudi

_____
Mr. Behnam Soroudi

_____
Dr. Ebi Soroudi

3663 Torrance Boulevard, Suite 4 • Torrance, California 90503 • (310) 543-2224

Honorable George H. Wu

United States District Judge

Central District of California

350 West 1st Street, Courtroom 9D,

9th Floor Los Angeles, CA, 90012

RE: US v. Arman Gabay Docket No.: 2:18-CR-00331-gw

Dear Judge Wu; my name is Farshad S Monasebian, and I have known Arman Gabay and his
family for over 40 years. Arman Gabay has been a good friend and someone that has helped many
people in their times of need. He and his family have played a major role in our community and
numerous times Arman has helped settle disputes that could otherwise cause a great deal of
difficulty in the lives of many families.

With his sense of hard work and fair play he has set example for many of his associates and
employees. His contribution to society and especially to our community would greatly be damaged
by his imprisonment and your honor I ask you to consider the great loss to our community and
especially his beautiful family.

Arman is the father of four children and a grandson, I feel  his wife and family would adversely be
affected for years if he were to be incarcerated. Your honor I pray that you will be lenient with this
man who has been a good friend a loving father and caring son!

Sincerely,

*Farshad S. Monasebian*

Farshad S Monasebian

Kathy Moghimi

715 Walden drive

Beverly Hills, California 90210

05/11/2022


The Honorable George H. Wu

United States Courthouse

350 West 1st street

Los Angeles, Ca, 90012


Dear Honorable judge Wu,

My name is Kathy Moghimi and I am writing in reference to case 18-CR-00331 (GW), which involves Arman Gabay.


I am serving as the current President of friends of Etta, a non-profit organization supporting adults with special needs for the past 4 years. I have known Arman for more than twenty years. Our children attended the same school since elementary school. I have always known Arman to be a decent, honest and hard- working man with a great sense of humor. He never misses the opportunity to help others.


He is well regarded among the community as a dedicated and caring family man.  His elderly parents, children and wife are the center of his world. Thank you for taking the time to read my letter. I truly hope it will make a difference in your decision making.



Sincerely,

Kathy Moghimi

BRANDON MAGHEN
511 NORTH CRESCENT DRIVE
BEVERLY HILLS, CALIFORNIA 90210
TEL (310) 409-3908

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1ª Street, Courtroom 9D, 9ᵗʰ Floor
Los Angeles, CA, 90012

Re: <u>United States v. Arman Gabaee</u>, 18-CR-00331 (GW)

Dear Your Honor,

I am Brandon Maghen, a nephew-in-law of Arman
Gabay's. I am currently a dean's scholar and an incoming
senior at the University of Southern California majoring in
Business Administration and minoring in Real Estate
Development. I am an aspiring lawyer.

Nevertheless, I have known Arman for the past 21 years
and it has been a pleasure knowing him for thus long.
Arman constantly displays exceptional qualities and is an
inspiration to me. Arman has always led by example in
terms of instilling the importance of hard work and being a
good person in me, and everyone who has the pleasure of
spending time with him.

Arman is a loyal husband to his wife, a role model to his
children, and an outstanding grandfather to his grandson.

During my time knowing Arman, it has always been nice
knowing that you can count on him for advice. While he
gives his advice, you can tell that he helps because he
wants to and has good intentions with the thoughtful
advice he is providing you with.

Thank you very much for your courtesy and cooperation.

Sincerely,
Brandon Maghen



**CORBeL**
architects

Honorable George H. Wu United
States District Judge Central
District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

RE: US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu:

I, David Kim, testify that I know Arman Gabay and I can attest to his good moral quality and excellent reputation.

I have known him from 1991, when he commissioned me for his first office building development. He has been a very hard-working honest person since I ever known him. Our good relationship of 30 years is based on trust, responsibility and mutual respect.

I have always seen in him a very special friend and a wonderful human being, with a high sense of collaboration, always providing his assistance and giving a hand where it is needed. Every aspect of the projects we worked together he supported his staff and contractors to get fairly treated and encouraged to do their work at best.

Arman always has been a family man who really cares of his wife, four children and a grandson. I have seen him participate in raising their children and he has always been present in all of their activities, as a responsible and good father should do.

Arman has been supporting the community and neighbor organizations and become a valuable member. I am almost certain that Arman will be continuing on his best to support the neighbors, friends and his family. I testify that we need his presence in our community.

Sincerely,

*David Kim*

David Seongbae Kim, AIA

**Kourosh Kermanian**

**8815 West Third street #1A**

**Los-Angeles, CA. 90048**

**(310) 877-7836**

May 4th 2022

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor Los Angeles, CA, 90012
RE: US v. Arman Gabay  Docket No.: 2:18-CR-00331-gw

Dear Judge Wu;

My name is Kourosh Kermanian. I gre up with Mr. Arman Gabay from the age of 6. He is closer
to me than a brother, a trusted friend and a confidant. His parents, dear wife and beautiful kids
are like my own family.

Since we came to the US. as political refugees, Arman has helped my family and I
tremendously, and he hasn't stopped ever since. He has always extended a helping hand every
time we needed onem when so many of our own family members negleted us. Frankly, I don't
know how we would have survived, had it not been through his generosity. Not just financially,
but also with his time and invaluable friendship.

He is as generous and compassionate with so many others in need. He never asks for anything
in return, never boasts, never brags, and does it all in secret and without fanfare.

His absence, will be a tremendous loss for me, my family, all the people he helps regularly and
the community.

Begging for you compassion and thank you for your time.

Kourosh Kermanian

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA  90012

May 25, 2022

Re:  United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My name is Marvin C. Jarmon. I have been a California resident for more than thirty years following a corporate relocation from Missouri. I met Arman shortly after moving here. We have remained close associates for more than half of our lives. Arman was the first to offer me an opportunity to grow when I was ready to leave the corporate world. He has helped hundreds of people and businesses grow through his work in the community. Arman really sees the good in people.

I know he made a costly mistake and must bear the consequences. I am humbly requesting that when you are sentencing, all factors of his personality, record and him taking responsibility for his actions be considered, and hopefully it exhibits to the Court that he would be an outstanding candidate for probation. If this is not an option, and the only alternative is incarceration, I respectfully request that the Court sentence him to the least amount of time.

Judge Wu, Arman has been a rock for the community by consistently delivering positive change, results and jobs for a very long time. I attest to this, and humbly request that the community not lose him.

Please consider lenience for Arman. Thank you for the time and attention you have given this matter.

Sincerely,

Marvin C. Jarmon

Mike Golshan
121 S. Cliffwood Ave.
Los Angeles, CA 90049
Ph: (310)980-7175

Honorable George H. Wu
United States District Judge
Central District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA 90012

RE:   US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu,

My name is Mike Golshan. I am an entrepreneur residing in Los Angeles owning an importing company in the apparel industry. Arman Gabay is an old schoolmate and friend of mine whom I have known since 6th grade going back to 50 years ago.

Throughout the years I have know Arman, he has been a true role model as a hardworking, kind, loyal, and generous person who loves his family and one who has always selflessly helped the members of the community in any way possible through different charitable organizations.

Words can hardly express the respect I have always had for Arman who has all the attributes of a genuinely good human being who treats others with outmost respect and kindness and one who truly adores his wife, children, and family.

I have been deeply saddened and stunned by Arman's conviction. However, I truly believe he is an outstanding individual with great qualities who could highly contribute to the lives of many in the community if not deprived of his freedom. Therefore, I would like to plead with the court to impose the lightest appropriate sentence permitted under the law.

Thank you for your consideration and should you need any additional information, please do not hesitate to contact me.

Sincerely,

Mike Golshan

Shawn Far
901 Hartford Way
Beverly Hills, CA 90210
Tel (310) 755-9473

The Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

RE:     US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu,

My name is Shawn Far and this letter is on behalf of Arman Gabay. I am married with 3 wonderful children, and my eldest daughter is a lawyer.

I've known Arman for the past 10 years and was introduced to him and his family through my daughter and his daughter's close long-term friendship with one another. Throughout this time, I have gotten to know Arman very well as a man of integrity, with a soft-heart and a positive attitude.

I know of many instances where Arman has lent a helping hand for numerous families and individuals, typically without the need for public praise or recognition. He is a respected and kind gentleman with pure intentions not found anywhere else. Arman's presence is needed for his family, friends, and members of this community who depend on his well-being, guidance, and support.

Thank you for taking the time to review my letter.

Sincerely,

Shawn Far

# Franklin Castillo

1250 S.Vermont ave
Los Angeles,Ca. 90006
Tel.213-841-9595

Honorable George H. Wu

United States District Judge
Central District of California
350 West 1 st Street,Courtroom 9D,9th Floor
Los Angeles,CA.90012

RE: US v. Arman Gabay
Docket No: 2:18-CR-00331-g w

Dear Judge Wu,

This is a letter by Franklin Castillo, on behalf of Arman Gabay who I have
personally known for 20 + years
I met Arman when I was 24 years old,a immigrant from Nicaragua with a dream of
owning my own business and living the American dream.Arman took a chance on
me and helped me start my business guiding me through the construction all the
way to opening day.Arman's guidance was invaluable to me since my knowledge of
starting a business was severely limited.all these years later and he is still always a
phone call away for guidance,advice and anything else I may need.

In my humble opinion Arman Gabay is a exceptional human being who has always
been there for people regardless of their nationalities. I don't believe he should be
punished for being a great citizen of Los Angeles.

Thank you for your time,

Franklin Castillo

**ROBERT A. BONANOMI**
**6040 East San Cristobal Street**
**Tucson, Arizona 85715**

May 10, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

   Re:  United States v. Arman Gabaee
     18-CR-00331 (GW)

Dear Judge Wu:

  I write this letter on behalf of Arman Gabay, who I have known for over 20 years.  I have represented him and his family as a commercial real estate broker in the leasing and acquisition of shopping centers throughout Southern California.

  Arman has led an exemplary life devoting his time and resources to his family and community.  He has worked hard to become a leader in the commercial real estate industry.

  I can personally attest to his kindness.  In 2013 my wife and I lost our youngest son to a tragic "Hit and run" accident.  Our son lived in Santa Monica and loved the community and the "Bay".  We established a foundation in his honor that provides scholarships for higher education for needy students at his Alma Mater University of California at Santa Cruz.  Our goal was to spread his ashes over the waters of Santa Monica.  Arman offered his boat so that our family could fulfill that wish.

  As a former United States Marine Corp Officer, I feel I have a good understanding of the character of a man.  Arman has run his business and personal life in an exemplary fashion.  He has volunteered his time and energy to help

The Honorable George H. Wu
May 10, 2022
Page Two

charitable causes and events.  He has also been a mentor and counselor to
employees and friends that have had difficulties in their daily life.

I feel that prison time will not help Arman.  Because of his overall dignified
and respected life, I ask that you not change the direction of Arman Gabay's life.

I thank you for your courtesy and consideration.

Sincerely,

ROBERT A. BONANOMI

**Philip Barkhordarian, 1074 Maybrook Drive, Los Angeles, CA 90210**

May 16, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Your Honor Judge Wu,

My name is Philip Barkhordarian, was born in Tehran, Iran in October 1956. I came to United States when I was 14 for education. I have never had desire to go back. I find myself more identify with american values. I obtained my BS in Finance and joined my family in business.

October of 1989, I moved to Los Angeles area from San Francisco after beginning a new venture for myself as a Commercial Insurance Agent. I meet Arman during social gatherings. However, never had a chance to get to see himself as I did when I got to review their insurance policies and placed a package for all their properties with Nationwide Insurance.
During my time as an insurance agent (1990 - 1995 ), I got to see people much different than when I saw them in social gatherings.
I was very impressed by both Arman Gabaee's intelligence and love of working with their office staff and their honesty. I found them dedicated in making their tasks at hand to be completed fully to their satisfaction without giving up until it was done.

I got to know much more about Arman, after the unfortunate 1992 riots and destruction that occurred in Los Angeles mostly effecting the small business owners that lost everything .

One of the Strip Centers that got totally damaged was owned by them that was insured by us (Nationwide Insurance) . Although the Loss of Income coverage would have protect them fully, their concern was of their tenants being on cash basis and family owned. Biggest concern was they would be hurt showing data and collecting damages for loss of income.

The first thing they told me, was not how insurance company was going to pay them, but how will their tenants that have lost everything can survive long process of insurance adjusters paperwork and time of getting approvals etc..

They decided to start as soon as the damaged property was viewed and inspected by adjuster, but not to wait for the insurance company's final payment agreement to arrive.
Everything I heard and observed, was related to people who needed help.

This is still what I see in Arman. His best use will be helping our housing crisis.
I believe because of our low income and housing crisis with tremendous amounts of people living in their cars, his tremendous knowledge and dedication to complete his tasks, will be the best use of his time to pay for his restitution to society.

**Katherin Barkhordarian, 1074 Maybrook Drive, Los Angeles, CA 90210**

May 16, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Your Honor Judge Wu,

My name is Katherin Barkhordarian , I am a homemaker and I volunteer my spare time to help many charities.   I have a bachelor of art degree in child psychology and the French Language.   I am writing this letter on behalf of my dear friend, Arman Gabay, who I have personally known for over 35 years.

I consider myself very lucky and fortunate to have had Arman Gabay in my life.  Our friendship has never diminished through the years when we both got married and raised our family.  He has always been so compassionate and a great support to me emotionally when I lost my sister and parents early in life.

To me and many others in our community, Arman Gabay's actions and attitude toward others are a reflection of who he truly is inside.  He has been involved in many charities and has always lend a helping hand to those in need.  I believe his good deeds are a reflection of his good character.

Arman Gabay is a kind, honest man and highly respected by his friends, peers and our community.  A wonderful father of four exceptional children and a loving husband.

It will be so devastating and a great shame to take away Arman Gabay's freedom and take away his precious time with his family.  I hope and pray you do not change the direction of Arman Gabay's life. I thank you for giving me this opportunity to express my deepest beliefs for this great human being, Arman Gabay.

*Katherin Barkhordarian.*

1/1

Jasmine Barkodar, Esq.
1233 South Camden Dr.
Los Angeles, California 90035
Tel (310) 310-0586

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

RE: US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu:

I am Jasmine Barkodar, a family member of Arman Gabay. I met him about 4 years ago when my brother married Arman Gabay's daughter.

Mr. Gabay is an upstanding individual. He has welcomed me into his family with an open heart and open arms. I have always known him to be caring for others around him and putting others before himself. He treats everyone, friends and strangers alike, with dignity and respect. His kindness knows no bounds.

Above all, Mr. Gabay is a family man. He does everything for his family to make sure they are all taken care of. He has a wife, four children, and a baby grandson. He is an involved parent, always present, and overall, a good father and grandfather. He loves his family like no other. I remember when I became a parent, Mr. Gabay would give me advice on parenting and he would tear up talking about his own children. He would tell me that although I'm tired and may not appreciate it now, my kids will grow up in a blink of an eye and to love and appreciate them every instant I can. I see firsthand the amazing father he is to his children. Additionally, he had lost his brother to cancer and has been an amazing father figure to his nieces and nephews as well as other family members and friends.

Lastly, Mr. Gabay is a giver in nature. He is a charitable man, donating his time and money to help the less fortunate. Mr. Gabay is needed in the community and needed in the family. He is a trustworthy and respectable man.

Overall, Your Honor, this letter is to show you that Arman Gabay is a good man, a respectable man in the community, and a family man. He is a confidant and a source of light to many people.

Thank you for your time and cooperation.

Best,

Jasmine Barkodar

Nina Afshani
324 N Palm Dr #207
Beverly Hills, CA 90210
310-663-1110

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

RE: US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu:

My name is Nina Afshani, and I have known Arman Gabay for all my life. He and my father
have been friends since their college years, and I have grown up with Arman as an uncle figure
in my life. He has always been kind, generous, welcoming, and all around a wonderful person.

His daughters and I grew up very close, and I spent much of my childhood with them in their
home. I have seen first hand what a great father and grandfather he is to his children and
grandson, and the loving husband he is to his wife. He has always made me feel like a member
of their family whenever I am with them.

When I was 16, I got into a minor car accident when I was by myself. I couldn't reach my
parents, but Arman quickly drove over to make sure I was ok, guided me through what to do, and
took me out to lunch afterward. This is the type of person he is, always looking out for others.

I urge the court to consider the most lenient appropriate sentence. I feel that it will be most
beneficial to all parties if Arman's punishment does not deprive his family of a loving husband,
father, and grandfather.

Sincerely,

Nina Afshani

  

Iranian American
Jewish Federation

1317 N. Crescent Heights Blvd., West Hollywood, CA 90046
Tel: (323) 654-4700 Fax: (323) 654-1791

An Affiliate Organization of
Jewish Federation Council
Of Greater Los Angeles

May 4, 2022

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA 90012

RE: US v. Arman Gabay

Docket No.: 2:18-CR-00331-gw

Dear Judge Wu:

I am Susan Azizzadeh, President of the Iranian American Jewish Federation since 2014 and I
have known Arman Gabay and his family for three decades.

As a member of the Iranian American Jewish community, Arman has been a great supporter of
the underprivileged and through the years, has assisted the federation's various programs. I have
personally worked with him and his wife with several projects to elevate and improve the
community's quality of life. He is one of the most generous philanthropists, who not only
selflessly donated his resources, but his time as well. He is a devoted family man, kind and
always willing to lend a helping hand for a worthy cause.

I believe and attest Arman to be an honorable individual, a valuable member of our society and a
good human being.

Thank you for your courtesy, and should you need any additional information, please do not
hesitate to contact me.

Respectfully,

Susan Azizzadeh

President

Fariba Yousefzadeh
1818 Pelham Avenue Apt 108
Los Angeles, CA 90025
Tel: (310)597-1191

The Honorable George H. Wu United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Honorable Judge Wu,

My name is Fariba Yousefzadeh and I am Arman Gabaee's daughter's mother-in-law. Our families became united as our son, Jonathan Beroukhim, married Julia Gabay, Mr Gabaee's daughter. I would like to take this opportunity to shine light on my relationship with Mr. Gabaee and his wonderful family.

My husband and I were introduced to Mr. Arman Gabaee and his family soon after our son and Julia started to date. In our community, we had been made aware of Mr. Gabaee's wonderful reputation and great philanthropic contributions.  We had known from some of our friends and family that Mr. Gabaee had assisted them through times of financial difficulty after immigrating to the US. Mr. Gabaee has also been a big contributor to our local temples which have supported many families in the community through various services they offer.

We were not surprised when Mr. Gabaee welcomed our family into his home as if we had been family for a lifetime. We could tell he had raised his children with great morals and values. The level of respect they pay to one another, as well as people around them, is very evident and admirable. Mr. Gabaee takes pride in his family. He prioritizes being a good human above all else and family unity. His values and the way he has raised his children, especially Julia, allowed us to accept their family as our own without hesitation.

We are very fortunate to have Julia as our daughter-in-law, as she emulates the values that her parents have instilled in her. We love Julia as our own daughter and are so thankful that she, along with her family, have made our son so happy. We are also grateful to have a strong mentor and father-figure for our son.

We would be devastated if Mr. Gabaee is not able to be there for his daughter and our son as they are expecting their first child. Removing such an honorable man would also be a travesty to our community as a whole. I hope this letter has shined a lot on Mr. Gabaee's true character. Thank you for taking time to read this letter and your consideration.

Sincerely,

Fariba Yousefzadeh

DIANE P. LECKNER

311 North Robertson Boulevard

No. 823

Beverly Hills, CA 90211

(310) 435-5974


June 14, 2022


The Honorable George H. Wu

United States Courthouse

350 West First Street

Los Angeles, CA 90012


Re: <u>United States v. Arman Gabaee</u>, 18-CR-00331-GW

Dear Judge Wu:

My name is Diane Leckner. I have worked directly with Arman
Gabay/Gabaee since August 1, 2016.

I was previously employed by Sheldon Sloan for 34 years before his passing
in February, 2016. Arman was a client of Sloan Solutions for whom we lobbied
the City of Los Angeles on various matters for over 10 years. On my last visit to
see Shelly at UCLA, he recommended I contact Arman who he said "Could always
use someone like you". Arman was Shelly's favorite client.

Even though I was acquainted with Arman, I had no idea of what a
wonderful person he is until I began working with him. I have witnessed his
unfailing generosity to others and his kindness to everyone, no matter that
person's so-called station in life.

1

I have also personally witnessed his generosity to his employees who were having temporary financial troubles and his usual statement "Don't worry about it; let's keep it between us".

Arman is essential to Charles Company. He is the Partner for whom people line up in the hallway to discuss what they are working on. Without his daily guidance I fear this company will not survive. I have often described him as "The Heart and Soul of the Company".

I, along with hundreds of others, would appreciate your compassion when it comes to deciding Arman's fate. I promise you won't regret it.

Sincerely,

Diane P. Leckner

Diane P. Leckner



**ULTIMATE BEAUTY COMPANIES**

Dear your honor George H. Wu,

My name is Morad Zahabian. I am the owner of Ultimate Beauty Companies, located in Huntington Park, California, and longtime friend of Mr. Arman Gabay.

I am respectfully writing this letter in support of Mr. Gabay in hopes of providing some insight into his character and his philanthropic contributions.

My friendship with Mr. Gabay extends for more than 40 years. From the perspective as a long-life resident of Beverly Hills and that of a friend, I have witnessed first-hand how Mr. Gabay has served his community.

Throughout the years I have known Mr. Gabay to support local businesses, promote expansion of key economic real estate developments in Los Angeles County and assist many families in need. He often offers me, along with number of other business owners, his friendship and mentorship. His keen knowledge in real estate has helped me with purchasing my first home.

In his personal life, Mr. Gabay has proven over and over to be a model son, a loving husband of over 33 years, a doting father of four beautiful children and a fiercely loyal friend.

One incident that comes to my mind is the time Mr. Gabay and a group of our friends went whitewater rafting. During the rafting trip, one friend fell into the water and got lodged in between two rocks. He was in danger of drowning or being swept away in the raging torrents of the river. Without any hesitation or a second of thought about his own life, Mr. Gabay dove in and pulled our friend out, dislocating his toes in the process. This is just one example of Mr. Gabay's loyalty and dedication to his friends.

Thank you for your time and consideration. I am happy to offer any support and speak to the character of Mr. Arman Gabay if needed, as it may serve the Court and your honor.

Respectfully,

*Morad Zahabian*

Morad Zahabian
310-702-6977
5901 Maywood Ave.
Huntington Park, CA. 90255

**RAFI GHODSIAN**
**8431 SANTA MONICA BOULEVARD**
**LOS ANGELES, CALIFORNIA 90069**
**TEL (310-275-7715)**

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

RE: United States v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu,

This is a letter by Rafi Ghodsian, on behalf of Arman Gabay whom I have personally known my entire life. Arman is my younger cousin whom I had the pleasure of growing up with. Our childhood homes were near each other so we often spent time together along with his parents and siblings and mine. My mother and his father were siblings and very close, which also evolved into the bond I share with Arman to this day. He is not only my cousin but a close friend.

Arman has always been a very caring and sensitive person. He is always taking care of his parents as well as his nephews who lost their father 19 years ago. He is a devoted father, son, grandfather, brother, cousin and friend. Anyone who knows him well can attest to that.

I thank you for your time in reading this letter. Please don't hesitate to contact me should you need any additional information.

Sincerely,

Rafi Ghodsian

June 10, 2022

The Honorable George H. Wu
United States Courthouse
Central District of California
350 West 1st Street
Los Angeles, CA, 90012

        **RE**:    United States v. Arman Gabaee
                18-CR-00331 (GW)

Dear Judge Wu,

Thank you for allowing me to address you and the court with respect to the above matter. I have had the honor and privilege of knowing Mr. Arman Gabay from a very young age – since birth to be exact. It is safe to say that Arman has been a part of my family longer than I have been a part of my own family, and just like any good family member would, he has always been there for me and my loved ones.

At the age of 14, my father was involved in a perilous car accident, which left him with traumatic brain injury and long-term disabilities. At the time, my father had been in a coma for 2 months. During the entirety of this time, and the months following, Arman took me under his wing and without hesitation allowed my mother and I to live with him and his family while my father's condition was still to be determined.

Despite having 4 children of his own, Arman has helped shelter me and care for me like a second father. If it was not for Arman, I would most likely not be sitting where I am today. He has instilled wisdom, knowledge, patience, and the like in me.

Due to my father's condition, he could no longer provide and teach me things of which a traditional parent might teach their children; Arman has made it his priority to ensure that I have a role model to look up to. Arman has helped provide me with guidance and assistance in every aspect of the meanings – helping me in matters such as life skills and goal building, and has also provided guidance on personal matters, financial matters, and health matters. It is without question that Arman has been like a 2nd parent to me and has cared for me as such

At the time of my adolescence, I recall Arman helping me with a swim instructor so that I could learn how to swim. His kind heart and love are what enabled me take my first trip to Disneyworld as a child and my first ski trip as a teenager, Arman even helped me land my first construction job in college. Arman's passion for his career both inspired and empowered me to attend the University of Southern California ("USC"), to which I now hold a degree in Policy, Planning, and Development.

After college, Arman helped me get an interview for a position in land use. Arman has coached me from a young and afraid little boy to the man I am today. It is because of Arman that I have been able to get my life on the right track, to a point where I am able to help provide for my family, help provide for my wife, and run and operate a successful small business. He has turned my life around, and has further brought me to a level of financial independence, and has done so without the need of financial assistance from him. Arman has truly made me a self-made man.

Despite Arman's conviction, he is nevertheless a good human being; one wrong certainly cannot outweigh a lifetime full of rights. I strongly urge you to look favorably upon him and this matter. If you have any questions, please do not hesitate to contact me for additional support. Thank you for your consideration.

Sincerely,

X _____

Jordan Beroukhim

Eric Pakravan
PO Box 24949
Los Angeles, CA 90024
(310) 913-6301

The Honorable George H. Wu United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My name is Eric Pakravan. I'm an early stage technology investor living in Los Angeles.
I previously spent 7 years with Amplify.LA, a business incubator focused exclusively on
building the Southern California tech scene, and supporting LA based founders.

I've known Arman from a young age. Arman and his family have been long time friends
of my family, and therefore I've had the opportunity to know Arman, his wife, and each of his
four children.

Arman is a man of his community. First and foremost to his own family, who I've seen
him care for deeply. He's never one to miss a family event, birthday, basketball game or school
play. And it's clear he's raised a family that cares for one another and those around him.

Of course, his community extends beyond his immediate family, and there too I've seen
how much he cares. Among the LA Iranian community, for example, he takes extra care to make
sure that those within his reach are similarly capable to support themselves and their families.
Arman in particular represents a "safety-net" to many who know him – even if only by
reputation. Should anyone fall on hard times, he's more than willing to help. He'll give of his
time to mentor them, and proactively source new working and business opportunities until they
regain a stable footing.

He's also a man of his local Los Angeles community. LA isn't the community that he
was born in, but it's the community that welcomed him and his family when they were no longer
able to stay in Iran due to religious persecution. In an incredible amount of time, he's built an
entirely new life and career here in the United States, and he did that by investing his time and
career into LA. As a developer I've been able to hear the excitement in his voice when
discussing new projects and what they could mean for those of us living here in LA. The fact that
he's able to see the tangible impact of his work around him makes it all the more meaningful.

I believe keeping Arman away from his family only serves to harm the community
around him, and ask you to please consider leniency in his case.

Sincerely,

Eric Pakravan

# KHOSROW PAKRAVAN

PO Box 24949
Los Angeles, CA 90024
P. 213.820.9799

**Honorable George H. Wu**
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

**RE: United Stares V. Arman Gabaee, 18-CR-00331-GW**

Dear Your Honor:

My name is Khosrow Pakravan and I am writing on behalf of Arman Gabaee whom I have personally known for over 35 years and is a faithful friend of my family.

Over the years Arman became one of the most successful business men in real estate and because of his success he has been able to give back tremendously to his community financially. He has organized various charitable events from which the needy, school and synagogue benefitted.

Arman is a family man, man of excellent character, great citizen, positive attitude, kind hearted and compassionate only to name a few. His love and care for others have brought success to many otherwise would not have attained such.

Your Honor, I am sincerely asking that you use your good office and judgement in this situation Arman finds himself. Prison term will not help him but tear him down. I do not believe he deserves such sentencing so I am asking for your leniency please.

If the community and his family should lose such an upright and moral person it will be very devastating and painful for all. The mistake he made is a life long lesson learned.

Your honor again I plead for your leniency and if I can be of further help my contact information is herein.

Thank you so very kindly.


Respectfully,

Khosrow Pakravan

S Daniel Golshani MD FACS
9301 Wilshire Blvd Suite 410
Beverly Hills, CA 90210
Tel (310) 274-3481

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

RE: US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Honorable Judge Wu,

I, Daniel Golshani, have known Mr. Arman Gabay for over 40 years. During a very difficult and challenging time for those who were forced to leave their homeland, in Iran, and travel to the United States to rebuild a sense of community and life for themselves, I became very closely acquainted with Arman and his family. When families were finding themselves without a place to live or a source of financial support, Arman and his family helped house newly immigrated families, made sure that hot meals were delivered to their homes, and helped find employment for those able to work. He has always lent a helping hand to those in need of his help. As a first generation immigrant, a physician, and one who helps support multiple families , I regard Arman as a good man, an up-standing family man, who has worked to his best ability, and while successful, has never turned his face away from helping people in a time of need.

Arman is regarded by many as a pillar in the Persian Jewish community in Los Angeles. He is an example of a leader with a heart who takes care of others selflessly and without any expectation for reciprocation. He practices the Golden Rule, to "do unto others as you would want done unto you" and has built a life around that principle.

As a father, he has helped raise a family of socially conscious and committed young adults who are focused on working with others to ease challenge and strain. As an example, his youngest daughter and my eldest daughter, lead a Readers to Leaders Program at an elementary school close to their university, in which they work on strengthening a love for reading and writing with students who have an affinity but are restricted in access.

With full confidence, I can attest that Arman and his beloved wife Elenor represent human beings committed to helping others achieve their life goals with a true sense of sincerity, respect, and appreciation.

I am fortunate enough to call Arman Gabay a friend and confidant, and attest to his strength of character, love for others, and humility and sense of moral grounding that is incredibly inspiring to others.

In the Jewish tradition, we believe that one life saved is equal to saving the whole universe. We believe that as souls we come to the physical world, to experience lowliness, and selflessness through a process of helping heal the world through our deeds. Though none of us are perfect, we are all fallible, and God knows we all make mistakes, we all strive for the ultimate blessing of sincere penitence. Arman Gabay has lived his life creating structures and helping build a better world through his deeds. He is a great father, brother, son, husband, and a great friend to many, including myself. He has paid a big price in the past five years for his penance, and so have every member of his family shared in his pain.

As Maya Angelou wrote: " I've learned that life sometimes gives you a second chance." I ask you Judge, Arman Gabay deserves a second chance. I would not ask if I did not truly believe so. Please give him a second chance to move forward with his life journey – he will prove himself very worthy of that decision, presently at your hand.

With sincere respect,

Daniel Golshani MD FACS

Arthur L. Kovacs, Ph.D.
A Psychological Corporation                          1107 11th Street
                                                Santa Monica, California 90403
Arthur L. Kovacs, Ph.D.                 Phone: 310-828-4233  Fax: 310-451-4334
Hermine Kovacs, M.A.                      ALKovacs@aol.com   ArthurKovacs.com

May 25, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re:  United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

I am Hermine Kovacs, M.A.  I am a marriage and family therapist, and I have
been seeing families in that capacity since 1975.  I was trained at Thalian's
Clinic, Cedars-Sinai Medical Center, Los Angeles, California where I was the
Director of a Family Therapy program there for 13 years.  I am now in private
practice in Santa Monica.

I have known the Gabay family for more than 20 years and have found them to
be a loving, bright, sincere and conscientious family.  All through this time
period, I have had periodic contact with Mr. Gabay as the father and husband
of this outstanding family.  I have consistently found him to be a very loving
father.  In addition, he has always modeled an exemplary work ethic for his
children.

Mr. Gabay has always been available when his family members have needed
his input, an input characterized by him teaching them the importance of
honesty, hard work, and charity. I have heard many examples from his family
of times when Mr. Gabay has helped other people with good advice and job
opportunities.  I know for a fact that he and his family have been generous
contributors to charity as well.

Mr. Gabay's children have always trusted his sound and fair advice.  He has
consistently struck me a very open, trusting, and sharing person, and he has
always been available when I have needed him to participate in my work
helping guide his family.  He and his wife Elenor have been wonderful and

1

caring parents, and their children are turning out to be outstanding
individuals.

The only flaw I have noticed in Mr. Gabay is that he tends to be sometimes too
trusting and shares too much personal information with others because he
often considers many people to be his true friends sometimes when they may
not be.

Mr. Gabay is a devoted father, and although his children are now reaching
young adulthood, they still need him often, even weekly, for love and
advice. The members of this family continue to need the good qualities of
their husband and father on a daily basis.

Thank you very much for reading my letter.

Sincerely,

Hermine Kovacs

Hermine Kovacs, M.A.
Marriage and Family Therapist

2

# Vicente Aguel

1715 S.Arapahoe St.
Los Angeles,Ca. 90006
Tel.215-842-5625

Honorable George H. Wu

United States District Judge
Central District of California
350 West 1 st Street,Courtroom 9D,9th Floor
Los Angeles,CA.90012

RE: US v. Arman Gabay
Docket No: 2:18-CR-00331-g w

Dear Judge Wu,

This is a letter by Vicente Aguel, on behalf of Arman Gabay who I have personally
known for 38 years as of writing this letter.

I have known Arman basically my whole life since my Father and Arman started
working together in 1984.My Father was a immigrant from Cuba who had opened
a small bakery of around 1500 sq ft in 1979 working 20 hour days at a time when
no one would give him the time of day.When my Father's and Arman's paths
crossed Arman helped my Father expand and grow the business,I would like to say
it was a isolated incident but over the years I have seen Arman help many people to
start there business when no other property owner would give them a second look.
Arman has just a amazing work ethic that I admire to this day I have seen him go to
work in the morning and be at community functions in the pico union area of Los
Angeles till 10 or 11 at night.I cannot imagine a world without Arman he has been a
role model to myself and the countless amount of people and under served
neighborhoods he has helped.
I will never forget and forever be grateful to Arman when my Father was in the
hospital Arman would always be there by our side and how when I was a teenager I
mentioned to Arman that I needed to buy a watch and he took time off from work
and drove me down town going shop to shop with me till I found the watch I
wanted.
I believe and I am sure many other people would agree that any amount of prison
time is to much and would under serve the citizens of Los Angeles that he helps on
a daily basis.

Thank you for your time.

Vicente Aguel

Ellis Ghodsian
1339 Laurel Way
Beverly Hills, CA 90210
(310) 741-0745

The Honorable George H. Wu United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

I, Ellis Ghodsian, have known Arman Gabaee for over 40 years. Arman has been a caring and supportive presence in my life.

I first met Arman as a boy, when Arman was in his late teens. I remember Arman having gone out of his way to make me feel welcome amongst young men several years my senior, by having engaged me in play. Specifically, I have a distinct memory of the incredible joy I felt as he lifted me and spun me around in circles. I will forever be grateful to Arman for his kindness.

Later in my life, during a prolonged period of difficulty, Arman made time for me repeatedly. He included me in events and activities that kept me engaged, occupied, and significantly lessened my emotional burden. He made himself available to me in ways that even my immediate family were unable to do for me at that time. I will never forget the comfort he provided me.

Unsurprisingly, I have witnessed Arman showing similar kindness and care to his own children and to others in need. He is a very committed father, and his beautiful children adore Arman. He is a tremendous source of care and of encouragement for them. His presence in their daily lives is invaluable and irreplaceable.

It is for the reasons above that I, Ellis Ghodsian , am writing to ask that Arman Gabaee's sentence be "no greater or harsher than necessary," and that Arman's sentence not be structured in a form that might disrupt his ability to support his descendants, or to be a source of care those of us who know him. It would be tragic were his sentence to do "collateral damage" and, inadvertently, do more harm than any good intended.

Sincerely,

Ellis Ghodsian