Exhibit D

# Shahriar Afshani

9100 Wilshire Boulevard, STE 360E
Beverly Hills, California 90212

**TEL: 213-614-9999**
**FAX: 310-202-0533**

May 19, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012
Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu:

My name is Shahriar Afshani. My family immigrated to the United States from Iran in 1973, in search of a better life. As a Jew living in an Islamic country, I experienced first hand, the heavy weight of discrimination. In elementary school, I had to hide my Jewish identity. I was taught not to defend myself, if I came under verbal or physical attack from other non-Jewish children, as things would only escalate to the point of the situation becoming life threatening. In the 1980's, I started an import business with my brother.  I am now a businessman with real estate holdings in multiple states.

I have had the privilege of knowing Arman Gabay since 1978. Throughout the years, I experienced, first hand, Arman's true nature. We have shared many blessings and seen the best of lifes' experiences: Meeting our future wives, celebrating the birth of our children and watching them grow up into beautiful and productive members of society. Hundreds of families enjoy financial security because of Arman and his success in the field of Real Estate. His accomplishments go beyond the beautiful properties that he has developed over the years. The true success and the satisfaction of providing employment and financial stability for these families cannot be described, other than when you observe the way people around Arman treat him.

I have seen Arman's generosity which goes way beyond financial means. He has been a source of strength and wisdom for his friends and family. He is always standing ready to offer a helping hand with anyone with all types of problems, big or small. He takes the time to listen to all with a problem, and then come up with a viable and workable solution that fits the issue at hand. He dispenses his wisdom without asking for anything in return. Advice that has the ability to change the course of one's life into the right directions. He has helped me numerous times over the years with his insight and words of comfort during the many struggles of life.

A few years ago, when Kami, Arman's older brother, passed away after a bout with cancer, Arman made sure that Kami's widow and children had all their needs taken care of. He provided housing, education, and much more for this family.

When his father-in-law got into a debilitating car accident, he stepped up and took the family under his wings. He made sure that all their needs were taken care of.

# Shahriar Afshani

9100 Wilshire Boulevard, STE 360E

Beverly Hills, California 90212

**TEL: 213-614-9999**

**FAX: 310-202-0533**

Although we have never conducted business, I have seen all of Arman's employees, associates, brokers, and other professionals regarding him with the highest respect. He treats everyone with honor, kindness, and generosity.

He is a devoted husband who loves his wife and though they got married yesterday. He is an exemplary father to his 4 children. With the recent marriage of his two daughters, he is now truly a father to all 6 of them. He makes each of his son-in-laws feel like a "true son".

He has been a dependable member of the community, standing ready to all who need assistance, financially, emotionally, spiritually, or otherwise.

During a whitewater rafting trip to the Tuolumne River during our younger years, our raft overturned and I was stuck between rocks. Arman came to my rescue risking his own life to save mine. I am forever indebted to him. He is not a friend just in name, but also in true spirit. I don't know of many people who are willing to risk their lives to save another in this day and age.

I have only the highest respect for Arman and all that he has achieved in life. He has been and will continue to be a source of strength and pride for me and my family, as well as the entire community. As a man of true character, he will always be my "Friend".

Sincerely,

Shahriar Afshani

**Mehrdad Bekhrad**

**10465 Charing Cross Road**

**Los Angeles, Californian 90024**

May 31, 2022

Honorable George H. Wu

United States District Judge

Central District of California

350 West 1st Street, Courtroom 9D, 9th Floor

Los Angeles, California 90012

RE: US v. Arman Gabay  Docket No: 2:18-CR-00331-gw

Dear Judge Wu,

My name is Mehrdad Bekhrad. I am 56 years. I have known Arman Gabay and his family pretty much as one's memory can allow.

The Gabay family was very well respected by my father and as I always do remember my father would always tell me all positive points about them.  My father spent most of his life doing community service as mediator. His stance and judgment were always highly respected in the community.  My life experiences and encounters with Arman Gabay has reaffirmed those positive qualities that my father had mentioned about Gabay family and especially Arman.

Although I had a 5 years age difference with Arman, we still became good close friends. His positive energy, his goodness and his great attitude toward life has always made a difference to me.

We became even closer since our sons grew up together in the same school as well. One of the most meaningful moments of my life that I clearly remember was Arman's attitude toward life and all people around him.  This happened at our sons' 5th grade father & son school event.

Every son will tell others how and what their father has taught them. Jonathan (Arman's son) stood up, and he proudly said his father, Arman, has always thought him 'to be humble". Our sons are now going on into senior year in university and good friends. Till now I probably quote and repeat this saying "to be humble" at least once a month. I absolutely believe you have to be a genuine goodhearted person to be able to be humble, and to be a good role model in life to your children. I praise Arman always for that, and for the way he has raised his son.

Our small community needs good, trustworthy, good hearted, genuine, positive and respected individuals like Arman Gabay. In my whole life I have never have heard Arman say an ill word about or to anyone. Arman has always wished well for everyone.

Thank you for your consideration. I hope for the good of our community, Arman's wife and children, Arman's path in life will not change. He has genuinely made many peoples' life better just with his personality. In addition, Arman's father whom I love dearly and respect immensely, he is very old and he seems frail and weak.  I am not sure how he would handle the outcome.


Sincerely,

Mehrdad Bekhrad

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012


May 17, 2022


Re: <u>United States v. Arman Gabaee</u>, 18-CR-00331 (GW)


Dear Judge Wu,


My name is Nicky Shemian and I am writing on behalf of Arman Gabaee. In the twenty five years that I have known Arman, the roles in which he has played in my life speak to his honorable character. In my adolescent years he was my best friend's hero, in my teen years he was an admirable father figure, and today, in my young adult years he is one of my heros. As a graduate of the University of Southern California's Marshall School of Business, I can attest to his reputation as a dedicated father, husband, and member of the Persian-Jewish community.

To better paint a picture of who Arman is, I'd like to take you back to when I'd often visit the Gabaee home to spend time with his daughter Julia, my longest truest friend. It is a school night and Julia and I are planted on her bed chatting up a storm, more times than not complaining about boys, and to no surprise Arman would *always* make his way to Julia's room to spend quality time with his daughter. It did not matter how tired he was, how much was on his mind, or what time it was, Arman would sit with us, sometimes for hours on end, and chime in on the conversation, share from his day, reminisce about old times, offer words of wisdom, and of course crack dad jokes. He more than cared. He was involved. And he made it clear that his role as father and husband was his top priority and main passion in life.

Now, after 25 years of friendship, Julia and I are young adults and still have those same heartfelt conversations with Arman. It was he who reminded me of my strength after the loss of an eight year relationship. It was he who cheered me on and guided me as I built my business. And it is he who constantly reminds me that life is full of ups and downs, but to continue to ride the wave and smile while doing so.

It is my hope that you take note of my letter of recommendation for Arman Gabaee to impose the lowest appropriate sentence and in doing so not deprive him of his role as a father figure, a husband, and a friend. Arman is a man of his word and an unparalleled role model to not just his family, but to the community as a whole.


Sincerely,
Nicky Shemian



CYNTHIA KLANIAN
6 St. Pierre
Newport Coast, CA 92657


May 10, 2022


The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

    Re:  United States v. Arman Gabaee
       18-CR-00331 (GW)

Dear Judge Wu:

    My name is Cynthia Klanian.  I am a Realtor and reside in Newport Coast, California.

    I have been a friend of Arman Gabay for over 40 years.  We met while I was working at Beverly Hills High School in 1982.  From our initial meeting I admired Arman for his honesty, integrity, family values, intelligence and work ethic.  I recall his passion and desire to create a solid foundation for his family and he was very careful in making the right choices for his life.

    Arman had a vision for his future, both personally and in business.  He was a man with goals and did not take the easy path to achieve these goals.  Arman worked longer hours than most people.  If you called him at 7:00 PM, he is likely to still be working after a long day.  Although success followed Arman, he remained humble and has helped many people in need.

    Arman no doubt is devoted to his business, but what is most important for Arman is his family.  He lovingly takes care of his elderly parents, his wife, children and grandchild.  He has a heart of gold and is a true gentleman.  He is a renaissance man in the old-fashioned sort of way that does not exist today.  I believe any pain or suffering that Arman is experiencing currently is not for him but how this situation affects his family.  He is a man of dignity and grace and I believe has already paid the price and learned a lesson from this unfortunate situation.

    Not only does Arman's family need him, but the entire community of Los Angeles needs him.  It would be unfortunate to put this gentleman's works and talents on hold as his dedication,

The Honorable George H. Wu
May 10, 2022
Page Two


hard work and sacrifices affects thousands of families, the Los Angeles economy and many other cities. I ask that you consider the thousands of people who will be impacted by your decision.

The world needs more amazing individuals like Arman Gabay; I am proud to call him my friend.


Sincerely,

CYNTHIA KLANIAN

From: Arthur R. Sauter
1123 Wangwood Dr
Gallatin, Tn 37066
818 590-1133

TO: Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, Ca. 90012

RE. US V. Arman Gabay
Docket No: 2:18-CR-00331-gw

Dear Judge Wu:

This is a letter by Arthur Sauter, on behalf of
Arman Gabay who I have worked with for over 10 years
on the designing of his home.

I have been an Interior Designer and Architectural
Designer in Southern California since 1971. In that
time, I have worked closely with many clients and
their families. I become like a member of their
families when we work on what is most personal
to them, Their homes, their private lives, and

their life styles are all revealed. I have never
encountered a finer Father and Husband who has
the total love and respect from all of his family,
reflecting a lifetime of love and devotion. Personally
I have observed him to be a man of strong principle
and honest sincerity,

I remember one time I was invited to attend
a meeting where Arman Gabay was developing
a shopping Center Mall. In this meeting interested
Professionals had come from all over the United States,
all eager to be a part of Mr. Gabay's vision. I was
able to witness personally how respectfully he
handled every suggestion that was presented. I
realized how very important he is, not only to the
local community, but to the entire nation as
representatives of major retail chains where present
and all wanting their companies to be a part of
Armon Gabay's projects,

I think it would be a mistake for Arman Gabay's
work and accomplishments to be interrupted.

Please do not hesitate to contact me if you have any
questions.

Sincerely,

Allen Shamooilian
8820 Wilshire Blvd., #200
Beverly Hills, CA  90211
Tel (310) 659-7575

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor

RE:   US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu:

My name is Allen Shamooilian.  I live in the Los Angeles area and my personal purpose is family and making a difference in my community.  My professional focus is property management and investment.  Arman is my mother's first cousin but he is more like an older brother.  He has been instrumental in much of who I am in both in my private and work life that was described above.  Arman has always been one to share wisdom with grace and a unique and absolutely endearing sense of humor.  Sadly, I suspect it is not easy for him to demonstrate his full nature in such an serious and difficult setting, but I wish that you could experience for yourself what a treasure he is.  If the world were full of only people with Arman's enormous heart, spirit, energy, generosity, intellect, love, humor, and care, then it would be a MUCH better place.  I pray to G-d that he has the opportunity to continue to shine brightly and touch even more lives.  Despite his mistakes, there is no doubt that he has the capability to do incalculably more good in this world as he has in so many facets of his life to this point.

They say the apple doesn't fall far from the tree.  In both directions, the indicators are there as to the tremendous person Arman is.  Anyone that knows his children will tell you how remarkable they each are and how they each carry the qualities of deep humility and responsibility – both traits that are often rare among the generation that follows successful parents.  It says volumes about who Arman is in arguably the most important roll in his life.

Similarly, up the ladder, Arman's parents are arguably as good as humanity gets.  His father is one of the great leaders of our community and also a thought leader in even larger circles.  His mother likewise is one of the most respected people in our community, and for good reason.  I wish there were words that could explain this fully.  One tragedy in this situation is that the kids are suffering for obvious reasons, but what truly hurts my heart is how the parents suffer worrying about their son and the agony of wondering if he will get to continue to be there for his ailing father.  I've witnessed first hand the loyal and caring sone that he is and how dedicated he has been to his father's wellbeing throughout his battle with Parkinson's.

My prayer is that you please consider the most lenient sentence possible.  The Arman I know has suffered and beat himself up greatly already.  Too many of us need him, and there are too many people yet to be blessed by knowing him as I and countless others have been.

Thank you for your consideration.  If there is anything else I can share with you, please do not hesitate to reach out.

Sincerely,

Allen Shamooilian

August 12, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

      Re:    <u>United States v. Arman Gabaee, 18-CR-00331 (GW)</u>

Dear Judge Wu:

      My full name is Tezozomoc.  I am a community activist who has had the privilege
of working with Mr. Arman Gabaee.  I have personally seen the good Arman has done in
the community.  I also know of his often unpublicized altruism including because the
group I represented for many years, South Central Farmers Action Fund, Inc., a non-
profit corporation, was such a beneficiary.

      South Central Farmers Action Fund is an advocacy and policy organization
focused on urban agriculture and health for low-income communities in Los Angeles.  As
part of our mission, we seek greater openness in government, and to that end, have been
plaintiffs/petitioners in lawsuits against the Los Angeles City Council.

      One such action was *South Central Farmers Action Fund, et al., v. City of Los
Angeles, et al.*, Los Angeles County Superior Court Case No. BS117561.  In 2010, after a
court trial, South Central Farmers Action Fund prevailed in a writ of mandate and
declaratory relief action against the Los Angeles City Council concerning open
government issues.  Through that action we proved that the Los Angeles City Clerk was,
and had been for many years, routinely falsifying the City's official Journal of
Proceedings, including by recording votes that were never cast and by misrepresenting
the nature and sequence of events that supposedly occurred at the City Council.

      Our participation in that case and ability to present those issues was made possible
in large part through the generosity of Arman, who permitted South Central Farmers
Action Fund to join in a California Brown Act (open meetings law) lawsuit that one of
Arman's companies was pursuing, but through which we were then able to bring forward
other issues of concern to South Central Farmers Action Fund, such as the above issue
regarding the City Clerk.  Arman and his company had no personal stake in the City
Clerk issue, but allowed South Central Farmers Action Fund to pursue that issue as part

of our mission, and by underwriting the attorney fees that were incurred by our counsel.
At no time were we asked to pay any portion of those attorney fees, nor did we.
However, we secured an important victory for ourselves and the general public because
Arman cared about these issues, and was willing to support our efforts and involvement
to help rectify them.

Through this and other matters I am familiar with, I have seen Arman's generosity
and concern for the public good. He did not just "talk the talk." He put action behind his
words of support by enabling South Central Farmers Action Fund to obtain important
results for our constituency and for the general public. We would not have achieved that
without our shared principles and his willingness to support us.

I am aware that Arman has pleaded guilty to a charge in the case that is before
you. I am also aware that Arman is a good, compassionate, caring and generous man
who has contributed great things to the community, often with little or no recognition.
We all err. That is to be human. In your consideration of Arman and his actions, I
humbly ask you to consider the full man, and to grant him leniency in your decision.

Sincerely,

Tezozomoc



**Kidder
Mathews**

June 21, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, California 90012

RE: United States v. Arman Gabaee,18-CR-00331-(GW)

Dear Judge Wu

Please allow me to introduce myself, Darrell R. Levonian. In my professional career,
commercial real estate, I recently celebrated over 40 years. In the firm I am with today, we
are an intermediary for clients who purchase, dispose, lease, or need advisory services with
commercial real estate assets. In this field of work, I have also developed select properties
and invested in properties to hold. Years ago, I co-founded a National Bank here in Southern
California with a college roommate, served on the holding company board, as well as the
bank board. Beyond my professional work, I continue to serve on other boards, including my
current company board, Kidder Mathews, headquartered in Seattle Washington. In addition,
I serve on the board of advisors at the School of Public Policy at Pepperdine University in
Malibu as well as a private family office board.

Mr. Arman Gabay has been a client and friend for over 25 years. During this time and
experiences with Arman, Arman has always operated with utmost integrity and dutiful
respect for all parties in our business transactions. Over these same years, I have witnessed
the work ethic and creativity that Arman has utilized in the most demanding situations, as a
developer and investor. The foundations of honor, respect, generosity, good judgement,
fulfilling obligations, and high ethics has always been present in every business transaction.
These standards were undoubtably a part of Arman's upbringing.

It is evident that Arman is a family-oriented man. This is an underlying and unwavering
priority for Arman. This behavior toward family, a value to consider by anyone, should
surface under any circumstance when determining friends and the surrounding community.
In this regard, my experience has always pointed to Arman meeting a high-minded level. As a
point of reference, from time to time when the opportunity to meet Arman's family
members has been available, it is evident that a supportive and loving nature co-exists
toward Arman and from Arman as a husband, father, and grandfather.

1925 Century Park East
Suite 2350
Los Angeles, CA 90067

T 310.312.1800
kidder.com

50 YEARS. THE EDGE IN YOUR MARKET.

# Richard P. Crane, Jr.

49595 Rancho San Francisquito
La Quinta, California  92253

July 27, 2022

Hon. George H. Wu
United States District Court
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, California. 90012

RE:  US v. Arman Gabay

Docket No.: 2:18-CR-00331-gw

Dear Judge Wu:

My name is Richard P. Crane, Jr.  I am a licensed attorney in California and, while now
in private practice, for fifteen years I was an attorney for the United States.  My last
nine years I was an Assistant US Attorney and Acting US Attorney for Connecticut, and
lastly the Chief of the US Department of Justice's Organized Crime and Racketeering
Strike Force for the 13 Western States based in Los Angeles.

I write on behalf of my friend Arman Gabay.  I have known Arman and his family for
approximately six years.  The Gabay family are Iranian immigrants who came to this
country penniless, and through hard work and terrific intelligence have risen to great
prosperity.  The family, and particularly Arman, have shared their success through
their generosity from the earliest moments. His generosity is well known throughout
his community and synagogue.  Arman has always believed in giving back, and his
actions have backed up that belief.

I briefly represented Charles and Company, but my relationship with Arman has been
mainly a personal one.  I know him to be a devoted father and a loving husband.  He is
also a religious man who leads a life based on his faith.

I am aware of the charges brought against Arman, and specifically the charges he pled
guilty to.  That plea has not altered my opinion of Arman.  I know him well, and
therefore I believe in his integrity.  He is a good man who clearly made a mistake.  He

has owned up to that mistake, and I am confident it will never be repeated. Sentencing
must be a very difficult responsibility for a Judge. So many factors have to be taken
into consideration when arriving at a fair and just sentence. One of those is no doubt
the life lived by the accused. In that regard, Arman has demonstrated he is a
contributor to both his family and community. He has shared his success and lived a
good and meaningful life.

Thank you, Your Honor, for considering my thoughts when reaching the appropriate
sentence for Arman.

Sincerely,

Richard P. Crane, Jr.

The Honorable George H. Wu

United States Courthouse

350 W 1st Street

Los Angeles, California 90012


Dear Judge Wu,


When I think of Ammo (uncle) Arman, it brings such a smile to my face. Amoo not only lives large, but he gives large. When my father passed away (Arman's brother), I was only seven years old. Amoo always made sure my siblings and I were never lacking anything. He would buy us the best toys, the biggest trampolines and take us on fun trips to either Balboa Park to fly his super cool remote control helicopter, or go boating. He would even help us out financially and pay for our school's tuition and camp tuition. He made sure that we never stood out differently than our classmates and made us feel important.

Amoo Arman was always the fun uncle and he still is. He cares for me and my family as if I'm one of his own daughter. Not just another niece. When I got married, he gave my husband and I great financial advice on how to pay for our student loan and how to apply for a loan to buy our first home when the right time comes. He said, "Good things come to those who are patient" and we hold onto those words every day. Amoo Arman's endless love and care will never be forgotten and I have so much gratitude towards his kind gestures.

Thank you for your time in reading about my testimonial and great memories I had with my Amoo Arman. We love him so dearly and hope you all see what we see- his true good essence and love for helping others. We plead with Your Honor to have mercy on Amoo Arman and ask that you sentence him to the lowest possible sentence that the law allows.

Sincerely,

Ora Bracha & Armin Kahen

Cesar Casillas
120 Mitzi Kim Cir
Imperial Ca 92251

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1ˢᵗ Street, Courtroom 9D
Los Angeles, CA 90012

RE: US v Arman Gabay/Gabaee
Docket No: 2:18-CR-00331-gw

Dear Judge Wu:

My name is Cesar Casillas and I have known Arman Gabay for
more than seven years. I am the Manager of Gran Plaza Outlets
in Calexico, California as well as several other properties in the
surrounding counties.

Arman Gabay is a person with vision and a huge heart to help
people. I have seen his passion for helping low-income
communities with very high unemployment. Such is the case in
Calexico, California, a city with unemployment of more than
26% where Arman Gabay had the vision to create more than 900
direct and indirect jobs. This is a huge achievement for a
neglected city with high unemployment.

Over the course of my seven years working with Arman Gabay,
I have seen his efforts and dedication to continue fighting and
developing other projects in areas and communities with a very
high unemployment rate, where no other private investor will
take a risk.

I believe that incarceration is not the best way to punish a person
with such a big heart who always treats people fairly, a person
who has helped many non-profit associations and who has only
helped people and created jobs in communities that really need
the vision.

Arman Gabay's character is that of a loyal person with

respectable trust. I hope the future of hundreds of jobs of people who depend on his vision, character and humility are not diverted.

Thank you very much for your courtesy. I hope that Mr. Arman Gabay will be able to continue with his good works for the good of many communities that need a person like him.

Sincerely,

Cesar Casillas

Sean Crossman
700 N. St. Mary's Street. #1400
San Antonio, TX. 78205
Tel: (661) 313-3133

May 9th, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA. 90012

RE: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My name is Sean Crossman, I am a business owner of a small pizza chain in Southern California called Prontoroni's Pronto Pizza. I also have twenty years of experience in Commercial Real Estate, mainly involving industrial, office and retail leasing and development. I am a person who has had to rely on mentors to further my career and knowledge base, mainly due to the lack of college education and networking a degree provides.

I've known Arman Gabay for almost twenty years. We were introduced through my Uncle, Scott Thomas who has a working relationship with Arman that dates back to the early 1990's. Arman has been an invaluable resource for me both personally and professionally. After my uncles partner suddenly and unexpectedly died of a heart attack, Arman gave me an opportunity to work with him at The Charles Company on leasing properties throughout his portfolio and saved my career. Arman took the time to teach and groom me for success, always stressing honesty, preparation and hard work. He challenged me to think creatively and to build relationships, teachings that I am benefiting from to this day. For him to take a chance on someone like me, someone who was willing to work hard but didn't have the necessary education or experience to successfully execute the duties of my position, is rare in our industry and I greatly appreciate my relationship with him.

In my four years working for Arman, there were many times where The Charles Company was approached by brokers, contractors and sometimes even corporate leasing representatives to receive "kickbacks" to complete deals, and each time Arman made clear that whatever and whoever was involved in our transactions would be openly disclosed to all entities involved in the transaction. This level of honesty and refusal to "pay to play" led to several deals going to other neighboring developers who were willing to engage in these type of dealings.

The charges against Arman come as a shock to me as they do not represent my many dealings with this wonderful man. In my experience, Arman has always been honest, straight forward and generous. He is incredibly gracious with both his time and knowledge and I implore the Court to take this into consideration when sentencing. The world is a much better place when Arman Gabay is able to give back to it.

Respectfully,

Sean Crossman

May 31, 2022

To the Honorable Judge George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Honorable Judge Wu,

My name is Mark M. Gabay and I am one of two siblings of Arman Gabay (aka Arman Gabaee). Our late brother, Cameron passed on nearly 19 years ago. Under the wings of our parents, my brothers and I, then high school students, migrated to this country to escape discrimination as a religious minority in our home land. Because we are immigrants, our actions have always been motivated by our desire to conform to the ideals of American society. We come from a very traditional and closely-knit family that values integrity, respect, generosity and kindness.

I might appear to be biased in favor of my brother, but in earnest, I can attest that I have never met any person in my 65 years of life that has a kinder, softer heart than Arman and my mother. In all sincerity, I could not ask for a more loving and supportive brother like Arman. He is beloved not only by his wife and children but by all of our many relatives and friends.

Arman values his relationships with his friends. Between my brother and me, I am the one who oftentimes neglect to set aside time and attention for friends because I am focused on our work. Arman would always remind me that life is about relationships, family and friends.

Without needing any recognition, Arman quietly aids several humanitarian causes big and small. For example, I know that he has been supporting one of his classmates from grade school that have fallen on hard times for past several years, without any expectations of return. This is not to diminish the many instances that he goes out of his way and provides his time and expertise to help family and friends to find a solution to their problems, whatever they may be, personal or otherwise. I would sometimes try to caution him against people who might be taking advantage of his generosity but he is one person who believes that as long as he knows in his heart that he is being helpful, he would not mind that the recipient turns out to be undeserving.

Arman cares deeply about our family and our father's name. In everything he does, he endeavors to bring honor and pride to our family.

In all modesty, Arman and I have been very successful in our business and we owe this to sheer hard work, dedication and the relentless support of our family and co-workers. It pains us all that he is now going through tough times but we all stand behind him because we know Arman is a good human being.

I have volunteered to write this letter to share with you my thoughts and feelings in the hope that you, with much respect, would be merciful and compassionate in your sentencing of my brother's case.

Thank you.

Sincerely yours,

Mark Gabay

Mr. Moshe Gabay
1278 S. Camden Dr unit 204
Los Angeles, CA 90035
310-951-5312

Honorable George H. Wu
United States District Judge
Central District of California
350 W. First Street, Courtroom 9D, 9th Floor
Los Angeles, CA 90012

RE:   US v. Arman Gabay
Docket No. 2:18-CR-00331-gw

Dear Judge Wu:

I hope this letter finds you well. I'm writing to you today to ask for leniency on behalf of my uncle Arman Gabay.

Growing up, Arman was always everyone's favorite uncle. He was the fun, happy go lucky uncle that always made it his business to make sure we had the best time when we were around him. He would take us on trips, car shows, out to eat and invite us over for Shabbat dinners and Sunday BBQ's. He was and is the best uncle any young kid could ask for.

Unfortunately, Hannukah of 2003 my father Cameron was diagnosed with Thyroid Cancer and was told he had a year max to live.

Arman put his business and life aside for a year to make sure that my father was getting the best treatment and to try and beat the odds of the terminal cancer he had growing in his body. This August, marks the 19th year which my father (Cameron Gabay) Arman's oldest brother passed. Arman was the one that laid my father to rest in Israel and was the one that came back to LA and stayed with us for the entire week of mourning the week my father had passed.

From then on, Arman who was the best uncle anybody can ask for became like my father. He made sure that we were housed, clothed, fed, had the best health insurance, and did well in school. He made it his business to make sure that we wouldn't cry and stay in the past, rather he would come around to cheer us up and be that shoulder to cry on if ever needed to vent.

Today im married with two beautiful daughters and Arman is literally like my father and grandfather to my girls. Any issue I have in my business dealings or my marriage, or even if I just need a person to talk to and get some guidance in life, I call Arman.
Arman is a good man, he has the kindest heart and is always looking to do good for his family and his community.

My uncle's situation is not just a case that he is dealing with alone, but it's a situation that we as a family are in it together. The same way how he has always been there for us, we are here for him in this time of need.

We as humans are not perfect, we make mistakes but at the end of the day the point is to learn from those mistakes and grow from them.

I strongly believe that my uncle has learned and grown from this current situation, and he is a very honest person looking to do good in life.

I want to ask you from the bottom of my heart to please judge him favorably, judge him with mercy and keep in mind that he isn't just a father to his 4 kids but also a father to myself and my 5 siblings.

Thank You very much for taking the time to read my letter.
I hope and wish the best for my uncle / father so that he can continue to stay with us, support us, be there for us and above all continue to be that role model for us.

Respectfully,

Moshe and Lior Gabay.

June 22, 2022

The Honorable Judge George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

RE:     United States v Arman Gabaee, 18-CR-00331

Dear Judge Wu:

I am a lifelong resident of Los Angeles, grew up in the San Fernando Valley, attended UCLA and graduated from USC Marshal School of Business. I am a corporate real estate professional, having been in the real estate brokerage and development business since 1984. My work experience in this field is broad, having worked in various capacities ranging from real estate brokerage to developer of complex corporate campus facilities for Fortune 500 companies such as First American Title Company. I have also been a Director of Real Estate for global restaurant brands Darden Restaurants, Inc. and Bloomin' Brands, Inc.

I have known Mr. Arman Gabaee for over 35 years. We met in the mid 1980's when I was doing brokerage work for national restaurant chains and had the opportunity to work with him at The Charles Company pursuing various leasing interests for my clients on their properties. Arman has always been a very polite, gracious and well-meaning person in my experiences with him. He has always been generous with his time and provided appropriate attention to the best interests of those involved on our exchanges.

In my opinion, Arman is one of the best in our business and, despite the current situation, I find him to be engaging, respectful, humble and forthright. I have never had to wonder what he is thinking or where a deal may or may not be made. He went out of his way to pay personal attention to a small mission driven user, Everytable, who I placed in two of their properties recently. I believe Arman has a good heart, is a family man and a positive contributor to our society.

I have met Arman's family, been to his home meeting the immediate family and his nephews who are also in the real estate world. In my opinion Arman is a good person, a strong contributor to our community, the real estate industry and society. I have great respect for Arman both professionally and personally. It is my sincere hope that you will look on his positive qualities, contributions to society, and strong standing as a family man in considering leniency and mercy in your sentencing.

Sincerely,

Mark Seferian
249 Ancona Drive
Long Beach, CA 90803
714 337-2026

July 5, 2022

Honorable George H. Wu
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Wu,

I would like to begin by thanking you for taking the time to read these letters and appeals from
our family and friends.

My name is Natalie Gabay, I am Arman's niece. Growing up my uncle showed us his
unwavering support and unconditional love. After graduating college, I began working in
conjunction with him and my father at their company.

Arman has been a guide and motivator. He would push me to venture into new arenas of our
profession and offer guidance and support when it is needed.

During the first couple of years working for the company, I remember Arman wearing two hats.
The first one as my uncle, and the second as my boss. Nepotism was not a word my father and
uncle were familiar with. When working together, Arman would treat me like any other
employee, criticizing when criticism was due, but knew when to switch gears and make any
moment a learning opportunity.

Most people are familiar with Arman in a professional manner. However, to us he is the fun
loving uncle who puts my 2 year old son on his feet and hops down the hallway of our office like
a kangaroo. The smiles on both their faces light up the entire space.

My uncle, like anyone, has his flaws. However, his generosity and kindness are traits that are
immutable.

I cannot begin to imagine a life where my uncle is not ever present.

Your honor, I plead for leniency on my uncle's sentence. I plead on behalf of myself, my family,
and my son's love of his great uncles kangaroo hops.

Thank you again for taking the time to review these letters.

Sincerely,

Natalie Gabay

Aaron Nehmadi
716 N Alpine Dr.
Beverly Hills, CA 90210
(917) 545-6000

The Honorable George H. Wu United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

RE: US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu,

My name is Aaron Nehmadi and I am a close family friend of Arman Gabay's. I work in real estate private equity and run a Web3 startup called NEOREN. I've lived in Los Angeles since 2005 and the Gabays were one of the first families to welcome us to this new city when we first moved from the East Coast.

I remember first meeting Arman years ago, how he greeted me with a warm smile and open arms. Although we had just met, his relaxed demeanor and lighthearted outlook on life resonated with me and we quickly connected on a deeper level. Since then, our families have grown incredibly close to the extent that I consider the Gabays my second family.

Amongst all the time we've spent together, I feel like I've gotten to know Arman best during our trips overseas. As we spent time in third-world countries such as India and Tanzania, it highlighted a side of Arman that I find to be his most admirable: his unwavering desire to contribute.

Whenever our Jeep got stuck in the mud traversing from one village to the next, Arman would be the first to jump out of the car to push. Every time we visited a bazaar in India, we would lose track of him only to find him playing backgammon with an elderly local or buying gifts for the disadvantaged youth.

Arman has this unexplainable gift to connect and empathize with anyone regardless of class, color, or creed. While I always admired that trait from a distance, I distinctly remember asking him where his ability to empathize first originated and I'll never forget his answer. He explained that as a first generation American, his wildest dreams have come true and he feels obliged to create opportunities for the next generation of aspiring visionaries and those who are less fortunate.

While Arman has made an indelible impact on my life, I am far from the only one. Arman has been a pillar of our community for decades. I can state for a fact that my family and our tight knit community is far better off with Arman continuing to be an active contributor as he has proven himself to be for so long. While I don't diminish the mistake he made, I hope this letter has shed some light on Arman's true character and values.

Thank you for your time and consideration.

Sincerely,
Aaron Nehmadi



SCRAP IRON & NON FERROUS METALS     **KRAMER METALS, INC.**

June 27, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

     Re:   <u>United States v. Arman Gabaee, 18-CR-00331 (GW)</u>

Dear Judge Wu:

    I have known Arman Gabay for 20 years. I have witnessed him as a business man and in personal relationships with others. In every instance, I have seen him as a fair, honest and reputable individual whether it be business, personal or family. He has always been a devoted father, a loving and faithful husband, and a religious man. I have witnessed him to always keep his word as promise. He is the type of person who all you need from him is his spoken word. No written contract is required. I have been in business for 68 years. I have never known anyone who I would consider more honor bound or trustworthy and fair than Arman. I wish Arman and his family good health now and beyond, and I am very concerned about Arman's health. I write to request that you extend your mercy to Arman and his family, and impose the most lenient sentence permitted under the law. Thank you.

            Sincerely,

            Stanley Kramer

Institute of Scrap Recycling Industries, Inc.
THE ORIGINAL RECYCLERS   1760 E. Slauson Avenue • Los Angeles, CA 90058-3827 • Phone: (323) 587-2277 • Fax: (323) 588-8007 • www.kramermetals.com

May 31, 2022

To the Honorable Judge George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Honorable Judge Wu,

Thank you so much for taking the time to read all of Arman's beloved friends and family's heartfelt and
hopeful words. My name is Shannon Gabay, I am Arman's niece. My father and Arman are two brothers
who love and value family so much that they decided to not only be business partners but neighbors as
well. My father and Arman lost their eldest brother to cancer and as difficult as it was to lose such a dear
family member, it only brought the brothers and our families even closer together. Growing up next to
my uncle was like having a second home. Uncle Arman's eldest daughter, Nicolette and I are only a few
months apart and we grew up like sisters. I will never forget the endless nights of laughter we shared at
our sleepovers together at my Uncle's home. Uncle Arman is like a second father to me, treating me like
another one of his daughters giving me unconditional love and endless support.

Arman has a very youthful, playful, and vibrant spirit. He was always making us laugh with his clever
lines and hilarious stories. He is such a great source of happiness and joy for our family. Arman also has a
very sensitive sweet and soft side to him. He truly has the biggest heart, and so much love to give. I feel
it every week when he greets me with a big hug at our weekly Sabbath dinners. Since becoming a
grandfather, it has become the most apparent. While he plays with is baby grandson, you can see he is
radiant with love and affection.

Judge Wu, I plead for leniency on Uncle Arman's sentence. I plead that he will not lose precious time he
has left with his elderly parents, that he will be able to experience the growth of his grandchildren, and
be present for the many other milestones with his family.

As we grow we realize the value of time, and how limited it is. It is the only thing in life we can never get
back. To have the time he has left with his family cut short would be absolutely devastating. It is a real
blessing that we have all been able to share so many beautiful memories and experiences together. It
would break so many hearts if that would be taken away from all of us.

Sincerely yours,

*Shannon Gabay*

Shannon Gabay

Sophia Hanasab
1073 Linda Flora Dr.,
Los Angeles, CA 90049


RE: US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

Dear Judge Wu:

I have had the pleasure of knowing Arman and his family in the last 5 years when my husband
and I met him and his wife Elenor for the first time as the parents of my son's girlfriend and
soon to be wife. Even though we were so anxious, Arman's down to earth, honest and
friendly character gave us peace in mind and heart that we will build a great relationship and
our son will be in a great amazing family.

He has raised such wonderful children including our daughter in law Nicolette. We are so
grateful to have her in our lives. She is amazing and has a pure heart like her Father. Arman
has a heart of gold he cannot hurt anyone in any way possible.

He has helping hands toward everyone, even those who he does not even know.

I personally realized his kindness and good heart when my husband was diagnosed with cancer
3 years ago and while we were all devastated Arman helped us emotionally and supported all
of us throughout the whole crisis more than everyone else.

I also realized his kindness and good heart when I see him with our grandson, Pierce. Arman
brings out his laughter, joy, and playfulness. He is lucky to have a grandfather like Arman in
his life to guide him and support him.

Dear Judge, I'm begging you not to take him from us and the community.

We all need him present and active in all his human acts all around the world.

Sincerely,


Sophia Hanasab

**Justin Zarabi**
**302 Foothill Rd**
**Beverly Hills, CA 90210**

June 10, 2022

The Honorable George H. Wu
United States Court House
350 West 1st Street
Los Angeles, CA 90012

**Re: United States v. Arman Gabaee, 18-CR-00331 (GW)**

Dear Your Honor,

I am a friend of Nicolette, Arman's daughter, since high school in 2005. I am now a father and
husband. I work in my family business in operations.

I have known Arman for over 17 years. He is a very kind man and a very involved father and
grandfather. He was always very helpful to the school we went to. He was always offering
career advice and support to me and my friends. Arman is a pillar of the Persian Jewish
community. We are a part of minority refugee community and are under the barrage of
antisemitic attacks. Since we came to the USA in the late 1970's we remain very tight knit. We
are dependent on our community leaders for guidance and support.

Arman is a good person with no other criminal record or history. He is highly valued as the
support of our community. Thank you for your time spend reading this letter.

Thank you,


Justin Zarabi
Fam Brands LLC
Operations Manager

Avraham Chaim Gabay
1254 South Bedford Drive
Los Angeles, California 90035


Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012


RE: US v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu,


My name is Avraham Chaim Gabay. My uncle Arman is a great man. Ever since my father
passed away from cancer when I was 5 years old, my uncle has played a big role in my life as a
father figure. Always giving me the best advice and treating me like one of his own children.


As a young child going to school, everyone would talk about their weekends and how they
watched football games with their dads. It was uncomfortable  and made me sad, I lost my father
and it was a void in my life. However, my uncle filled that void. He would see me every Sunday
morning to spend quality time. We share a common bond which is the love for exotic cars. We
didn't watch the football game on Sundays. Instead, my uncle would drive up to my house with
my favorite car which is the Z8 BMW convertible. Our relationship is special. Like a father
taking his son out for a drive and spending quality time together. We would go skit shooting and
lunch. My uncle would put me on his lap and let me drive the cars making every moment special
just to put a smile on my face. The reality of not having a father vanished when my uncle was
around. He tried and successfully made our family connection stronger.


My uncle is always there for me and gives me the best advice. When I got denied my first choice
college he said, "AC, it doesn't matter which school you go to, all that matters is your effort and
hard work". Today, my hard work and effort made me the successful man I am today. I trust my
uncle because he cares for me like one of his own children. My uncle cares, loves and gives his
all for the people that he loves. My uncle didn't let my siblings and I feel like we didn't have a
father.  He played a big role in my life. From giving sound advice, to spending quality family
time.

Sincerely,

Avraham Chaim Gabay

NORMAN (NOUROLLAH) GABAY

9112 ALANDA PLACE

BEVERLY HILLS, CA 90210

(310) 432-5461


June 22, 2022


The Honorable George H. Wu

United States Courthouse

350 West First Street

Los Angeles, CA 90012

     Re: <u>United States v. Arman Gabaee</u>, 18-CR-00331-GW

Dear Judge Wu:

     My name is Norman N. Gabay.  I am 93 years old and my wife, Miriam, is 85.  Together we had three sons Cameron, Mark and Arman.  Unfortunately, our son Cameron passed away.

     Until now, our greatest misfortune took place when we lost my 48 year old son, the father of six little or young children, to cancer.  As the calamity struck, it was my son, Arman, who took care of me and my wife in our grief, along with the children and wife of his late brother.  I don't get to say this as often as I should, but I appreciate very much Arman's selfless support throughout and to this day.

     Miriam and I raised our sons until they were teens in Tehran, Iran.  In 1975, we sent Arman, our youngest son, to the US to live with his two older brothers in California when he was 14 years old due to the political climate in Iran.  He did not speak a word of English and I know he missed my wife and me terribly, as his brothers were working and attending college and were not able to spend much time with him.  Nevertheless, he was able to graduate High School and go on to attend Cal State University Northridge and obtain a Bachelor of Science in Business Administration and Real Estate.

     Arman worked throughout High School and college at various retail and construction jobs in order to support himself.  In college, he would deliver tires to the South Los Angeles and Eastern Los Angeles County areas while consulting a Thomas Guide.  It was this job that he later told me inspired him to invest heavily in South Los Angeles, at times when no one else would.  For example, after the LA riots, Arman purchased several properties at or near Normandie which he leased to various businesses  and in turn gave jobs to residents of Watts and the surrounding areas.

     I wish for my grandchildren, who lost their young father to cancer, to continue having the unceasing support of their Uncle Arman, who has been like a second father to them.  Arman has also been responsible for taking care of my wife and me, whether it's been taking us to our doctor visits or handling our various needs at home.

Arman is a wonderful father to his four children, all of whom have graduated or are attending University. He has been married over 22 years to Elenor and is a loving and faithful husband. I have seen him with his first grandchild, Pierce, whose eyes light up as soon as Arman walks into the room.

I humbly ask you to please consider all of the facts you have learned about Arman as you come to your decision. My calculations indicate over 5000 people depend on Arman's presence whether in constructing the projects or in multiple retail establishments.

Thank you.

Sincerely,

NORMAN (Nourollah) GABAY

2

Fariba Yousefzadeh
1818 Pelham Avenue Apt 108
Los Angeles, CA 90025
Tel: (310)597-1191

The Honorable George H. Wu United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Honorable Judge Wu,

My name is Fariba Yousefzadeh and I am Arman Gabaee's daughter's mother-in-law. Our
families became united as our son, Jonathan Beroukhim, married Julia Gabay, Mr Gabaee's
daughter. I would like to take this opportunity to shine light on my relationship with Mr. Gabaee
and his wonderful family.

My husband and I were introduced to Mr. Arman Gabaee and his family soon after our son and
Julia started to date. In our community, we had been made aware of Mr. Gabaee's wonderful
reputation and great philanthropic contributions.  We had known from some of our friends and
family that Mr. Gabaee had assisted them through times of financial difficulty after immigrating to
the US. Mr. Gabaee has also been a big contributor to our local temples which have supported
many families in the community through various services they offer.

We were not surprised when Mr. Gabaee welcomed our family into his home as if we had been
family for a lifetime. We could tell he had raised his children with great morals and values. The
level of respect they pay to one another, as well as people around them, is very evident and
admirable. Mr. Gabaee takes pride in his family. He prioritizes being a good human above all
else and family unity. His values and the way he has raised his children, especially Julia,
allowed us to accept their family as our own without hesitation.

We are very fortunate to have Julia as our daughter-in-law, as she emulates the values that her
parents have instilled in her. We love Julia as our own daughter and are so thankful that she,
along with her family, have made our son so happy. We are also grateful to have a strong
mentor and father-figure for our son.

We would be devastated if Mr. Gabaee is not able to be there for his daughter and our son as
they are expecting their first child. Removing such an honorable man would also be a travesty to
our community as a whole. I hope this letter has shined a lot on Mr. Gabaee's true character.
Thank you for taking time to read this letter and your consideration.

Sincerely,

Fariba Yousefzadeh

The Honorable George H. Wu
United States Courthouse
350 1st Street
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My name is Morteza Homayounjam. I'm a retired Civil Engineer born in Tehran, Iran and have resided in the United States since 1982.

I had known of Arman and his family when living in Iran. They ran a successful business there and always had the reputation of being fair, honest and charitable people.

Once we moved to the United States, I had the opportunity to get to know the family on a more personal basis as they are related to some of my dearest friends that I met once I moved to America and my daughter attended high school and is very close friends with his wife Elenor.

What I have always witnessed and also heard through all those that know Arman and his family is that they are highly involved in giving back to society, whether through charities, helping individuals in need or lending a helping hand whenever possible.

Despite these unfortunate circumstances, I know Arman to be a kind, giving and generous man. I have great respect for him as a person and greatly appreciate his kind nature.

I understand that a penalty must be determined, but I ask that when making a final decision, you please take Arman's character into consideration. I know that this incident has already made a huge impact on his life and taught him the needed lessons. He has consistently made a difference in society and the lives of his loved ones and I ask that you assign a light sentence so that he can continue to make a difference in the lives of those in need, charitable organizations and the lives of his family and loved ones who depend on him.

Respectfully,

Morteza Homayounjam

RACHEL KERMANI
1415 Jonesboro Drive
Los Angeles, California 90049
Tel (310) 433-2161

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu:

My name is Rachel Kermani and I am one of the best friend of Arman's daughter, Julia. I am a second-year law student at Loyola Law School and will be joining McGuireWoods as a summer associate this summer. I have known Arman and his family for over fifteen years and can personally attest to his unwavering honor, unparalleled reputation, and outstanding ethical character.

Arman is one of the most devoted and impressive husband, father, and grandfather that I have had the pleasure of knowing. He truly embodies the family man, who has spent his entire life fulfilling the sole purpose of taking care of and protecting his family. Normally, when a man succeeds the way Arman has succeeded in his business, it is at the cost and sacrifice of time with his family. However, Arman is the exception. In the years I have known him and his family, whether it be through sleepovers with Julia, Friday night dinners, or even weekend family vacations, I have witnessed the way Arman prioritizes his family and friends.
In the years I have known him, he has never failed to take genuine interest in my life, offer invaluable advice, and simply show me a level of unconditional love that anyone in his life can attest to.

I have countless memories of Arman driving me, Julia, and our other friends to the movies, or the mall, and even joining us on occasion. I have shared many meals with him, have listened to his countless stories as a young man making a life for himself in America, and have even sought advice from his on numerous occasions. I strongly value his advice and hold his opinions to the highest degree.

Arman is a pilar of success and hard work, but most of all, he is known for his incomparable humility and generosity. Despite his level of success, Arman has always treated me and everyone around him as his equal. His dedication to helping others speaks volumes of his character.

In the years I have been lucky enough to be close to Arman, I have never doubted that he would unconditionally be there for me and my family. An entire community confidently stands behind

him now, as we always have. Should Arman be deprived of his freedom, our community and his family will undoubtedly suffer as we will be deprived of an exceptional role model.

Sincerely,
Rachel Kermani



**Alexandra Parrish/Revolutionized By Design**

Alexandra Parrish
Revolutionized By Design
5946 Airdrome St
LA, CA 90035

Jun 4, 2022

**The Honorable George H. Wu United States Courthouse**
**350 West 1st Street**
**Los Angeles, CA, 90012**
**Re: United States v. Arman Gabaee, 18-CR-00331 (GW)**

Your Honor:

I am writing on behalf of Arman Gabay ,who plays a very important role in my life.   Though I met him as a business associate, he has  become a mentor and a friend.

I first met Arman as a client of my relatively new small business. He made a point, knowing that I am a new business owner, to encourage me to succeed, knowing that my success would be a double win for him too as a colleague. He has always been available when I have questions or concerns and don't know the right move to make with my business. We have met each others family and children. He is a very supportive friend and colleague. He cares deeply about helping others rise to be the best they can. He knows how to cultivate talent and inspire leadership in others. He is also a great teacher on how to learn from your mistakes, to turn them into teachable moments, rather than viewing them as failures.

He has made a huge impact on me personally as a small business owner and helped me to achieve unprecedented growth in my business with his steady advice. With his counsel on business matters outside my experience and  encouragement on tackling new challenges,  I have done so well that I  won awards in my field and am sought after for advice from others with more years of experience. Arman taught me how to make very tough and scary decisions for my business and how to stand behind my word, knowing that the most important thing you can do for yourself is to have integrity between your words and your actions. He is a great asset to our community, a provider of countless jobs in many lower income neighborhoods, and philanthropist. His absence would have a ripple effect that could be detrimental to thousands of people who rely on him and his business. I ask that you please take all of this into consideration.

Sincerely,

DocuSigned by:

572865BDA5284CA...
Alexandra Parrish

**Noushin K. Fani, DDS**

458 N. Bonhill Road
Los Angeles, CA    90049
310.625.7625

The Honorable George H. Wu
Unite States Courthouse
350 West 1st Street
Los Angeles, CA 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My name is Noushin K. Fani. I am a Periodontist with a post -graduate degree from USC Dental
School and have been practicing as an in-house clinician in ten different dental offices all
throughout Los Angeles County for almost 30 years.

I have known Arman and his beautiful wife Elenor since our kids were babies.    The first time I
met them was in the lobby of a hotel both our families were vacationing. Arman was playing
the piano so effortlessly and beautifully that he had attracted a crowd around him swaying with
his music and enjoying his amazing talent. This was all wonderful, but the image that has stuck
with me throughout all these years is his two little girls, probably 2 and 4 years old at that time,
lying on the floor on their stomach with their fists under their chin admiring their father, and
Elenor beaming with love at Arman. I remember thinking at that moment "what a perfect and
beautiful family", and I was absolutely right!

We saw each other in social settings after that and both Elenor and Arman were always very
kind and gracious. It wasn't until years later when my daughter, Sabrina and Arman's second
daughter, Julia went on a trip after high school and became best friends, that our families
reconnected again. We've been to each other's houses many times and have been witness to
the genuine love and respect Arman exudes towards not only his wife and children but
everyone around him. On many occasions, my daughter would come home from a sleepover at
the Gabay's house and tell me about the conversations she had with Arman and how
constructive and sound his advice was and how much genuine love she felt from him.

When I heard I had the opportunity to write a letter on behalf of Arman, I was not asked but
volunteered to do so because I truly believe in his sound character.    I know that he worships
his family and that the family unit he has created is rare to find. He is a kind and supportive son,
brother, husband, and father who will do anything, not only for his wife and children but also
for his extended and very tight knit family.

It is my greatest hope that you take these defining aspects of Arma's life into consideration
when making your decision.

Sincerely,


Noushin K. Fani, DDS

To Whom It May Concern:

This is Yutong Xie, former employee of Excel Property Management Services Inc.
(phone number 323-356-8178; email: xieyutong110@gmail.com; physical address:
5550 Hollywood Blvd, Apt 348, Los Angeles, CA 90028.)

I started work at Excel Property Management Services Inc. at 09/19/2016 as an
intern designer, and after two weeks Mr. Mark and Mr. Arman offered me a formal
position as an architectural designer. I have worked here for more than 5 years, and I
left the company at 12/31/2022. After seeing the news on the newspaper, I wrote
this letter when I found out what happens to Mr. Arman.

Mr. Arman is one of the respectful, warm-heart, kind men I have met in my life. As a
boss, he trust the people. He always gave me a lot of design inspirations and he
always encouraged  flexible and renovation ideas which was seldom for other design
company. I worked on big projects while I was in the company, NoHo, Melrose
Triange, and also Hawthorne. I remembered Hawthorne because this is a project I
have worked for a long time. We used to have a very clear developed plan for this
property, but then the COVID 19 changed everything, not only the timing, but also
the business mode. Nowadays the traditional retail is no longer attractive to people,
and I can tell Mr. Arman is under a lot of pressure to reconsider the whole project.
And I can tell if I finished my family business and rejoined the company, I would
spend all my energy to continue this project under his instructions and suggestions.
Mr. Arman always shares his personal experience and feelings of the life with us.

From his words, he is diligent, positive, enjoy the life. He also takes care of his family
and kids. It is hard to believe what happens to him because I don't think it is worthy
for him to take this risk. He will not put him in this situation and let his family
worried about him.

I respect Mr. Arman a lot, not only as my previous boss, but also as my life mentor. I
believe what happens to him is not the truth. He is a nice gentleman and does not
deserve this torture.

Sincerely,
Yutong

*Yutong Xie*
05/03/2022

**Farmers & Merchants Bank**
*California's Strongest, since 1907.*

May 27, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

Re:    United Sates v. Armen Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My Name is Philip Sblendorio. I am 62 years old, native of Southern California, and raised by Italian immigrants.

I have been employed at Farmers & Merchants Bank of Long Beach for over 41 years and currently serve the role of Senior Vice President. I also participate in several not for profit organizations including the YMCA, Long Beach Rotary, and Long Beach Day Nursery to name a few.

I first became acquainted with Arman Gabaee over 25 years ago helping him and his family finance commercial real estate. The financing included properties mainly in Los Angeles County whereby Arman Gabaee and his family often times purchased underutilized, distressed, contaminated, or dilapidated retail sites and successfully implemented a plan to enhance and improve these properties. Arman Gabaee and his family's foresight to see the potential of these sites contributed to many successful retail developments in Southern California.

In 2013, Farmers & Merchants Bank acknowledged Arman Gabaee and his family with the Helpfulness Award for providing useful assistance and philanthropic work within the communities they serve.

I am very proud of the over 100 projects we have worked in our over 25 years of business. Despite his conviction, I still have respect for Arman Gabaee and all of his accomplishments.

Sincerely,

Philip L. Sblendorio
Senior Vice President
Regional Relationship Manager




FMB.com



May 12, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu:

My name is Felix Pena. I am real estate broker at Hilton & Hyland where I have been employed for 20 years. I am a non-practicing Attorney. I have known Arman for 7 years as my client in a professional capacity. Our acquaintance has grown into a friendship which has made me feel like family. While I do not know the circumstances of his case, I was saddened to hear his name was included. There is no human being who has not made wrong choices. We all make mistakes, but mistakes learned, acknowledged and owned can and will change one's life for the better. Over the past couple of years, I have witnessed his stress and how this has affected him. I believe Arman has owned his mistakes and is ready for rehabilitation.

I know Arman as a loving, caring individual not only to his family, but also to the many employees he has throughout Los Angeles. I would say all of Arman's employees hold him with high regard. Working in real estate can be stressful, and when his employees need personal time off to attend to family matters, Arman does not hesitate to let them go resolve their needs. I adopted a child with a heart condition which required open heart surgery and Arman always asks me how is he doing? This is telling, because it says he cares for a kid not his own. I believe Arman has an open heart for all. Arman's persona and character are a rare find. I find him to be calm, collected and always offers a lending ear willing to listen to other's problems, as if he doesn't have enough to do. We talk about so many things happening in World and in our City today, that it worries him how his children and grandchildren will live. Arman is that early morning employer who arrives first at the office and last to leave at 7 pm. That is a very long day, and I often tell him I don't know how you do it, or where you find the energy to put out fires 12 hours per day, up to 7 days per week. I have high respect for his hiring practices by including a diverse employee roster with absolutely prejudice to none.

Arman is a hands-on person who doesn't believe in delegating. Arman has no time for sick days as there is no one who would know how to carry out the many responsibilities he has acquired over the last 40 years. I even remember him working through the Covid shut down. In short, Arman is very much needed at the office daily.

I hear Arman will be subject to some type of sentencing. In my personal and professional experience, I believe it would be counter-productive to receive a sentence inconsistent with where I believe he can best serve the several hundred employees who rely on him daily. I believe the physical and mental stress caused by this case for the last several years is enough. I want the best for my friend as I know this has affected him greatly. Arman needs to put this behind him today, and open a much needed new Chapter in life.

Sincerely,

*Felix Pena*

Felix Pena

Jonathan Moradifar
1508 Veteran Ave., #304
Los Angeles, CA 90024
jonathanmoradifar@yahoo.com

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: <u>United States v. Arman Gabaee</u>, 18-CR-00331 (GW)

Dear Your Honor,

My name is Jonathan Moradifar, I am 28 years old, and I currently live in West Los Angeles. I passed the California State Bar in November 2021, and a few months later, decided to propose to my law school sweetheart, Josephine. I met Arman around three years ago through Josephine, as Josephine is best friends with Arman's daughter, Julia.

Back then, when I would run into Arman, he would always take the time to converse with me and ask me how I am doing. He would inquire into my studies in law school, and how my relationship with Josephine was going. Now, Arman always inquires into my career, the steps I am taking towards marriage, and how I plan to effectuate growth in both regards. This line of communication was not specific to me—Arman would, and still does, stop and check in with those around him. Right off the bat I could tell Arman was a well-respected figure within the community, and someone those around him trust. By the same token, the time Arman took to check in with those around him also reflected his open-hearted character.

To that end, when the time came for me to propose to Josephine, I thought it would be special to gather close friends and family around to celebrate this milestone in our lives. However, due to a last-minute mishap, I was left with no venue to gather those I had invited.  Julia, who was involved in the plan, told me not to worry. After hearing about my mishap, Arman had told Julia to inform me that I could use his home for my gathering. Arman then proceeded to tidy up his home and went through the trouble of clearing out the space so I could facilitate my special day. Despite Arman's busy schedule and many obligations to others, he stayed involved and made sure everything flowed seamlessly.

Beyond the gratitude I had for Arman when he opened his home to me, that moment captured the type of figure Arman is within the community. Absent a familial relationship, Arman treated me like his own son. That moment demonstrated Arman's open-hearted character, and how he voluntarily went out of his way to mitigate the struggle of another person. Through his act of kindness, I saw that Arman has an unconditional helping hand for those around him. I am certain that Arman's obliging character is recognized through any role he fills, whether it be a friend, father, or community member.

Despite Arman's conviction, I nevertheless still have respect for him because of all the many great qualities that he has demonstrated not only towards me, but to everyone around him. Therefore, I kindly ask the Court the impose the most lenient sentence upon Arman.

Sincerely,

Jonathan Moradifar, Esq.

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012


Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu:

My name is Dina Ghodsian Levy, and I have known Arman Gabay for more than 40 years. Arman is my late father's first cousin and has been like a favorite uncle to me and my siblings since he first immigrated to the United States decades ago. Our families have spent countless time in each other's company.

Arman is a kind-hearted and sensitive soul. After my father passed away suddenly in 2003 and my two brothers were suffering, Arman reached out to them with help and guidance, even though he and his family were struggling with the untimely loss of his own brother at the same time. Arman gave one of my brothers a job, and he counseled my other brother about the path to a successful marriage.

Arman has celebrated all of our family milestones with us – birthdays, baby namings, funerals, Bar Mitzvahs, engagement parties, weddings – and he and his devoted wife, Elenor, have invited us into their home to commemorate the same occasions in their lives, along with their exceptionally sweet children, Nicolette, Julia, Jonathan, and Lauren.

Arman's parents, Nourollah and Mahboubeh, have never recovered from the loss of their eldest son. They are elderly, Nourollah is ailing, and Arman is his parents' primary caregiver. I am deeply concerned about their ability to withstand the negative effects of another deep trauma within their immediate family. Arman's parents, and his wife and children need Arman beside them, especially during these historically challenging times. Separating Arman from his two younger children in particular will harm them irreparably.

Arman is an esteemed member of our community, and despite his current challenges, he is a man whom I respect greatly. Depriving him of his freedom will not serve the public good. Rather, it will interrupt his philanthropic efforts and send an extended family of dozens of people into mourning. For the sake of our family and our community, I respectfully plead with the Court for leniency in the sentencing of Arman Gabay and urge the Court to impose the lowest appropriate sentence.

Sincerely,

Dina Levy

**WHITNEY GHODSIAN**
**725 N ALFRED STREET**
**LOS ANGELES,CALIFORNIA 90069**
**TEL (310-275-7715)**

Honorable George H. Wu
United States District Judge
Central District of California
350 West 1st Street, Courtroom 9D, 9th Floor
Los Angeles, CA, 90012

RE: United States v. Arman Gabay
Docket No.: 2:18-CR-00331-gw

Dear Judge Wu,

This is a letter by Whitney Ghodsian, on behalf of Arman Gabay whom I have personally known my entire life. Arman is a relative who has shown nothing but kindness and love to me always.

When I had a severe burn accident back in 2008, Arman visited me numerous times in the hospital. He came despite his busy schedule to spend time with me. He raised my spirits by cracking jokes and helping me recover psychologically. He is the most selfless kindest man. I will always remember his acts of kindness not just then but throughout my life. Arman is a devoted family man not just towards his immediate family but with his extended family as well. I can surely attest to that.

He is also a very charitable man. I witnessed his charitable contributions to a non-profit organization that my mother was president of for many years. He is always there to help others in need.

I thank you for your time in reading this letter. Please don't hesitate to contact me should you need any additional information.

Sincerely,

Whitney Ghodsian

Josephine Donna Far
901 Hartford Way
Beverly Hills, California 90210

The Honorable George H. Wu United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 28-CR-00331 (GW)

Dear Your Honor:

My name is Josephine Far and it is my honor to write this letter on behalf of Arman Gabay. I am an
associate attorney at law firm, specializing in products liability and mass tort defense.

While Arman is technically a family friend, I truly view him as my second father. I met Arman over
ten years ago when his daughter, Julia, and I became best friends in high school. Ever since, Arman
has been a guiding force for me through every milestone of my life.

What strikes me most about Arman is his passion for investing in others, especially his commitment
to young individuals in our community. Since I have known Arman, he has helped me become the
best version of myself, whether or not he knows it. For example, every time I stop by Arman's
office to visit Julia, Arman stops everything he is doing at work to ask me how I am doing. I always
feel proud and excited to share updates and moments in my life with Arman because I can count on
him to cheer me on and express his pride in my success. But it never ends there. Arman always
offers his two cents on how we can continue to grow and do better. He doesn't do this because he
has to, or because he is being nice. He does this because this is who he is—an epitome of a
leader— empathetic, uplifting, warm, and always committed to doing better. I know that I speak on
behalf of many individuals in our community when I say that we look up to Arman and strive to
attain his humility and strength.

I have had front row seats to Arman and his family's experiences since Arman was arrested. While
the past few years have been tumultuous for him, his family, and the people who love him, Arman
has consistently taught us to remain strong. Like the true leader he is, Arman never stopped
showing up for the people who depended on him. Every time I see Arman, he greets me with a
warm hug and a shining smile. We chat, laugh, and mutually praise Julia and how impressed we are
by her. I always tell Julia that she is her father's daughter, as she exudes Arman's signature warmth
and strength.

To that end, taking Arman out of our community would mean cutting off our community from an
unconditional pillar of support. Our community needs him. Our community depends on him to
make us who we are. Arman is a gift to our community, and I respectfully ask that you do not
change the direction of Arman's life.

Thank you very much for your time, and should you need any additional information, please do not
hesitate to contact me.

Respectfully,

Josephine Far

Josephine Donna Far, Esq.
farjosephine@gmail.com
(310)-733-9891

# FLATEMAN ROTHMAN & JOYCE, LLC

500 Fifth Avenue, Suite 1725
New York, New York 10110

BERNARD I. FLATEMAN

Direct Dial      212 840-2846
Email  buddy@flateman.com

Main 212 840-6050 Ext 101
Fax          212 840-2345

June 10, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

Dear Judge Wu:

I am an attorney in New York City. Our firm's practice is focused on retail leasing on a national level. As such, we come in contact with both retailers and shopping center developers and operators, in situations that are usually upbeat with shared goals by both parties, but also in situations that are difficult --- where the character of the respective parties are tested and become evident: selfish or cooperative? short-sighted and narrow, or big picture and creative? aloof or empathetic? Having worked closely with Arman Gabay in these situations for some time, I believe I am qualified to speak to these matters, and submit to you the following:

What is the difference between a Dreamer and a Visionary?

In some ways there is no difference, and in other ways the difference is enormous and everything: Every person anointed as a "Visionary" first started as a Dreamer, and then embarked on a journey in pursuit of that dream; and when, by some combination of luck and/or skill and/or hard work and/or perseverance and/or grit . . . was able to make that dream come true. But only then, only at that successful end that so few of us reach, do we call that person a "Visionary" . . . for all along that difficult journey that person is just a "Dreamer", and is often derided as such and is often taken advantage of as such.

Arman Gabay is known to be a Visionary in his business life, and we know that he has received the financial rewards of his success.

FLATEMAN ROTHMAN & JOYCE, LLC                                                    - 2 -

But I suppose a Visionary can still have dreams, and I have known Arman Gabay only in my experience as his attorney involving the Gran Plaza Outlet Center in the border town of Calexico, California . . . and in that long and difficult journey, one that began over ten years ago and continues today, he began and remains a Dreamer.

As such, I am writing in support of Arman Gabay, because I have been witness to just some of the many obstacles placed before him; I have witnessed his personal disappointments and how this Dreamer has responded in his long and still difficult struggle to make his border-town dream a reality.  Moreover, I have been witness to Arman Gabay's character as – in the face of obstacle after obstacle - he strives to overcome and encourages his team onward; in the face of those who seek to take advantage of a Dreamer, he still remains too-loyal and too-deferential to others, often to his own detriment; *and in the face of setbacks and, yes, mistakes, whether his own or of his team – he owns up, and then makes good*.

I know little of the matter now before the Court.  But I can tell the Court this:  that in the deliberation of crime and punishment; that in the deliberation of crass versus character; that in the deliberation of those worthy or unworthy of second chances, and what will become of a second chance -- Arman Gabay will face his mistakes, he will be humbled by them, he will own up, he will make good.  He will not disappoint the Court.

And because he will be judged not just through the eyes of the Court, but through the eyes of his family – his wife and his children who are his whole world -- of this I could not be more confident.

Sincerely and Respectfully,

Bernard I. Flateman

June 10, 2022

# LUIS ESTRADA

1217 Eady Avenue, Calexico, CA  92231 * 760.235.6003

**lestrada.pus@gmail.com**

May 25, 2022

**THE HONORABLE GEORGE H. WU**
**UNITED STATES COURTHOUSE**
**350 WEST 1ST STREET**
**LOS ANGELES, CA  90012**

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Honorable Judge Wu,

My name is Luis Estrada.  I retired in 2011 from the City of Calexico after 38+ years of service.  During that time, I worked in various positions and up to Interim City Manager.
Calexico is located in the Imperial Valley, where over 22% of the population is living in poverty.

I first met Arman Gabaee in 2003, while I was Interim City Manager at the City of Calexico.  During that time, Armand was negotiating with a local commercial property owner for the purchase of a property on the border of Mexico and California.  Arman conveyed that his dream was to build a shopping center in said property.  Arman was supportive and a donor in several community events including, but not limited to: Mariachi festivals, 16th of September celebrations, and other Chamber of Commerce events.

Arman was successful in fulfilling his dream of building a shopping outlet.  This has brought much needed tax revenue to the economically depressed city of Calexico.  Like in Calexico, Arman has made a positive impact to other communities.

At the present time, there are pending projects that Arman has in the works.  It would be a shame that they are left unfinished when they could make such a positive impact to our county, which has the highest unemployment rate in the State of California.

During our professional relationship, my experience with Arman was that of a man with a generous, noble and respectful character.

I hope that Arman can continue helping other communities, like ours, freely.

Thank you for your consideration,

Luis Estrada



**The Persian American Women's Conference**

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My name is Susan Eshaghian, and I am the current chair of Persian American Women's Conference (PAWC), the current Vice President of Iranian American Jewish Federation, and the past president of Malka Hadassah in California. PAWC is an organization that supports women and children causes worldwide.  During my tenure, I have witnessed Arman Gabay's philanthropic efforts that have led to opportunities for young students to complete their education. On numerous occasions, Mr. Gabay volunteered his time and resources to ensure children with special needs and their families can have a second chance at higher education. In 2017 Arman was among the prominent contributors to the Caldwell children, a renowned international institution helping families of children with special needs.

Judge Wu, Arman is one of the few men who attended our conferences and ensured his presence in support of women's causes is visible.  In a culture such as ours, men like Arman are an anomaly and are held in high regard since their involvement cultivates recognition of female leadership in patriarchal settings.

Your honor, depriving Arman of his freedom will not benefit our community or his loved ones. Mr. and Mrs. Gabay have a solid marriage of 32 years that resulted in 4 adult children who are upstanding citizens and community members.
Judge Wu, I thank you for your time, and the consideration you have given me to tell you about my experiences with Mr. Arman Gabay. Please do not hesitate to contact me if the need arises at 310-849-5746.

Susan Eshaghian
Chair PAWC 2022

The Honorable Judge H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

   RE:  Unites States V. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

  My name is Mike Condon. I have known Arman personally for about five or six years and met him in my business capacity as Vice Chairman of Cushman & Wakefield in Los Angeles. Although I originally met Arman in a business capacity, this letter is being composed from a personal standpoint.

  The reason I feel compelled to write this letter is I believe Arman is a genuinely good human being. Contrary to what others might write, I actually understand how Arman could have gotten caught up in his current predicament at no intentional fault-- or completely at fault-- due to who he is as a person. Arman is one of the most thoughtful and caring people I have met in my adult life. One story that is emblematic of Arman's generosity was within the first six month's of meeting him, when he had no reason to try and ingratiate himself to me. We happened to be walking out of a tour at one of his Beverly Hills properties when he asked me to stop in a jewelry store to pick up a gift for his daughter. Family is so important to Arman and he is always doing thoughtful things for them. While in a boutique, I got a call from my wife, explained to Arman that it was her birthday and I would step out to take the call for a minute, and quickly left the shop. When I walked back in five minutes later, he had a gift-wrapped box to give to me. I asked him what it was, and knowing my wife was Armenian from a conversation we had on the first day I met him, he had bought her an evil diamond encrusted necklace. I have never told Arman this, but I stole the credit for his gift having woefully underperformed in only getting her flowers!

  This is just one of many examples of Arman's joy for helping others, his givingness, and his thoughtful character. One more example of this quality that is ingrained in Arman, was when my wife and I got home from the hospital with our first children (twins) and of course, the first person to send us flowers (and a massive arrangement at that) was Arman. What was so surprising, was I had not even told Arman about when our due date was, but he had back channeled with other members of my team to find out when we were due and had marked his calendar and tracked the birth. Arman is one of the most generous and thoughtful people I know, and it is easy to understand how his kindness towards others got him into his current predicament.

  I felt compelled to write this letter because beyond the kindness he has demonstrated to me in our recent years, Arman is also in a position to do much good for the community, to which I am concerned a prison sentence may delay or even wash away completely. While developers are commonly cast as fat cats who don't care about the community, I know from my professional dealings with Arman he has an ability to have a material impact on the community by following through with several of his larger developments. Besides many of the large-scale commercial projects that will transform several blighted communities around Los Angeles, I know he is spear-heading plans for nearly 2,000+ potential housing units in the market, when housing is so desperately needed. So beyond the personal impacts a tough sentence would bring, the community at large will suffer if these projects get put on hold at a moment in time when housing is so desperately needed.

In closing, I ask that as you consider sentencing that you are empathetic in understating Arman's ethos. In hindsight, I am sure Arman (and all of us) can appreciate the poor optics that his kind nature to a County official could be misconstrued in retrospect, but I hope some of the comments about his character stick in your mind when you are considering your sentencing. This letter could have easily been ten pages vouching to Arman's character and thoughtfulness. Arman certainly deserves a reprimand publicly due to the negative public perception of how his givingness can easily be misunderstood (that his guilty pleas, fines, and community service would hopefully satisfy), but I don't think anyone benefits or the community is better off in any way (and in fact will be negatively impacted) by him actually serving time behind bars. I ask for your leniency in this matter, but trust justice will be served based on your expert opinion.

Sincerely,

Mike Condon

Mehran Ron Berookhim, J.D
392 Norcroft Ave.
Los Angeles, CA 90024
Mobile: (310)877-4208
Email: ron@BeverlyCatering.com

Honorable Judge George Wu
United States Courthouse
350 West 1st Street
Los Angeles CA 90012

Re: United States vs. Arman Gabaee,
Docket No: 2:18-CR-00331 (GW)

Dear Your Honor,

My name is Mehran Ron Berookhim and I am the owner of a wedding and Bar-mitzvah catering company in LA. I'm 51 years old and am writing this letter in support of Mr. Arman Gabay; whom I have known and deeply respect for over 30 years. I have also worked with Arman on several events for his four kids. In my line of work, I get to see people's true personality and character come out. Arman is a genuinely humble, caring, compassionate, and good man.

I'm sure there will be persons who will tell you about Arman's work- ethic, generosity wisdom and success in business and family. What I want to touch on is how humble, down to earth, empathetic and generous Arman is. He is always giving; not just money, but his time. He helps when nobody asks for help. When nobody is looking, and there is nothing in it for him. As a small example, Arman is the guy who I've seen at a party help an older female waitress at the Beverly Hilton Hotel move the buffet tables. Arman was just a guest. He didn't want the older waitress lifting tables. This is just a small window to Arman's character and personality. When I ask Arman for advice on something, he will spend 45 minutes or longer to help me, even though there is nothing in it for him. He is selfless, and a workaholic. Arman never hesitates to help pull people up. I can write pages of life lessons I have learned from Arman. One lesson from ten years ago that I still repeat to my friends is about Arman's biggest regret. He wished he had spent more time with his kids while they were young, because you never get time back. I see him now spending more time with his cute grandson and four children. He is a family man.

Arman once told me his brother died of cancer, at a young
age. What was the lesson? You have a limited time to do
good. Make it count. He had tears in his eyes when talking
about what his dad and Arman went through when his brother was
sick, and people were trying to scam this dying man. Somehow the
lesson was even when people take advantage of your trust and
generosity don't let that stop you from giving to the next
person who needs help. Don't let bad people ruin your good
nature.

Arman is generous to a fault. He gives his time, energy and
experience. Every time I've seen him at a party, he's talking
to someone on how they might do something better or smarter. He
has the wisdom of an elder. He has unintentionally been giving
me life lessons for decades. He is astute. All my staff love
him, and they usually don't like everybody. Arman is not a show-
off; just the opposite. He treats everybody the same; with
respect. He's non-judgmental. To this day, my staff don't know
Arman is a business success story; because he, his wife and
family are so humble.

Your Honor, I apologize for this letter being long. I deleted a
lot. I could go on with many examples on how good hearted Arman
is. In my humble opinion, Arman would benefit society more by
continuing to contribute to everybody who's life he
touches. Society would not benefit from him being
incarcerated. I will not make any excuses for Arman's mistake,
but a mistake doesn't define a man's lifetime of hard work,
honesty, decency, contribution and compassion. Please go easy
on him. The world needs more people like Arman. The good he has
done over the decades should count for something. I believe this
whole process has been very embarrassing and unbelievably
difficult for his four children, wife, family and Arman. There
is some level of punishment already experienced here.

I'm sure Arman doesn't even know how much others and myself look
up to him. He's too humble to think he's anybody special, but
he is. Please take this letter under consideration when you are
judging this fine man.


Sincerely,

Mehran Ron Berookhim, J.D

Behzad Bekhrad

520 N. Beverly Glen Blvd

Los Angeles, CA 90077


May 30, 2022


The Honorable George H. Wu

United States Courthouse

350 West 1st Street

Los Angeles, CA 90012


Re: United States v. Arman Gabay,  18-CR-00331 (GW)


Dear Your Honor,

My name is Behzad Bekhrad. I am 61 years old married, and father to 3 children. I am a graduate of University Southern California with B.S. in business administration with emphasis in accounting. I later attended Southwestern Law School. In middle of my 2nd year of Law School, I was forced to take a leave absence from law school to help my father start a textile business. I am still engaged in the same business for the past 37 years.

I have known Arman Gabay for almost 50 years, first meeting him in Junior high school. As a rule, my father always emphasized choosing friends based on not only the individual but their family values.

Due to the fact that the Jewish Iranian community is very small, it is very easy to know other families very closely. I clearly remember the day my father was driving me to school on a lightly snowing day when I asked my father about my new friend, Arman Gabay's family. My father told me how highly regarded their family was in the community. My father always had a deeper understanding of the Iranian families, since he spent most of his life as a pro bono mediator. Toward the end of his career, my father spent years as vice president and then chairman of the Meditation Committee at the Iranian Jewish Federation.  Many years later, my son asked me the same question about Arman Gabay's son who was his classmate at the time. Based on my experience with Arman, still then years of family friendship with

then I too had the same response. Arman and his family have been and still are a pillar of compassion, generosity to those in need, humility and acceptance of all.

Arman is caring and charitable person who always helps and comes to the rescue of anyone in need. When he tragically lost his brother to cancer, he quickly made sure to fully support his late brother's surviving wife and kids. Anytime there is someone in need Arman is always the first person to generously helps without needing recognition or asking any questions.

Under Jewish marriage law, each family picks one person to be a witness and sign the traditional religious marriage certificate. That person is generally picked because of their good morals, purity of character, and that person is the one that in my eyes holds family values because in some ways they are a guardian of the marriage union and the family that will come from that union. All those traits were why my family picked Arman Gabay's father, to be the witness to my brother's marriage. As my brother and his wife just celebrated their 25th Anniversary, we always feel that the Gabay family's goodness and purity in some ways has always been a part of their blessed marriage.

I am basically writing this letter to give you a glimpse of my 50 years of experience with Arman Gabay and his family. Generation after generation my family has only seen everyone in the Gabay family as the most compassionate upstanding individuals, with positive morals, values and generally caring for everyone and anyone in the community. Arman always avoids conflict with others, and treated every one with respect. Arman has been a present, loving, caring father to his 4 children, and now his grandchild.

Arman is loved and respected by everyone in the community, never in the 50 years we have known each other have I heard or witnessed anything less than positive about Arman. I know in my heart based on my many long years of knowing Arman Gabay that he has great remorse for what has transpired in this case.

Your Honor, my choosing and my reason for writing this letter is to request you to show mercy and leniency toward Arman Gabay in your sentencing. Please consider and see Arman as a whole, and please give weight to all the positivity he gives to all around him, and all he has done for the community.

Sincerely,

Behzad Bekhrad

May 28, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

RE:  United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu:

I am a business acquaintance of Arman Gabaee and have known him since the 1980's.

I have grown up here in Southern California, have 6 kids and 12 grandchildren.  I majored in physics and math at Cal State Los Angeles.  I have worked for three different supermarket companies, primarily working on new store development, during my 45 year career.  I am currently Vice President Real Estate for Grocery Outlet, a 420 store public company.

I came to know Arman because his company has been active in shopping center development.  I worked on several different locations over the years with him.

One particular property, in Los Angeles, just south of the University of Southern California, is most demonstrative of my experience with him.

I was interested in locating a Food 4 Less store on his property.  It so happened that the Redevelopment Agency of the City of Los Angeles was looking to get involved with a redevelopment of the property.  I have worked on dozens of locations in Redevelopment Project Areas (as they were known at the time).  I knew that the agency could help in a variety of ways (financial and otherwise) with the redevelopment of a given property.

Arman had worked on the property for quite some time.  I thought that he would be eager to approach a redevelopment of the property with the help of the redevelopment agency.  However, to my surprise, he told me that he didn't want to take advantage of public financial assistance.  He was willing to put his own capital into the project and thought that it would be improper to take advantage of public assistance because it wasn't needed on this particular property.  I admired him for it, and I was very

impressed. I never forgot my conversation with him, and I never experienced anything like this in my career. The incident really said a lot about what kind of a person he was.

Arman was always kind, soft spoken and a pleasure to deal with. I have worked on nearly a thousand supermarkets in my career, and Arman truly stands out as one of the developers that was exceptionally straightforward and easy to deal with. I have always respected him greatly.

In spite of the particular charges against him in this case I have great respect and admiration for the way he conducted himself with me for many years.

For the record, I have never had any dealings with him other than in a business environment.

I am writing this letter because Arman has impressed me for many years, and I would hope that the court will be as merciful as possible and impose the minimum sentence that your guidelines will allow.

Thank you for the opportunity to provide this background information about Arman.


Sincerely,

Patrick Barber

626-826-4946

Shirin Afar, Esq.
Attorney At Law
6200 Wilshire Blvd. #1508
Los Angeles, Ca. 90048
(310) 927-3539


5/13/22

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, Ca. 90012

RE: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

My name is Shirin Afar and I am a practicing attorney in the Los Angeles area. I am the childhood best friend of Arman Gabaee's wife, Elenor, and have personally and closely known Arman for over 30 years.

In 2003 after a very difficult divorce, I was forced to go back to school to support myself and my family. I decided to go back to school to complete my lifelong goal of becoming an attorney and found a night school program that allowed me to obtain my degree while still being able to work during the day. However, I only qualified for partial financial aid and I was unable to afford the program.

When my best friend, Elenor, had discussed my personal and financial difficulties with her husband, Arman, he immediately reached out to me and offered his unequivocal help and support. Arman not only generously offered to pay for my entire tuition for all 4 years, but he also offered to pay for my babysitter on the evenings I had to attend school. I always knew Arman to be an extremely kind hearted and generous person, but I was completely taken aback by the extent of his generosity and heart in extending himself to me during my hardship.

Because of Arman Gabaee's belief in me and his humanity towards my situation, I was able to complete my goals and have been practicing law successfully and proudly since 2008. I know of so many instances through the years in which Arman has voluntarily reached out to those in need and made a huge impact in their lives as he did in mine. Despite this current situation, I have tremendous respect for Arman as a human being and believe that he is an asset to humanity and society.

I plead Your Honor for leniency and mercy in sentencing Mr. Gabaee because my honest belief is that his presence and energy in the world is for good and that he can make substantial positive impacts in our world by being in it rather than incarcerated.

Respectfully,
Shirin Afar, Esq.

DR. BIJAN AFAR DDS, MS
11126 CHANDLER BLVD.
NORTH HOLLYWOOD, CA. 91601
(310) 770-5580

5/13/22

THE HONORABLE GEORGE H. WU
UNITED STATES COUTHOUSE
350 WEST 1ST STREET
LOS ANGELES, CA. 90012

   RE: UNITED STATES V. ARMAN GABAEE ; 18-CR-00331 (GW)

DEAR JUDGE WU,

MY NAME IS DR. BIJAN AFAR AND I AM AN ORAL SURGEON PRACTICING IN SOUTHERN CALIFORNIA SINCE 1988. I HAVE KNOWN MR. ARMAN GABAEE FOR NEARLY 44 YEARS SINCE HIGH SCHOOL AND THROUGH MANY MUTUAL FRIENDS.

AS FIRST GENERATION IMMIGRANTS BOTH ARMAN AND I CAME TO AMERICA AS YOUNG MEN AFTER FLEEING OUR COUNTRY OF ORIGIN, IRAN, FOR BEING PERSECUTED FOR OUR RELIGION. WE BOTH CAME TO AMERICA WITH ABSOLUTELY NOTHING OTHER THAN THE WILL AND COMMITMENT TO SUCCEED AND LIFT OUR FAMILIES OUT OF OPPRESSION AND POVERTY AND HAVE BOTH ACHIEVED THE "AMERICAN DREAM" THROUGH TREMENDOUS HARD WORK AND PERSEVERANCE.

THROUGH THE YEARS, I HAVE WITNESSED ARMAN'S INCREDIBLE SUCCESS BOTH AS A FINANCIAL AND COMMUNITY LEADER AND ALSO AS A FAMILY MAN.  DESPITE HIS RISE TO SUCCESS, ARMAN HAS ALWAYS REMAINED THE MOST HUMBLE, KIND, AND REACHABLE PERSON- WHICH IS QUITE RARE IN MY OPINION. I HAVE PERSONALLY WITNESSED ARMAN'S CHARACTER AND CONDUCT BOTH IN A BUSINESS AND PERSONAL SETTING AND HAVE ALWAYS WITNESSED HIM TO BE AN HONEST, STRAIGHT FORWARD, DIGNIFIED MAN AND A PERSON WHO ALWAYS KEEPS HIS WORD WITH INTEGRITY.

I PERSONALLY KNOW OF DOZENS OF PEOPLE IN MY COMMUNITY THAT HAVE BEEN ASSISTED AND LIFTED BY ARMAN'S PHILANTHROPIC EFFORTS. I KNOW ABOUT THESE CIRCUMSTANCES NOT BECAUSE ARMAN EVER MENTIONED THEM, BUT BECAUSE THOSE PEOPLE WERE SO TOUCHED THAT THEY EXPRESSED IT TO ME AS THEIR DOCTOR OR FRIEND.

I TRULY STAND BY AND BELIEVE IN ARMAN'S CHARACTER AS A MAN OF HIGHEST INTEGRITY AND BEST HEART.  I SINCERELY PRAY THAT YOUR HONOR WILL CONSIDER ALL OF MY HEARTFELT CHARACTER TESTIMONIES AND SHOW LENIENCY AND MERCY IN SENTENCING MR. GABAEE. HE IS A FORCE FOR GOOD IN THE WORLD AND I PRAY THAT HE WILL CONTINUE TO BE AN ACTIVE PART OF SOCIETY AND ABLE TO MAKE CONTINUED POSITIVE IMPACTS ON OUR COMMUNITY.

SINCERELY,
DR. BIJAN AFAR

Elliott Gabay
1474 Donhill Drive
Beverly Hills, CA 90210

The Honorable George H. Wu

United States Courthouse

350 West 1st Street

Los Angeles, CA 90012

    Re:    United States v. Arman Gabaee, 18-CR-00311 (GW)

Dear Judge Wu,

My name is Elliott Gabay, and I am Arman Gabaee's (also known as Arman Gabay) nephew. I am Mark Gabay's last child, recently turned 25 years old and started working with Arman and the Charles Company in July of 2021.

Describing what my uncle means to me is a near impossible act but I will try to capture my love and respect for him in this short statement. I believe Arman is truly the embodiment of the American dream. Arman, my father, and my grandfather came to this country from Iran with little income but large aspirations. I have always admired the fact that they did not pity themselves and give up when their first two businesses failed but constantly got up and tried to create value and income in a different but creative way. Arman is not successful due to luck, but rather sheer hard work, determination, hustle, and honesty. They have all worked tirelessly every day to be where they are while simultaneously being incredible grandfathers, fathers, uncles, friends and role models.

My earliest memories of my uncle were him playing with us in the backyard or helping him wash his car. Arman has a love for life, always has a smile on his face and is quick with a joke. He was the person who taught me how to play backgammon at my Grandfathers house and would put a big emphasis on how to always try and look at how to do things differently than the majority. I think that's one of his many super powers. Another super power I've always tried to learn was my uncle's incredible optimism. No matter the situation or the problem he faces, Arman refuses to quit and is always sure that there is light at the end of the tunnel. Without this, I do not believe our family and my father and uncle's company would be here today. This optimism was put on display after the Rodney King riots when a majority of the real estate developers and tenants evacuated South Central due to the economic uncertainty of the area. While a majority of the market saw ruin, Arman saw an opportunity to help the community by building in the area and creating shopping centers for grocers, local restaurants, and other companies to thrive, creating thousands of jobs, lowering the crime rate, increasing the surrounding home values, and raising tax revenue for the City and State.

My uncle makes it a priority to improve anything he touches and tries to help out everyone around him. My uncle has helped countless people throughout his life with no compensation or payback in mind. Rather solely because he wants to do it and believes that it is the right thing to do. He is kind, generous, understanding, and loving. I have been incredibly fortunate to have him as my uncle, friend and mentor for my entire life. He has always looked out for me, my cousins, and friends; because he wants everyone to grow to their fullest potential. Words cannot describe my admiration and love for my uncle. I hope this statement gives a glimpse into the great and kind man he is. Thank you for your time.

Kind regards,

Elliott Gabay

Oliver Gabay
9034 Sunset Blvd
West Hollywood, California, 90069
(310) 951-5495

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re:    United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Your Honor,

I am Oliver Gabay, Arman Gabay's nephew. Growing up my uncle and my cousins lived next
door to me and my family. Thanks to the close proximity and the nature of our close families,
Arman was nothing short of a second father to me. He comforted me when I was sad, guided me
when I was lost, and supported throughout the endeavors of my life.

I have many fond memories of my uncle, even once I had grown up and left my childhood home
he was always there for me. As a child when he saw me in our backyard, if I even looked
remotely distraught he was always very quick to come outside and check in. This lead to many
heartfelt discussions and instilled in me a great appreciation for my Uncle Arman.

Now as an adult I am lucky enough to work with my Uncle, and although I am older I am still
learning from him every day. As a developer he makes the needs and concerns of the community
a priority for any development. Always emphasizing the job opportunities the process of the
development will create as well as the completed project, in addition to being an amenity for the
surrounding residents.

To take Arman away from me and his family would leave us without his jokes and support
especially when we are all at the threshold of our major life events. Furthermore to deprive Los
Angeles of one of the few honest real estate developers working hard to curate Los Angeles'
landscaped into a city where all the needs and wants of its inhabitants are met.

Arman is a good person, who always puts others before himself and is loved by all who have the
pleasure of meeting him. I ask that you exercise leniency your Honor and allow Arman to
continue to be a free member of society.

Thank you very much for your courtesy. Should you need any additional information, please do
not hesitate to contact me.

Sincerely,

Oliver Gabay

Kasey Afshani
723 N Maple Dr.
Beverly Hills, CA 90210
Tel: 310-980-9310

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

Re: United States vs . Arman Gabaee 18-CR-00331 (GW)

Dear Judge Wu,

My name is Kasey Afshani and I've just recently graduated from high school and am preparing
to attend university in the fall. I've been a close friend of the Gabays since before I could
walk—they have always been like a second family to me. Their daughter, Lauren, has been like a
sister to me for as long as I can remember, with Arman being like a second father to me.

There's a photo framed in my house of me as a small child on Arman's shoulders. When I
inquired about the backstory of the photo, my parents told me it was taken on a trip our families
took together to Italy. I'm the youngest of all of the kids, and one day they all wanted to hike to a
store. The heat was blazing, so none of the adults wanted to go, but I was too little to walk there
on my own two feet. The photo of Arman and I was taken when Arman lifted me up, sat me on
his shoulders, and hiked to the store so that I could be with all of the other kids.

Ever since I've known Arman, all he has ever been is a kind and welcoming presence not only in
my life, but in the life of all those who have the pleasure of encountering him. I've never felt like
a guest in his home because he has actively worked to make me a part of his family, whether it
be through vacationing together, inviting me to family dinners, or simply allowing me to
rummage through his pantry. He has always looked out for me, offered me advice, and taken me
on as a responsibility when he, quite simply, didn't have to. When I was younger, I thought that
this was customary and took it for granted. Now that I've grown, I can clearly see that Arman is
an exceptional human being with a warm heart overflowing with love, compassion, and
benevolence.

Sincerely,
Kasey Afshani

May 27, 2022


The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

                    Re:        United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Your Honor:

I am Jeffrey Seymour, president of Seymour Consulting Group, a governmental relations company
founded in 2002. Previously I served in government as a senior deputy to former Los Angeles
County Supervisor Edmund D. Edelman. I've held various volunteer positions including as a
member of the Santa Monica Conservancy and as an Alumni Regent on the University of
California Board of Regents. I've known Aman Gabaee for approximately 11 years.

I'm keenly aware of the circumstance Arman faces. That said the man I know has, for the years
I've known him, to be one who has shown love and respect to both his family and friends.
Personally, during times of illness to me or my family Arman would be one of the first to call to
see how I or my family member was doing offering support & friendship. In addition, I've seen
first-hand his love for his own family expressed numerous times as he prepared for events
including vacations, graduations, or weddings.

Your Honor, I can only imagine the heavy burden you carry when those convicted come before
you for sentencing. It is my hope that the whole of Arman's character, his love for family and
friends & his commitment to assisting those in need, will support consideration for leniency at his
sentencing,


Sincerely,


Jeffrey A. Seymour

CARLY GHODSIAN
1214 HILLGROVE PLACE
BEVERLY HILLS, CA 90210
TEL (310) 402-1242

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu:

My name is Carly Ghodsian. My grandmother and Arman Gabay's father were siblings.

Our family is a very special, close knit family with kind hearts, good values, morals and beliefs.

I grew up spending many nights sleeping over at Arman's home with his second daughter Julia. Arman always welcomed me with open arms, warm hugs, a big smile and always made me laugh. He treated me as if I were his own daughter, always so generous and showing gratitude for my presence.

Arman brings so much light not only to his family, but to his friends, community and the city of Los Angeles.

Having known Arman for 27 years now, I can confidently say he is a man that comes from a family of pure values. He is truly a good person.

Arman is a devoting and loving son, husband, father and grandfather.

If you were to take a poll about Arman's character from our community, I can assure you it would be a positive one solidifying his trustworthiness, dedication, respect and love everyone has for him.

Sincerely,
Carly Ghodsian

Josh Wieting
831 N 27th St.
Boise, ID 83702
(208) 870-9633

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

Re:    United States v. Arman Gabaee, 18-CR-0031 (GW)

Dear Judge Wu,

I am Josh Wieting, a former employee and family friend of Arman Gabay. I was hired by the
Charles Company in 2016 and I worked closely with Arman in the Leasing Department for over 2
years.

Arman served as a fantastic mentor and was instrumental in helping me establish a lot of the
skillset that I utilize in my career today. He taught us to do things the right way and was always
available when needed. In my work and personal experience with Arman, I can attest that he is
a person of high character. In addition, he is an excellent father with four children that are all
incredible people. I cannot say enough good things about that family.

Arman is a very well respected person and he is needed in his community.

Sincerely,

Josh Wieting

The Honorable George H. Wu

United States Courthouse

350 West 1st Street

Los Angeles, CA 90012


Re:  United States v. Arman Gabaee, 18-CR-0331 (GW)


Dear Your Honor:


My name is Richard Shamooilian and I have known Arman for as long as I can remember. Throughout the time I've known him he has demonstrated a desire to help those around him, always lending a hand when needed.  I'll never forget a time in my life where it seemed nothing in my life was working out.  I happened to run into Arman at the gym, and without me asking he cleared his entire afternoon to sit with me and help me sort through the various obstacles I was facing.  Together we mapped out a gameplan to help me sort through things, and in time, thanks to him I was able to get things in order.  He even went out of his way to check in with me to be sure all was working out. This is no small gesture given the fact that he has a wife, children, elderly parents, now a grandchild, and a business of his own to attend to.  This is just one of many kindnesses he has paid those who know and love him.


While I understand he has been convicted of a crime I ask that you please take his kindness into account as you consider his sentence.  He is an integral part of the community and deserves to have his history as an upstanding son, husband, father, friend, and respected businessman considered as you render judgement.  I pray that he will be given the lowest appropriate sentence under the law.


Thank you for your time and consideration.

Richard Shamooilian

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA  90012


RE:  United States V. Arman Gabaee 18-CR-00331  (GW)

Dear Judge Wu,

My name is Farah Salim, and I have been a close friend of Arman Gabaee for almost 28
years now. I am writing this letter to offer a more complete picture of who Arman
Gabaee is as a person. Arman is a gentle, kind, and generous person who has been an
incredible source of support to me and my family since we met in 1994.

I emigrated from Iran in 1990 as a refugee. When I was 12 years old, my mother was
executed by agents of the 1978-79 Revolution in Iran.  My mother was taken one
morning without any reason or warning and was executed the same day. This massive
loss left myself and my 3 siblings all in the ages of 7-12 in the state of shock, disbelief
and stranded with no support.

When my siblings and I finally immigrated to America, Arman was a life saver. Arman
helped us out with just about everything. He helped us find a home and jobs. He would
regularly check on me and my siblings to make sure we got settled down, and we were
healthy and safe.

Anytime I needed support, Arman has been there for me. If I were to list off every
circumstance, this letter would go on for several dozen pages. Arman has been there
through thick and thin, not only for me, but also for my siblings. Arman is one of the
most loyal, caring and kind people I have ever met in my life.

I pray and ask you kindly to go easy on him.

Regards,

Farah Salim

Olga Peerali
6046 Van Noord Avenue
Valley Glen CA 91401
818-395-7396
olgapeerali@gmail.com

The Honorable Judge George H. Wu
United States District Judge
Central District of California
350 West 1st Street
Los Angeles, CA 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)+++

Dear Judge Wu,

I have known Arman Gabay and his beautiful family since 2006.  I met them while I was working in the position of Summer Program Coordinator at the UCLA Lab School (elementary school on the UCLA campus).

Arman's two youngest children attended the summer program every summer. The family hired me as a tutor to work with Jonathan and Lauren. I got to spend a lot of time at the family's home, while working with the children. It was during one of these visits that I asked Arman his opinion about buying a home instead of renting.  He spent the time to tell me all the advantages of home ownership and how I could pay the mortgage with the money that I was paying rent and I would be much happier in my own home.  I listened to him and it was the best decision I made.  That's the type of person Arman is.  He always offers his insight and informed advice to anyone who reaches out to him.

During this period, I witnessed Arman's presence and involvement in the children's daily lives both in academics and socially.  I was impressed with Arman's interactions with the staff and any other entities who served the family in various capacities, including myself. He was always respectful, kind, and generous. Arman would always be sure to be home before dinner time to spend time with the family, despite his busy work schedule.

My high regard for Arman's character of a warmhearted, compassionate, and honorable man has been and will remain unwavering because of my first-hand experience in interacting with him while I was employed to help his children succeed in their studies.

Sincerely,


Olga Peerali



## Congregational Church
## of Christian Fellowship

UNITED CHURCH OF CHRIST
REV. JAMES K. MCKNIGHT, SENIOR PASTOR

2085 South Hobart Boulevard
Los Angeles, California  90018
Office: (323) 731-8869    Fax: (323) 731-0851

Dear Judge Wu,

I write this letter of reference with a sense of hopefulness knowing that the process of
determining the fate of a person who has failed legally and morally can still be fair. I am
praying that this letter will give you some helpful information about Arman Gabay, a
man whose actions and life story have been a blessing to me.

I met Arman through a mutual friend about five years ago. I had heard of his journey
from humble beginnings to extraordinary success and I was excited to learn the he was
interested in helping our church improve our youth ministry. What a blessing to be
helped by a man who through hard work and sacrifice transformed the lives and future
of his family. Arman shared his story with our group. He gave to our scholarship
program. He helped us to improve our neighborhood outreach strategy. From Arman I
was reminded of two important lessons: God can and does orchestrate strange
partnerships and highly accomplished people can be caring and unselfishly committed
to good.

My hope and prayer, Your Honor, is that Mr. Gabay will be a person who will, after he
rights his wrong to the best of his ability, be even more of the man I know him to be. I
believe that now perhaps more than ever, he is highly motivated to live a life that
honors God and brings credit to his family name and community.

Blessings,

Rev. James K. McKnight

cccfoffice@cccf-ucc.org
www.christianfellowshipla.org

Raymond Levy
9250 Wilshire. Blvd Suite 200
Beverly Hills, CA 90212


The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

Re: United States v. Arman Gabaee, 18-CR-00331 (GW)


Dear Judge Wu,

My name is Raymond Levy. I have lived in Los Angeles for the past 44 years and have known Arman for 43 of those years. He is a kind husband, a good father, supportive son, honorable brother, and a devoted friend. He is also an enthusiastic, hardworking individual who has been charitable, both financially and with his time.

I and many others in the community and family members have witnessed his kindness through the years. I saw his true compassion and friendship when I lost my brother at an early age of 54, about six years ago. Arman had also lost his brother at an early age. His support and words helped ease the pain my family and I experienced during our tragedy. He made us feel that we were not alone in our loss.

Arman is a valuable member of the community and comes from a remarkably close family that cares deeply about him, including his four children and his elderly parents, for whom he is the primary caregiver. I hope that the Court will take his kindness and compassion into consideration in sentencing him. Separating him from his family and friends will not serve the community. He will be of more service to the community by keeping his freedom.


With much appreciation,

Raymond Levy

Arthur L. Kovacs, Ph.D.

A Psychological Corporation

Arthur L. Kovacs, Ph.D.
Hermine Kovacs, M.A.

1107 11th Street
Santa Monica, California 90403
Phone: 310-828-4233 Fax: 310-451-4334
ALKovacs@aol.com    ArthurKovacs.com

May 25, 2022

The Honorable George H. Wu
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re:  United States v. Arman Gabaee, 18-CR-00331 (GW)

Dear Judge Wu,

I am Hermine Kovacs, M.A.  I am a marriage and family therapist, and I have been seeing families in that capacity since 1975.  I was trained at Thalian's Clinic, Cedars-Sinai Medical Center, Los Angeles, California where I was the Director of a Family Therapy program there for 13 years.  I am now in private practice in Santa Monica.

I have known the Gabay family for more than 20 years and have found them to be a loving, bright, sincere and conscientious family.  All through this time period, I have had periodic contact with Mr. Gabay as the father and husband of this outstanding family.  I have consistently found him to be a very loving father.  In addition, he has always modeled an exemplary work ethic for his children.

Mr. Gabay has always been available when his family members have needed his input, an input characterized by him teaching them the importance of honesty, hard work, and charity. I have heard many examples from his family of times when Mr. Gabay has helped other people with good advice and job opportunities.  I know for a fact that he and his family have been generous contributors to charity as well.

Mr. Gabay's children have always trusted his sound and fair advice.  He has consistently struck me a very open, trusting, and sharing person, and he has always been available when I have needed him to participate in my work helping guide his family.  He and his wife Elenor have been wonderful and

1

caring parents, and their children are turning out to be outstanding individuals.

The only flaw I have noticed in Mr. Gabay is that he tends to be sometimes too trusting and shares too much personal information with others because he often considers many people to be his true friends sometimes when they may not be.

Mr. Gabay is a devoted father, and although his children are now reaching young adulthood, they still need him often, even weekly, for love and advice. The members of this family continue to need the good qualities of their husband and father on a daily basis.

Thank you very much for reading my letter.

Sincerely,

Hermine Kovacs, M.A.
Marriage and Family Therapist

2