# Exhibit E

# Commendations from Philanthropic Organizations



August 11, 2022

The Honorable George Wu
United States District Court
350 West 1st Street
Los Angeles, California 90012

Dear Judge Wu,

I am pleased and privileged to write about Arman Gabaee, who has an upcoming court appearance before your distinguished court.

As a bit of background, I am Reverend Andy Bales, the President, and CEO of Union Rescue Mission in downtown Los Angeles. The Union Rescue Mission is the oldest mission in skid row and has served people devasted by homelessness for 131 years, 28 years in this building.

We pride ourselves on the fact that we do not turn away any homeless person. In the past we have relied on the help and support of those we service to help maintain our 5-story building. Unfortunately, over the past several years the building has deteriorated and now requires a tremendous amount of remedial work. In order to achieve the proper repair work, we asked for bids and the best bid we received was $6,000,000, which was way outside our budget.

I am pleased to inform the Court that Arman Gabaee learned of our plight and came to the Mission to discuss how he could be of assistance. Arman and I examined the entire structure and discussed what was necessary to make the building livable and sustainable, which included repairing the windows, the siding and the roof and attending to all necessary plumbing needs.

I then shared with Arman that we had received a bid for $6,000,000, which was beyond what we could afford. Without hesitation Arman agreed to come to our rescue. The next day he sent a crew to attend to our most immediate need which was to repair our roof that had been leaking for the past 7 years. Without his help we would not have been able to do this project. Remarkably, Arman is not charging us for any of the work, labor or materials that will be ongoing for the next 18 months.

Arman has shared with me his current criminal case for which he has accepted responsibility. As a Reverend, I deal with a great many people from all different walks of life. I pride myself on being a good judge of character and I can say without reservation that I believe Arman Gabaee is a sincere, compassionate, and giving human being. As such, I am hopeful that at sentencing, the Court will give all due consideration to the incredible work that Arman has done on behalf of the Union Rescue Mission.

Thank you for your consideration. If there is anything further, I can add, please let me know.

Sincerely,

*[signature]*

Andy Bales



**INDEPENDENCE. INCLUSION. GROWTH.**

April 29, 2022

Elenor Gabay
1468 Donhill Dr.
Beverly Hills, CA 90210

Dear Elenor Gabay,

On behalf of the Friends of ETTA Iranian-American Division, we would like to extend our deepest appreciation for your $2,700.00 donation and sponsorship of our 2022 Gala. Your support will help ETTA continue to expand our community impact as we serve our population. As we rebound from the pandemic and assess our goals for the future, your gift is especially meaningful.

We are proud that ETTA continues to be a trailblazing organization for the inclusion of individuals with special needs within the Iranian community. Our clients with special needs participate in all ETTA programs- as group home residents, recipients of supported living skills, participants in ETTA Shabbatons, and countless other programs. ETTA even provides parent support groups in Farsi.

This year, your donation will help ETTA reach even more clients as we move forward with our ambitious development and many new programs, including our Summer@ETTA program, ETTA TV and Café ETTA. These special programs help our clients live full, productive, and joyful lives.

Additionally, we were honored to share the progress of The Village with you at the gala. If you are interested in learning more about how you can help Cornerstone bring The Village to life, please visit their website: www.thecornerstonevillage.org.

We are grateful to have you as part of our ETTA family – thank you for your support and commitment to this valuable organization.

Sincerely,

*Manijeh Nehorai*

Manijeh Nehorai
Director, ETTA Iranian-American Division

*Kathy Moghimi*

Kathy Moghimi
President, Friends of ETTA

---

Goods and services provided in exchange for this contribution are valued at $120. The amount of your contribution that is deductible for income tax purposes is limited to the excess over the value of goods and services provided.

ETTA Iranian-American Division | ETTA Tax ID: 95-4308644

Administrative Office: 13034 Saticoy Street, North Hollywood, California 91605 • Phone: 818.985.3882 • Fax: 818.487.9740

1490 S. Robertson Blvd., Los Angeles, CA 90035 • Phone: 424.249.3300 • Fax: 424.249.3361 • www.ETTA.org

**Library PARK** | The campaign for
West Hollywood CA | a place like no other

## DONOR PLEDGE AGREEMENT

We, Arman Gabay and Mark Gabay, intend to make a gift of $500,000.00 in support of the **West Hollywood Library Fund** according to the following schedule:

|       | 2012      | 2013      | 2014      | 2014      | 2015      | 2016      | 2017      | 2018      | 2019     |
|-------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|----------|
| JAN   |           | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38 |
| FEB   | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  |          |
| MAR   | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  |          |
| APR   | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  |          |
| MAY   | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  |          |
| JUN   | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  |          |
| JUL   | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  |          |
| AUG   | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  |          |
| SEPT  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  |          |
| OCT   | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  |          |
| NOV   | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  |          |
| DEC   | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  | 5,952.38  |          |
| TOTAL | 65,476.18 | 71,428.56 | 71,428.56 | 71,428.56 | 71,428.56 | 71,428.56 | 71,428.56 | 71,428.56 | 5,952.38 |

**Recognition:** Our commitment of $500,000.00 will be recognized by naming the **Gabay Family Community Meeting Room**

---

Please list my (our) name(s) on the donor wall as follows: **The Gabay Family**

The West Hollywood Library Fund reserves the right to terminate naming rights as described above in the event that the donor is convicted of a felony.

**All donations should be made payable to the West Hollywood Library Fund and mailed to the address below by the 15th of each month.** Gifts are deductible to the fullest extent permitted by law.

I (we) understand that this gift is exclusively for charitable purposes and no benefits will be received in exchange for or as a result of this gift.

_____  MARCH 8, 2012
Arman Gabay                 Date

_____  March 8, 2012
Mark Gabay                  Date

Arman Gabay and Mark Gabay
Charles Company
P.O. Box 5357
Beverly Hills, CA 90209

West Hollywood Library Fund    323 469 1871
PO Box 46636                   info@weholibraryfund.org
West Hollywood CA 90046        www.weholibraryfund.org

Organizations We Support

Hadassah

Magbit Foundation

Hope Foundation

City Of Hope

Persian American Womens Conference

Greater Jewish Federation

Iranian American Jewish Federation

Siani Akiba Academy

Sinai Temple

Milken School

Etta Organization

Looking Beyond

Cal State Northridge Scholarship Fund Through ICSC

# UCLA INTERNATIONAL INSTITUTE

## Younes & Soraya Nazarian Center for Israel Studies

May 19, 2015

Arman Gabay and Elenor Beroukhim-Gabay
1468 Donhill Drive
Beverly Hills, CA 90210-2216

Dear Arman and Elenor,

Thank you so much for joining us at the UCLA Y&S Nazarian Center for Israel Studies' five-year anniversary gala. We hope you enjoyed the evening!

We were thrilled to honor and celebrate Younes and Soraya Nazarian and Amos Oz. Each of these amazing individuals, in their own way, represents the ideals of the Nazarian Center – to educate about Israel with honesty and integrity, and with a deep commitment to the country's future.

Your investment in teaching and scholarship about Israel's history, society, and culture will influence thousands of students - the future leaders of our country - for years to come. We are truly grateful for your generous support.

If you'd like to watch any part of the program again, please visit our website. You can also see photos from the event on our Facebook page.

We look forward to seeing you at some of our many talks, film screenings, and other programs throughout the year!

Thank you again, from the bottom of our hearts.

Best wishes,

Yoram

Yoram Cohen
Interim Director

Sharon Nazarian
Chair, Community Advisory Board

P.S. *Join us on Sunday, May 31 for our annual "Israel in 3D" conference, focusing this year on Jerusalem!* For more information visit our website (www.international.ucla.edu/israel) or call the Center at (310) 825-9646.

10367 Bunche Hall, Los Angeles, CA 90095-1487   (310) 825-9646   israel@international.ucla.edu

# Hope Foundation
*Of Iranian - American Jewish Communities*

An Affiliated Organization of
JEWISH FEDERATION
COUNCIL
OF GREATER
LOS ANGELES

June 9, 2022

The Honorable George H. Wu United States Courthouse

350 West 1st Street, Los Angeles, CA, 90012

Re: Arman Gabaee

My name is Manouchehr Manny Borookhim president and founder of the Hope Foundation of Iranian –American Jewish Communities, Inc. , a charitable nonprofit 501-C organization which strives to help those persecuted Iranian Jews , often skilled but economically and culturally disadvantaged in their integration into American society .

This foundation is totally operated by volunteers and it's only expense is twice a year, mailing letters to raise funds, therefore our donors stay anonymous and they contribute because of their kind heart .

Since Arman Gabaee immigrated from Iran, he has rendered assistance to the Hope Foundation of Iranian-Jewish Communities . He has been a generous contributor to our small but very effective and successful charitable organization, both financially and through the contribution of his time. Beside his generosity my colleagues and I have admired his kindness and humbleness.

In light of the above, we respectfully request that you consider his past contributions and allow Mr. Gabaee to redeem himself by applying his mental and financial resources for the ultimate good of society.

Thank you in advance for your consideration,

M.Manny Borookhim,
Founder and President
The Hope Foundation of Iranian-Jewish Communities, Inc .

P.O. Box 18280 Beverly Hills, California 90209-4280, Tel: (310) 535-7744 • email: hopefoundation97@yahoo.com
www.hopefoundation97.org



# City of Hope proudly extends special recognition to:

## Elenor Beroukhim Galay & Arman Galay

### 2017

in appreciation of your ongoing dedication to fighting cancer and in recognition of the continuing partnership between you and City of Hope as we forge the next phase of our research and innovation to find a cure for cancer.

Together we will find a cure.

Diana Keim
Associate Vice President
Annual Giving



# City of Hope

## City of Hope proudly extends special recognition to

### Arman Gabay & Elvas Benakhim Gabay

in appreciation of your ongoing dedication to fighting cancer and in recognition of the continuing partnership between you and City of Hope as we forge the next phase of our research and innovation to find a cure for cancer.

Together we will find a cure.



Steven Rosen, M.D.
Provost and Chief Scientific Officer
Director, Comprehensive Cancer Center
Director, Beckman Research Institute



Diana Keim
Associate Vice President
Annual Giving

the MIRACLE of SCIENCE with SOUL

