Exhibit F

# Medical Records

**Reliable Medical Associates**

8677 Wilshire Blvd
Beverly Hills, CA 90211
Tel: (310)281-4999
Fax: (310)275-8727

November 15, 2022

To Whom It May Concern,

My name is Dr. Arman Hekmati. I am a board certified internist and geriatrist and I have been
practicing for 32 years.

The mother of Mr. Arman Gabay , Mrs. Mahboubeh Gabay (dob: 11/28/1937) is a  84 years old
woman who has been under my care for the past  5  years. She has recently been diagnosed with
stage 4 metastatic lung cancer. She has been undergoing chemotherapy and radiation therapy at
Cedars Sinai Hospital. She will require further cancer treatment for the next 12 months.

The father of Mr. Arman Gabay suffers from significant end stage Parkinson's disease.

Mr. Arman Gabay is a significant and active care provider for his mother and his presence for his
ill mother helps Mrs. Gabay to fight her cancer. Mr. Arman Gabay's absence will certainly have
detrimental negative consequences to Mrs. Mahboubeh Gabay's health.

We appreciate any consideration that court can give to Mr. Arman Gabay in this matter.

Sincerely,

Arman Hekmati, MD
Attending physician UCLA Hospital
Attending physician California Rehabilitation Institute
Attending physician Cedars-Sinai Medical Center
Attending physician Providence Saint John's Health Center
Diplomate, American Board of Internal Medicine
Diplomate, American Board of Geriatric Medicine

KERLAN-JOBE SURGERY CENTER
6801 PARK TERRACE
LOS ANGELES, CA 90045

PATIENT NAME: GABAEE, ARMAN
PATIENT NUMBER: 070654427
DATE OF BIRTH: 04/15/1961

## OPERATIVE REPORT

DATE OF SURGERY: 10/31/2022

SURGEON: Fariborz Daniel Kharrazi, MD

PREOPERATIVE DIAGNOSIS: Left shoulder grade 3 extensive delaminated massive tear of the left shoulder rotator cuff with retraction.

POSTOPERATIVE DIAGNOSIS: Left shoulder grade 3 extensive delaminated massive tear of the left shoulder rotator cuff with retraction, with high-grade tear of the intra-articular course of the biceps tendon with bicipital subluxation of the left shoulder.

PROCEDURE PERFORMED:
1. Left shoulder double row arthroscopic rotator cuff repair.
2. Arthroscopic biceps tenodesis of the left shoulder.
3. Diagnostic operative arthroscopy of the left shoulder with intra-articular synovectomy debridement followed by extensive bursectomy, decompressive acromioplasty of the left shoulder.

ASSISTANT: None.

ANESTHESIA: General anesthesia, by Dr. Dorman.

COMPLICATIONS: None.

DRAINS: None.

DISPOSITION: Recovery room.

PREOPERATIVE ANTIBIOTICS: Administered preop for prophylaxis.

PROCEDURE IN DETAIL: The patient was brought to the operating room, placed supine on the operating room table. After induction of a general anesthetic by the anesthesiologist, Dr. Dorman, the patient was positioned in the lateral decubitus position on a beanbag with all extremities well padded. The left shoulder and left upper extremity were then prepped and draped in the usual sterile fashion with the arm abducted 45 degrees, forward flexed 15 degrees with 10 pounds of distraction utilizing an Acufex shoulder holder. Using our standard posterior glenohumeral arthroscopic portal, the shoulder joint was then easily entered. Upon arthroscopic examination of the left shoulder glenohumeral joint, we noted there was evidence of a high-grade tear of the intra-articular course of the biceps tendon involving 80% to 90% of the thickness of the biceps tendon with bicipital subluxation instability, and a partial tear of the upper margin of the subscap. The rotator cuff was also extensively torn and retracted. Through an anteriorly established portal, the biceps intra-articular course was debrided and it was tenotomized in preparation for an arthroscopic biceps tenodesis. Once this was done, the biceps stump was arthroscopically tagged with a #2 FiberWire in standard fashion. The rest of the joint was then inspected. The labrum was

Page 1

PATIENT NAME:  GABAEE, ARMAN
PATIENT NUMBER:  070654427
DATE OF BIRTH:  04/15/1961

intact, although there was fraying anteriorly and inferiorly with evidence of chondromalacia of the glenoid, 20% of the lower inferior quadrant anteriorly, which was debrided.  The glenoid had no other cartilage defects.  The humeral head was intact.  There was no Bankart or reverse Bankart lesion.  No Hill-Sachs or reverse Hill-Sachs lesion noted.  There was no labral detachment.  There was synovitis anteriorly and posteriorly, which was debrided.  The axillary recess was inspected, no loose bodies were identified.

Next, the arthroscope was positioned in the subacromial space.  Extensive bursectomy and debridement were completed.  The coracoacromial ligament was then released and resected off the anterolateral acromion uncovering a downsloping acromion with type 2 acromial spur, with severe impingement on the rotator cuff.  Therefore, a decompressive acromioplasty to the medial acromial facet was completed arthroscopically, debriding the anterolateral calcifications of the acromion.  Once this was done, we then proceeded to identify and tag the biceps tendon arthroscopically and proceeded to use a Smith and Nephew BioComposite anchor, which was securely placed above the bicipital groove in a secure fashion to tenodese the biceps tendon in standard fashion arthroscopically.  Once this was done, excellent stability of the arthroscopic tenodesis of the biceps tendon was identified.  However, there were severe degenerative changes of the extra-articular portion of the biceps tendon as well.  This was debrided.

Next, the rotator cuff, which was massively torn and extensively delaminated, was debrided and mobilized.  The greater tuberosity was debrided.  We then utilized a medial row of Smith and Nephew BioComposite suture anchors, which were placed medially, and using a Smith and Nephew suture passer, the sutures were passed through the edge of the torn rotator cuff and using modified Tennessee sliding knots, a repair of the rotator cuff tissue back to the greater tuberosity in standard fashion was completed arthroscopically.  This gave us a watertight closure of the rotator cuff repair to the greater tuberosity and using our standard double row fixation using the Smith and Nephew lateral row anchors, a standard double row arthroscopic rotator cuff repair was completed.  Once this was done, with rotation of the arm and adduction, there was excellent stability of the repair, however, the tissue of the rotator cuff was noted to be significantly attenuated and degenerative.

Next, the subacromial subdeltoid spaces were thoroughly irrigated, suctioned dry.  The arthroscopic portals were closed in standard fashion.  Adaptic dry sterile dressing and a postoperative sling and abduction pillow were applied.  The patient was then awakened, transferred to recovery room in stable and satisfactory condition, having tolerated the procedure well.

Electronically Signed by Fariborz Daniel Kharrazi, MD on 11/02/2022 18:18:21

DD:  11/02/2022 11:36:12     DT:  11/02/2022 11:59:10
Job #:  973200050 / Dictation ID:  973200050
FDK/MQDL

Page 2















**B. ROBERT BAMSHAD, M.D.**
A PROFESSIONAL CORPORATION
ADULT AND PEDIATRIC UROLOGY
GENITOURINARY SURGERY
DIPLOMATE, AMERICAN BOARD OF UROLOGY

July 18, 2022

**VOIDING
DYSFUNCTION**

**RE: Mr. Arman Gabay**

**URINARY
INCONTINENCE**

To whom it may concern:

**UROLOGIC
ONCOLOGY**

Mr. Gabay was recently evaluated for multiple urologic conditions. The
patient has significant difficulty voiding secondary to benign prostatic
hypertrophy (BPH/enlarged prostate); he reports bothersome urinary

**URINARY STONE
DISEASE**

frequency and urgency. Other urologic issues include hematuria (blood in the
urine) and inguinal hernias. The patient's urinary symptoms are currently
marginally managed with daily Tadalafil and, as such, he will most likely

**MALE SEXUAL
DYSFUNCTION
& INFERTILITY**

require surgical intervention in the near future. In fact, the patient was recently
evaluated at UCLA for possible prostatic artery embolization. Mr. Gabay will
require close medical monitoring and surveillance due to the above urologic

**PEDIATRIC
UROLOGY**

conditions. Do not hesitate to contact my office if more information is needed.

Sincerely,

B. Robert Bamshad, M.D.
Past Clinical Chief, Division of Urology
Clinical Faculty, Urology Residency Training Program
Cedars Sinai Medical Center

Dixie Richards, MD | Dermatology
11633 San Vicente Blvd, Suite 316, Los Angeles, CA 90049    P 310.826.5969    F 310.826.5239    DixieRichardsMD.com

June 23, 2022

To whom it may concern,

Arman Gabay is a patient of mine and has been since May 17, 2007. I first saw him for granuloma annulare and did mole checks on him. He has had a pre-melanoma mole removed (dysplastic nevus) and also a basal cell carcinoma on his scalp. Because of his sun exposure and genetic susceptibility, he needs to be followed closely by a skilled dermatologist and lesions need to be removed as quickly as possible.

Mr. Gabay has also had condyloma acumuminata and has had various treatments including cryotheraphy and medical intervention. The lesions need to be followed every month for six weeks to prevent reoccurence.

If you have any other questions, please do not hesitate to call.

Sincerely,

Dr. Dixie Richards

SS mailed 6/24/22



## ALEN N. COHEN, M.D., F.A.C.S., F.A.R.S.
## BOB B. ARMIN, M.D.

7345 Medical Center Drive                          16661 Ventura Boulevard
Suite 510                                          Suite 405
West Hills, CA 91307                               Encino, CA 91436
T: 818-888-7878                                    T: 818-986-1200
F: 818-888-5200                                    F: 818-986-3011

July 25, 2022

To Whom It May Concern:

    This letter is to inform you that Arman Gabay (DOB: 4/15/1961) was diagnosed with severe allergies. He underwent a Balloon Sinuplasty on 04/12/2019 and is now using nasal sprays for allergy management. If you have any questions please feel free to contact our office.

Thank You,

*Alen N. Cohen, MD*

C/V Ent Surgical Group



**Ehsan Ali, M.D.**

**Linda Barkodar, M.D.**

**Daniel Benhuri, M. D.**

**Simona Davoudpour, D. O.**

**BEVERLY HILLS CONCIERGE DOCTOR, INC.**

**9400 BRIGHTON WAY #303, BEVERLY HILLS, CA 90210**

**P: 310-683-0180    F: 310-683-0932**

**Info@BeverlyHillsConciergeDoctor.Com**

**August 1st 2022**

To whom it may concern,

Mr. Arman Gabay is a patient of our practice. He suffers from multiple medical conditions including: anxiety, depression, fatigue, hypothyroidism, obesity, hypertension, hematuria, external hemorrhoids, and bilateral shoulder pain. He is also currently being evaluated for obstructive sleep apnea.


Sincerely,


Linda Barkodar M.D

# CELL SCIENCE SYSTEMS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Patient Information** | GABAY, ARMAN | | Date of Birth: | 04/15/1961 | Gender: | M | **Lab Director** Harold Alvarez, M.D. |
| **Lab Information** | Date Received: | 06/01/2022 | Date Collected: | 05/31/2022 | Date Reported: | 06/08/2022 | |
| **HCP:** | T.A.M.E. TIME | | | | Clinic ID: | 40295 | Lab ID: 462899 |

| SEVERE | MODERATE | MILD* | ACCEPTABLE / NO REACTION | | | Item Count: 250 |
|---|---|---|---|---|---|---|

**SEVERE**
APRICOT
ROMAINE LETT

**MODERATE**
ACORN SQUASH
AMARANTH
APPLE
ARROWROOT
ARTICHOKE
ARUGULA
BAY LEAF
BLACK BEANS
BLACK CURRANT
BLACK PEPPER
BOK CHOY
BROCCOLI
BUTTERNUT SQUASH
CHIA
CHICORY
CHIVES
ENDIVE
HADDOCK
HALIBUT
HEMP
HOPS
LEAF LETT (RED/GRN)
LIME
PEPPERMINT
RED PALM FRUIT
SARDINE
SPEARMINT
TURKEY
WATERMELON

**MILD***
ADZUKI BEANS*
ALLSPICE*
ALMOND*
ANCHOVY*
ASPARAGUS*
AVOCADO*
BANANA*
BISON*
BLACKBERRY*
BLACK-EYED PEA*
BLUEBERRY*
BOSTON BIBB LETTUCE*
BRAZIL NUT*
BREWER'S YEAST*
CANNELLINI BEANS*
CANOLA (RAPESEED)*
CANTALOUPE*
CARDAMOM*
CAROB*
CARROT*
CHICKEN*
CILANTRO*
CINNAMON*
CLAM*
COCOA*
CODFISH*
CORIANDER SEED*
CORN*
CRAB*
DATE*
EGG YOLK*
EGGPLANT*
FIG*
GARLIC*
GINGER*
GRAPE*
GREEN TEA*
GROUPER*
HABANERO PEPPER*
HAZELNUT*
HONEYDEW MLN*
HORSERADISH*
ICEBERG LETTUCE*
KALE*
KIWI*
MULBERRY*
MUSTARD GREENS*
NAVY BEAN*
OAT (GLUTEN FREE)*
OKRA*
PAPRIKA*
PINE NUT*
RADISH*
RHUBARB*
SEA BASS*
SORGHUM*
STAR FRUIT*
TANGERINE*
THYME*
TILAPIA*
TUNA*
TURNIP*
VANILLA*
WHITE POTATO*

## ACCEPTABLE / NO REACTION

### VEGETABLES / LEGUMES

| | | | |
|---|---|---|---|
| BELL PEPPER MIX | BRSSLS SPROUT | BUTTON MUSHROOM | CABBAGE |
| CAULIFLOWER | CELERY | CHICKPEA | COLLARD GREENS |
| CUCUMBER | ESCAROLE | FAVA BEAN | FENNEL SEED |
| GREEN PEA | JALAPEÑO PEPP | JICAMA | KELP |
| KIDNEY BEAN | LEEK | LENTIL BEAN | LIMA BEAN |
| MUNG BEAN | ONION | PARSNIP | PINTO BEAN |
| PORTOBELLO MUSHRM | RED BEET | RUTABAGA | SCALLION |
| SHALLOTS | SHIITAKE MUSHRM | SOYBEAN | SPAGHETTI SQUASH |
| SPINACH | STRING BEAN | SWEET POTATO | SWISS CHARD |
| TARO ROOT | TOMATO | WAKAME SEAWEED | WATER CHESTNUT |
| WATERCRESS | YAM | YELLOW PEA | YELLOW SQUASH |
| ZUCCHINI SQUASH | | | |

### FRUITS

| | | | |
|---|---|---|---|
| CAPERS | CHERRY | CRANBERRY | DRAGON FRUIT |
| GRAPEFRUIT | GUAVA | JACKFRUIT | LEMON |
| LYCHEE | MANGO | NECTARINE | OLIVE |
| ORANGE | PAPAYA | PEACH | PEAR |
| PERSIMMON | PINEAPPLE | PLANTAIN | PLUM |
| POMEGRANATE | PUMPKIN | RASPBERRY | STRAWBERRY |

### MEAT

| | | | |
|---|---|---|---|
| BEEF | CHICKEN LIVER | DUCK | LAMB |
| PORK | VEAL | VENISON | |

### DAIRY / EGGS

EGG WHITE

### SEAFOOD

| | | | |
|---|---|---|---|
| CATFISH | FLOUNDER | LOBSTER | MACKEREL |
| MAHI MAHI | MUSSEL | OYSTER | SALMON |
| SCALLOP | SHRIMP | SNAPPER (RED) | SOLE |
| SWORDFISH | TROUT | | |

### GRAINS / STARCHES

| | | | |
|---|---|---|---|
| BUCKWHEAT | MILLET | QUINOA | RICE (BRWN/WHT) |
| TAPIOCA | TEFF | WILD RICE | |

### HERBS / SPICES

| | | | |
|---|---|---|---|
| ANCHO CHILI PEPP | BASIL | CAYENNE PEPPER | CLOVE |
| CUMIN | CURRY | DILL | LICORICE |
| NUTMEG | OREGANO | PARSLEY | ROSEMARY |
| SAFFRON | SAGE | TARRAGON | TURMERIC |

### NUTS / OILS AND MISC. FOODS

| | | | |
|---|---|---|---|
| BAKER'S YEAST | BLACK TEA | CARAWAY | CASHEW |
| CHAMOMILE | COCONUT | COFFEE | DANDELION LEAF |
| FLAXSEED | MACADAMIA | MUSTARD SEED | NUTRITIONAL YEAST |
| PEANUT | PECAN | PISTACHIO | POPPY SEED |
| SAFFLOWER | SESAME | STEVIA LEAF | SUNFLOWER |
| WALNUT | | | |

---

 **CANDIDA ALBICANS**
You have a severe reaction to Candida Albicans, also eliminate these foods:
AGAVE, CANE SUGAR, FRUCTOSE, HONEY, MAPLE SUGAR, MOLASSES

 GLUTEN     GLIADIN
You have no reaction to Gliadin and mild reaction to Gluten, eliminate these foods:
BARLEY, MALT, RYE, SPELT, WHEAT

 CASEIN    WHEY
You have a mild reaction to Whey and moderate reaction to Casein, eliminate these foods:
COW'S MILK, GOAT'S MILK, LACTOSE, SHEEP'S MILK

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CELL** | Patient Information | GABAY, ARMAN | | Date of Birth: | 04/15/1961 | Gender: | M |
| | Lab Information | Date Received: | 06/01/2022 | Date Collected: | 05/31/2022 | Date Reported: | 06/08/2022 |
| **SCIENCE** | | | | | | | *Lab Director* Harold Alvarez, M.D. |
| **SYSTEMS** | HCP: | T.A.M.E. TIME | | | Clinic ID: | 40295 | Lab ID: 46289... |

# Your Test Results Explained.

...ood Sensitivity/Intolerance is not always a straight-forward yes or no. There can be different degrees of reactivity, which can be altered through ...ange of eating habits, stress levels, medical conditions, nutritional status and other factors that affect the body's immune system.

...ur test results are divided into four distinct categories (denoted by the colored columns).

| | |
|---|---|
| RED | These items indicate a severe sensitivity and should be strictly avoided for a minimum of 6 months. |
| ORANGE | These items indicate a moderate sensitivity and should be strictly avoided for a minimum of 3 to 6 months. |
| YELLOW | These items indicate a mild sensitivity and are also indicated by an asterisk on the rotation diet to aid the nutritional balance of your eating program as they should be eaten on 4 day rotational basis. If the items listed in the yellow section appear on the rotation plan and are consumed frequently, they should be considered for a 3 month avoidance period, especially if there are few red and orange reactive foods. |
| GREEN | These items are acceptable (non-reactive). It is recommend that they be consumed on a rotational basis, no more than every other day. |
| BLUE | On your food results you will have 3 distinct blue boxes :<br><br>Candida Albicans: it will include items that are known to exacerbate the Candida condition. Although you may not be sensitive/intolerant to these, it is recommended to avoid them, suggested by the Candida sensitivity.<br><br>Gluten/Gliadin: it will include grain products that contain the protein gluten/gliadin, such as wheat, rye, barley, spelt, etc. Although you may not be sensitive/intolerant to these other grains, it is advisable to avoid them due to their gluten/gliadin content. A positive gluten/gliadin reaction result with negative wheat. rye, etc responses can occur when the isolated protein is tested in its more concentrated form.<br><br>Casein/Whey: it will include products that contain casein/whey such as cow's milk, sheep's milk and goat's milk. Although you may not be sensitive/intolerant to these products listed, it is advisable to avoid or limit them because they contain the protein casein or whey. |

**...autions & Notes:**

a. Any item known to trigger an immediate reaction (Type 1, IgE mediated, allergic reaction) should be avoided. Positive results to molds and candida should be analyzed in conjunction with other results (IgE, skin tests and IgG levels) and not applied in isolation. Positive molds could be considered for desensitization.

b. Healthcare providers should be alerted to the possibility that any non-reactive (green) item, to which there as has been no consumption or exposure for six months, should be introduced with caution.

c. Alcat Test results are not designed to replace a consultation with a healthcare provider.

**...ote:**

1. Insufficient data exists to determine that non-reactive molds, pharmacoactive agents and environmental chemicals are in fact "safe". Nonetheless, it is reasonable to assume at this time that a moderate or strong cellular reaction on the test is indicative of a clinical sensitivity and avoidance, if possible, is recommended.

2. If tested for 50 foods or less, no rotational plan is provided.

**CELL SCIENCE SYSTEMS**

**ALCAT**

| | Patient Information | GABAY, ARMAN | Date of Birth: | 04/15/1961 | Gender: | M | |
|---|---|---|---|---|---|---|---|
| | Lab Information | | | | | | Lab Director: Harold Alvarez, M.D. |
| | Date Received: | 06/01/2022 | Date Collected: | 05/31/2022 | Date Reported: | 06/08/2022 | |
| | HCP: | T.A.M.E. TIME | | | Clinic ID: | 40295 | Lab ID: 462899 |

| | DAY 1 | DAY 2 | DAY 3 | DAY 4 |
|---|---|---|---|---|
| **GRAINS / STARCHES** | OAT (GLUTEN FREE)*<br>TAPIOCA<br>WHITE POTATO* | MILLET<br>WILD RICE | CORN*<br>QUINOA<br>SORGHUM*<br>SWEET POTATO<br>TEFF | BUCKWHEAT<br>RICE (BRWN/WHT) |
| **VEGETABLES / LEGUMES** | BLACK-EYED PEA*<br>CARROT*<br>CELERY<br>CHICKPEA<br>EGGPLANT*<br>FAVA BEAN<br>KALE*<br>MUSTARD GREENS*<br>RUTABAGA<br>TOMATO<br>WAKAME SEAWEED<br>YAM<br>YELLOW SQUASH | BELL PEPPER MIX<br>BOSTON BIBB LETTUCE*<br>BRSSLS SPROUT<br>BUTTON MUSHROOM<br>CABBAGE<br>CAULIFLOWER<br>ESCAROLE<br>JICAMA<br>KELP<br>LENTIL BEAN<br>SHALLOTS<br>SHIITAKE MUSHRM<br>ZUCCHINI SQUASH | ASPARAGUS*<br>COLLARD GREENS<br>FENNEL SEED<br>GREEN PEA<br>HABANERO PEPPER*<br>HORSERADISH*<br>ICEBERG LETTUCE*<br>KIDNEY BEAN<br>LEEK<br>LIMA BEAN<br>MUNG BEAN<br>NAVY BEAN*<br>ONION<br>PINTO BEAN<br>RADISH*<br>STRING BEAN<br>TARO ROOT<br>WATERCRESS | ADZUKI BEANS*<br>CANNELLINI BEANS*<br>CUCUMBER<br>DANDELION LEAF<br>JALAPEÑO PEPP<br>OKRA*<br>PARSNIP<br>PORTOBELLO MUSHRM<br>RED BEET<br>RHUBARB*<br>SCALLION<br>SPAGHETTI SQUASH<br>SPINACH<br>SWISS CHARD<br>TURNIP*<br>WATER CHESTNUT<br>YELLOW PEA |
| **Fruit** | BANANA*<br>CAPERS<br>DATE*<br>FIG*<br>GUAVA<br>KIWI*<br>LEMON<br>MANGO<br>PAPAYA<br>STRAWBERRY | AVOCADO*<br>BLUEBERRY*<br>CRANBERRY<br>DRAGON FRUIT<br>JACKFRUIT<br>PEAR<br>PINEAPPLE<br>POMEGRANATE<br>TANGERINE* | BLACKBERRY*<br>CHERRY<br>GRAPE*<br>NECTARINE<br>PEACH<br>PLANTAIN<br>PLUM<br>RASPBERRY<br>STAR FRUIT* | CANTALOUPE*<br>GRAPEFRUIT<br>HONEYDEW MLN*<br>LYCHEE<br>MULBERRY*<br>OLIVE<br>ORANGE<br>PERSIMMON<br>PUMPKIN |
| **Protein** | BEEF<br>BISON*<br>CODFISH*<br>CRAB*<br>FLOUNDER<br>LAMB<br>OYSTER<br>SEA BASS*<br>SNAPPER (RED)<br>SWORDFISH<br>VEAL | CATFISH<br>CHICKEN*<br>EGG WHITE<br>EGG YOLK*<br>MACKEREL<br>MAHI MAHI<br>TILAPIA*<br>TUNA* | ANCHOVY*<br>DUCK<br>GROUPER*<br>PORK<br>SOLE<br>SOYBEAN | CHICKEN LIVER<br>CLAM*<br>LOBSTER<br>MUSSEL<br>SALMON<br>SCALLOP<br>SHRIMP<br>TROUT<br>VENISON |
| **MISCELLANEOUS** | ANCHO CHILI PEPP<br>CARAWAY<br>CASHEW<br>CHAMOMILE<br>COCONUT<br>CORIANDER SEED*<br>CUMIN<br>FLAXSEED<br>LICORICE<br>PARSLEY<br>PISTACHIO<br>ROSEMARY<br>SAFFLOWER<br>TURMERIC | ALLSPICE*<br>ALMOND*<br>BAKER'S YEAST<br>BASIL<br>BREWER'S YEAST*<br>CAYENNE PEPPER<br>CINNAMON*<br>CLOVE<br>GARLIC*<br>GINGER*<br>HAZELNUT*<br>MUSTARD SEED<br>PAPRIKA*<br>SAFFRON | BRAZIL NUT*<br>CANOLA (RAPESEED)*<br>CARDAMOM*<br>CILANTRO*<br>COCOA*<br>COFFEE<br>DILL<br>MACADAMIA<br>OREGANO<br>PEANUT<br>STEVIA LEAF<br>TARRAGON<br>THYME* | BLACK TEA<br>CAROB*<br>CURRY<br>GREEN TEA*<br>NUTMEG<br>NUTRITIONAL YEAST<br>PECAN<br>PINE NUT*<br>POPPY SEED<br>SAGE<br>SESAME<br>SUNFLOWER<br>VANILLA*<br>WALNUT |

**CELL SCIENCE SYSTEMS**

| Patient Information | GABAY, ARMAN | | Date of Birth: | 04/15/1961 | Gender: | M |
| Lab Information | | Date Received: | 06/01/2022 | Date Collected: | 05/31/2022 | Date Reported: | 06/08/2022 |
| HCP: | T.A.M.E. TIME | | | Clinic ID: | 40295 | Lab ID: | 462899 |

*Lab Director*
*Harold Alvarez, M.D.*



### ACORN SQUASH

A small squash with golden flesh and dark green skin, shaped like an acorn. COMMON USES: Soups, stews, sauces, and purees. OTHER WORDS THAT MIGHT INDICATE PRESENCE: Winter squash, gourd. BE AWARE: There are many varieties of winter squash

### AGAVE

Agave is a flowering succulent used to make many things, including tequila. Agave syrup can be used as a sugar substitute. The leaves of the agave plant are used to make fibers for ropes and mats. Ther are spikes on the leaves which are used to make needles, pens, and nails. COMMON USES: Tequila, baked goods, breads, cereals, granolas, pulque, and textiles such as ropes and mats. OTHER WORI THAT MIGHT INDICATE PRESENCE: American Agave, American Aloe, Amerikanische Agave, Century Plant, Garingboom, Hundertjährige Agave, Maguey, Pita Común, Pite, Spreading Century Plant, Te Wild Century. BE AWARE: Topically, fresh agave exposure may cause redness and localized swelling, inflammation of small blood vessels, and/or black, red, or purple skin lesions. Pregnant women shoul use agave with caution as it may induce labor.



### AMARANTH

A small round shaped gluten free grain that when cooked has a creamy texture and is slightly sweet. COMMON USES: Salads and hot/cold breakfast cereals; the seeds can be ground into flour for breads and baked goods. OTHER WORDS THAT MIGHT INDICATE PRESENCE: Whole grains, ancient grains, gluten-free. BE AWARE: May be found in pre-packaged gluten-free items and mixes



### APPLE

Apples come in many sizes and colors and are considered a fall and winter fruit. COMMON USES: Juice, cider, fruit cocktails, juice blends, yogurt, desserts, salads, pie, crisps, cake, apple butter, apple jell OTHER WORDS THAT MIGHT INDICATE PRESENCE: Pectin, cider, fruit juice blend, waldorf salad. BE AWARE: Items labeled no added sugar might be sweetened with apple



### APRICOT

Apricots are small, golden orange fruits with smooth, sweet but firm flesh. COMMON USES: Juice, fruit cocktails, juice blends, jam/jelly, yogurt, desserts, Middle Eastern/Moroccan stews and soups. OTHE WORDS THAT MIGHT INDICATE PRESENCE: Chutney, nectar, fruit preserves. BE AWARE: Dried apricots may be treated with sulfites to extend shelf life



### ARROWROOT

A white starch that is very powdery and used as a thickener in gluten free cooking.. COMMON USES: Pre-packaged gluten-free items and mixes; may be in baby foods and infant formulas   . OTHER WOR THAT MIGHT INDICATE PRESENCE: arrowroot starch, arrowroot flour, uraro, arruruz, araru, cara maco, sago, yuquill. BE AWARE:  Arrowroot powder is used as a thickening agent in food industries. Fre tender arrowroot can be eaten raw and in cooking as you may use it in a way like any other tubers. However, mature roots are exceedingly fibrous and thus, less appetizing.



### ARTICHOKE

The globe artichoke is a perennial thistle that is green in color.  The heart is most often consumed, although the leaves can be as well if prepared in the right way.  The leaves can be very sharp. COMMON USES: Stews, soups, salads and dips. OTHER WORDS THAT MIGHT INDICATE PRESENCE: Artichoke crowns, artichoke bottoms, vegetable pizza, poivrade. BE AWARE: Can be found in some herbal t and the Italian liqueur Cynar



### ARUGULA

Arugula is an early summer vegetable.  It is a green leaf with a long stem that is known for it's somewhat peppery flavor. COMMON USES: Salads, sandwiches, burgers, soups, stews, pastas, sauces, juice cooked. OTHER WORDS THAT MIGHT INDICATE PRESENCE: Salad rocket, rucola, rucoli, rugula, colewort, roquette. BE AWARE: Can be in pre-mixed salad blends

### BAY LEAF

A leaf that is mostly found dried, they can be used fresh as well.  Best used whole and added at the beginning of cooking and  removed before serving. COMMON USES: Soups, sauces, vegetables and m as an aromatic or flavoring; used fresh or dried. OTHER WORDS THAT MIGHT INDICATE PRESENCE: Bay leaf, laurel leaf, herbs, sachet, bouquet garni

### BLACK BEANS

Dishes may include: tacos, nachos, soups, vegetarian dishes, as well as added to salads.  Usually found in Southwestern, Mexican, Cuban and other Spanish cuisines.  Are in the legume family, contain protein dietary fiber and flavanoids.


A small dark blue berry that grows in clusters and somewhat resembled a blueberry. Not grown fresh in the US. COMMON USES: Preserves, liqueurs, and syrups. OTHER WORDS THAT MIGHT INDICATE PRESENCE: Black currant leaf, black currant seed oil. BE AWARE: Commonly used as a natural flavoring

## BLACK PEPPER


Black pepper is used as a spice and seasoning. The same fruit is also used to produce white pepper, red/pink pepper, and green pepper. Dried ground pepper is one of the most common spices in European cuisine. The spiciness of black pepper is due to the chemical piperine. COMMON USES: Main dishes, side dishes, soups, stews, chips, dips, condiments, many prepackaged foods. OTHER WORDS THAT MIGHT INDICATE PRESENCE: White pepper, green peppercorns, pepper oil, blended spices. BE AWARE: Found in most prepackaged spice mixtures and prepackaged foods; it is one of the most common used spices

## BOK CHOY


A small leafy green cabbage that does not require much cooking for tenderness. COMMON USES: Asian cuisine and in Asian inspired stir-fries and soups. OTHER WORDS THAT MIGHT INDICATE PRESENCE: Chinese white cabbage, white stem cabbage, pak choy, pak choi, white mustard cabbage

## BROCCOLI


Green tree like vegetables that come in several different varieties; some with longer stalks and smaller florets and some with thicker stalks and larger florets. COMMON USES: Quiches, soups, salads and pasta
. OTHER WORDS THAT MIGHT INDICATE PRESENCE: Broccoli rabe, broccolini, vegetable medley, mixed vegetables, purple cauliflower
. BE AWARE: Often found within mixed vegetable dishes

## BUTTERNUT SQUASH


Some dishes may include soups, a side dish, pie and or casseroles. Is a type of winter squash with yellow skin and orange pulp. Good source of Vitamin A, C, Potassium and dietary fiber.

## CANE SUGAR


Cane sugar comes in many forms such as granulated, powdered, and liquid. COMMON USES: Sweets, candy, ice cream, chocolate, juices, soft drinks and most pre-packaged products, breads, and crackers OTHER WORDS THAT MIGHT INDICATE PRESENCE: Sugar, granulated sugar, cane sugar, brown sugar, raw sugar, invert sugar, cane syrup, or evaporated cane juice. BE AWARE: Cane sugar is a very common ingredient, even in foods that are not sweet. Juice that is not 100% juice often contains added sugar

## CHIA


A small seed that varies in color, is high in fiber, and can absorb 12 times their weight in liquid. COMMON USES: Pudding, kombucha, other beverages, pretzels, granola bars, fruit bars, jam, smoothies, baked goods. OTHER WORDS THAT MIGHT INDICATE PRESENCE: Golden chia, chia seeds. BE AWARE: May be used in place of eggs for vegan products

## CHICORY


A woody herbaceous plant who's roots are roasted and ground. Often used as a coffee substitute and an additive. COMMON USES: Yogurt, tea, coffee, gum, high fiber processed foods, ice cream, cereals, granola bars, gluten free breas, prebiotic and probiotic supplements, protein shakes. OTHER WORDS THAT MIGHT INDICATE PRESENCE: Achicoria, Barbe de Capucin, Blue Sailors, Cheveux de Paysans, Chicorée, Chicorée Amère, Chicorée Sauvage, Cichorii Herba, Cichorii Radix, Common Chicory Root, Écoubette, Hendibeh, Herbe à Café,Hinduba, Kasani, Kasni, Racine de Chicorée Commune, Succory, . BE AWARE: May have slight laxative effect if consumed in high amounts

## CHIVES


Chives are a commonly used herb and can be found in grocery stores or grown in home gardens. In culinary use, the scapes and the unopened, immature flower buds are diced and used as an ingredient for fish, potatoes, soups, and other dishes.

## ENDIVE



A green leaf vegetable that belongs to the daisy family. COMMON USES: Salad green mixes, soups, stews; can be raw or cooked.. OTHER WORDS THAT MIGHT INDICATE PRESENCE: Frisee

## HADDOCK

Similar to cod, haddock has a dense white flaky flesh that is slightly sweet. COMMON USES: "Fish and Chips"; often used in omega-3 supplements. OTHER WORDS THAT MIGHT INDICATE PRESENCE: Scrod, smoked fish dip. BE AWARE: The Federal Food Allergen Labeling and Consumer Protection Act (FALCPA) which took effect in January of 2006, requires that all packaged food products sold in the that contain fish as an ingredient must list the specific species (e.g. bass, flounder, cod) in plain English, on the label

## HALIBUT


Halibut is a flatfish that has dense and firm texture with white flesh that is ultra low in fat content. COMMON USES: Entrees, soups, stews, dips, and ceviche. OTHER WORDS THAT MIGHT INDICATE PRESENCE: Flatfish. BE AWARE: The Federal Food Allergen Labeling and Consumer Protection Act (FALCPA) which took effect in January of 2006, requires that all packaged food products sold in the that contain fish as an ingredient must list the specific species (e.g. bass, flounder, cod) in plain English, on the label



Hemp refers to the green leafy plant that hemp products are derived from. COMMON USES: Baking as an egg substitute; smoothies; hempfu (tofu substitute), protein powder, breadcrumbs substitute, yogurt topping, cereal, salad dressings, hemp milk, jewelry. OTHER WORDS THAT MIGHT INDICATE PRESENCE: hemp seed oil, hemp seeds, hemp hearts. BE AWARE: Although hemp and marijuana are members of the same species. Cannabis sativa, they're in effect completely different plants.    Hemp is refined into products such as hemp seed foods, hemp oil, wax, resin, rope, cloth, pulp, paper, e... fuel. May be found in some beauty products.

## HOPS



Hops are the seeds of the plant Humulus and they are used as a flavoring agent. COMMON USES: Herbal medicine. Most common in flavoring and stabilizing beer. OTHER WORDS THAT MIGHT INDICA... PRESENCE: Nobel hops. BE AWARE: Even gluten- free beers contain hops

## LEAF LETT (RED/GRN)



A lettuce that can vary in color but always is deep red to purple in color at the top of the leaves. COMMON USES: Prepackaged greens, mixed greens salads. OTHER WORDS THAT MIGHT INDICATE PRESENCE:  Green leaf lettuce

## LIME



A green citrus fruit with thick skin and tart green flesh. COMMON USES:  Dressings, drinks, marinades, desserts, ceviche. OTHER WORDS THAT MIGHT INDICATE PRESENCE: Citrus flavoring. BE AWARE: Used for many non culinary purposes such as fragrance, beauty products; used to prevent enzymatic browning. Read labels.

## PEPPERMINT



Avoid also peppermint tea, spearmint, balm teas, bergamot tea,curry, mint teas, pennyroyal, tea, peppermint & menthol.  Also found in chewing gum, mint sauce (especially with lamb), mint jelly, toothpas... stuffings, salads, flavouring in drinks and sweets, crème de menthe and curries.  For reintroduction in diet, place into Day 2.

## RED PALM FRUIT



Palm fruits are small, oval fruits that grow on the African oil palm tree. The fruits range in size from one to two inches and are considered ripe when they are red and black. The primary use is to make palm... The fruit surrounds a white kernal, which is rich in oils and the fruit itself is fibrous and oily. To make palm oil, which is a reddish orange color, the oil is extracted from the pulp of the fruit. The color comes ... its high carotene content. White palm oil indicates that it has been highly processed and refined. COMMON USES: African dishes, crackers, chips, roasted nuts, baked goods, fried goods, pre-packaged foods, cosmetics, doughs, shampoos, ice creams and frozen desserts, detergents, margarines, chocolate, cookies, biodiesel, soaps, vegan cheese, soups, sauces. OTHER WORDS THAT MIGHT INDICA... PRESENCE: Palm oil, dende oil, palm shortening, palm kernel oil, Mchikichi, Mjenga, Mubira, Munazi, and Abe. BE AWARE: Much of the palm oil sold today is heavily processed and oxidized.  Although p... oil can improve cholesterol levels in many individuals, it may increase them in some.  Since palm fruit oil is made from the pulp of the fruit, it is not sustainable.  Many forests and habitats have been destro... trying to keep up with the demand.  Look for sustainably sourced palm oil verified by the RSPO (Round Table on Sustainable Palm Oil) OR the Green Palm label if purchasing.

## ROMAINE LETT



A green lettuce that is hardy and comes in a tall head, with the center being the heart and much  more tender. COMMON USES: Caesar salad, mixed greens salads, and sandwiches. OTHER WORDS TH... MIGHT INDICATE PRESENCE: Salads, Caesar, mixed greens

## SARDINE



Avoid also pilchards, sprats and herring.  For reintroduction into diet, place into Day 1,

## SHEEP'S MILK



Sheep's Milk is used predominantly in cheese and yogurt. Well-known cheeses made from sheep milk include the Feta of Greece, Roquefort of France, Pecorino Romano and Ricotta from Italy. For reintroduction into diet, place into day:3

## SPEARMINT



Spearmint is a green leafy herb that is similar to peppermint but more mild in flavor. COMMON USES: Beverages, baked goods, salads, sweet and savory dishes, extract. OTHER WORDS THAT MIGHT INDICATE PRESENCE:  Curled Mint, Fish Mint, Garden Mint, Green Mint, Lamb Mint,Mackerel Mint, Our Lady's Mint,  Sage of Bethlehem, Spire Mint. BE AWARE: Can be found in spearmint oils, fragran... used in chewing gums, breath fresheners, mouthwashes, toothpastes, beauty products; check labels..

## TURKEY



Turkey is a poultry that is very similar to chicken but much larger. COMMON USES: Soups, stews, casseroles, cold cuts, sausages, bacon,  salad and sandwiches, and Thanksgiving. OTHER WORDS TH... MIGHT INDICATE PRESENCE: Cold cut, turkey bacon , turkey sausage, poultry



A large melon with a thick yellow and green patterned rind and juicy red flesh with black seeds. COMMON USES: Salad, smoothies, soups and desserts. OTHER WORDS THAT MIGHT INDICATE PRESENCE: Fruit salad, melon. BE AWARE: Often a flavoring for gums and candies, scented soaps and lotions

*This list is presented as a sample reference list. You should read all labels each time you make a purchase because manufacturers may change formulations. Become aware of all ingredients found in food you plan to consume. Please see accompanying booklet for more information. It is advisable to consult a qualified nutritional counsellor for further assistance with you rotation diet plan.*

**CELL SCIENCE SYSTEMS**

| Patient Information | GABAY, ARMAN | | Date of Birth: | 04/15/1961 | Gender: | M |
| Lab Information | Date Received: | 06/01/2022 | Date Collected: | 05/31/2022 | Date Reported: | 06/08/2022 |
| HCP: | T.A.M.E. TIME | | | | Clinic ID: | 40295 |

Lab Director
Harold Alvarez, M.D.

Lab ID: 462899

| SEVERE | MODERATE | MILD* | ACCEPTABLE / NO REACTION | Item Count: 50 |

**MODERATE**

BAMBOO SHOOT
ESSIAC
GLUCOSAMINE
HAWTHORN BERRY
KAVA KAVA

**MILD***

ACAI BERRY*
ALOE VERA*
ASHWAGANDHA*
BEE POLLEN*
FEVERFEW*
GOJI BERRY*
MAITAKE MUSHROOM*
NONI BERRY*
RESVERATROL*
VINPOCETINE*

**ACCEPTABLE / NO REACTION**

**Functional Foods and Medicinal Herbs**

| | | | |
|---|---|---|---|
| ASTRAGALUS | BARLEY GRASS | BILBERRY | BLACK WALNUT |
| CASCARA | CHLORELLA | CHONDROITIN | DANDELION ROOT |
| ECHINACEA | ELDERBERRY | GINKGO BILOBA | GOLDENSEAL |
| GRAPE SEED EXTRAC | GUARANA SEED | GYMNEMA | HUPERZINE |
| LUO HAN GUO | LUTEIN | SYLVESTRE | MULLEIN LEAF |
| PAU DARCO BARK | PINE BARK | MILK THISTLE | RED YEAST RICE |
| REISHI MUSHROOM | RHODIOLA | RED QUEBRACHO | SCHISANDRA BERRY |
| SENNA | SPIRULINA | ROOIBOS TEA | VALERIAN |
| WHEATGRASS | WORMWOOD | ST JOHNS WORT | |
| | | YELLOW DOCK | |

**Herbs: Male/Female**

## Patient Information — ALCAT

**GABAY, ARMAN**

| | | | |
|---|---|---|---|
| Date of Birth: | 04/15/1961 | Date Reported: | 06/08/2022 |
| Date Received: | 06/01/2022 | Lab ID: | 462899 |
| HCP(40295): | T.A.M.E. TIME | | |

The Alcat Test does not identify the immediate allergic response to foods. If you have true food allergies, please continue to AVOID those foods, even though they may not appear "reactive" on your Alcat Test results.

### CANDIDA ALBICANS
You have a severe reaction to Candida Albicans, also eliminate these foods:

AGAVE, CANE SUGAR, FRUCTOSE, HONEY, MAPLE SUGAR, MOLASSES

### GLUTEN  GLIADIN
You have no reaction to Gliadin and mild reaction to Gluten, eliminate these foods:

BARLEY, MALT, RYE, SPELT, WHEAT

### CASEIN  WHEY
You have a mild reaction to Whey and moderate reaction to Casein, eliminate these foods:

COW'S MILK, GOAT'S MILK, LACTOSE, SHEEP'S MILK



| | | |
|---|---|---|
| APRICOT | ACORN SQUASH | AMARANTH |
| ROMAINE LETT | APPLE | ARROWROOT |
| | ARTICHOKE | ARUGULA |
| | BAY LEAF | BLACK BEANS |
| | BLACK CURRANT | BLACK PEPPER |
| | BOK CHOY | BROCCOLI |
| | BUTTERNUT SQUASH | CHIA |
| | CHICORY | CHIVES |
| | ENDIVE | HADDOCK |
| | HALIBUT | HEMP |
| | HOPS | LEAF LETT (RED/GR |
| | LIME | PEPPERMINT |
| | RED PALM FRUIT | SARDINE |
| | SPEARMINT | TURKEY |
| | WATERMELON | |

| | | | |
|---|---|---|---|
| ADZUKI BEANS* | ALLSPICE* | ALMOND* | ANCHOVY* |
| ASPARAGUS* | AVOCADO* | BANANA* | BISON* |
| BLACKBERRY* | BLACK-EYED PEA* | BLUEBERRY* | BOSTON BIBB |
| BRAZIL NUT* | BREWER'S YEAST* | CANNELLINI | LETTU |
| CANTALOUPE* | CARDAMOM* | BEANS* | CANOLA |
| CHICKEN* | CILANTRO* | CAROB* | (RAPESEED) |
| COCOA* | CODFISH* | CINNAMON* | CARROT* |
| CRAB* | DATE* | CORIANDER SEED* | CLAM* |
| FIG* | GARLIC* | EGG YOLK* | CORN* |
| GREEN TEA* | GROUPER* | GINGER* | EGGPLANT* |
| HONEYDEW MLN* | HORSERADISH* | HABANERO | GRAPE* |
| KIWI* | MULBERRY* | PEPPER* | HAZELNUT* |
| OAT (GLUTEN | OKRA* | ICEBERG | KALE* |
| FREE) | RHUBARB* | LETTUCE* | NAVY BEAN* |
| RADISH* | TANGERINE* | MUSTARD | PINE NUT* |
| STAR FRUIT* | TURNIP* | GREENS* | SORGHUM* |
| TUNA* | | PAPRIKA* | TILAPIA* |
| | | SEA BASS* | WHITE POTATO* |
| | | THYME* | |
| | | VANILLA* | |

## Patient Information — ALCAT

**GABAY, ARMAN**

| | | | |
|---|---|---|---|
| Date of Birth: | 04/15/1961 | Date Reported: | 06/08/2022 |
| Date Received: | 06/01/2022 | Lab ID: | 462899 |
| HCP(40295): | T.A.M.E. TIME | | |

The Alcat Test does not identify the immediate allergic response to foods. If you have true food allergies, please continue to AVOID those foods, even though they may not appear "reactive" on your Alcat Test results.

### CANDIDA ALBICANS
You have a severe reaction to Candida Albicans, also eliminate these foods:

AGAVE, CANE SUGAR, FRUCTOSE, HONEY, MAPLE SUGAR, MOLASSES

### GLUTEN  GLIADIN
You have no reaction to Gliadin and mild reaction to Gluten, eliminate these foods:

BARLEY, MALT, RYE, SPELT, WHEAT

### CASEIN  WHEY
You have a mild reaction to Whey and moderate reaction to Casein, eliminate these foods:

COW'S MILK, GOAT'S MILK, LACTOSE, SHEEP'S MILK



| | | |
|---|---|---|
| APRICOT | ACORN SQUASH | AMARANTH |
| ROMAINE LETT | APPLE | ARROWROOT |
| | ARTICHOKE | ARUGULA |
| | BAY LEAF | BLACK BEANS |
| | BLACK CURRANT | BLACK PEPPER |
| | BOK CHOY | BROCCOLI |
| | BUTTERNUT SQUASH | CHIA |
| | CHICORY | CHIVES |
| | ENDIVE | HADDOCK |
| | HALIBUT | HEMP |
| | HOPS | LEAF LETT (RED/GR |
| | LIME | PEPPERMINT |
| | RED PALM FRUIT | SARDINE |
| | SPEARMINT | TURKEY |
| | WATERMELON | |

| | | | |
|---|---|---|---|
| ADZUKI BEANS* | ALLSPICE* | ALMOND* | ANCHOVY* |
| ASPARAGUS* | AVOCADO* | BANANA* | BISON* |
| BLACKBERRY* | BLACK-EYED PEA* | BLUEBERRY* | BOSTON BIBB |
| BRAZIL NUT* | BREWER'S YEAST* | CANNELLINI | LETTU |
| CANTALOUPE* | CARDAMOM* | BEANS* | CANOLA |
| CHICKEN* | CILANTRO* | CAROB* | (RAPESEED) |
| COCOA* | CODFISH* | CINNAMON* | CARROT* |
| CRAB* | DATE* | CORIANDER SEED* | CLAM* |
| FIG* | GARLIC* | EGG YOLK* | CORN* |
| GREEN TEA* | GROUPER* | GINGER* | EGGPLANT* |
| HONEYDEW MLN* | HORSERADISH* | HABANERO | GRAPE* |
| KIWI* | MULBERRY* | PEPPER* | HAZELNUT* |
| OAT (GLUTEN | OKRA* | ICEBERG | KALE* |
| FREE) | RHUBARB* | LETTUCE* | NAVY BEAN* |
| RADISH* | TANGERINE* | MUSTARD | PINE NUT* |
| STAR FRUIT* | TURNIP* | GREENS* | SORGHUM* |
| TUNA* | | PAPRIKA* | TILAPIA* |
| | | SEA BASS* | WHITE POTATO* |
| | | THYME* | |
| | | VANILLA* | |

### VEGETABLES / LEGUMES

| | | | |
|---|---|---|---|
| BELL PEPPER MIX | BRSSLS SPROUT | BUTTON MUSHROOM | CABBAGE |
| CAULIFLOWER | CELERY | CHICKPEA | COLLARD GREENS |
| CUCUMBER | ESCAROLE | FAVA BEAN | FENNEL SEED |
| GREEN PEA | JALAPEÑO PEPP | JICAMA | KELP |
| KIDNEY BEAN | LEEK | LENTIL BEAN | LIMA BEAN |
| MUNG BEAN | ONION | PARSNIP | PINTO BEAN |
| PORTOBELLO | RED BEET | RUTABAGA | SCALLION |
| MUSHRM | SHIITAKE MUSHRM | SOYBEAN | SPAGHETTI |
| SHALLOTS | STRING BEAN | SWEET POTATO | SQUASH |
| SPINACH | TOMATO | WAKAME SEAWEED | SWISS CHARD |
| TARO ROOT | YAM | YELLOW PEA | WATER CHESTNUT |
| WATERCRESS | | | YELLOW SQUASH |
| ZUCCHINI SQUASH | | | |

### FRUITS

| | | | |
|---|---|---|---|
| CAPERS | CHERRY | CRANBERRY | DRAGON FRUIT |
| GRAPEFRUIT | GUAVA | JACKFRUIT | LEMON |
| LYCHEE | MANGO | NECTARINE | OLIVE |
| ORANGE | PAPAYA | PEACH | PEAR |
| PERSIMMON | PINEAPPLE | PLANTAIN | PLUM |
| POMEGRANATE | PUMPKIN | RASPBERRY | STRAWBERRY |

### MEAT

| | | | |
|---|---|---|---|
| BEEF | CHICKEN LIVER | DUCK | LAMB |
| PORK | VEAL | VENISON | |

### DAIRY / EGGS

EGG WHITE

### SEAFOOD

| | | | |
|---|---|---|---|
| CATFISH | FLOUNDER | LOBSTER | MACKEREL |
| MAHI MAHI | MUSSEL | OYSTER | SALMON |
| SCALLOP | SHRIMP | SNAPPER (RED) | SOLE |
| SWORDFISH | TROUT | | |

### GRAINS / STARCHES

| | | | |
|---|---|---|---|
| BUCKWHEAT | MILLET | QUINOA | RICE (BRWN/WHT) |
| TAPIOCA | TEFF | WILD RICE | |

### NUTS / OILS AND MISC. FOODS

| | | | |
|---|---|---|---|
| BAKER'S YEAST | BLACK TEA | CARAWAY | CASHEW |
| CHAMOMILE | COCONUT | COFFEE | DANDELION LEAF |
| FLAXSEED | MACADAMIA | MUSTARD SEED | NUTRITIONAL |
| PEANUT | PECAN | PISTACHIO | YEAST |
| SAFFLOWER | SESAME | STEVIA LEAF | POPPY SEED |
| WALNUT | | | SUNFLOWER |

### HERBS / SPICES

| | | | |
|---|---|---|---|
| ANCHO CHILI PEPP | BASIL | CAYENNE PEPPER | CLOVE |
| CUMIN | CURRY | DILL | LICORICE |
| NUTMEG | OREGANO | PARSLEY | ROSEMARY |
| SAFFRON | SAGE | TARRAGON | TURMERIC |

### VEGETABLES / LEGUMES

| | | | |
|---|---|---|---|
| BELL PEPPER MIX | BRSSLS SPROUT | BUTTON MUSHROOM | CABBAGE |
| CAULIFLOWER | CELERY | CHICKPEA | COLLARD GREENS |
| CUCUMBER | ESCAROLE | FAVA BEAN | FENNEL SEED |
| GREEN PEA | JALAPEÑO PEPP | JICAMA | KELP |
| KIDNEY BEAN | LEEK | LENTIL BEAN | LIMA BEAN |
| MUNG BEAN | ONION | PARSNIP | PINTO BEAN |
| PORTOBELLO | RED BEET | RUTABAGA | SCALLION |
| MUSHRM | SHIITAKE MUSHRM | SOYBEAN | SPAGHETTI |
| SHALLOTS | STRING BEAN | SWEET POTATO | SQUASH |
| SPINACH | TOMATO | WAKAME SEAWEED | SWISS CHARD |
| TARO ROOT | YAM | YELLOW PEA | WATER CHESTNUT |
| WATERCRESS | | | YELLOW SQUASH |
| ZUCCHINI SQUASH | | | |

### FRUITS

| | | | |
|---|---|---|---|
| CAPERS | CHERRY | CRANBERRY | DRAGON FRUIT |
| GRAPEFRUIT | GUAVA | JACKFRUIT | LEMON |
| LYCHEE | MANGO | NECTARINE | OLIVE |
| ORANGE | PAPAYA | PEACH | PEAR |
| PERSIMMON | PINEAPPLE | PLANTAIN | PLUM |
| POMEGRANATE | PUMPKIN | RASPBERRY | STRAWBERRY |

### MEAT

| | | | |
|---|---|---|---|
| BEEF | CHICKEN LIVER | DUCK | LAMB |
| PORK | VEAL | VENISON | |

### DAIRY / EGGS

EGG WHITE

### SEAFOOD

| | | | |
|---|---|---|---|
| CATFISH | FLOUNDER | LOBSTER | MACKEREL |
| MAHI MAHI | MUSSEL | OYSTER | SALMON |
| SCALLOP | SHRIMP | SNAPPER (RED) | SOLE |
| SWORDFISH | TROUT | | |

### GRAINS / STARCHES

| | | | |
|---|---|---|---|
| BUCKWHEAT | MILLET | QUINOA | RICE (BRWN/WHT) |
| TAPIOCA | TEFF | WILD RICE | |

### NUTS / OILS AND MISC. FOODS

| | | | |
|---|---|---|---|
| BAKER'S YEAST | BLACK TEA | CARAWAY | CASHEW |
| CHAMOMILE | COCONUT | COFFEE | DANDELION LEAF |
| FLAXSEED | MACADAMIA | MUSTARD SEED | NUTRITIONAL |
| PEANUT | PECAN | PISTACHIO | YEAST |
| SAFFLOWER | SESAME | STEVIA LEAF | POPPY SEED |
| WALNUT | | | SUNFLOWER |

### HERBS / SPICES

| | | | |
|---|---|---|---|
| ANCHO CHILI PEPP | BASIL | CAYENNE PEPPER | CLOVE |
| CUMIN | CURRY | DILL | LICORICE |
| NUTMEG | OREGANO | PARSLEY | ROSEMARY |
| SAFFRON | SAGE | TARRAGON | TURMERIC |

Name: Arman Gabaee | DOB: 4/15/1961 | MRN: 070654427 | PCP: David Y Kawashiri, MD

# Appointment Details

Care Team Notes

## Progress Notes

Kenneth Sik-Gen Jung, MD at 7/18/2022  8:30 AM



KERLAN·JOBE
ORTHOPAEDIC CLINIC

### ORTHOPAEDIC FOOT & ANKLE EXAMINATION

**Patient: Arman Gabaee**
**MRN: 070654427**
**DOB: 4/15/1961**

**Subjective:**

Arman Gabaee is a 61 year old male presents for a new patient evaluation for
CHIEF COMPLAINT(S):
**BILATERAL FOOT/ANKLE PAIN**

**Occupation**: REAL ESTATE DEVELOPER
**Date of injury / Onset of symptoms: 5-6 YEARS**
**History of injury / symptoms & course of treatment:**
  • **REFERRED BY DR. KHARRAZI WHO IS HIS SECOND COUSIN**
  • **PAIN IS EQUAL OVERALL IN BOTH FEET AND ANKLES**
  • **PAIN LOCATED UNDER HEEL IN ARCHES, DESCRIBED AS SHARP**
  • **ALSO ENDORSES PAIN @ MEDIAL ANKLES**
  • **WEARS OTC INSOLES IN FOOTWEAR WHICH ARE 4-5 YEARS OLD**
    ○ **TRIED CUSTOM INSOLES AS WELL**
  • **DIFFICULTY WALKING FIRST THING IN THE MORNING**
  • **NOTES DISCOMFORT IN SKI BOOTS, EVEN WHEN CUSTOM MOLDED**
  • **WBAT + DRESS SHOES**

**Severity** of symptoms (0-10 scale): **3, 4, 5 / 10**
**Character** of symptoms: Ache, Burning
**Timing** of symptoms: Morning, Afternoon, Evening, Climbing
**Duration** of symptoms: All Day

**Associated symptoms:** Swelling, Bruising, Tingling
**Activity limitations:** NONE LISTED

**Answers for HPI/ROS submitted by the patient on 7/12/2022**
Who were you referred by?: Physician
Name of person who referred you?: Dr. Kharazzi
What is your reason for visit?: Both Ankels
What body part are you being seen for?: Foot/Ankle
Which side?: Both
How did your injury or symptoms begin?: Unknown
Date of injury or start of symptoms. Be as specific as possible.: Approximately January 1, 2022
What symptoms are you experiencing?: Pain
Describe the pain.: Aching
What is the severity of your pain or symptoms at its worst?: 8
What activities, if any, are limited by your injury or symptoms?: Walking, Stairs, Daily Activities, Sports/Exercise
Which daily activities are limited?: Standing Up, Sleeping
What activities would you like to do that you are unable to right now?: I would like to return to my daily morning walks
Have you tried any of the following treatments?: Anti-inflammatory (ex.Aleve, Ibuprofen), Acupuncture
What is your occupation?: Real estate developer
Please select one of the following regarding your housing/support.: Housed, have reliable, round the clock support/help
What type of Orthopaedic specialist are you here to see?: Foot/Ankle
If necessary, how well could you keep all weight off of your affected foot/ankle with crutches or a walker?: I can for simple tasks around the house
Can your home be arranged to safely use a wheelchair and keep all weight off of your foot?: Yes
Have you had any wound healing complications from prior surgeries or injuries?: No
Have you ever been diagnosed with diabetes or neuropathy (abnormal or decreased sensation in your feet)?: No

I, BRENNA GEIGER, am scribing for, and in the presence of, Dr. Kenneth Jung, MD. While in the patient's presence and per the provider's instructions, I brought the following information into this note from elsewhere in the medical record; past medical history, past surgical history, past social history, past family history, medications, allergies, and vitals.

**Medical History:**

**Past Medical History:**
Diagnosis                                                                                          Date
- Colon polyp
  *10/26/2015 colon- tubular adenoma x 1*
- Gastritis
  *10/26/2015 EGD neg HP neg metaplasia*
- GERD (gastroesophageal reflux disease)
  *rare- can go a year without meds- remote EGD 1980s "neg"*
- GERD (gastroesophageal reflux disease)
  *10/26/2015 EGD bx + erosive esophagitis, ? short segment barrett's, on bx no barretts, no EE*
- Hx of campylobacteriosis                                                                2009
  *rx- after chicken*
- Hx of sinusitis
  *better with surgery*
- Hypothyroid
- Hypothyroid
- Insulin resistance
  *on glucophage*
- Lactose intolerance

*takes lactaid supplements*
- Need for hepatitis C screening test
*neg 10/2015*
- Other Medical Hx
*low HDL, on crestor 8/2015*
- Other Medical Hx
*virtual colon 2006 approx normal*
- Other Medical Hx
*hep A vaccine 2012-2013- first dose, cant recall other vaccinations*
- Thyroid disease
- Vocal cord polyp

## Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| HX HERNIA REPAIR *cedars dr adashek* | | 2012 |
| HX OF VOCAL CORD POLYPECTOMY *SM* | | 2005 |
| HX SEPTOPLASTY | | 2003 |
| OTHER *skin mole removed- dr dixie richards west LA derm* | | |
| OTHER *lipoma excision* | | |

## Current Outpatient Medications

| Medication | Sig |
|---|---|
| LORazepam (Ativan) 0.5 mg tablet | Take 1 tablet by mouth at bedtime as needed for Anxiety. (Patient taking differently: Take 0.5 mg by mouth at bedtime as needed for Anxiety.) |
| sildenafil citrate (VIAGRA) 100 mg oral tablet | Take 100 mg by mouth as needed for Erectile Dysfunction. |
| SYNTHROID 100 mcg oral tablet | Take 1 tablet by mouth daily. Take 1/2 hour - 1 hour before breakfast. |
| modafinil (PROVIGIL) 200 mg oral tablet | Take 200 mg by mouth as needed. |
| CALCIUM CITRATE/VITAMIN D3 (CITRACAL + D PO) | |
| red yeast rice extract 600 mg capsule | Take 600 mg by mouth daily. |
| OMEGA-3S/DHA/EPA/FISH OIL/D3 (VITAMIN-D + OMEGA-3 PO) | Take 5,000 mg by mouth daily. |
| TURMERIC, BULK, MISC | daily. |

No current facility-administered medications for this visit.

## No Known Allergies

## Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| GERD | Father | |
| GERD | Mother | |
| Cancer *anaplastic cancer thyroid - died* | Brother | 48 |
| Leukemia *paternal first cousin - died* | Other | 31 |

## Social History

Tobacco Use

- Smoking status:          Never Smoked
- Smokeless tobacco:    Never Used
Vaping Use
- Vaping Use:             Never used
Substance Use Topics
- Alcohol use:            Yes
     Alcohol/week:        0.0 - 2.0 standard drinks
     *Comment: vodka or scotch*
- Drug use:               No

**Review of Systems:**
The review of systems as documented today in the medical record is remarkable for the positive orthopedic problems discussed above and is otherwise non-contributory with respect to Constitutional, ENT, Cardiovascular, GU, Skin, Neurologic, Endocrine, Hematologic, Psychiatric, Gastrointestinal, Respiratory, Eyes and Allergic/Immunologic systems.

REFER TO PATIENT'S INTAKE FORM FOR MEDICAL HISTORY, SURGICAL HISTORY, FAMILY HISTORY, SOCIAL HISTORY, AND REVIEW OF SYSTEMS, WHICH I HAVE REVIEWED.

**Objective:**
**There were no vitals filed for this visit.**

## ORTHOPAEDIC FOOT & ANKLE EXAMINATION

**GENERAL**
AWAKE, ALERT, MOOD APPROPRIATE
ANSWERS QUESTIONS APPROPRIATELY
WELL-DEVELOPED; WELL-NOURISHED

**INSPECTION**
SKIN INTACT; NO SIGNS OF INFECTION

STANCE: SYMMETRIC
ORTHOTICS- OTC

BILATERAL HINDFOOT VALGUS
BILATERAL PRONATION

| RIGHT | | LEFT |
|---|---|---|
| • PAIN @ MIDFOOT PLANTAR FASCIA<br>• PAIN @ POSTERIOR TIBIAL TENDON | **PAIN to PALPATION** | • PAIN ALONG POSTERIOR TIBIAL TENDON<br>• PAIN @ ORIGIN OF PLANTAR FASCIA |
| • PLANTAR FASCIA INTACT | **CREPITUS-DEFECTS** | • NO SWELLING<br>• PLANTAR FASCIA INTACT |
| | | |
| | **RANGE OF MOTION** | |
| • INTACT; -10 ° DORSIFLEXION, 40 ° PLANTAR FLEXION | DORSI / PLANTARFLEXION | • INTACT; -10 ° DORSIFLEXION, 40 ° PLANTAR FLEXION |
| • INTACT; 20 ° INVERSION, 30 ° EVERSION | INVERSION / EVERSION | • INTACT; 20 ° INVERSION, 30 ° EVERSION |
| • INTACT; | TOE EXTENSION / FLEXION | • INTACT; |
| • INTACT; | 1st MTP EXT / FLEX | • INTACT; |
| | | |
| | | |

| INTACT | **MOTOR** | |
| INTACT | *DORSIFLEXION* | INTACT |
| INTACT | PLANTARFLEXION | INTACT |
| INTACT | INVERSION | INTACT |
| INTACT | EVERSION | INTACT |
| | | |
| NORMAL COLOR | **VASCULAR** | NORMAL COLOR |
| SENSATION: INTACT | **NEUROLOGIC** | SENSATION: INTACT |
| | | |
| • INTACT;<br>• TIGHT; | **CALF / GASTROC-SOLEUS** | • INTACT;<br>• TIGHT; |
| • NO GROSS INSTABILITY APPRECIATED | **INSTABILITY** | • NO GROSS INSTABILITY APPRECIATED |

Imaging:

**XRAY ANKLE BILATERAL 3 VIEWS/MORE**

3 VIEWS- BILATERAL ANKLES ORDERED AND INTERPRETED AT THE KERLAN-JOBE ORTHOPAEDIC CLINIC
DEMONSTRATE NO ACUTE FRACTURES OR DISLOCATIONS

**Labs Result(s):**
None were reviewed

**Procedure(s):**
None were performed

**Records Review / Case Discussion:**

- OUTSIDE RADIOGRAPHIC STUDY-STUDIES
  - NONE WERE REVIEWED
- REVIEW OF OUTSIDE RECORD(S)- [MEDICAL PROVIDERS, PHYSICAL THERAPY, ETC.]: No
- CASE DISCUSSED-REVIEWED WITH ANOTHER HEALTHCARE PROVIDER: No

**Assessment:**

| | | ICD-10-CM | |
| --- | --- | --- | --- |
| 1. | **Posterior tibial tendon dysfunction (PTTD) of both lower extremities** | **M76.821**<br><br>**M76.822** | |
| 2. | Plantar fasciitis, bilateral | M72.2 | REFERRAL TO PHYSICAL THERAPY<br>REFERRAL TO ORTHOTIC SPECIALIST |
| 3. | Tight heel cords, acquired, bilateral | M67.01 | REFERRAL TO PHYSICAL THERAPY |

M67.02  REFERRAL TO ORTHOTIC
SPECIALIST

4.    Pes planovalgus                    Q66.6

**Plan:**
- DIAGNOSTIC IMAGING (IF AVAILABLE) WAS REVIEWED & DISCUSSED
- DIAGNOSIS DISCUSSED WITH PATIENT
- CURRENT SYMPTOM(S) CONSISTENT WITH BILATERAL PLANTAR FASCIITIS, POSTERIOR TIBIAL TENDON DYSFUNCTION, TIGHT CALVES SECONDARY TO BILATERAL PES PLANOVALGUS

- SHARED DECISION MAKING WAS UTILIZED TO DISCUSS TREATMENT OPTIONS
  - NON-OPERATIVE MANAGEMENT WAS DISCUSSED
  - RECOMMEND COURSE OF FORMAL PHYSICAL THERAPY TO AID WITH CALF TIGHTNESS AND STRENGTHEN SURROUNDING ANKLE STRUCTURES
  - DISCUSSED USE OF CUSTOM ORTHOTICS TO SUPPORT ARCHES
  - OPERATIVE MANAGEMENT (IF INDICATED) WAS DISCUSSED
  - BRIEFLY DISCUSSED OPTIONS FOR OPERATIVE MANAGEMENT OF HIS CONDITION(S) BUT EMPHASIZED THAT THIS WOULD ONLY BE CONSIDERED UPON FAILURE OF CONSERVATIVE MEASURES AS OUTLINED ABOVE
- ACKNOWLEDGED UNDERSTANDING OF DIAGNOSIS & TREATMENT PLAN
- QUESTIONS ANSWERED

- WEIGHT BEARING AS TOLERATED
- HOME PROGRAM: STRETCHING / EXERCISE / RANGE OF MOTION
- PHYSICAL THERAPY: PRESCRIBED
- ORTHOTICS (CUSTOM) RECOMMENDED

Return for UPON COMPLETION OF PHYSICAL THERAPY.

**Progress Note Addendum**

I, Jung, Kenneth, MD personally performed the services described in this documentation, as scribed by BRENNA GEIGER in my presence, and it is both accurate and complete.

**Signed:**
7/18/2022
11:09 AM

# Consult - Amb

Consult - Amb signed by Kharrazi, Fariborz Daniel, MD at 7/20/2022  9:20 AM
KERLAN-JOBE ORTHOPAEDIC CLINIC
6801 PARK TERRACE
LOS ANGELES, CA  90045

PATIENT NAME:  GABAEE, ARMAN
PATIENT NUMBER:  070654427
DATE OF BIRTH:  04/15/1961

## SUMMARY REPORT:

Patient has been diagnosed with a **full-thickness tear of
his left shoulder rotator cuff** based on MRI studies of
the left shoulder.  The MRI studies of the left shoulder were
done at Mink Radiology, confirming a full-thickness tear of
the left shoulder rotator cuff involving the supraspinatus
tendon with delamination of the subscapularis.  The patient
has weakness, pain and discomfort of his left shoulder.

We have discussed  left shoulder arthroscopy and rotator cuff
repair which generally takes about 6-12 months to
rehabilitate.

Furthermore, MRI studies have been completed of bilateral
knees.
These were done at Prohealth Advanced Imaging.  The MRI
studies do confirm that he has chondromalacia and
osteoarthritis.  Specifically with regard to his right knee,
the patient has had MRI studies that confirm there is
progression of the severe osteoarthritis of his patellofemoral
joint.  Comparing his current MRI studies of June 11, 2022, to
his previous MRI studies of  12/20/2018, there was evidence of
severe osteoarthritis of the patellofemoral joint with
significant progression.  The patient does require a right
knee arthroscopic debridement with subsequent
viscosupplementation of his right knee.  I anticipate similar
a procedure needs to be done for his contralateral left knee.
Each rehabilitation will take approximately 12-18 weeks and
may need to be separated in terms of surgical time by
approximately 3  months.

Bilateral knees also will benefit from future injections with
Synvisc viscosupplementation, as he has clear evidence of
advanced osteoarthritic changes of the patellofemoral joint of
both knees.  I do believe that his shoulder takes precedence
in terms of priority for surgical repair, as he has
significant weakness and pain in his shoulder.  I have
discussed these findings with him and he is aware of the
options.

Fariborz Daniel Kharrazi, MD

DD:  07/19/2022 15:16:55    DT:  07/19/2022 15:42:54
Job #:  962636569 / Dictation ID:  962636569
FDK/MODL

Consult - Amb signed by Kharrazi, Fariborz Daniel, MD at 7/20/2022 9:19 AM
KERLAN-JOBE ORTHOPAEDIC CLINIC
6801 PARK TERRACE
LOS ANGELES, CA  90045

PATIENT NAME:  GABAEE, ARMAN
PATIENT NUMBER:  070654427
DATE OF BIRTH:  04/15/1961


REQUEST FOR AUTHORIZATION:

The patient is a 61-year-old male who reports weakness with
pain of his left shoulder.  The patient has undergone an MRI
scan of the left shoulder that confirms he has a full-
thickness retracted tear involving the supraspinatus tendon,
with mild atrophy of the muscle, with delamination of the
upper subscapularis and medialization of the upper biceps.
The patient has had persistent weakness, pain, and discomfort
of his left shoulder, progressing over the past 6-12 months.
MRI studies were done on March 17, 2022, at Mink Radiology,
confirming a left shoulder rotator cuff tear.  Physical exam
shows weakness in abduction, weakness in forward flexion,
painful rotation, and weakness in external and internal
rotation.

ASSESSMENT:  Full-thickness grade 3 tear of the left shoulder
rotator cuff.

RECOMMENDATION:  Left shoulder arthroscopy with rotator cuff
repair.  Authorization is requested based on the patient's
clinical symptoms that have not improved despite 6 months of
conservative measures, including self-directed exercises,
anti-inflammatories, and analgesics.  The patient has an MRI
that confirms a grade 3 tear of the left shoulder rotator
cuff.  He requires arthroscopy of the left shoulder with
rotator cuff repair.  Healing generally takes between 10 and
12 weeks with physical therapy for an additional 10-12 weeks.
I anticipate a 6 to 12-month period of recovery following left
shoulder surgery.

We have discussed the proposed surgery with the patient.  All
the risks, benefits and possible outcomes were discussed with
the patient in detail. All of the patient's questions have
been answered in detail as well. The diagnosis, rationale for
surgery, planned procedure and the expected outcomes and
alternatives to surgery, as well as the risks and potential
complications, have been discussed with the patient in detail.

The patient understands the above and that the planned
procedure may not accomplish the desired result. All
complications, including the general risks relating to
surgery, including risks of general anesthesia and infection,
bleeding, nerve injury, loss of motion and possible failure of
hardware (if utilized) have been discussed with the patient.
With all of this in mind, the patient has decided to proceed
with surgery.

REVIEW OF SYSTEMS, MEDS, ALLERGIES, PAST MEDICAL/SURGICAL
HISTORY, SOCIAL/FAMILY HISTORY HAS BEEN REVIEWED AND
DOCUMENTED IN THE PATIENT'S CHART AT KERLAN JOBE ORTHOPAEDIC
CLINIC / CEDARS SINAI CS LINK SYSTEM AS NOTED BY THE PATIENT
ALL NON ORTHOPAEDIC ISSUES ARE DEFERRED TO THE PATIENT'S
INTERNIST AND PRIMARY PHYSICIAN.
THESE HAVE BEEN INCLUDED IN OUR EVALUATION FOR THE CS LINK
SYSTEM AND DEFERRED TO THE PATIENT'S INTERNIST/PRIMARY
PHYSICIAN.


Fariborz Daniel Kharrazi, MD

DD:  07/19/2022 15:08:00    DT:  07/19/2022 15:17:08
Job #:  962635429 / Dictation ID:  962635429
FDK/MODL

MyChart® licensed from Epic Systems Corporation © 1999 - 2022