# Exhibit G



# MAGNITUDE LAX

LEASING PACKAGE
MAY 17, 2017

R&A



AERIAL PERSPECTIVE

MAGNITUDE
LAX

MAY 17, 2017

R&A



PERSPECTIVE VIEW OF ENTRY ALONG HAWTHORNE BOULEVARD

MAGNITUDE LAX

MAY 17, 2017

R&A



PERSPECTIVE VIEW OF INTERNAL RETAIL STREET

MAGNITUDE LAX

MAY 17, 2017

R&A



PERSPECTIVE VIEW OF THEATER / ENTERTAINMENT ENTRANCE ALONG HAWTHORNE BOULEVARD

MAGNITUDE
LAX

R&A

MAY 17, 2017





MAGNITUDE

LAX

DETAIL PLAN - BLOCKS F,H SECOND LEVEL

BUILDING F

OPEN TO BELOW

BUILDING C

MAY 17, 2017

NTS

R&A



DETAIL PLAN - BLOCKS F,H BASEMENT LEVEL

MAGNITUDE LAX

MAY 17 2017

NTS



R&A





MAGNITUDE
LAX

DETAIL PLAN - BLOCKS B,C BASEMENT LEVEL

GARAGE
PARKING
1590 SPACES

MAY 17, 2017

NTS

R&A



MAGNITUDE
LAX

DETAIL PLAN - BLOCKS A,B,E SECOND LEVEL

MAY 17, 2017

R&A

NTS

DETAIL PLAN - BLOCKS A,B,E BASEMENT LEVEL

MAGNITUDE LAX

THEATER PARKING 160 SPACES

MAY 17, 2017

NTS

R&A

MAGNITUDE
LAX

PARCEL
R3
RESIDENTIAL
150 UNITS / 180,000 RSF
(NOT IN GUIDES)

DETAIL PLAN - BLOCK D GROUND LEVEL

BUILDING
D

D01
ANCHOR RETAIL
28,000 SF

D02
ANCHOR RETAIL
15,000 SF

D03
RETAIL
18,000 SF

D04
RETAIL
8,250 SF

RETAIL
PLAZA

PARCEL
R2
RESIDENTIAL
150 UNITS / 180,000 RSF
(NOT IN GUIDES)

BUILDING
E

RESIDENTIAL PARKING ACCESS

SERVICE / LOADING ACCESS

SERVICE / LOADING ACCESS

RETAIL PARKING ACCESS

RESIDENTIAL PARKING ACCESS

MAY 17, 2017

NTS

R&A

MAGNITUDE
LAX

DETAIL PLAN - BLOCK D SECOND LEVEL

PARCEL
R3
RESIDENTIAL
150 UNITS / 130,000 NBF
(NOT IN SCOPE)

BUILDING
D
RETAIL
PARKING GARAGE
394 SPACES

PARCEL
R2
RESIDENTIAL
150 UNITS / 130,000 NBF
(NOT IN SCOPE)

MAY 17, 2017

NTS

R&A

