# Exhibit H



# COUNTY OF LOS ANGELES
## REGISTRAR-RECORDER/COUNTY CLERK

**CERTIFICATE OF VITAL RECORD**

### LICENSE AND CERTIFICATE OF MARRIAGE

MUST BE LEGIBLE—MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS

**STATE FILE NUMBER:** 
**LOCAL REGISTRATION NUMBER:** 21003

**GROOM PERSONAL DATA**
- 1A. NAME OF GROOM—FIRST (GIVEN): ARMAN
- 1B. MIDDLE: —
- 1C. LAST (FAMILY): GABAEE
- 2. DATE OF BIRTH: APRIL 15, 1961
- 3A. RESIDENCE—STREET AND NUMBER: 627 N. MAPLE
- 3B. CITY: BEVERLY HILLS
- 3C. ZIP CODE: 90210
- 3D. COUNTY: LOS ANGELES
- 4. STATE OF BIRTH: IRAN
- 6. NUMBER OF PREVIOUS MARRIAGES: 0
- 8A. USUAL OCCUPATION: REAL ESTATE DEVELOPER
- 8B. USUAL KIND OF BUSINESS OR INDUSTRY: REAL ESTATE INDUSTRY
- 9. NUMBER OF HIGHEST GRADE COMPLETED: 17
- 10A. FULL NAME OF FATHER: NORMAN GABAY
- 10B. STATE OF BIRTH: IRAN
- 11A. FULL MAIDEN NAME OF MOTHER: MARIAM CHADORCHE
- 11B. STATE OF BIRTH: IRAN

**BRIDE PERSONAL DATA**
- 12A. NAME OF BRIDE—FIRST (GIVEN): ELENOR
- 12C. CURRENT LAST (FAMILY): BEROUKHIM
- 13. DATE OF BIRTH: JUNE 18, 1971
- 14A. RESIDENCE—STREET AND NUMBER: 8921 ALTO CEDRO DR.
- 14B. CITY: BEVERLY HILLS
- 14C. ZIP CODE: 90210
- 14D. COUNTY: LOS ANGELES
- 15. STATE OF BIRTH: IRAN
- 17. NUMBER OF PREVIOUS MARRIAGES: 0
- 19A. USUAL OCCUPATION: STUDENT
- 19B. USUAL KIND OF BUSINESS OR INDUSTRY: UNIVERSITY
- 20. NUMBER OF HIGHEST GRADE COMPLETED: 13
- 21A. FULL NAME OF FATHER: IRAJ BEROUKHIM
- 21B. STATE OF BIRTH: IRAN
- 22A. FULL MAIDEN NAME OF MOTHER: SHAHNAZ SHIRAZI
- 22B. STATE OF BIRTH: IRAN

**AFFIDAVIT**
- 23. SIGNATURE OF GROOM
- 24. SIGNATURE OF BRIDE: Elenor Beroukhim

**LICENSE TO MARRY**
- 25A. ISSUE DATE: JULY 16, 1990
- 25B. LICENSE EXPIRES AFTER: OCT. 14, 1990
- 25C. LICENSE NUMBER: WE 44007
- 25D. COUNTY OF ISSUE: LOS ANGELES
- 25E. SIGNATURE OF COUNTY CLERK: FRANK S. ZOLIN

**WITNESSES (ONE REQUIRED)**
- 26A. SIGNATURE OF WITNESS
- 26B. ADDRESS: 1041 ...
- 26C. CITY, STATE AND ZIP CODE: L.A. Calif. 91124
- 27A. SIGNATURE OF WITNESS: EHSAN GHODSIAN
- 27B. ADDRESS: 9945 ANTHONY PL.
- 27C. CITY, STATE AND ZIP CODE: BEV. HILLS, CA 90210

**CERTIFICATION OF PERSON SOLEMNIZING CEREMONY**
- 28. I HEREBY CERTIFY THAT THE ABOVE-NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA
- ON: August 5th, 1990
- AT: Los Angeles, Los Angeles, California
- 29A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE: RABBI Yedidia Shofet
- 29B. RELIGIOUS DENOMINATION: JEWISH
- 29C. NAME AND OFFICIAL TITLE: R. YEDIDIA SHOFET, RABBI
- 29D. MAILING ADDRESS AND ZIP CODE: 10432 Eastborn, Los Angeles, CA 90024

**LOCAL REGISTRAR OF MARRIAGES (COUNTY RECORDER)**
- 30. SIGNATURE OF LOCAL REGISTRAR: Gordia Weisburd
- 31. DATE ACCEPTED FOR REGISTRATION: AUG 09 1990

---

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

**Dean C. Logan**
DEAN C. LOGAN
Registrar-Recorder/County Clerk

DEC 03 2019



This copy is not valid unless prepared on an engraved border displaying the seal and signature of the Registrar-Recorder/County Clerk.

1000003503284



CALOSANG02



# The Trustees of The California State University

on recommendation of the Faculty of

# California State University, Northridge

have conferred upon

## Arman Gabaee

the Degree of

## Bachelor of Science

in Business Administration

Option: Real Estate

With all the rights and privileges pertaining thereto.

Given at Northridge, California, on the twenty-eighth day of May, nineteen hundred eighty-two

*John F. Kennel*
Chairman, Board of Trustees

*Edmund G. Brown*
Governor of California and President of the Trustees

*Glenn S. Dumke*
The Chancellor of The California State University

*James W. Cleary*
President of the University

