ROBERT L. SHAPIRO - CA State Bar No. 43693
GLASER WEIL LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone (310) 556-7886
Facsimile (310) 282-0888
Email: *rs@glaserweil.com*

TENY R. GERAGOS - NY State Bar No. 316142
Email: *tgeragos@braflaw.com*

MARC A. AGNIFILO - NY State Bar No. 2476182
BRAFMAN & ASSOCIATES, P.C.
Telephone (212) 750-7800
Facsimile (212) 750-3906
Email: *magnifilo@bralaw.com*

MATIN EMOUNA - State Bar No. 2727113
EMOUNA & MIKHAIL, P.C.
Telephone (526) 877-9111
Email: MEmouna@Emikla.com

Attorneys for Defendant
ARMAN GABAEE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARMAN GABAEE,<br><br>　　　　　Defendant. | Case No. 18-CR-00331-GW-1<br><br>**DEFENDANT'S TWO SUPPLEMENTARY EXHIBITS WITH BRIEF EXPLANATORY MEMORANDUM**<br><br>Sentencing Date: December 15, 2022<br>Court: Hon. George Wu |

　　　Defendant ARMAN GABAEE, through counsel, hereby submits two supplementary exhibits with the accompanying brief explanatory memorandum.

Defendant reserves the opportunity to make additional comments at the sentencing hearing in this matter.

Date: December 8, 2022     Respectfully submitted:

By    /s/*Robert L. Shapiro*
ROBERT L. SHAPIRO
TENY R. GERAGOS
MARC AGNIFILO
MATIN EMOUYNA

Attorneys for Defendant
ARMAN GABAEE

# I.

# EXPLANATORY REMARKS

The purpose of this memorandum is to provide the Court with a brief explanation of the supplementary material that Defendant Arman Gabaee, through counsel, is respectfully submitting for the Court's consideration at Sentencing. The supplementary material consists of two exhibits.

A.  <u>The First Exhibit</u>

The first exhibit consists of an official letter dated December 19, 2000 from David E. Janssen, the Chief Administrative Officer of the County of Los Angeles, in which CAO Janssen spells out why the Board of Supervisors should enter into a ten-year lease with M & A Gabaee, a California Limited Partnership, to lease office space for the Department of Social Services at 12000 Hawthorne Boulevard in the City of Hawthorne.

In his letter, after establishing that the subject property located at 12000 Hawthorne Boulevard meet DPSS's requirements, CAO Janssen writes (See CAO Janssen's Letter, p. 3):

> Staff was unable to identify any sites in the surveyed area that could accommodate this requirement more economically. Exhibit "B" shows all County-owned and leased facilities within the search area for these programs and there are no County-owned or leased facilities available for this program.
>
> Based upon said survey, staff has established that the rental range for similar property is between $21.00 and $23.40 per square foot per full year service gross. Thus, the rental of the proposed lease herein represents the low end of the market range.

The Board of Supervisors approved and adopted this lease on September 25, 2001.

B. <u>The Second Exhibit</u>

The second exhibit consists of an alternative sentencing submission provided by Rabbi Yossi Bryski, the Director of Alternative Sentencing at The Aleph Institute. The Aleph Institute is a pro bono alternative sentencing organization dedicated to providing rehabilitative community-based programs to defendants as an alternative to imprisonment. In the Aleph Institute's submission, Rabbi Bryski sets forth why both Defendant Gabaee and the community would be best-served by a non-custodial sentence. As part of his submission, Rabbi Bryski writes:

> Whereas prison may not promote rehabilitation, community-based programs like Aleph's proposal are often effective at restoring an individual's commitment to ethical behavior. The same characteristics that have made Arman such a source of strength for his own family and community will ensure that his efforts have a strong positive impact for those with whom he interacts under the terms of this proposal. In addition, Arman's program of rehabilitation includes spiritual guidance and community support and reinforcement. We believe that Arman will be able to rehabilitate himself through these efforts, and that, in the process, he will push others to reach their full potential.
>
> Arman is painfully aware that his actions were terribly wrong, and he longs to make amends. He has learned a tremendous amount about himself since his conduct, and he accepts responsibility for his actions.

Defendant Gabaee, through counsel, respectfully requests that the Court give all due weight to the two submissions that are attached to this brief explanatory memorandum.

Date: December 8, 2022          Respectfully submitted:

                        By   /s/*Robert L. Shapiro*
                            ROBERT L. SHAPIRO
                            TENY R. GERAGOS
                            MARC AGNIFILO
                            MATIN EMOUYNA

                            Attorneys for Defendant
                            ARMAN GABAEE