County of Los Angeles
# CHIEF ADMINISTRATIVE OFFICE
713 KENNETH HAHN HALL OF ADMINISTRATION • LOS ANGELES, CALIFORNIA 90012
(213) 974-1101

DAVID E. JANSSEN
Chief Administrative Officer

Board of Supervisors
GLORIA MOLINA
First District

YVONNE BRATHWAITE BURKE
Second District

ZEV YAROSLAVSKY
Third District

DON KNABE
Fourth District

MICHAEL D. ANTONOVICH
Fifth District

**ADOPTED**
BOARD OF SUPERVISORS
COUNTY OF LOS ANGELES

**3 7**          SEP 2 5 2001

December 19, 2000

Violet Varona-Lukens
VIOLET VARONA-LUKENS
EXECUTIVE OFFICER

The Honorable Board of Supervisors
County of Los Angeles
383 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012

Dear Supervisors:

## TEN YEAR LEASE
## DEPARTMENT OF PUBLIC SOCIAL SERVICES
## 12000 HAWTHORNE BOULEVARD, HAWTHORNE
## (SECOND) (3 VOTES)

### IT IS RECOMMENDED THAT YOUR BOARD:

1. Approve and instruct the Mayor, Los Angeles County, to sign the attached ten year lease with M & A Gabaee (Lessor), a California Limited Partnership, for up to 155,996 rentable square feet of office and child care space with up to 700 parking spaces for the Department of Public Social Services (DPSS) at an initial annual cost of $3,170,916 which is approximately 90 percent subvented by State and Federal funds.

2. Authorize the Director of the Internal Services Department (ISD) to acquire telephone systems for DPSS through competitive bids and to approve a lease agreement with the selected vendor in accordance with the established purchase agreements. The telephone equipment payments will not exceed $820,000 annually or $4,100,000 over a five year term and will commence upon completion of the installation by the vendor and acceptance of the system by the County.

The Honorable Board of Supervisors
December 19, 2000
Page 2

3. Consider the Negative Declaration together with the fact that no comments were received during the public review process and find that the project will not have a significant effect on the environment, and find that the Negative Declaration reflects the independent judgement of the County and approve the Negative Declaration; and find that the project will have no adverse effect on wildlife resources and authorize the Chief Administrative Office (CAO) to complete and file a Certificate of Fee Exemption for the Project.

4. Approve the project and authorize the CAO, DPSS and ISD to implement the project. The lease will be effective upon completion and acceptance of the improvements.

## PURPOSE/JUSTIFICATION OF RECOMMENDED ACTION:

The proposed action herein will establish a regional facility housing Medi-Cal and In Home Support Services (IHSS) programs to service the South Central Los Angeles (SPA 6) and the Northern Section of the South Bay area (SPA 8). This consolidation will allow the County an opportunity to establish a child care center for County employees in a separate building at the proposed site.

The Gensler report has identified the need for an additional 851,000 rentable square feet of office space over the next four years to meet increased caseload and staffing requirements in the above cited SPA areas.

## STRATEGIC ASSET MANAGEMENT PRINCIPLES COMPLIANCE

As outlined on Exhibit "A", the recommendations herein are in compliance with the Strategic Asset Management Principles approved by your Board on November 17, 1998. This project allows an efficient consolidation of DPSS' staff into a central location housing both Medi-Cal and IHSS offices, which enables DPSS to better serve constituents in South Central Los Angeles and parts of the South Bay area.

- Houses subvention funded County programs in leased space.

The Honorable Board of Supervisors
December 19, 2000
Page 3

- Staff was unable to identify any sites in the surveyed area that could accommodate this requirement more economically. Exhibit "B" shows all County-owned and leased facilities within the search area for these programs and there are no County-owned or leased facilities available for this program.

- Based upon said survey, staff has established that the rental range for similar property is between $21.00 and $23.40 per square foot per year full service gross. Thus, the rental of the proposed lease herein represents the low end of the market range.

## FISCAL IMPACT/FINANCING

|  | 12000 Hawthorne Blvd., Hawthorne ||
|---|---|---|
|  | MAIN Building | Freestanding Child Care Building |
| Area | 132,996 sq ft | 23,000 sq ft |
| Annual Rent | $2,792,916 | $427,800 |
| Annual Rent/Square Feet | $21.00 | $18.60* |
| Term of Lease | 10 years | 10 years |
| Cancellation | after 7 years upon 120 days notice | after 7 years upon 120 days notice |
| Option to renew | Two 5-year options | Two 5-year options |
| Tenant Improvement Allowance Included | Interior TI's Build to Suit | Interior TI's Build to Suit |

* $2.40/psf annually has been subtracted from the base rent to reflect the County's responsibility for the cost of utilities. The County intends to recover these expenditures by having the child care operator reimburse the County for these utility costs.

The Honorable Board of Supervisors
December 19, 2000
Page 4

- Funding for the proposed lease will be made available through the Rent Expense Budget and will be charged back to DPSS. Sufficient funding is available in the DPSS' adopted budget for Fiscal Year 2000-01 to cover the net County cost.

- The monthly rent is subject to an annual adjustment, after the 24th month, based on increases to the Consumer Price Index (CPI) capped at 4 percent annually.

- Per the established claiming process approximately 90 percent of the rent costs associated with the lease will be subvened by State and Federal funding.

## FACTS AND PROVISIONS/LEGAL REQUIREMENTS:

The proposed lease provides up to 132,996 rentable square feet of office space with up to 600 parking spaces and contains the following following provisions.

- The lease contains a cancellation provision allowing termination at or anytime after the 84th month, by providing the Lessor one hundred twenty days prior written notice.

- The rental rate provides the tenant improvement construction of the Premises on a build to suit basis by the Lessor. The build to suit includes standard office construction as well as inclusion of exterior windows, up to three additional elevators and upgrading of electrical to meet the DPSS LEADER requirements.

- An additional reimbursable tenant improvement allowance of $6,238,840 is provided for furniture and out of scope tenant improvements including but not limited to voice data cabling, card reader entry, security, paging and related components, child care play equipment, appliances, cabinetry and site improvements related to child care play areas (interior or exterior) in plans proposed by the County.

- The proposed lease was submitted for review to your Board's appointed Real Estate Management Commission on December 13, 2000. After careful review, it was the Commission's decision to approve the proposed lease.

The Honorable Board of Supervisors
December 19, 2000
Page 5

- The Department of Public Works has inspected this facility and has no objection to occupancy of the premises by the County.

- Additionally, the County has an option to acquire a separate free standing building with 23,000 rentable square feet of space to be used as a child care facility. The child care space has up to 100 parking spaces, which may be reduced to allow for circulation and drop-off as required by code.

## IMPACT ON CURRENT SERVICES (OR PROJECTS):

It is the finding of the CAO and DPSS that the proposed lease is in the best interest of the County and will adequately provide the necessary space for this County requirement. In accordance with your Board's policy on the housing of any County offices or activities, DPSS concurs in this lease recommendation.

- This consolidation of 682 staff to the new facility from the following offices: 73 staff from Compton Medi-Cal, 73 staff from Cudahy Medi-Cal, 75 staff from Norwalk Medi-Cal, 60 staff from Paramount Medi-Cal, 38 from Southwest Family Medi-Cal, 46 staff from Florence Medi-Cal, 80 staff from South family and growth for 25 future staff, will allow for GAIN expansion and related Welfare-to-Work services at each of the above mentioned offices that relocated staff to this regional center.

- Additionally, IHSS is consolidating 196 staff from the South and Southwest Districts in this facility and allowing for an additional growth of 16 new employees, which represents an 8 percent increase in projected caseloads.

The Honorable Board of Supervisors
December 19, 2000
Page 6

## NEGATIVE DECLARATION/ENVIRONMENTAL IMPACT REPORT:

The CAO has made an initial study of environmental factors and has concluded that this project will have no significant impact on the environment and no adverse effect on wildlife resources. Accordingly, a Negative Declaration has been prepared and a notice posted on the site as required by the California Environmental Quality Act (CEQA) and the California Administrative Code, Section 15072. Copies of the completed Initial Study, the resulting Negative Declaration, and the Notice of Preparation of Negative Declaration as posted are attached.

## CONCLUSION

It is requested that the Executive Officer, Board of Supervisors, return two certified copies of the Minute Order and the adopted, stamped Board letter to the Chief Administrative Office, Real Estate Division at 222 South Hill Street, 4th Floor, Los Angeles, CA 90012 for further processing.

Respectfully submitted,

DAVID E. JANSSEN
Chief Administrative Officer

DEJ:SNY
CWW:TS:kb

Attachments (4)

c: County Counsel
Auditor-Controller
Internal Services Department
Department of Public Social Services

## ATTACHMENT "A"

### Asset Management Principles Compliance Form*

I. Occupancy

    A. Does lease consolidate administrative functions? If no, why not?     Yes_X_ No___ N/A___
    B. Does lease co-locate with other County functions to better serve clients? If no, why not? **The facility is being evaluated for future consolidations.**     Yes___ No_X_ N/A___
    C. Does this lease centralize business support functions? If no, why not?     Yes_X_ No___ N/A___
    D. Does lease meet the building and space guideline of 200 sq. ft. of space per person? If higher than 200 sq. ft. per person, why?     Yes_X_ No___ Ratio _195sf_

II. Capital

    A. Does this lease involve a subvented program that should be in leased space to maximize State/Federal funding?     Yes_X_ No___
    B. If not, is this a long term County program?     Yes___ No___ N/A_X_
    C. Is it a net County cost (NCC) program? List % NCC     Yes___ No_X_ Partial _10_ %
    D. If yes to either II B or C, is this a capital lease or an operating lease with an option to buy?     Yes___ No_X_ N/A___
    E. If no, are there any County owned facilities available which are suitable in project area?     Yes___ No_X_ N/A___
    F. If yes, why is lease being recommended over occupancy in County owned space? (e.g. additional investment of capital).
    G. Was Building Description Report (BDR) run on County owned and leased facilities? If yes, (attach as Attachment "B") If no, why not?     Yes_X_ No___
    H. Was build to suit or capital project considered? If not, why not?     Yes___ No_X_
    **Existing building available at a competitive, below market rate and the program is subvened.**

III Portfolio Management

    A. Did department originate request for space utilizing the CAO Space Request Form (SRF)? If no, why not?     Yes_X_ No___ N/A___
    B. Was the space need justified?     Yes_X_ No___ N/A___
    C. Is this a renewal of an existing lease? If yes, were other locations examined for co-location with other County departments?     Yes___ No_X_ / Yes___ No___ N/A_X_
    D. Why was this program not co-located?
        1. ____ The program clientele requires a "stand alone" facility.
        2. _X_ No other suitable properties occupied by County departments in project area.
        3. ____ No County owned facilities available for the project.
        4. ____ Could not get City clearance or approval.
        5. _X_ **Program may be co-located in the future. Facility evaluation underway.**
    E. Is lease a full service lease? If not, why not?     Yes_X_ No___
    F. Has growth projection been considered in space request?     Yes_X_ No___
    G. Has the Dept. of Public Works completed seismic review/approval     Yes_X_ No___

(Please **BOLD** any written responses)

G:\shared\asset.wpd(12000)

ATTACHMENT "B"

SPACE SEARCH: 5-MILES OF HAWTHORNE PLAZA AT 12000 HAWTHORNE BOULEVARD, HAWTHORNE

| LACO | FACILITY NAME | ADDRESS | SQUARE FEET GROSS | SQUARE FEET NET | OWNERSHIP | AVAILABLE SQUARE FEET |
|---|---|---|---|---|---|---|
| 5851 | FIRE-SOUTHERN SECTION LIFEGUARD HEADQUARTERS | 1201 THE STRAND (BASE OF PIER), HERMOSA BEACH 90254 | 2049 | 1114 | PERMIT | NONE |
| 5335 | PUBLIC LIBRARY-HERMOSA BEACH LIBRARY | 550 PIER AVE, HERMOSA BEACH 90254 | 6496 | 5084 | OWNED | NONE |
| F235 | PW FLOOD-REDONDO YARD OFFICE | 615 E. ANITA ST, REDONDO BEACH 90278 | 1080 | 972 | OWNED | NONE |
| A655 | PUBLIC DEFENDER-TORRANCE BRANCH OFFICE | 3655 TORRANCE BLVD, TORRANCE 90503 | 8106 | 4968 | LEASED | NONE |
| 5177 | TORRANCE COURTHOUSE | 825 MAPLE AVE, TORRANCE 90503-5058 | 155368 | 75242 | FINANCED | NONE |
| T825 | TORRANCE COURTHOUSE-JURY ASSEMBLY ROOM | 825 MAPLE AVE, TORRANCE 90503-5058 | 2880 | 2736 | OWNED | NONE |
| 5043 | TORRANCE COURTHOUSE-ANNEX | 3221 TORRANCE BLVD, TORRANCE 90503 | 16996 | 9560 | OWNED | NONE |
| TO19 | TORRANCE COURTHOUSE-TRAFFIC DIVISION | 3221 TORRANCE BLVD, TORRANCE 90503 | 2880 | 2808 | OWNED | NONE |
| A414 | DC&FS-REGION II HEADQUARTERS/TORRANCE OFFICE | 2325 CRENSHAW BLVD (PARK DEL AMO), TORRANCE 90501 | 60804 | 57764 | LEASED | NONE |
| A357 | OFFICE OF THE OMBUDSMAN-IOWA COURTHOUSE BLDG | 18411 CRENSHAW BLVD, TORRANCE 90504 | 1500 | 1425 | LEASED | NONE |
| 4479 | ANIMAL CONTROL #3-ADMINISTRATION BUILDING | 216 W VICTORIA ST, CARSON 90248 | 1495 | 704 | OWNED | NONE |
| 6087 | PUBLIC LIBRARY-VICTORIA PARK LIBRARY | 17906 S AVALON BLVD, CARSON 90746 | 5024 | 4084 | OWNED | NONE |