ROBERT L. SHAPIRO - State Bar No. 43693
GLASER WEIL LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone (310) 556-7886
Facsimile (310) 282-0888
Email: rs@glaserweil.com

TENY R. GERAGOS - State Bar No. 316142
Email: tgeragos@braflaw.com

MARC A. AGNIFILO – Pro Hac Vice; NY State Bar No. 2476182
BRAFMAN & ASSOCIATES, P.C.
Telephone (212) 750-7800
Facsimile (212) 750-3906
Email: magnifilo@bralaw.com

MATIN EMOUNA - State Bar No. 2727113 (NY)
EMOUNA & MIKHAIL, P.C.
Telephone (526) 877-9111
Email: MEmouna@Emikla.com

Attorneys for Defendant
ARMAN GABAEE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-00331-GW-1 |
|---|---|
| Plaintiff, | **DEFENDANT ARMAN GABAEE'S SECOND SUPPLEMENTARY MEMORANDUM, WITH LEASE EXHIBITS** |
| v. | |
| ARMAN GABAEE, | |
| Defendant. | Hearing Date: December 15, 2022 |
| | Hearing Time: 8:00 a.m. |
| | Location: Courtroom of the Hon. George Wu |

Defendant ARMAN GABAEE, through counsel, hereby submits his Second Supplementary Memorandum, with Lease Exhibits.

Defendant reserves the opportunity to make additional comments at the sentencing hearing in this matter.

Date: December 12, 2022     Respectfully submitted:

By  /s/*Robert L. Shapiro*
ROBERT L. SHAPIRO
TENY R. GERAGOS
MARC AGNIFILO
MATIN EMOUYNA

Attorneys for Defendant
ARMAN GABAEE

# I.

# EXPLANATORY REMARKS

On December 8, 2012 Defendant Arman Gabaee, through counsel, respectfully submitted two exhibits, one of which was lease information for the 12000 Hawthorne Boulevard property in Hawthorne, California. This lease established that Arman's company M & A Gabaee, a California Limited Partnership, leased the subject property to the County of Los Angeles at the low end of the market range.

The purpose of this brief memorandum is to establish that the seven additional leases that Arman and his company entered into with the County of Los Angeles over the past several decades were either below the market range or within the market range. Two of the seven leases represent properties that Arman's company acquired that already had pre-existing leases with the County of Los Angeles at the time of purchase. In these two instances, the County of Los Angeles chose to continue the leases with Arman's company. The other five leases constitute leases for properties that the County of Los Angeles leased directly from Arman and his company.

Paperwork concerning each of the seven leases is attached to this memorandum and constitutes verification that each of the subject leases was either below the market range, or in the cases of the properties located at 3303 N. Broadway in Los Angeles and 2910 Beverly Boulevard in Los Angeles, within and/or near the low end of the market range. In this filing, the seven leases will be attached as Exhibits A through H.

- Exhibit A refers to a County lease located at 9320 Telstar, El Monte, CA.
- Exhibit B refers to a County lease located at 532 Colorado Blvd, Pasadena, CA.

- Exhibit C refers to a County lease located at 3216 Rosemead Blvd, El Monte, CA. This lease is for space required by the Department of Social Services and the District Attorney's Office.
- Exhibit D refers to a renewal of a County lease located at 3216 Rosemead Blvd, El Monte, CA for space required by the Department of Social Services.
- Exhibit E refers to a County lease located at 3303 N. Broadway, Los Angeles, CA.
- Exhibit F refers to a County lease located at 15531 Ventura Blvd, Encino, CA.
- Exhibits G and H refer to a County lease located at 2910 W. Beverly Blvd., Los Angeles, CA.  Due to the difficulty in obtaining older leasing paperwork that is not readily available, for the sake of clarity, two exhibits are attached regarding this lease.

Defendant Gabaee, through counsel, respectfully requests that the Court, at Sentencing, give all due weight to this highly relevant information.

Date: December 12, 2022              Respectfully submitted:

                                     By:  /s/*Robert L. Shapiro*
                                          ROBERT L. SHAPIRO
                                          TENY R. GERAGOS
                                          MARC AGNIFILO
                                          MATIN EMOUYNA

                                          Attorneys for Defendant
                                          ARMAN GABAEE