# Exhibit A

# COUNTY OF LOS ANGELES
## CHIEF ADMINISTRATIVE OFFICE
REAL ESTATE DIVISION
222 SOUTH HILL STREET, LOS ANGELES, CA 90012
(213) 974-4300

David E. Janssen
Chief Administrative Officer

Board of Supervisors

GLORIA MOLINA
First District

YVONNE BRATHWAITE BURKE
Second District

ZEV YAROSLAVSKY
Third District

DON KNABE
Fourth District

MICHAEL D. ANTONOVICH
Fifth District

*Date:*      *3/27/01*

*# of Pages:*    *10*  *+ cover sheet*

FAX DOCUMENTS TO:

**Name:**      **MR. JOHN W. HAMILTON**

**Location:**   **THE HAMILTON COMPANY**

**Phone #:**    **(949) 721-9999**

**Fax #:**      **(949) 721-0999**

**FROM:**      **CARLOS E. MARQUEZ**         **REAL ESTATE DIVISION**
**(213) 974-4163**                          **Fax: (213) 830-0927**

**Subject:   BOARD AGENDA  - APRIL 3, 2001**

03/27/01  15:53 FAX 213 7⬛⬛    LEAS⬛⬛SECTIONS                                    ☑002



# COUNTY OF LOS ANGELES
## CHIEF ADMINISTRATIVE OFFICE
### REAL ESTATE DIVISION
222 SOUTH HILL STREET, LOS ANGELES, CA 90012
(213) 974-4300

**Board of Supervisors**

GLORIA MOLINA
First District

YVONNE BRATHWAITE BURKE
Second District

ZEV YAROSLAVSKY
Third District

DON KNABE
Fourth District

MICHAEL D. ANTONOVICH
Fifth District

David E. Janssen
Chief Administrative Officer

March 27, 2001

Mr. John W. Hamilton, President
Hamilton Company
100 Newport Center Drive, Suite 200
Newport Beach, CA 92660

Dear Mr. Hamilton:

### DEPARTMENTS OF HEALTH SERVICES
### PUBLIC SOCIAL SERVICES AND CHILDREN AND FAMILY SERVICES
### 9320 TELSTAR AVENUE, EL MONTE

This letter is to confirm that the attached Board letter has been filed for the April 3, 2001 Board of Supervisors agenda. If you desire, you may view the agenda item on the Internet on the Los Angeles County home page at *http://www.co.la.ca.us/* , by clicking on the the "Board of Supervisors" button, and scrolling to the "Board Agenda" button. A hard copy of the Board Agenda for April 3, 2001 will be available for pick up tomorrow in the Board of Supervisors Executive Office located in Room 383, of the Kenneth Hahn Hall of Administration at 500 West Temple Street, Los Angeles, CA 90012. A complete Board package will follow via Federal Express as requested.

Sincerely,

Carlos E. Marquez
Principal Real Property Agent

CEM
Attachment

c:    Cheryl C. Fuerth
      Bob Hartman, Hamilton Company

9320 agendaletter

03/27/01   15:53 FAX 213 73.   LEASING SECTIONS   ☑003



# COUNTY OF LOS ANGELES
## CHIEF ADMINISTRATIVE OFFICE
### REAL ESTATE DIVISION
222 SOUTH HILL STREET, LOS ANGELES, CA 90012
(213) 974-4300

David E. Janssen
Chief Administrative Officer

Board of Supervisors

GLORIA MOLINA
First District

YVONNE BRATHWAITE BURKE
Second District

ZEV YAROSLAVSKY
Third District

DON KNABE
Fourth District

MICHAEL D. ANTONOVICH
Fifth District

March 27, 2001

Mr. John W. Hamilton, President
Hamilton Company
100 Newport Center Drive, Suite 200
Newport Beach, CA 92660

Dear Mr. Hamilton:

## DEPARTMENTS OF HEALTH SERVICES
## PUBLIC SOCIAL SERVICES AND CHILDREN AND FAMILY SERVICES
## 9320 TELSTAR AVENUE, EL MONTE

This letter is to confirm that the attached Board letter has been filed for the April 3, 2001 Board of Supervisors agenda. If you desire, you may view the agenda item on the Internet on the Los Angeles County home page at _http://www.co.la.ca.us/_ , by clicking on the the "Board of Supervisors" button, and scrolling to the "Board Agenda" button. A hard copy of the Board Agenda for April 3, 2001 will be available for pick up tomorrow in the Board of Supervisors Executive Office located in Room 383, of the Kenneth Hahn Hall of Administration at 500 West Temple Street, Los Angeles, CA 90012. A complete Board package will follow via Federal Express as requested.

Sincerely,

Carlos E. Marquez
Carlos E. Marquez
Principal Real Property Agent

CEM
Attachment

c:   Cheryl C. Fuerth
     Bob Hartman, Hamilton Company

9320 agendaletter

03/27/01  15:54 FAX 213 7...  LEASING SECTIONS  ☒004



**County of Los Angeles**
# CHIEF ADMINISTRATIVE OFFICE
713 KENNETH HAHN HALL OF ADMINISTRATION • LOS ANGELES, CALIFORNIA 90012
(213) 974-1101

**DAVID E. JANSSEN**
Chief Administrative Officer

Board of Supervisors

**GLORIA MOLINA**
First District

**YVONNE BRATHWAITE BURKE**
Second District

**ZEV YAROSLAVSKY**
Third District

**DON KNABE**
Fourth District

**MICHAEL D. ANTONOVICH**
Fifth District

April 3, 2001

The Honorable Board of Supervisors
County of Los Angeles
383 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012

Dear Supervisors:

**TEN YEAR LEASE
DEPARTMENTS OF HEALTH SERVICES
PUBLIC SOCIAL SERVICES AND CHILDREN AND FAMILY SERVICES
9320 TELSTAR AVENUE, EL MONTE
(FIRST) (3 VOTES)**

**IT IS RECOMMENDED THAT YOUR BOARD:**

1. Approve and instruct the Mayor, Los Angeles County, to sign the attached ten year lease with Franklin Avenue Properties, LLC (Lessor), for 163,000 rentable square feet of office and child care space, with 560 parking spaces and up to 20,000 square feet of rentable warehouse space for the Department of Health Services (DHS), Department of Public Social Services (DPSS) and Department of Children and Family Services (DCFS) at an initial annual cost of approximately $2,699,280, with DHS, Children's Medical Services 87 percent State funded, DPSS, Medi-Cal and Leader 90 percent subvented by State and Federal funding and DCFS, Quality Assurance 84 percent subvented by State and Federal funding.

2. Authorize the Lessor and/or Director of the Internal Services Department (ISD) at the direction of the Chief Administrative Office (CAO) to acquire telephone systems for DHS, DPSS and DCFS at a cost not to exceed $3,500,000. At the discretion of the CAO all or part of the telephone, data and low voltage systems may be financed over a term not to exceed $700,000 per year in addition to other Tenant Improvement (TI) allowances provided under the lease.

Case 2:18-cr-00331-GW   Document 279-1   Filed 12/12/22   Page 6 of 13   Page ID #:3877

The Honorable Board of Supervisors
April 3, 2001
Page 2

3.  Consider the Negative Declaration together with the fact that no comments were received during the public review process and find that the project will not have a significant effect on the environment, and find that the Negative Declaration reflects the independent judgement of the County and approve the Negative Declaration; and find that the project will have no adverse effect on wildlife resources and authorize the CAO to complete and file a Certificate of Fee Exemption for the Project.

4.  Approve the project and authorize the CAO, DHS, DPSS, DCFS and ISD to implement the project. The lease will be effective upon completion and acceptance of the improvements.

## PURPOSE/JUSTIFICATION OF RECOMMENDED ACTION:

The proposed action herein will co-house administrative programs assigned to DHS, Children's Medical Services, DPSS, Medi-Cal/Leader and DCFS, Quality Assurance. This consolidation of administrative programs will also afford the County an opportunity to establish a child care center for County employees housed in nearby County owned and leased facilities, or who may reside in the El Monte area and adjacent communities.

Children's Medical Services is responsible for assuring health care for children with special needs due to chronic or physically disabling conditions through prevention, screening, diagnosis, treatment, rehabilitation and case management, through the California Children Services program.  Children's Medical Services also includes the Child Health and Disability Prevention Program which provides periodic screening to Medi-Cal eligible and low income children up to age 21.  The DPSS Medi-Cal/Leader and DCFS Quality Assurance programs are administrative functions comprised of several sections that monitor the quality of work done by line staff in compliance with state and federal regulations.

The Honorable Board of Supervisors
April 3, 2001
Page 3


Implementation of Strategic Plan Goals

The Countywide Strategic Plan directs that we invest in public infrastructure, in order to strengthen the County's fiscal capacity. The lease of property supports this strategy by complying with the Strategic Asset Management Principles (Goal 4, Strategy 2, Objective 2).

Strategic Asset Management Principles Compliance

As outlined on Exhibit "A", the recommendations herein are in compliance with the Strategic Asset Management Principles approved by your Board on November 17, 1998. This project allows an efficient consolidation of DHS, DPSS and DCFS administrative staff into a central location housing Children's Medical Services, Medi-Cal/Leader and Quality Assurance programs which will enable DHS, DPSS and DCFS to improve the administrative components of their respective programs. Co-location of the programs will provide the County an opportunity to generate economy of scale and square foot efficiencies by eliminating duplication of functions such as security while providing for the shared use of conference rooms, lunch and break rooms.

•  This lease houses grant funded and subvented County programs in leased space.

•  The majority of Children's Medical Services staff will vacate the facility at 5555 Ferguson, Commerce, for which the County will exercise a purchase option in the near future and will backfill with Probation and other County or DHS Net County Cost programs.

•  Staff was unable to identify any sites in the surveyed area that could accommodate this requirement more economically. Exhibit "B" shows all County owned and leased facilities within the search area for these programs and there are no County owned or leased facilities available for this program.

•  Based upon said survey, staff has established that the rental range for similar property is between $16.80 and $19.56 per square foot per year modified full service gross (net electrical). Thus, the base annual rent of the proposed lease herein represents the low end of the market range.

03/27/01  15:55 FAX 213 738 [    ]        LEASING SECTIONS                        ☑007

The Honorable Board of Supervisors
April 3, 2001
Page  4

## FISCAL IMPACT/FINANCING

| PROPOSED LEASE | 9320 TELSTAR AVE., EL MONTE |
|---|---|
| Area | 163,000 sq ft |
| Annual Base Rent | $2,699,280 ($16.56/sq. ft.) |
| Annual Electricity Paid by County | $332,520($2.04/sq. ft./year) |
| Tenant Improvement (TI) Allowance   Included in Base Rent | $2,037,500(1.98/sq. ft./year) |
| Maximum Additional TI* | $8,150,000 (7.93/sq. ft/year) |
| Term of Lease | 10 years |
| Cancellation | after 8th year upon 12 months prior notice |
| Option to renew | One 5-year option |

* $8,150,000 represents the maximum amount of additional TI dollars available for the project.  That amount equates to $1,292,434 or $7.93/square feet annually amortized at ten percent over the ten year lease term.

- Funding for the proposed lease will be made available through the Rent Expense Budget and will be charged back to DHS, DPSS and DCFS.  Sufficient funding is available in the DHS, DPSS and DCFS adopted budget for Fiscal Year 2000-01 to cover the net County cost.

- Child care construction costs will be allocated to each department based on the pro rata share of space occupied in the leased premises (and/or the number of department employees utilizing the child care center) as determined by the CAO.

- The monthly base rent is subject to an annual adjustment, after the 12th month, based on increases to the Consumer Price Index (CPI) with a floor of 2 percent and cap of 6 percent.

Case 2:18-cr-00331-GW Document 270-1 Filed 12/12/22 Page 9 of 13 Page ID #:3880

The Honorable Board of Supervisors
April 3, 2001
Page 5

- The DHS Children's Medical Services expenditures are reimbursed by the State at 87 percent. Per the established claiming process approximately 90 percent of the rent costs associated with the DPSS and 84 percent of the DCFS rent costs will be subvened by State and Federal funding.

## FACTS AND PROVISIONS/LEGAL REQUIREMENTS:

The proposed lease provides up to 163,000 rentable square feet comprised of 157,000 square feet of office space and 6,000 square feet of child care space with up to 560 parking spaces. The County may request by amendment to the lease that the Lessor construct an additional parking structure to accommodate up to 140 additional parking spaces for the exclusive use of the County. The lease contains the following provisions.

- The lease provides a cancellation provision allowing termination at or anytime after the 96th month, by providing the Lessor 12 months prior written notice.

- The base rental rate provides a $2,037,500 in TI allowance for construction of the Premises to partially meet DHS, DPSS and DCFS space requirements.

- A reimbursable Additional TI allowance of $5,705,000 is provided for furniture and out of scope TI including but not limited to voice data cabling, card reader entry, security, paging and related components, child care play equipment, appliances, cabinetry and interior and exterior site improvements related to child care class and play areas per the preliminary plans and specifications prepared by the County.

- The CAO, may at its discretion, authorize an Additional Discretionary TI allowance up to a maximum of $2,445,000, or $15.00 per square foot to be used solely for construction and above standard improvements e.g., Leader System requirements and child care center. Any portion of this amount utilized for construction or above standard improvements shall also be reimbursable and payed as a lump sum or amortized over the ten year term at ten percent per annum.

The Honorable Board of Supervisors
April 3, 2001
Page 6

- All TI allowance expenditures shall be approved in writing by the CAO. All construction shall be in compliance with "Tenant Improvement Paragraph 26" and the "Tenant Improvement Work Letter" attached as Exhibit "H" and referenced in Paragraph 26, Section A, of the proposed lease.

- No County Project Manager or employee, including the CAO, is authorized to approve any expenditure not expressly pre-approved by the Board of Supervisors. The Board of Supervisors will not approve retroactive expenditures. Any unapproved expenditures by the Lessor, even if it benefits the County, shall not recover the unapproved expenditures, and shall solely bear the risk of loss for incurring such liabilities as stated in Paragraph 26 Section C, of the proposed lease.

- The County may by prior written request and amendment to the lease request that the Lessor construct an additional parking structure which cost shall be prorated based on the number of spaces required amortized at ten percent over the lease term.

- The proposed lease was submitted for review to your Board's appointed Real Estate Management Commission on February 21, 2000. After careful review, it was the Commission's decision to approve the proposed lease.

- The Department of Public Works has inspected this facility for seismic safety and has no objection to occupancy of the premises by the County.

## IMPACT ON CURRENT SERVICES (OR PROJECTS):

It is the finding of the CAO that the proposed lease is in the best interest of the County and will adequately provide the necessary space for this County requirement. In accordance with your Board's policy on the housing of any County offices or activities, DHS, DPSS and DCFS concur in this lease recommendation.

- The consolidation of staff to the proposed facility will be comprised of 471 DHS staff from 5555 Ferguson Drive, Commerce, 300 DPSS staff from 3401 Rio Hondo Avenue, El Monte and 3629 Santa Anita Avenue, El Monte and 103 DCFS staff from 425 Shatto Place, Los Angeles.

The Honorable Board of Supervisors
April 3, 2001
Page 7


- The proposed lease will also provide a child care center for approximately 60 children and will be available to County employees who are employed or reside in the El Monte area or nearby communities.

## NEGATIVE DECLARATION/ENVIRONMENTAL IMPACT REPORT:

The CAO has made an initial study of environmental factors and has concluded that this project will have no significant impact on the environment and no adverse effect on wildlife resources. Accordingly, a Negative Declaration has been prepared and a notice posted on the site as required by the California Environmental Quality Act (CEQA) and the California Administrative Code, Section 15072. Copies of the completed Initial Study, the resulting Negative Declaration, and the Notice of Preparation of Negative Declaration as posted are attached.

## CONCLUSION:

It is requested that the Executive Officer, Board of Supervisors, return one original of the executed Lease and Agreement, two certified copies of the Minute Order and the adopted, stamped Board letter to the Chief Administrative Office, Real Estate Division at 222 South Hill Street, 4th Floor, Los Angeles, CA 90012 for further processing.

Respectfully submitted,

DAVID E. JANSSEN
Chief Administrative Officer

DEJ:SNY
CWW:CEM:kh

Attachments (4)
c: County Counsel
   Auditor-Controller
   Department of Health Services
   Department of Public Social Services
   Department of Children and Family Services
   Internal Services Department

## ATTACHMENT "A"

### Asset Management Principles Compliance Form*

**I.    Occupancy**

    **A.**   Does lease consolidate administrative functions? If no, why not?    Yes _x_ No___ N/A___

    **B.**   Does lease co-locate with other County functions to better serve    Yes _x_ No___ N/A___
        clients? If no, why not? (A child care center will be provided for use by County employees)

    **C.**   Does this lease centralize business support functions? If no, why not? Yes _x_ No___ N/A___

    **D.**   Does lease meet the building and space guideline of 200 sq. ft.    Yes _x_ No___ Ratio _1/186sf_
        of space per person? If higher than 200 sq. ft. per person, why?

**II.    Capital**

    **A.**   Does this lease involve a subvented program that should be in    Yes _x_ No___ Partial _100%/ 90_ %
        leased space to maximize State/Federal funding?(also includes grant funding)

    **B.**   If not, is this a long term County program?    Yes___ No___ N/A _x_

    **C.**   Is it a net County cost (NCC) program? List % NCC    Yes___ No___ Partial _10_ %

    **D.**   If yes to either II B or C, is this a capital lease or an operating
        lease with an option to buy?    Yes ___ No___ N/A _x_

    **E.**   If no, are there any County owned facilities available which are
        suitable in project area?    Yes___ No _x_ N/A___

    **F.**   If yes, why is lease being recommended over occupancy in County
        owned space? (e.g. additional investment of capital).

    **G.**   Was Building Description Report (BDR) run on County
        owned and leased facilities? If yes, (attach as Attachment "B")    Yes _x_ No___
        If no, why not?

    **H.**   Was build to suit or capital project considered? If not, why not?    Yes___ No _x_
        **Maximize subvention funding. Existing building available at competitive market rate.**

**III    Portfolio Management**

    **A.**   Did department originate request for space utilizing the CAO    Yes _x_ No___ N/A___
        Space Request Form (SRF)? If no, why not?

    **B.**   Was the space need justified?    Yes _x_ No___ N/A___

    **C.**   Is this a renewal of an existing lease? If yes, were other    Yes___ No _x_
        locations examined for co-location with other County departments?    Yes___ No___ N/A _x_

    **D.**   Why was this program not co-located?

        1.   _X_   The program clientele requires a "stand alone" facility.

        2.   _X_   No other suitable properties occupied by County
                   departments in project area.

        3.   _X_   No County owned facilities available for the project.

        4.   ___   Could not get City clearance or approval.

        5.   _X_   Program is being co-located.

    **E.**   Is lease a full service lease? If not, why not? **Modified Gross net electrical** Yes___ No _x_

    **F.**   Has growth projection been considered in space request?    Yes _x_ No___

**\*(as approved by the Board of Supervisors 11/17/98).**
(Please BOLD any written responses)
assetmgt. 9320attachment A

ATTACHMENT "B"

SPACE SEARCH 3-MILE RADIUS OF 9320 TELESTAR, EL MONTE

| AGO | FACILITY NAME | ADDRESS | SQUARE FEET GROSS | NET | OWNERSHIP | AVAILABLE SQUARE FEET |
|---|---|---|---|---|---|---|
| 083 | ALHAMBRA COURTHOUSE | 150 W COMMONWEALTH AVE, ALHAMBRA 91801 | 111727 | 60233 | FIANCED | NONE |
| 930 | ASSESSOR-SOUTH EL MONTE REGIONAL OFFICE | 1441 SANTA ANITA AVE, SOUTH EL MONTE 91733 | 17850 | 12701 | OWNED | NONE |
| 1119 | ASSESSOR-TEMPORARY WHITTIER NARROWS OFFICE | 1190 DURFEE AVE, SOUTH EL MONTE 91733 | 8871 | 7064 | LEASED | NONE |
| 345 | BOARD OF SUP-1ST DISTRICT FIELD OFFICE | 9420 TELSTAR AVE, EL MONTE 91731 | 3000 | 2850 | LEASED | NONE |
| 375 | COMMUNITY DEVELOPMENT COMMISSION HEADQUARTERS | 2 CORAL CIR, MONTEREY PARK 91755 | 67500 | 60750 | LEASED | NONE |
| 003 | DCSS-SAN GABRIEL VALLEY SERVICE CENTER (A) | 3017 N TYLER AVE, EL MONTE 91731 | 3114 | 2564 | OWNED | NONE |
| 003 | DCSS-SAN GABRIEL VALLEY SERVICE CENTER (B) | 3017 N TYLER AVE, EL MONTE 91731 | 2278 | 1908 | OWNED | NONE |
| 002 | DCSS-SAN GABRIEL ANITA MISCELLANEOUS PROGRAMS BLDG | 3629 N SANTA ANITA AVE, EL MONTE 91731 | 30893 | 22885 | LEASED | NONE |
| V29 | DPSS-SANTA ANITA MISCELLANEOUS PROGRAMS BLDG | 3035 N TYLER AVE, EL MONTE 91731 | 6663 | 5084 | OWNED | NONE |
| 824 | DPSS-WELFARE INFORMATION / REFERRAL CENTER | 11234 VALLEY BLVD, EL MONTE 91731 | 135512 | 64788 | FIANCED | NONE |
| 084 | EL MONTE COURTHOUSE | 5110 N PECK RD, EL MONTE 91732 | 1298 | 1103 | PERMIT | NONE |
| 1248 | FIRE-SAN GABRIEL VALLEY HAZ-MAT FIELD OFFICE | 4024 N DURFEE AVE, EL MONTE 91732 | 71733 | 39555 | OWNED | NONE |
| 1144 | MACLAREN CHILDREN'S CTR-ADMINISTRATION BLDG | 4024 N DURFEE AVE, EL MONTE 91732 | 3600 | 3240 | OWNED | NONE |
| 1680 | MACLAREN CHILDREN'S CTR-RESOURCE UTILIZATION | 200 W WOODWARD AVE, ALHAMBRA 91801 | 11273 | 7380 | OWNED | NONE |
| C27 | PROBATION-CENTRAL TRANSCRIBING OFFICE | 3224 N TYLER AVE, EL MONTE 91731 | 11308 | 10153 | OWNED | NONE |
| 246 | PUBLIC LIBRARY-EL MONTE LIBRARY | 4550 N PECK RD, EL MONTE 91732 | 10303 | 8810 | OWNED | NONE |
| 1195 | PUBLIC LIBRARY-NORWOOD LIBRARY | 8800 VALLEY BLVD, ROSEMEAD LIBRARY | 20960 | 23394 | OWNED | NONE |
| 529 | PUBLIC LIBRARY-ROSEMEAD LIBRARY | 500 S DEL MAR AVE, SAN GABRIEL 91776 | 13718 | 11190 | OWNED | NONE |
| 1480 | PUBLIC LIBRARY-SAN GABRIEL LIBRARY | 1430 N CENTRAL AVE, SOUTH EL MONTE 91733 | 6416 | 5408 | OWNED | NONE |
| 1212 | PUBLIC LIBRARY-SOUTH EL MONTE LIBRARY | 5639 GOLDEN WEST AVE, TEMPLE CITY (RUDELL) 91780 | 12182 | 11157 | OWNED | NONE |
| 1300 | PUBLIC LIBRARY-TEMPLE CITY LIBRARY | 9701 E LAS TUNAS DR (CITY HALL), TEMPLE CITY (RUDELL) 91780 | 40 | 40 | PERMIT | NONE |
| 1044 | PW-INC CITY OFFICE (TEMPLE CITY) | 5219 N ENCINITA AVE, TEMPLE CITY (RUDELL) 91780 | 550 | 495 | OWNED | NONE |
| 041 | PW ROAD-DIV 4510 MAINT YD OFFICE | 4200 BHIRLEY AVE, EL MONTE 91731 | 3061 | 2819 | PERMIT | NONE |
| A253 | SHERIFF-SAN GABRIEL VALLEY VEHICLE THEFT PRGM | 9040 TELSTAR AVE, EL MONTE 91731 | 4634 | 4402 | LEASED | NONE |
| A304 | SHERIFF-VEHICLE THEFT PROGRAM HEADQUARTERS | 1601 ROSEMEAD BOULEVARD RD, SOUTH EL MONTE 91733 | 842 | 408 | OWNED | NONE |
| 929 | WHITTIER NARROWS-DIRECTORS OFF | 3350 AEROJET AVENUE, EL MONTE | 120000 | 108000 | LEASED | NONE |
| A493 | DPSS SAN GABRIEL VALLEY FAMILY SERVICE CENTER | 3216 ROSEMEAD BLVD, EL MONTE, 91731 | 41836 | 39744 | LEASED | NONE |
| A497 | DPSS SAN GABRIEL VALLEY GAIN PROGRAM | | | | | |