# Exhibit B



# County of Los Angeles
## CHIEF EXECUTIVE OFFICE
### Real Estate Division
222 South Hill Street, 3rd Floor, Los Angeles, California 90012
(213) 974-4300
http://ceo.lacounty.gov

RECEIVED MAR 01 2010

**WILLIAM T FUJIOKA**
Chief Executive Officer

Board of Supervisors
GLORIA MOLINA
First District

MARK RIDLEY-THOMAS
Second District

ZEV YAROSLAVSKY
Third District

DON KNABE
Fourth District

MICHAEL D. ANTONOVICH
Fifth District

February 23, 2010

Mr. Mark Gabay
GreenOaks Investments, LLC
c/o Excel Property Mgmt. Services, Inc.
P. O. Box 5357
Beverly Hills, California 90209

Dear Mr. Gabay:

## FIVE-YEAR RENEW
## DEPARTMENT OF CHILDREN AND FAMILY SERVICES
## 532 EAST COLORADO BOULEVARD, PASADENA
## LEASE NO. 72116

Attached for your reference is a fully executed copy of the board letter for the Department of Children and Family Services facility at 532 East Colorado Boulevard, Pasadena.

Thank you for your courtesy and cooperation in this matter. Should you have any questions, please contact Thomas Shepos of my staff at (213) 974-4364.

Sincerely,

WILLIAM T FUJIOKA
Chief Executive Office

Carlos E. Marquez
Manager, Lease Acquisitions

WTF:CEM
TS:lg
Attachment
c: chron file
(accpt.ts)

*"To Enrich Lives Through Effective And Caring Service"*

**Please Conserve Paper – This Document and Copies are Two-Sided
Intra-County Correspondence Sent Electronically Only**



**WILLIAM T FUJIOKA**
Chief Executive Officer

**County of Los Angeles**
**CHIEF EXECUTIVE OFFICE**
Kenneth Hahn Hall of Administration
500 West Temple Street, Room 713, Los Angeles, California 90012
(213) 974-1101
http://ceo.lacounty.gov

**ADOPTED**
BOARD OF SUPERVISORS
COUNTY OF LOS ANGELES

#8   FEB 16 2010

SACHI A. HAMAI
EXECUTIVE OFFICER

Board of Supervisors
GLORIA MOLINA
First District

MARK RIDLEY-THOMAS
Second District

ZEV YAROSLAVSKY
Third District

DON KNABE
Fourth District

MICHAEL D. ANTONOVICH
Fifth District

February 16, 2010

The Honorable Board of Supervisors
County of Los Angeles
383 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012

Dear Supervisors:

## FIVE-YEAR OPTION TO RENEW LEASE NO. 72116
## DEPARTMENT OF CHILDREN AND FAMILY SERVICES
## 532 EAST COLORADO BOULEVARD, PASADENA
## (FIFTH DISTRICT) (3 VOTES)

### SUBJECT

This recommendation is for a five-year lease renewal of 75,235 square feet of office space and 376 parking spaces for the Department of Children and Family Services (DCFS).

### IT IS RECOMMENDED THAT YOUR BOARD:

1. Find that the lease renewal is categorically exempt from the California Environmental Quality Act pursuant to Class 1, of the Environmental Document Reporting Procedures and Guidelines adopted by your Board, and Section 15301 of the State of California Environmental Quality Act Guidelines (Existing Facilities).

2. Exercise the option to renew the lease for a five-year term with Greenoaks Investment, LLC (Lessor) for 75,235 rentable square feet of office space and 376 parking spaces located at 532 East Colorado Boulevard, Pasadena, for the Department of Children and Family Services at a maximum annual first year rent of $2,005,051. The rental cost is 70.23 percent funded by State and Federal subvention and 29.77 percent net County cost.

*"To Enrich Lives Through Effective And Caring Service"*

**Please Conserve Paper – This Document and Copies are Two-Sided**
*Intra-County Correspondence Sent Electronically Only*

The Honorable Board of Supervisors
February 16, 2010
Page 2

## PURPOSE/JUSTIFICATION OF RECOMMENDED ACTION

This facility is the DCFS Pasadena Regional Office that provides comprehensive and direct child protection services. The primary goal of DCFS is to maintain the family unit, however, when this is not possible, the secondary goal is to reduce the timeline to permanency for children in their care and reliance on out-of-home care. The facility houses DCFS' Adoption units which are responsible for case management which involves assessing the child's adoptability in finalizing a child's adoption, DCFS' Revenue Enhancement units which provide support to the social workers by assisting in finding placements for children who must be assigned in out-of-home care and there are smaller units that are designed to enhance direct services to children and families which include, Family Group/Team Decision Making and the Department of Mental Health/Children's Services who provide mental health assessment for foster care children.

DCFS has recently realigned 60 staff which are being relocated from Metro North to Pasadena resulting in more efficient occupancy at this facility. Renewing the lease will provide continuity of services for DCFS and its clients at this location.

DCFS has occupied the subject facility since November 1999, and has been on a holdover at this site since November 20, 2009. The Lessor has extended the County's option to renew through February 2010.

### Implementation of Strategic Plan Goals

The Countywide Strategic Plan directs that we address Children, Family, and Adult Well-Being (Goal 2). In this case, we have enhanced economic and social outcomes through integrated, cost effective and client-centered supportive services in accordance with the Strategic Asset Management Principles, as further outlined in Attachment A.

### FISCAL IMPACT/FINANCING

The maximum first year rental cost will be $2,005,051 as defined in the option agreement, which states the option rate if exercised, is under the same terms, conditions, and rental rate as contained in the original lease agreement. The first year option rent is subject to annual Consumer Price Index (CPI) rental adjustments capped at 4 percent of the monthly base year rent.

The Honorable Board of Supervisors
February 16, 2010
Page 3

| 532 E COLORADO | EXISTING LEASE | LEASE RENEWAL | CHANGES |
|---|---|---|---|
| AREA (SQUARE FEET) | 75,235 | 75,235 | None |
| TERM | 11/20/99 to 11/19/09 (Month-to-Month since 11/20/2009) | Five years Upon approval by the Board of Supervisors | Five years |
| MAXIMUM ANNUAL BASE RENT | $1,940,047($25.78/sq.ft.) | $2,005,051 ($26.65/sq.ft.) | +$65,004 |
| PARKING INCLUDED IN RENT | 376 spaces | 376 spaces | None |
| CANCELLATION | None | None | None |
| OPTION TO RENEW | Two five-year options | One five-year option exercised | One option remains |
| RENTAL ADJUSTMENT | Annual CPI with a cap of 4 percent of the monthly base year rent | Annual CPI with a cap of 4 percent of the monthly base year rent | None |

*[handwritten margin note: 167,087 58]*

Sufficient funding for the proposed lease renewal is included in the 2009-10 Rent Expense budget and will be billed back to DCFS. Sufficient funding is available in DCFS' operating budget to cover the proposed lease costs.

The first year maximum annual lease cost for DCFS is $2,005,051 which is approximately 70.23 percent subvention funded and 29.77 percent net County cost.

## FACTS AND PROVISIONS/LEGAL REQUIREMENTS

Notice of intent to exercise this renewal option has been provided to the Lessor who has extended the time available for the County to exercise the renewal option. The lease renewal requires your Board to exercise the option and contains the following terms and conditions.

- The term commences upon Board approval and expires five years thereafter.

- The initial 10-year lease had no cancellation clause and the option, if exercised, is under the same terms and conditions with no cancellation during the five year term.

- The lease has never had a cancellation right. The right to cancel was waived to provide the landlord a fixed term that would allow for the financing and construction of the parking structure to meet the parking requirements of the department.

- The rent includes parking for 376 vehicles.

The Honorable Board of Supervisors
February 16, 2010
Page 4

- The lease continues on a full service basis.

- The Landlord at his sole cost is painting the premises and installing carpeting tiles throughout the entire premises.

- The rent under the lease renewal will be subject to annual CPI increases capped at 4 percent of the monthly base year rent commencing upon Board adoption of the lease renewal.

The Chief Executive Office (CEO) Real Estate staff has not surveyed for alternative sites as DCFS has requested an extension of the lease by exercising its first five-year option. However, CEO Real Estate staff surveyed the County areas that could best service this program to determine the market rate of comparable sites. Based upon said survey, staff has established that the base rental range including parking for similar property is between $26.85 and $32 per square foot per year full service. Thus, the base annual rent of $26.65 per square foot for the base lease cost is at the low end of market range. Attachment B shows County-owned and a leased facility within the search area for these programs and none is available to house these programs.

The Department of Public Works previously inspected this facility and concluded that it is suitable for County use.

Notification letters have been sent to the City of Pasadena pursuant to Government Code Sections 25321 and 65402.

## ENVIRONMENTAL DOCUMENTATION

The CEO has concluded that this lease renewal project is exempt from California Environmental Quality Act (CEQA) pursuant to Class 1, of the Environmental Document Reporting Procedures and Guidelines adopted by your Board on November 17, 1987, and Section 15301 of the State CEQA Guidelines (Existing Facilities).

## IMPACT ON CURRENT SERVICES (OR PROJECTS)

There will be no disruption of services as this is to exercise a lease renewal option. DCFS concurs with the proposed lease renewal.

The Honorable Board of Supervisors
February 16, 2010
Page 5

**CONCLUSION**

It is requested that the Executive Officer, Board of Supervisors return two certified copies of the Minute Order and the adopted stamped Board letter to the CEO, Real Estate Division, 222 South Hill Street, Los Angeles, CA 90012.

Respectfully submitted,

WILLIAM T FUJIOKA
Chief Executive Officer

WTF:SK:WLD
CEM:TS:hd

Attachments

c: Executive Office, Board of Supervisors
County Counsel
Auditor Controller
Department of Children and Family Services

532Colorado.b

Attachment A

## DEPARTMENT OF CHILDREN AND FAMILY SERVICES
## 532 EAST COLORADO BOULEVARD, PASADENA
### Asset Management Principles Compliance Form[1]

| | | | Yes | No | N/A |
|---|---|---|---|---|---|
| 1. | | **Occupancy** | | | |
| | A | Does lease consolidate administrative functions?[2] | | | X |
| | B | Does lease co-locate with other functions to better serve clients?[2] | X | | |
| | C | Does this lease centralize business support functions?[2] | | | X |
| | D | Does this lease meet the guideline of 200 sq. ft of space per person?[2] | X | | |
| 2. | | **Capital** | | | |
| | A | Is it a substantial net County cost (NCC) program? **The lease cost for DCFS is 70.23 percent State and Federal funded and 29.77 percent NCC.** | | X | |
| | B | Is this a long term County program? | X | | |
| | C | If yes to 2 A or B; is it a capital lease or an operating lease with an option to buy? | | X | |
| | D | If no, are there any suitable County-owned facilities available? | | X | |
| | E | If yes, why is lease being recommended over occupancy in County-owned space? | | | X |
| | F | Is Building Description Report attached as Attachment B? | X | | |
| | G | Was build-to-suit or capital project considered? **The existing lease terms are lower than market rate, and the build-to-suit or capital project is not being considered at this time.** | | X | |
| 3. | | **Portfolio Management** | | | |
| | A | Did department utilize CEO Space Request Evaluation (SRE)? | X | | |
| | B | Was the space need justified? | X | | |
| | C | If a renewal lease, was co-location with other County departments considered? | X | | |
| | D | Why was this program not co-located? | | | |
| | | 1. ___ The program clientele requires a "stand alone" facility. | | | |
| | | 2. ___ No suitable County occupied properties in project area. | | | |
| | | 3. ___ No County-owned facilities available for the project. | | | |
| | | 4. ___ Could not get City clearance or approval. | | | |
| | | 5. _X_ The Program is being co-located. | | | |
| | E | Is lease a full service lease?[2] | X | | |
| | F | Has growth projection been considered in space request? | X | | |
| | G | Has the Dept. of Public Works completed seismic review/approval? | X | | |
| | | [1]As approved by the Board of Supervisors 11/17/98 | | | |
| | | [2]If not, why not?    Please **bold** any written responses. | | | |

Attachment B

## SPACE SEARCH, FIVE MILES OF 532 EAST COLORADO BOULEVARD, PASADENA
## DEPARTMENT OF CHILDREN AND FAMILY SERVICES

| Laco | Facility Name | Address | Distance in Miles | Gross SQFT | Net SQFT | Vacant SQFT |
|---|---|---|---|---|---|---|
| 5397 | PASADENA COURTHOUSE | 300 E WALNUT ST, PASADENA 91101 | 0.5 | 193,054 | 126,899 | NONE |
| T416 | PASADENA COURTHOUSE-TRAILER (DAY ONE, NC) | 300 E WALNUT ST, PASADENA 91101 | 0.5 | 1500 | 1425 | NONE |
| A043 | DA-JUVENILE/BD OF SUPERVISOR-THE WALNUT PLAZA | 215 N MARENGO AVE, PASADENA 91101-1505 | 0.6 | 5,784 | 5,160 | NONE |
| A215 | ALT PUBLIC DEFENDER-PASADENA OFFICE | 221 E WALNUT ST, PASADENA 91101 | 0.6 | 3,200 | 2,960 | NONE |
| D465 | DPSS-PASADENA AP DISTRICT OFFICE | 955 N LAKE AVE, PASADENA 91104 | 1.5 | 36,224 | 25,372 | NONE |
| A567 | DCFS - F.I.L.P. (PASADENA ALUM SUP CTR/TRC) | 1395 E ORANGE GROVE BLVD, PASADENA | 1.8 | 200 | 190 | NONE |
| X703 | DCSS-ALTADENA COMMUNITY CENTER | 730 E ALTADENA DR, ALTADENA 91001 | 3.6 | 7,200 | 5,541 | NONE |
| Y361 | DCSS-ALTADENA SENIOR CENTER | 560 E MARIPOSA ST, ALTADENA 91001 | 3.7 | 17,071 | 6,079 | NONE |
| X327 | PROBATION-CENTRAL TRANSCRIBING OFFICE | 200 W WOODWARD AVE, ALHAMBRA 91801 | 3.8 | 11,273 | 7,360 | NONE |
| A539 | MENTAL HEALTH-COURT PROGRAM OFFICES | 1499 HUNTINGTON DR, SOUTH PASADENA 91030 | 3.9 | 4,210 | 4,000 | NONE |
| X194 | PW EATON YARD-MAINTENANCE OFFICE | 2811 WOODLYN RD, PASADENA 91107 | 4.1 | 2,816 | 2,534 | NONE |
| 5883 | ALHAMBRA COURTHOUSE | 150 W COMMONWEALTH AVE, ALHAMBRA 91801 | 4.2 | 99,123 | 65,494 | NONE |
| 4663 | LOMA ALTA-RECREATION BUILDING ANNEX | 3330 N LINCOLN AVE, ALTADENA 91001 | 4.7 | 4,271 | 259 | NONE |
| F359 | PW FLOOD-EATON YARD OFFICE | 2986 E NEW YORK DR, PASADENA 91104 | 4.9 | 4,130 | 3,717 | NONE |
| F367 | PW FLOOD-EATON YARD OFFICE | 2986 E NEW YORK DR, PASADENA 91104 | 4.9 | 2,880 | 2,592 | NONE |
| 0901 | DHS-ALHAMBRA HEALTH CENTER | 612 W SHORB ST, ALHAMBRA 91803 | 5.1 | 25,344 | 14,292 | NONE |