# Exhibit C



## County of Los Angeles
## CHIEF ADMINISTRATIVE OFFICE

713 KENNETH HAHN HALL OF ADMINISTRATION • LOS ANGELES, CALIFORNIA 90012
(213) 974-1101

**DAVID E. JANSSEN**
Chief Administrative Officer

Board of Supervisors

GLORIA MOLINA
First District

YVONNE BRATHWAITE BURKE
Second District

ZEV YAROSLAVSKY
Third District

DON KNABE
Fourth District

MICHAEL D. ANTONOVICH
Fifth District

August 31, 1999

ADOPTED
BOARD OF SUPERVISORS
COUNTY OF LOS ANGELES

110    SEP 0 7 1999

*Joanne Sturges*
JOANNE STURGES
EXECUTIVE OFFICER

The Honorable Board of Supervisors
County of Los Angeles
383 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012

Dear Supervisors:

### DEPARTMENT OF PUBLIC SOCIAL SERVICES
### TEN YEAR LEASE, 3216 ROSEMEAD BLVD., BUILDING "B", EL MONTE
### AND DISTRICT ATTORNEY, AMENDMENT NO. 1 to LEASE NO. 71124
### 3220 ROSEMEAD BLVD., BUILDING "E", EL MONTE
### (FIRST) (3 VOTES)

### IT IS RECOMMENDED THAT YOUR BOARD:

1. Approve and instruct the Chairman to sign a ten year full service lease with M & A Gabaee, a California limited partnership (Lessor), for office space located at 3216 Rosemead Boulevard, El Monte for the Department of Public Social Services (DPSS) Greater Avenues for Independence (GAIN) program, at an initial cost of $652,642 per year mostly subvented by State/Federal funds. This is a replacement lease for 3629 Santa Anita Avenue, El Monte.

2. Approve and instruct the Chairman to sign Amendment No. 1 to Lease No. 71124, with Lessor for office space located at 3220 Rosemead Boulevard, Suite "B", for the District Attorney (DA), at an initial cost of $ 72,804 per year mostly subvented by State/Federal funds.

3. Authorize the Director of the Internal Services Department (ISD) to acquire a telephone system for DPSS and relocate the telephone system for the DA through a direct purchase by competitive bid, or if appropriate, to approve lease agreements with the selected vendor in accordance with established purchase

3220gain8/13/99

Honorable Board of Supervisors
August 31, 1999
Page 2

    agreements. In the event the departments choose to lease the telephone equipment under a five year lease term, lease payments for DPSS are estimated to be $71,460 annually, or $357,300 over the term and lease payments for the DA's relocation are estimated at $10,000 annually, or $50,000 over the term, which will commence upon completion of the installation by the vendor and acceptance of the systems by the County.

4. Consider the Negative Declaration for 3216 Rosemead Boulevard, also known as 3220 Rosemead Boulevard, Building "B", together with the fact that no comments were received during the public review process and find that the project will not have a significant effect on the environment, and find that the Negative Declaration reflects the independent judgment of the County and approve the Negative Declaration; and find that the project will have no adverse effect on wildlife resources and authorize the Chief Administrative Office (CAO) to complete and file a Certificate of Fee Exemption for the project.

    Find that the Amendment No. 1 to Lease 71124 is exempt from the California Environmental Quality Act (CEQA) pursuant to Class 1, Section r, of the Environmental Document Reporting Procedures and Guidelines adopted by your Board on November 17, 1987, and Section 15061(b)(3) of the State CEQA Guidelines.

5. Approve the projects and authorize the CAO and ISD to implement the projects.

## PURPOSE OF RECOMMENDED ACTION

DPSS is currently leasing, on a split service basis, approximately 31,000 square feet of office space at 3629 Santa Anita Avenue, El Monte. The lease expired in December 1998 and the County has continued its occupancy on a month to month basis since that time at a monthly rental rate of $42,554 ($1.38) per square foot.

3220gain8/13/99

Honorable Board of Supervisors
August 31, 1999
Page 3

The proposed lease at 3216 Rosemead Boulevard, El Monte will allow DPSS to rent a greater amount of space at $1.30 per square foot per month on a full service basis (Lessor pays all building expenses). In addition, the proposed lease will allow DPSS to expand to approximately 42,000 rentable square feet which will accommodate the budgeted growth of the GAIN program and provide the needed space to house the staff needed to expand the GAIN program.

Since March, 1994, the DA has housed the 20 staff responsible for the Victim-Witness Assistance Program, administering the District Attorney's victim of crime program, in offices located in the Criminal Courts Building (CCB) at 210 West Temple in Los Angeles. In February 1999, the DA requested the CAO to approve the relocation of its Victim-Witness Assistance Program from the Civic Center, to relieve severe overcrowding of the Criminal Prosecution group currently housed with the Victim Witness Assistance Program currently housed in the CCB, to leased space already occupied by the DA at 3220 Rosemead Boulevard, El Monte.

## JUSTIFICATION

The Rosemead Boulevard facility (Business Park), consisting of approximately 137,000 gross square feet, is conveniently located within the El Monte area, has excellent access to freeways and public transportation, provides adequate parking facilities and allows for budgeted growth of the GAIN program. The open space interior design is well suited to the DPSS program requirements and only minimal alterations will be required. The proposed 42,000 rentable square foot facility is required to provide continued service in the El Monte area, house additional staff and provide adequate space for expansion of the GAIN program, since the current facility is no longer large enough to accommodate such growth. Expansion of the program and an increase in staffing has been approved by your Board in the 1999/2000 fiscal year budget.

The relocation of the DA's Victim-Witness Assistance Program will address current overcrowding in the Criminal Court's Building. In addition, the program administrator is also responsible for overseeing the Claims Verification Unit which is currently housed at

3220gain8/13/99

Honorable Board of Supervisors
August 31, 1999
Page 4

3220 Rosemead Boulevard. Relocating this program would achieve certain efficiencies by providing one location to house both programs. Locating both programs in close proximity to each other would alleviate the burden of having the Program Administrator and Supervisors commuting between the Civic Center and El Monte locations.

A survey of the immediate area was conducted to determine the availability of comparable and more economic sites. Exhibit "A" shows all County owned and leased facilities within the search area for these programs. There are no identifiable sites in the surveyed area to accommodate these space requirements more economically for DPSS and the DA. Based on said survey, the rental rates in the area were determined to be in the range of $1.35 to $1.55 per square foot, full service. Thus the rental rate herein of $1.30 per square foot, full service, is below the market rates for the area.

## FISCAL IMPACT

The rental rate under the proposed DPSS lease is $54,400 per month ($1.30 per square foot), $652,642 annually and $6,526,416 over the ten year term subject to annual CPI increases capped at 3 percent per year. This represents a decrease from the current split service rental rate of $1.38 per square foot. As part of the base rental rate the Lessor will build to suit the tenant improvements (TIs) and there is an additional optional allowance for furniture, fixtures and equipment (FF&E) as may be requested by DPSS, in the amount of $1,255,080 ($30 per square foot) to be amortized over ten years at 9.5 percent per annum. Most of the rental costs will be subvened by the State and Federal Governments via the established claiming process. To the extent that these costs are claimed to CalWORKS and Food Stamps, there is no additional net County cost (NCC) since the CalWORKS maintenance of effort (MOE) requirement has already been met by the County. There is a minimal NCC that results from costs associated with the General Relief and FSET (Food Stamp Education and Training) program. The annual estimated additional NCC of $45,685 has been included in the fiscal year 1999/2000 budget. The total monthly rent if all of the additional TI/FF&E funds are used will be $70,640 per month.

3220gain8/13/99

Honorable Board of Supervisors
August 31, 1999
Page 5

The proposed Amendment No.1 will have the effect of providing 10,567 total rentable square feet of office space (5900 square feet acquired with the approval of Lease No. 71682 and 4,667 square feet proposed in Amendment No. 1 to Lease No. 71682) for the DA's use. The rental rate under the proposed Amendment is $6,067 ($1.30 per square foot) per month, $72,804 annually and $436,824 over the balance of Lease No. 71682 subject to annual CPI increases capped at 3 percent per year. This would bring the total DA rental rate to $11,567 monthly, $138,804 annually and $832,824 over the six year remaining balance of Lease No.71682. As part of the base rental rate the Lessor will build to suit the TIs and there is an additional optional allowance for FF&E as may be requested by the DA, in the amount of $201,015 ($45 per square foot) to be amortized over six years at 9 percent per annum. Most of the rental costs will be subvened by the State and Federal Governments via the established claiming process. To the extent that these costs are claimed to the Relocation Victim-Witness Protection Program, there is no additional net County cost (NCC) since the Victim-Witness Protection Program maintenance of effort (MOE) requirement has already been met by the County. The total monthly rent if all of the additional TI/FF&E funds are used will be $15,190 per month.

### FINANCING

Sufficient funds are available for these projects in the Rent Expense Budget for fiscal year 1999/2000 and will be charged to DPSS and the DA respectively. The total estimated lease/purchase financing cost for DPSS' telephone system is $71,460 annually, or $357,300 and the relocation of the DA's telephone system is $10,000 annually, or $50,000 over a five year term. ISD plans to utilize the Telephone Equipment and Service Management Agreement (TESMA) to secure and relocate these systems. The lease or purchase payment for the telephone system and/or relocation will begin upon acceptance of that system. Funds have been budgeted for the lease/purchase and relocation payment for the telephone systems in the telephone utilities budget and with various ISD units for necessary ancillary work to be performed.

Honorable Board of Supervisors
August 31, 1999
Page 6

## FACTS AND PROVISIONS/LEGAL REQUIREMENTS

The proposed DPSS lease for approximately 42,000 rentable square feet and the DA's proposed Amendment No.1 to Lease No. 71682 for approximately 4,667 square feet, will commence upon completion of the build to suit improvements and acceptance thereof. The DPSS Lease will terminate ten years thereafter. The Amendment No. 1 is coterminous with Lease No. 71682 and terminates on November 30, 2004. The County will have the option to cancel the lease and/or Amendment No. 1 to Lease No. 71682 at or anytime after the fifth year upon 90 days prior written notice. Parking will be provided on site for both DPSS and the DA. DPSS will be provided with 167 non-exclusive parking spaces and the DA will be provided with 20 non-exclusive parking spaces.

The rental rates during the term are subject to annual adjustment pursuant to the CPI capped at 3 percent. Additionally, the County has an option to renew the leases for one five year term under the same terms, conditions and rental rates.

The proposed lease and the Amendment No. 1 to Lease No. 71682 requires the County to be responsible for the installation of telephone and data systems and associated wiring. ISD will manage the installation of the wiring, security alarm, security camera, telephone system, and data systems. The installation will be scheduled to permit occupancy by DPSS and the DA as soon as possible following completion of work at the facility.

The proposed lease for DPSS was submitted for review to your Board's appointed Real Estate Management Commission on July 8, 1999. After careful review, it was the Commission's decision to approve the proposed lease.

## IMPACT ON CURRENT SERVICES (OR PROJECTS)

It is the finding of these Departments, DPSS and the DA, that the ten year lease and the Amendment No. 1 to Lease No. 71682 are in the best interest of the County and are the most effective means of providing the necessary space for these requirements at this time. In accordance with your Board's policy on the housing of any County offices or activities,

3220gain8/13/99

Honorable Board of Supervisors
August 31, 1999
Page 7

DPSS and the DA concur in this recommendation.

The recommendation herein is consistent with the Strategic Asset Management Principles approved by your Board on November 17, 1998, in that it maximizes subvened funding and efficient operations while achieving a rental rate at the low end of the market. The attached Exhibit "B" delineates issues taken into consideration to assess compliance with the Strategic Asset Management Principles adopted by your Board. The proposed lease will adequately house DPSS's current programs and personnel and will accommodate future budgeted GAIN program growth. Furthermore, the proposed Amendment No. 1 to Lease No. 71682 will allow the DA to co-locate programs and improve productivity by eliminating the need to commute between offices.

## NEGATIVE DECLARATION/ENVIRONMENTAL IMPACT REPORT

The CAO has made an initial study of environmental factors and has concluded that the DPSS lease will have no significant impact on the environment and no adverse effect on wildlife resources. Accordingly, a Negative Declaration has been prepared and a notice posted on the site as required by the California Environmental Quality Act (CEQA) and the California Administrative Code, Section 15072. Copies of the completed Initial Study, the resulting Negative Declaration, and the Notice of Preparation of Negative Declaration as posted are attached.

No comments to the Negative Declaration were received. A fee must be paid to the State Department of Fish and Game when certain notices are filed with the Registrar-Recorder/County Clerk. The County is exempt from paying this fee when your Board finds that a project will have no impact on wildlife resources.

This Department also made an initial study of environmental factors and has concluded that the DA project is exempt from CEQA pursuant to Class 1, Section r, of the Environmental Document Reporting Procedures and Guidelines adopted by your Board on November 17, 1987, and Section 15061 (b) (3) of the State CEQA Guidelines.

3220gain8/13/99

CAO

# LEASE FACT SHEET

Department: __DA__    Subvention __85__ %    Job No. __740E-97246__
Address: __3220 Rosemead Blvd., ElMonte Building "E"__ Sup. Dist __1__
Assessor's Parcel No. __8595 023 025__

## LESSOR IDENTIFICATION:
Name: __M and A Gabaee c/o Charles Company__ Phone No. __(310) 247-0900__
Address: __9171 Wilshire Blvd. Ste PH__    City: __Beverly Hills__
State: __California__    Zip Code: __90210__

## LEASE INFORMATION:
[ ] New    [ ] Re-Lease    [X] Amendment    [ ] Option to Renew
Alterations:    [ ] No    [X] Yes    Cost $ __209,300__    Int. Rate __9__ %
                    [ ] Lump Sum
                    [X] Amortized @ $ __3,367.44__ per mo.
    Build-to-suit    [X] Included in Rental
Percent of building occupied by County Department(s): __20.76__ %
Property tax information:
   Current assessed value: $ __1,000,000__
   Latest real property tax amount: $ __10,317.90__
   Amount of real property tax paid by County: $ __-0-__
No. of other County leases with proposed lessor: two

## LEASE STRUCTURE: OPERATING VS. CAPITAL:
Estimated Market Value of Property:
            Land: $ __5,200,000__
    Improvements: $ __1,900,000__
           Total: $ __7,100,000__

## PRESENT VALUE (PV) OF INCOME OVER TERM:
Annual Base Rental Rate (NNN Basis) x discounted by PV% = Present Value

    __*__    x __*__ = __*__

Present Value Market
Estimated Market Value = % of Fair Market Value

    __*__         = __*__    (Operating Lease)
        (proportionate value of property equal to County occupancy)
    __* NOT APPLICABLE : THIS IS A MULTI-TENANT FACILITY__

## LEASE COST COMPARISON:
|  | Monthly Lease Amount | No of Sq.Ft. | Cost per Sq.Ft. |
|---|---|---|---|
| Proposed | $ 6,067.00 | 4,667 s.f. | $ 1.30 |
| Previous | $ 5,500.00 | 5,900 s.f. | $ 1.00 |
| Difference | $ + 6,067.00 | 10,567 s.f. | $ 1.13 |
| % Change | + 110 | 80% | |

## APPROVALS:
Board Office No. __1__    Deputy: __Carrie Sutkin__    Date: _____
REMC: __N/A__    Project Authorization: __F. Medina__    Date: __07/08/99__
3220 dalfs

# C A O
## LEASING AND SPACE MANAGEMENT
## LEASE ANALYSIS SUMMARY

Project No. __740E-97246__ Tenant Dept. __DPSS__ Agent __Shepos__ Date __August 4, 1999__

### LEASE PREMISES
Address __3220 Rosemead Blvd. Building E__ City __El Monte__ Sup Dist __1__

### LESSOR IDENTIFICATION
Name __M & A Gabaee c/o Charles Company__ Phone __(310) 247-0900__
Address __9171 Wilshire Blvd., Suite PH__ City __Beverly Hills__
Authorized Mgmt Agent __Arman Gabaee__ Phone __Same__
Address _____ City _____

### LEASE OBLIGATIONS AND ANNUAL OCCUPANCY COST ANALYSIS**

| | A | LESSOR | B | COUNTY | TERMS AND CONDITIONS |
|---|---|---|---|---|---|
| *Cleaning | | $ .91 | | $ | Lease Term __7__ Years |
| Services | | | | | Gr. Sq.ft. Leased __4,667__ |
| Supplies | | | | | Parking Spaces __25__ |
| *Electrical | | .07 | | | Monthly Base Rent $ __6,067.10__ |
| Lamps/Tubes | | | | | Additional Rent $ __-0-__ |
| Systems | | | | | Total Monthly Rent $ __6,067.10__ |
| *HVAC | | .22 | | | Annual Rent $ __72,805.20__ |
| Equipment | | | | | Total Term Rent $ __364,075*__ |
| Servicing | | | | | Right to Cancel __Yes, upon 90 days__ |
| *Plumbing | | .04 | | | __prior written notice, after 4th year__ |
| Exposed | | | | | Option to Renew __one five year term__ |
| Concealed | | | | | |
| Waste System | | | | | Option to Purchase __none__ |
| *Elevators | | .18 | | | |
| *Admin. Expense | | 1.08 | | .19 | Thomas Guide Reference __636 J1__ |
| *General Maint | | .29 | | | Assessor's Parcel No __8595 023 025__ |
| Interior | | | | | Zoning __C__ |
| Floor Covering | | | | | Total Building Size __20,382__ |
| Glass | | | | | Type of Building __wood stucco__ |
| Window Covering | | | | | Type of Walls __concrete & drywall__ |
| Repainting | | | | | Type of Ceiling __Acoustical__ |
| Misc. Nonstructural | | | | | Type of Lighting __Flourescent__ |
| Exterior | | | | | Type of Floor __Carpet/VCT__ |
| Repainting | | | | | Type of Roofing __Composition__ |
| Glass | | | | | |
| Fire/Life Safety | | .07 | | | * BOMA Date __1998__ |
| *Rds/Grounds | | .67 | | | **Floor Space Cost Per Sq. Ft. |
| *Roof/Basic Structural | | .14 | | | ***Based a balance of remaining lease |
| **Parking*+ | | .96 | | | A = Lessor's Obligations |
| * Utilities | | 2.18 | | | B = County's Obligations |
| Electric | | | | | Cost of Living Adjustment __CPI Capped__ |
| Gas | | | | | __@ 3%__ |
| Water | | | | | |
| **Alterations**++ | | N/A | | | GENERAL REMARKS |
| * Insurance | | .84 | | | |
| * Real Est. Taxes | | 1.45 | | | |
| SUBTOTAL | | $ 9.10 | | | |
| BASIC SPACE RATE | | $ 6.50 | | | |
| TOTALS | | $15.60 | + | $ .19 | = $15.79 |

-(19 spaces based on $20.00 per space per month)
-+(Lessor will provide build to suit improvements
 For Lessee at Lessor's sole cost and expense

# CAO
## LEASING AND SPACE MANAGEMENT DIVISION

### SUPPORTIVE DATA

Subject:  **AMENDMENT NO.1 TO LEASE NO. 71124
DISTRICT ATTORNEY-VICTIM WITNESS ASSISTANCE
3220 ROSEMEAD BOULEVARD, EL MONTE**

1. Lease Analysis Summary

2. Lease Fact Sheet

JP:jp

(3220/2.doc)