# Exhibit E



SACHI A. HAMAI
Chief Executive Officer

**County of Los Angeles**
**CHIEF EXECUTIVE OFFICE**
Kenneth Hahn Hall of Administration
500 West Temple Street, Room 713, Los Angeles, California 90012
(213) 974-1101
http://ceo.lacounty.gov

"To Enrich Lives Through Effective And Caring Service"

Board of Supervisors
HILDA L. SOLIS
First District

MARK RIDLEY-THOMAS
Second District

SHEILA KUEHL
Third District

DON KNABE
Fourth District

MICHAEL D. ANTONOVICH
Fifth District

October 04, 2016

The Honorable Board of Supervisors
County of Los Angeles
383 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012

Dear Supervisors:

**ADOPTED**
BOARD OF SUPERVISORS
COUNTY OF LOS ANGELES

20   October 4, 2016

*Lori Glasgow*
LORI GLASGOW
EXECUTIVE OFFICER

### NEW LEASE
### DEPARTMENT OF MENTAL HEALTH
### 3303 NORTH BROADWAY STREET, LOS ANGELES
### (FIRST DISTRICT)
### (3 VOTES)

## SUBJECT

A new fifteen-year lease for approximately 43,307 square feet of office space, and 175 on-site parking spaces for use by the Department of Mental Health's Northeast Mental Health Center.

**IT IS RECOMMENDED THAT THE BOARD:**

1. Consider the attached Negative Declaration together with the fact that no comments were received during the public review process, find on the basis of the whole record that the project will not have a significant effect on the environment, find that the Negative Declaration reflects the independent judgment of the Board of Supervisors to approve the Negative Declaration, and adopt the Negative Declaration, find on the basis of the whole record that the project will have no effect on fish and wildlife, and instruct the Chief Executive Officer or her designee to complete and file the appropriate determination forms as to the project.

2. Approve and instruct the Chair to sign the lease with OPPIDAN, LLC (Landlord), for the occupancy of approximately 43,307 square feet of office space, and 175 on-site parking spaces at 3303 North Broadway Street, Los Angeles, for the Department of Mental Health at a maximum first year rental cost of $2,161,927. The rental and related costs are 100 percent funded from the Mental Health Services Act, and other State and federal funds.

3.  Authorize the Director of Internal Services, the Landlord or Landlord's County-approved vendor, at the direction of the Chief Executive Office, to acquire telephone, data, and low voltage systems at a cost not to exceed $1,600,000, which will be paid by the Department of Mental Health via lump sum, or TESMA financed over a five-year term at a cost not to exceed $31,343 per month, in addition to the tenant improvement allowances provided under the lease.

4.  Authorize and direct the Chief Executive Officer, or her designee, to execute any other ancillary documentation necessary to effectuate the lease, and authorize and direct the Chief Executive Officer and the Directors of Mental Health and Internal Services, or their designees, to take actions necessary and appropriate to implement the project.  The lease will be effective upon approval by the Board of Supervisors, but the term and rent will commence upon completion of the improvements by the Landlord or Landlord's County-approved vendor, and acceptance by the County.

**PURPOSE/JUSTIFICATION OF RECOMMENDED ACTION**

The proposed lease for approximately 43,307 square feet of office space, and 175 on-site parking spaces at 3303 North Broadway Street, Los Angeles, will allow the Department of Mental Health (DMH) to relocate its Northeast Mental Health Center (NMHC), currently located at 5321 Via Marisol, Los Angeles, and the satellite Wellness Center, currently located at 5564 North Figueroa Street, Los Angeles. The Child Welfare Division's Wraparound Services currently housed at 600 South Commonwealth Avenue and 3333 Wilshire Boulevard, Los Angeles will also relocate into the same facility. The new location is strategically situated in the Northeast region of Los Angeles, providing easy access for DMH clients arriving from Boyle Heights, Mount Washington, Alhambra, Monterey Park, Echo Park, Highland Park, and Eagle Rock, among other surrounding communities.

The relocation of the NMHC is necessitated by the inadequate office space and parking, and the need for excessive repairs, improvements, and improved accessibility at the Via Marisol facility. The Via Marisol and Figueroa Street leases are currently on a month-to-month holdover basis since November 2011, and May 2014, respectively. The Chief Executive Office (CEO) has been working to identify a suitable building to house the NMHC for the past six years, but the buildings within the service area cannot meet the County's space needs, i.e., buildings are too small to house the programs, do not meet the County seismic requirements, have inadequate parking, are not located near public transportation, or the use is not permitted by local governmental agencies.

The new facility will allow DMH to consolidate locations and programs, which will provide clients access to a greater variety of direct services and a seamless transition across differing levels of care within one location. The approval of a new lease will provide adequate space for the NMHC, and allow leases at the Via Marisol, Figueroa, and Wilshire locations to be terminated upon occupancy of the new office.

The NMHC staff will provide initial and ongoing psychiatric evaluations, individual and group psychotherapy, individual rehabilitation, and targeted case management services. The programs to be offered include the following:  Crisis Resolution Services, Prevention and Early Intervention, Full-Service Partnership II, Older Adult Field-Capable Clinical Services, and Wellness programs.

The facility will also allow DMH to support the additional staffing necessary to assume oversight of the County's Wraparound program in Fiscal Year 2016-17, as directed by the Board of Supervisors. In addition, the facility will provide office space for DMH staff to support the "Immersion Strategy" being implemented to accelerate achievement of the County's obligations related to the terms of the Katie A. Settlement Agreement and Strategic Plan.  These programs provide training and coaching,

quality assurance, and tracking of outcomes, as well as monitoring service provision and service costs, all designed to support improved service delivery and outcomes for children and youth in the County's welfare system, consistent with the exit conditions of the Katie A litigation.

The facility will house 219 staff serving approximately 3,300 clients. As a result of the Health Agencies consolidation, this location will include three to six exam rooms for integrated care. The average number of clients served on-site daily is projected at 190, in addition to services provided in the field.

**Implementation of Strategic Plan Goals**

The Countywide Strategic Plan Goal of Operational Effectiveness/Fiscal Sustainability (Goal 1) directs that we maximize the effectiveness of processes, structure, operations, and strong fiscal management to support timely delivery of customer-oriented and efficient public services, and the Goal of Integrated Services Delivery (Goal 3), directs that we maximize opportunities to measurably improve client and community outcomes and leverage resources through the continuous integration of health, community, and public safety services. In this case, the County is supporting these goals by consolidating operations, and improving efficiencies to provide quality information and services to residents. The proposed new lease is in conformance with the Asset Management Principles, as outlined in Attachment A.

**FISCAL IMPACT/FINANCING**

The proposed lease will provide DMH the use of approximately 43,307 square feet of office space, and 175 on-site parking spaces at a maximum first year rental cost of $2,161,927 which is comprised of the initial annual basic rent, operating expense rent, and the maximum annual reimbursement of the Tenant Improvement (TI) allowance, if the entire amount is expended. The County will be responsible for its electrical, water and natural gas usage costs, janitorial costs estimated at $82,716 annually, and its pro-rata share of the building operating expenses estimated at $254,645 annually, and property tax increases, if any, to the 2017-2018 base tax year.

Sufficient funding for the proposed lease is included in the Fiscal Year (FY) 2016-17 Rent Expense budget, and will be charged back to DMH. The lease costs are funded from the Mental Health Services Act, and other State and federal funds. Attachment B is an overview of the proposed lease costs.

**FACTS AND PROVISIONS/LEGAL REQUIREMENTS**

The proposed lease will provide approximately 43,307 square feet of office space, and 175 on-site parking spaces for NHMC. The proposed lease includes the following provisions:

- A 15-year lease term, which commences upon completion of the improvements by the Landlord and acceptance by the County.

- A cancellation provision allowing the County to cancel the lease on every lease anniversary after the 120th month of the lease term, with 180 days prior written notice.

- A modified-gross lease whereby the Landlord is responsible for the operating and maintenance cost of the building. The County is responsible for its electrical, water and natural gas usage costs, janitorial costs, and its pro-rata share of the building operating expenses and property tax increases if any, to the 2017-2018 Base Tax Year, after reassessment of the new building.

- A non-reimbursable TI allowance of $1,515,745, or $35 per square foot.

- A reimbursable TI allowance of $3,897,630, or $90 per square foot, payable in a lump sum or amortized over the initial eight-years at an annual interest rate of 6 percent.

- Construction of the TI's is subject to Prevailing Wage costs and reporting due to City of Los Angeles development requirements imposed on the facility.

- Furniture will be purchased through the TI allowance, or by DMH through Internal Services Department Purchasing.

- Two 5-year options to extend the lease at the same terms and conditions with 180 days prior written notice by the CEO.

- The rental rate is fixed for the first 36 months, and will increase to $151,574.50 per month on the 37th month, and subject to annual CPI increases after the fourth anniversary over the term, capped at 3 percent per year.

- Operating expense rent is subject to annual $7,639.32 (3 percent) fixed increases.

- The County has a First Right of Offer to purchase the facility.

The CEO, Real Estate Division staff conducted a survey within the project area to determine the availability of comparable and more economical sites.  Staff was unable to identify any sites in the survey area that could accommodate this requirement.  Based upon said survey, staff established that the rental range for similar space and terms is between $42 and $66 per square foot per year on a modified-gross basis, including parking.  Even with existing building deficiencies and limited parking, the rents for the existing NMHC locations are $35 per square foot per year on a modified-gross basis for both, the Via Marisol and the Figueroa Street facilities.  Thus, the fixed annual rental rate of $36 for the initial 36 months, on a modified-gross basis including parking, for the proposed lease represents a rental rate within the market range for the area, and the adjusted annual rental rate of $48 per square foot per year on the fourth year, represents a rate within the 2016 market range for the area.  In addition, the proposed facility is the only viable space for DMH to house the program within the service area that includes sufficient parking, and is accessible by public transportation.  Attachment C shows County owned or leased facilities in the proximity of the service area, and there are no suitable County-owned, or leased facilities available for the program.

Construction of the TIs will be completed in compliance with relevant building and construction laws and regulations.  Notification letters advising of the proposed lease have been sent to the City of Los Angeles, pursuant to Government Code Sections 25351 and 65402.

The proposed lease will provide a central and appropriate location for services, which is consistent with the County's facility location policy, adopted by the Board of Supervisors on July 24, 2012, as outlined in Attachment D.

County Counsel has reviewed the attached lease and has approved it as to form.  The proposed lease was presented and approved by the Real Estate Management Commission on March 16, 2016.

The Honorable Board of Supervisors
10/4/2016
Page 5

**ENVIRONMENTAL DOCUMENTATION**

The CEO has made an initial study of environmental factors and concluded that the project will have no significant impact on the environment, and no effect on wildlife resources. Accordingly, a Negative Declaration has been prepared and a notice posted at the 3303 North Broadway Street facility as required by the California Environmental Quality Act (CEQA) and the California Administrative Code, Section 15072. Copies of the completed study, the resulting Negative Declaration, and the Notice of Intent to Adopt a Negative Declaration as posted are attached. No comments to the Negative Declaration were received. Upon a finding by the Board that the proposed lease will have no effect on fish and wildlife, the CEO or her designee will submit a no effect determination request to the California Department of Fish and Game, and thereafter file the appropriate determination documentation with the Registrar-Recorder/County Clerk.

**IMPACT ON CURRENT SERVICES (OR PROJECTS)**

The proposed lease will provide the necessary office space, and parking spaces for this County requirement. DMH concurs with the proposed recommendation.

**CONCLUSION**

It is requested that the Executive Office, Board of Supervisors return four originals of the executed lease, two certified copies of the Minute Order, and the adopted, stamped Board letter to the CEO, Real Estate Division at 222 South Hill Street, 4th Floor, Los Angeles, CA 90012 for further processing.

Respectfully submitted,

*Sachi A. Hamai*

SACHI A. HAMAI
Chief Executive Officer

SAH:DPH:CMM
TS:NCH:MAC:gw

Enclosures

c:  Executive Office, Board of Supervisors
    County Counsel
    Auditor-Controller
    Internal Services
    Mental Health

## DEPARTMENT OF MENTAL HEALTH
## 3303 NORTH BROADWAY STREET, LOS ANGELES
Asset Management Principles Compliance Form[1]

| 1. | | **Occupancy** | Yes | No | N/A |
|---|---|---|---|---|---|
| | A | Does lease consolidate administrative functions?[2] | X | | |
| | B | Does lease co-locate with other functions to better serve clients?[2] | X | | |
| | C | Does this lease centralize business support functions?[2] | | | X |
| | D | Does this lease meet the guideline of 200 sq. ft of space per person?[2] | X | | |
| | E | Does lease meet the 4/1000 sq. ft. parking ratio guideline?[2] | X | | |
| | F | Does public parking and mass-transit exist to facilitate employee, client and visitor access to the proposed lease location?[2] | X | | |
| 2. | | **Capital** | | | |
| | A | Is it a substantial net County cost (NCC) program? **The rental costs are 100% funded under the Mental Health Services Act, and other State & federal funds** | | X | |
| | B | Is this a long term County program? | X | | |
| | C | If yes to 2 A or B; is it a capital lease or an operating lease with an option to buy? **The County has the First Right of Offer to purchase the facility.** | | X | |
| | D | If no, are there any suitable County-owned facilities available? | | X | |
| | E | If yes, why is lease being recommended over occupancy in County-owned space? | | | X |
| | F | Is Building Description Report attached as Attachment C? | X | | |
| | G | Was build-to-suit or capital project considered? | | X | |
| 3. | | **Portfolio Management** | | | |
| | A | Did department utilize CEO Space Request Evaluation (SRE)? | X | | |
| | B | Was the space need justified? | X | | |
| | C | If a renewal lease, was co-location with other County departments considered? | | | |
| | D | Why was this program not co-located? | | | X |
| | | 1. ____ The program clientele requires a "stand alone" facility. | | | |
| | | 2. ____ No suitable County occupied properties in project area. | | | |
| | | 3. _X_ No County-owned facilities available for the project. | | | |
| | | 4. ____ Could not get City clearance or approval. | | | |
| | | 5. ____ The Program is being co-located. | | | |
| | E | Is lease a full service lease?[2] **No, this is a modified-gross lease whereby the County is responsible for its electrical, water and natural gas usage costs, janitorial costs, and the County's prorated share of the buildings operating expense, including property tax increases.** | | X | |
| | F | Has growth projection been considered in space request? | X | | |
| | G | Has the Dept. of Public Works completed seismic review/approval? **No. This is new construction.** | | | X |
| | | [1]As approved by the Board of Supervisors 11/17/98 | | | |
| | | [2]If not, why not? | | | |

## FISCAL IMPACT/FINANCING
## OVERVIEW OF THE PROPOSED LEASE

| Proposed Lease | 3303 North Broadway Street, Los Angeles |
|---|---|
| Area (Square Feet) | 43,307 rentable square feet |
| Term (years) | Fifteen-years, commencing upon Board of Supervisors approval and County's acceptance of the TIs |
| Annual Basic Rent[1] | $1,299,210   ($30.00 per sq. ft. annually) |
| Annual Operating Expense Rent* | $254,645   ($5.88 per sq. ft. annually) |
| Annual Combined Basic Rent and Operating Expense Rent | $1,553,855   ($35.88 per sq. ft. annually) |
| Annual TI Reimbursement [2] | $608,072   ($14.04 per sq. ft.) |
| Maximum First Year Rental Cost [3] | $2,161,927   ($49.92 per sq. ft. annually) |
| Base TI Allowance (non-reimbursable) | $1,515,745   ($35 per sq. ft.) |
| Additional TI Allowance | $3,897,630   ($90 per sq. ft.) |
| Cancellation | On every Lease anniversary date after the 120th month upon 180 days prior written notice |
| Options to Renew | Two 5-year options upon 180 days written notice |
| First Right of Offer | County has a First Right of Offer to purchase the facility |
| Rental adjustment | Rental rate is fixed for the first 36 months, increased to $151,574.50 per month on the 37th month, and subject to annual CPI increases after the fourth anniversary, capped at 3 percent per year

Operating Expense rent is subject to annual $636.61 (three percent) fixed increases. |

[1] Total Lease rate to be $2.50/sf per month or $30 per annum.
[2] $3,897,630 represents the maximum amount of reimbursable TI funds available for this project. If this entire amount is expended and amortized over 96 months at the proposed rate of 6 percent, the annual TI reimbursement will be $608,072 ($14.04 per sq. ft. annually).
[3] Includes first year annual basic rent, operating expense rent, and annual reimbursement of TI allowance, if fully utilized.
\* Operating Rent is comprised of the following expenses: administrative, accounting, legal, contract services, repair and maintenance, common area utilities, taxes, and insurance.

# DEPARTMENT OF MENTAL HEALTH
## SPACE SEARCH WITHIN A 5-MILE RADIUS OF 5321 VIA MARISOL ROAD
## 3303 NORTH BROADWAY STREET, LOS ANGELES

| LACO | Facility Name | Address | City | Zip | Ownership | Bldg_Use | Proprietor | Gross SQFT | Sq Ft Avail |
|---|---|---|---|---|---|---|---|---|---|
| A954 | East Los Angeles Civic Center - Child Care Center | 4824 Civic Center Way | East Los Angeles | 90022 | Owned | Child Day Care Center | Chief Executive Office | 6200 | None |
| 4364 | Probation - East Los Angeles Area Office | 4849 E Civic Center Way | East Los Angeles | 90022 | Owned | Office | Probation | 15584 | None |
| 6450 | Obregon - Gymnasium | 4021 E 1st St. | East Los Angeles | 90063 | Owned | Recreation-Gymnasium-Craft Room | Parks and Recreation | 11418 | None |
| 6131 | DCSS - East Los Angeles Service Center | 133 N Sunol Dr | East Los Angeles | 90063 | Owned | Service Center | Community and Senior Services | 28514 | 5000 |
| 6390 | Centro Maravilla Service Center - Building A | 4716 E Cesar E Chavez Ave | East Los Angeles | 90022 | Owned | School Building | Community and Senior Services | 6901 | None |
| X707 | Public Library - Anthony Quinn Library | 3965 E Cesar E Chavez Ave | East Los Angeles | 90063 | Owned | Library | Public Library | 7275 | None |
| X514 | Mental Health - Family Resource Center | 4701 E Cesar E Chavez Ave | East Los Angeles | 90022 | Leased | Mental Health Outpatient | Mental Health | 6000 | None |
| 2670 | Belvedere - Gymnasium | 4914 Cesar E Chavez Ave | East Los Angeles | 90022 | Owned | Recreation-Gymnasium-Craft Room | Parks and Recreation | 9276 | None |
| 5976 | Belvedere - Community Building/Park Services Bureau | 4914 Cesar E Chavez Ave | East Los Angeles | 90022 | Owned | Recreation-Gymnasium-Craft Room | Parks and Recreation | 11492 | None |
| A015 | DCFS/LASD/Fire/Ops/ISD Corporate Place | 2525 Corporate Pl | Monterey Park | 91754 | Leased | Office | Children and Family Services | 29542 | None |
| A327 | Office of Managed Care | 1100 Corporate Center Dr | Monterey Park | 91754 | Leased | Office | Health Services | 14516 | None |
| 3364 | Biscailuz - Gymnasium | 1060 N Eastern Ave | Los Angeles | 90063 | Owned | Recreation-Gymnasium-Craft Room | Sheriff | 9992 | None |
| 4525 | Biscailuz - Kitchen (Closed)/Dining Rooms | 1060 N Eastern Ave | Los Angeles | 90063 | Owned | Classroom | Sheriff | 25032 | 25032 |
| T532 | Biscailuz - Library Trailer | 1060 N Eastern Ave | Los Angeles | 90063 | Owned | Library | Sheriff | 720 | 720 |
| 4440 | City Terrace - Activities Building | 1126 N Hazard Ave | East Los Angeles | 90063 | Owned | Recreation-Gymnasium-Craft Room | Parks and Recreation | 6805 | None |
| 4441 | City Terrace - Sports Shell/Bleachers | 1126 N Hazard Ave | East Los Angeles | 90063 | Owned | Recreation-Gymnasium-Craft Room | Parks and Recreation | 13737 | None |
| 4443 | City Terrace Park - Recreation Building/Office | 1126 N Hazard Ave | East Los Angeles | 90063 | Owned | Recreation-Gymnasium-Craft Room | Parks and Recreation | 7553 | None |
| 4444 | City Terrace Park - Gymnasium | 1126 N Hazard Ave | East Los Angeles | 90063 | Owned | Recreation-Gymnasium-Craft Room | Parks and Recreation | 9476 | None |
| 5863 | ISD - Administrative Headquarters | 1100 N Eastern Ave | Los Angeles | 90063 | Owned | Office | Internal Services | 80309 | None |
| T061 | ISD - Eastern Complex Project Management Trailer | 1100 N Eastern Ave | Los Angeles | 90063 | Leased | Office | Internal Services | 7200 | None |
| 5864 | ISD - Eastern Ave Complex Crafts Shops/Warehouse | 1102 N Eastern Ave | Los Angeles | 90063 | Owned | Service Building | Internal Services | 167584 | None |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5870 | ISD - Eastern Ave Complex Telecom Branch Building | 1110 N Eastern Ave | Los Angeles | 90063 | Owned | Office | Internal Services | 37742 | None |
| A328 | Sheriff - Inspectional Services Office | 901 Corporate Center Dr | Monterey Park | 91754 | Leased | Office | Sheriff | 7922 | None |
| 3542 | Fire - Administrative Headquarters Building | 1320 N Eastern Ave | Los Angeles | 90063 | Owned | Office | Fire Department | 39015 | None |
| Y307 | Public Library - City Terrace Library | 4025 E City Terrace Dr | Los Angeles | 90063 | Owned | Library | Public Library | 8007 | None |
| 0156 | Hall of Records | 320 W Temple St | Los Angeles | 90012 | Owned | Office | District Attorney | 438095 | 50,000 |
| 4512 | Sybil Brand - Auditorium | 4500 E City Terrace Dr | Monterey Park | 91754 | Owned | Auditorium | Sheriff | 8192 | 8192 |
| 4513 | Sybil Brand - Activities Building | 4500 E City Terrace Dr | Monterey Park | 91754 | Owned | Recreation-Gymnasium-Craft Room | Sheriff | 5616 | 5616 |
| 0143 | El Pueblo Redevelopment Property - Vickrey Building | 501 N Main St | Los Angeles | 90012 | Owned | Office | Chief Executive Office | 34350 | None |
| 0142 | El Pueblo Redevelopment Property - Plaza House | 507 N Main St | Los Angeles | 90012 | Owned | Office | Chief Executive Office | 15618 | None |
| A632 | Office of Inspector | 312 S Hill St Grand Central Market | Los Angeles | 90012 | Leased | Office | Board of Supervisors | 9782 | None |
| 0181 | Kenneth Hahn Hall of Administration | 500 W Temple St | Los Angeles | 90012 | Owned | Office | Board of Supervisors | 958090 | None |
| 3155 | Performing Arts Center - De Lisa Building/The Annex | 301 N Grand Ave | Los Angeles | 90012 | Owned | Office | Community and Senior Services | 27582 | None |
| 5546 | Public Health - Central Public Health Center | 241 N Figueroa St | Los Angeles | 90012 | Owned | Health Center | Public Health Program | 59290 | None |
| 5456 | Health Services Administration Building | 313 N Figueroa St | Los Angeles | 90012 | Owned | Office | Public Health Program | 134851 | None |
| A423 | Sheriff - Personnel and Recruitment Center | 101 Centre Plaza Dr | Monterey Park | 91754 | Leased | Office | Sheriff | 37590 | None |
| 4946 | Med Center - Interns & Residents Building | 2020 Zonal Ave | Los Angeles | 90089 | Owned | Office | LAC+USC Medical Center | 79494 | None |
| 4711 | Med Center - Outpatient Clinic Building | 2010 Zonal Ave | Los Angeles | 90089 | Owned | Skilled Nursing | LAC+USC Medical Center | 118898 | None |
| 0835 | Med Center - General Hospital (Former Hospital) | 1200 N State St | Los Angeles | 90089 | Owned | General Acute Hospital | LAC+USC Medical Center | 1494627 | None* |
| T540 | Med Center - Learning Center | 1200 N State St | Los Angeles | 90089 | Owned | School Building | LAC+USC Medical Center | 6136 | None |
| T542 | Med Center - Patient Financial Services T - 5 | 1200 N State St | Los Angeles | 90089 | Owned | Office | LAC USC Medical Center | 10512 | None |
| X609 | Med Center - LAC+USC Inpatient Tower | 1200 N State St | Los Angeles | 90089 | Owned | General Acute Hospital | LAC+USC Medical Center | 656784 | None |
| X614 | Med Center - LAC+USC Diagnostic and Treatment | 1200 N State St | Los Angeles | 90089 | Owned | General Acute Hospital | LAC+USC Medical Center | 407883 | None |
| X616 | Med Center - LAC+USC Outpatient Tower | 1200 N State St | Los Angeles | 90089 | Owned | General Acute Hospital | LAC+USC Medical Center | 308298 | None |
| 2484 | Med Center - Women's and Children's Hospital | 1240 N Mission Rd | Los Angeles | 90089 | Owned | General Acute Hospital | LAC+USC Medical Center | 160181 | None |
| T546 | Med Center - Patient Financial Services Office | 1240 N Mission Rd | Los Angeles | 90089 | Owned | Office | LAC+USC Medical Center | 5190 | None |
| 0822 | Med Center - Pharmacy Building | 1100 N Mission Rd | Los Angeles | 90089 | Owned | Pharmacy | LAC+USC Medical Center | 35837 | None |
| 5260 | Coroner - Administration/Investigations Building | 1102 N Mission Rd | Los Angeles | 90089 | Owned | Office | Chief Medical Examiner-Coroner | 22479 | None |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0808 | Coroner - Public Services/Skeleton Store | 1104 N Mission Rd | Los Angeles | 90089 | Owned | Office | LAC+USC Medical Center | 18651 | None |
| 6479 | Med Center - Building 10/20 - Pediatric Clinic | 1237 N Mission Rd | Los Angeles | 90031 | Owned | Pediatrics Clinic | LAC+USC Medical Center | 19927 | None |
| X174 | Med Center - Rand Schrader Aids Outpatient Clinic | 1300 N Mission Rd | Los Angeles | 90033 | Owned | Skilled Nursing | LAC+USC Medical Center | 28000 | None |
| 6477 | Med Center - Phinney Hall Cancer Center - Building 40 | 1721 Griffin Ave | Los Angeles | 90031 | Owned | Skilled Nursing | LAC+USC Medical Center | 12832 | None |
| 3102 | Juvenile Hall - Administration Building - 4 | 1605 Eastlake Ave | Los Angeles | 90033 | Owned | Office | Probation | 75907 | None |
| 3105 | Juvenile Hall - Girls School - 5A | 1605 Eastlake Ave | Los Angeles | 90033 | Owned | School Building | Probation | 11260 | None |
| 3106 | Juvenile Hall - Girls School - 5B | 1605 Eastlake Ave | Los Angeles | 90033 | Owned | School Building | Probation | 7483 | None |
| 3111 | Juvenile Hall - Chapel - 2 | 1605 Eastlake Ave | Los Angeles | 90033 | Owned | Chapel/Church | Probation | 5094 | None |
| 3112 | Juvenile Hall - Kitchen/Mess Hall - 12A | 1605 Eastlake Ave | Los Angeles | 90033 | Owned | Kitchen-Dining Hall-Cafeteria | Probation | 12403 | None |
| 5367 | Juvenile Hall - Boys School Building - 9 | 1605 Eastlake Ave | Los Angeles | 90033 | Owned | School Building | Probation | 39017 | None |
| T610 | Juvenile Hall - Modular Medical Clinic | 1605 Eastlake Ave | Los Angeles | 90033 | Owned | Pediatrics Clinic | Probation | 5300 | None |
| A512 | Med Center - Carlson Center Skills Lab Traile | 1764 Sichel St | Los Angeles | 90031 | Owned | Classroom | LAC+USC Medical Center | 6256 | None |
| 6476 | Med Center - North Hall - Building 50 | 1739 Griffin Ave | Los Angeles | 90031 | Owned | Teaching and Research Clinic | LAC+USC Medical Center | 8244 | None |
| 4799 | PW Central Yard - Division Administration | 1525 Alcazar St | Los Angeles | 90033 | Owned | Office | Public Works | 10438 | None |
| T545 | Med Center - Employees Child Care Center Trailer T - 14 | 1401 N Mission Rd | Los Angeles | 90031 | Owned | Child Day Care Center | LAC+USC Medical Center | 5500 | None |
| X333 | DHS - Juvenile Court Health Services/Mental Health Clinic | 1925 Daly St. | Los Angeles | 90031 | Owned | Mental Health Outpatient | Juvenile Court Health Services | 6668 | None |
| C269 | DPSS - Lincoln Heights WS District Office | 4077 N Mission Rd | Los Angeles | 90032 | Owned | Office | Public Social Services | 26000 | None |
| C760 | DPSS - East LA Grow Employment Services Center | 2200 N Humboldt St. | Los Angeles | 90031 | Leased | Service Center | Public Social Services | 23655 | None |
| A469 | The Alhambra Complex - West Tower | 1000 S Fremont Ave | Alhambra | 91803 | Leased | Office | Public Health Program | 31299 | None |
| A471 | The Alhambra Complex - East Tower | 1000 S Fremont Ave | Alhambra | 91803 | Leased | Office | Chief Executive Office | 31299 | None |
| 5460 | Public Library - San Gabriel Library | 500 S Del Mar Ave | San Gabriel | 91776 | Owned | Library | Public Library | 13718 | None |
| X327 | Probation - Central Transcribing Office | 200 W Woodward Ave | Alhambra | 91801 | Owned | Office | Probation | 11273 | None |
| B382 | Mental Health - Northeast Family Mental Health Services | 5321 Via Marisol Rd | Los Angeles | 90042 | Leased | Mental Health Outpatient | Mental Health | 9135 | None |
| A426 | DCFS - Pasadena (SPA 3) | 532 E Colorado Blvd | Pasadena | 91101 | Leased | Office | Children and Family Services | 75235 | None |
| 4295 | PH - Glendale Public Health Center | 501 N Glendale Ave | Glendale | 91206 | Owned | Health Center | Public Health Program | 14422 | None |
| D465 | DPSS - Pasadena AP District Office | 955 N Lake Ave | Pasadena | 91104 | Owned | Office | Public Social Services | 36224 | None |

\* NO INFORMATION ABOUT WHAT IS USABLE IN OLD HOSPITAL BUILDING

ATTACHMENT D

# FACILITY LOCATION POLICY ANALYSIS

**Proposed Lease:** New Fifteen-Year Lease for the Department of Mental Health – 3303 North Broadway Street, Los Angeles – 1st District.

A. **Establish Service Function Category** – Regional and local public service function.

B. **Determination of the Service Area** – The proposed lease will allow the Department of Mental Health (DMH) to consolidate locations, and provide a full array of direct and field based mental health services. The facility will provide staff with adequate office space for the DMH Northeast Mental Health Center.

C. **Apply Location Selection Criteria to Service Area Data**

- <u>Need for proximity to service area and population</u>: The relocation and consolidation of offices provides convenient accessibility of services to clients in the Northeast region of Los Angeles.

- <u>Need for proximity to existing County facilities</u>: The new location is strategically situated in the Northeast region of Los Angeles providing easy access to DMH clients arriving from Boyle Heights, Mount Washington, Alhambra, Monterey Park, Echo Park, Highland Park, and Eagle Rock, among other surrounding communities.

- <u>Need for proximity to Los Angeles Civic Center</u>: N/A

- <u>Economic Development Potential</u>: N/A

- <u>Proximity to public transportation</u>: The NMHC is conveniently located near public transportation, i.e., MTA bus service.

- <u>Availability of affordable housing for County employees</u>: N/A

- <u>Use of historic buildings</u>: N/A

- <u>Availability and compatibility of existing buildings</u>: There are no existing County buildings available to meet DMH's service needs.

- <u>Compatibility with local land use plans</u>: The proposed use is consistent with the building's use, zoning, and not in conflict with the goals and policies of the City of Los Angeles. Notification letters have been sent pursuant to Government Code Sections 25351 and 65402.

- <u>Estimated acquisition/construction and ongoing operational costs</u>: The initial annual basic rent of $1,299,210, i.e., $2.50 per square foot per month, the annual operating expense rent of $254,645, i.e., $0.49 per square foot per month, plus the maximum amortized cost of the additional tenant improvement allowances of $3,897,630, comprises the total annual lease costs for the lease facility under consideration. Sufficient funding for the proposed lease will be included in the Fiscal year (FY) 2016-17 Rent Expense budget and will be charged back to DMH. DMH has sufficient funding to cover the proposed lease costs, which are funded under the Mental Health Services Act, State and federal funds. In addition, telephone, data, and low voltage systems will be installed by Internal Services, Landlord or Landlord's County approved vendor at a cost not to exceed $1,600,000 which will be paid by DMH via lump sum, or TESMA financed over a five-year term at a cost not to exceed $31,343 per month, in addition to the tenant improvement allowances provided under the lease.

D. **Analyze results and identify location alternatives**

Based upon the space and service needs of DMH, CEO staff surveyed the immediate area to determine the availability of comparable and more economical sites. The proposed facility is the only viable space for DMH to house the programs within the service area that includes sufficient parking, and is accessible by public transportation.

Based upon said survey, staff has established that the rental range for similar space and terms is between $42 and $66 per square foot per year on a modified-gross basis, including parking. Even with existing building deficiencies and limited parking, the rents for the existing NMHC locations are $35 per square foot per year on a modified-gross basis, for both the Via Marisol and the Figueroa Street facilities. Thus, the fixed annual rental rate of $36 for the initial 36 months on a modified-gross basis, including parking for the proposed lease represents a rental rate within the market range for the area, and the adjusted annual rental rate of $48 per square foot per year on the fourth year, represents a rate within the 2016 market range for the area. The proposed lease was presented and approved by the Real Estate Management Commission on March 16, 2016.

E. **Determine benefits and drawbacks of each alternative based upon functional needs, service area, cost and other location selection criteria**

The facility provides proper accommodations for staff to provide mental health services in the Northeast region of Los Angeles. The lease is in conformance with the Asset Management Principles, as outlined in Attachment A. The consolidation of facilities at the proposed office will provide a central and appropriate location, which is consistent with the County's facility location policy, adopted by the Board of Supervisors on July 24, 2012.

DATE POSTED – February 2, 2016

## NOTICE OF PREPARATION OF NEGATIVE DECLARATION

This notice is provided as required by the California Environmental quality Act and California Administrative Code Title 14 Division 6, Section 15072 (a) (2) B.

A Negative Declaration has been prepared for this site based on an Initial Study which consists of completion and signing of an Environmental Information Form showing background information as follows:

1. Name of Proponent - County of Los Angeles
   Chief Executive Office

2. Address/Phone No. - 222 South Hill Street, 3rd Floor
   Los Angeles, California 90012

   Agent            Telephone
   Miguel Covarrubias  (213) 974-4164

3. Date Information Form Submitted – February 2, 2016

4. Agency Requiring Information Form - Los Angeles County
   Chief Executive Office

5. Address of Facility Involved – 3303-3331 North Broadway Street, Los Angeles, CA 90013

6. Description of Project - The leasing of office space in a commercial building to be used by the County of Los Angeles, Departments of Mental Health for offices providing services to area residents.

7. Finding for Negative Declaration - It has been determined that this project will not have a significant effect on the environment.

Interested parties may obtain a copy of the Negative Declaration and the completed Environmental Information Form/Initial Study by contacting the Real Property Agent indicated under 2. above and referring to the proposal by name or to the facility by address.

Si necesita informacion en espanol, por favor de comunicarse con el agente designado, para asistencia en obtener una traduccion.

THIS NOTICE WAS POSTED

ON   February 02 2016

UNTIL   March 03 2016

REGISTRAR – RECORDER/COUNTY CLERK

2016 026192

FILED
Feb 02 2016

Dean C. Logan, Registrar–Recorder/County Clerk

Electronically signed by KATHRYN BRAILSFORD

# COUNTY OF LOS ANGELES
# CHIEF EXECUTIVE OFFICE

## **NEGATIVE DECLARATION**

I. Location and Description of the Project

The proposed project is for the County of Los Angeles to lease facilities at 3303 -3327 North Broadway Street, Los Angeles, California, which will be used by the Department of Mental Health for offices providing services to area residents. The facility, located in the First Supervisorial District approximately 1 mile from the Los Angeles Civic Center, includes approximately 43,307 square feet of office. The Landlord has no expansion plans beyond the scope of this project.

II. Finding of No Significant Effect

Based on the attached initial study, it has been determined that the project will not have a significant effect on the environment.

III. Mitigation Measures

None required.



2016 026192
FILED
Feb 02 2016

Dean C. Logan, Registrar—Recorder/County Clerk

Electronically signed by KATHRYN BRAILSFORD

# NEGATIVE DECLARATION

Department Name:  Mental Health
Project:  Northeast Mental Health Clinic and Wrap Around Administrative Offices

Pursuant to Section 15072, California Environmental Quality Act and California Administrative Code Title 14, Division 6

1. Description of Project

    The leasing of existing office space in an existing commercial building to be used by the County of Los Angeles, Department of Mental Health providing services to area residents.

2. a. Location of Project (plot plan attached)

    3303-3331 North Broadway Street, Los Angeles, CA 90013

   b. Name of Project Proponent

    County of Los Angeles
    Chief Executive Office
    222 South Hill Street, 3rd Floor
    Los Angeles, CA 90012

3. Finding for Negative Declaration

    It has been determined that this project will not have a significant effect on the environment based on information shown in the attached Environmental Information Form dated February 2, 2016 which constitutes the Initial Study of this project.

4. Initial Study

    An Initial Study leading to this Negative Declaration has been prepared by the Chief Executive Office and is attached hereto.

5. Mitigation Measures Included in Project

    None required.

| Date | Real Property Agent | Telephone |
|---|---|---|
| February 2, 2016 | Miguel Covarrubias | (213) 974-4164 |

2016 026192
FILED
Feb 02 2016

Dean C. Logan, Registrar-Recorder/County Clerk

Electronically signed by KATHRYN BRAILSFORD

Google Maps  3303 N Broadway

3303 N Broadway - Google Maps

[Google Map showing 3303 N Broadway, Los Angeles, CA area, including streets such as N Broadway, Lincoln Park Ave, Thomas St, Gates St, Eastlake Ave, Hancock St, Johnston St, Griffin Ave, Sichel St, Workman St, Daly St, and nearby landmarks including Abraham Lincoln High School, Little Flower Missionary House, Gates Street Elementary School, Lincoln Heights Youth Center Complex, Sacred Heart Roman Catholic Church, Sacred Heart High School, and Lincoln Heights Branch Library.]

Map data ©2016 Google  200 ft

2016 026192
FILED
Feb 02 2016
Dean C. Logan, Registrar—Recorder/County Clerk
Electronically signed by KATHRYN BRAILSFORD

https://www.google.com/maps/place/3303+N+Broadway,+Los+Angeles,+CA+90031/@34.0741662,-118.2087719,17z/data=!4m2!3m1!1s0x80c2c67f7b46b3ed:0x59f83ad8368b6268

1/1

State of California – Natural Resources Agency  
**DEPARTMENT OF FISH AND WILDLIFE**  
South Coast Region  
3883 Ruffin Road  
San Diego, CA 92123  
www.wildlife.ca.gov

**EDMUND G. BROWN JR., Governor**  
**CHARLTON H. BONHAM, Director**



# CEQA Filing Fee No Effect Determination

**Applicant Name and Address:**  
County of Los Angeles  
Chief Executive Office - Real Estate Division  
222 South Hill Street, 4th Floor  
Los Angeles, CA 90012

**CEQA Lead Agency:** County of Los Angeles, Chief Executive Office, Real Estate Division

**Project Name:** Northeast Mental Health Clinic and Wrap Around Administrative Offices - 3303-3331 North Broadway Street

**CEQA Document Type:** Negative Declaration

**State Clearing House Number and/or local agency ID number:** NA

**Project Location:** 3303 - 3331 North Broadway Street

**Project Description:** The proposed project consists of approximately 43,307 sq. ft. of office space and 175 site parking spaces for the Department of Mental Health (DMH). The space will be used as the DMH Northeast Mental Health Center.

**Determination:** Based on a review of the project as proposed, the Department of Fish and Wildlife has determined that for purposes of the assessment of CEQA filing fees (Fish and Game Code [FGC] Section 711.4(c)) the project has no effect on fish, wildlife or their habitat and the project as described does not require payment of a CEQA filing fee. This determination does not in any way imply that the project is exempt from CEQA and does not determine the significance of any potential project effects evaluated pursuant to CEQA.

Please retain this original determination for your records. Local lead agencies are required to file two copies of this determination with the county clerk at time of filing of the Notice of Determination (NOD) after the project is approved. State lead agencies are required to file two copies of this determination with the Office of Planning and Research (State Clearinghouse) at the time of filing the NOD. If you do not file a copy of this determination as appropriate with the county clerk or State Clearinghouse at the time of filing of the NOD, the appropriate CEQA filing fee will be due and payable.

Without a valid CEQA Filing Fee No Effect Determination form or proof of fee payment, the project will not be operative, vested, or final and any local permits issued for the project will be invalid, pursuant to FGC Section 711.4(c)(3).

DFW Approved By: _Scott Harris_  Scott P. Harris  Date: 02/23/2016

Title: Environmental Scientist

*Conserving California's Wildlife Since 1870*