FILED

Arman Gabaee
Fed. Reg. No. 76335-112
FCC Lompoc Camp
3705 West Farm Road
Lompoc, CA 93436

2024 JUN 21  AM 9: 04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____ CRO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

ARMAN GABAEE,

              Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No.: CR 18-331-GW
    CV 23-10627

EMERGENCY MOTION FOR HOME
CONFINEMENT
[Pursuant to 18 U.S.C. § 3582(c)(1)(A)]

Hearing Date:  None Set

Judge:  Hon. George Wu

## MOTION

Defendant Arman Gabaee, a federal prisoner, without counsel, respectfully moves this Honorable Court on his

Emergency Motion for Home Confinement and requests the Court to grant home confinement for the duration

of his sentence to allow double knee replacement surgery and shoulder surgery and to seek immediate medical

care for his stroke conditions. This motion is made pursuant to 18 U.S. C. § 3582(c)(1)(A). The basis for this

motion is the failure of the Federal Bureau of Prisons (BOP) to provide adequate medical care and pursuant to

the Amended Sentencing Guidelines allowing for immediate release due to the required need for special

medical treatment not available to the Defendant during his incarceration, and for good cause, and these

reasons are stated herein as to why Defendant's Emergency Motion for Home Confinement should be granted.

///

1  This motion is based on the attached exhibits Memorandum of Point and Authorities, accompanying exhibits,

2  the files and records in this case, and other such evidence or arguments as may be required by the Court.

3  In support of granting Defendant's relief, the following is stated.

4

5

6                                                    Respectfully submitted,

7

8  Dated:  6/21/2024

9

10

11                                                   Arman Gabaee,
                                                     Defendant
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## MEMORANDUM OF POINT AND AUTHORITIES

### INTRODUCTION

Defendant Arman Gabaee is 63 years of age and suffers from multiple deteriorating health conditions, prostate disease, several mini-strokes, tremors, skin cancer and requires immediate double knee replacement, and shoulder surgery, bone spurs, among other conditions discussed herein. Even though the government has made assurances and promises that he would receive adequate medical care while in federal prison, he has not. The Federal Bureau of Prisons (BOP) has repeatedly refused to treat, even after the BOP acknowledged Defendant he is at extreme high risk of stroke, requires surgery and that he suffers from multiple debilitating medical conditions discussed further herein.

If, the BOP was to provide the surgery as medically indicated, Defendant would not be allowed to have postoperative pain medication he would require, or proper wound care, adequate rehabilitation consisting of daily physical therapy, or any other medical care required for his multiple health conditions.

The BOP doctors all agree that this type of major surgery is not something the BOP does commonly, nor is it equipped to provide. The BOP cannot provide any form of reasonable postsurgical care. In fact, the BOP doctors see do not see a favorable outcome if the needed surgery took place while Defendant is incarcerated. According to BOP doctors, Defendant's double knee replacement surgery must be performed one knee at a time, thus extending the actual recovery period will be extremely lengthy per knee. The BOP doctors have told Defendant that Prison conditions, even at a BOP medical facility is not equipped for this type of treatment and extensive rehabilitation required, and considering that Defendant is projected to be released in early 2025, it is more likely than not that the BOP would perform any need medical treatment.

Defendant is seeking a modification of his period of incarceration previously imposed at his sentencing, to be modified under 18 U.S.C. §3582(c)(1)(A). Under section 3582(c)(1)(A) the court has authority to reduce a federal prison sentence or to impose a different sentence such as a term of home confinement for

3

"extraordinary and compelling reasons" or under the amended sentencing guideline and after considering the factors set forth in 18 USC § 3553(a).

The First Step Act of 2018 expanded this authority by allowing prisoners to file such motions themselves, rather than solely through the Bureau of Prisons (BOP).

Additionally, The United States Sentencing Commission (USSG) has amended the Sentencing Guidelines which became effective November 1, 2023. The Amendment set forth direction for the courts and described new "extraordinary and compelling reasons" that might warrant a reduction in sentence. In addition to maintaining the existing medical, geriatric, and family circumstances reasons, the Commission voted to add new extraordinary and compelling reasons as to "Inadequate Medical Care." This provision covers individuals as Defendant, who suffer from a medical condition(s) and require, but are not receiving, long-term or specialized care, putting them at risk of serious deterioration or death.

The grounds for this relief consist of the Federal Bureau of Prisons failure to provide adequate medical care to Defendant. The modification of Defendant's sentence to home confinement will allow Defendant to seek and receive the immediate medical care while on home confinement and the proper rehabilitation while meeting the requirement of 18 U.S.C. § 3553(a).

Defendant is currently serving a 48-month sentence which is the subject of a dispositive Motion under section 2255. He is eligible for the First Step Act and Second Chance Act credits and has a projected BOP home confinement date of early 2025.

**PROCEDURAL HISTORY**

In 2018, Defendant Arman Gabaee was charged in a Five Count indictment with violation of 18 U.S.C. sections 1343, 1346, Honest Service Wire Fraud and 18 U.S.C. section 666(a)(2) Federal Program Bribery.

On May 2, 2020, and on the advice of counsel, Defendant pled guilty to one count of bribery involving a low-level Los Angeles County employee. This guilty plea, among other issues are the subject of a pending 28 U.S.C. section 2255 motion, involving claims of ineffective assistance of counsel, government misconduct,

perjury, lack of evidence, and excessive government imposed fine. The government then filed a motion for waiver of Defendant's attorney-client privilege.

On or about May 6, 2024, after the issue was fully briefed, the Court ruled on government's motion allowing a limited discover waiver of the privilege. This recent order has extended the 2255 matter by at least 5 or more months, provided neither party requests an extension of time. The limited waiver has resulted in the delay of the government's answer to Defendant's 2255 motion.

In all reality the government's answer will not be filed until late 2024. It is more likely than not that the Court's decision granting Defendant's 2255 relief will not occur until sometimes in 2025, after he is release from custody.

Defendant has served 14 months of his 48-month sentence. He is currently incarcerated at the Federal Correctional Camp in Lompoc, California. He is First Step Act eligible and a first time non-violet offender. He is not a danger to the community. His First Step Act ("FSA") projected release date is approximately May 2025, that combined with the 15 days of FSA credit he is earning per month, 6 months (i.e., May 2024 through May 2025) equates to December 2024. Then, and considering he is eligible for the Second Chance Act and being a model prisoner, he should receive anywhere from 6 months to over 1-year. <u>Therefore, his release date to home confinement could be anytime</u>, provided the BOP follows the FSA regulations and Second Chance Act. However, it is highly unlikely that the BOP will follow the law and expedite his earned FSA and Second Chance credits timely.  See also NBC News at: https://www.nbcnews.com/news/us-news/first-step-act-federal-inmates-remain-prison-extra-months-rcna154490

## MEDICAL CONDITIONS

Prior to sentencing and as documented in the sentencing transcripts and the post-sentence proceedings. Defendant has been experiencing ongoing and serious medical issues which continue to go untreated. These medical conditions consist of a history of strokes, eye hemorrhage, uncontrollable tremors, double-knee replacement and shoulder rotor cuff surgery, skin cancer, enlarged prostate with urination problems,

fluctuating blood pressure, bone spur with walking difficulty, sleep apnea, history of hernia, and hyperlipidemia, among other conditions, all documented and discussed in further detail below.

**Recent Health Conditions**

What has become more alarming is the fact that Defendant on or about May 18, 2024, experienced an eye hemorrhage or eye stroke. The BOP "Officer In Charge," ("OIC" or "Officer") and on his own, made the medical determination that Defendant's condition did not warrant immediate medical attention. He did not notify the medical department or any superior BOP staff member. Defendant was instructed to sign up for sick call the next day if he felt the need.

On May 20, 2024, Defendant was seen by BOP medical staff at which time his vital signs were taken and according to the nurse practitioner his blood pressure was high. She told Defendant "He should relax and take it easy." No further referrals or workups were ordered, even though Defendant explained he had a history of strokes, which was documented in his medical records. His eye was full of blood from the recent ruptured blood vessel. Upon examination, the nurse looked into his eyes, at which time he was told everything would be fine in a few days. Nothing further was done and there was no follow up care ordered.

On May 27, 2024, nine (9) days later, sometime around 2:30 am, and while Defendant was on his way to the restroom, he had an episode and passed out. The OIC on his own made a medical determination to deny Defendant medical care, even after Defendant requested that he go to the emergency room or be seen by a BOP doctor. In fact, the Officer refused to call medical or even a superior staff member to inform them that Defendant was unconscious and requested medical attention. Defendant made several requests to either see a doctor or be taken to the emergency room, each time he was denied, and even threatened by the OIC that he would be put in the SHU for his complaints.

On May 30, 2024, Defendant and on his own was seen by BOP medical staff regarding his spell of unconsciousness and complained about being extremely tired. BOP staff made the diagnoses of dehydration without any further testing. An EKG was performed with vital signs taken. Defendants was told his blood

1  pressure was high and was taken a second time and then according to BOP medical staff it was normal. The

2  Defendant complained about his prostate problems as well. He was advised he would be referred to a urologist

3  if the BOP approved.

4  **High Risk of Stroke**

5

6  Because of the concern for Defendant's life he requested his wife to obtained a Second Opinion from a Board-

7  Certified Neurologist, Sasan Yadegar, M.D. Due to the nature of this compelling content made by this medical

8  professional, the letter has been included herein. [See Exhibit 1] This concerning opinion shows there is the

9  immediate need for Defendant to receive medical care and the BOP is not able to provide this specialized care.

10  The attached letter from Dr. Yadegar begins as follows:

11

12

13                          SASAN YADEGAR, M.D.
                          NEUROLOGICAL & SPINAL SURGERY
14              SPINAL INSTRUMENTATION, PEDIATRICS STEREOTAXIC SURGER TRAUMA
                16311 VENTURA BLVD, SUITE 1205 ENCINO, CA 91436 (818)783-2616
15                    501 E. HARDY ST, SUITE 407 INGLEWOOD, CA 90301
                        TEL: (310)673-7724 FAX: (813)783-2717
16

17        June 7, 2024

18

19        I am writing this note in regard to Arman Gabaee, my patient, a 63-year-old male with history
          of multiple strokes, who has been my patient since Jan 24, 23. I have included with this a
20        copy of his office visits dated Jan 24, Feb14 and Feb 24, 2023.

21

22        I have been informed by the patient's wife that on May 18, 24 he was diagnosed with
          additional stroke in his eye. His wife states that he is diagnosed with a rupture of blood vessel
23        in his eye, an ocular stroke, and apparently the prison staff failed to respond to this condition
          promptly and he was seen only the next day.
24

25        I am informed that his headache was persistent after May 18 and additionally he experienced
          an episode of loss of consciousness in the early morning hours of May 27, 2024. This second
26        episode is quite like what he presented to me in 2023, which required diagnostic imaging of
          his brain and considerable workup, including referral to Cardiology and Ophthalmology.
27

28

                                    7

Since the May 27th event he has developed a severe tremor in his hands. Of course, this is quite alarming, not only because he has had no further workup, but also because I made a note in his chart regarding the potential of worsening of his symptoms without adequate care and I even went as far as to write a letter prior to sentencing indicating the necessity for him to be monitored closely and near a facility that could provide adequate care for stroke patients.

As you are all well aware, we have made considerable advancement in the management of intracranial strokes. Patients are seen immediately, where attention and medical/surgical intervention is required within four hours of the first symptoms. It is proven in that the window of opportunity to reverse the full spectrum of medical and neurological issues after stroke, which could include blindness, paralysis, loss of consciousness, inability to talk, and seizures is very narrow, and all studies point to prompt intervention to the point that after 4 hours the patients are considered non salvageable.

Mr. Gabaee certainly fits this category of patients. His hypertension and hypercholesterolemia, even if best treated, will only reduce his chances of having additional strokes by a small fraction. The fact that he has had ocular manifestation, (the eye and its globe are all part of central nervous system, i.e. brain, since they get their arterial blood supply directly from the brain and drain their venous blood into the brain) in addition to intracranial symptoms (ocular hemorrhage, scleral hemorrhage, loss of consciousness, inability to walk and fall) clearly points to a patient that is at significant risk for additional strokes. The issue with his tremors are concerning as this could be the beginning of Parkinsonian Tremors, caused by strokes in brain stem. Most recent studies are showing clear association between multiple intracranial strokes and Parkinson.

Strokes are defined as both hemorrhagic (wet) and ischemic (dry). That means in many occasions only a vessel is occluded and the territory dies. And ultimately the disease progress to bleeding in this territory. Mr. Gabaee has had both, and this is clear indication that he most likely will have additional CVA (cerebrovascular accidents, i.e. strokes)

Strokes are commonly classified as mild, moderate and severe. The disease progresses despite all care but could be controlled with close medical intervention. Mild cases return to normal life and activity, of course with caution. Moderate and Severe cases both become disabled. Neither of these two groups return to gainful employment. Of course, the severe cases usually are disabled to the point that need total care and may be institutionalized in a nursing home or rehab. Patients with mild strokes without care and intervention will only progress to moderate to severe strokes.

Both moderate and severe as stated are disabled for life. Either with cognitive or speech impairment and/or with inability to move to one side or another. Both groups will fulfill the criteria for permanent disability. Since the symptoms are permanent and involves paralysis, these patients will become property of state. That means they qualify for Medi-Cal coverage regardless of their financial status. (So called permanent lifetime Disability) A large group of these stroke victims may potentially need 24-hour supervision or part-time supervision and

Medi-Cal again would have to pay. The financial impact of stroke on the Health Care System is so severe that the past decade considerable focus is placed on management of these patients. Strokes are presently the largest financial drain on the US health system, because of the long-term care.

Mr. Gabaee clearly is progressing in his disease. He is having additional symptoms. He had an additional hemorrhagic stroke and additional ischemic stroke. He had a loss of consciousness. He required an emergency workup. At minimum he should have had a follow-up diagnostic imaging of his brain. An immediate CT scan of brain is the minimum and also the standard of care for anyone with loss of consciousness and fall, and clearly this was not done for him. It is imperative for him to be in a facility that is close to an institution which could provide stroke care, to avoid delay in treatment with potential disastrous consequences.

I work in a hospital in Los Angeles that is a designated facility to provide sex change operation for inmates. These individuals/patients are incarcerated, but yet they receive medical and surgical care for any human to be treated adequately and fairly. These patients are incarcerated, yet the state pays for them to undergo elective sex change operation. It's not part of punishment to withhold adequate medical/surgical care for an incarcerated inmate.

Arman is also incarcerated, but adequate medical/surgical care should not be refused/delayed; that would be unfair. And not part of his punishment.

I make this statement with medical certainty, after hearing that Arman Gabaee, my patient, had a massive delay in receiving care due to a correctional officer making a medical decision to deny care after he was found unconscious. To put this in plain language, Arman is at an extremely high risk for additional strokes. The potential ramifications are likely to be devastating and lifelong.

If you have any further questions, you may reach me at my office, or on my mobile 310-962-7885.

Sincerely

Sasan Yadegar, MD
Diplomate, American Board of Neurosurgery

9

**Defendant Parkinsonism Disease**

Stroke can cause Vascular Parkinsonism, a condition that impacts movement, has similar symptoms to Parkinson's disease. A stroke involving the substantia nigra or basal ganglia is called vascular Parkinsonism. Like other strokes, the damage is caused primarily by a lack of blood supply to these brain regions.

The strokes associated with Parkinsonism are termed small vessel strokes as they are not normally catastrophic. It typically takes several small strokes to produce the symptoms of vascular Parkinsonism. The diagnosis of small vessel strokes can be confirmed with tests such as CT or MRI of the brain. All these symptoms have been described by Defendant to BOP medical staff.

In some cases, small vessel strokes can also produce a type of dementia called vascular dementia. As such, it is not unusual for people with vascular Parkinsonism to also have vascular dementia. Defendant has described these conditions to the BOP medical staff as being described as Parkinson's Disease and Parkinsonism.

There is also another similar disease called Parkinsonism, which is a condition in which people have some of the symptoms of Parkinson's disease, but do not have Parkinson's disease itself. Parkinsonism occurs when one or more of the regions of the brain that are responsible for Parkinson's disease become damaged as done by a vascular stroke.

One of the early symptoms of Parkinson's disease is a loss of the sense of smell, which can happen years before other symptoms appear. See The symptoms of Parkinson's disease by Jose Vega MD, PhD, Updated on September 15, 2023, medically reviewed by Nicholas R. Metrus, MD, 6/6/24, 9:31 AM verywellhealth.com/stroke-as-a-cause-of-parkinsons-disease-3146424? print https://www.verywellhealth.com/stroke-as-a-cause-of-parkinsons-disease-3146424?print 1/3 and Parkinsonism also include a fine tremor, which is very noticeable in the hands and arms and happens when the hands and arms are at rest.

Beyond loss of sense of smell and tremor, Parkinson's is associated with several other physical symptoms, including slowness of movement (bradykinesia), rigidity (stiff muscles) and postural instability. These

symptoms can make walking or generally moving around extremely difficult and can lead to abnormal body posture.

Additionally, people who have Parkinson's disease or Parkinsonism often have very little facial expression, which is typically called a "masked face." The areas of the brain involved in Parkinson's disease and Parkinsonism are called the substantia nigra and the basal ganglia. Parkinson's disease is normally caused by slowly progressive degeneration of these two areas, which control the rhythm and smoothness of our movements and the tone of our muscles. As the substantia nigra and the basal ganglia degenerate, the typical symptoms of Parkinson's disease begin to emerge. Certain medications, health conditions, or sudden damage to the substantia nigra or the basal ganglia are associated with onset of Parkinsonism. These conditions include head trauma, brain tumors, infections in the brain, and stroke. Most of the time, the symptoms of Parkinsonism appear when injury or damage to the brain occurs, rather than in the gradual progression characteristic of Parkinson's disease.

**BOP's Failure Treatment of Vascular Parkinsonism**

The most used medications for vascular Parkinsonism are L-dopa and amantadine. However, people with Parkinsonism do not experience significant improvement with medication. Some stroke survivors who have vascular Parkinsonism can experience better muscle control with physical therapy. Often, safety measures need to be taken to avoid falls. If you have already had recurrent strokes resulting in vascular Parkinsonism, you may be at risk of experiencing more strokes over the coming years if no action is taken to reduce your risk. Therefore, if you have been diagnosed with vascular Parkinsonism, it is particularly important to follow up with your healthcare provider to prevent additional strokes. You should expect to have testing for stroke risk factors and medical treatment to reduce your risk of stroke. There are also a number of lifestyle factors that can help reduce stroke risk, such as getting regular moderate exercise and quitting smoking if you smoke. What is being overlooked here is the seriousness of Defendant's condition and how quickly it has progressed during his incarceration.

///

It is a well-known and well-studied fact that patients who have suffered from cerebrovascular accident (CVA - otherwise known as stroke) are at extremely substantial risk for having another stroke. Often times the second stroke is much more devastating and catastrophic than the first one. While there are several known risk factors for stroke, the CDC website, devoted to stroke information and stroke prevention lists previous stroke in the number one position. This is not by accident.

Additionally, it must be noted that any delay of treatment is a known risk factor for morbidity and mortality related to strokes.

This patient/defendant is not only at extremely high risk for a subsequent stroke, but he is also in an extremely precarious position related to the fact that there will be significant delays and obstacles in getting him to a qualified emergency room for adequate treatment.

It is obvious that the BOP is not equipped and cannot manage Defendant's serious and worsening medical condition, which requires specialized care or response in the event of an emergency. The BOP provides reactionary care only after an inmate is seriously injured.

Defendant's BOP medical records pertaining to the orthopedic surgeon's evaluation and recommendation, that Defendant is in need of immediate double knee replacement surgery were reviewed by Fariborz Daniel Kharrazi, M.D., a Board Certified Orthopedic Surgeon, who made the following findings and concluded in agreement with the BOP Orthopedic Surgeon that Defendant requires immediate double knee replacement.

Dr. Kharrazi stated the following:

**Shoulder and Double Knee Replacement Surgery**

On May 21, 2024, Dr. Fariborz Daniel Kharrazi, a Board Certified Orthopedic Surgeon reviewed Defendants BOP medical records pertaining to his shoulder and knees. [See Exhibit 2] Dr. Kharrazi stated that "patient is currently 63 years old and who has undergone arthroscopic double-row rotator cuff repair secondary to a grade 3 full thickness tear of his left shoulder rotator cuff…" The surgery took place on October 31, 2022. "He has also been diagnosed with bilateral knee end-stage patellofemoral osteoarthritis with bilateral knee arthritic

condition… I have had the opportunity to review the evaluation of Dr. Justin Chang (BOP outside Orthopedic

Surgeon) which was performed on the patient on February 6, 2024. [See Exhibit 3] The Chang evaluation

confirms that Defendant is in immediate need of double knee replacement surgery and shoulder surgery. Dr.

Chang had reviewed MRI studies and imaging studies of Defendant's knees, confirming significant end-stage

osteoarthritis of the patellofemoral joint bilaterally. Radiographs also confirmed severe osteoarthritis of the

patellofemoral joint of bilateral knees. Dr. Chang also noted some medial compartment osteoarthritis and

given the progression of the osteoarthritis; he had discussed with the Defendant that surgical intervention

would involve knee replacement rather than an isolated patellofemoral joint replacement.

Also noted within Chang's note, dated February 6, 2024, is documentation that Defendant has residual pain in

his shoulder, and this is the same shoulder that he had undergone rotator cuff repair surgery.

 Dr. Kharrazi concurs with the findings of Dr. Chang, as Defendant requires knee replacement surgery on both

knees. According to Nr. Kharrazi, "in my experience, typically, knee replacement surgery on each side will

take 3 to 6 months to rehabilitate from and requires regular physical therapy on a daily basis postoperatively.

Given the patient's bilateral knee condition, this would require knee replacement surgery on the right knee,

followed by knee replacement surgery on the left knee several months later. One precaution is because he has

had shoulder surgery; he cannot be reliant on crutches for an exceedingly long time because that would put

undue pressure on his shoulder…

"I do recommend, having reviewed his x-rays, MRI studies and his history and updated report by Dr. Chang,

which was done in February of 2024, for consideration to be given for knee replacement surgery of bilateral

knees and postoperative rehab, which will take 3 to 6 months. Unfortunately, it appears that over the past year

or two, there has been significant progression of the degenerative osteoarthritis in his patellofemoral joints

bilaterally as well as significant disability that has caused him to have progressive difficulty with walking. If

this continues without the appropriate treatment, it can certainly affect his low back, bilateral hips, and other

joints."

**Skin Cancer**

Prior to his incarceration, Defendant has had a history of Basal Cell Carcinoma ("BCC") and has been treated for lesions in various areas of his body, especially his scalp which required surgical intervention. [See Exhibit 4] About 50% of people with BCC develop a second one within 3 years of the first. They are also at increased risk of other skin cancers, especially melanoma. Regular self-skin examinations and long-term annual skin checks by an experienced health professional are recommended. The BOP medical records show that Defendant has been seen for these conditions but not treated.

**Enlarged Prostate**

Defendant is status post prostate ablation surgery and unfortunately is still symptomatic with multiple urinary issues, including urinary tract infection and difficulty voiding. Defendant requires close follow-up with the urologist and needs to have access to a skilled urologist and primary care doctor with the types of delay all too common in the BOP.

**Blood Pressure**

Defendant suffers from uncontrollable high blood pressure fluctuations. Most importantly and based largely on his blood pressure, this Defendant has had multiple strokes and is at extremely high risk for another stroke. Should he have a serious stroke he will need immediate attention and require unfettered access to a qualified emergency room without the type of delays that the BOP has already subjected him to and is notorious for. The consequences of such a delay would be catastrophic.

It is widely known in any BOP facility, and especially true here in the Lompoc Camp, that if a Defendant is found with or suspected of having contraband, BOP staff would be there within minutes. However, when it comes to an inmate with a medical emergency, the delay usually takes anywhere from 20 minutes to over an hour before medical staff arrives on the scene. In Defendant's case this is an unacceptable standard of care and cannot be considered adequate medical by any standard.

14

**Sleep Apnea Disorder**

The Defendant suffers from sleep apnea which is a sleep disorder where breathing is interrupted repeatedly during sleep. It's characterized by loud snoring and episodes of stop breathing. According to Dr. Govind Desai MD, Respiratory Medicine urgent medical attention is usually recommended in severe cases.

Sleep apnea may be categorized as obstructive sleep apnea (OSA), in which breathing is interrupted by a blockage of air flow, central sleep apnea (CSA), in which regular unconscious breath simply stops, or a combination of the two.[1] OSA is the most common form.[1] OSA has four key contributors; these include a narrow, crowded, or collapsible upper airway, an ineffective pharyngeal dilator muscle function during sleep, airway narrowing during sleep, and unstable control of breathing (high loop gain).[2][3] In CSA, the basic neurological controls for breathing rate malfunction and fail to give the signal to inhale, causing the individual to miss one or more cycles of breathing. If the pause in breathing is long enough, the percentage of oxygen in the circulation can drop to a lower-than-normal level (hypoxemia) and the concentration of carbon dioxide can build to a higher-than-normal level (hypercapnia).[4] In turn, these conditions of hypoxia and hypercapnia will trigger additional effects on the body such as Cheyne-Stokes Respiration

**Cheyne–Stokes** respiration is an abnormal pattern of breathing characterized by progressively deeper, and sometimes faster, breathing followed by a gradual decrease that results in a temporary stop in breathing called apnea. The pattern repeats, with each cycle usually taking 30 seconds to 2 minutes.[1] It is an oscillation of ventilation between apnea and hyperpnea with a crescendo-diminuendo pattern and is associated with changing serum partial pressures of oxygen and carbon dioxide. It may be caused by damage to respiratory centers,[4] or by physiological abnormalities in congestive heart failure,[5] and is also seen in newborns with immature respiratory systems and in visitors new to high altitudes. One example is the breathing pattern in Joubert syndrome and related disorders.

///

///

15

**Hyperlipidemia**

Defendant suffers from Hyperlipidemia which is a condition that incorporates various genetic and acquired disorders that describe elevated lipid levels within the human body.

Cholesterol, along with triglycerides and other fats, can build up inside your arteries. This makes the blood vessels narrower and makes it more difficult for blood to get through. Your blood pressure could go up. Even though the BOP will argue that Defendant's cholesterol is being managed properly, Defendant needs immediate treatment to find the cause of his incontrollable blood pressure. Heart disease is the leading cause of death in the United States. High blood pressure and high blood cholesterol are among the most significant risk factors for developing heart disease. When left untreated, both high cholesterol and high blood pressure can also increase your risk for heart attack and stroke.

High cholesterol and high blood pressure are related. When a person has high cholesterol, it can be more difficult for their heart to pump blood efficiently through their arteries and veins, which can increase blood pressure. Additional studies conducted in men and women show that having high cholesterol may also increase your risk of developing high blood pressure later in life.

**BOP Medical Records are Grossly Inaccurate and Unreliable**

As demonstrated herein, the BOP medical records and charting are grossly inaccurate and unreliable, or they are making things up. [Refer to Exhibit 3] (BOP Medical Records from 6/5/2023 to 4/2/2024).

For instance, on May 30 and 31, 2023, Defendant was seen for his initial intake by BOP medical staff. Defendant's height was documented as 59 inches (4 foot 9 inches) with a recorded weight of 231 pounds. According to the BMI calculation, Defendant has a BMI of 50 indicating morbid obesity. Defendant is five foot 10 inches and weighs 206 pounds, reflecting a BMI of 29.1.

What is most disturbing is this medical record indicates CVA (stroke history) and falsely states that Defendant "denied" stroke history. Yet later in the chart, it is noted that Defendant had 'mini strokes" approximately 8 months ago.

Another inaccurate and confusing statement is "no" nasal Congestion Rhinitis, bilateral glaucoma. Then the record contradicts itself and states he is being treated for glaucoma. There is no conclusive record of Defendant is treated for glaucoma, had surgery or if there is a history of glaucoma. There is no follow up by the BOP as to this indicated condition.

The only thing that is well documented and believed to be accurate is Defendant's history of stroke, chronic knee, and shoulder pain. These examples are just a few and made by Dr. Watson, the Lompoc Medical Director as to inaccuracies, or incompetence in the medical records and treatment by the BOP, not to mention the several other medical staff who fail to diagnose and treat and render care.

These records show and confirmed by outside Board Certified physicians confirm that Defendant is suffering from painful knee, ankle and shoulder problems, sleep apnea, history of strokes and tremors. All these conditions stated herein are considered inaccurate because the BOP medical staff is incompetent, unreliable, and negligent in their ability to care for and treat Defendant.

What is most alarming is that the BOP is aware of the Defendant's knee and shoulder pain and history of stroke which were identified throughout the chart.

Lastly and most recently, Defendant's episode involving an ocular stroke (eye stroke) with the ruptured blood vessel was a warning sign that was brushed off by the BOP medical staff as nothing, <u>when in reality it was a signal that there are greater things to come and Defendant is at a high risk of a debilitating stroke, paralysis or death, if not treated timely and properly by a facility equipped to stroke victims.</u>

**Prescribed Medications and Supplements**

Defendant requires 22 prescribed medications and supplements identified herein below for the noted conditions:

**Prescribed Medications**

1.    Synthroid (100 mg) – Thyroid
2.    Ativan (.5 mg) – Sleep Aid
3.    Olmesartan (20 mg) – Blood Sugar

4.  Rhinocort (2 sprays/nostril) – Sinus/Allergies
5.  Nasal Allergy Spray/Budesonide (2 sprays/nostril) – Sinus/Allergies
6.  Losartin (25 mg) – High blood pressure
7.  Sulfamethoxago – UTI
8.  Rybelsus (3 mg) – Blood sugar
9.  Nexium – GERD
10. Refresh Optive Lubricant Eye Drops – Dry eyes
11. PrednisolONE Acetate Opthalmic Suspension – Dry eyes
12. Ketoconazo – Athlete's Foot
13. Hydrocortison – Hemorrhoids
14. Cialis (20 mg) – Prostate
15. Bayer Low Dose Aspirin – Blood Clots
16. Gas-X – Flatulence
17. Carbotural (activated charcoal) – Stomach Acid
18. Fenugreek – Testosterone
19. Vitamins D3 & K2
20. Vitamin C
21. Ultimate Omega 2X
22. Potassium
23. Magnesium
24. Zinc

## Exhaustion of Administrative Remedy

Defendant has exhausted the administrative remedy process. On February 20, 2024, Defendant's wife on

behalf of Defendant sent a letter to the Warden Birkholz at FCC Lompoc, beginning the administrative remedy

process. This letter requested the Warden to consider Defendant for Compassionate Release. [See Exhibit 5]

On April 15, 2024, the Warden replied and stated that "a review of her request" was conducted and that

Defendant "is not appropriate for a recommendation to the Director for Compassionate Release/Reduction in

Sentence based on the lack of qualifying reasons that meet the criteria listed in Program Statement 5050.50, …

or implementation of 18 U.S.C. §§ 18 U.S.C. 3582(c)(i)(A) and 4205(g)," and there was no assertion that

Defendant meets the "extraordinary and compelling" reasons to support a Compassionate Release at this time.

In addition to the Warden's untimely response, two months later, the Warden states that a conducted "review'

of the request under the administrative remedy procedure. Had he consulted the medical department he would

have been advised that Defendant's condition is extraordinary and compelling circumstance and one of the

several options available would-be early home confinement, or just following the First Step Act or Second

Chance Act. In fact, Defendant is eligible for recently passed laws which the BOP continues to disregard, such as the implementation of the First Step Act calculation of credits or Second Chance. The BOP blatantly disregards and refuses to follow and abide by the law set for the Congress. Defendant is currently eligible for home confinement, yet the BOP refuses to provide accurate calculations which would benefit Defendant and allow him to obtain immediate and adequate medical care on his own. Further, it is obvious that any effort Defendant would seek in the form of administrative remedy would be futile.

Pursuant to Section 3582(c)(1)(A), Defendant had met the burden of exhaustion. The Warden did not timely reply with the 30-day period set forth under the statute. The request was made on February 20, 2024, and the Warden did not respond until April 15, 2024. Torres v. Milusnic, No. CV-20-4450-CBM-PVC (C.D. Cal July 14, 2020) ("The court finds… administrative remedies are not available.") (Marshal, J.). This is still true today. See also Gambino v. Morris, 134 F. 3d 156, 171 3rd Cir. 1998) (Roth J. concurring).

Further, any additional effort would be futile, as it is obvious the warden did not consult the medical staff or Defendant's medical records.

## ARGUMENT

On November 1, 2023, the United States Sentencing Commission amended the Guidelines and policy statements for federal sentencing courts pursuant to 28 U.S.C. § 994(a). The Sentencing Commission made several changes to the Guidelines. Section 3582(c)(1)(A) authorizes a court to reduce a defendant's term of imprisonment if "extraordinary and compelling reasons" warrant a reduction and "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." Congress directed the Commission to "describe what should be considered extraordinary and compelling reasons for sentence reduction, including the criteria to be applied and a list of specific examples." Sentencing Reform Act of 1984 ("SRA"), Pub. L. No. 98–473, 98 Stat. 1987, 2023 (codified at 28 U.S.C. § 994(t)). Congress also directed the Commission to promulgate general policy statements regarding the appropriate use of section 3582(c).

28 U.S.C. § 994(a)(2)(C). Section 3582(c)(1)(A) authorizes a court to reduce a defendant's term of

imprisonment if "extraordinary and compelling reasons" warrant a reduction and "such a reduction is

consistent with applicable policy statements issued by the Sentencing Commission." Congress directed the

Commission to "describe what should be considered extraordinary and compelling reasons for sentence

reduction, including the criteria to be applied and a list of specific examples." Sentencing Reform Act of 1984

("SRA"), Pub. L. No. 98–473, 98 Stat. 1987, 2023 (codified at 28 U.S.C. § 994(t)). Congress also directed the

Commission to promulgate general policy statements regarding the appropriate use of section 3582(c).

28 U.S.C. § 994(a)(2)(C). The amendment revises §1B1.13(a) to reflect that a defendant is now authorized to

file a motion under 18 U.S.C. § 3582(c)(1)(A), making the policy statement applicable to both

defendant-filed and BOP-filed motions.

The amendment also makes two structural changes to §1B1.13. First, it moves the description of the

permissible bases for a reduction from the Commentary to the policy statement itself. It expands the list of

specified extraordinary and compelling reasons and retains the "other reasons" basis for a sentence reduction

to better account for and reflect the plain language of section 3582(c)(1)(A), its legislative history, and

decisions by courts made in the absence of a binding policy statement. The list of specified "extraordinary and

compelling reasons" is expanded by: (a) adding two new subcategories to the "Medical Circumstances of the

Defendant" ground for relief; (b) making three modifications to the "Family Circumstances" ground; (c)

adding a new ground called "Victim of Abuse"; and (d) adding a new ground called "Unusually Long

Sentence," which permits a judge to consider a non-retroactive change in sentencing law as an extraordinary

and compelling reason in specified circumstances.

The first of the two new subcategories under "Medical Circumstances of the Defendant" applies when a

defendant is "suffering from a medical condition that requires long-term or specialized medical care that is not

being provided" and who, without that care, "is at risk of serious deterioration in health or death." The second

applies when a defendant, due to personal health risk factors and custodial status, is at increased risk of

suffering severe medical complications or death because of exposure to an ongoing outbreak of infectious

disease or public health emergency. The amendment incorporates several factors courts considered during the

COVID-19 pandemic related to the defendant's individual health circumstances, the level of risk at the

defendant's facility, and the ability to adequately mitigate the defendant's individualized risk.

Specifically, and pertaining to Defendant is the amendments which involves adequate medical care which is

defined under "Medical Circumstances of the Defendant." The medical records clearly show that Defendant

needs immediate and specialized medical care which the BOP cannot provide. He is at high risk for a major

stroke and there is no adequate stroke facility nearby, nor can the BOP provide emergency treatment timely.

Double knee replacement and shoulder surgery is another specialized form of treatment that the BOP cannot

provide. Since Defendant is near his projected release under the First Step Act and Second Chance Act, it

seems only logical and cost effective that Defendant be allowed to fulfill his time on home confinement

allowing him the proper care and treatment he requires.

During sentencing and at the modification hearing for self-surrender, the government assured the Court and the

Defendant that would receive adequate medical care for his various conditions. These conditions were

discussed before the Court. What has become increasingly detrimental to Defendant's life is the fact that the

BOP failed and continues to fail to provide any form of adequate medical care, and notes that his condition is

worsening. This includes his confirmed considerable risk of stroke and the immediate need for double knee

replacement and shoulder surgery. The BOP admits it is not equipped to provide or the required intense

rehabilitation which is needed to teach Defendant how to walk again.

The fact that the BOP is aware that Defendant is a high risk for a major stroke and all indications prove his

health conditions are further deteriorating, they continue to refuse to treat and comment to the Defendant that

there is nothing they can do because the BOP is not equipped to provide specialty care. This was recently

demonstrated when Defendant suffered an ocular stroke and then the unconscious episode where he was again

denied immediate treatment by the Office in Charge.

**BOP Policy and Procedures and Failure to Provide Adequate Care**

There is an unwritten rule, policy, custom, and procedure which is part of the BOP culture at FCC Lompoc and is more prevalent in the camp. It concerns the "Officer in Charge" ("OIC" as they refer to themselves) who and on their own, with little or no medical training makes an often life or death determination as to a prisoner needs for emergency medical services. Defendant is not the only one who has experienced this failure.

The Department of Justice ("DOJ") Inspector General Michael E. Horowitz on February 15, 2024, announced the release of a report on issues surrounding inmate deaths in Federal Bureau of Prisons (BOP) institutions. The DOJ Office of the Inspector General ("OIG") evaluated 344 inmate deaths at BOP institutions from FY 2014 through FY 2021 in four categories: suicide, homicide, accident, and those resulting from unknown factors. "The BOP's Response to Medical Emergencies Was Often Insufficient Due to Lack of Clear Communication, Urgency, or Proper Equipment. We found significant shortcomings in BOP staff's emergency responses to nearly half of the inmate deaths we reviewed. These shortcomings ranged from a lack of urgency in responding, failure to bring or use appropriate emergency equipment, unclear radio communications, and issues with naloxone administration in opioid overdose cases." See Estelle v. Gamble, 429 U.S. 97 (1976) (emphasis added). The U.S. Supreme Court held that deliberate indifference by prison officials to serious medical needs of prisoners violated the Eighth Amendment's Cruel and Unusual Punishment Clause. Defendant is not, currently, filing a civil rights action. He uses the Estelle case to point out that prison authorities are more than aware of Defendant's medical conditions and either intentionally refuse to treat, don't have the ability or are incompetent.

There have been several landmark rulings regarding healthcare and incarceration. Two of the seminal cases are Estelle v. Gamble, 429 U.S. 97 (1976) and Farmer v. Brennan, 511 U.S. 825 (1994). In Estelle, the U.S. Supreme Court established the standards that a prisoner must prove for an Eighth Amendment claim of cruel and unusual punishment related to inadequate medical care. In a dissenting opinion, Justice John Paul Stevens stated in a footnote: "If a State elects to impose imprisonment as a punishment for crime, I believe it has an

obligation to provide the persons in its custody with a healthcare system which meets minimal standards of adequacy."

The Supreme Court's decision in <u>Farmer</u> held that a prison official's deliberate indifference to a substantial risk to a prisoner violated the Eighth Amendment and resulted in cruel and unusual punishment.

These two cases provided guidance regarding the legal standards for access to healthcare and deliberate indifference under the Eighth Amendment but did not "define the minimal standards of adequacy" for medical care in prisons and jails, nor prisoner-patient rights in medical decision-making.

Although these rulings did not address medical decision-making rights for prisoners, other court decisions have provided more certainty and clarity. However, carceral administrators, employees and healthcare staff often abuse the medical decision-making process with respect to prisoners and detainees. In addition, physicians and other healthcare workers are often unfamiliar with the ethical and legal medical decision-making rights that prisoners have as patients, and often feel intimidated by prison officials.

A recent example of medical decision-making abuse was published in the March 2019, issue of Prison Legal News. In Alabama, a warden who had no medical decision-making authority requested that a hospital take "no heroic actions" and implement a do-not-resuscitate ("DNR") order for a prisoner who had been taken to the hospital in critical condition. Further, the warden later requested that life support measures be discontinued, resulting in the prisoner's death. [See: PLN, Mar. 2019, p.29]. The hospital and clinicians grossly erred in agreeing to follow the warden's orders for the prisoner's medical treatment. Under Alabama state law, Alabama Code § 22-8A-11, the warden had no authority to request such actions and state law designates the patient's family members as the appropriate medical decision-makers.

Inmates have the right to adequate treatment of known health problems. A prison cannot simply turn a blind eye to an inmate's medical needs or refuse to provide care for them. If a facility does so, the prison shall be

held liable for injuries caused because of care being denied. And if the inmate dies, that liability becomes wrongful death.

Denial of medical care can be viewed as a form of cruel and unusual punishment, which is prohibited under the Eighth Amendment to the Constitution. This is different from mere negligence or medical malpractice. Rather, denial of care exists where a plaintiff proves deliberate indifference to the prisoner's medical needs. It is a situation that happens more than people realize and goes unchecked.

**Extraordinary and Compelling Reasons Amendment 821**

"Persons are sent to prison as punishment, not for punishment. It is incumbent on the incarcerating body to provide the individual with a healthy habituative environment. Anything less would be to subject the individual to further punishment than was given by the sentencing trial court. With habilitation assured, then possibly or probably the inmate can decide to rehabilitate himself. Battle v. Anderson, 457 F. Supp. 719 (E.D. Okla. 1978).

The Sentencing Commission's Amendments to the Guidelines addressed this specific issue. Amendment 821 of the Federal Sentencing Guidelines set forth which expanded the qualifying circumstances for compassionate release to include incarcerated people "suffering from a medical need or any condition that requires long-term or specialized medical care, without which the defendant is at risk of serious deterioration in health or death, that is not being provided in a timely or adequate manner." See Wilson, 501 U.S. at 303, 111 S. Ct. at 2326-27; DeShaney v. Winnebago County Dep't of Social Servs., 489 U.S. 189, 200, 109 S. Ct. 998, 1005-06, 103 L. Ed. 2d 249 (1989); Estelle, 429 U.S. at 103-04, 97 S. Ct. at 290-91. (A prison facility must provide treatment for prisoners' serious medical needs. These needs must not necessarily be life-threatening; pain medication for an injured wrist, for example, constitutes a "serious medical need,") Yosuf v. United States, 642 F. Supp. 415 (M.D.Pa.1986), as does a need to treat an ulcer, White v. Napoleon, 897 F.2d 103, 109 (3d Cir.1990), or the need for medication to control blood pressure. Id. (The district court has the discretion to determine the factual question of whether a medical need is "serious." West v. Keve, 571 F.2d 158, 162 n. 6 (3d Cir. 1978)).

1   The knowing failure subjects' correctional institution to provide a minimum level of necessary medical service

2   subjects prisoners to cruel and unusual punishment. See Harris v. Thigpen, 941 F.2d 1495, 1509 (11th Cir.

3   1991); Inmates of Allegheny County Jail v. Wecht, 699 F. Supp. 1137, 1146 (W.D. Pa. 1988). That is, the law

4   punishes deliberate indifference of prison officials who know of and disregard excessive risks to inmates'

5   health and safety. Farmer, 511 U.S. at 837, 114 S. Ct. at 1978-79. Thus, while society does not expect that

6   prisoners will have unqualified access to health care, a prison official who does not attend to serious medical

7   needs of an inmate violates that inmate's constitutional right. See Hudson v. McMillian, 503 U.S. 1, 9, 112 S.

8   Ct. 995, 1000, 117 L. Ed. 2d 156 (1992) (citing Estelle, 429 U.S. at 103-04, 97 S. Ct. at 290-91).

9

10   Providing inadequate medical staff effectively denies inmates access to diagnosis and treatment and constitutes

11   deliberate indifference. Inmates of Allegheny County Jail v. Pierce, 612 F.2d at 762. Similarly, lack of

12   screening or inadequate screening of incoming prisoners exposes prisoners to unreasonable health risks;

13   deliberate indifference to such risks constitutes punishable behavior. Helling v. McKinney, 509 U.S. 25, 35,

14   113 S. Ct. 2475, 2481-82, 125 L. Ed. 2d 22 (1993); Monmouth County Corr. Inst. Inmates v. Lanzaro, 595 F.

15   Supp. 1417, 1442 (D.N.J. 1984), modified, 695 F. Supp. 759 (D.N.J. 1988), amended in part and clarified in

16   part, 717 F. Supp. 268 (D.N.J.1989). Further, failure to refer prisoners requiring medical care from an outside

17   specialist to such providers also constitutes deliberate indifference. Inmates of Allegheny County v. Pierce,

18   612 F.2d at 762. United States v. Larry Everett Smith, No. 23-5519 (6th Cir. 2024).

19

20   In this case, Larry Everett Smith sought compassionate release. The district court discussed various factors,

21   including Smith's health conditions, medical treatment, ability to care for himself, susceptibility to COVID-19,

22   non-violent offense, and good behavior. While not explicitly labeled as "extraordinary and compelling," the

23   court's consideration of Smith's health-related circumstances aligns with the criteria for compassionate

24   release. U.S. Sentencing Commission Policy Statement: The U.S. Sentencing Commission identifies

25   "extraordinary and compelling" reasons for compassionate release as these may include specialized care or

26   treatment of a prisoner, terminal illness (a serious and advanced illness with an end-of-life trajectory) or other

27   severe medical conditions. See 18 U.S.C. § 3582(c)(2). Judges can authorize release based on these grounds.

28

Though any one of these conditions can be considered extraordinary and compelling reasons, there should be no doubt that the combined Defendant's condition rises to the level of extraordinary and compelling circumstances. Good Cause has been demonstrated for Defendant's relief.

**18 U.S.C. § 3553(a) Sentencing Factors**

The Court must consider the 3553(a) factors as outlined in the United States Sentencing Guidelines (USSG). Judges must consider these factors when determining the appropriate sentence for a defendant convicted of a federal crime. These factors are listed in 18 U.S.C. § 3553(a) and are designed to promote consistency and fairness in sentencing.

The 3553(a) factors include (1) the nature and circumstances of the offense, (2) the history and characteristics of the defendant, (3) the need for the sentence imposed to reflect the seriousness of the offense, (4) to promote respect for the law, (5) to provide just punishment for the offense, (6) the need for the sentence imposed to afford adequate deterrence to criminal conduct, (7) the need for the sentence imposed to protect the public from further crimes of the defendant, (8) the need for the sentence imposed to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment, and (9) the need for the sentence imposed to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct.

Defendant meets these conditions. He is not a danger to anyone or the community. He is a first-time non-violent offender and has a project release date of anytime, provided the BOP follows the First Step Act, the BOP has chosen not considered or following the law.

(1) The nature and circumstances of the offense are one of the most key factors that judges must consider when determining the appropriate sentence. This includes the specific crime the defendant was convicted of, the defendant's role in the offense, and any aggravating or mitigating factors that may affect the sentence.

(2) The history and characteristics of the defendant are also key factors that judges must consider when determining the appropriate sentence. This includes the defendant's criminal history, age, education, and employment history, and any mental or physical health issues that may affect their ability to be rehabilitated.

(3) The need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense is another key factor that judges must consider. This includes the impact of the crime on the victims and society, and the need to deter similar crimes from occurring in the future.

(4) The need for the sentence imposed to afford adequate deterrence to criminal conduct and to protect the public from further crimes of the defendant is also a principal factor that judges must consider. This includes the defendant's likelihood of reoffending and the need to protect the community from future harm.

(5) The need for the sentence imposed to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment is another key factor that judges must consider. This includes the defendant's likelihood of being rehabilitated and their ability to reintegrate into society. The Court has several options when imposing a sentence, imprisonment, home confinement, treatment center, and probation.

(6) The need for the sentence to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct is the final factor that judges must consider. This includes ensuring that similar defendants receive similar sentences, regardless of their race, gender, or socioeconomic status.

(7) Danger to anyone or the community. Defendant is a first-time, non-violent offender. Who was released on pretrial custody for several years and was allowed to travel outside the United States without incident. He has demonstrated he is not a danger to the community or a flight risk.

Defendant meets these conditions. The modification of his sentence to home confinement for the duration of his sentence meets the goals set forth under section 3553(a).

Further, the Defendant is not a danger to anyone or the community. He is a first-time non-violent offender and has a project release date of anytime, provided the BOP follows the First Step Act, it appears the BOP has chosen not considered or following the law.

**First Step Act Eligibility**

Defendant is being denied the First Step Act ("FSA") credit he is eligible for. He is eligible for 15 days of credit per each 30-day period. These credits are applied and can reduce a sentence up to one year. After the one-year of FSA credit is earned the ongoing 15 days of FSA credit, which is mandated is to go towards early release to halfway house and/or home confinement.

*When can an eligible prisoner begin to earn First Step Act (FSA) credits?*

It seems like a simple question and the federal Bureau of Prisons (BOP) has determined that the prisoner can begin earning credits once they are at their designated facility. For those prisoners who self-surrender to prison, such as Defendant, who is classified as community custody or minimum security, the credits start on the day the person arrived at prison.

According to the First Step Act law, the BOP initially measures a prisoner's risk for both recidivism and violence. This is known as a PATTERN score, which is done once the prisoner is at his/her designated facility. To be eligible for the program's benefit of a reduction in sentence, the prisoner's PATTERN score must be either minimum or low. It can make an enormous difference to when the person will be back into the community by weeks, months, and years. It is significant. In many instances these cases are making their way into federal court to challenge the BOP's position, and some are successful, and judges are granting these credits. Despite these victories, the BOP is steadfast in not awarding these credits to other prisoners nor have they made it part of their policy statement.

In Dyer v. Fulgam, 1:21-CV-299-CLC-CHS (E.D. Tenn. May. 20, 2022) A federal judge sentenced Douglas A. Dyer to five years in prison and three years of supervised release in 2017. Although Dyer's prison sentence originally ended in March 2022, the BOP released him under the CARES Act in June 2020. By that point,

however, Dyer had earned 540 days of FSA time credits. So, when the BOP announced the new FSA time credits rule in January 2022, the BOP immediately applied Dyer's FSA time credits and moved him from home confinement to supervised release.

The problem was that by the time the BOP moved Dyer to supervised release, it only applied 51 of the 540 FSA time credits he had earned. According to the BOP, there was nothing Dyer could do. He was, the BOP said, simply out of luck when it came to the remaining 489 FSA time credits. But Dyer fought the BOP's approach to his FSA time credits in court. And, unlike in so many other cases, the federal judge in Dyer's case, U.S. District Judge Curtis L. Collier, did not just agree with the BOP's position.

Dyer asked the court for one of two things: (1) apply the FSA time credits to his three-year term on supervised release or (2) pay him money for the FSA time credits he didn't get to use. Judge Collier chose the first. "The FSA explicitly provides for eligible inmates to earn time credits for activities that promote rehabilitative function, and Petitioner is entitled to receive the benefit of his participation in those activities," the Tennessee judge wrote. "Therefore, the Court will apply the unused FSA time credits toward Petitioner's term of supervised release."

As of recent more court are making the BOP follow the Congress's desire to implement the First Step Act.

## CONCLUSION

For all the forgoing reasons and conclusions of law and to see that Defendant can proceed to seek immediate medical care he requires. The Court is urged to grant Defend              emergency basis.

Respectfull

Dated:

_____

Arman Gab
Defendant.

29

**CERTIFICATE OF SERVICE**

I, Elenor Gabay, am over the age of 18 years and I am not a party to this action.  I hereby certify

that on this 20th day of June 2024, that I sent the foregoing via first-class postage, prepaid or

other delivery charges prepaid, by depositing said documents herein listed with the United States

Postal Service, for mailing copies of the foregoing:

**EMERGENCY MOTION FOR HOME
CONFINEMENT
[Pursuant to 18 U.S.C. § 3582(c)(1)(A)]**

To the following individual(s), party(s) and/or entity(s):

United States Attorney's Office
Central District of California
312 N. Spring Street
Los Angeles, CA 90012

I certify under the penalty of perjury that the foregoing is true and correct.

Elenor Gabay

# SOURCES AND REFERENCES

Eating a healthy 6/6/24, 9:31 AM verywellhealth.com/stroke-as-a-cause-of-parkinsons-disease-3146424?print, https://www.verywellhealth.com/stroke-as-a-cause-of-parkinsons-disease-3146424?print, 2/3 8 Sources Very Well Health uses only high-quality sources, including peer-reviewed studies, to support the facts within our articles. Read our editorial process to learn more about how we fact-check and keep our content accurate, reliable, and trustworthy.

1. van der Holst H, van Uden I, Tuladhar A, et al. Cerebral small vessel disease and incident parkinsonism. Neurology. 2015;85(18):1569-1577. doi:10.1212/wnl.0000000000002082

2. Jankovic J. Vascular (multi-infarct) parkinsonism. Baylor College of Medicine.

3. Parkinson's Foundation. Parkinson's disease vs. Parkinsonism.

4. Sotgiu I, Rusconi M. Investigating emotions in Parkinson's disease: What we know and what we still don't know. Front Psychol. 2013;4. doi:10.3389/fpsyg.2013.00336

5. Maiti P, Manna J, Dunbar G. Current understanding of the molecular mechanisms in Parkinson's disease: Targets for potential treatments. Transl Neurodegener. 2017;

6(1). doi:10.1186/s40035- 017-0099-z 6. DeMaagd G, Philip A. Parkinson's disease and its management: Part 1: Disease entity, risk factors, pathophysiology, clinical presentation, and diagnosis. P T. 2015;40(8):504-532. doi:10.3389/fneur.2012.00151

7. Hohler A, Tsao J, Katz D, et al. Effectiveness of an inpatient movement disorders program for patients with atypical parkinsonism. Parkinsons Dis. 2012;2012:1-6. doi:10.1155/2012/871974

8. American Stroke Association. Lifestyle changes to prevent stroke. Additional Reading Caproni S, Colosimo C. Movement disorders and cerebrovascular diseases: from pathophysiology to treatment. Expert Rev Neurother. 2017;17(5):509-519. doi:10.1080/14737175.2017.1267566

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

# SASAN YADEGAR, M.D.

## NEUROLOGICAL & SPINAL SURGERY

SPINAL INSTRUMENTATION, PEDIATRICS STEREOTAXIC SURGER TRAUMA
16311 VENTURA BLVD, SUITE 1205 ENCINO, CA 91436 (818)783-2616
501 E. HARDY ST, SUITE 407 INGLEWOOD, CA 90301
TEL: (310)673-7724 FAX: (813)783-2717

June 7, 2024

I am writing this note in regard to Arman Gabaee, my patient, a 63-year-old male with history of multiple strokes, who has been my patient since Jan 24, 23. I have included with this a copy of his office visits dated Jan 24, Feb14 and Feb 24, 2023.

I have been informed by the patient's wife that on May 18, 24 he was diagnosed with additional stroke in his eye. His wife states that he is diagnosed with a rupture of blood vessel in his eye, an ocular stroke, and apparently the prison staff failed to respond to this condition promptly and he was seen only the next day.

I am informed that his headache was persistent after May 18 and additionally he experienced an episode of loss of consciousness in the early morning hours of May 27, 2024. This second episode is quite like what he presented to me in 2023, which required diagnostic imaging of his brain and considerable workup, including referral to Cardiology and Ophthalmology.

Since the May 27th event he has developed a severe tremor in his hands. Of course, this is quite alarming, not only because he has had no further workup, but also because I made a note in his chart regarding the potential of worsening of his symptoms without adequate care and I even went as far as to write a letter prior to sentencing indicating the necessity for him to be monitored closely and near a facility that could provide adequate care for stroke patients.

As you are all well aware, we have made considerable advancement in the management of intracranial strokes. Patients are seen immediately, where attention and medical/surgical intervention is required within four hours of the first symptoms. It is proven in that the window of opportunity to reverse the full spectrum of medical and neurological issues after stroke, which could include blindness, paralysis, loss of consciousness, inability to talk, and seizures is very narrow, and all studies point to prompt intervention to the point that after 4 hours the patients are considered non salvageable.

Mr. Gabaee certainly fits this category of patients. His hypertension and hypercholesterolemia, even if best treated, will only reduce his chances of having additional strokes by a small fraction. The fact that he has had ocular manifestation, (the eye and its globe are all part of central nervous system, i.e. brain, since they get

their arterial blood supply directly from the brain and drain their venous blood into the brain) in addition to intracranial symptoms (ocular hemorrhage, scleral hemorrhage, loss of consciousness, inability to walk and fall) clearly points to a patient that is at significant risk for additional strokes. The issue with his tremors are concerning as this could be the beginning of Parkinsonian Tremors, caused by strokes in brain stem. Most recent studies are showing clear association between multiple intracranial strokes and Parkinson.

Strokes are defined as both hemorrhagic (wet) and ischemic (dry). That means in many occasions only a vessel is occluded and the territory dies. And ultimately the disease progress to bleeding in this territory. Mr. Gabaee has had both, and this is clear indication that he most likely will have additional CVA (cerebrovascular accidents, i.e. strokes)

Strokes are commonly classified as mild, moderate and severe. The disease progresses despite all care but could be controlled with close medical intervention. Mild cases return to normal life and activity, of course with caution. Moderate and Severe cases both become disabled. Neither  of these two groups return to gainful employment. Of course, the severe cases usually are disabled to the point that need total care and may be institutionalized in a nursing home or rehab.  Patients with mild strokes without care and intervention will only progress to moderate to severe strokes.

Both moderate and severe as stated are disabled for life. Either with cognitive or speech impairment and/or with inability to move to one side or another. Both groups will fulfill the criteria for permanent disability. Since the symptoms are permanent and involves paralysis, these patients will become property of state. That means they qualify for Medi-Cal coverage regardless of their financial status. (So called permanent lifetime Disability) A large group of these stroke victims may potentially need 24-hour supervision or part-time supervision and Medi-Cal again would have to pay. The financial impact of stroke on the Health Care System is so severe that the past decade considerable focus is placed on management of these patients. Strokes are presently the largest financial drain on the US health system, because of the long-term care.

Mr. Gabaee clearly is progressing in his disease. He is having additional symptoms. He had an additional hemorrhagic stroke and additional ischemic stroke. He had a loss of consciousness. He required an emergency workup. At minimum he should have had a follow-up diagnostic imaging of his brain. An immediate CT scan of brain is the minimum and also the standard of care for anyone with loss of consciousness and fall, and clearly this was not done for him. It is imperative for him to be in a facility that is close to an institution which could provide stroke care, to avoid delay in treatment with potential disastrous consequences.

I work in a hospital in Los Angeles that is a designated facility to provide sex change operation for inmates. These individuals/patients are incarcerated, but yet they receive medical and surgical care for any human to be treated adequately and fairly.

These patients are incarcerated, yet the state pays for them to undergo elective sex change operation. It's not part of punishment to withhold adequate medical/surgical care for an incarcerated inmate.

Arman is also incarcerated, but adequate medical/surgical care should not be refused/delayed; that would be unfair. And not part of his punishment.

I make this statement with medical certainty, after hearing that Arman Gabaee, my patient, had a massive delay in receiving care due to a correctional officer making a medical decision to deny care after he was found unconscious. To put this in plain language, Arman is at an extremely high risk for additional strokes. The potential ramifications are likely to be devastating and lifelong.

If you have any further questions, you may reach me at my office, or on my mobile 310-962-7885.

Sincerely
rely;

Sasan Yadegar, MD
Diplomate, American Board of Neurosurgery

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

6/20/24, 220 PM                    Gobooo. Armon (MRN 070054427) Encounlor Doto• 05/21/2024

        Arman Gabaee                    5/21/2024 8:30 AM MRN. Virtual 070654427Service
Description: 63 year old male Provider: Kharrazi, Fariborz Daniel, MD
Department: KJOC ANAHEIM


Consult - Amb Info
_____

 Author                  Note StatusLast Update User Last Update Date/Time

 Kharrazi, Fariborz Daniel,  Signed      Khorrazl,  Daniel,
 5/29/2024 2:28 PM MD   MD

 S_____
 hared with
 Patient? Yes

Consult - Amb
 PATIENT NAME: GABAEE, ARMAN
 PATIENT NUMBER: 070654427 DATE or
 BIRTH: 04/15/1961


To Whom it May Concern:

The patient's wife has contacted me and informed me that the patient
has recently had an episode of loss of consciousness and he had "passed
out . I have been his doctor and have performed surgery on him
previously, and I have found him to be a very reliable historian, who
does not exaggerate his symptoms.   have recently been made aware of
this episode of "passing out" and loss of consciousness and it is
extremely concerning; I think it is imperative that he be evaluated
from a cardiac and neurologic standpoint to make sure that there is no
cardiac or neurologic etiology of his loss of consciousness. This is a
serious matter and it is urgent for him to have a full workup for his
loss of consciousness at a tertiary institution that can perform the
appropriate work up and evaluation.


 I would recommend he be evaluated at a high—level
medical    facility    including    full    cardiac   and
neurologic workup and scans that may be required to
further work up his episode of loss of consciousness
.

Sincerely,

Daniel    azi, MD
Kharrazi,
MD

Dictated for Daniel Kharrazi, MD

DD: 05/29/2024 13:51: 38   05/29/2024 14 : 12:51

Gabaee, Arman (MRN 070654427) Printed by Kharrazl, Fariborz Daniel, MD [30681] at 5/29/2024 2:29 PM 1/2

# Gabaee, Arman

MRN. 070654427

---

Kharrazi, Fariborz Daniel, MD
Physician
Sports Medicine

Letter ⚠ 🗹
Unsigned Transcription

Encounter Date: 5/21/2024

---

May 21, 2024


Re:  GABAEE, ARMAN MRN:  070654427

To whom it may concern:

I have been asked by the patient's wife to provide a narrative with
regard to his bilateral knee condition.

Please note the patient is currently 63 years old who has undergone
arthroscopic double-row rotator cuff repair secondary to a grade 3 full
thickness tear of his left shoulder rotator cuff.  The procedure on his
left shoulder for rotator cuff repair surgery was done on October 31,
2022.

He has also been diagnosed with bilateral knee severe end-stage
patellofemoral osteoarthritis with bilateral knee arthritic condition,
which was evaluated previously through MRI imaging studies of both
knees.  He has undergone MRI studies of his right knee, which were done
at ProHealth Advanced Imaging on June 11, 2022, confirming that he had
progression of his severe osteoarthritis and cartilage injury with
chondromalacia and involvement of  the articular cartilage of his
patellofemoral joint of the right knee.  The articular cartilage injury
involved grade 3 and grade 4 osteoarthritis with delamination and
tearing of the patellar articular cartilage, which is on the
undersurface of the kneecap.  This had caused catching, clicking,
popping, locking, and mechanical symptoms of his knee as well as
swelling and pain in his right knee.

He also has undergone previous MRI studies of his left knee, which were
done at ProHealth Advanced Imaging on June 11, 2022.  These MRI studies
confirm that he had severe osteoarthritis of the patellofemoral joint
with severe chondromalacia and delamination of the articular cartilage
involving his patella (knee cap) with grade 3 and grade 4 osteoarthritis
of his patellofemoral joint.  Also previously he has undergone MRI
studies of both lower  extremities, including the right and left calf.
These MRI studies had shown that he had tears in bilateral calves; these
were also done at ProHealth Advanced Imaging and confirmed a partial
tear of the proximal head of the medial gastrocsoleus complex by MRI
studies of May 2023.

I have been informed through medical records that he has had progressive
bilateral knee pain.  I have also had an opportunity to review the
evaluation of Dr. Justin Chang, which was performed on the patient on
February 6, 2024.  The evaluation confirms that the patient was
complaining of progressive bilateral knee pain.  He was diagnosed by Dr.

Chang with osteoarthritis of bilateral knees, and he did confirm that Dr. Chang had reviewed MRI studies and imaging studies of his knees, confirming significant end-stage osteoarthritis of the patellofemoral joint bilaterally. Radiographs also confirmed severe osteoarthritis of the patellofemoral joint of bilateral knees. Dr. Chang also noted some medial compartment osteoarthritis and given the progression of the osteoarthritis, he had discussed with the patient that surgical intervention would involve knee replacement rather than an isolated patellofemoral joint replacement. Also noted within this note, which is dated February 6, 2024, he did document that the patient had some residual pain in his shoulder, and this is the same shoulder that he had undergone rotator cuff repair surgery.

I do concur with the findings of Dr. Chang as it appears that the patient will likely require knee replacement surgery on both knees. In my experience, typically, knee replacement surgery on each side will take 3 to 6 months to rehabilitate from and requires regular physical therapy on a daily basis postoperatively. Given the patient's bilateral knee condition, this would require knee replacement surgery on the right knee, followed by knee replacement surgery on the left knee several months later. One precaution is because he has had shoulder surgery; he cannot be reliant on crutches for a very long time because that would put undue pressure on his shoulder.

I do recommend, having reviewed his x-rays, MRI studies and his history and updated report by Dr. Chang, which was done in February of 2024, for consideration to be given for knee replacement surgery of bilateral knees and postoperative rehab, which will take likely 3 to 6 months. Unfortunately, it appears that over the past year or 2, there has been significant progression of the degenerative osteoarthritis in his patellofemoral joints bilaterally as well as significant disability that has caused him to have progressive difficulty with walking. If this continues without the appropriate treatment, it can certainly affect his low back, bilateral hips, and other joints.

Please let me know if I can be of any further assistance.

Fariborz Daniel Kharrazi, MD

Dictated for Fariborz Daniel Kharrazi, MD

FDK/MODL
DD: 05/21/2024 14:52:12     DT: 05/21/2024 15:13:40
Job #: 1029747768 / Dictation ID: 1029747768

Virtual Service on 5/21/2024

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: GABAEE, ARMAN<br>Date of Birth: 04/15/1961<br>Encounter Date: 04/02/2024 14:56 | Sex: M   Race: WHITE<br>Provider: Blitch, Hilary QIIC RN | Reg #: 76335-112<br>Facility: LOM<br>Unit: D01 |

Nursing - Protocol: Cough encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**       Provider:  Blitch, Hilary QIIC RN
Chief Complaint:  Cough
Subjective:   cough headache and sneezing for 3 to 4 days.
**Pain:**         No

**ROS:**

**Nursing Protocol**
**Cough**
Yes: Productive cough (Describe: greenish mucus), Known duration (Describe: states 3 to 4 days), Scratchy throat, PPD status reviewed, Allergies & health problems reviewed, Medications (prescription and OTC) reviewed
No: Fever, Congested, Night sweats, Unexplained weight loss, Coughing up blood

**OBJECTIVE:**
**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 04/02/2024 | 15:04 LOX | | 97.3 | 36.3 | | Blitch, Hilary QIIC RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/02/2024 | 15:04 LOX | 22 | Blitch, Hilary QIIC RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/02/2024 | 15:04 LOX | 129/87 | | | | Blitch, Hilary QIIC RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/02/2024 | 15:04 LOX | 98 | Room Air | Blitch, Hilary QIIC RN |

**Exam:**

**General**
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
**Nursing Protocol**
**Cough**
Yes: Vital Signs w/O2 sat recorded in flowsheet, Lung sounds clear bilaterally
No: COVID Screening indicated, COVID Rapid Testing indicated, Lung sounds diminished

**Comments**
Complaint of infection in Left great toe. dry scab noted on inner left toe and slightly pink tender to touch. Stated he

| Inmate Name:  GABAEE, ARMAN | | Reg #:     76335-112 |
| Date of Birth:    04/15/1961 | Sex:      M    Race:   WHITE | Facility:  LOM |
| Encounter Date:  04/02/2024 14:56 | Provider:   Blitch, Hilary QIIC RN | Unit:      D01 |

had cut the nail away. skin normal temp no drainage noted.

**ASSESSMENT:**

Cold Symptoms

Medical idle given encouraged rest and increase of fluid intake.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 04/02/2024 | Counseling | Plan of Care | Blitch, Hilary | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Blitch, Hilary QIIC RN on 04/02/2024 15:16

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: GABAEE, ARMAN | | Reg #: | 76335-112 |
| Date of Birth: 04/15/1961 | Sex: M   Race: WHITE | Facility: | LOM |
| Encounter Date: 01/10/2024 08:08 | Provider: Souferzadeh, Navid | Unit: | D01 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   1         Provider:  Souferzadeh, Navid (MOUD) MD

Chief Complaint:  Cold or Flu Symptoms

Subjective:   62 y/o male inmate comes to the clinic for pain and earache. Inmate reports" I been having secretion from my ear and pain." Inmate denies SOB, CP, fever. Will renew H2O for CPAP.

**Pain:**         Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 01/10/2024 08:21 |
| Location: | Multiple Locations |
| Quality of Pain: | Burning |
| Pain Scale: | 6 |
| Intervention: | meds |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 12-24 hours |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | Nothing |
| Relieving Factors: | Nothing |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**
**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 01/10/2024 | 08:21 LOX | | 100.1 | 37.8 | | Souferzadeh, Navid (MOUD) MD |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 01/10/2024 | 08:21 LOX | | 65 | | | Souferzadeh, Navid (MOUD) |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 01/10/2024 | 08:21 LOX | | 17 | Souferzadeh, Navid (MOUD) MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/10/2024 | 08:21 LOX | 125/85 | Left Arm | | | Souferzadeh, Navid (MOUD) |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M    Race: WHITE | Facility: | LOM |
| Encounter Date: | 01/10/2024 08:08 | Provider: | Souferzadeh, Navid | Unit: | D01 |

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|----|----------|
| 01/10/2024 | 08:21 LOX | 222.0 | 100.7 | | Souferzadeh, Navid (MOUD) MD |

Exam:

**General**

   **Affect**

      Yes: Pleasant

   **Appearance**

      Yes: Appears Well

**Ears**

   **Tympanic Membrane**

      Yes: Erythema

**Neck**

   **General**

      Yes: Within Normal Limits

**Pulmonary**

   **Observation/Inspection**

      Yes: Within Normal Limits

**Cardiovascular**

   **Observation**

      Yes: Within Normal Limits

**ASSESSMENT:**

Sleep apnea, G4730 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|-----|-----------|------------|
| | Lidocaine Patch 5% | 01/10/2024 08:08 |

    **Prescriber Order:**   Lidocaine Patch 5% Transdermally  each evening x 180 day(s)

    Indication:  Pain, unspecified, Polyosteoarthritis, unspecified

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|-----|-----------|------------|
| 423716-LOX | Naproxen 500 MG Tab | 01/10/2024 08:08 |

    **Prescriber Order:**   Take one tablet (500 MG) by mouth twice daily with food AS NEEDED for 7 days PRN x 180 day(s)

    Indication:  Polyosteoarthritis, unspecified

| 410223-LOX | Distilled Water 1 gallon [ Hinckley/Mckesson] | 01/10/2024 08:08 |

    **Prescriber Order:**   use as needed Other-see notes Inhalation device -  daily AS NEEDED ***self carry*** PRN x 180 day(s)

    Indication:  Sleep apnea

| 410224-LOX | Fluticasone Prop 50mcg, 16ml Nasal spry | 01/10/2024 08:08 |

    **Prescriber Order:**   *SHAKE WELL* and administer 1 spray in each nostril twice daily AS NEEDED **non-formulary approved until: 7/1/2023 PRN x 180 day(s)

    Indication:  Sleep apnea, Allergic rhinitis

| Inmate Name: | GABAEE, ARMAN | | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M  Race: WHITE | | Facility: | LOM |
| Encounter Date: | 01/10/2024 08:08 | Provider: | Souferzadeh, Navid | | Unit: | D01 |

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Non-Formulary was created for this drug | |

| 410225-LOX | Hydrocortisone Acetate SUPP 25 MG | 01/10/2024 08:08 |
|---|---|---|

**Prescriber Order:** Unwrap and insert one suppository rectally twice daily AS NEEDED PRN x 180 day(s)

Indication: Unspecified hemorrhoids

| 419724-LOX | Tamsulosin HCl 0.4 MG Cap | 01/10/2024 08:08 |
|---|---|---|

**Prescriber Order:** Take one capsule (0.4 MG) by mouth each day x 180 day(s)

Indication: Enlarged prostate with lower urinary tract symptoms (BPH)

| 419723-LOX | Amoxicillin 500 MG Cap | 01/10/2024 08:08 |
|---|---|---|

**Prescriber Order:** Take one capsule (500 MG) by mouth three times daily for 10 days x 10 day(s)

Indication: Acute upper respiratory infection, unspecified

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-T4, Free<br>Lab Tests - Short List-General-Lipid Profile<br>Lab Tests-U-Urinalysis w/Reflex to Culture & Microscopic<br>Lab Tests - Short List-General-PSA, Total<br>Lab Tests - Short List-General-Hemoglobin A1C<br>Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP)<br>Lab Tests - Short List-General-CBC w/diff<br>Lab Tests - Short List-General-TSH | Recurring | 09/18/2024 00:00 | Routine |
| Lab Tests - Short List-General-T4, Free<br>Lab Tests - Short List-General-CBC w/diff<br>Lab Tests - Short List-General-Lipid Profile<br>Lab Tests - Short List-General-TSH<br>Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP)<br>Lab Tests - Short List-General-PSA, Total<br>Lab Tests - Short List-General-Hemoglobin A1C<br>Lab Tests-U-Urinalysis w/Reflex to Culture & Microscopic | Recurring | 05/18/2024 00:00 | Routine |
| Lab Tests - Short List-General-Hemoglobin A1C<br>Lab Tests - Short List-General-Lipid Profile<br>Lab Tests - Short List-General-T4, Free<br>Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP)<br>Lab Tests - Short List-General-CBC w/diff<br>Lab Tests-U-Urinalysis w/Reflex to Culture & Microscopic<br>Lab Tests - Short List-General-PSA, Total<br>Lab Tests - Short List-General-TSH | Recurring | 01/18/2024 00:00 | Routine |

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Dermatology | 04/09/2024 | 04/09/2024 | Routine | No | |
| Subtype: | | | | | |
| Offsite Appt, NOS | | | | | |

| Inmate Name:    GABAEE, ARMAN | | Reg #:    76335-112 |
|---|---|---|
| Date of Birth:    04/15/1961 | Sex:    M    Race:  WHITE | Facility:  LOM |
| Encounter Date: 01/10/2024 08:08 | Provider:  Souferzadeh, Navid | Unit:    D01 |

Reason for Request:

Inmate with abnormal skin color in scalp with past medical history skin cancer.

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/10/2024 | Counseling | Access to Care | Souferzadeh, Navid | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Souferzadeh, Navid (MOUD) MD on 01/10/2024 10:13

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex:  M   Race:  WHITE | Facility: | LOM |
| Encounter Date: | 12/07/2023 10:24 | Provider:  Balogun, Victoria NP | Unit: | D01 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Balogun, Victoria NP

Chief Complaint:  GENERAL

Subjective:      Inmate requests eye exam. He reports dryness both eyes. Denies itching and decreased vision. Visual acuity 20/15 OU, 20/20 OS and 20/25 OS.

Inmate with a HX of Allergic Rhinitis, requests a renewal of Flonase nasal spray. Denies epistaxis. Advise to purchase nasal spray from commissary.
Inmate c/o skin lesions on his face, reports a HX of skin CA in the past. Inmate requests a Dermatology clinic appt. Denies any bleeding. Will schedule for follow up with in-house provider.

Inmate c/o pain both knees and left shoulder. He reports pain when he walks and has been taking OTC analgesia. MRI both knees and shoulder pending, Xray shows OA. Denies joint swelling or muscle weakness.

Pain:        No

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/07/2023 | 10:40 LOX | 73 | | | Balogun, Victoria NP |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/07/2023 | 10:40 LOX | 16 | Balogun, Victoria NP |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/07/2023 | 10:40 LOX | 102/69 | | | | Balogun, Victoria NP |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/07/2023 | 10:40 LOX | 98 | | Balogun, Victoria NP |

Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 12/07/2023 | 10:40 LOX | 211.0 | 95.7 | | Balogun, Victoria NP |

Exam:

General

Affect

Yes: Pleasant, Cooperative

Appearance

| Inmate Name: GABAEE, ARMAN | | Reg #: 76335-112 |
|---|---|---|
| Date of Birth: 04/15/1961 | Sex: M Race: WHITE | Facility: LOM |
| Encounter Date: 12/07/2023 10:24 | Provider: Balogun, Victoria NP | Unit: D01 |

Yes: Appears Well, Alert and Oriented x 3

**Eyes**

**Periorbital/Orbital/Lids**

Yes: Normal Appearing

**Conjunctiva and Sclera**

Yes: Within Normal Limits

No: Diffuse Redness, Discharge

**Nose**

**General**

Yes: Nares Patent

No: Congestion, Anterior Epistaxis, Posterior Epistaxis

**Musculoskeletal**

**Shoulder**

Yes: Full Range of Motion L, Normal Bony Landmarks L, Symmetric L, Normal Active ROM L, Normal Passive ROM L, Neurovascular Intact L
No: Swelling L, Erythema L

**Knee**

Yes: Full Range of Motion L, Normal Bony Landmarks L, Symmetric L, Normal Active ROM L, Normal Passive ROM L, Normal Anterior Compartment L, Normal Posterior Compartment L
No: Swelling L

**ASSESSMENT:**

Allergic rhinitis, J309 - Current

Polyosteoarthritis, unspecified, M159 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Naproxen Tablet | | 12/07/2023 10:24 |
| | **Prescriber Order:** | 500mg Orally - Two Times a Day PRN x 7 day(s) -- Take medication as needed with food. | |
| | Indication: Polyosteoarthritis, unspecified | | |

**Renew Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 410224-LOX | Fluticasone Prop 50mcg, 16ml Nasal spry | | 12/07/2023 10:24 |
| | **Prescriber Order:** | *SHAKE WELL* and administer 1 spray in each nostril twice daily AS NEEDED **non-formulary approved until: 7/1/2023 PRN x 29 day(s) | |
| | Indication: Sleep apnea, Allergic rhinitis | | |
| | Non-Formulary was created for this drug | | |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Optometry | 06/04/2024 | 06/04/2024 | Routine | No | |

Subtype:

Onsite Optometry

Reason for Request:

DFE. Inmate c/o dryness both eyes. Visual acuity 20/15 OU, 20/20 OD and 20/25 OS.

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: M | Race: WHITE | Facility: | LOM |
| Encounter Date: | 12/07/2023 10:24 | Provider: | Balogun, Victoria NP | Unit: | D01 |

Schedule:

### Activity

Follow-up

   Facial skin lesions-2nd opinion.

| Date Scheduled | Scheduled Provider |
|---|---|
| 12/17/2023 00:00 | Physician 03 |

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/07/2023 | Counseling | Compliance - Treatment | Balogun, Victoria | Verbalizes Understanding |
| 12/07/2023 | Counseling | Medication Side Effects | Balogun, Victoria | Verbalizes Understanding |
| 12/07/2023 | Counseling | Pain Management | Balogun, Victoria | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Balogun, Victoria NP on 12/07/2023 10:51

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: GABAEE, ARMAN | | Reg #: | 76335-112 |
| Date of Birth: 04/15/1961 | Sex: M  Race: WHITE | Facility: | LOM |
| Encounter Date: 10/16/2023 08:19 | Provider: Souferzadeh, Navid (MAT) | Unit: | D01 |

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:  Souferzadeh, Navid (MAT) MD

Chief Complaint:  Cough

Subjective:    62 y/o male comes to the clinic for cough and fever. " Inmate reports " I have been having cough and fever for few days now and I have urinary problem now. I have to stay in bathroom for long time. " Pt denies SOB, CP, fever.

Pain:       Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/16/2023 | 08:24 LOX | 100.9 | 38.3 | | Souferzadeh, Navid (MAT) MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/16/2023 | 08:24 LOX | 66 | | | Souferzadeh, Navid (MAT) MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/16/2023 | 08:24 LOX | 16 | Souferzadeh, Navid (MAT) MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/16/2023 | 08:24 LOX | 135/75 | Left Arm | | | Souferzadeh, Navid (MAT) MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/16/2023 | 08:24 LOX | 98 | | Souferzadeh, Navid (MAT) MD |

**Exam:**

**General**
  **Affect**
      Yes: Pleasant

**Pulmonary**
  **Observation/Inspection**
      Yes: Within Normal Limits
  **Auscultation**
      Yes: Clear to Auscultation

**Cardiovascular**
  **Observation**
      Yes: Within Normal Limits

| Inmate Name: | GABAEE, ARMAN | | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M   Race:  WHITE | | Facility: | LOM |
| Encounter Date: | 10/16/2023 08:19 | Provider: | Souferzadeh, Navid (MAT) | | Unit: | D01 |

**ASSESSMENT:**

Acute upper respiratory infection, unspecified, J069 - Current

Hypothyroidism, E039 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Amoxicillin Capsule | | 10/16/2023 08:19 |
| | **Prescriber Order:** | 500 mg Orally  -  three times a day x 10 day(s) | |
| | Indication:  Acute upper respiratory infection, unspecified | | |
| | Tamsulosin HCl Capsule | | 10/16/2023 08:19 |
| | **Prescriber Order:** | 0.4 Orally  -  daily x 180 day(s) | |
| | Indication:  Enlarged prostate with lower urinary tract symptoms (BPH) | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-U-Urinalysis w/Reflex to Culture & Microscopic<br>Lab Tests - Short List-General-T4, Free<br>Lab Tests - Short List-General-TSH<br>Lab Tests - Short List-General-Lipid Profile<br>Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP)<br>Lab Tests - Short List-General-Hemoglobin A1C<br>Lab Tests - Short List-General-PSA, Total<br>Lab Tests - Short List-General-CBC w/diff | One Time | 04/13/2024 00:00 | Routine |
| Lab Tests - Short List-General-T4, Free<br>Lab Tests - Short List-General-TSH<br>Lab Tests - Short List-General-CBC w/diff<br>Lab Tests - Short List-General-PSA, Total<br>Lab Tests-U-Urinalysis w/Reflex to Culture & Microscopic<br>Lab Tests - Short List-General-Lipid Profile<br>Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP)<br>Lab Tests - Short List-General-Hemoglobin A1C | One Time | 10/24/2023 00:00 | Routine |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/16/2023 | Counseling | Access to Care | Souferzadeh, Navid | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Souferzadeh, Navid (MAT) MD on 10/16/2023 08:34

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M    Race: WHITE | Facility: | LOM |
| Note Date: | 08/02/2023 13:18 | Provider: | Souferzadeh, Navid | Unit: | D01 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  Souferzadeh, Navid (MAT) MD
Will order labs.

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views, General Radiology-Chest-1 View | One Time | | 08/17/2023 | Routine |

Specific reason(s) for request (Complaints and findings):

Chest X-ray baseline.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Souferzadeh, Navid (MAT) MD on 08/02/2023 13:22

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | Race: WHITE | Facility: | LOM |
| Note Date: | 08/01/2023 08:43 | Provider: | | Souferzadeh, Navid | Unit: | D01 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   1        Provider:   Souferzadeh, Navid (MAT) MD

        Inmate with shoulder pain.


**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 10/30/2023 | 10/30/2023 | Routine | No | |
|   Subtype: | | | | | |
|     MRI, Offsite | | | | | |
|   Reason for Request: | | | | | |
|     Inmate with shoulder pain. | | | | | |

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Souferzadeh, Navid (MAT) MD on 08/01/2023 08:45

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M    Race:   WHITE | Facility: | LOM |
| Encounter Date: | 07/25/2023 09:26 | Provider: | Latortue, Pierre (MAT) MD | Unit: | D01 |

Physician - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1          Provider:  Latortue, Pierre (MAT) MD

Chief Complaint:  GENERAL
Subjective:    Inmate seen and counseled on labs and medication. He does c/o chronic knee pain.
**Pain:**          Yes
**Pain Assessment**

| | |
|---|---|
| Date: | 07/26/2023 09:28 |
| Location: | Knee-bilateral |
| Quality of Pain: | Aching |
| Pain Scale: | 3 |
| Intervention: | tylenol |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 5+ Years |
| Duration: | 1-5 Hours |
| Exacerbating Factors: | prolonged walking and standing |
| Relieving Factors: | unknown |
| Reason Not Done: | |
| Comments: | |

## OBJECTIVE:

## Exam:

**Musculoskeletal**
**Knee**
Yes: Tenderness, Crepitus

## ASSESSMENT:

Pain, unspecified, R52 - Current - *bilateral knee pain*

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Diclofenac Sodium External Gel 1% | 07/25/2023 09:26 |
| | **Prescriber Order:**    1% Topically  -  Two Times a Day PRN x 6O day(s) | |
| | Indication:  Pain, unspecified | |
| | Acetaminophen 325 MG Tablet | 07/25/2023 09:26 |

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: M Race: WHITE | | Facility: | LOM |
| Encounter Date: | 07/25/2023 09:26 | Provider: Latortue, Pierre (MAT) MD | | Unit: | D01 |

## New Medication Orders:

| Rx# | Medication | | | Order Date |
|---|---|---|---|---|
| | **Prescriber Order:** | 650mg Orally every 8 hours PRN x 14 day(s) | | |
| | Indication: Pain, unspecified | | | |

## New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Knee-4 View AP/Lat/Obl [Bi] | One Time | | 08/05/2023 | Routine |
| Specific reason(s) for request (Complaints and findings): | | | | |
| chronic knee pain | | | | |

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedist | 12/23/2023 | 12/23/2023 | Routine | No | |
| Subtype: | | | | | |
| Offsite Appt, other non-surgical | | | | | |
| Reason for Request: | | | | | |
| chronic bilateral knee pain | | | | | |
| Radiology | 12/23/2023 | 12/23/2023 | Routine | No | |
| Subtype: | | | | | |
| MRI, Offsite | | | | | |
| Reason for Request: | | | | | |
| chronic bilateral knee pain. | | | | | |

## Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/26/2023 | Counseling | Plan of Care | Latortue, Pierre | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Latortue, Pierre (MAT) MD on 07/26/2023 09:37

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name:  GABAEE, ARMAN | | Reg #:  76335-112 |
| Date of Birth:  04/15/1961 | Sex:  M    Race:  WHITE | Facility:  LOM |
| Encounter Date:  06/02/2023 10:48 | Provider:  Souferzadeh, Navid (MAT) | Unit:  A01 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Souferzadeh, Navid (MAT) MD

Chief Complaint:  ENDO/LIPID

Subjective:    62 y/o male inmate comes to the clinic for CCC. Patient reports" I have thyroid problem. I do well with my medications." Patient denies Chest pain, SOB, nausea, vomiting, constipation, diarrhea, blurred vision, headaches, dizziness, denies depression, hallucinations, denies suicidal and homicidal ideation and all other symptoms.

Pain:          No

COMPLAINT  2        Provider:  Souferzadeh, Navid (MAT) MD

Chief Complaint:  PULMONARY/RESPIRATORY

Subjective:    62 y/o male inmate comes to the clinic for CCC. Patient reports" I have sleep apnea and I use CPAP" Patient denies Chest pain, SOB, nausea, vomiting, constipation, diarrhea, blurred vision, headaches, dizziness, denies depression, hallucinations, denies suicidal and homicidal ideation and all other symptoms.

Pain:          No

COMPLAINT  3        Provider:  Souferzadeh, Navid (MAT) MD

Chief Complaint:  GENERAL

Subjective:    62 y/o male inmate comes to the clinic for CCC. Patient reports" I have vit D deficiency and also sever allergy." Patient denies Chest pain, SOB, nausea, vomiting, constipation, diarrhea, blurred vision, headaches, dizziness, denies depression, hallucinations, denies suicidal and homicidal ideation and all other symptoms.

Pain:          No

COMPLAINT  4        Provider:  Souferzadeh, Navid (MAT) MD

Chief Complaint:  HYPERTENSION

Subjective:    62 y/o male inmate comes to the clinic for CCC. Patient reports" I have high blood pressure. I do well with my medications." Patient denies Chest pain, SOB, nausea, vomiting, constipation, diarrhea, blurred vision, headaches, dizziness, denies depression, hallucinations, denies suicidal and homicidal ideation and all other symptoms.

Pain:          No

COMPLAINT  5        Provider:  Souferzadeh, Navid (MAT) MD

Chief Complaint:  GASTROINTESTINAL

Subjective:    62 y/o male inmate comes to the clinic for CCC. Patient reports" I have hemorrhoids. I do well with my medications." Patient denies Chest pain, SOB, nausea, vomiting, constipation, diarrhea, blurred vision, headaches, dizziness, denies depression, hallucinations, denies suicidal and homicidal ideation and all other symptoms.

Pain:          No

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: M | Race: WHITE | Facility: | LOM |
| Encounter Date: | 06/02/2023 10:48 | Provider: Souferzadeh, Navid (MAT) | | Unit: | A01 |

**Seen for clinic(s):** Endocrine/Lipid, Pulmonary/Respiratory, Hypertension, Gastrointestinal, General
**Added to clinic(s):** Endocrine/Lipid, Pulmonary/Respiratory, Hypertension, Gastrointestinal, General

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|------------|---------|----------|----------|
| 06/02/2023 | 10:58 LOX | 98.0 | 36.7 | | Souferzadeh, Navid (MAT) MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 06/02/2023 | 10:58 LOX | 66 | | | Souferzadeh, Navid (MAT) MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 06/02/2023 | 10:58 LOX | 16 | Souferzadeh, Navid (MAT) MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 06/02/2023 | 10:58 LOX | 125/73 | Left Arm | | | Souferzadeh, Navid (MAT) MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 06/02/2023 | 10:58 LOX | 98 | | Souferzadeh, Navid (MAT) MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 06/02/2023 | 10:58 LOX | 232.0 | 105.2 | | Souferzadeh, Navid (MAT) MD |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Abdomen**

**Inspection**

Yes: Within Normal Limits

## ASSESSMENT:

Sleep apnea, G4730 - Current

Vitamin D deficiency, E559 - Current

| Inmate Name: | GABAEE, ARMAN | | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | Race: WHITE | Facility: | LOM |
| Encounter Date: | 06/02/2023 10:48 | Provider: | Souferzadeh, Navid (MAT) | | Unit: | A01 |

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Vitamin D ( Cholecalciferol ) Tab/Cap | 06/02/2023 10:48 |
| | **Prescriber Order:**  Vitamin D ( Cholecalcifer Orally -  daily x 365 day(s) | |
| | Indication:  Vitamin D deficiency | |

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 409934-LOX | Distilled Water 1 gallon [ Hinckley/Mckesson] | 06/02/2023 10:48 |
| | **Prescriber Order:**  as needed Other-see notes Inhalation device -  daily AS NEEDED ***self carry*** PRN x 180 day(s) | |
| | Indication:  Sleep apnea | |
| 410172-LOX | Fluticasone Prop 50mcg, 16ml Nasal spry | 06/02/2023 10:48 |
| | **Prescriber Order:**  *SHAKE WELL* and administer 1 spray in each nostril twice daily AS NEEDED **non-formulary approved until: 7/1/2023 PRN x 365 day(s) | |
| | Indication:  Sleep apnea, Allergic rhinitis | |
| 409945-LOX | Hydrocortisone Acetate SUPP 25 MG | 06/02/2023 10:48 |
| | **Prescriber Order:**  Unwrap and insert one suppository rectally twice daily AS NEEDED for 10 days ***self carry*** PRN x 180 day(s) | |
| | Indication:  Unspecified hemorrhoids | |
| 409946-LOX | LevoTHYROXINE Sodium 100 MCG Tab | 06/02/2023 10:48 |
| | **Prescriber Order:**  Take one tablet (100 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism ***self carry*** x 365 day(s) | |
| | Indication:  Hypothyroidism | |
| 409947-LOX | Losartan potassium  25 MG Tab | 06/02/2023 10:48 |
| | **Prescriber Order:**  Take one tablet (25 MG) by mouth each day ***self carry*** x 365 day(s) | |
| | Indication:  Essential (primary) hypertension | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff<br>Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP)<br>Lab Tests - Short List-General-Hemoglobin A1C<br>Lab Tests - Short List-General-Lipid Profile<br>Lab Tests - Short List-General-Magnesium<br>Lab Tests - Short List-General-PSA, Total<br>Lab Tests - Short List-General-T4, Free<br>Lab Tests - Short List-General-TSH<br>Lab Tests-U-Urinalysis w/Reflex to Culture & Microscopic | One Time | 09/30/2023 00:00 | Routine |
| Lab Tests - Short List-General-CBC w/diff<br>Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP)<br>Lab Tests - Short List-General-Hemoglobin A1C<br>Lab Tests - Short List-General-Lipid Profile<br>Lab Tests - Short List-General-PSA, Total | One Time | 04/07/2024 00:00 | Routine |

| Inmate Name: | GABAEE, ARMAN | | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | Race: WHITE | Facility: | LOM |
| Encounter Date: | 06/02/2023 10:48 | Provider: | Souferzadeh, Navid (MAT) | Unit: | A01 |

Lab Tests - Short List-General-T4, Free
Lab Tests - Short List-General-TSH
Lab Tests-U-Urinalysis w/Reflex to Culture &
Microscopic
Lab Tests-V-Vitamin D, 25-Hydroxy

| Lab Tests-V-Vitamin D, 25-Hydroxy | One Time | 09/30/2023 00:00 | Routine |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | | Ordered By |
|---|---|---|---|---|---|
| EKG | One Time | | Due 7.5.2023 | | Souferzadeh, Navid (MAT) MD |
| | Order Date: | 06/02/2023 | | | |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/02/2023 | Counseling | Access to Care | Souferzadeh, Navid | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Souferzadeh, Navid (MAT) MD on 06/02/2023 11:07

# Bureau Of Prisons
## Health Services
## Health Screen

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | Reg #: 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | Race: WHITE |
| Encounter Date: | 05/30/2023 10:24 | Provider: | Hoen, Liza PA-C | Facility: LOM |

**Seizures:** Denied

**Diabetes:** Denied

**Cardiovascular:** Denied

**CVA:** Denied

**Hypertension:**

  Age of Onset:

  Comments:

**Respiratory:**

  Age of Onset:

  Hx of Asthma:        No

  Hx of Emphysema:        No

  Hx of COPD:        No

  Comments:   Sleep apnea; on CPAP

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:** Denied

**Allergies:** Denied

**PPD Administration:**

  **Date/Time:** 05/30/2023 10:27

  **Provider:** Hoen, Liza PA-C

  **Location:** Left Forearm

  **Drug Mfg:** Sanofi Pasteur

  **Lot Number:** c6013ba

  **Dosage:** 0.1mL

  **Route:** ID

  **Exp Dt:** 06/2025

  **Comments:**

**Tuberculosis:**

  **Hx of Previous Disease:** No

  **Blood-tinged Sputum:** No

  **Night Sweats:** No

  **Weight Loss:** No

  **Fever:** No

  **Cough:** No

  **Comments:** *Received TB VAX as a child*

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/30/2023 10:24 | Provider: | Hoen, Liza PA-C | Facility: | LOM |

**Mental Health:**

   **Level of Consciousness:** Alert and Oriented

   **Psychomotor Activity:** Normal

   **General Appearance:** Normal

   **Behavior:** Cooperative

   **Mood:** Appropriate to Content

   **Thought Process:** Goal Directed

   **Thought Content:** Normal

   **Hx of Mental Health Treatment:** Outpatient Only/Medications ( +/- Therapy

   **Hx of Head Injury:** None

   **Current Mental Health Treatment:** Yes

   **Current Mental Health Complaint:** No

   **Hx of Loss of Consciousness:** No

   **Hx of Hearing Voices:** No

   **Past History of Suicide Attempt:** No

   **Current Suicide Ideation:** No

   **Suicide Prevention Initiated:** No

   **Comments:** Ativan @ HS

**Substance Use History:** Denied

   **Currently enrolled in a medication for opioid use disorder/mat program:** No

**Current Painful Condition:**

   **Location:**              B leg pain; has braces

**Other Health Issues:**

   **Current Medical Conditions:**

   **Other Current Treatments:**

**Pregnant:**   N/A

**Postpartum:**   N/A

**Dental Condition:** Denied

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/30/2023 10:24 | Provider: | Hoen, Liza PA-C | Facility: | LOM |

**Observations:**

**Draining Skin Lesions:** No

**Signs of Lice:** No

**Signs of Scabies:** No

**Signs of Recent Trauma:** No

**Recent Tattoos:** No

**Needle Marks:** No

**Signs of Rash:** No

**Open Sores:** No

**Wounds:** No

**Body Deformities:** No

**Tremors:** No

**Sweating:** No

**Comments:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|------|------|---|------------|---------|----------|----------|
| 05/30/2023 | 10:28 | LOX | 97.8 | 36.6 | | Hoen, Liza PA-C |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | | Rhythm | Provider |
|------|------|---|-----------------|----------|---|--------|----------|
| 05/30/2023 | 10:28 | LOX | 67 | | | | Hoen, Liza PA-C |

**SaO2:**

| Date | Time | | Value(%) | Air | Provider |
|------|------|---|----------|-----|----------|
| 05/30/2023 | 10:28 | LOX | 99 | | Hoen, Liza PA-C |

**Prosthetic Devices/Equipment:**

| Device/Equipment | Obtained From |
|------------------|---------------|
| Brace - ankle | Personal |
| **Comments:** | |
| Brace - knee | Personal |
| **Comments:** | |
| Arch Supports | Personal |
| **Comments:** | |
| C-Pap | Personal |
| **Comments:** | |

**Potential Items For Follow-up:**

Item

Hypertension History

Respiratory History

Other Infectious Disease History

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/30/2023 10:24 | Provider: | Hoen, Liza PA-C | Facility: | LOM |

### Item

Current Mental Health Treatment

Current Painful Condition

Arch Supports

Brace - ankle

Brace - knee

C-Pap

Health Problems Newly Identified During This Encounter:

### Health Problem

Essential (primary) hypertension - Current -

Enlarged prostate with lower urinary tract symptoms (BPH) - Current -

Dermatophytosis [tinea, ringworm] - Current -

Unspecified hemorrhoids - Current -

Urinary tract infection, site not specified - Current -

Sleep apnea - Current -

Hypothyroidism - Current -

Allergic rhinitis - Current -

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Losartan Tablet | | 05/30/2023 10:24 |
| | **Prescriber Order:** | 25mg Orally - daily x 60 day(s) | |
| | Indication: Essential (primary) hypertension | | |
| | LevoTHYROXINE Sodium Tablet | | 05/30/2023 10:24 |
| | **Prescriber Order:** | 100mcg Orally each morning x 60 day(s) | |
| | Indication: Hypothyroidism | | |
| | Distilled Water 1 gallon ( Hinckley/Mckesson) | | 05/30/2023 10:24 |
| | **Prescriber Order:** | as needed Other-see notes Inhalation device - daily PRN x 60 day(s) -- **CPAP** | |
| | Indication: Sleep apnea | | |
| | Hydrocortisone Acetate Suppositories 25 MG | | 05/30/2023 10:24 |
| | **Prescriber Order:** | 25mg Rectally - Two Times a Day PRN x 10 day(s) | |
| | Indication: Unspecified hemorrhoids | | |
| | Clotrimazole Cream 1% | | 05/30/2023 10:24 |
| | **Prescriber Order:** | apply to rash Topically - Two Times a Day PRN x 60 day(s) | |
| | Indication: Dermatophytosis [tinea, ringworm] | | |
| | Fluticasone Propionate Spray | | 05/30/2023 10:24 |
| | **Prescriber Order:** | one spray Per Nostril - Two Times a Day PRN x 60 day(s) | |

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/30/2023 10:24 | Provider: | Hoen, Liza PA-C | Facility: | LOM |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Hoen, Liza PA-C on 05/30/2023 11:09

# Bureau of Prisons
## Health Services
## History & Physical

| Inmate Name: | GABAEE, ARMAN | | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M | Race: WHITE | Facility: | LOM |
| Encounter Date: | 05/31/2023 12:19 | Provider: | Zhang, Xiaoyan FNP-BC | | Unit: | A01 |

**Seizures:** Denied

**Diabetes:**

  **Type:** Non-Insulin Dependent

  **Age of Onset:** Adult (51-60 Years)

  **Comments:**

**Cardiovascular:** Denied

**CVA:** Denied

**Hypertension:**

  **Age of Onset:** Adult (51-60 Years)

  **Comments:**

**Respiratory:**

  Age of Onset:

  Hx of Asthma: No

  Hx of Emphysema: No

  Hx of COPD: No

  Comments: Sleep apnea; on CPAP

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:**

| Primary Site | Current Treatment | Past Treatment | Diagnosed |
|---|---|---|---|
| Skin | None | None | |

  Comments: scalp, removed in 2021, reburned 6 months ago

**Allergies:** Denied

**Tuberculosis:**

  **Hx of Previous Disease:** No

  **Blood-tinged Sputum:** No

  **Night Sweats:** No

  **Weight Loss:** No

  Fever: No

  Cough: No

  **Comments:**

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M   Race:  WHITE | Facility: | LOM |
| Encounter Date: | 05/31/2023 12:19 | Provider: | Zhang, Xiaoyan FNP-BC | Unit: | A01 |

**Mental Health:**

   **Level of Consciousness:** Alert and Oriented

   **Psychomotor Activity:** Normal

   **General Appearance:** Normal

   **Behavior:** Cooperative

   **Mood:** Appropriate to Content

   **Thought Process:** Goal Directed

   **Thought Content:** Normal

   **Hx of Mental Health Treatment:** None

   **Hx of Head Injury:** None

   **Current Mental Health Treatment:** No

   **Current Mental Health Complaint:** No

   **Hx of Loss of Consciousness:** No

   **Hx of Hearing Voices:** No

   **Past History of Suicide Attempt:** No

   **Current Suicide Ideation:** No

   **Suicide Prevention Initiated:** No

   **Comments:**

**Substance Use History:**

| | Last Used | Frequency | Route | Type | Amount |
|---|---|---|---|---|---|
| **Opiates** | 3 - 7 days | > 1 X per week | Oral | | |
| **Marijuana** | 24 -72 hours | Daily | Oral | | |

   **Hx of Withdrawal Symptoms:**

   **Comments:**

**Current Painful Condition:**

  **Location:**        both knee , both ankles, both feet; shoulder

**Other Health Issues:**

  **Current Medical Conditions:**

  **Other Current Treatments:**

**Pregnant:**   N/A

**Postpartum:**  N/A

**Dental Condition:** Denied

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M   Race: WHITE | Facility: | LOM |
| Encounter Date: | 05/31/2023 12:19 | Provider: | Zhang, Xiaoyan FNP-BC | Unit: | A01 |

**Observations:**

**Draining Skin Lesions:** No

**Signs of Lice:** No

**Signs of Scabies:** No

**Signs of Recent Trauma:** No

**Recent Tattoos:** No

**Needle Marks:** No

**Signs of Rash:** No

**Open Sores:** No

**Wounds:** No

**Body Deformities:** No

**Tremors:** No

**Sweating:** No

**Comments:**

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M    Race: WHITE | Facility: | LOM |
| Encounter Date: | 05/31/2023 12:19 | Provider: | Zhang, Xiaoyan FNP-BC | Unit: | A01 |

**Immunizations:**

**Hepatitis A Series Administration:** History Unknown, Not Administered

**Documented Date:** 05/31/2023 15:32 EST

**Immunization Date:**

**Provider:** Zhang, Xiaoyan FNP-BC

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Hepatitis B Series Administration:** History Unknown, Not Administered

**Documented Date:** 05/31/2023 15:32 EST

**Immunization Date:**

**Provider:** Zhang, Xiaoyan FNP-BC

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Measles/Mumps/Rubella Series Administration:** History Unknown, Not Administered

**Documented Date:** 05/31/2023 15:32 EST

**Immunization Date:**

**Provider:** Zhang, Xiaoyan FNP-BC

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Smallpox Series Administration:** History Unknown, Not Administered

**Documented Date:** 05/31/2023 15:32 EST

| Inmate Name: | GABAEE, ARMAN | | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M | Race: WHITE | Facility: | LOM |
| Encounter Date: | 05/31/2023 12:19 | Provider: | | Zhang, Xiaoyan FNP-BC | Unit: | A01 |

**Immunization Date:**

**Provider:** Zhang, Xiaoyan FNP-BC

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Tetanus Administration:** History Unknown, Not Administered

**Documented Date:** 05/31/2023 15:32 EST

**Immunization Date:**

**Provider:** Zhang, Xiaoyan FNP-BC

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Varicella Series Administration:** History Unknown, Not Administered

**Documented Date:** 05/31/2023 15:32 EST

**Immunization Date:**

**Provider:** Zhang, Xiaoyan FNP-BC

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/31/2023 | 12:26 LOX | 97.5 | 36.4 | | Zhang, Xiaoyan FNP-BC |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/31/2023 | 12:26 LOX | 101 | | | Zhang, Xiaoyan FNP-BC |

| Inmate Name: | GABAEE, ARMAN | | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M | Race: WHITE | Facility: | LOM |
| Encounter Date: | 05/31/2023 12:19 | Provider: | Zhang, Xiaoyan FNP-BC | | Unit: | A01 |

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/31/2023 | 12:26 LOX | 17 | Zhang, Xiaoyan FNP-BC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/31/2023 | 12:26 LOX | 119/76 | | | | Zhang, Xiaoyan FNP-BC |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/31/2023 | 12:26 LOX | 95 | | Zhang, Xiaoyan FNP-BC |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 05/31/2023 | 12:26 LOX | 59.0 | 149.9 | Zhang, Xiaoyan FNP-BC |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/31/2023 | 12:26 LOX | 231.0 | 104.8 | | Zhang, Xiaoyan FNP-BC |

**Prosthetic Devices/Equipment:**

| Device/Equipment | Obtained From |
|---|---|
| Brace - ankle | Personal |
| Comments: | |
| Brace - knee | Personal |
| Comments: | |
| Arch Supports | Personal |
| Comments: | |
| C-Pap | Personal |
| Comments: | |

**Tobacco Usage: Denied**

**General Social History:**

**Foreign Travel:**
**Born in USA:** No
**Country of Birth:** Iran

**Patient Education Assessments:**

| Date | Ed Yrs | Occupation | Learns Best By | Primary Language | Barriers to Education |
|---|---|---|---|---|---|
| 05/31/2023 | 16 | real state | One to One | Other | None |
| persa | | | | | |

**Family History - Father:**

**Age at Death:**
**Cause of Death:**
**Significant Illnesses:**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M    Race: WHITE | Facility: | LOM |
| Encounter Date: | 05/31/2023 12:19 | Provider: | Zhang, Xiaoyan FNP-BC | Unit: | A01 |

**Comments:**

**Family History - Mother:**

**Age at Death:** 85

**Cause of Death:** lung cancer

**Significant Illnesses:**

Hypertension

**Comments:**

**Family History - Sibling:**

**Number of Siblings:**

**Significant Illnesses:**

**Comments:**

**ROS:**

**General**

**Constitutional Symptoms**

No: Anorexia, Chills, Fatigue, Fever

**Integumentary**

**Skin**

No: Sores that won't heal

scalp " skin cancer "removed 2 years ago, " reburned " 6 month ago.

athlete foot

**HEENT**

**Ears**

No: Decreased Hearing

**Eyes**

Yes: Hx Glaucoma

No: Pain, Photophobia

**Head**

No: Headaches

**Mouth**

No: Gum pain, Tooth pain

**Neck**

No: Goiter

**Nose**

No: Nasal Congestion, Rhinitis

bilateral glaucoma 01/2023 .

**Cardiovascular**

**General**

No: Angina, Cough, Edema, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

No: Shortness of breath, Wheezing

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M    Race:  WHITE | Facility: | LOM |
| Encounter Date: | 05/31/2023 12:19 | Provider: | Zhang, Xiaoyan FNP-BC | Unit: | A01 |

### GI

#### General

No: Abdominal Pain or Colic, Diarrhea, Jaundice, Nausea

hernia umbilical repair 2021.

### GU

#### General

Yes: Dysuria

No: Hematuria

prostate ablation 03/2023 .  UTI recently

### Musculoskeletal

#### General

Yes: Arthritis, Foot pain, Joint pain, Knee Pain, Shoulder Pain

left shoulder  rotate cuff repair , 12/2022.

" my knees are bone to bone" ; ankle pain;" the shoulder surgery was done  bad "

### Neurological

" mim stroke 6 month ago "

### Endocrine

#### General

No: Polydipsia, Polyphagia, Polyuria

### Psychiatric

#### General

Yes: Mood Impaired, Anxious

No: Hallucinations, Suicide/Self-Harm Thoughts

## Head:

**Normal:**  Yes

**Comments:**

## Eyes:

**EOMI:** Yes

**Icterus:** No

**Conjunctival Inflammation:** No

**Pupils PERRLA:** Yes

**Pupil Size Rt:**

**Pupil Size Lt:**

**Pupils Comments:**

**Fundi Vessels Nicking:** No

**Fundi Vessels Discs Flat:** Yes

**Fundi Vessels Discs Sharp Margins:** Yes

**Fundi Vessels Grounds Abnormal:** No

**Eyes Comments:**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: M    Race: WHITE | Facility: | LOM |
| Encounter Date: | 05/31/2023 12:19 | Provider: Zhang, Xiaoyan FNP-BC | Unit: | A01 |

**Ears:**

  **Right Ear:** Canal patent

  **Left Ear:** Canal patent

  **Ears Comments:**

**Nose:**

  **Nares Patent:** Yes

  **Septum Midline:** Yes

  **Septum Intact:** Yes

  **Drainage/Discharge:** No

  **Polyps:** No

  **Nose Comments:**

**Mouth**

  **Lesions:** No

  **Oral/Buccal Mucosa:** Yes

  **Gums Normal:** Yes

  **Tonsils Present:** Yes

    **Tonsils Normal:** Yes

  **Pharynx:** Normal Color

  **Teeth Poor Dentition:** No

  **Teeth Count:** Mostly Present

  **Dentures:** No

  **Mouth Comments:**

**Cranial Nerves:**

  **Intact II-XII:** Yes

  **Cranial Nerves Comments:**

**Neck:**

  **Full ROM:** Yes

  **Masses/Nodes:** No

  **Trachea:** Midline

  **Thyroid:** Normal Size

  **Comments:**

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M    Race: WHITE | Facility: | LOM |
| Encounter Date: | 05/31/2023 12:19 | Provider: | Zhang, Xiaoyan FNP-BC | Unit: | A01 |

**Breasts:**

    **Normal:** Yes

    **Masses:** No

    **Tenderness:** No

    **Scars:** No

    **Dimpling:** No

    **Nipple Discharge:** No

    **Nipple Retraction:** No

    **Instructions for Self Breast Exam Given:** No

    **Comments:**

**Thorax:**

    **Contour Normal:** Yes

        **Increased AP Diameter:** No

        **Asymmetrical Expansion:** No

    **Lungs Clear:** Yes

        **Wheezes:** No

        **Crackles:** No

        **Rhonchi:** No

        **Rales:** No

        **Accessory Muscle Use:** No

    **Comments:**

**Spine:**

    **Deformity:** No

    **Full ROM:** Yes

    **Tenderness:** No

    **Comments:**

**Cardiovascular:**

    **RRR:** Yes

    **Normal S1/S2:** Yes

    **Murmurs:** No

    **Carotid Bruits:** No

    **JVD:** No

| **Arteries:** | **Right** | **Left** |
|---|---|---|
| Radial: | | |
| Femoral: | | |
| Dorsalis Pedis: | | |
| Post. Tibialis: | | |

    **Comments:**

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M    Race: WHITE | Facility: | LOM |
| Encounter Date: | 05/31/2023 12:19 | Provider: | Zhang, Xiaoyan FNP-BC | Unit: | A01 |

**Abdomen:**

    **Normal Contour:** No

    **Scaphoid:** No

    **Obese:** Yes

    **Gravid:** No

    **Hernias:** No

    **Bruits:** No

    **Masses:** No

    **Scars:** No

    **Tenderness:** No

    **Organomegaly:** No

    **Active Bowel Sounds:** Yes

    **Comments:**

**Extremities:**

    **Nails Clubbing:** No

    **Nails Cyanosis:** No

    **Lower Extremity Edema - Right:** None

    **Lower Extremity Edema - Left:** None

    **Atrophy:** No

    **Amputations:** No

    **Other Deformities:** No

    **Varicosities:** No

    **Calf Tenderness:** No

    **Pulse Deficit:** No

| **Strength:** | **Right** | **Left** |
|---|---|---|
| Arm: | | |
| Leg: | | |
| **Full ROM:** | **Right** | **Left** |
| Arm: | Yes | Yes |
| Leg: | Yes | Yes |
| **Comments:** | | |

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M    Race: WHITE | Facility: | LOM |
| Encounter Date: | 05/31/2023 12:19 | Provider: | Zhang, Xiaoyan FNP-BC | Unit: | A01 |

**Reflexes:**

| | **Right** | **Left** |
|---|---|---|
| **Biceps:** | | |
| **Patellar:** | | |
| **Brachioradialis:** | | |
| **Achilles:** | | |

**Sensation:**

    **Vibratory:** Yes

    **Light Touch:** Yes

    **Pin Prick:** Yes

**Comments:**

**GU:**

    **Chaperoned By:**

**Rectum: Not Done**

    **Comments:** no chaperone

**Male Genitalia: Not Done**

    **Comments:** no chaperone

**Skin:**

    **Normal:** Yes

    **Rash:** No

    **Redness:** No

    **Abnormal Pigmentation:** No

    **Abnormal Lesions/Growths:** No

    **Comments:**

**Lymphatics:**

    **Adenopathy:** No

    **Comments:**

**Potential Items For Follow-up:**

    **Item**

Diabetes History

Hypertension History

Respiratory History

Carcinoma/Lymphoma - Skin

Other Infectious Disease History

Substance Abuse History

Current Painful Condition

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M    Race:  WHITE | Facility: | LOM |
| Encounter Date: | 05/31/2023 12:19 | Provider: | Zhang, Xiaoyan FNP-BC | Unit: | A01 |

### Item

Arch Supports

Brace - ankle

Brace - knee

C-Pap

Abdomen Contour Abnormal

Abdomen Contour Obese

Rectum Not Done

Male Genitalia Not Done

PPD Administration Not Performed

**Cleared For Food Services:**  Yes

Health Problems Newly Identified During This Encounter:

Health Problem

Obesity - Current - BMI 46.7  06/2023

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-U-Urinalysis w/Reflex to Culture & Microscopic | One Time | 06/12/2023 00:00 | Routine |
| Labs requested to be reviewed by: | Watson, William (MAT) MD | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/31/2023 | Counseling | Access to Care | Zhang, Xiaoyan | Verbalizes Understandin |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by Zhang, Xiaoyan FNP-BC on 05/31/2023 13:54

Requested to be cosigned by  Watson, William (MAT) MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 05/31/2023 12:19 | Provider: | Zhang, Xiaoyan FNP-BC | | Facility: | LOM |

**Cosigned by Watson, William (MAT) MD on 05/31/2023 16:02.**

**Bureau of Prisons**
**Health Services**
**Inmate  Report Only (formerly labeled ISDS)**

| Reg #:  76335-112 | Inmate Name:  GABAEE, ARMAN |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

TB Clearance:  Yes

| | |
|---|---|
| Last PPD Date: 06/01/2023 | Induration: 0mm |
| Last Chest X-Ray Date: | Results: |
| TB Treatment: | Sx free for 30 days: Yes |
| TB Follow-up Recommended: No | |

Transfer To: _____          Transfer Date: 07/03/2023

Health Problems

| Health Problem | Status |
|---|---|
| Dermatophytosis [tinea, ringworm] | Current |
| Hypothyroidism | Current |
| Vitamin D deficiency | Current |
| Obesity | Current |
| BMI 46.7  06/2023 | |
| Sleep apnea | Current |
| Essential (primary) hypertension | Current |
| Allergic rhinitis | Current |
| Unspecified hemorrhoids | Current |
| Urinary tract infection, site not specified | Current |
| Enlarged prostate with lower urinary tract symptoms BPH | Current |

Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

Cholecalciferol (Vit D) 5000 UNIT (125 mcg) Cap Exp: 06/04/2024 SIG: Take one capsule  by mouth each day
Clotrimazole Cream 1% 28.35GM Exp: 06/05/2023 SIG: Apply a small amount topically to the affected area(s) rash twice daily AS NEEDED
Distilled Water 1 gallon [Home w/Nebulizer Son] Exp: 11/29/2023 SIG: use as needed Other-see notes Inhalation device -  daily AS NEEDED ***self carry***
Hydrocortisone Acetate SUPP 25 MG Exp: 11/29/2023 SIG: Unwrap and insert one suppository rectally twice daily AS NEEDED
LevoTHYROXINE Sodium 100 MCG Tab  Exp: 06/01/2024  SIG: Take one tablet (100 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism ***self carry***
Losartan potassium  25 MG Tab  Exp: 06/01/2024  SIG: Take one tablet (25 MG) by mouth each day ***self carry***

OTCs: Listing of all known OTCs this inmate is currently taking.
None

Pending Appointments:

| Date | Time | Activity | Provider |
|---|---|---|---|
| 06/06/2023 | 14:25 | RDAP - Screening Summary | Rosales, Kim DTS |
| 06/01/2024 | 00:00 | PPD Administration | Nurse |

Non-Medication Orders:
No Data Found

Active Alerts:
No Data Found

Consultations:
Pending Institutional Clinical Director Action
No Data Found

Reg #:  76335-112                    Inmate Name:  GABAEE, ARMAN

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Pending UR Committee Action
    No Data Found

Pending Regional Review Action
    No Data Found

Pending Scheduling
    No Data Found

Pending Consultation
    No Data Found

Pending Results
    No Data Found

Sickle Cell:
    Sickle Cell Trait/Disease:    No

Limitations/Restrictions/Diets:
    Cell: lower bunk –- 05/31/2024
    Cleared for Food Service: Yes
    MDS Comments: care level 2 .
    low bunk criteria : #7 & 8

Comments:

Allergies
    No Known Allergies

Recent Vaccine History
    Vaccine                                    Given Date              Administered
    COVID-19 Pfizer-BioNTech (BIVALENT Vac    06/07/2023 11:25        Refused
Devices / Equipment
    Brace - ankle
    Brace - knee
    Arch Supports
    C-Pap

Travel:
    Direct Travel: No
Travel Restrictions:  None
UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:

    Transfer From Institution:  LOMPOC FCI                        Phone Number: 8057364154
              Address 1:  3600 GUARD ROAD
              Address 2:
           City/State/Zip:  LOMPOC, California 93436

    Name/Title of Person Completing Form:  Wong, Alan NRP                    Date:    07/02/2023

    Inmate Name:  GABAEE, ARMAN            Reg #:  76335-112   DOB:   04/15/1961   Sex:    M

Report Only

| Begin Date: | 04/23/2023 | End Date: | 04/23/2024 |
|---|---|---|---|
| Reg #: | 76335-112 | Inmate Name: | GABAEE, ARMAN |

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| | Orig Entered: | 06/02/2023 13:59 EST | Souferzadeh, Navid (MOUD) MD |
| 05/31/2023 | 12:26 LOX | 17 | Zhang, Xiaoyan (MOUD) FNP-BC |
| | Orig Entered: | 05/31/2023 15:32 EST | Zhang, Xiaoyan (MOUD) FNP-BC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/02/2024 | 15:04 LOX | 129/87 | | | | Blitch, Hilary QIIC RN |
| | Orig Entered: 04/02/2024 18:06 EST | | Blitch, Hilary QIIC RN | | | |
| 01/10/2024 | 08:21 LOX | 125/85 | Left Arm | | | Souferzadeh, Navid (MOUD) |
| | Orig Entered: 01/10/2024 11:23 EST | | Souferzadeh, Navid (MOUD) MD | | | |
| 12/07/2023 | 10:40 LOX | 102/69 | | | | Balogun, Victoria NP |
| | Orig Entered: 12/07/2023 13:41 EST | | Balogun, Victoria NP | | | |
| 10/16/2023 | 08:24 LOX | 135/75 | Left Arm | | | Souferzadeh, Navid (MOUD) |
| | Orig Entered: 10/16/2023 11:27 EST | | Souferzadeh, Navid (MOUD) MD | | | |
| 06/02/2023 | 10:58 LOX | 125/73 | Left Arm | | | Souferzadeh, Navid (MOUD) |
| | Orig Entered: 06/02/2023 13:59 EST | | Souferzadeh, Navid (MOUD) MD | | | |
| 05/31/2023 | 12:26 LOX | 119/76 | | | | Zhang, Xiaoyan (MOUD) FNP- |
| | Orig Entered: 05/31/2023 15:32 EST | | Zhang, Xiaoyan (MOUD) FNP-BC | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/02/2024 | 15:04 LOX | 98 | Room Air | Blitch, Hilary QIIC RN |
| | Orig Entered: 04/02/2024 18:06 EST | | Blitch, Hilary QIIC RN | |
| 12/07/2023 | 10:40 LOX | 98 | | Balogun, Victoria NP |
| | Orig Entered: 12/07/2023 13:41 EST | | Balogun, Victoria NP | |
| 10/16/2023 | 08:24 LOX | 98 | | Souferzadeh, Navid (MOUD) MD |
| | Orig Entered: 10/16/2023 11:27 EST | | Souferzadeh, Navid (MOUD) MD | |
| 06/02/2023 | 10:58 LOX | 98 | | Souferzadeh, Navid (MOUD) MD |
| | Orig Entered: 06/02/2023 13:59 EST | | Souferzadeh, Navid (MOUD) MD | |
| 05/31/2023 | 12:26 LOX | 95 | | Zhang, Xiaoyan (MOUD) FNP-BC |
| | Orig Entered: 05/31/2023 15:32 EST | | Zhang, Xiaoyan (MOUD) FNP-BC | |
| 05/30/2023 | 10:28 LOX | 99 | | Hoen, Liza PA-C |
| | Orig Entered: 05/30/2023 13:29 EST | | Hoen, Liza PA-C | |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 05/31/2023 | 12:26 LOX | 59.0 | 149.9 | Zhang, Xiaoyan (MOUD) FNP-BC |
| | Orig Entered: 05/31/2023 15:32 EST | | Zhang, Xiaoyan (MOUD) FNP-BC | |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 01/10/2024 | 08:21 LOX | 222.0 | 100.7 | | Souferzadeh, Navid (MOUD) MD |
| | Orig Entered: 01/10/2024 11:23 EST | | Souferzadeh, Navid (MOUD) MD | | |
| 12/07/2023 | 10:40 LOX | 211.0 | 95.7 | | Balogun, Victoria NP |

## Bureau of Prisons
## Health Services
## Vitals All

| Begin Date: | 04/23/2023 | | End Date: | 04/23/2024 |
|---|---|---|---|---|
| Reg #: | 76335-112 | | Inmate Name: | GABAEE, ARMAN |

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 04/02/2024 | 15:04 | LOX | 97.3 | 36.3 | | Blitch, Hilary QIIC RN |
| | **Orig Entered:** 04/02/2024 18:06 EST | | Blitch, Hilary QIIC RN | | | |
| 01/10/2024 | 08:21 | LOX | 100.1 | 37.8 | | Souferzadeh, Navid (MOUD) MD |
| | **Orig Entered:** 01/10/2024 11:23 EST | | Souferzadeh, Navid (MOUD) MD | | | |
| 10/16/2023 | 08:24 | LOX | 100.9 | 38.3 | | Souferzadeh, Navid (MOUD) MD |
| | **Orig Entered:** 10/16/2023 11:27 EST | | Souferzadeh, Navid (MOUD) MD | | | |
| 06/02/2023 | 10:58 | LOX | 98.0 | 36.7 | | Souferzadeh, Navid (MOUD) MD |
| | **Orig Entered:** 06/02/2023 13:59 EST | | Souferzadeh, Navid (MOUD) MD | | | |
| 05/31/2023 | 12:26 | LOX | 97.5 | 36.4 | | Zhang, Xiaoyan (MOUD) FNP-BC |
| | **Orig Entered:** 05/31/2023 15:32 EST | | Zhang, Xiaoyan (MOUD) FNP-BC | | | |
| 05/30/2023 | 10:28 | LOX | 97.8 | 36.6 | | Hoen, Liza PA-C |
| | **Orig Entered:** 05/30/2023 13:29 EST | | Hoen, Liza PA-C | | | |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 01/10/2024 | 08:21 | LOX | 65 | | | Souferzadeh, Navid (MOUD) |
| | **Orig Entered:** 01/10/2024 11:23 EST | | Souferzadeh, Navid (MOUD) MD | | | |
| 12/07/2023 | 10:40 | LOX | 73 | | | Balogun, Victoria NP |
| | **Orig Entered:** 12/07/2023 13:41 EST | | Balogun, Victoria NP | | | |
| 10/16/2023 | 08:24 | LOX | 66 | | | Souferzadeh, Navid (MOUD) |
| | **Orig Entered:** 10/16/2023 11:27 EST | | Souferzadeh, Navid (MOUD) MD | | | |
| 06/02/2023 | 10:58 | LOX | 66 | | | Souferzadeh, Navid (MOUD) |
| | **Orig Entered:** 06/02/2023 13:59 EST | | Souferzadeh, Navid (MOUD) MD | | | |
| 05/31/2023 | 12:26 | LOX | 101 | | | Zhang, Xiaoyan (MOUD) FNP- |
| | **Orig Entered:** 05/31/2023 15:32 EST | | Zhang, Xiaoyan (MOUD) FNP-BC | | | |
| 05/30/2023 | 10:28 | LOX | 67 | | | Hoen, Liza PA-C |
| | **Orig Entered:** 05/30/2023 13:29 EST | | Hoen, Liza PA-C | | | |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 04/02/2024 | 15:04 | LOX | 22 | Blitch, Hilary QIIC RN |
| | **Orig Entered:** 04/02/2024 18:06 EST | | Blitch, Hilary QIIC RN | |
| 01/10/2024 | 08:21 | LOX | 17 | Souferzadeh, Navid (MOUD) MD |
| | **Orig Entered:** 01/10/2024 11:23 EST | | Souferzadeh, Navid (MOUD) MD | |
| 12/07/2023 | 10:40 | LOX | 16 | Balogun, Victoria NP |
| | **Orig Entered:** 12/07/2023 13:41 EST | | Balogun, Victoria NP | |
| 10/16/2023 | 08:24 | LOX | 16 | Souferzadeh, Navid (MOUD) MD |
| | **Orig Entered:** 10/16/2023 11:27 EST | | Souferzadeh, Navid (MOUD) MD | |
| 06/02/2023 | 10:58 | LOX | 16 | Souferzadeh, Navid (MOUD) MD |

| Begin Date: | 04/23/2023 | | | End Date: | 04/23/2024 |
| Reg #: | 76335-112 | | | Inmate Name: | GABAEE, ARMAN |

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| **Orig Entered:** 12/07/2023 13:41 EST | | | | Balogun, Victoria NP | |
| 06/02/2023 | 10:58 LOX | 232.0 | 105.2 | | Souferzadeh, Navid (MOUD) MD |
| **Orig Entered:** 06/02/2023 13:59 EST | | | | Souferzadeh, Navid (MOUD) MD | |
| 05/31/2023 | 12:26 LOX | 231.0 | 104.8 | | Zhang, Xiaoyan (MOUD) FNP-BC |
| **Orig Entered:** 05/31/2023 15:32 EST | | | | Zhang, Xiaoyan (MOUD) FNP-BC | |

**Bureau of Prisons**
**Health Services**
**PPDs**

Reg #: 76335-112                                        Inmate Name: GABAEE, ARMAN

| Admin: | Location | Provider |
|---|---|---|
| 05/30/2023   10:27 | Left Forearm | Hoen, Liza PA-C |
| Orig Entered: | 05/30/2023 13:30 EST | Hoen, Liza PA-C |

| Reading: | Induration | Provider |
|---|---|---|
| 06/01/2023   09:44 | 0 mm | Blitch, Hilary QIIC RN |
| Orig Entered: | 06/01/2023 12:44 EST | Blitch, Hilary QIIC RN |

Total: 1

# Federal Bureau of Prisons
## SCREENINGS

| | | |
|---|---|---|
| Inmate Name: GABAEE, ARMAN | | Reg #: 76335-112 |
| Date of Birth: 04/15/1961 | Sex: M    Race: WHITE | Facility: LOM |
| Encounter Date: 05/30/2023 10:28 | Provider: Hoen, Liza PA-C | Unit: R01 |

**Screenings:**

**Intake Screening**

**COVID**

Yes: History of COVID-19 vaccine administration

No: Shortness of Breath, Loss of taste or smell, Nausea or Vomiting, Diarrhea, History of COVID

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/30/2023 | 10:28 LOX | 97.8 | 36.6 | | Hoen, Liza PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/30/2023 | 10:28 LOX | 67 | | | Hoen, Liza PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/30/2023 | 10:28 LOX | 99 | | Hoen, Liza PA-C |

Cosign Required:No

Completed by Hoen, Liza PA-C on 05/30/2023 10:29.

**Bureau of Prisons**
**Health Services**
**Devices and Equipment**

| Start Date: | 04/23/2023 | | Stop Date: | 04/23/2024 | | |
|---|---|---|---|---|---|---|
| Reg #: | 76335-112 | | Inmate Name: | GABAEE, ARMAN | | |

| Device/Equipment | | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|---|
| Brace - ankle | | | | | | |
| 05/30/2023 13:36 EST  Hoen, Liza PA-C | | 05/30/2023 | | | Personal | |
| Brace - knee | | | | | | |
| 05/30/2023 13:36 EST  Hoen, Liza PA-C | | 05/30/2023 | | | Personal | |
| Arch Supports | | | | | | |
| 05/30/2023 13:36 EST  Hoen, Liza PA-C | | 05/30/2023 | | | Personal | |
| C-Pap | | | | | | |
| 05/30/2023 13:36 EST  Hoen, Liza PA-C | | 05/30/2023 | | | Personal | |

**Total: 4**

## Bureau of Prisons
## Health Services
## Fecal Occult Blood

| Begin Date: | 04/23/2023 | End Date: | 04/23/2024 |
|---|---|---|---|
| Reg #: | 76335-112 | Inmate Name: | GABAEE, ARMAN |

(Reference Range - Negative)

| **Effective Date** | **Fecal Occult Blood** | **Provider** |
|---|---|---|
| 06/07/2023 11:23 LOX | Refused | Blitch, Hilary QIIC RN |

    refusal signed.

      **Orig Entered:**  06/07/2023 14:24 EST   Blitch, Hilary QIIC RN

**Total:**  1

**Bureau of Prisons**
**Health Services**
**Pain Management**

Begin Date: 04/23/2023                              End Date:      04/23/2024
Reg #:      76335-112                               Inmate Name:   GABAEE, ARMAN

| Date | Type | Location | Pre | Intervention | Post | Provider |
|------|------|----------|-----|--------------|------|----------|
| 01/10/2024 08:21 LOX Burning | | Multiple Locations | 6 | meds | | Souferzadeh, Navid |
| Orig Entered: 01/10/2024 11:22 EST  Souferzadeh, Navid (MOUD) MD | | | | | | |
| 07/26/2023 09:28 LOX Aching | | Knee-bilateral | 3 | tylenol | | Latortue, Pierre (MOUD) |
| Orig Entered: 07/26/2023 12:30 EST  Latortue, Pierre (MOUD) MD | | | | | | |

# Bureau of Prisons

## Health Services

### Allergies

| Reg #: 76335-112 | Inmate Name: GABAEE, ARMAN |
|---|---|

| Allergy | Date Noted | Reaction |
|---|---|---|
| No Known Allergies | 05/30/2023 | |

**Orig Entered:** 05/30/2023 13:27 EST   Hoen, Liza PA-C

**Total:** 1

**Bureau of Prisons**

**Health Services**

**Patient Education Assessments & Topics**

Reg #: 76335-112     Inmate Name: GABAEE, ARMAN

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|
| 05/31/2023 | One to One persa | Other | 16 | None | Zhang, Xiaoyan |

Orig Entered: 05/31/2023 15:33 EST   Zhang, Xiaoyan (MOUD)

Total: 1

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 04/02/2024 | Counseling | Plan of Care | Verbalizes Understanding | Blitch, Hilary |
| | Orig Entered: | 04/02/2024 18:15 EST   Blitch, Hilary | | |
| 01/11/2024 | Medication | Amoxicillin 500 MG Cap | Pharmacy No participation | Van Fleet, B. |
| | Orig Entered: | 01/11/2024 22:24 EST   Van Fleet, B. | | |
| 01/10/2024 | Counseling | Access to Care | Verbalizes Understanding | Souferzadeh, Navid |
| | Orig Entered: | 01/10/2024 13:13 EST   Souferzadeh, Navid (MOUD) | | |
| 12/18/2023 | Counseling | Access to Care | Verbalizes Understanding | Wooten, Benjamin |
| | Orig Entered: | 12/18/2023 16:46 EST   Wooten, Benjamin | | |
| 12/18/2023 | Counseling | Diagnosis | Verbalizes Understanding | Wooten, Benjamin |
| | Orig Entered: | 12/18/2023 16:46 EST   Wooten, Benjamin | | |
| 12/07/2023 | Counseling | Compliance - Treatment | Verbalizes Understanding | Balogun, Victoria |
| | Orig Entered: | 12/07/2023 13:51 EST   Balogun, Victoria | | |
| 12/07/2023 | Counseling | Medication Side Effects | Verbalizes Understanding | Balogun, Victoria |
| | Orig Entered: | 12/07/2023 13:51 EST   Balogun, Victoria | | |
| 12/07/2023 | Counseling | Pain Management | Verbalizes Understanding | Balogun, Victoria |
| | Orig Entered: | 12/07/2023 13:51 EST   Balogun, Victoria | | |
| 10/19/2023 | Medication | Amoxicillin 500 MG Cap | Pharmacy No participation | Rodriguez, Diane |
| | Orig Entered: | 10/19/2023 10:49 EST   Rodriguez, Diane | | |
| 10/19/2023 | Medication | Tamsulosin HCl 0.4 MG Cap | Pharmacy No participation | Rodriguez, Diane |

Reg #: 76335-112                Inmate Name: GABAEE, ARMAN

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| | **Orig Entered:** 10/19/2023 10:49 EST | Rodriguez, Diane | | |
| 10/16/2023 | Counseling | Access to Care | Verbalizes Understanding | Souferzadeh, Navid |
| | **Orig Entered:** 10/16/2023 11:33 EST | Souferzadeh, Navid (MOUD) | | |
| 07/26/2023 | Counseling | Plan of Care | Verbalizes Understanding | Latortue, Pierre |
| | **Orig Entered:** 07/26/2023 12:37 EST | Latortue, Pierre (MOUD) | | |
| 06/02/2023 | Counseling | Access to Care | Verbalizes Understanding | Souferzadeh, Navid |
| | **Orig Entered:** 06/02/2023 14:07 EST | Souferzadeh, Navid (MOUD) | | |
| 06/01/2023 | Medication | Distilled Water 1 gallon [ Hinckley/Mckesson] | Pharmacy No participation | Bugarin, Rubirosa |
| | **Orig Entered:** 06/01/2023 23:16 EST | Bugarin, Rubirosa | | |
| 05/31/2023 | Medication | Hydrocortisone Acetate SUPP 25 MG | Pharmacy No participation | Zhang, Xiaoyan |
| | **Orig Entered:** 05/31/2023 16:55 EST | Zhang, Xiaoyan (MOUD) | | |
| 05/31/2023 | Medication | Sulfamethoxazole/Trimeth 800mg /160mg tab | Pharmacy No participation | Zhang, Xiaoyan |
| | **Orig Entered:** 05/31/2023 16:55 EST | Zhang, Xiaoyan (MOUD) | | |
| 05/31/2023 | Counseling | Access to Care | Verbalizes Understanding | Zhang, Xiaoyan |
| | **Orig Entered:** 05/31/2023 16:51 EST | Zhang, Xiaoyan (MOUD) | | |

**Total: 17**

**Bureau of Prisons**
**Health Services**
**Health Problems**

Reg #: 76335-112 | Inmate Name: GABAEE, ARMAN

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Dermatophytosis [tinea, ringworm]<br>05/30/2023 13:38 EST  Hoen, Liza PA-C | | ICD-10 | B359 | 05/30/2023 | Current | |
| Hypothyroidism<br>05/30/2023 13:38 EST  Hoen, Liza PA-C | | ICD-10 | E039 | 05/30/2023 | Current | |
| Vitamin D deficiency<br>06/02/2023 14:00 EST  Souferzadeh, Navid (MAT) MD | | ICD-10 | E559 | 06/02/2023 | Current | |
| Obesity<br>05/31/2023 16:54 EST  Zhang, Xiaoyan FNP-BC<br>BMI 46.7  06/2023 | | ICD-10 | E669 | 05/31/2023 | Current | |
| Sleep apnea<br>05/30/2023 13:38 EST  Hoen, Liza PA-C | | ICD-10 | G4730 | 05/30/2023 | Current | |
| Essential (primary) hypertension<br>05/30/2023 13:38 EST  Hoen, Liza PA-C | | ICD-10 | I10 | 05/30/2023 | Current | |
| Acute upper respiratory infection, unspecified<br>10/16/2023 11:29 EST  Souferzadeh, Navid (MAT) MD | | ICD-10 | J069 | 10/16/2023 | Current | |
| Allergic rhinitis<br>05/30/2023 14:04 EST  Hoen, Liza PA-C | | ICD-10 | J309 | 05/30/2023 | Current | |
| Unspecified hemorrhoids<br>05/30/2023 13:38 EST  Hoen, Liza PA-C | | ICD-10 | K649 | 05/30/2023 | Current | |
| Polyosteoarthritis, unspecified<br>08/03/2023 18:35 EST  Watson, William (MAT) MD<br>min DJD Lf s GH jt; min. DJD b knees | | ICD-10 | M159 | 08/03/2023 | Current | |
| Urinary tract infection, site not specified<br>05/30/2023 13:38 EST  Hoen, Liza PA-C | | ICD-10 | N390 | 05/30/2023 | Current | |
| Enlarged prostate with lower urinary tract symptoms (BPH)<br>05/30/2023 13:38 EST  Hoen, Liza PA-C | | ICD-10 | N401 | 05/30/2023 | Current | |

Generated 04/23/2024 14:49 by Romero, Maria HIT

Bureau of Prisons - LOM

Page 1 of 2

Reg #: 76335-112                     Inmate Name:  GABAEE, ARMAN

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Pain, unspecified | | | | | | |
| 07/26/2023 12:31 EST  Latortue, Pierre (MAT) MD bilateral knee pain | | ICD-10 | R52 | 07/26/2023 | Current | |
| Encounter for dental exam and cleaning without abnormal findings | | | | | | |
| 12/18/2023 16:44 EST  Wooten, Benjamin DDS | | ICD-10 | Z0120 | 12/18/2023 | Current | |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Monoarthritis, not elsewhere classified, unspecified site | | | | | | |
| 08/03/2023 18:34 EST  Watson, William (MAT) MD dupl | | ICD-10 | M1310 | 08/03/2023 | Resolved | 08/03/2023 |
| 08/03/2023 18:33 EST  Watson, William (MAT) MD min DJD Lf shoulder GH jt. | | ICD-10 | M1310 | 08/03/2023 | Current | |

**Total: 15**

# Bureau of Prisons
## Health Services
### Treatments

| Begin Date: | 04/23/2023 | | End Date: | 04/23/2024 |
|---|---|---|---|---|
| Reg #: | 76335-112 | | Inmate Name: | GABAEE, ARMAN |

| Date | Time | Treatment | Provider | Status |
|---|---|---|---|---|
| 06/12/2023 | 09:15 LOX | EKG | Hernandez, Rosangela | Completed |

**Orig Entered:** 06/12/2023 12:15 EST   Hernandez, Rosangela LPN

**Total:** 1

# Bureau of Prisons
## Health Services
## COVID-19 AG

| | | | |
|---|---|---|---|
| Begin Date: | 04/23/2023 | End Date: | 04/23/2024 |
| Reg #: | 76335-112 | Inmate Name: | GABAEE, ARMAN |

(Reference Range - Negative)

| **Effective Date** | **COVID-19 AG** | | **Provider** |
|---|---|---|---|
| 05/30/2023 10:37 LOX | Negative | Asymptomatic | Hoen, Liza PA-C |

    **Orig Entered:**  05/30/2023 13:38 EST  Hoen, Liza PA-C

**Total:** 1

**Bureau of Prisons**
**Health Services**
**Immunizations**

| Begin Date: | 04/23/2023 | | End Date: | 04/23/2024 |
|---|---|---|---|---|
| Reg #: | 76335-112 | | Inmate Name: | GABAEE, ARMAN |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Dose # | Exp Date |
|---|---|---|---|---|---|---|---|---|
| COVID-19 Pfizer-BioNTech | 06/07/2023 | Refused | | | | | | |
| **Orig Entered:** 06/07/2023 14:25 EST | | Blitch, Hilary QIIC RN | | | | | | |
| Hepatitis A Series | | History Unknown | | | | | | |
| **Orig Entered:** 05/31/2023 15:32 EST | | Zhang, Xiaoyan (MOUD) FNP-BC | | | | | | |
| Hepatitis B Series | | History Unknown | | | | | | |
| **Orig Entered:** 05/31/2023 15:32 EST | | Zhang, Xiaoyan (MOUD) FNP-BC | | | | | | |
| Influenza - Immunization | 09/12/2023 | Now | Right Deltoid | 0.5mL | Sanofi Pasteur | U8041CA | 1 | 06/30/2024 |
| **Orig Entered:** 09/12/2023 18:19 EST | | Blitch, Hilary QIIC RN | | | | | | |
| Measles/Mumps/Rubella Series | | History Unknown | | | | | | |
| **Orig Entered:** 05/31/2023 15:32 EST | | Zhang, Xiaoyan (MOUD) FNP-BC | | | | | | |
| Smallpox Series | | History Unknown | | | | | | |
| **Orig Entered:** 05/31/2023 15:32 EST | | Zhang, Xiaoyan (MOUD) FNP-BC | | | | | | |
| Tetanus | | History Unknown | | | | | | |
| **Orig Entered:** 05/31/2023 15:32 EST | | Zhang, Xiaoyan (MOUD) FNP-BC | | | | | | |
| Varicella Series | | History Unknown | | | | | | |
| **Orig Entered:** 05/31/2023 15:32 EST | | Zhang, Xiaoyan (MOUD) FNP-BC | | | | | | |

**Total:** 8

# Bureau of Prisons
## Health Services
### Medical Duty Status

Reg #:  76335-112                          Inmate Name:  GABAEE, ARMAN

**Housing Status**

| | | | |
|---|---|---|---|
| ___ confined to the living quarters except ___ meals ___ pill line **treatments** | | | Exp. Date: ___ |
| ___ on complete bed rest: ___ bathroom privileges only | | | Exp. Date: ___ |
| ___ cell: ___ cell on first floor ___ single cell ___ lower bunk ___ airborne infection isolation | | | Exp. Date: ___ |
| ___ other: _____ | | | Exp. Date: ___ |

**Physical Limitation Restriction**

| | |
|---|---|
| ___ all sports | Exp. Date: ___ |
| ___ weightlifting. ___ upper body ___ lower body | Exp. Date: ___ |
| ___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball ___ football ___ basketball ___ handball ___ stationary equipment | Exp. Date: ___ |
| ___ other: _____ | Exp. Date: ___ |

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Brace - ankle | 05/30/2023 | | |
| Brace - knee | 05/30/2023 | | |
| Arch Supports | 05/30/2023 | | |
| C-Pap | 05/30/2023 | | |

**Work Restriction / Limitation:**

Cleared for Food Service:  **Yes**

| Restriction | Expiration Date |
|---|---|
| Medical Idle | 04/05/2024 |

**Comments:**  N/A

| Blitch, Hilary QIIC RN | 04/02/2024 |
|---|---|
| Health Services Staff | Date |

Inmate Name: ___ **GABAEE, ARMAN** ___    Reg #: ___ **76335-112** ___    Quarters: ___ **D01**

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
## Health Services
## Medical Duty Status

| Reg #:  76335-112 | Inmate Name:  GABAEE, ARMAN |
|---|---|

**Housing Status**

| | Exp. Date: | |
|---|---|---|
| ___ confined to the living quarters except ___ meals ___ pill line **treatments** | Exp. Date: | _____ |
| ___ on complete bed rest: ___ bathroom privileges only | Exp. Date: | _____ |
| **X** cell: ___ cell on first floor ___ single cell **X** lower bunk ___ airborne infection isolation | Exp. Date: | 01/30/2024 |
| **X** other:  Medical reason #8, 13 | Exp. Date: | 01/30/2024 |

**Physical Limitation/Restriction**

| | Exp. Date: | |
|---|---|---|
| ___ all sports | Exp. Date: | _____ |
| ___ weightlifting: ___ upper body ___ lower body | Exp. Date: | _____ |
| ___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball | Exp. Date: | _____ |
| ___ football ___ basketball ___ handball ___ stationary equipment | | |
| ___ other: _____ | Exp. Date: | _____ |

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Brace - ankle | 05/30/2023 | | |
| Brace - knee | 05/30/2023 | | |
| Arch Supports | 05/30/2023 | | |
| C-Pap | 05/30/2023 | | |

**Work Restriction / Limitation:**

Cleared for Food Service:  **Yes**

**X** No Restrictions

**Comments:**  N/A

| Watson, William (MOUD) MD | 08/03/2023 |
|---|---|
| Health Services Staff | Date |

| Inmate Name:  **GABAEE, ARMAN** | Reg #:  **76335-112** | Quarters:  **D01** |
|---|---|---|

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #:  76335-112                        Inmate Name:  GABAEE, ARMAN

**Housing Status**

| | | | | Exp. Date: |
|---|---|---|---|---|
| ___ confined to the living quarters except ___ meals ___ pill line ___ treatments | | | | Exp. Date: |
| ___ on complete bed rest: ___ bathroom privileges only | | | | Exp. Date: |
| X cell: ___ cell on first floor ___ single cell X lower bunk ___ airborne infection isolation | | | | Exp. Date: 05/31/2024 |
| ___ other: | | | | Exp. Date: |

**Physical Limitation/Restriction**

| | | | Exp. Date: |
|---|---|---|---|
| ___ all sports | | | Exp. Date: |
| ___ weightlifting: ___ upper body ___ lower body | | | Exp. Date: |
| ___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball ___ football ___ basketball ___ handball ___ stationary equipment | | | Exp. Date: |
| ___ other: | | | Exp. Date: |

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Brace - ankle | 05/30/2023 | | |
| Brace - knee | 05/30/2023 | | |
| Arch Supports | 05/30/2023 | | |
| C-Pap | 05/30/2023 | | |

**Work Restriction / Limitation:**

Cleared for Food Service:  **Yes**

X No Restrictions

**Comments:**   care level 2 .
low bunk criteria : #7 & 8

Zhang, Xiaoyan (MOUD) FNP-BC                    **05/31/2023**
Health Services Staff                                            Date

Inmate Name:        **GABAEE, ARMAN**          Reg #:   **76335-112**    Quarters:   **D01**

*ALL EXPIRATION DATES ARE AT 24:00*

**Bureau of Prisons**
**Health Services**
**Medication Summary**
**Historical**

| | | | | | |
|---|---|---|---|---|---|
| Complex: | LOX--LOMPOC FCC | | Begin Date: 04/23/2023 | End Date: 04/23/2024 | |
| Inmate: | GABAEE, ARMAN | | Reg #: 76335-112 | Quarter: D01-008L | |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:** Denied

## Active Prescriptions

Acetaminophen 325 MG Tab
Take two tablets (650 MG) by mouth every eight hours AS NEEDED for 14 days
**Rx#:** 413822-LOX      **Doctor:** Latortue, Pierre (MOUD) MD
**Start:** 07/26/23      **Exp:** 08/09/23      **Pharmacy Dispensings:** 84 TAB in 14 days

Amoxicillin 500 MG Cap
Take one capsule (500 MG) by mouth three times daily for 10 days
**Rx#:** 419723-LOX      **Doctor:** Souferzadeh, Navid (MOUD) MD
**Start:** 10/16/23      **Exp:** 10/26/23      **Pharmacy Dispensings:** 30 CAP in 10 days

Amoxicillin 500 MG Cap
Take one capsule (500 MG) by mouth three times daily for 10 days
**Rx#:** 425730-LOX      **Doctor:** Souferzadeh, Navid (MOUD) MD
**Start:** 01/10/24      **Exp:** 01/20/24      **Pharmacy Dispensings:** 30 CAP in 10 days

Clotrimazole Cream 1% 28.35GM
Apply a small amount topically to the affected area(s) rash twice daily AS NEEDED
**Rx#:** 409933-LOX      **Doctor:** Hoen, Liza PA-C
**Start:** 05/30/23      **Exp:** 07/29/23      **Pharmacy Dispensings:** 56.7 GM in 60 days

Diclofenac Sodium External Gel 1% [100gm]
Apply topically to the affected area(s) twice daily AS NEEDED
**Rx#:** 413823-LOX      **Doctor:** Latortue, Pierre (MOUD) MD
**Start:** 07/26/23      **Exp:** 09/24/23      **Pharmacy Dispensings:** 200 GM in 60 days

Distilled Water 1 gallon [ Hinckley/Mckesson]
as needed Other-see notes Inhalation device -   daily AS NEEDED ***self carry***
**Rx#:** 409934-LOX      **Doctor:** Hoen, Liza PA-C
**Start:** 05/30/23      **Exp:** 07/29/23      **D/C:** 06/02/23      **Pharmacy Dispensings:** 1 EA in 60 days

Distilled Water 1 gallon [ Hinckley/Mckesson]
use as needed Other-see notes Inhalation device -   daily AS NEEDED ***self carry***
**Rx#:** 410223-LOX      **Doctor:** Souferzadeh, Navid (MOUD) MD
**Start:** 06/02/23      **Exp:** 11/29/23      **Pharmacy Dispensings:** 4 EA in 180 days

| Complex: | LOX--LOMPOC FCC | Begin Date: | 04/23/2023 | End Date: | 04/23/2024 |
|---|---|---|---|---|---|
| Inmate: | GABAEE, ARMAN | Reg #: | 76335-112 | Quarter: | D01-008L |

## Active Prescriptions

Distilled Water 1 gallon [ Hinckley/Mckesson]

use as needed Other-see notes Inhalation device -   daily AS NEEDED ***self carry***

**Rx#:**  425731-LOX        **Doctor:** Souferzadeh, Navid (MOUD) MD

**Start:** 01/10/24        **Exp:** 07/08/24                **Pharmacy Dispensings:** 3 EA in 105 days

---

Fluticasone Prop 50mcg, 16ml Nasal spry

*SHAKE WELL* and administer 1 spray in each nostril twice daily AS NEEDED **non-formulary approved until: 7/1/2023

**Rx#:**  410172-LOX        **Doctor:** Hoen, Liza PA-C

**Start:** 06/01/23        **Exp:** 07/01/23        **D/C:** 06/02/23        **Pharmacy Dispensings:** 16 ML in 30 days

---

Fluticasone Prop 50mcg, 16ml Nasal spry

*SHAKE WELL* and administer 1 spray in each nostril twice daily AS NEEDED **non-formulary approved until: 7/1/2023

**Rx#:**  410224-LOX        **Doctor:** Souferzadeh, Navid (MOUD) MD

**Start:** 06/02/23        **Exp:** 07/01/23                **Pharmacy Dispensings:** 16 ML in 29 days

---

Hydrocortisone Acetate SUPP 25 MG

Unwrap and insert one suppository rectally twice daily AS NEEDED for 10 days ***self carry***

**Rx#:**  409945-LOX        **Doctor:** Hoen, Liza PA-C

**Start:** 05/30/23        **Exp:** 06/09/23        **D/C:** 06/02/23        **Pharmacy Dispensings:** 20 SUPP in 10 days

---

Hydrocortisone Acetate SUPP 25 MG

Unwrap and insert one suppository rectally twice daily AS NEEDED

**Rx#:**  410225-LOX        **Doctor:** Souferzadeh, Navid (MOUD) MD

**Start:** 06/02/23        **Exp:** 11/29/23                **Pharmacy Dispensings:** 72 SUPP in 180 days

---

Hydrocortisone Acetate SUPP 25 MG

Unwrap and insert one suppository rectally twice daily AS NEEDED

**Rx#:**  425732-LOX        **Doctor:** Souferzadeh, Navid (MOUD) MD

**Start:** 01/10/24        **Exp:** 07/08/24                **Pharmacy Dispensings:** 96 SUPP in 105 days

---

LevoTHYROXINE Sodium 100 MCG Tab

Take one tablet (100 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism ***self carry***

**Rx#:**  409946-LOX        **Doctor:** Hoen, Liza PA-C

**Start:** 05/30/23        **Exp:** 07/29/23        **D/C:** 06/02/23        **Pharmacy Dispensings:** 60 TAB in 60 days

---

LevoTHYROXINE Sodium 100 MCG Tab

Take one tablet (100 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism ***self carry***

**Rx#:**  410226-LOX        **Doctor:** Souferzadeh, Navid (MOUD) MD

**Start:** 06/02/23        **Exp:** 06/01/24                **Pharmacy Dispensings:** 360 TAB in 327 days

---

Lidocaine 5% Patch

apply 1 patch to the affected area each evening (12 hours on; 12 hours off)

| Complex: | LOX--LOMPOC FCC | | Begin Date: | 04/23/2023 | End Date: | 04/23/2024 |
| Inmate: | GABAEE, ARMAN | Reg #: | 76335-112 | Quarter: | D01-008L |

## Active Prescriptions

**Rx#:** 425733-LOX    **Doctor:** Souferzadeh, Navid (MOUD) MD
**Start:** 01/10/24    **Exp:** 07/08/24    **Pharmacy Dispensings:** 60 Patch in 105 days

Losartan potassium  25 MG Tab
Take one tablet (25 MG) by mouth each day ***self carry***
**Rx#:** 409947-LOX    **Doctor:** Hoen, Liza PA-C
**Start:** 05/30/23    **Exp:** 07/29/23    **D/C:** 06/02/23    **Pharmacy Dispensings:** 60 TAB in 60 days

Losartan potassium  25 MG Tab
Take one tablet (25 MG) by mouth each day ***self carry***
**Rx#:** 410227-LOX    **Doctor:** Souferzadeh, Navid (MOUD) MD
**Start:** 06/02/23    **Exp:** 06/01/24    **Pharmacy Dispensings:** 270 TAB in 327 days

Naproxen 500 MG Tab
Take one tablet (500 MG) by mouth twice daily with food AS NEEDED for 7 days
**Rx#:** 423716-LOX    **Doctor:** Balogun, Victoria NP
**Start:** 12/07/23    **Exp:** 12/14/23    **Pharmacy Dispensings:** 14 TAB in 7 days

Naproxen 500 MG Tab
Take one tablet (500 MG) by mouth twice daily with food AS NEEDED
**Rx#:** 425734-LOX    **Doctor:** Souferzadeh, Navid (MOUD) MD
**Start:** 01/10/24    **Exp:** 07/08/24    **Pharmacy Dispensings:** 240 TAB in 105 days

Sulfamethoxazole/Trimeth 800mg /160mg tab
Take one tablet  by mouth twice daily for 10 days ***self carry***
**Rx#:** 409948-LOX    **Doctor:** Hoen, Liza PA-C
**Start:** 05/30/23    **Exp:** 06/09/23    **Pharmacy Dispensings:** 20 TAB in 10 days

Tamsulosin HCl 0.4 MG Cap
Take one capsule (0.4 MG) by mouth each day
**Rx#:** 419724-LOX    **Doctor:** Souferzadeh, Navid (MOUD) MD
**Start:** 10/16/23    **Exp:** 04/13/24    **D/C:** 01/10/24    **Pharmacy Dispensings:** 180 CAP in 180 days

Tamsulosin HCl 0.4 MG Cap
Take one capsule (0.4 MG) by mouth each day
**Rx#:** 425735-LOX    **Doctor:** Souferzadeh, Navid (MOUD) MD
**Start:** 01/10/24    **Exp:** 07/08/24    **Pharmacy Dispensings:** 90 CAP in 105 days

Cholecalciferol (Vit D) 5000 UNIT (125 mcg) Cap
Take one capsule  by mouth each day
**Rx#:** 410262-LOX    **Doctor:** Souferzadeh, Navid (MOUD) MD
**Start:** 06/05/23    **Exp:** 06/04/24    **Pharmacy Dispensings:** 360 CAP in 324 days

| | | | | |
|---|---|---|---|---|
| Complex: | LOX--LOMPOC FCC | Begin Date: | 04/23/2023 | End Date: 04/23/2024 |
| Inmate: | GABAEE, ARMAN | Reg #: | 76335-112 | Quarter: D01-008L |

## Bureau of Prisons
## Health Services
## Dental Health History Screen

| | | | |
|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | Reg #: 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: M   Race: WHITE | Facility: LOM |
| Encounter Date: | 06/05/2023 07:42 | Provider: Wooten, Benjamin | Unit: A01 |

**ASSESSMENTS:**

**Health Problems as of Dental Health History Encounter date:** 06/05/2023 07:42

Health Problems

| Health Problem | Status |
|---|---|
| Dermatophytosis [tinea, ringworm] | Current |
| Hypothyroidism | Current |
| Vitamin D deficiency | Current |
| Obesity | Current |
| BMI 46.7  06/2023 | |
| Sleep apnea | Current |
| Essential (primary) hypertension | Current |
| Allergic rhinitis | Current |
| Unspecified hemorrhoids | Current |
| Urinary tract infection, site not specified | Current |
| Enlarged prostate with lower urinary tract symptoms (BPH) | Current |

**Medical History as of Dental Health History Encounter date:** 06/05/2023 07:42

**Medical History:**

| | |
|---|---|
| **Allergies:** | Denied |
| **Seizures:** | Denied |
| **Diabetes:** | |
| **Type:** | Non-Insulin Dependent |
| **Age of Onset:** | Adult (51-60 Years) |
| **Comments:** | |
| **Cardiovascular:** | Denied |
| **CVA:** | Denied |
| **Hypertension:** | |
| **Age of Onset:** | Adult (51-60 Years) |
| **Comments:** | |
| **Respiratory:** | |
| Age of Onset: | |
| Hx of Asthma: | No |
| Hx of Emphysema: | No |
| Hx of COPD: | No |
| Comments: Sleep apnea; on CPAP | |
| **Sickle Cell Anemia:** | Denied |

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: M | Race: WHITE | Facility: | LOM |
| Encounter Date: | 06/05/2023 07:42 | Provider: | Wooten, Benjamin | Unit: | A01 |

| **Bad breath:** | No |
| **Decayed teeth:** | No |
| **Loose teeth:** | No |
| **Wear dentures:** | No |
| **None:** | Yes |
| **Comments:** | |

| **Cardiac Condition Requiring Prophylaxis:** | No |
| **Prosthetic joint(s):** | No |
| **Radiation history of head or neck:** | No |
| **Excessive bleeding:** | No |
| **Bisphosphonates:** | No |
| **Comments:** | |

**Medications as of Dental Health History Encounter date:**     06/05/2023 07:42

Medications:

Clotrimazole Cream 1% 28.35GM  Exp: 07/29/2023  SIG: Apply a small amount topically to the affected area(s) rash twice daily AS NEEDED

Distilled Water 1 gallon [ Hinckley/Mckesson]  Exp: 11/29/2023  SIG: use as needed Other-see notes Inhalation device -  daily AS NEEDED ***self carry***

Fluticasone Prop 50mcg, 16ml Nasal spry  Exp: 07/01/2023  SIG: *SHAKE WELL* and administer 1 spray in each nostril twice daily AS NEEDED **non-formulary approved until: 7/1/2023

Hydrocortisone Acetate SUPP 25 MG  Exp: 11/29/2023  SIG: Unwrap and insert one suppository rectally twice daily AS NEEDED

LevoTHYROXINE Sodium 100 MCG Tab  Exp: 06/01/2024  SIG: Take one tablet (100 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism ***self carry***

Losartan potassium  25 MG Tab  Exp: 06/01/2024  SIG: Take one tablet (25 MG) by mouth each day ***self carry***

Sulfamethoxazole/Trimeth 800mg /160mg tab  Exp: 06/09/2023  SIG: Take one tablet  by mouth twice daily for 10 days ***self carry***

OTCs:  Listing of all known OTCs this inmate is currently taking.

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Wooten, Benjamin DDS on 06/05/2023 07:43

# Bureau of Prisons
## Health Services
## Dental A&O Exam

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: M   Race: WHITE | Facility: | LOM |
| Encounter Date: | 06/05/2023 07:41 | Provider: Wooten, Benjamin DDS | Unit: | A01 |

Reviewed Health Status:    Yes

Occlusion:    Class I

Oral Hygiene:  Good

**CPITN:**

| 0 | 0 | 0 |
|---|---|---|
| 0 | 0 | 0 |

Hard and soft tissue examination performed and documented on BP618 form:    Yes

Head & Neck/Soft Tissue within normal limits?    Yes

Comments:

| **Decayed:** | **Missing:** | **Filled:** |
|---|---|---|
| 0 | 1 | 9 |

Comments:

Approved for hygiene appointment and radiographs:    Yes

Instructed inmate how to obtain routine and emergency dental care.  Oral hygiene instructions given:    Yes

Dental A&O Screening Exam findings entered on GABAEE, ARMAN by Wooten, Benjamin DDS on 06/05/2023 07:41.

**Bureau of Prisons**
**Health Services**
**Dental Soap/Admin Encounter**

| | | |
|---|---|---|
| Inmate Name:  GABAEE, ARMAN | | Reg #:  76335-112 |
| Date of Birth:    04/15/1961 | Sex:  M          Race:  WHITE | Facility:  LOM |
| Encounter Date: 12/18/2023 13:41 | Provider:  Wooten, Benjamin DDS | Unit:       D01 |

**Reviewed Health Status:**  Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT  **1**          Provider:  Wooten, Benjamin DDS

Chief Complaint:      Sensitivity

Subjective:   sensitive teeth upper right. Not emergency, leaves soon.

**Pain Location:**

Pain Scale:     4

Pain Qualities:     Sensitivity

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Dental Findings:**
**Dentition**
**General**
Abnormal Finding(s) Noted (Clinical Observation/Findings)(no)
No significant findings.

**ASSESSMENTS:**

Encounter for dental exam and cleaning without abnormal findings, Z0120 - Current

**PROCEDURE:**

Dental Procedures

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Examination, Limited | Completed |

Comments: No findings to indicate need for urgent treatment.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: M | Race: WHITE | Facility: | LOM |
| Encounter Date: 12/18/2023 13:41 | | Provider: | Wooten, Benjamin DDS | Unit: | D01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/18/2023 | Counseling | Access to Care | Wooten, Benjamin | Verbalizes Understanding |
| 12/18/2023 | Counseling | Diagnosis | Wooten, Benjamin | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Wooten, Benjamin DDS on 12/18/2023 13:46

Report Status: **Final**

GABAEE, ARMAN

 Quest Diagnostics

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **GABAEE, ARMAN**<br><br>**DOB: 04/15/1961   AGE: 62**<br>Gender:   M<br>Phone:   NG<br>Patient ID: 76335-112 | Specimen:   EN461895D<br>Requisition: 2287777<br>Lab Ref #:   010242170<br><br>Collected:   03/07/2024 / 10:57 PST<br>Received:   03/08/2024 / 04:45 PST<br>Reported:   03/08/2024 / 22:59 PST | Client #: 93436605    SB04010<br>SOUFERZADEH, NAVID<br>USP LOMPOC - LOM<br>Attn: ATTN: HEALTH SERVICES UNIT<br>3901 KLEIN BLVD<br>LOMPOC, CA 93436-2706 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL, STANDARD | | | | |
| **CHOLESTEROL, TOTAL** | | **201 H** | <200 mg/dL | EN |
| HDL CHOLESTEROL | 58 | | > OR = 40 mg/dL | EN |
| TRIGLYCERIDES | 76 | | <150 mg/dL | EN |
| **LDL-CHOLESTEROL** | | **126 H** | mg/dL (calc) | EN |
| Reference range: <100 | | | | |
| | | | | |
| Desirable range <100 mg/dL for primary prevention; | | | | |
| <70 mg/dL for patients with CHD or diabetic patients | | | | |
| with > or = 2 CHD risk factors. | | | | |
| | | | | |
| LDL-C is now calculated using the Martin-Hopkins | | | | |
| calculation, which is a validated novel method providing | | | | |
| better accuracy than the Friedewald equation in the | | | | |
| estimation of LDL-C. | | | | |
| Martin SS et al. JAMA. 2013;310(19): 2061-2068 | | | | |
| (http://education.QuestDiagnostics.com/faq/FAQ164) | | | | |
| CHOL/HDLC RATIO | 3.5 | | <5.0 (calc) | EN |
| **NON HDL CHOLESTEROL** | | **143 H** | <130 mg/dL (calc) | EN |
| For patients with diabetes plus 1 major ASCVD risk | | | | |
| factor, treating to a non-HDL-C goal of <100 mg/dL | | | | |
| (LDL-C of <70 mg/dL) is considered a therapeutic | | | | |
| option. | | | | |
| COMPREHENSIVE METABOLIC PANEL | | | | EN |
| GLUCOSE | 87 | | 65-99 mg/dL | |
| | | | | |
| | | | Fasting reference interval | |
| | | | | |
| **UREA NITROGEN (BUN)** | | **29 H** | 7-25 mg/dL | |
| CREATININE | 0.82 | | 0.70-1.35 mg/dL | |
| EGFR | 99 | | > OR = 60 mL/min/1.73m2 | |
| **BUN/CREATININE RATIO** | | **35 H** | 6-22 (calc) | |
| SODIUM | 139 | | 135-146 mmol/L | |
| POTASSIUM | 4.5 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 103 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 26 | | 20-32 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.3 mg/dL | |
| PROTEIN, TOTAL | 7.0 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.6 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.6 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 37 | | 35-144 U/L | |
| AST | 12 | | 10-35 U/L | |
| ALT | 16 | | 9-46 U/L | |
| HEMOGLOBIN A1c | 5.6 | | <5.7 % of total Hgb | EN |
| For the purpose of screening for the presence of | | | | |
| diabetes: | | | | |
| | | | | |
| <5.7%    Consistent with the absence of diabetes | | | | |
| 5.7-6.4%  Consistent with increased risk for diabetes | | | | |
| (prediabetes) | | | | |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

 Quest Diagnostics™



Report Status: Final

GABAEE, ARMAN

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **GABAEE, ARMAN**<br><br>**DOB: 04/15/1961    AGE: 62**<br>Gender:   M<br>Patient ID: 76335-112 | Specimen:   EN461895D<br>Collected:   03/07/2024 / 10:57 PST<br>Received:   03/08/2024 / 04:45 PST<br>Reported:   03/08/2024 / 22:59 PST | Client #: 93436605<br>SOUFERZADEH, NAVID |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| > or =6.5%  Consistent with diabetes | | | | |

This assay result is consistent with a decreased risk of diabetes.

Currently, no consensus exists regarding use of hemoglobin A1c for diagnosis of diabetes in children.

According to American Diabetes Association (ADA) guidelines, hemoglobin A1c <7.0% represents optimal control in non-pregnant diabetic patients. Different metrics may apply to specific patient populations. Standards of Medical Care in Diabetes(ADA).

HbA1c performed on Roche platform.
Effective 2/19/24 a change in test platforms may have shifted HbA1c results compared to historical results.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH | 1.75 | | 0.40-4.50 mIU/L | EN |
| T4, FREE | 1.3 | | 0.8-1.8 ng/dL | EN |
| CBC (INCLUDES DIFF/PLT) | | | | EN |
| WHITE BLOOD CELL COUNT | 5.5 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 5.28 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 15.0 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 45.0 | | 38.5-50.0 % | |
| MCV | 85.2 | | 80.0-100.0 fL | |
| MCH | 28.4 | | 27.0-33.0 pg | |
| MCHC | 33.3 | | 32.0-36.0 g/dL | |
| RDW | 12.7 | | 11.0-15.0 % | |
| PLATELET COUNT | 196 | | 140-400 Thousand/uL | |
| MPV | 10.8 | | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 2723 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2255 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 424 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 61 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 39 | | 0-200 cells/uL | |
| NEUTROPHILS | 49.5 | | % | |
| LYMPHOCYTES | 41.0 | | % | |
| MONOCYTES | 7.7 | | % | |
| EOSINOPHILS | 1.1 | | % | |
| BASOPHILS | 0.7 | | % | |
| PSA, TOTAL | 1.30 | | < OR = 4.00 ng/mL | EN |

The total PSA value from this assay system is standardized against the WHO standard. The test result will be approximately 20% lower when compared to the equimolar-standardized total PSA (Beckman Coulter). Comparison of serial PSA results should be interpreted with this fact in mind.

This test was performed using the Siemens chemiluminescent method. Values obtained from different assay methods cannot be used interchangeably. PSA levels, regardless of value, should not be interpreted as absolute evidence of the presence or absence of disease.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

 

**Report Status: Final**

**GABAEE, ARMAN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **GABAEE, ARMAN**<br><br>**DOB: 04/15/1961    AGE: 62**<br>Gender:    M<br>Patient ID: 76335-112 | Specimen:    EN461895D<br>Collected:    03/07/2024 / 10:57 PST<br>Received:    03/08/2024 / 04:45 PST<br>Reported:    03/08/2024 / 22:59 PST | Client #: 93436605<br>SOUFERZADEH, NAVID |

**PERFORMING SITE:**

EN    QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: TAB TOOCHINDA,MD, CLIA: 05D0642827

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

## Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/08/2024 23:02 | Provider: | Lab Result Receive | Facility: | LOM |

Cosigned by Dhaliwal, Jaspal (MOUD) MD on 03/11/2024 12:21.

 **Quest** Diagnostics

**Report Status:** Final

**GABAEE, ARMAN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **GABAEE, ARMAN**<br><br>**DOB: 04/15/1961    AGE: 62**<br>Gender:    M<br>Phone:    NG<br>Patient ID: 76335-112 | Specimen:    EN461894D<br>Requisition: 2287714<br>Lab Ref #:    010242169<br><br>Collected:    03/07/2024 / 10:55 PST<br>Received:    03/08/2024 / 04:44 PST<br>Reported:    03/08/2024 / 07:11 PST | Client #: 93436605        SB04010<br>SOUFERZADEH, NAVID<br>USP LOMPOC - LOM<br>Attn: ATTN: HEALTH SERVICES UNIT<br>3901 KLEIN BLVD<br>LOMPOC, CA 93436-2706 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| URINALYSIS, COMPLETE<br>  W/REFLEX TO CULTURE | | | | EN |
| COLOR | YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | 1.026 | | 1.001-1.035 | |
| PH | 6.5 | | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONES | NEGATIVE | | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | |
| PROTEIN | NEGATIVE | | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | |
| WBC | 0-5 | | < OR = 5 /HPF | |
| RBC | 0-2 | | < OR = 2 /HPF | |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | | < OR = 5 /HPF | |
| BACTERIA | NONE SEEN | | NONE SEEN /HPF | |
| HYALINE CAST | NONE SEEN | | NONE SEEN /LPF | |

      This urine was analyzed for the presence of WBC,
RBC, bacteria, casts, and other formed elements.
Only those elements seen were reported.


REFLEXIVE URINE CULTURE                                                                                          EN

                    NO CULTURE INDICATED

**PERFORMING SITE:**
EN    QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: TAB TOOCHINDA,MD, CLIA: 05D0642827

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 03/08/2024 07:18 | Provider: | Lab Result Receive | | Facility: | LOM |

Cosigned by Souferzadeh, Navid (MOUD) MD on 03/08/2024 08:35.



**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** GABAEE, ARMAN | **Facility** USP Lompoc |
| **Reg #** 76335-112 | **Order Unit NIU** D01-008L |
| **DOB** 04/15/1961 | **Provider** Navid Souferzadeh, MD |
| **Sex** M | |

**Collected** 11/20/2023 12:01 PST, 11/27/2023 08:57 PST
**Received**
**Reported** 11/27/2023 08:57 PST
**LIS ID** 289231544

---

### REFUSAL / REJECT / CANCEL

FedEx delivery of specimen boxes delayed. The tests listed below have been rejected due to sample stability.

Lipid Profile, T4, Free, PSA, Total, TSH, CBC w/Diff, Hemoglobin A1C, Comprehensive Metabolic Profile

Providers: Please review and re-order if clinically indicated.
Complete

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 | |
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE | |
| Encounter Date: | 11/27/2023 08:57 | Provider: | Lab Result Receive | Facility: | LOM | |

**Cosigned by Dhaliwal, Jaspal (MAT) MD on 11/27/2023 12:07.**

 

**Report Status: Final**

**GABAEE, ARMAN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **GABAEE, ARMAN**<br><br>**DOB: 04/15/1961    AGE: 62**<br>Gender:    M<br>Phone:    NG<br>Patient ID: 76335-112 | Specimen:    EN599346Y<br>Requisition: 6116188<br>Lab Ref #:    289231543<br><br>Collected:    11/21/2023 / 09:09 PST<br>Received:    11/22/2023 / 04:00 PST<br>Reported:    11/22/2023 / 08:46 PST | Client #: 93436605    SB04010<br>SOUFERZADEH, NAVID<br>USP LOMPOC - LOM<br>Attn: ATTN: HEALTH SERVICES UNIT<br>3901 KLEIN BLVD<br>LOMPOC, CA 93436-2706 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| URINALYSIS, COMPLETE | | | | EN |
| W/REFLEX TO CULTURE | | | | |
| COLOR | YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | 1.017 | | 1.001-1.035 | |
| PH | 5.5 | | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONES | NEGATIVE | | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | |
| PROTEIN | NEGATIVE | | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | |
| WBC | NONE SEEN | | < OR = 5 /HPF | |
| RBC | 0-2 | | < OR = 2 /HPF | |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | | < OR = 5 /HPF | |
| BACTERIA | NONE SEEN | | NONE SEEN /HPF | |
| HYALINE CAST | NONE SEEN | | NONE SEEN /LPF | |

    This urine was analyzed for the presence of WBC,
RBC, bacteria, casts, and other formed elements.
Only those elements seen were reported.

REFLEXIVE URINE CULTURE                                                                EN

            NO CULTURE INDICATED

**PERFORMING SITE:**

EN    QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: TAB TOOCHINDA,MD, CLIA: 05D0642827

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/22/2023 08:51 | Provider: | Lab Result Receive | Facility: | LOM |

Cosigned by Dhaliwal, Jaspal (MAT) MD on 11/27/2023 13:03.

 

Report Status: **Final**

**GABAEE, ARMAN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **GABAEE, ARMAN**<br><br>**DOB: 04/15/1961    AGE: 62**<br>Gender:    M<br>Phone:    NG<br>Patient ID: 76335-112 | Specimen:    EN727228U<br>Requisition: 9913961<br>Lab Ref #:    153231974<br><br>Collected:    08/09/2023 / 12:25 PDT<br>Received:    08/10/2023 / 02:05 PDT<br>Reported:    08/10/2023 / 11:50 PDT | Client #: 93436605    SB04010<br>SOUFERZADEH, NAVID<br>USP LOMPOC - LOM<br>Attn: ATTN: HEALTH SERVICES UNIT<br>3901 KLEIN BLVD<br>LOMPOC, CA 93436-2706 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| URINALYSIS, COMPLETE | | | | EN |
| W/REFLEX TO CULTURE | | | | |
| COLOR | DARK YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | 1.028 | | 1.001-1.035 | |
| PH | 6.5 | | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| **KETONES** | | TRACE | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | |
| **PROTEIN** | | TRACE | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | |
| WBC | NONE SEEN | | < OR = 5 /HPF | |
| RBC | 0-2 | | < OR = 2 /HPF | |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | | < OR = 5 /HPF | |
| BACTERIA | NONE SEEN | | NONE SEEN /HPF | |
| HYALINE CAST | NONE SEEN | | NONE SEEN /LPF | |

    This urine was analyzed for the presence of WBC,
RBC, bacteria, casts, and other formed elements.
Only those elements seen were reported.


REFLEXIVE URINE CULTURE                              EN

                NO CULTURE INDICATED

**PERFORMING SITE:**

EN    QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: TAB TOOCHINDA,MD, CLIA: 05D0642827

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/10/2023 11:52 | Provider: | Lab Result Receive | Facility: | LOM |

Cosigned by Souferzadeh, Navid (MAT) MD on 08/10/2023 12:41.

 

Report Status: **Final**

**GABAEE, ARMAN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **GABAEE, ARMAN**<br><br>**DOB: 04/15/1961    AGE: 62**<br>Gender:   M<br>Phone:    NG<br>Patient ID: 76335-112 | Specimen:    EN728862U<br>Requisition: 9914053<br>Lab Ref #:    153231970<br><br>Collected:   08/09/2023  / 12:25 PDT<br>Received:    08/10/2023  / 02:07 PDT<br>Reported:    08/10/2023  / 08:51 PDT | Client #: 93436605      SB04010<br>SOUFERZADEH, NAVID<br>USP LOMPOC - LOM<br>Attn: ATTN: HEALTH SERVICES UNIT<br>3901 KLEIN BLVD<br>LOMPOC, CA 93436-2706 |

### Endocrinology

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| VITAMIN D,25-OH,TOTAL,IA | 65 | 30-100 ng/mL | EN |

```
Vitamin D Status        25-OH Vitamin D:

Deficiency:               <20 ng/mL
Insufficiency:        20 - 29 ng/mL
Optimal:              > or = 30 ng/mL
```

For 25-OH Vitamin D testing on patients on D2-supplementation and patients for whom quantitation of D2 and D3 fractions is required, the QuestAssureD(TM) 25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order code 92888 (patients >2yrs).

For additional information, please refer to http://education.QuestDiagnostics.com/faq/FAQ199 (This link is being provided for informational/ educational purposes only.)

Physician Comments:

**PERFORMING SITE:**
EN    QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: TAB TOOCHINDA,MD, CLIA: 05D0642827

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/10/2023 08:57 | Provider: | Lab Result Receive | Facility: | LOM |

**Cosigned by Souferzadeh, Navid (MAT) MD on 08/10/2023 11:13.**

 

**Quest** Diagnostics

Report Status: **Final**

**GABAEE, ARMAN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **GABAEE, ARMAN**<br><br>**DOB: 04/15/1961    AGE: 62**<br>Gender:   M<br>Phone:    NG<br>Patient ID: 76335-112 | Specimen:    EN728861U<br>Requisition: 9913996<br>Lab Ref #:   153231975<br><br>Collected:   08/09/2023 / 12:25 PDT<br>Received:    08/10/2023 / 02:05 PDT<br>Reported:    08/10/2023 / 07:39 PDT | Client #: 93436605      SB04010<br>SOUFERZADEH, NAVID<br>USP LOMPOC - LOM<br>Attn: ATTN: HEALTH SERVICES<br>UNIT<br>3901 KLEIN BLVD<br>LOMPOC, CA 93436-2706 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL, STANDARD | | | | |
| **CHOLESTEROL, TOTAL** | | **203 H** | <200 mg/dL | EN |
| HDL CHOLESTEROL | 45 | | > OR = 40 mg/dL | EN |
| TRIGLYCERIDES | 109 | | <150 mg/dL | EN |
| **LDL-CHOLESTEROL** | | **136 H** | mg/dL (calc) | EN |

    Reference range: <100

    Desirable range <100 mg/dL for primary prevention;
    <70 mg/dL for patients with CHD or diabetic patients
    with > or = 2 CHD risk factors.

    LDL-C is now calculated using the Martin-Hopkins
    calculation, which is a validated novel method providing
    better accuracy than the Friedewald equation in the
    estimation of LDL-C.
    Martin SS et al. JAMA. 2013;310(19): 2061-2068
    (http://education.QuestDiagnostics.com/faq/FAQ164)

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 4.5 | | <5.0 (calc) | EN |
| **NON HDL CHOLESTEROL** | | **158 H** | <130 mg/dL (calc) | EN |

    For patients with diabetes plus 1 major ASCVD risk
    factor, treating to a non-HDL-C goal of <100 mg/dL
    (LDL-C of <70 mg/dL) is considered a therapeutic
    option.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC<br>PANEL | | | | EN |
| GLUCOSE | 92 | | 65-99 mg/dL | |

                              Fasting reference interval

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| UREA NITROGEN (BUN) | 23 | | 7-25 mg/dL | |
| CREATININE | 0.90 | | 0.70-1.35 mg/dL | |
| EGFR | 97 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | SEE NOTE: | | 6-22 (calc) | |

                Not Reported: BUN and Creatinine are within
                reference range.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| SODIUM | 137 | | 135-146 mmol/L | |
| POTASSIUM | 4.6 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 102 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 26 | | 20-32 mmol/L | |
| CALCIUM | 9.8 | | 8.6-10.3 mg/dL | |
| PROTEIN, TOTAL | 7.5 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.9 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.6 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 38 | | 35-144 U/L | |
| AST | 21 | | 10-35 U/L | |
| ALT | 26 | | 9-46 U/L | |
| HEMOGLOBIN A1c | 5.2 | | <5.7 % of total Hgb | EN |

    For the purpose of screening for the presence of
    diabetes:

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

 

Report Status: **Final**

**GABAEE, ARMAN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **GABAEE, ARMAN**<br><br>**DOB: 04/15/1961    AGE: 62**<br>Gender:   M<br>Patient ID: 76335-112 | Specimen:   EN728861U<br>Collected:   08/09/2023 / 12:25 PDT<br>Received:   08/10/2023 / 02:05 PDT<br>Reported:   08/10/2023 / 07:39 PDT | Client #: 93436605<br>SOUFERZADEH, NAVID |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| | <5.7% | Consistent with the absence of diabetes | | |
| | 5.7-6.4% | Consistent with increased risk for diabetes (prediabetes) | | |
| | > or =6.5% | Consistent with diabetes | | |

This assay result is consistent with a decreased risk of diabetes.

Currently, no consensus exists regarding use of hemoglobin A1c for diagnosis of diabetes in children.

According to American Diabetes Association (ADA) guidelines, hemoglobin A1c <7.0% represents optimal control in non-pregnant diabetic patients. Different metrics may apply to specific patient populations. Standards of Medical Care in Diabetes(ADA).

| Test Name | Value | Reference Range | Lab |
|---|---|---|---|
| MAGNESIUM | 2.0 | 1.5-2.5 mg/dL | EN |
| TSH | 0.60 | 0.40-4.50 mIU/L | EN |
| T4, FREE | 1.4 | 0.8-1.8 ng/dL | EN |
| CBC (INCLUDES DIFF/PLT) | | | EN |
| WHITE BLOOD CELL COUNT | 5.3 | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 5.54 | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 15.5 | 13.2-17.1 g/dL | |
| HEMATOCRIT | 46.3 | 38.5-50.0 % | |
| MCV | 83.6 | 80.0-100.0 fL | |
| MCH | 28.0 | 27.0-33.0 pg | |
| MCHC | 33.5 | 32.0-36.0 g/dL | |
| RDW | 12.3 | 11.0-15.0 % | |
| PLATELET COUNT | 208 | 140-400 Thousand/uL | |
| MPV | 11.5 | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 2624 | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2189 | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 413 | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 42 | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 32 | 0-200 cells/uL | |
| NEUTROPHILS | 49.5 | % | |
| LYMPHOCYTES | 41.3 | % | |
| MONOCYTES | 7.8 | % | |
| EOSINOPHILS | 0.8 | % | |
| BASOPHILS | 0.6 | % | |
| PSA, TOTAL | 1.05 | < OR = 4.00 ng/mL | EN |

The total PSA value from this assay system is standardized against the WHO standard. The test result will be approximately 20% lower when compared to the equimolar-standardized total PSA (Beckman Coulter). Comparison of serial PSA results should be interpreted with this fact in mind.

This test was performed using the Siemens chemiluminescent method. Values obtained from different assay methods cannot be used interchangeably. PSA levels, regardless of value, should not be interpreted as absolute evidence of the presence or absence of disease.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

 

**Report Status: Final**

**GABAEE, ARMAN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **GABAEE, ARMAN**<br><br>**DOB: 04/15/1961    AGE: 62**<br>Gender:    M<br>Patient ID: 76335-112 | Specimen:    EN728861U<br>Collected:    08/09/2023 / 12:25 PDT<br>Received:    08/10/2023 / 02:05 PDT<br>Reported:    08/10/2023 / 07:39 PDT | Client #: 93436605<br>SOUFERZADEH, NAVID |

**PERFORMING SITE:**

EN    QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: TAB TOOCHINDA,MD, CLIA: 05D0642827

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/10/2023 07:44 | Provider: | Lab Result Receive | Facility: | LOM |

**Cosigned by Souferzadeh, Navid (MAT) MD on 08/10/2023 11:12.**



**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** GABAEE, ARMAN | **Facility** USP Lompoc | **Collected** 06/14/2023 10:18 PDT |
| **Reg #** 76335-112 | **Order Unit** R01-001L | **Received** 06/15/2023 08:27 PDT |
| **DOB** 04/15/1961 | **Provider** Liza Hoen, PA-C | **Reported** 06/15/2023 13:14 PDT |
| **Sex** M | | **LIS ID**    150231956 |

| CHEMISTRY | | | |
|---|---|---|---|
| Sodium | 142 | 136-145 | mmol/L |
| Potassium | 4.4 | 3.5-5.1 | mmol/L |
| Chloride | 101 | 98-107 | mmol/L |
| Carbon Dioxide | 27 | 22-29 | mmol/L |
| Urea Nitrogen (BUN) | 19 | 8-23 | mg/dL |
| Creatinine | 0.99 | 0.67-1.17 | mg/dL |
| eGFR (CKD-EPI 2021) | >60 | | |
| GFR units measured as mL/min/1.73m^2<br>A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period. | | | |
| Calcium | 9.6 | 8.8-10.2 | mg/dL |
| Glucose | 87 | 74-109 | mg/dL |
| AST | 30 | 10-50 | U/L |
| ALT | 39 | 10-50 | U/L |
| Alkaline Phosphatase    L | 40 | 49-126 | U/L |
| Bilirubin, Total | 0.8 | 0.1-1.2 | mg/dL |
| Protein, Total | 7.5 | 6.6-8.7 | g/dL |
| Albumin | 4.9 | 3.5-5.2 | g/dL |
| Globulin | 2.6 | 2.0-3.7 | g/dL |
| Albumin/Globulin Ratio | 1.88 | 1.00-2.30 | |
| Anion Gap | 14.2 | 9.0-19.0 | |
| BUN/Creatinine Ratio | 19.0 | 5.0-30.0 | |
| Cholesterol, Total | 174 | <200 | mg/dL |
| Triglycerides | 92 | <150 | mg/dL |
| HDL Cholesterol | 40 | 40-60 | mg/dL |
| LDL-Cholesterol | 116 | <130 | mg/dL |
| Chol/HDLC Ratio    H | 4.4 | 0.0-4.0 | |

| SPECIAL CHEMISTRY | | | |
|---|---|---|---|
| T4, Free | 1.64 | 0.93-1.70 | ng/dL |
| PSA, Total | 1.34 | <4.50 | ng/mL |
| The minimal reporting value is 0.1 ng/mL. Values >0.2 ng/mL are considered evidence of biochemical recurrence of cancer in men after prostatectomy.<br>The testing method is an electrochemiluminescence assay manufactured by Roche Diagnostics Inc. and performed on the Modular or Cobas system.<br>Values obtained with different assay methods or kits may be different and cannot be used interchangeably. | | | |
| TSH | 0.96 | 0.27-4.20 | uIU/mL |

| HEMATOLOGY | | | |
|---|---|---|---|
| White Blood Cell Count | 5.2 | 3.5-10.5 | K/uL |

**FLAG LEGEND**    L=Low  L!=Low Critical    H=High  H!=High Critical    A=Abnormal  A!=Abnormal Critical



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** GABAEE, ARMAN | **Facility** USP Lompoc |
| **Reg #** 76335-112 | **Order Unit** R01-001L |
| **DOB** 04/15/1961 | **Provider** Liza Hoen, PA-C |
| **Sex** M | |

**Collected** 06/14/2023 10:18 PDT
**Received** 06/15/2023 08:27 PDT
**Reported** 06/15/2023 13:14 PDT
**LIS ID** 150231956

| HEMATOLOGY | | | | |
|---|---|---|---|---|
| Red Blood Cell Count | | 5.70 | 4.10-6.00 | M/uL |
| Hemoglobin | | 16.3 | 12.0-17.5 | g/dL |
| Hematocrit | | 49.7 | 38.8-50.0 | % |
| MCV | | 87.2 | 76.0-100.0 | fL |
| MCH | | 28.6 | 27.0-33.0 | pg |
| MCHC | | 32.8 | 28.0-36.0 | g/dL |
| RDW-CV | | 13.6 | 12.0-15.0 | % |
| Platelet Count | | 188 | 150-450 | K/uL |
| MPV | H | 12.0 | 6.9-10.5 | fL |

| HEMOGLOBIN A1C | | | |
|---|---|---|---|
| Hemoglobin A1C | 5.0 | <5.7 | % |
| 5.7 - 6.4 Increased Risk | | | |
| > 6.4 Diabetes | | | |

| HEPATITIS | | |
|---|---|---|
| Hepatitis B Surface Antigen | Non-Reactive | Non-Reactive |
| Hepatitis B Surface Antibody QL | Negative | Negative |
| Hepatitis B Core Ab Total | Non-Reactive | Non-Reactive |
| Hepatitis C Antibody | Non-Reactive | Non-Reactive |

| SEROLOGY | | |
|---|---|---|
| RPR | Non-Reactive | Non-Reactive |

---

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/15/2023 13:19 | Provider: | Lab Result Receive | Facility: | LOM |

**Cosigned by Dhaliwal, Jaspal (MAT) MD on 06/16/2023 10:49.**

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 | |
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE | |
| Encounter Date: | 06/15/2023 13:19 | Provider: | Lab Result Receive | Facility: | LOM | |

**Reviewed by Hoen, Liza PA-C on 06/18/2023 09:11.**



Quest Diagnostics

Report Status: **Final**

**GABAEE, ARMAN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **GABAEE, ARMAN**<br><br>**DOB: 04/15/1961    AGE: 62**<br><br>Gender:    M<br>Phone:    NG<br>Patient ID: 76335-112 | Specimen:    EN699936R<br>Requisition: 6873721<br>Lab Ref #:    151232564<br><br>Collected:    06/14/2023 / 10:18 PDT<br>Received:    06/15/2023 / 04:22 PDT<br>Reported:    06/15/2023 / 07:56 PDT | Client #: 93436605        SB04010<br>XIAOYAN, ZHANG<br>USP LOMPOC - LOM<br>Attn: ATTN: HEALTH SERVICES UNIT<br>3901 KLEIN BLVD<br>LOMPOC, CA 93436-2706 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| URINALYSIS, COMPLETE<br>  W/REFLEX TO CULTURE | | | | EN |
| COLOR | DARK YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | 1.029 | | 1.001-1.035 | |
| PH | 6.0 | | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| **BILIRUBIN** | | 1+ | NEGATIVE | |
|   Presumptive positive bilirubin. Consider confirmation<br>  by serum bilirubin if clinically indicated. | | | | |
| **KETONES** | | 2+ | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | |
| **PROTEIN** | | 1+ | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | |
| WBC | NONE SEEN | | < OR = 5 /HPF | |
| RBC | 0-2 | | < OR = 2 /HPF | |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | | < OR = 5 /HPF | |
| **BACTERIA** | | FEW | NONE SEEN /HPF | |
| CALCIUM OXALATE CRYSTALS | FEW | | NONE OR FEW /HPF | |
| HYALINE CAST | NONE SEEN | | NONE SEEN /LPF | |
|   This urine was analyzed for the presence of WBC,<br>  RBC, bacteria, casts, and other formed elements.<br>  Only those elements seen were reported. | | | | |

REFLEXIVE URINE CULTURE                                                                    EN

                              NO CULTURE INDICATED

**PERFORMING SITE:**

EN    QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: TAB TOOCHINDA,MD, CLIA: 05D0642827

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

## Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/15/2023 07:59 | Provider: | Lab Result Receive | Facility: | LOM |

**Reviewed by Zhang, Xiaoyan FNP-BC on 06/15/2023 08:17.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/15/2023 07:59 | Provider: | Lab Result Receive | Facility: | LOM |

**Cosigned by Watson, William (MAT) MD on 06/20/2023 14:51.**

NSN7540-00-634-4176                                                                                     600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

Date: 4/2/2024

**INMATE REQUEST FOR TRIAGE SERVICES**

*(Formulario y Registro para Atencion Medica de Confinados)*

*Complaint(Queja), What is your medical problem?(Caul es su problema?)*

**Subjective:** I HAVE AN INFECTION on my left Foot BIG TOE, Also
I Been sick WITH HEAD-ACH, COUGH, SNEZING.

How long have you had this problem? (Durante cuanto tiempo ha tenido este problema?)

Days (Dias)_____  Months(Meses)_____  Years(Anos)_____

Signature(Firma)_____

*********************************************************************

| Objective: | Temp: 97.3  Pulse:    RR:    B/P:    Oxygen Sat:    Pain Scale:    /10 |
|---|---|
| 4/2/2024 | Visual Acuity:    Fingerstick: |

**Triage Findings:**

WT  2/8                                                     139/95

3-4 days  cough  fever  chills

Lungs Clear

Left big Toe                                              129/87

Ortho  appt ?- Completed        HBlitch RN

Triage Personnel=s signature: HBlitch RN    FCC Lompoc

| FCC Lompoc | |
|---|---|
| PATIENT=S NAME (Last, First, Middle initial)  ARMAN GABAEE | ID Number:  76335-112 |

SENSITIVE  LIMITED  OFFICIAL  USE

MEDICAL CARE

CHRONOLOGICAL RECORD OF

RE

Original: 6/00
Revised:
FIRMR (41 CFR) 201-454.505

STANDARD FORM 600 (REV.5-84)
Prescribed by GSA and ICMR

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|---|
|  |  |

U. S. Government Printing Office: 4996 - 404-763/4001
SENSITIVE  LIMITED  OFFICIAL  USE
STANDARD FORM 600 BACK (REV. 5-84)

DOE, John **DOB:** 04/15/1961 (62 yo M) **Acc No.** 242039 **DOS:** 02/06/2024



**FCC LOMPOC**
**#76335-112**
**GABAEE, ARMAN**

## Doe, John

62 Y old Male, DOB: 04/15/1961
, Lompoc, CA-93436
Account Number: 242039
Home: 805-736-4580
Guarantor: Doe, John   Insurance: LVCHO Payer
ID: JLSFE
PCP: Prison LVCHO
Appointment Facility: Lompoc Health - North H Center

---

02/06/2024                          Progress Note: **Justin K Chang, MD**

**Current Medications**
None

**Past Medical History**
Medical History Verified.

**Surgical History**
No Surgical History documented.

**Family History**
No Family History documented.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General/Constitutional:
 Patient denies fever, chills, nausea, vomiting, headache, fever, chills, nausea, vomiting, headache.
Eyes:
 Patient denies **discharge**, red eye, **discharge**, red eye.

ENT:
 Patient denies ear pain, **nosebleed**, sore throat, ear pain, **nosebleed**, sore throat.
Respiratory:
 Patient denies wheezing, cough, wheezing, cough.
Cardiovascular:
 Patient denies chest pain,

**Reason for Appointment**
1. Bilat Knee Pain

**History of Present Illness**
Todays Visit:
 The patient is a 62-year-old male prisoner who presents for evaluation of bilateral knee pain as well as left shoulder pain.
 In regards to his left shoulder, he denies any specific traumatic inciting event, but his pain has worsened over the last few months. He has a history of a rotator cuff repair in November 2022 for which she had recovery of his shoulder pain and was doing fairly well until a few months ago. He now notes pain in the posterior trapezius area and feels that this is pain similar to his last rotator cuff tear. The pain occurs after walking and he does feel that it is like a burning sensation at times. He does lift light weights but denies any traumatic event. The pain does not travel into the hand or the fingers.
 For his bilateral knees, he has had long-standing chronic history of pain for the past few years. He also denies any traumatic inciting event. He localizes the pain to the bilateral knees, globally and does feel that the pain travels down the posterior calf. He notes significant knee stiffness and does state that he was supposed to have surgery on his knees but they were denied due to his sentencing to prison.
 He has not tried any injections for any of the symptoms. He has not tried any therapy. He does take occasional naproxen and ibuprofen for pain. He feels his pain significantly limits him.

**Vital Signs**
Taken by: **MP**, Ht: **69 in**, Wt: **216.2 lbs**, BMI: **31.92 Index**, Ht-cm: **175.26 cm**, Wt-kg: **98.07 kg**.

**Examination**
General Examination:
 GENERAL APPEARANCE: pleasant, in no distress, well developed, well nourished , pleasant, in no distress, well developed, well nourished.
 General: Patient sitting in exam room in no acute distress. , Patient sitting in exam room in no acute distress..

---

Progress Note: Justin K Chang, MD   02/06/2024

DOE, John **DOB:** 04/15/1961 (62 yo M) **Acc No.** 242039 **DOS:** 02/06/2024

SILT S/S/T/DP/SP nerve distributions
2+ DP, toes WWP
**************************

RADIOGRAPHS
4 view weightbearing radiographs of the knee including AP, Rosenberg, lateral, sunrise views obtained today and personally reviewed which demonstrate:
Significant osteoarthritis with end-stage bone-on-bone contact, joint space narrowing and subchondral sclerosis greatest in the patellofemoral joints bilaterally. There is squaring of the condyles on AP with mild osteophyte formation on the medial compartment with mild joint space narrowing. Osteophyte formation present in patellofemoral space as well. No acute fractures or dislocations noted.

## Assessments
1. Arthritis of both knees - M17.0 (Primary)
2. Rotator cuff impingement syndrome of left shoulder - M75.42

## Treatment
### 1. Arthritis of both knees
Notes: I had a long and pleasant discussion with the patient in regards to his bilateral knee pain. I reviewed his MRI imaging with him today which does demonstrate significant end-stage arthritis of the patellofemoral joints bilaterally. I did ask that he have radiographs obtained today as he previously does not have any in our system. Review of these does demonstrate that there is some medial compartment arthritis as well, given the likely progression of his arthritis, I discussed that any surgical intervention would be a total knee replacement rather than a isolated patellofemoral joint replacement. Given that he has not exhausted nonoperative treatment modalities. I did recommend proceeding with these. I discussed in detail nonoperative treatments including low impact aerobic exercise, weight loss, anti-inflammatories and corticosteroid injections. I discussed that we could repeat steroid injections every 3 months. He was amenable to this plan and he was provided with bilateral knee corticosteroid injections today. I will see him back as needed for this.

### 2. Rotator cuff impingement syndrome of left shoulder
Notes: I had a long and pleasant discussion with the patient today in regards to his left shoulder pain. He does have a difficult history with a prior rotator cuff repair and now return of pain. I did discuss that his pain is more in the trapezius and not as much within his shoulder joint but that a first good step would be a repeat corticosteroid injection in the subacromial space to determine if this is the cause of his pain. I did review his MRI imaging with him which demonstrated no obvious rotator cuff tear, however I did discuss that prior repair does cloud the picture and make it difficult to fully diagnose whether there is a tear. The definitive diagnosis would be to obtain a contrast study arthrogram to determine if contrast leaks into the subacromial space from the glenohumeral joint which would confirm a rotator cuff tear. Ultimately I would first start with a subacromial steroid

Progress Note: Justin K Chang, MD    02/06/2024

DOE, John **DOB:** 04/15/1961 (62 yo M) **Acc No.** 242039 **DOS:** 02/06/2024

chest pain.

Gastrointestinal:
Patient denies abdominal pain, abdominal pain.

Skin:
Patient denies rash, lesions, rash, lesions.

Neurologic:
Patient denies dizziness, headache, dizziness, headache.

Psychiatric:
Patient denies Mood change, Mood change.
See HPI for MSK ROS See HPI for MSK ROS.

SKIN: no suspicious lesions, warm and dry , no suspicious lesions, warm and dry.

HEAD: normocephalic, atraumatic , normocephalic, atraumatic.

NOSE: external contour normal , external contour normal.

MOUTH: lips are without lesions, mucosa moist ; lips are without lesions, mucosa moist .

NECK/THYROID: trachea midline , trachea midline.

CHEST: symmetrical , symmetrical.

LUNGS: No increased work of breathing , No increased work of breathing.

HEART: regular rate and rhythm per pulse , regular rate and rhythm per pulse.

ABDOMEN: nondistended , nondistended.

MUSCULOSKELETAL: See physical exam below , See physical exam below.

PSYCH: normal mood/affect , normal mood/affect .

## Physical Examination

Focused examination of upper extremity:
Focused examination of the left upper extremity:
No breaks in the skin, no gross swelling or ecchymosis
non/TTP over AC joint
non/TTP over biceps tendon
ROM active FF to 140, ER to 35, IR to L3
Passive ROM full
Empty can + for pain, good strength
Resisted ER -
Speeds -
Hawkins -
Neer Impingement -
Fires AIN/PIN/Ulnar motor groups
SILT M/U/R nerve distributions
2+ RP, fingers WWP, BCR
*******************

4 view radiographs of the left shoulder obtained today and personally reviewed which demonstrate no acute fractures, no dislocation or bony injury. No significant arthritis. sclerosis present at rotator cuff footprint on humeral head indicative of prior rotator cuff surgery
**********

MRI of the shoulder personally reviewed and demonstrates prior known rotator cuff repair with anchors in the humeral head. No obvious discrete complete rotator cuff tear, difficult to determine if there is any partial tearing. There is some fluid in the subacromial space.
*******************

Focused examination of the bilateral lower extremities:
No breaks in skin, no bruising or bleeding.
Effusion absent
Range of motion passive 0-140, active flexion lacking approximately 5 of full extension bilaterally
Fires EHL, FHL, TA, GS

---

Progress Note: Justin K Chang, MD  02/06/2024

DOE, John **DOB**: 04/15/1961 (62 yo M) **Acc No.** 242039 **DOS**: 02/06/2024

injection to see if his pain is actually coming from the shoulder joint or whether it is actually more cervical radiculopathy or neck related pain. He was amenable to this plan and this was provided today. I will see him back in 6-8 weeks to reevaluate his symptoms.

**3. Others**
Notes: I had the opportunity to see this patient for evaluation today. I spent 12 minutes to review the patient's permanent medical records followed by a 40 minute face to face interaction with the patient in order to perform a history and physical examination and review and interpret the patient's interesting studies today in order to come to my conclusions and treatment recommendations. Subsequently, I spent 15 minutes to personally compose my evaluations/report as above. Elements of medical decision making required for completing today's evaluation included: Evaluation of multiple body part systems, interpretation of new and/or imaging studies, discussion of risks and benefits of various treatment options including possible extensive surgical discussion, education and counseling of the patient and family/caregiver. Due to this, the total time required to complete the current evaluation and enclosed report as documented above is 67 minutes. This excluded the procedure portion of the visit which took 11 minutes. Today's patient encounter meets criteria for the above coded E&M..

**Procedures**
Clinic Injection Procedure Note
Date of service: Date of office visit
Location: LEFT Shoulder SUBACROMIAL joint
Medications: 4 ml bupivacaine, 1 ml kenolog (40 mg/ml) - 18 gauge needle used to draw up medications into 5 ml syringe
Ultrasound used: no
Initial Injection
Diagnosis: Left rotator cuff subacromial bursitis and possible partial tearing
Verbal consent obtained. Risks, benefits and alternatives discussed with patient.
Procedure detail: The injection site was identified and confirmed with the patient. A brief informal timeout was performed identifying the correct patient, injection site location, medications administered and postinjection plan. The site was prepped with alcohol and ChloraPrep. Cold spray was used to numb the skin. A 22-gauge needle was placed into the shoulder subacromial space via a posterolateral approach and the medication was dispensed. The needle was removed and a Band-Aid was placed. No complications were identified at the time.
*************************************************

Clinic Injection Procedure Note
Date of sevice: this office visit date
Location: Bilateral KNEE JOINT
Injection: Initial
Diagnosis: Bilateral knee osteoarthritis
Medications: 4 ml bupivicaine, 1 ml kenolog (40 mg/ml) drawn up

DOE, John **DOB**: 04/15/1961 (62 yo M) **Acc No.** 242039 **DOS**: 02/06/2024

by 18 gauge needle into 5 syringe (x2 – one for each knee)
Anesthesia: Local
Ultrasound used: no
Verbal consent obtained. Discussed benefits, risks and alternatives
to treatment.
Procedure detail: The injection site was identified and confirmed
with the patient. A brief informal timeout was performed identifying
the correct patient, injection site location, medications administered
and postinjection plan. The site was prepped with alcohol and
ChloraPrep. Cold spray was used to numb the skin. A 22-gauge
needle tip was placed into the supralateral knee joint and the
medication was dispensed. The needle was removed and a Band-Aid
was placed. No complications were identified at the time. This was
repeated for the other contralateral knee.

**Procedure Codes**
20610 DRAIN/INJECT, JOINT/BURSA, Modifiers: 50
20610 DRAIN/INJECT, JOINT/BURSA
J3301 INJ TRIAMCINOLONE ACETONIDE 10 MG, Units: 8.00 ,
Modifiers: 50
J3301 INJ TRIAMCINOLONE ACETONIDE 10 MG, Units: 4.00

**Follow Up**
6-8 weeks - no imaging

**Electronically signed by Justin Chang on 02/06/2024 at
01:41 PM PST**

**Sign off status: Completed**

Lompoc Health - North H Center
1225 North H St
Lompoc, CA 93436 3301
Tel: 805-737-8700
Fax: 805-737-8701

Progress Note: Justin K Chang, MD   02/06/2024

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://10.10.11.210:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=2...   2/12/2024

Patient: **GABAEE, ARMAN**
Gender: **Male**, DOB: **15-Apr-1961**, Age: 62yrs
Phone: **-**, Email:

Primary Care Provider: , Phone:

Date Printed: **02-Feb-2024 8:18 AM**
Printed By: **Bongiovanni, Raquel A**
Printed From: **Lompoc Valley Medical Center**
**Clinician Portal**
Information From: **Sunrise**

**Expanded Results Detail**

**MRI Knee-RT w/o Contrast 01-Feb-2024 15:45 - MRI Knee-RT w/o Contrast**

LOMPOC VALLEY MEDICAL CENTER
1515 East Ocean Avenue
Lompoc, CA 93436

=====================================================================
RADIOLOGY REPORT
=====================================================================

Name: ARMAN GABAEE
D.O.B: 04/15/1961 Age: 63 Sex: M
Account #: 2695936 MR#: 331431
Stay Type: OUTPATIENT
Location:
Admitting Phys:
Secondary Phys:
Accession #: 001ZWN356
Ordering Phys: LATORTUE, PIERRE
Exam DateTime: 02/01/2024 15:45
Exam Desc: MRI KNEE-RT w/o CONTRAST
Chronic bilateral knee pain
Transcriptionist:
Transcription Date: 02/01/2024

FCC LOMPOC
#76335-112

EXAM:
MRI RIGHT KNEE NONCONTRAST

HISTORY:
Chronic bilateral knee pain

TECHNIQUE:
The MR exam was performed on a GE 1.5T Signa HDi system. In order to address the clinical concerns, a variety of
appropriate sequences in different planes were performed (sequencing on file).

COMPARISON:
None.

FINDINGS:
MEDIAL MENISCUS: No meniscal tear.
LATERAL MENISCUS: No meniscal tear.
CRUCIATE LIGAMENTS: Intact without tear.
COLLATERAL LIGAMENTS: Normal without tear.
MEDIAL CARTILAGE: No cartilage loss or abnormal signal.
LATERAL CARTILAGE: Mild chondromalacia and osteophytosis of the femoral condyle.
PATELLOFEMORAL: Severe chondromalacia medial and lateral facets with areas of full-thickness cartilage loss particularly
along the lateral facet.
BONES: Reactive marrow edema along the lateral aspect of the patella and trochlea, and associated osteophytes.
Osteophytes along the lateral femoral condyle.
SOFT TISSUES: Tiny cysts posterior to the tibial plateau could represent small ganglion cysts but nonspecific.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
|---|---|---|---|---|---|
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE |
| Scanned Date: | 02/12/2024 14:58 EST | | | Facility: | LOM |

Reviewed by Latortue, Pierre (MOUD) MD on 02/21/2024 10:52.

Patient: **GABAEE, ARMAN**
Gender: **Male**, DOB: **15-Apr-1961**, Age: **62yrs**
Phone: - , Email:

Primary Care Provider: - , Phone:

Date Printed: **02-Feb-2024 8:17 AM**
Printed By: **Bongiovanni, Raquel A**
Printed From: **Lompoc Valley Medical Center**
**Clinician Portal**
Information From: **Sunrise**

**Expanded Results Detail**

**MRI Knee-LT w/o Contrast 01-Feb-2024 15:54 - MRI Knee-LT w/o Contrast**

LOMPOC VALLEY MEDICAL CENTER
1515 East Ocean Avenue
Lompoc, CA 93436

============================================================
RADIOLOGY REPORT

============================================================
Name: ARMAN GABAEE
D.O.B: 04/15/1961 Age: 63 Sex: M
Account #: 2695936 MR#: 331431
Stay Type: OUTPATIENT
Location:
Admitting Phys:
Secondary Phys:
Accession #: 001ZWN355
Ordering Phys: LATORTUE, PIERRE
Exam DateTime: 02/01/2024 15:00
Exam Desc: MRI KNEE-LT w/o CONTRAST
Chronic bilateral knee pain
Transcriptionist:
Transcription Date: 02/01/2024


EXAM:
MRI LEFT KNEE NONCONTRAST

HISTORY:
Chronic bilateral knee pain


TECHNIQUE:
The MR exam was performed on a GE 1.5T Signa HDi system. In order to address the clinical concerns, a variety of appropriate sequences in different planes were performed (sequencing on file).

COMPARISON:
None.

FINDINGS:
MEDIAL MENISCUS: No meniscal tear.
LATERAL MENISCUS: No meniscal tear.
CRUCIATE LIGAMENTS: Intact without tear.
COLLATERAL LIGAMENTS: Normal without tear.
MEDIAL CARTILAGE: Mild chondromalacia.
LATERAL CARTILAGE: Mild-moderate chondromalacia.
PATELLOFEMORAL: Diffuse marked chondromalacia lateral facet greater than medial, with large areas of complete cartilage loss particular along the lateral facet and lateral trochlea.
BONES: Reactive mild marrow edema lateral facet of the patella and trochlea. Osteophytes of all 3 compartments.
SOFT TISSUES: Possible small ganglion cysts posterior knee
FLUID: Trivial joint effusion.

Patient: **GABAEE, ARMAN**
Gender: **Male**, DOB: **15-Apr-1961**, Age: **62yrs**
Phone: **-**; Email:

Primary Care Provider: , , Phone:

Date Printed: **02-Feb-2024 8:18 AM**
Printed By: **Bongiovanni, Raquel A**
Printed From: **Lompoc Valley Medical Center
Clinician Portal**
Information From: **Sunrise**

**Expanded Results Detail**

FLUID: Small joint effusion.

CONCLUSION:
Marked chondromalacia of the patellofemoral compartment with reactive degenerative marrow edema.


Dictated by: PRICE, MD, SPENCER
Dictated DateTime: 02/01/2024 15:42
Reviewed and Electronically Signed by:PRICE, MD, SPENCER
Signed DateTime: 02/01/2024 15:45

Patient: GABAEE, ARMAN
Gender: Male, DOB: 15-Apr-1961, Age: 62yrs
Phone: , Email:

Primary Care Provider: , Phone:

Date Printed: 02-Feb-2024 8:17 AM
Printed By: Bongiovanni, Raquel A
Printed From: Lompoc Valley Medical Center
Clinician Portal
Information From: Sunrise

**Expanded Results Detail**

**MRI Shoulder-LT w/o Contrast 01-Feb-2024 15:57 - MRI Shoulder-LT w/o Contrast**

LOMPOC VALLEY MEDICAL CENTER
1515 East Ocean Avenue
Lompoc, CA 93436

======================================================================

RADIOLOGY REPORT

======================================================================

Name: ARMAN GABAEE
D.O.B: 04/15/1961 Age: 63 Sex: M
Account #: 2695936 MR#: 331431
Stay Type: OUTPATIENT
Location:
Admitting Phys:
Secondary Phys:
Accession #: 001ZWN357
Ordering Phys: LATORTUE, PIERRE
Exam DateTime: 02/01/2024 16:30
Exam Desc: MRI SHOULDER-LT w/o CONTRAST
Shoulder pain
Transcriptionist:
Transcription Date: 02/01/2024

EXAM:
MRI LEFT SHOULDER WITHOUT CONTRAST

HISTORY:
Shoulder pain

TECHNIQUE:
The MR exam was performed on a GE 1.5T Signa HDi system. In order to address the clinical concerns, a variety of
appropriate sequences in different planes were performed without contrast (sequencing on file).

COMPARISON:
None.

FINDINGS:
ROTATOR CUFF: Prior rotator cuff repair changes. The tendons appear intact without evidence of a tear although the
supraspinatus tendon is somewhat thinned in appearance. This could be a chronic or postsurgical finding.
AC JOINT: Mild degenerative changes.
ACROMION PROCESS: Normal shape and free of hypertrophic change.
SUBDELTOID BURSA: No abnormal thickening or fluid.
GLENOHUMERAL ARTICULATION: No joint space narrowing or effusion.
BICEPS TENDON: Intact.
LABRUM: Favor Buford variant and probable sublabral sulcus superiorly.
BONES: No suspicious marrow signal. Subchondral cystic change superior humerus..

CONCLUSION:

Patient: **GABAEE, ARMAN**
Gender: **Male**, DOB: **15-Apr-1961**, Age: **62yrs**
Phone: -, Email:
Primary Care Provider: , , Phone:

Date Printed: **02-Feb-2024 8:17 AM**
Printed By: **Bongiovanni, Raquel A**
Printed From: **Lompoc Valley Medical Center**
**Clinician Portal**
Information From: **Sunrise**

**Expanded Results Detail**

CONCLUSION:
Tricompartmental degenerative changes particularly patellofemoral compartment with full-thickness cartilage loss.

Dictated by: PRICE, MD, SPENCER
Dictated DateTime: 02/01/2024 15:52
Reviewed and Electronically Signed by:PRICE, MD, SPENCER
Signed DateTime: 02/01/2024 15:54

Patient: **GABAEE, ARMAN**
Gender: **Male**, DOB: **15-Apr-1961**, Age: **62yrs**
Phone:  , Email:

Primary Care Provider:  , Phone:

Date Printed: **02-Feb-2024 8:17 AM**
Printed By: **Bongiovanni, Raquel A**
Printed From: **Lompoc Valley Medical Center**
**Clinician Portal**
Information From: **Sunrise**

**Expanded Results Detail**

Prior rotator cuff repair changes. Mildly thinned appearance of the supraspinatus could be a chronic or postsurgical findings; otherwise, no significant tendinosis or evidence of a tear currently seen.


Dictated by: PRICE, MD, SPENCER
Dictated DateTime: 02/01/2024 15:55
Reviewed and Electronically Signed by:PRICE, MD, SPENCER
Signed DateTime: 02/01/2024 15:57

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE |
| Scanned Date: | 02/06/2024 13:41 EST | | | Facility: | LOM |

Reviewed by Latortue, Pierre (MOUD) MD on 02/14/2024 14:00.

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) SCP DENTAL CLINIC | DATE: 12/18/2023 |
|---|---|
| FROM: AANAN GABAEE | REGISTER NO.: 76335-112 |
| WORK ASSIGNMENT: D ord. | UNIT: NesTH Camp SCP |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I WOULD LIKE ROUTINE DENTAL CARE.  PLEASE PUT ME ON THE LIST.

(Do not write below this line)

DISPOSITION:

You are on the Routine Dental List for dental care. When you reach the top of the list you will be placed on callout. If you have pain or swelling please sign up for dental sick call.

| Signature Staff Member BEN C. WOOTEN, DDS | Date 12/18/2023 |
|---|---|

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

NSN7540-00-634-4176                                                                                600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

Date: 12/6/2023

### INMATE REQUEST FOR TRIAGE SERVICES

*(Formulario y Registro para Atencion Medica de Confinados)*

**Complaint(Queja), What is your medical problem? (Caul es su problema?)**

**Subjective:**

I HAVE SUN DAMAGE ON MY FACE.
I NEED REFIEL FOR NASEL SPRAY.
I NEED EYE EXAM

*How long have you had this problem? (Durante cuanto tiempo ha tenido este problema?)*

Days (Dias) 4     Months(Meses)_____     Years(Anos)_____

Signature(Firma)_____

**********************************************************************

**Objective:**    Temp:____ Pulse:____ RR:____ B/P:____ Oxygen Sat:____ Pain Scale: /10

Visual Acuity:____    Fingerstick:____

**Triage Findings:**

Scheduled

**Triage Personnel=s signature:**    V. BALOG
NUHSE ERRAUTIONES
FCC LOMPOC  12/6/23

| FCC Lompoc | |
|---|---|
| PATIENT=S NAME (*Last, First, Middle initial*) | ID Number: |
| ARMAN  GABAEE | 76335-112 |



## USP Lompoc LOM

| | | | |
|---|---|---|---|
| Patient: | **GABAEE, AMAN (Male)** | DOB: | 04/15/61 |
| Register#: | **76335-112** | Age: | 62 |
| Date: | 08/02/23 14:32 | Status: | OP |
| Slicecount: | 4 | | |
| History: | chronic knee pain | | |
| Priors: | | | |
| Exams: | XR BILATERAL KNEES | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |
| Accession Numbers: 08022023-09 | | | |

**Final Report**

**Exam: XR BILATERAL KNEES**

**HISTORY:** see above

**TECHNIQUE: 3 views of each knee**

**COMPARISON: None**

**RIGHT KNEE FINDINGS:** Normal bone mineralization. No acute fracture, dislocation or malalignment.

The joint spaces are maintained. Tiny intercondylar spine osteophytes. Tiny marginal osteophytes on the medial and lateral tibial plateaus. Small patellar osteophytes.

No joint effusion.

Soft tissues appear unremarkable.

**LEFT KNEE FINDINGS:** Normal bone mineralization. No acute fracture, dislocation or malalignment.

The joint spaces are maintained. Tiny intercondylar spine osteophytes. Tiny marginal osteophytes in the medial and lateral compartments. Small patellar and trochlear osteophytes.

No joint effusion.

Soft tissues appear unremarkable.

Small quadriceps tendon enthesophyte.

**IMPRESSION:**
1. Minimal tricompartment DJD in both knees with maintained joint spacing.
2. Normal alignment of both knees without acute bony abnormalities or joint effusions.
3. Small left quadriceps tendon enthesophyte.

Radiologist:          Justin Yoon, MD

Study ready at 14:32 and initial results transmitted at 14:49

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | | Race: | WHITE |
| Scanned Date: | 08/03/2023 13:35 EST | | | | Facility: | LOM |

**Reviewed by Watson, William (MAT) MD on 08/03/2023 15:35.**



## USP Lompoc LOM

Patient:        **GABAEE, AMAN (Male)**              DOB:       04/15/61
Register#:      **76335-112**                        Age:       62
Date:           08/02/23 14:33                       Status:    OP
Slicecount:     3
History:        Rotator cuff pair
Priors:
Exams:          XR LEFT SHOULDER
Referring Phy:
Ordering Phy:
Ordering Phy #:
Accession Numbers: 08022023-17

**Final Report**

**Exam: XR LEFT SHOULDER**

**HISTORY:** see above

**TECHNIQUE:** 3 views of the shoulder

**COMPARISON:** None

**FINDINGS:** Normal bone mineralization. No acute fracture, dislocation or malalignment.

There is minimal DJD of the glenohumeral joint with maintained joint spacing.

The acromioclavicular joint appears normal.

The soft tissues appear unremarkable.

**IMPRESSION:**
1. Minimal DJD of the glenohumeral joint with maintained joint spacing.
2. Otherwise, unremarkable left shoulder x-rays.

Radiologist:              Justin Yoon, MD

Study ready at 14:33 and initial results transmitted at 14:39

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | | Race: | WHITE |
| Scanned Date: | 08/03/2023 13:34 EST | | | | Facility: | LOM |

**Reviewed by Watson, William (MAT) MD on 08/03/2023 15:33.**



## USP Lompoc LOM

| | | | | |
|---|---|---|---|---|
| Patient: | **GABAEE, AMAN (Male)** | | DOB: | 04/15/61 |
| Register#: | **76335-112** | | Age: | 62 |
| Date: | 08/02/23 14:45 | | Status: | OP |
| Slicecount: | 2 | | | |
| History: | Baseline | | | |
| Priors: | | | | |
| Exams: | XR CXR 2 VIEWS | | | |
| Referring Phy: | | | | |
| Ordering Phy: | | | | |
| Ordering Phy #: | | | | |
| Accession Numbers: 08022023-16 | | | | |

### Final Report

**Exam: XR CXR**

**Chest PA and lateral views**

**INDICATION: see above**

**COMPARISON: None**

**FINDINGS:**

The cardiomediastinal silhouette is within normal limits. Mild tortuous descending thoracic aorta.

Lungs are clear. No pleural effusions.

No acute osseous abnormality. Bony elements are within normal limits for age.

**IMPRESSION:**

No acute cardiopulmonary disease.

Lungs are clear.

Heart size normal.

Mild tortuous descending thoracic aorta.

Radiologist:        Farhad Khorashadi, MD

Study ready at 14:45 and initial results transmitted at 16:07

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GABAEE, ARMAN | | | Reg #: | 76335-112 |
| Date of Birth: | 04/15/1961 | Sex: | M | Race: | WHITE |
| Scanned Date: | 08/03/2023 13:33 EST | | | Facility: | LOM |

**Reviewed by Watson, William (MAT) MD on 08/03/2023 15:31.**

BP-A1136
MAR 2022

**COVID-19 VACCINE CONSENT - INMATE**

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

| (PRINT) Inmate Name (Last, First) | Register Number | Institution | Quarters |
|---|---|---|---|
| GABAEE     ARMAN | 76335-112 | FCC Lompoc | A01-002L |

I have been provided a copy of the FDA COVID-19 fact sheet dated _____. I have had the opportunity to ask questions about the benefits and risks of vaccination, including if I am pregnant, breastfeeding, or have a weakened immune system to include taking immunosuppressive drugs. I have been informed that mRNA vaccines are preferred over the Janssen vaccine because of the risk of thrombosis with thrombocytopenia syndrome following receipt of the Janssen vaccine.

Health Questions Prior to COVID-19 Vaccination (*Check yes or no*)

| Yes | No | Health Questions |
|---|---|---|
| ☐ | ☐ | Are you sick today? |
| ☐ | ☐ | Do you have a bleeding disorder or take a blood thinner? |
| ☐ | ☐ | Have you ever had a severe allergy (i.e., anaphylaxis) *OR* an immediate allergic reaction of any severity to any component of this vaccine (i.e., PEG, polysorbate), a previous dose of this vaccine, or any other vaccine/injectable therapy? |
| ☐ | ☐ | Have you ever had myocarditis or pericarditis (inflammation of the heart muscle or its lining)? |
| ☐ | ☐ | Have you ever had multisystem inflammatory syndrome (persistent fever and severe inflammation) due to COVID-19 or after COVID-19 vaccination? |
| ☐ | ☐ | For the **Janssen (Johnson & Johnson) vaccine only:** Have you ever had Guillain-Barré syndrome (progressive paralysis)? |
| ☐ | ☐ | Have you had thrombosis (blood clotting) with thrombocytopenia (low platelets)? |
| ☐ | ☐ | Have you ever received a dose of COVID-19 vaccine? If yes, which one? ☐ Pfizer-BioNTech   ☐ Moderna   ☐ Janssen *(Johnson & Johnson)*   ☐ Another product   How many doses? _____   Date of last dose: _____ |

☐ I consent to receive the COVID-19 vaccination.

| Inmate Signature: | | Date: |
|---|---|---|
| Administered by Signature/Credentials: | | Date: |
| (PRINT) Administered by Name/Credentials: | | |

☒ I decline to receive the COVID-19 vaccination.
    ☐ I have already been vaccinated with ☒ Pfizer-BioNTech ☐ Moderna ☐ Janssen *(Johnson & Johnson)*
        ☐ Another product   How many doses? _____   Date of last dose: _____
    ☐ Other reason: _____

| Inmate Signature: X | Date: 6/7/2023 |
|---|---|
| Witness Signature/Credentials: H Blitch RN | Date: 6/7/2023 |
| (PRINT) Witness Name/Credentials: H. Blitch, RN OI-IDC Nurse FCC LOMPOC | |

**COVID-19 Vaccine Information**

| Dose # (1, 2, 3, or booster) | Vaccine Manufacturer | Lot Number | Expiration Date | Route | Deltoid |
|---|---|---|---|---|---|
| | Pfizer Bivalent | | | IM | ☐ Left ☐ Right |

BP-S358.060
SEP 05

**MEDICAL TREATMENT REFUSAL**

CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

6. 7. 2023
Date

76335-112

I, Arman Gabaee , refuse treatment recommended by the Federal
Bureau of Prisons Medical staff for the following condition(s):

**DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:**

Checking stool for blood on three different days.

The following treatment(s) was/were recommended:

3 fecal occult blood tests.

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following
possible consequences and/or complications may result because of my refusal to accept treatment:

Delay in diagnosis, illness, injury and or death.

I understand the possible consequences and/or complications, listed above, and still refuse
recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and
release the Bureau of Prisons and its employees from any and all liability for respecting and following my
expressed wishes and directions.

H.Blitch, RN    6/7/2023                                    X                    6/7/2023
Counseled by                Date                          Patient's Signature              Date
   H. Blitch, RN
   QI-IDC Nurse
   FCC LOMPOC

Signature of Witness              Date                    LOM—LOMPOC USP

BP-A0618
JUN 16
U.S. DEPARTMENT OF JUSTICE

**A&O DENTAL EXAMINATION**
(Initial Clinical Dental Findings)

FEDERAL BUREAU OF PRISONS



| Occlusion: | Class I | | |
|---|---|---|---|
| Oral Hygiene: | Good | Fair | Poor |
| | O | | |
| CPITN: | | | |
| | O | O | O |
| | O | O | O |

RIGHT

| Head & Neck / Soft Tissue: | WNL |
|---|---|

| D: | 0 | Classification: |
|---|---|---|
| M: | 1 | |
| F: | 9 | |
| | | Pain Scale: 0/10 |

| Dental Prostheses at Intake: | Comments: |
|---|---|
| Yes          No | |
| Type: | |
| Age: | |
| Condition: | |

| Intra-oral Photos Taken: | Radiographs Taken: (Document findings on A&O encounter) |
|---|---|
| Yes | Yes |
| No ✓ | No ✓ |

| Instructed how to obtain urgent and non-urgent dental care: | Yes: ✓ | No: |
|---|---|---|

| Treatment Priorities: | None: X | Non-urgent: | Urgent: Referred to Sick Call: |
|---|---|---|---|
| Radiographs authorized: | | Prophylaxis authorized:   Yes ✓     No | |
| PAs: | | (Approval valid 18 months from examination date) | |
| BWs: | | | |
| Panorex: | | | |

| Patient Name: Gabaee, Arman | Dentist Signature: | DDY |
|---|---|---|
| Register Number: 76335-112 | Institution: FCC Lompoc | Date: 6-5-23 | Signature Block/Stamp: BEN C. WOOTEN, DDS |

PDF

Prescribed by P6400

Replaces BP-A0618 of JUN 10

BP-A0618
JUN 16
U.S. DEPARTMENT OF JUSTICE

**A&O DENTAL EXAMINATION**
(Initial Clinical Dental Findings)

FEDERAL BUREAU OF PRISONS

| Occlusion: | Class I | | |
|---|---|---|---|
| Oral Hygiene: | Good | Fair | Poor |
| | O | | |
| CPITN: | O | O | O |
| | O | O | O |
| Head & Neck / Soft Tissue: WNL | | | |
| D: 0 | Classification: | | |
| M: 1 | | | |
| F: 9 | Pain Scale: 0 /10 | | |

RIGHT
1  2  3  4  5  6  7  8  9  10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

| Dental Prostheses at Intake: | Comments: |
|---|---|
| Yes          No<br>Type:<br>Age;<br>Condition: | |
| Intra-oral Photos Taken:<br>Yes<br>No ✓ | Radiographs Taken: (Document findings on A&O encounter)<br>Yes<br>No ✓ |
| Instructed how to obtain urgent and non-urgent dental care: | Yes: ✓          No: |
| Treatment Priorities:  None: ✗ | Non-urgent:          Urgent: Referred to Sick Call: |
| Radiographs authorized:<br>PAs:<br>BWs:<br>Panorex: | Prophylaxis authorized:   Yes ✓   No<br>(Approval valid 18 months from examination date) |

| Patient Name: Gabaee, Arman | Dentist Signature: |
|---|---|
| Register Number: 76335-112 | Institution: FCC Lompoc | Date: 6-5-23 | Signature Block/Stamp: BEN C. WOOTEN, DDS |

PDF

Prescribed by P6400

Replaces BP-A0618 of JUN 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 4

GABAY, ARMAND

**DERMATOLOGY** HAIR RESTORATION

Visit Note - December 10, 2018    PMS ID: 40761    Sex: Male    DOB: 04/15/1961    MRN: EMA18928689

**Social History**
Smoking status - Unspecified

**ROS**
Provider reviewed on Dec 10, 2018.

A focused review of systems was performed including Cardiovascular, Constitutional / Symptom, Hematologic / Lymphatic, Integumentary, and Respiratory.

No cough, no rash, no fever or chills, no problems with bleeding, no problems with scarring (hypertrophic or keloid), no chest pain, no night sweats, and no unintentional weight loss.

**Chief Complaint: Growth**

**HPI:** This is a 57 year old male who comes in for a chief complaint of a growth, located on the posterior scalp. The growth is new and asymmetric, mild in severity and has been present for years. This growth has not been treated in the past. He presents today for: further evaluation and management.

**Exam:**

An examination was performed including the head (including face), lips (but not teeth and gums), neck, chest, abdomen, back, right upper extremity, and left upper extremity.

General Appearance of the patient is well developed and well nourished.

Orientation: alert and oriented x 3.

Mood and affect: in no acute distress.

Findings in the above examined areas were normal with the exception of the following exam descriptions below:

- well healed scar with NER
  distributed on the
left posterior shoulder and left superior upper back

- uncomfortable skin sensation

 located on the
TOP SCALP R/O DN

- reticulated light tan macules in sun distribution
 distributed on the
left superior upper back, right superior upper back, and hair

**Impression/Plan:**
1.    **Scar**
      (L90.5)
      distributed on the left posterior shoulder and left superior upper back.

      **Plan: Counseling.**
      I counseled the patient regarding the following:
      Skin Care: Scars become less noticeable over time.
      Expectations: Scars are permanent marks on the body commonly seen after trauma or surgical procedures. Scars from excisional sites should be monitored for any recurrences.
      Contact Office if: If you notice discoloration or a bump arising from a previously stable scar.

      **Plan: Intralesional Kenalog.**
      A total of 28 lesions located on the left posterior shoulder and left superior upper back were injected with 40.0mg/cc of Kenalog for a total volume of 0.5cc. The risks of atrophy were reviewed with the patient.

2.    **Paresthesia**
      (R20.2)

      **Plan: Counseling.**
      I counseled the patient regarding the following:
      Instructions: Paresthesia is difficult to treat.  Topical analgesics or gabapentin can be tried.
      Expetations: Paresthesia is defined as an unpleasant skin sensation for which a cause cannot be found.
      Contact office if: Your condition worsens or fails to improve with therapy.

3.    **Neoplasm of Uncertain Behavior**

**Ben Behnam (Primary Provider) (Bill Under)**
(310) 315-4989 Work
(310) 998-3282 Fax

Dermatology & Hair Restoration Specialists
2825 Santa Monica Blvd.
St 303A
Santa Monica, CA 90404

Page 1



**GABAY, ARMAND**

Visit Note - December 10, 2018    PMS ID: 40761    Sex: Male    DOB: 04/15/1961    MRN: EMA18928689

(D48.5)
located on the TOP SCALP R/O DN.

**Plan: Counseling.**
I counseled the patient regarding the following:
Instructions: Neoplasms of Uncertain Behavior can be observed, biopsied or surgically removed depending on the level of clinical suspicion.
Instructions: Neoplasms of Uncertain Behavior can be observed, biopsied or surgically removed depending on the level of clinical suspicion.
Contact Office if: patient develops any new lesions that fail to heal, ulcerate or bleed.

**Plan: Pathology Billing.**
The biopsy specimen was grossed and processed into a slide.
The slide was read, and reported in an attached document.

**Plan: Biopsy by Shave Method.**
Location (A): TOP SCALP R/O DN.  The area was prepped with Alcohol. Local anesthesia was obtained with approximately 0.5cc of 1% lidocaine with epinephrine.  A biopsy by shave method to the level of the dermis (sent for H and E) was performed using a Acu-Razor on the TOP SCALP R/O DN. Drysol was used for hemostasis. Following the biopsy Bacitracin and a bandage were applied.

4.  **Solar Lentigines**
(L81.4)
distributed on the left superior upper back, right superior upper back, and hair.

**Plan: Counseling.**
I counseled the patient regarding the following:
Skin Care: Lentigines can resolve with sunblock, sun avoidance, bleaching creams, retinoids, chemical peels and laser.
Expectations: Lentigines are benign pigmented lesions that occur on sun-exposed and sun-damaged skin. They are easily treatable.

**Follow up in 1 year**

**Staff:**

Ben Behnam (Primary Provider)  (Bill Under)

**Ben Behnam (Primary Provider) (Bill Under)**
(310) 315-4989 Work
(310) 998-3282 Fax

Dermatology & Hair Restoration Specialists
2825 Santa Monica Blvd.
St 303A
Santa Monica, CA 90404

Page 2

**GABAY, ARMAND**

Visit Note - December 10, 2018   PMS ID: 40761   Sex: Male   DOB: 04/15/1961   MRN: EMA18928689

DERMATOLOGY
HAIR RESTORATION



**Ben Behnam (Primary Provider) (Bill Under)**
(310) 315-4989 Work
(310) 998-3282 Fax

Dermatology & Hair Restoration Specialists
2825 Santa Monica Blvd.
St 303A
Santa Monica, CA 90404

Page 3

GABAY, ARMAND

Visit Note - December 10, 2018    PMS ID:    Sex:    DOB:    MRN:
40761    Male    04/15/1961    EMA18928689

DERMATOLOGY
HAIR RESTORATION






**GABAY, ARMAND**

Visit Note - December 10, 2018     PMS ID: 40761     Sex: Male     DOB: 04/15/1961     MRN: EMA18928689

| Other Photos | | |
|---|---|---|
| Mon 12/10/2018 16:29:55.561 | | |

Electronically Signed By: Ben Behnam, 12/14/2018 06:11 PM PST

**Ben Behnam (Primary Provider) (Bill Under)**
(310) 315-4989 Work
(310) 998-3282 Fax

Dermatology & Hair Restoration Specialists
2825 Santa Monica Blvd.
St 303A
Santa Monica, CA 90404

Page 5

**DERMATOLOGY** & HAIR RESTORATION

**GABAY, ARMAND**

Visit Note - January 3, 2019

| PMS ID: | Sex: | DOB: | MRN: |
|---------|------|------|------|
| 40761 | Male | 04/15/1961 | EMA18928689 |

**Social History**
Smoking status - Unspecified

**ROS**
Provider reviewed on Jan 3, 2019.

A focused review of systems was performed including Cardiovascular, Constitutional / Symptom, Hematologic / Lymphatic, Integumentary, and Respiratory.

No cough, no rash, no fever or chills, no problems with bleeding, no problems with scarring (hypertrophic or keloid), no chest pain, no night sweats, and no unintentional weight loss.

**Chief Complaint: F/U Neoplasm of Uncertain Behavior evaluated on December 10, 2018**

**HPI:** This is a 57 year old male who is following up for neoplasm of uncertain behavior (Neoplasm of uncertain behavior of skin) on the TOP SCALP R/O DN. He was seen on December 10, 2018, at which time Biopsy by Shave Method was performed. The pathology shows: basal cell carcinoma, nodular-ulcerative type. We recommended the following: shave : mohs.

The patient is now here for Mohs and further evaluation and management.

**Exam:**

An examination was performed including the head (including face), lips (but not teeth and gums), neck, chest, abdomen, back, right upper extremity, and left upper extremity.

General Appearance of the patient is well developed and well nourished.

Orientation: alert and oriented x 3.

Mood and affect: in no acute distress.

Findings in the above examined areas were normal with the exception of the following exam descriptions below:

 located on the
TOP SCALP

 distributed on the
arms, neck, and trunk

- uncomfortable skin sensation

- reticulated light tan macules in sun distribution

**Impression/Plan:**
1.  **Basal Cell Carcinoma**
    (C44.41)
    located on the TOP SCALP.

    **Plan: Counseling.**
    I counseled the patient regarding the following:
    Instructions: Basal Cell Carcinoma can be removed via surgical excision, XRT, eletrodessication and curettage (nodulocystic or superficial BCC), Mohs, imiquimod (superficial BCC), cryotherapy, PDT (superficial BCC).
    Expectations: Basal Cell Carcinoma is the most common form of skin cancer. It is a very high cure rate and prognosis with removal is excellent.
    Contact Office if: patient develops any new lesions that fail to heal, ulcerate or bleed.

    **Plan: Mohs Surgery.**
    Mohs Operative Note

    Location: TOP SCALP
    Preop Diagnosis: Basal Cell Carcinoma
    Postop Diagnosis: Basal Cell Carcinoma
    Mohs AUC Score: Undefined for the Tumor, Tumor Location, Histologic Characteristics and Patient Factors
    Number of Stages: 1
    Pre-op Size: 1.5 cm x 1.5 cm
    Anesthesia: local infiltration-1% lidocaine with epinephrine (6 cc)
    Estimated Blood Loss: minimal
    Complications: none

**Ben Behnam (Primary Provider) (Bill Under)**
(310) 315-4989 Work
(310) 998-3282 Fax

Dermatology & Hair Restoration Specialists
2825 Santa Monica Blvd.
St 303A
Santa Monica, CA 90404

Page 1



**GABAY, ARMAND**

| Visit Note - January 3, 2019 | PMS ID: 40761 | Sex: Male | DOB: 04/15/1961 | MRN: EMA18928689 |
|---|---|---|---|---|

Indications for Mohs Surgery

Removal of the patient's tumor is complicated by the following clinical features: poorly defined clinical tumor borders and clinical area critical for tissue conservation.

Based on my medical judgement, Mohs surgery is the most appropriate treatment for this cancer compared to other treatments. The rationale for Mohs was explained to the patient and consent was obtained. The risks, benefits and alternatives to therapy were discussed in detail. Specifically, the risks of infection, scarring, bleeding, prolonged wound healing, incomplete removal, allergy to anesthesia, nerve injury and recurrence were addressed. Prior to the procedure, the treatment site was clearly identified and confirmed by the patient. All components of Universal Protocol/PAUSE Rule completed. The Mohs surgeon operated in two distinct and integrated capacities as the surgeon and pathologist.

STAGE 1:  The area was prepped with Betadine. A rim of normal appearing skin was marked circumferentially around the lesion. The area was infiltrated with local anesthesia. An incision at a 45 degree angle following the standard Mohs approach was done and the specimen was harvested as a microscopic controlled layer. Hemostasis was achieved with electrocautery. The specimen was oriented, mapped and divided into 0 blocks. Each section was then chromacoded and processed in the Mohs lab using the Mohs protocol and submitted for frozen section. Frozen section analysis showed: No residual tumor seen.

Final Defect Size: 2.1 cm x 2.1 cm
Depth of Final Defect: adipose tissue

Repair Note:

Location: TOP SCALP
Repair Type: Complex Repair
Final Wound Length: 3.3 cm

The surgical defect and surrounding skin were prepped with Betadine. Complex repair was performed. Extensive wide undermining was performed. The subcutaneous tissue and dermis were closed with 5-0 Vicryl.  Epidermal closure was achieved with 6-0 Ethilon (simple interrupted).  The final wound length was 3.3 cm. During the repair hemostasis was achieved with electrocautery.  Bacitracin + dry sterile dressing were applied.  Suture removal in 7 days.


2.    **Wart**
      (B07.8)
      distributed on the arms, neck, and trunk.

      **Plan: Counseling.**
      I counseled the patient regarding the following:
      Skin Care: Verruca Vulgaris can be treated with retinoids, aldara, salicylic acid preparations or cryotherapy.
      Expectations: Verruca Vulgaris are cauliflower-like bumps caused by viral infections.  They can be spread through direct contact and usually resolve with treatment.
      Contact Office if: The warts spread, or recur despite treatment.
      Wash in one hour.

      **Plan: Liquid Nitrogen.**
      A total of 5 lesions were treated with liquid nitrogen for 3 freeze-thaw cycles, located on the arms, neck, and trunk. The patient's consent was obtained including but not limited to risks of crusting, scabbing, blistering, scarring, darker or lighter pigmentary change, recurrence, incomplete removal and infection.I reviewed with the patient in detail post-care instructions. Patient is to wear sunprotection, and avoid picking at any of the treated lesions. Pt may apply Vaseline to crusted or scabbing areas.

3.    **Paresthesia**
      (R20.2)

      **Plan: Counseling.**
      I counseled the patient regarding the following:
      Instructions: Paresthesia is difficult to treat.  Topical analgesics or gabapentin can be tried.
      Expetations: Paresthesia is defined as an unpleasant skin sensation for which a cause cannot be found.
      Contact office if: Your condition worsens or fails to improve with therapy.

4.    **Solar Lentigines**
      (L81.4)

      **Plan: Counseling.**
      I counseled the patient regarding the following:
      Skin Care: Lentigines can resolve with sunblock, sun avoidance, bleaching creams, retinoids, chemical peels and laser.
      Expectations: Lentigines are benign pigmented lesions that occur on sun-exposed and sun-damaged skin. They are easily treatable.

**Ben Behnam (Primary Provider) (Bill Under)**
(310) 315-4989 Work
(310) 998-3282 Fax

Dermatology & Hair Restoration Specialists
2825 Santa Monica Blvd.
St 303A
Santa Monica, CA 90404

Page 2

**GABAY, ARMAND**

Visit Note - January 3, 2019

PMS ID: 40761  
Sex: Male  
DOB: 04/15/1961  
MRN: EMA18928689

Follow up in 1 year

**Staff:**

Ben Behnam (Primary Provider)  (Bill Under)

**Ben Behnam (Primary Provider) (Bill Under)**  
(310) 315-4989 Work  
(310) 998-3282 Fax

Dermatology & Hair Restoration Specialists  
2825 Santa Monica Blvd,  
St 303A  
Santa Monica, CA 90404

Page 3

**GABAY, ARMAND**

DERMATOLOGY
HAIR RESTORATION

Visit Note - January 3, 2019    PMS ID: **40761**    Sex: **Male**    DOB: **04/15/1961**    MRN: **EMA18928689**



**Ben Behnam (Primary Provider) (Bill Under)**
(310) 315-4989 Work
(310) 998-3282 Fax

Dermatology & Hair Restoration Specialists
2825 Santa Monica Blvd,
St 303A
Santa Monica, CA 90404

Page 4

**GABAY, ARMAND**

DERMATOLOGY
HAIR RESTORATION

Visit Note - January 3, 2019    PMS ID: 40761    Sex: Male    DOB: 04/15/1961    MRN: EMA18928689



BCC - mohs

Submental View

Electronically Signed By: Ben Behnam, 01/04/2019 06:55 PM PST

**Ben Behnam (Primary Provider) (Bill Under)**
(310) 315-4989 Work
(310) 998-3282 Fax

Dermatology & Hair Restoration Specialists
2825 Santa Monica Blvd.
St 303A
Santa Monica, CA 90404

Page 5

**DERMATOLOGY** & HAIR RESTORATION

Visit Note - January 25, 2019

| PMS ID | Sex | DOB | MRN |
|---|---|---|---|
| 40761 | Male | 04/15/1961 | EMA18928689 |

**Social History**
Smoking status - Unspecified

**Medications**
Keflex 500 mg Oral - capsule

**ROS**
Provider reviewed on Jan 25, 2019.

A focused review of systems was performed including Cardiovascular, Constitutional / Symptom, Hematologic / Lymphatic, Integumentary, and Respiratory.

No cough, no rash, no fever or chills, no problems with bleeding, no problems with scarring (hypertrophic or keloid), no chest pain, no night sweats, and no unintentional weight loss.

**Chief Complaint: F/U Wart evaluated on January 3, 2019**

**HPI:** This is a 57 year old male who is following up for wart on the arms, neck, and trunk. He was seen on January 3, 2019, at which time he was treated with Liquid Nitrogen.

Since then, the patient states the wart is unchanged.

The patient is now here for further evaluation and management.

The patient followed the treatment plan as directed.

**Exam:**

An examination was performed including the head (including face), lips (but not teeth and gums), neck, chest, abdomen, back, right upper extremity, and left upper extremity.

General Appearance of the patient is well developed and well nourished.

Orientation: alert and oriented x 3.

Mood and affect: in no acute distress.

Findings in the above examined areas were normal with the exception of the following exam descriptions below:

located on the hair

distributed on the arms and trunk

distributed on the periumbilical skin

**Impression/Plan:**

1. **Suture Removal Encounter**
   (Z48.02)
   located on the hair.

   **Plan: Suture Removal (Global Period).**
   Location: hair.
   Suture Removal : The examination of the site was clean, dry and intact. Sutures were removed.
   Wound Care : Bacitracin + bandaid applied.

2. **Wart**
   (B07.8)
   distributed on the arms and trunk.

   **Plan: Liquid Nitrogen.**
   A total of 5 lesions were treated with liquid nitrogen for 3 freeze-thaw cycles, located on the left arm and trunk. The patient's consent was obtained including but not limited to risks of crusting, scabbing, blistering, scarring, darker or lighter pigmentary change, recurrence, incomplete removal and infection.I reviewed with the patient in detail post-care instructions. Patient is to wear sunprotection, and avoid picking at any of the treated lesions. Pt may apply Vaseline to crusted or scabbing areas.

   **Plan: Liquid Nitrogen.**
   A total of 22 lesions were treated with liquid nitrogen for 3 freeze-thaw cycles, located on the arms and trunk. The patient's consent was obtained including but not limited to risks of crusting, scabbing, blistering, scarring, darker

---

**Ben Behnam (Primary Provider) (Bill Under)**
(310) 315-4989 Work
(310) 998-3282 Fax

Dermatology & Hair Restoration Specialists
2825 Santa Monica Blvd.
St 303A
Santa Monica, CA 90404



**GABAY, ARMAND**

Visit Note - January 25, 2019 | PMS ID 40761 | Sex Male | DOB 04/15/1961 | MRN EMA18928689

or lighter pigmentary change, recurrence, incomplete removal and infection. I reviewed with the patient in detail post-care instructions. Patient is to wear sunprotection, and avoid picking at any of the treated lesions. Pt may apply Vaseline to crusted or scabbing areas.

**Plan: Counseling.**
I counseled the patient regarding the following:
Skin Care: Verruca Vulgaris can be treated with retinoids, aldara, salicylic acid preparations or cryotherapy.
Expectations: Verruca Vulgaris are cauliflower-like bumps caused by viral infections. They can be spread through direct contact and usually resolve with treatment.
Contact Office if: The warts spread, or recur despite treatment.
Wash in one hour.

3. **Angioma**
   Skin and Subcutaneous Tissues (D18.01)
   distributed on the periumbilical skin.

   **Plan: Counseling.**
   I counseled the patient regarding the following:
   Skin Care: Angiomas can resolve with lasers or electrodesiccation.
   Expectations: Angiomas are benign vascular growths. No treatment is necessary.

4. **High Risk Medication Monitoring**
   (Z79.899)

   **Plan: Counseling.**
   I counseled the patient regarding the following:
   Instructions: Patients on high risk medications should be vigilant about any new symptoms and understand the risks and side effects of their treatment.
   Expectations: The patient understands that the medication(s) prescribed have significant side effects that require blood test monitoring on a regular basis.
   Contact Office if: The patient develops any side effects, including but not limited to rash, fevers, chills, malaise, abdominal pain, weakness, fatigue, headaches, infections, difficulty breathing.
   PT NOT TO GET PREGNANT ON ANY OF THESE MEDICATIONS.

**Follow up in 1 year**

**Staff:**

Ben Behnam (Primary Provider)  (Bill Under)

**Ben Behnam (Primary Provider) (Bill Under)**
(310) 315-4989 Work
(310) 998-3282 Fax

Dermatology & Hair Restoration Specialists
2825 Santa Monica Blvd.
St 303A
Santa Monica, CA 90404

Page 2

GABAY, ARMAND

DERMATOLOGY
HAIR RESTORATION

Visit Note - January 25, 2019    PMS ID: 40761    Sex: Male    DOB: 04/15/1961    MRN: EMA18928689



Electronically Signed By: Ben Behnam, 01/25/2019 06:27 PM PST

**Ben Behnam (Primary Provider) (Bill Under)**
(310) 315-4989 Work
(310) 998-3282 Fax

Dermatology & Hair Restoration Specialists
2825 Santa Monica Blvd.
St 303A
Santa Monica, CA 90404

Page 3

**DERMATOLOGY** HAIR RESTORATION

**GABAY, ARMAND**

Visit Note - December 23, 2022

| PMS ID: | Sex: | DOB: | MRN: |
|---|---|---|---|
| 40761 | Male | 04/15/1961 | EMA18928689 |

## Medical History

**Social History**
Obtained and Reviewed December 23, 2022.
EtOH none
Smoking status - Never smoker

**Medications**
Keflex 500 mg Oral - capsule

**ROS**
Provider reviewed on Dec 23, 2022.

A focused review of systems was performed including Cardiovascular, Constitutional / Symptom, Hematologic / Lymphatic, Integumentary, and Respiratory.

No Cough, No Rash, No Fever Or Chills, No Problems With Bleeding, No Problems With Scarring (hypertrophic Or Keloid), No Chest Pain, No Night Sweats, And No Unintentional Weight Loss.

## Chief Complaint: Itching

**HPI:** This is a 61 year old male who is a new patient being seen for a chief complaint of itching on the scalp. The itching is constant and mild in severity. The itching is sudden in onset (over a period of weeks to a few months). The itching has been present for  months.

### Exam:

An examination was performed including the scalp (including hair inspection), head (including face), inspection of conjunctivae and lids, lips (but not teeth and gums), neck, chest, abdomen, back, right upper extremity, left upper extremity, right lower extremity, left lower extremity, genitalia, groin, buttocks, and Inspection and palpation of digits and nails.

General Appearance of the patient is well developed and well nourished.

Orientation: alert and oriented x 3.

Mood and affect: in no acute distress.

Findings in the above examined areas were normal with the exception of the following exam descriptions below:

 - patient exhibits pruritus

 - reticulated light tan macules in sun distribution

 - erythematous patch with hyperkeratotic scale
  distributed on the
body throughout

 - well healed scar with NER
  located on the
hair

### Impression/Plan:

1.    **Pruritus**
      (L29.8)

      **Plan: Counseling.**
      I counseled the patient regarding the following:
      Skin care: Recommend moisturizers, anti-histamines and sarna lotion.
      Expectations: Pruritus can be intermittent or persistent. Persistent cases can be due to dry skin, mite infestations, allergic reactions, neurodermatoses, or organic disease. For pruritus lasting longer than several months, CBC, TSH, LFTs, BUN/Crt, C-Xray may be warranted.
      Contact office if: Pruritus is accompanied by constitutional symptoms, or persists despite several months of treatment.

      I recommended the following:
      Antihistamines
      Moisturizers

      **Plan: Treatment Regimen.**

2.    **Solar Lentigines**
      (L81.4)

      **Plan: Counseling.**
      I counseled the patient regarding the following:

**Ben Behnam (Primary Provider) (Bill Under)**
(310) 315-4989 Work    (310) 998-3282 Fax
(310) 433-8143 Mobile

Dermatology & Hair Restoration Specialists
11669 Santa Monica Blvd
Suite 110
Los Angeles, CA 90025

Page 1

**GABAY, ARMAND**

Visit Note - December 23, 2022

PMS ID:   Sex:        DOB:          MRN.
40761   Male   04/15/1961   EMA18928689

Skin Care: Lentigines can resolve with broad spectrum sunscreen, sun avoidance, bleaching creams, retinoids, chemical peels and laser.
Expectations: Lentigines are benign pigmented lesions that occur on sun-exposed and sun-damaged skin. They are easily treatable.

I recommended the following:
Laser Therapy

**Plan: Treatment Regimen.**

3.  **Actinic Keratosis**
    (L57.0)
    distributed on the body throughout.

    **Plan: Liquid Nitrogen.**
    A total of 2 lesions were treated with liquid nitrogen for 3 freeze-thaw cycles lasting 2 seconds, located on the body throughout. The patient's consent was obtained including but not limited to risks of crusting, scabbing, blistering, scarring, darker or lighter pigmentary change, recurrence, incomplete removal and infection.

4.  **Scar**
    (L90.5)
    located on the hair.

    **Plan: Counseling.**
    I counseled the patient regarding the following:
    Skin Care: Scars become less noticeable over time.
    Expectations: Scars are permanent marks on the body commonly seen after trauma or surgical procedures. Scars from excisional sites should be monitored for any recurrences.
    Contact Office if: If you notice discoloration or a bump arising from a previously stable scar.

**Staff:**

Ben Behnam (Primary Provider)  (Bill Under)

**Ben Behnam (Primary Provider) (Bill Under)**
(310) 315-4989 Work   (310) 998-3282 Fax
(310) 433-8143 Mobile

Dermatology & Hair Restoration Specialists
11669 Santa Monica Blvd
Suite 110
Los Angeles, CA 90025

Page 2

**GABAY, ARMAND**

DERMATOLOGY
*HAIR RESTORATION*

Visit Note - December 23, 2022

PMS ID:    Sex:    DOB:    MRN:
40761    Male    04/15/1961    EMA18928689




scar - counseling    multi-site ln2
AK - multi-site

Electronically Signed By: Ben Behnam, 12/23/2022 05:29 PM PST

**Ben Behnam (Primary Provider) (Bill Under)**
(310) 315-4989 Work    (310) 998-3282 Fax
(310) 433-8143 Mobile

Dermatology & Hair Restoration Specialists
11669 Santa Monica Blvd
Suite 110
Los Angeles, CA 90025

Page 3

**SURGERY CONSENT FORM**

Name: _Armand Gabay_

Surgery to be performed: _____ **MOHS** _____

- The diagnosis, procedure, all treatment options including all their benefits, risks, advantages, disadvantages, alternative procedures, and consequences of refusal of treatment, were discussed with the patient prior to administration of any medication. Patient indicated understanding and repeated back the procedure to be performed. Patient understand that the risks include , but are not limited to: bleeding, infection, changes in sensation, pain, numbness, blood vessel/nerve damage, scarring, recurrence and need for additional excision if the pathology indicates positive margins
- All surgeries heal with permanent scar formation
- Scar tissue around is red for 3-6 months or longer, then usually fades to white. Sunlight exposure may cause scar to darken. Blood vessels can form around a surgical site.
- The appearance of a surgery scar usually continues to improve for 6-12 months as the scar "matures". The tissue around the surgical scar often remains swollen for about one month. The surgery scar is usually strong by 25 days.
- Scar overlying active muscle areas tried to widen (stretch) with time. This cannot always be prevented.
- Scars can heal thick (keloid or hypertrophic) or can heal thin (atrophic scar). How they heal depends in part upon their location on the body and the healing process of the patient.
- The final appearance of a scar depends upon many factors including the size, depth, and location of your cancer. Chances for a good result can be estimated for a given procedure but can never be guaranteed.
- If surgical site is injured before healing is complete, the scar may gape open, wound may bleed and the scar may become more obvious.
- A change of feeling (sensation) often occurs around a scar. In some areas of the body there is a risk of motor nerve damage.
- Infection, bleeding can occur after surgery.
- Insignificant, serious of life threatening reactions may occur to any medicine, including to anesthesia used.
- Sometimes more than one surgical procedure is necessary to remove a large lesion, to remove a lesion in a difficult location or to obtain the best possible repair of the surgical wound and the best possible cosmetic result.

The above statements have been discussed with me. I understand them and have no further questions.

_____                    _1|2|19_____
Signature of the patient or guardian                              Date

Dermatology & Hair Restoration Specialists Inc.

**Ben Behnam MD FAAD, 2825 Santa Monica Blvd, Suite 303A Santa Monica Ca 90404**

NAME: _Armand Gabay_         DATE OF SURGERY: _1/3/19_

LOCATION: _Top Scalp_         DIAGNOSIS: _BCC_

STAGES: _1_     INITAIL SIZE: _1.5_ x _1.5_     PRIMARY LESION SIZE: _2.1_ x _2.1_

CLOSURE TYPE:

**FLAP:** Advancement Flap or Other:_____

Secondary lesion size:_____x_____

**Complex Closure:** Final Wound Length:____ _3.3 c_____

**STAGE 1:**

**STAGE 2:**

**STAGE 3:**

**STAGE 4:**

DEC. 14, 2018  10:44AM    OR, WARD C-AL       NO. 552   P. 2

# Pacific Dermatopathology

*BOARD CERTIFIED*: Dermatology
Dermatopathology

**DERMATOPATHOLOGY
CONSULTATION REPORT**

Patient: **GABAY, ARMAND**

D.O.B  04-15-1961

Slide #: BB18-1411

Consultation #: C-18-18496

Site: **TOP SCALP**

Submitting Clinician: **BEN BEHNAM, MD**

2825 SANTA MONICA BLVD. STE 303A

Santa Monica, CA 90403

Biopsy Date: 12-10-2018

Report Date: 12-14-2018

CLINICAL HISTORY
R/O DN

GROSS DESCRIPTION
A shave biopsy specimen measuring 3 mm (The measurements may differ from actual measurements) was submitted entirely

MICROSCOPIC DESCRIPTION
There is a neoplasm present in the dermis composed of nests and islands of basaloid cells. The cells have moderately pleomorphic nuclei. The cells at the periphery of the neoplastic islands are arranged in a palisade. Small foci of mucin are present within the neoplasm. Focally the neoplasm retracts from the surrounding stroma. Occasional mitotic figures are present within the neoplasm.

DIAGNOSIS
**Basal Cell Carcinoma, nodular-ulcerative type.**

NOTE
None.

DERMATOPATHOLOGIST
Electronically Signed By: **Jasmine Yun, MD**

12/14/18

By

Date

Re-ex                    Date

No Rx ___  LN2 ___  ABx ___  C&

**Gregory Van Dyke, M.D., Ph.D.**
Laboratory Director

**Jasmine Yun, M.D.**
Clinical Associate Professor of Dermatology
USC School of Medicine

12409 Ventura Court, Suite C • Studio City, CA 91604
(310) 828-4071 • Fax (310) 828-6734

# EXHIBIT 5

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

*3901 Klein Blvd.*
*Lompoc, California 93436*

April 15, 2024

Elenor Gabay
1468 Donhill Drive
Beverly Hills, CA 90210

RE:  GABAEE, Arman
Register Number: 76335-112

Dear Mrs. Gabay,

This is in response to your correspondence received on February 20, 2024.  Specifically, you request that Mr. Gabaee be released on Compassionate Release.

    A review of your request has been conducted and Mr. Gabaee is not appropriate for a recommendation to the Director for Compassionate Release/Reduction in Sentence based on the lack of qualifying reasons that meet the criteria listed in Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g).  You did not assert that Mr. Gabaee meets the "extraordinary and compelling" reasons to support a Compassionate Release at this time.

    I regret this response is not more favorable.

                    Sincerely,

                    B. Birkholz, Warden