UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

Case No.    CR 18-331-GW                              Date: August 7, 2024

Present: The Honorable: **HON. GEORGE H. WU, U.S. DISTRICT JUDGE**

Interpreter **NONE**

| Javier Gonzalez | None Present | Lindsey G. Dotson, not present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Arman Gabaee | not | X | | | | | |

**Proceedings:**    **IN CHAMBERS – RULING ON DEFENDANT'S A REQUEST FOR RECONSIDERATION [OF] DENIAL OF EMERGENCY MOTION FOR MODIFICATION OF SENTENCE [332]**

On June 21, 2024, Defendant filed an Emergency Motion for Home Confinement ("Motion"). *See* ECF No. 320. After requesting a response from the Government, the Court denied the Motion observing *inter alia* that:

> An order to the BOP to place Defendant in home detention for the remainder of his prison sentence is not within this Court's jurisdiction and would constitute a resentencing which this Court has no authority to grant. Further, Defendant has not presented any evidence that he has complied with the mandatory administrative exhaustion requirements for compassionate release under 18 U.S.C. § 3582(c). Finally, the Government has supplied evidence to the effect that Defendant's medical conditions (*i.e.* his knee replacement surgery, shoulder surgery and other ailments) are either not as serious as Defendant claims and/or can be satisfactorily treated at the BOP facilities.

ECF No. 330.

Defendant has now filed a Request for Reconsideration [of] Denial of Emergency Motion for Modification of Sentence ("Request"). *See* ECF No. 332. Defendant argues that the Court failed to consider his Reply (ECF No. 331) to the Government's response to the Motion and raises other contentions. As pointed out by the Government's response to the Request (ECF No. 334), Defendant has not really delineated a basis for reconsideration as set forth in C.D. Cal. L.R. 7-18. This Court did not ask Defendant to file any further briefings as to his Motion; nor was it obligated to do so. Further, neither the Reply nor the Request overcome the bases for this Court's denial of the relief sought in the Motion.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

After having considered all of the papers filed in regards to the Motion and the Request (as well as the other relevant materials in the docket), the Court denies Defendant's Request.