Arman Gabaee
Fed. Reg. No. 76335-112
FCC Lompoc Camp
3705 West Farm Road
Lompoc, CA 93436

FILED

2024 AUG 13 PM 1:05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 18-331-GW |
| Plaintiff, | **NOTICE OF DEFENDANT'S INTENT TO PROCEED WITH CLAIM OF INEFFECTIVE ASSISTANCE OF COUNSEL** |
| vs. | |
| ARMAN GABAEE, | |
| Defendant. | Hearing Date: None Set |
| | Judge: Hon. George Wu |

TO THE HONORABLE COURT, THE UNITED STATES ATTORNEY'S OFFICE FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Defendant, Arman Gabaee, a federal prisoner without counsel, hereby notifies the Court and all interested parties that he does not wish to withdraw his claim of ineffective assistance of counsel as set forth in his motion under 28 U.S.C. § 2255.

The Defendant intends to proceed with his claim and requests that prior counsel provide the necessary responses to the interrogatories and any follow-up questions propounded by the government, in accordance with the Court's order dated June 6, 2024, [Dkt. 319].

1
2
3 Dated:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

_____
Arman Gabaee,
Defendant.

**CERTIFICATE OF SERVICE**

I, Elenor Gabay, am over the age of 18 years and I am not a party to this action. I hereby certify that on this 13 day of August 2024, that I sent the foregoing via first-class postage, prepaid or other delivery charges prepaid, by depositing said documents herein listed with the United States Postal Service, for mailing copies of the foregoing:

**NOTICE OF DEFENDANT'S INTENT TO PROCEED WITH CLAIM OF INEFFECTIVE ASSISTANCE OF COUNSEL**

To the following individual(s), party(s) and/or entity(s):

United States Attorney's Office
Central District of California
312 N. Spring Street
Los Angeles, CA 90012

I certify under the penalty of perjury that the foregoing is true and correct.

Elenor Gabay