E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4443/8452
     Facsimile: (213) 894-0141
     E-mail:    lindsey.dotson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 18-00331-GW |
|---|---|
| Plaintiff, | CV No. 23-10627-GW |
| v. | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF LINDSEY GREER DOTSON |
| ARMAN GABAEE, aka "Arman Gabay," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Lindsey Greer Dotson and Thomas F. Rybarczyk, hereby applies ex parte for an order that two documents be filed under seal in support of the government's opposition to Defendant-Petitioner ARMAN GABAEE's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.

///

///

///

This ex parte application is based upon the attached declaration of Lindsey Greer Dotson.

Dated: August 19, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

       /s/ Lindsey Greer Dotson
LINDSEY GREER DOTSON
THOMAS F. RYBARCZYK
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF LINDSEY GREER DOTSON**

I, LINDSEY GREER DOTSON, declare as follows:

1. I am an Assistant United States Attorney and Chief of the Public Corruption and Civil Rights Section at the United States Attorney's Office for the Central District of California. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. On May 6, 2024, the Court issued an order permitting the government to serve interrogatories on defendant ARMAN GABAEE's former counsel. (Dkt. 319.) The Court stated: "The information disclosed in prior counsel's written responses and any supporting exhibits will be considered confidential information and, absent further Court order, will not be disclosed by the government...." (Id. at ¶ 7.) The Court also ordered that "any pleadings referencing the information disclosed in prior counsel's written responses will be filed under seal." (Id.)

3. The government requests leave to file under seal two documents that reference "confidential information" as described in paragraph 7 of the Court's order filed at docket no. 319. The Court has ordered that such information be filed under seal.

4. The first document is the Declaration of Lindsey Greer Dotson and Exhibit A, which contains prior counsel's responses to the government's interrogatories.

5. The second document is the unredacted version of the government's opposition to defendant's section 2255 motion. The government publicly filed a redacted version of its opposition on August 19, 2024, in which confidential information containing prior

counsel's responses to the government's interrogatories was redacted from public view.

6.   Because defendant is unrepresented, the government has been unable to ascertain the defense position on filing the documents under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on August 19, 2024.

*Lindsey Greer Dotson*
LINDSEY GREER DOTSON

2

**CERTIFICATE OF SERVICE**

I, **Adriana Santos**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S EX-PARTE APPLICATION FOR ORDER SEALING DOCUMENTS;DECLARATION OF LINDSEY GREER DOTSON.**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

**ARMAN GABAEE**
**Fed. Reg. No. 76335-112**
**FCC Lompoc Camp**
**3705 West Farm Road**
**Lompoc, CA 93436-2756**

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ Via email, as follows:

☐ By Federal Express, as follows:

This Certificate is executed on **August 20, 2024**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*Adriana Santos*
Adriana Santos
Legal Assistant