E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4443/8452
    Facsimile: (213) 894-0141
    E-mail:    lindsey.dotson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ARMAN GABAEE,<br>  aka "Arman Gabay,"<br><br>        Defendant. | CR No. 18-00331-GW<br>CV No. 23-10627-GW<br><br>[PROPOSED] ORDER SEALING DOCUMENTS |
|---|---|

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's ex parte application for sealed filing is GRANTED. The following two documents shall be filed under seal: (1) the Declaration of Lindsey Greer Dotson and Exhibit A; and (2) the unredacted version of the government's opposition to Defendant-Petitioner ARMAN GABAEE's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.

///

///

The government may produce the underlying documents as permitted or required by applicable law.

_____       _____
 DATE                                  HONORABLE GEORGE H. WU
                                       UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL**:

The government's application for sealed filing is DENIED. The documents the government sought to file under seal shall be returned to the government.

_____       _____
 DATE                                  HONORABLE GEORGE H. WU
                                       UNITED STATES DISTRICT JUDGE

Presented by:

  */s/ Lindsey Greer Dotson*
 LINDSEY GREER DOTSON
 Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, **Adriana Santos**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**SEALING DOCUMENTS ORDER.**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

**ARMAN GABAEE**
**Fed. Reg. No. 76335-112**
**FCC Lompoc Camp**
**3705 West Farm Road**
**Lompoc, CA 93436-2756**

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ Via email, as follows:

☐ By Federal Express, as follows:

This Certificate is executed on **August 20, 2024**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*Adriana Santos*
Adriana Santos
Legal Assistant