|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 17 2025 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>ARMAN GABAEE,<br><br>    Defendant - Appellant. | No. 24-7666<br><br>D.C. Nos. 2:23-cv-10627-GW<br>           2:18-cr-00331-GW-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:    H.A. THOMAS and DESAI, Circuit Judges.

Appellant's motion to summarily remand and alternative request for a certificate of appealability (Docket Entry Nos. 11 & 12) are denied because appellant has not shown that "jurists of reason would find it debatable whether the [28 U.S.C. § 2255 motion] states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012); *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

Any pending motions are denied as moot.

**DENIED.**